**PHILIP J. DINHOFER, LLC**
ATTORNEYS AT LAW
77 N. CENTRE AVE. - SUITE 311
ROCKVILLE CENTRE, NY 11570
TEL: 516-678-3500
FAX: 516-678-4235
TOLL FREE: 1-888-RAIL-LAW
E-MAIL: pjdllc2806@yahoo.com

**MEMO ENDORSED**

January 31, 2007

**BY HAND**

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Giladi v. Strauch, et al.
      94 Civ. 3976 (RMB)

Dear Judge Berman:

[Handwritten endorsement: P[laintiff] will [get] the extension to 3/2/07 but under the circumstances (1994 case) it must be final (otherwise the case [will stay] on the suspense calendar).

SO ORDERED:
Date: 2/1/07
Richard M. Berman, U.S.D.J.]

I write to request an extension of the 10 day period of time permitted by FRCP 72(b) for a party to respond to its adversaries objections to a Magistrate Judge's Recommendations, until March 2, 2007.

As the Court is well aware I am a solo practitioner. This coming Monday, February 5, 2007 I am commencing trial in the case of <u>DeLuccy v. Metro-North Commuter Railroad</u>, before the Hon. Joan A. Madden, in Supreme Court, New York County, Index No.: 106672/02. I anticipate that this trial will consume the greater part of the following two weeks.

Thereafter, on Sunday, February 18, 2007 I am leaving the State of New York for a well deserved vacation (my first in over a year). I will not be returning to my office until Monday, February 26, 2007.

Unfortunately these previously arranged obligations leave me with an inadequate amount of time within which to frame a proper response to the defendant's 23 page submission. The March 2, 2007 date I propose is just four days following my return to my office on February 26th.

I have spoken with defense counsel, Kenneth Burford, Esq., who consents to this request.

The Court's anticipated courtesy and cooperation with regard to the foregoing is most appreciated by the undersigned.

Respectfully yours,

PHILIP J. DINHOFER
PJD/dd
cc:   Kenneth Burford, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/07