# EXHIBIT B

# STATE OF NEW YORK
## WORKERS' COMPENSATION BOARD
### EMPLOYEE'S CLAIM FOR COMPENSATION

**Social Security Number / El Numero de su Seguro Social:** 112 64 3264

**IMPORTANT:** Your Social Security Number Must Be Entered
**IMPORTANTE:** El Numero de su Seguro Social Debe Ser Indicado

WCB Case No. (If Known) _____  Carrier Case No. (If Known) _____

**ANSWER ALL QUESTIONS FULLY**

### Injured Person
1. Name: Roni (First) _____ (Middle) _____ Giladi (Family)
2. Address: P.O. Box 127, Millburn, New Jersey 07041
3. Sex: M   Age: 41   Date of Birth: 03/05/52   Married or single: _____
4. Do you speak English? Yes   If not, what language do you speak? _____
5. Name of union and local number, if member: 1199 National Benefit Fund
6. State what your regular work was: Video Production
7. What were you doing when you were injured? Loading the car with video equipment.
8. Wages or average earnings per day, including overtime, board, rent and other allowances $ _____
9. Were you paid full wages for the day of injury?  [XX] Yes  [ ] No
10. Were you at the time of injury a piece worker?  [ ] Yes  [XX] No
    Or a time worker?  [XX] Yes  [ ] No
11. Your work week, at time of injury was (check one) [XX] 5 day  [ ] 6 day  [ ] 7 day
    Other _____

### Employer
1. Employer: Albert Einstein College of Medicin   Telephone No. (718) 430-2135
2. Employer's address: 1300 Morris Park Avenue, Bronx New York 10461
3. Name of Supervisor: Richard DeWitt
4. Nature of employer's business: Audio Visual

### Place and Time
1. Address and county where injury occurred: 1300 Morris Park Avenue, Bronx New York.
3. Date of injury: June 30, 1993   at App. 4:00 o'clock P.M.

### The Injury
1. How did injury occur? At the time I was trying to load the videocamera into the trunk of the car, the unit was so heavy, it hurt my hand and as a result, I lost balans. As I tried to regain my balans, I hurt my back & hand.

### Nature and Extent of Injury
1. State fully nature of your injury/illness: Back pain spread to the legs, pain in both hands and swollen of left hand.
2. On what date did you stop work because of this injury? August 10, 1993, 19___
3. Have you returned to work? No   If "Yes" on what date _____, 19___
4. Does injury keep you from work? _____  [XX] Yes  [ ] No
5. Have you done any work during period of disability? No
6. Have you received any wages since your injury? Yes   If "Yes" for what period? July 1, 1993 until August 9, 1993
   and at what rate? _____ (check one) [ ] Hourly  [ ] Daily  [XX] Weekly
7. Has injury resulted in amputation? _____ If so, describe same _____

### Medical Benefits
1. Did you receive medical care?  [XX] Yes  [ ] No
2. Are you now receiving medical care?  [XX] Yes  [ ] No
3. Are you now in need of medical care?  [XX] Yes  [ ] No
4. Have you requested your employer to authorize medical care?  [ ] Yes  [ ] No
5. Name and address of attending doctor: Coralia L. Popescu., M.D. 1600 Penbroeck Ave. Bronx N.Y.
6. If you were in a hospital, give the dates hospitalized _____
   Name and address of hospital _____

### Workers' Compensation Payments
1. Have you received workers' compensation payments for the injury reported above?  [ ] Yes  [XX] No
2. Are you receiving workers' compensation payments?  [ ] Yes  [XX] No
3. Do you claim further workers' compensation payments?  [XX] Yes  [ ] No
   If "Yes" explain: I have not received any workers' compensation payments as of yet; I should receive the payments for the time loss of work due to my job injury.

### Notice
1. Have you given your employer (or supervisor) notice of injury?  [XX] Yes  [ ] No
   If "Yes" such notice was given to (Name) Richard DeWitt on July 1, 1993, 19___
2. Was notice given orally or in writing? Orally on 7/1/93, followed by written notice few weeks later.

I hereby present my claim to the Chair, Workers' Compensation Board, for compensation for disability resulting from an accidental injury or occupational disease arising out of and in the course of my employment and not occasioned by my willful intention or solely through intoxication, and in support of it I make the foregoing statement of facts.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY FILES A STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

Dated: August 25, 1993   Signed by: Roni Giladi, Claimant

Mail Address: P.O. Box 127, Millburn, New Jersey 07041

Telephone No. _____

(SEE OTHER SIDE FOR IMPORTANT INFORMATION) — (VEASE AL DORSO PARA INFORMACION DE IMPORTANCIA)

**C-3   C-3   C-3   C-3   C-3**

(10-90)

THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION.
LA JUNTA DE COMPENSACION OBRERA EMPLEA Y SIRVE A PERSONAS INCAPACITADAS SIN DISTINCION.

006177

# WORKERS' COMPENSATION BOARD
# EMPLOYER'S REPORT OF INJURY/ILLNESS

Send this notice directly to Chairman, Workers' Compensation Board at address shown on reverse side within ten (10) days after accident occurs. Answer all questions fully. Copy also should be sent to your insurance carrier. This form replaces all previous versions of Forms C-2 and C-2.5.

PLEASE PRINT OR TYPE—INCLUDE ZIP CODE IN ALL ADDRESSES—EMPLOYEE'S S.S. NO. MUST BE ENTERED BELOW

| WCB CASE NO. (If Known) | CARRIER CASE NO. | CODE NO. | WC POLICY NUMBER | DATE OF ACCIDENT | EMPLOYEE'S S.S. NO. |
|---|---|---|---|---|---|
| 09345579 | | W204002 | 929-969-4 | 12/18/91 | 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 |

1.(a) EMPLOYER'S NAME: Yeshiva University
(b) EMPLOYER'S MAILING ADDRESS: 1300 Morris Pk Ave Bx 1046
(c) OSHA CASE/FILE NO.:
(d) LOCATION (If different from mail address):
(e) NATURE OF BUSINESS: School
(f) NYS U.I. Employer Reg. No.:

2.(a) INSURANCE CARRIER: THE STATE INSURANCE FUND
(b) CARRIER'S ADDRESS: 199 Church Street, New York, NY 10007

3.(a) INJURED PERSON (FIRST, M.I., LAST): Roni Giladi
(b) ADDRESS: P.O. Box 127 Millburn NJ 07041

4. ADDRESS WHERE ACCIDENT OCCURRED: Nurses Residence
COUNTY: Bronx
WAS ACCIDENT ON EMPLOYER'S PREMISES? ☒ YES ☐ NO

5. TIME OF ACCIDENT: AM / PM
6. DEPT. WHERE REGULARLY EMPLOYED: Audio Visual
7.(a) DATE STOPPED WORK BECAUSE OF THIS INJURY/ILLNESS: 12/19/91
(b) WAS INJURED PAID IN FULL FOR DAY? ☒ YES ☐ NO

8. SEX: M
9. AGE: 39
10. OCCUPATION: Video Technician

11.(a) AVERAGE EARNINGS PER WEEK: 697.55
(b) TOTAL EARNINGS PAID DURING 52 WEEKS PRIOR TO DATE OF ACCIDENT:

12.(a) PART OR FULL TIME WORKER? FT
(b) INJURED WORKER'S WORK WEEK: M-F

13. NATURE OF INJURY AND PART(S) OF BODY AFFECTED: Injured left hand
14. DID YOU PROVIDE MEDICAL CARE? ☐ YES ☒ NO
IF YES, WHEN?

15.(a) NAME AND ADDRESS OF DOCTOR:
(b) NAME AND ADDRESS OF HOSPITAL:

16. HAS EMPLOYEE RETURNED TO WORK? ☒ YES ☐ NO
IF YES, DATE: 12/23/91
AT WHAT WEEKLY WAGE?

**NOTE: FORM C-11 MUST BE FILED EACH TIME THERE IS A CHANGE IN EMPLOYMENT STATUS**

17. WHAT WAS EMPLOYEE DOING WHEN INJURED? Carrying cart containing video equipment down stairs, injured left hand while lifting cart. Employee had surgery on 12/12/91 on left hand.

18. HOW DID THE ACCIDENT OR EXPOSURE OCCUR? While carrying equipment cart, injured hand that had been operated on on 12/12/91, six days before accident.

19. OBJECT OR SUBSTANCE THAT DIRECTLY INJURED EMPLOYEE: Cart injured hand that was in cast or brace.

20. DATE OF DEATH: 
NAME/ADDRESS OF NEAREST RELATIVE:
RELATIONSHIP:

DATE OF THIS REPORT: 12/2/93
SIGNED BY: Maura Costello
DATE YOU OR SUPERVISOR FIRST KNEW OF INJURY: 11/24/93
OFFICIAL TITLE: Benefits Supervisor
AREA CODE, TEL. NO. & EXT.: (718) 430-3276

CHECK BOX IF PREVIOUSLY REPORTED ON FORM C-2.1.

THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES THE HANDICAPPED WITHOUT DISCRIMINATION.

C-2 (6-86)  C-2  C-2  C-2  C-2  C-2
006175


EXHIBIT Def's R-1 4/18/97

**State of New York**
**WORKERS' COMPENSATION BOARD**

**EMPLOYEE CLAIM FOR COMPENSATION**

Social Security Number / Numero de su Seguro Social: 0935-6779

WCB Case No. (If Known): 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 / 0935-6779
Carrier Case No. (If Known): State Fund 3839808-041

**ANSWER ALL QUESTIONS FULLY**

### Injured Person

1. Name: Roni [Middle] Gikadi
2. Address: PO Box 127, Milburn NJ 07041
3. Sex: M   Age: ___   Date of Birth: 3-15-52   Married or single: ___
4. Do you speak English? Yes   If not, what language do you speak? ___
5. Name of union and local number, if member: YESS
6. State what your regular work was: Video Technician
7. What were you doing when you were injured? Laborer
8. Wages or average earnings per day, including overtime, board, rent and other allowances: $ 400
9. Were you paid full wages for the day of injury? Yes
10. Were you at the time of injury a piece worker? No   Or a time worker? Yes
11. Your work week, at time of injury was (check one): 5 day [X]   6 day   7 day
    Other: ___

### Employer

1. Employer: Yeshiva University
2. Employer's address: Albert Einstein, 1300 Morris Park Avenue, Bronx, 10461
3. Name of Supervisor: ___
4. Nature of employer's business: ___

### Place and Time

1. Address and county where injury occurred: same
2. Date of injury: 6 - 30 - 93, at ___ o'clock ___ M.

### The Injury

1. How did injury occur? Loading a car with video equipment. Hit his left elbow on trunk lid - started to drop equipment - wrenched back in trying to avoid dropping the equipment.

### Nature and Extent of Injury

1. State fully nature of your injury/illness: Back / Both hands
2. On what date did you stop work because of this injury? 5/9/93, 19___
3. Have you returned to work? Yes   If "Yes" on what date ___
4. Does injury keep you from work? Yes
5. Have you done any work during period of disability? No
6. Have you received any wages since your injury? No   If "Yes" for what period? ___   and at what rate? ___ (check one) Hourly / Daily / Weekly
7. Has injury resulted in amputation? No   If so, describe same ___

### Medical Benefits

1. Did you receive medical care? Yes
2. Are you now receiving medical care? Yes
3. Are you now in need of medical care? Yes
4. Have you requested your employer to authorize medical care? Yes
5. Name and address of attending doctor: Dr Goldstein + Dr Popescu
6. If you were in a hospital, give the dates hospitalized ___   Name and address of hospital ___

### Workers' Compensation Payments

1. Have you received workers' compensation payments for the injury reported above? Yes
2. Are you receiving workers' compensation payments? Yes
3. Do you claim further workers' compensation payments? Yes
   If "Yes" explain: Just have permanent damage

### Notice

1. Have you given your employer (or supervisor) notice of injury? ___
   If "Yes" such notice given to (Name) ___ on ___, 19___
2. Was notice given orally or in writing? ___

I hereby present my claim to the Chairman, Workers' Compensation Board, for compensation for disability resulting from an accidental injury or occupational disease arising out of and in the course of my employment and not occasioned by my willful intention or solely through intoxication, and in support of it I make the foregoing statement of facts.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY FILES A STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

Dated: 5/28/93, 19___   Signed by: [signature]
Mail Address: PO Box 127, Milburn, New Jersey 07041
Telephone No.: ___

**C-3   C-3   C-3   C-3   C-3**

THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES THE HANDICAPPED WITHOUT DISCRIMINATION

006176

EXHIBIT Defs Q 4/14/07

C-3 (4-88)                                State of New York
                                    WORKERS' COMPENSATION BOARD                     EMPLOYEE'S CLAIM
                                                                                    FOR COMPENSATION
Social Security Number
El Numero de su Seguro Social

| 1 | 1 | 2 | 6 | 4 | 3 | 2 | 6 | 4 |

IMPORTANT:      Your Social Security Number Must Be Entered
IMPORTANTE:     El Numero de su Seguro Social Debe Ser Indicado

WCB Case No. (If Known) _____ Carrier Case No. (If Known) _____

ANSWER ALL QUESTIONS FULLY

**Injured Person**
1. Name ___Ron___ _____ ___Giladi___
   First Name   Middle Name   Family Name
2. Address __PO Box 127  Millburn  NJ  07041__
   Number and Street (include Apt. No.)   City   State   Zip Code
   Zip Code Must Be Included
   Zip Code Debe Ser Incluida
3. Sex __M__ Age ____ Date of Birth __3/5/52__ Married or single _____
4. Do you speak English? __yes__ If not, what language do you speak? _____
5. Name of union and local number, if member __IAG__
6. State what your regular work was __video technician__
7. What were you doing when you were injured? __regular work__
8. Wages or average earnings per day, including overtime, board, rent and other allowances $ __300-500/__
9. Were you paid full wages for the day of injury? _____ Yes ☐ No ☑ per week
10. Were you at the time of injury a piece worker? _____ Yes ☐ No ☑
    Or a time worker? _____ Yes ☐ No ☑
11. Your work week, at time of injury was (check one) ☑ 5 day ☐ 6 day ☐ 7 day
    Other _____

**Employer**
1. Employer __Albert Einstein College__ Telephone No. _____
2. Employer's address __of medicine__
   Number and Street __1300 Morris Park__  City __Bronx__  State __NY__  Zip Code __10461__
3. Name of Supervisor __Richard DeLitt__
4. Nature of employer's business _____

**Place and Time**
1. Address and county where injury occurred _____
2. Date of injury __12__ __18__ __91__, at _____ o'clock _____ M.
   Month   Day   Year

**The Injury**
1. How did injury occur? __A rolling carriage rolled over his left hand__

**Nature and Extent of Injury**
1. State fully nature of your injury/illness __left hand__
2. On what date did you stop work because of this injury? __1/1/92__, 19 ____
3. Have you returned to work? __yes__ If "Yes" on what date __3/5/92__, 19 ____
   (Yes or No)
4. Does injury keep you from work? _____ ☑ Yes ☐ No
5. Have you done any work during period of disability? __yes__
6. Have you received any wages since your injury? __from firm__ If "Yes" for what
   period? __10 wk__
   and at what rate? _____ (check one) ☐ Hourly ☐ Daily ☐ Weekly
7. Has injury resulted in amputation? __no__ If so, describe same _____

**Medical Benefits**
1. Did you receive medical care? _____ ☑ Yes ☐ No
2. Are you now receiving medical care? _____ ☑ Yes ☐ No
3. Are you now in need of medical care? _____ ☑ Yes ☐ No
4. Have you requested your employer to authorize medical care? _____ ☑ Yes ☐ No
5. Name and address of attending doctor __Dr Strauss + Dr Goldstein__
6. If you were in a hospital, give the dates hospitalized _____
   Name and address of hospital _____

**Workers' Compensation Payments**
1. Have your received workers' compensation payments for the injury reported above? _____ ☐ Yes ☑ No
2. Are you receiving workers' compensation payments? _____ ☐ Yes ☑ No
3. Do you claim further workers' compensation payments? _____ ☑ Yes ☐ No
   If "Yes" explain __permanent damage__

**Notice**
1. Have you given your employer (or supervisor) notice of injury? _____ ☑ Yes ☐ No
   If "Yes" such notice given to (Name) __Richard DeLitt__ on _____, 19 ____
2. Was notice given orally or in writing? __orally__  __12/18/91__

I hereby present my claim to the Chairman, Workers' Compensation Board, for compensation for disability resulting from an accidental injury or occupational disease arising out of and in the course of my employment and not occasioned by my willful intention or solely through intoxication, and in support of it I make the foregoing statement of facts.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY FILES A STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

Dated __5/28/93__, 19 ____   Signed by __Giladi__
                                             Claimant
                              Mail Address __PO Box 127__
                                             Number and Street
                                             __Millburn__ __NJ__ __07041__
                                             City  State  Zip Code  Apt. No.
Telephone No. _____

C-3   C-3   C-3   C-3   C-3

THE WORKERS' COMPENSATION BOARD EMPLOYS AND SERVES THE HANDICAPPED WITHOUT DISCRIMINATION
LA JUNTA DE COMPENSACION OBRERA EMPLEA Y SIRVE A PERSONAS INCAPACITADAS SIN DISTINCION.

EXHIBIT Defs' P-2

(Side margin: SI NO VISITA QUE LE AYUDEN A LLENAR ESTA FORMA, LLAME POR TELEFONO O ACUDA A LA OFICINA DE DISTRITO MAS CERCANA DE LA JUNTA DE COMPENSACION OBRERA. VEA LAS DIRECCIONES Y LOS NUMEROS DE TELEFONO AL DORSO.)

# THE STATE INSURANCE FUND
## CLAIMS-MEDICAL DEPARTMENT
## REPORT OF FIELD INVESTIGATION



1. Claimant: Roni Giladi    Date of Acc.: 12/18/91    Employer: Yeshiva University    Case No.: 38846663-044
2. Assured's current address: 1300 Morris Park Avenue, Bronx, NY 10461
3. Person Interviewed: Maura Castillo    Title: Benefits Supervisor
4. How long associated with Assured? since 1992    Assured's Telephone No.: 718-430-2560

### CLAIMANT'S INFORMATION

5. Social Security No.: 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    Date of Birth: 3/5/52    Home Phone No.: not available
6. Occupation: Radio Technician    How long employed: 1/4/82
7. Describe duties: Video tapes surgery, medical procedures, setting up audio-visual materials for meetings and conferences, editing tapes, etc.
8. Wages: 697.5 per ☐hour ☒week ☐day ☐year    Days worked per week: 5    Last day paid: was paid (see report)    Last day worked: 12/18/91
9. Wages being paid during disability? YES    Is reimbursement desired?
10. Notice given to: Richard Dewitt    Title: Supervisor    Date: 11/24/93
11. Witnesses: Name: Jerri Landi    Address: 1300 Morris Park Avenue, Bronx, NY
    Name:    Address:
12. Does assured know of prior conditions/ accidents/operations or medical treatment (Sec 15-8) NO
13. To whom was second injury law explained? Name: not explained    Title:
14. Does assured know if claimant has applied for unemployment insurance or disability benefits? Yes
15. Name and address of disability carrier: National Benefits Life
16. Doctor: Dr. Berish Staruch    Address: 3331 Bainsbridge Ave. Bx. NY
17. Hospital: not available    Address:
18. Has claimant returned to work? YES    If so when? 12/21/91    Same firm? yes    Current wages: same
19. Third Party (Name and Address). If none, state "None": None

### DESCRIPTION OF ACCIDENT

On 5/6/94 in the (a.m.) (p.m.), I visited by appt. 1300 Morris Park Ave., Bronx, NY
and interviewed Ms. Maura Castillo, Benefits Supervisor of Yeshiva University
who stated that it was for the medical authorities to decide the nature of

the disability of the claimant.

On 12/18/91 at the Nurse's Residence of the Jacoby Hospital

complex the accident occurred. She was setting up radio

equipment for a conference there. The building belongs to

Signature: _M.S. Alexander_ (Investigator)

Date: 5/6/94    M.S. Alexander
              Sr. Compensation Claims Investigator

**USE OTHER SIDE FOR REMARKS**

C-142 11-81 FD (281-108)

38846663-044
Giladi
Page 2

Yeshiva University, and this was a conference sponsored by the University.

When carrying a cart containing video equipment down the stairs, the claimant injured his left hand while lifting the cart. Mr. Jerri Landi of the Audio-Visual Department was a witness to the accident. The claimant and Mr. Landi were lifting the cart together.

The claimant's left hand was in a cast. He had surgery to the left hand on 12/12/91.

As per the claimant the accident was reported to his Supervisor the same day, but the Supervisor said it was reported to him only on 11/24/93.

The claimant was on sick leave on 12/19/91 and 12/20/91. He returned back to work on 12/21/91 and continued to work until 1/8/92.

Since 1/8/92 through 3/30/92 he was on disability. The doctor's note dated 2/17/92 shows that the diagnosis is compression of the left median nerve of the wrist.

For this period he collected disability from 1199 National Benefits Fund.

Since he returned back to work on 3/30/92, he had no further lost time due to this injury. The doctor's note also indicates that his condition is not job related.

*[signature]*

38846663-044
Giladi
Page 3

The assured did not receive any medical notes, but the disability form is signed by Dr. Berish Staruch, 3331 Bainsbridge Avenue, Bronx, New York. The diagnosis is compression of left medial nerve at the wrist.

For the surgery, he was out from 12/12/91 through 12/17/91. He was on sick leave during this period. The informant does not know where the surgery was performed.

The informant does not know the real condition of the hand. It was not job related.

The disability form indicates that the diagnosis was compression of the left medial nerve at the wrist. The doctor doesn't indicate it was job related. On the other hand, he indicates it is not job related.

The claimant did not put forward any claim this was job related.

The disability form shows he was seen by the doctor on 2/25/91. The informant does not know how long he had this condition with the hand. The informant does not know if he had any lost time due to this condition before the operation.

From 1/8/92 through 3/30/92, he was on disability due to the surgery. He had no other prior permanent conditions as per the assured's records.

38846663-044
Giladi
Page 4

On 6/13/93, he had another accident in which he injured his back. He has been out since 8/12/93 due to this injury. He did not return back to work. The informant has no medical information regarding the treatment he received for the injury to the back on 6/13/93.

He did not submit any disability form after the injury on 6/30/93. The informant does not know if he is collecting any SSI. He did not apply for Unemployment. He is not being paid.

He does not wear eyeglasses, contact lenses or a hearing device.

He is not related to any principal official of the facility.

Vital Points:

1. The claimant was out for surgery of the left hand from 12/12/91 through 12/17/91. He was on sick leave during this period. The informant did not receive any medical notes regarding this. He was operated on 12/12/91. The details are not available.

2. From 1/8/92 through 3/30/92, the claimant was on disability due to this surgery. The disability form indicates that the condition was compression of the left medial nerve at the wrist. The doctor has indicated that it is not job related. The claimant has never put forward any claim that it is job related.

After disability, he returned back to work with his hand in a cast on 12/17/91. The next day on 12/18/91, he had the accident.

Due to this accident in which he injured his left hand, he lost only two days and he was on sick leave for these days.

3. At the same time, the informant says that the disability from 1/8/92 through 3/30/92 was due to the surgery. It could be presumed that the surgery was for the compression of the left medial nerve at the wrist. Probably, the accident on 12/18/91 might have aggravated the condition due to re-injury.

4. He had another accident. This had nothing to do with the hand. It was on 6/30/93 and he injured his back. He was out since then.

Note attached: C-142, C-201.A, copy of disability form, and C-99.

5/6/94

M.S. Alexander
Sr. Compensation Claims Investigator