# EXHIBIT C

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
     RONI GILADI,

4                               PLAINTIFF,

5                    Index No.: 94 CIV 3975

6                  -against-

7    BERISH STRAUCH, HARRIS STERMAN,

8    DEBRA IRIZARRY, MONTEFIORE MEDICAL CENTER,
     "JOHN DOE," and RICHARD "ROE," last two names

9    being fititious, true names being unknown,

10                        DEFENDANTS.
     - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

11

12

13                 DATE: November 22, 2000

14                 TIME: 10:00 a.m.

15

16

17         EXAMINATION BEFORE TRIAL of the

18    Plaintiff, RONI GILADI, taken by the Defendant,

19    pursuant to a Court Order, held at the offices of

20    Philip J. Dinhofer, 450 Seventh Avenue, New York,

21    New York 10001, before a Notary Public of the State

22    of New York.

23

24

25

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
 1

 2   A P P E A R A N C E S:

 3

 4

 5        PHILIP J. DINHOFER, ESQ.
              Attorney for the Plaintiff
 6            450 Seventh Avenue
              New York, New York 10001

 7

 8        BARTLETT, McDONOUGH, BASTONE
          & MONAGHAN, ESQS.
 9            Attorneys for the Defendants
              One North Lexington Avenue
10            White Plains, New York 10601
              BY: KENNETH J. BURFORD, ESQ.
11            File #: 1350037
              FOJP:  V91-1420-4010

12

13                *          *          *

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2                    S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED by and

5     between the attorneys for the respective parties

6     herein that the sealing, filing and certification

7     of the within examination before trial be waived;

8     that all objections except as to form are reserved

9     to the time of trial.

10          IT IS FURTHER STIPULATED AND AGREED that the

11     transcript may be signed before any Notary Public

12     with the same force and effect as if signed before

13     a clerk or a Judge of the court.

14          IT IS FURTHER STIPULATED AND AGREED that the

15     examination before trial may be utilized for all

16     purposes as provided by the CPLR.

17          IT IS FURTHER STIPULATED AND AGREED that all

18     rights provided to all parties by the CPLR cannot

19     be deemed waived and the appropriate sections of

20     the CPLR shall be controlling with respect hereto.

21          IT IS FURTHER STIPULATED AND AGREED by and

22     between the attorneys for the respective parties

23     hereto that a copy of this examination shall be

24     furnished, without charge, to the attorneys

25     representing the witness testifying herein.

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

1

2    R O N I   G I L A D I, called as a witness, having

3    been first duly sworn by a Notary Public of the

4    State of New York, was examined and testified as

5    follows:

6    EXAMINATION BY

7    MR. BURFORD:

8         Q.    Please state your name and address for

9    the record.

10        A.    Roni Giladi, 25 Wedgewood Drive, West

11   Orange, New Jersey 07052.

12        Q.    Good morning, Mr. Giladi.

13        A.    Good morning.

14        Q.    Could you tell us how long you have

15   lived at 25 Wedgewood Drive?

16        A.    Since I sold my house on Five Walker

17   Road.

18        Q.    W-A-L-K-E-R?

19        A.    Uh-huh.

20        Q.    When did you sell the house?

21        A.    I do not recall.

22        Q.    What town was Five Walker in?

23        A.    West Orange.

24        Q.    Do you have any approximation of when

25   you moved out of the Five Walker Road address?

```
1                        GILADI

2         A.    Sometime in the beginning of, sometime

3    early '90s, I believe so.

4         Q.    Did you move directly from Five Walker

5    Road to 25 Wedgewood Drive?

6         A.    That's correct.

7         Q.    Did you live anywhere in between?

8         A.    No.  And I think we went over that

9    already once before.

10         Q.    Do you maintain any other residences at

11   the moment, besides 25 Wedgewood Drive?

12         A.    No.

13         Q.    Do you own the house on Wedgewood

14   Drive?

15         A.    No.

16         Q.    Who owns the house?

17         A.    The Jacobs family, but we went through

18   that already.

19               MR. DINHOFER:  I'll note for the record

20   a general objection that we covered this subject

21   matter at length in prior deposition testimony.  I

22   think the purpose of today's deposition is not to

23   rehash old testimony, but to go through new

24   matters.

25               MR. BURFORD:   I am not so sure I am
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
1                        GILADI

2    rehashing old testimony.

3                MR. DINHOFER:   Well, it's in the

4    transcripts.  I am going to state my generalized

5    objection.  And I will preserve that for the time

6    of trial, but let you continue.  I assume you are

7    going to be superficial on these areas.

8         Q.      How long have you known the Jacobs

9    family?

10        A.      From the mid-'80s.

11        Q.      Who does the Jacobs family include?

12        A.      Parent and nine kids.

13        Q.      What are the names?

14        A.      What would you like to know exactly?

15        Q.      The names of the Jacobs.

16        A.      The names of the Jacobs, okay.

17        Q.      The parents, anyway.

18        A.      Simon, and Barrie.

19        Q.      B-A-R-R-I-E?

20        A.      Yes.

21                MR. DINHOFER:   You have to speak up.

22                THE WITNESS:   I am repeating something,

23    everything is in the transcript and I think it's a

24    waste of time.

25                MR. DINHOFER:   I understand your
```

```
1                          GILADI

2     frustration.  And I would also request that we move

3     on because this has really been covered in detail,

4     who the Jacobs are, his relationship, and

5     everything about that is old news.

6           Q.     Are you employed?

7           A.     No.

8           Q.     When were you last employed?

9           A.     August 8 -- '94.

10          Q.     Where were you last employed in August

11    of 1994?

12          A.     Albert Einstein College of Medicine.

13          Q.     In what capacity?

14          A.     I was video technician level three.

15          Q.     Have you worked anywhere since then?

16          A.     No.

17          Q.     How do you support yourself?

18          A.     I receive--

19                 MR. DINHOFER:   Note my objection in

20    general.  I don't believe it's relevant how he

21    supports himself, but I will permit him to answer

22    over objection.

23          A.     (Continuing) I receive Workmen's Comp.

24          Q.     Is the Workmen's Compensation payment

25    as a result of an injury?
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
1                          GILADI

2          A.      Yes.

3          Q.      What injury is that?

4          A.      Lower back.  And carpal tunnel

5    syndrome.

6          Q.      When did you injure your lower back?

7          A.      June of 1993.

8          Q.      Who has treated you for carpal tunnel?

9          A.      Strauch.

10         Q.      Anyone else treated you for carpal

11   tunnel?

12         A.      Treated me, no.  Evaluated me, yes.

13         Q.      Who else has evaluated you?

14         A.      From what period of time are you

15   talking about?

16         Q.      Well, why don't we go back the last

17   four years?

18         A.      The last four years?  Dr. Goldstein.

19   That's it.

20         Q.      Have you seen any other doctors for

21   evaluation or treatment of carpal tunnel, besides

22   Dr. Goldstein?

23         A.      I saw the Workmen's Comp. physicians,

24   but I cannot give you their names because I do not

25   know who they are.
```

9

1                          GILADI

2          Q.     Since the end of 1995, have you been

3    seen by any physicians at all for any reason?

4          A.     If I am not mistaken, and again, this

5    is, I am trying, this is a long time ago, and I

6    cannot swear to that, but I believe I saw Dr. Joel

7    Cohen, maybe on one or two occasions.  And the rest

8    is Dr. Goldstein.  And his partner, of course.

9          Q.     Have you seen any physicians for any

10   other, any other physicians at all for any reason

11   in the last five years?

12         A.     Not that I recall.  I will ask you a

13   question, you are talking about with regard to my

14   hand?

15         Q.     No.  My question, sir, was any reason

16   whatsoever.

17         A.     I have a doctor that I saw in Israel, I

18   forgot about him totally.  Dr. Russo.  R-U-S-S-O,

19   something like that.  The last time I saw him was

20   October of this year.

21         Q.     Any other doctors that you have seen in

22   the last five years, for any reason whatsoever?

23         A.     I do not recall at the moment.  If I

24   remember through the deposition, I will let you

25   know.

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
 1                        GILADI

 2        Q.      Did you see a Dr. Sadeh?

 3        A.      In the last five years?  I may -- I do

 4   not recall when I saw him, but I saw him once or

 5   twice.

 6        Q.      Did you see him once or twice or did

 7   you see him more than once or twice?

 8        A.      I saw him more than once or twice, but

 9   you are talking about the last five years.  The

10   last five years, also I saw doctors in Tel Aviv.

11        Q.      What brought you to see Dr. Sadeh?

12        A.      Talking about Dr. Sadeh?

13        Q.      Yes.

14        A.      Frustration.  Of being lied by my own

15   physician.

16        Q.      Of being

17        A.      Lied  By my own physician.

18        Q.      L-I-E?

19        A.      Yes.

20        Q.      What physician is that?

21        A.      Dr. Strauch.

22        Q.      What lie did Dr. Strauch tell you?

23        A.      Prior to surgery  he told me that the

24   surgery is very simple, no complication, no side

25   effect, and within three weeks I will be going back
```

```
 1                        GILADI

 2    to work.

 3         Q.        Within how long?

 4         A.        Three weeks.

 5         Q.        Before you came to today's deposition,

 6    did you review any documents?

 7         A.        No.

 8              MR. DINHOFER:    I don't think he

 9    finished his answer.

10         Q.        If you didn't finish, go ahead.

11         A.        I didn't finish.    And nine months after

12    surgery, I believe nine months after surgery, he

13    accused me of being, what is the word, I forgot the

14    word, like I have everything in my head, and I have

15    no medical problem, which I resent this kind of

16    comment.    When I asked him if it's the case, why

17    for three months my hand was falling -- swollen.

18         Q.        Your hand was what?

19         A.        Swollen.  "Why did you call me to open

20    the cast on emergency visit."  He refused to

21    respond.  His refusal led me to believe that I am

22    having some problem, but I never am going to find

23    it from him.  So I was seeking some help from other

24    sources.  That's why I arrived to Dr. Sadeh's

25    office for evaluation of my condition.
```

```
1                       GILADI

2         Q.     Are you finished?

3         A.     Yes.

4         Q.     Before you came today for the

5    deposition, did you review any documents?

6         A.     No.

7         Q.     Have you ever reviewed your earlier

8    depositions in this case?

9         A.     No.

10        Q.     Were you ever shown your earlier

11   depositions in this case?

12        A.     After I had my deposition I saw them,

13   but since then I --

14        Q.     Have you ever made any corrections to

15   your depositions your earlier depositions?

16        A.     I looked at them, I -- I don't think I

17   made any correction yet.  I was having a lot of

18   pain and I couldn't concentrate.

19        Q.     Other than Dr. Sadeh, have you been

20   seen by any other doctors since 1995?

21        A.     I said I was seeing somebody else in

22   Tel Aviv, he is in orthopedics, I do not recall his

23   name at the moment.

24        Q.     Do you remember, was this doctor

25   hospital-based or was he in private office?
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
1                          GILADI
2      A.      No, I saw him in his private office.
3      Q.      Do you have any health insurance?
4      A.      Since I have been fired, no.
5      Q.      No?
6      A.      No.
7      Q.      Who pays your medical bills?
8      A.      Which one?
9      Q.      Any of your medical bills.
10     A.      Some of them I pay from my own pocket.
11     Q.      Does anyone else pay any of the other
12  bills?
13     A.      Workmen's Comp.
14     Q.      Other than either your own pocket or
15  Workmen's Comp., do you have any other source of
16  reimbursement for medical payments?
17     A.      Not that I'm aware.
18     Q.      The orthopedist that you saw in Tel
19  Aviv, what brought you to see the orthopedist?
20     A.      I went to him strictly because of my
21  back.
22     Q.      As far as you understood it, what was
23  wrong with your back?
24     A.      Herniated disk, the lower back
25     Q.      Do you know what level is herniated?
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
1                          GILADI

2          A.      The lowest, I think around disk one, if

3      I am not mistaken, L-4, L-5, S-1, if I am not

4      mistaken.

5          Q.      Have you undergone surgery for your

6      back?

7          A.      No.

8          Q.      Has surgery for your back been

9      recommended?

10         A.      Yes.

11         Q.      Who recommended it?

12         A.      Doctor, the doctor or the orthopedist

13     from Tel Aviv, and Dr. Goldstein.  Also, I think

14     Dr. Joel Cohen, I believe so.  As I said, it's --

15     it's a long time ago since I saw all these --

16         Q.      Any particular reason you haven't had

17     surgery on your back?

18         A.      Yes.  There is no guarantee that it

19     will be improvement.  It's one thing, and my

20     experience with Dr. Strauch, doubt any surgery on

21     my part.

22                 MR. DINHOFER:    Would you read that

23     answer?

24                 (Whereupon, the referred to answer was

25     read back by the Reporter.)
```

15

```
1                         GILADI

2        A.      (Continuing) especially when somebody

3   telling me that I will have full recovery and I

4   became to be a disabled, when you tell me 50/50,

5   it's not giving me any choice for me to think about

6   surgery.

7        Q.      Have you had surgery since Dr. Strauch

8   operated on you?

9        A.      Yes

10       Q.      When you had that surgery, since

11  Dr. Strauch operated on you, let me put it this

12  way.  Withdraw the question.

13               Did your experience with Dr. Strauch

14  stop you from having that surgery?

15       A.      If I ever, I do not understand.

16       Q.      You had surgery since Dr. Strauch,

17  correct?

18       A.      That's correct.

19       Q.      What kind of surgery did you have?

20       A.      I had surgery to my elbow.

21       Q.      Which elbow was that?

22       A.      The same elbow Dr. Strauch had surgery

23  on.

24       Q.      Obviously then your experience with

25  Dr. Strauch did not stop you from having that
```

```
 1                         GILADI

 2   operation?

 3        A.       NO.   I was -- I was going for almost,

 4   for long period of time until I made my decision to

 5   go for surgery.

 6        Q.       Then what about your experience with

 7   Dr. Strauch is stopping you from having surgery on

 8   your back then?

 9        A.       As I said, he promised me, he promised

10   he told me 100 percent I will be recovering and I

11   will not have any problem.   I have ulnar nerve

12   atrophy because of his surgery, which I know that

13   doctor is going to touch my nerve in my back, and I

14   do not want to be totally handicapped.

15        Q.       Dr. Russo touched the nerve in your

16   arm, right, when he operated?

17        A.       I didn't have a choice, my hand already

18   being screwed.

19        Q.       Let me ask you again, sir.

20                 Why did Dr. Strauch's experience

21   prevent you from having surgery on your back, but

22   it didn't prevent you from having surgery on your

23   elbow by Dr. Russo?

24                 MR. DINHOFER:   Objection, asked and

25   answered.  Go ahead.
```

```
 1                    GILADI

 2         A.    Because my hand, already I was not

 3    functioning with my hand, I was having a lot of

 4    pain, I couldn't sleep at night.  I could not have

 5    anybody touch my hand or be close to me, I was

 6    isolating myself from people, I was isolating

 7    myself from my family.  If a friend came and give

 8    me (indicating), a touch on my shoulder, I would

 9    sometimes almost hit him back as a reflex.  I

10    couldn't live with it anymore.  For four years I

11    was living this kind of life, it was too much for

12    me.

13         Q.    Are you having pain in your back?

14         A.    If I have pain, not the way I have in

15    my elbow.

16         Q.    Do you have pain in your back?

17         A.    I am controlling it, I know how to

18    handle it, it was not the same pain as I had in my

19    elbow.

20         Q.    Do you have pain in your back?

21         A.    I have pain.

22         Q.    Does the pain in your back keep you

23    from doing things?

24         A.    Yes.

25         Q.    What things does it keep you from
```

1                       GILADI

2    doing?

3         A.    Depends on a day.

4         Q.    Pick any day, over the course of a

5    week, tell me what activities the pain in your back

6    prevents you from doing?

7         A.    I cannot give you a list.

8         Q.    What about over a month?

9         A.    I am not giving you any list because I

10   cannot give you a list.

11        Q.    Why can't you give me a list?

12        A.    Because.  This can be, depends what I

13   do.  Depends what I am, what is my -- activity, and

14   my back pain is related to what I do.  My elbow was

15   not related to what I do, it's related to injury to

16   the nerve  that I have no choice just to suffer.

17   With my back I can control, if I have pain, I can

18   lay down for two hours, three hours, and I feel

19   better.  With my elbow I can lay down and I still

20   have the pain.

21        Q.    Did you testify anywhere else about any

22   limitations of activities secondary to your back

23   pain?

24        A.    Yes.

25        Q.    What limitations of activities did you

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

19

```
 1                      GILADI

 2  testify to?

 3      A.    You know exactly.  You have the report.

 4      Q.    What are they, sir?  What are the

 5  limitations --

 6      A.    My limitation because I have a

 7  limitation, I can control it by taking care --

 8            MR. DINHOFER:   Roni, his question is

 9  what are the limitations that you testified to?

10      A.    (Continuing) I cannot sit for a long

11  time.  I cannot stand for a long time, I cannot

12  push, I cannot pull, I cannot carry heavy

13  equipment.  And all that I can avoid and -- pain in

14  my elbow I couldn't avoid --

15            MR. DINHOFER:   He is not asking you

16  about your elbow, he is just asking you about your

17  limitations, just answer his question.

18            THE WITNESS:   I answered.

19      Q.    When you say you "can't sit for long

20  period of time," how long are you able to sit?

21      A.    Depends on my condition, my condition

22  what I did prior to me sitting.  If I was laying

23  down I can sit longer, if I was active I was not

24  going to be able to sit longer.

25      Q.    If you were laying down?
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

20

```
 1                          GILADI

 2        A.        I cannot-- I cannot give you time, I do

 3   not know.

 4        Q.        How long can you sit?

 5        A.        I don't know.

 6        Q.        If you were active, how long would you

 7   be able to sit?

 8        A.        I cannot give you time.

 9        Q.        How long are you able to stand?

10        A.        I have no time limits, this can be five

11   minutes, it can be ten minutes, it can be half

12   hour, I do not know.

13        Q.        Does --

14        A.        Depends.

15        Q.        What does it depend on?

16        A.        As I said, what I did prior to that.

17        Q.        The two options being whether or not

18   you were lying down or whether or not you were

19   active?

20        A.        I don't understand the question.

21        Q.        The variables that you indicated that

22   impact on how long you can stand, what are they?

23        A.        As I said, if -- which I was doing, if

24   I am taking a ride in the subway, it's not good for

25   me.
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
 1                        GILADI

 2        Q.        If you take a ride on the subway, for

 3   example, how long are you able to stand?

 4        A.        I cannot tell you.  As I said, I am not

 5   timing myself.  I know when I feel pain I lay

 6   down.

 7        Q.        How often on a daily basis do you find

 8   you have to lay down?

 9        A.        On the basis -- on a daily time?

10        Q.        Yes.

11        A.        I didn't have a stop watch in my hand

12   and I am not counting, I cannot tell you, I am

13   sorry.

14        Q.        Did you testify anywhere else to time

15   limits, or to the ability as to sit or stand?

16        A.        I think I told you the time limit that

17   I testified in other places already.  This can be

18   from five minutes, 20 minutes, half hour, this is

19   what I recall.

20        Q.        Or more?

21        A.        I don't think so.

22        Q.        You mentioned your back also gave you

23   problems sleeping.  What kind of problems does it

24   give you sleeping?

25        A.        My elbow gave me problems sleeping.
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

22

```
1                          GILADI
2         Q.        We were talking about your back before,
3    I believe you mentioned difficulty sleeping?
4         A.        No, no.
5         Q.        No difficulty sleeping from your back?
6         A.        Usually I take medication when I lay
7    down.  I am -- laying down is not giving me a hard
8    time.  If I -- no.
9         Q.        What medications do you take for your
10   back?
11        A.        At the moment I take over the counter,
12   Advil and Tylenol, combination of two.
13        Q.        How often do you take them?
14        A.        As I feel pain.
15        Q.        How often is that?
16        A.        More than three times a day.
17        Q.        Do you take an Advil and a Tylenol or
18   something else?
19        A.        I take them together.  I take two and
20   two.
21        Q.        Two Advil and two Tylenol?
22        A.        That's correct.
23        Q.        Does that alleviate the pain in your
24   back?
25        A.        Relief, yes.  In some ways.
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
 1                      GILADI

 2        Q.      What do you mean "relief in some ways"?

 3        A.      I can function a little bit.

 4        Q.      What do you mean by "function a little

 5   bit"?

 6        A.      I mean I can do things that I cannot do

 7   with prior to taking the medications.

 8        Q.      What sort of things?

 9        A.      Such as -- maybe sitting longer than

10   five minutes.

11        Q.      Anything else?

12        A.      It's what comes to my mind at the

13   moment.

14        Q.      You also mentioned that as a result of

15   your disability you were isolated from your family?

16        A.      This is because of my hand.

17        Q.      What family is it that you are isolated

18   from?

19        A.      My family in Israel.  When I am with

20   them, they are not allowed to be close to me.  They

21   used to be not allowed to be close to me.  They

22   were not allowed to give me a hug when I came to

23   visit or anything like that.

24        Q.      How often do you visit Israel?

25                MR. DINHOFER:    During what period of
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
 1                        GILADI

 2   time?

 3        Q.      In the last five years?

 4        A.      Twice, three times a year.

 5        Q.      Who pays for your fare back and for

 6   the?

 7        A.      The family.

 8                MR. DINHOFER:    Note my objection to

 9   the relevance.

10        Q.      Do you have an Israeli passport?

11        A.      Yes.

12        Q.      Do you have an American passport?

13        A.      Yes.

14        Q.      Do you travel on both or do you use one

15   or the other?

16        A.      I travel on both.

17        Q.      When you say you "travel on both," what

18   do you mean by that?

19        A.      I have to show Israeli government

20   Israeli, and I have to show American government

21   American.

22        Q.      When you get to Israel you hand them

23   Israeli passport, and when you get back to New York

24   you hand them the American passport?

25        A.      That's correct.
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY