GILADI

Q. Have you seen Dr. Hernes since Dr. Strauch's surgery?

A. Since Dr. Strauch's surgery?

Q. Yes.

A. If I saw him 1994, that's since Dr. Strauch's surgery.

Q. The last time you saw Dr. Hernes, did he make any recommendations to you for treatment?

A. He was talking about having surgery on my back, if I am not mistaken.

Q. Did you discuss your arms, your upper extremities, with Dr. Hernes?

A. He -- I, I did not go to him for that, but he saw the splint in my hand, he asked me a question, I responded, he evaluated and he put it in his report.

Q. I see today you are wearing a splint on your left arm?

A. That's correct.

Q. Not on your right arm; is that correct?

A. That's correct.

Q. Did you have any discussions with Dr. Hernes about the condition of your left arm?

A. Not in a lot of details.

GILADI

Q. What did Dr. Hernes say to you and what did you say to him?

A. He saw --

MR. DINHOFER: Note my objection to hearsay, you can answer over objection.

A. (Continuing) he saw the scar. I do not recall if he saw the scar or not. I do not recall. I just -- he just saw that my hand is very weak and I cannot function with my left hand.

Q. Well, did he undertake an examination of your left arm?

A. He, I believe he did. I am not sure. It was -- as I said, this is a long time ago and -- I real really do not have the full detail in my mind at the moment.

Q. Is it safe to say that the details of the medical care you were receiving at that time are no longer fresh in your mind?

A. Yes.

Q. Did you see any other doctors at Dr. Hernes' recommendation?

A. I believe, he did send me to somebody, I do not recall, what was it.

Q. What specialty?

A. I do not recall.

Q. Was it a doctor here or in Israel?

A. In Israel.

Q. Do you have any records at home with respect to who that doctor may have been?

A. I do not know.

Q. When you are in Israel, who pays your medical bills?

A. Who pays my medical bills?

Q. In Israel.

A. As I said before, I paid cash.

Q. Did you see a Dr. Helft?

A. What?

Q. H-E-L-F-T?

A. I may, I don't know, I cannot swear to that.

Q. Do you have a recollection whatsoever of seeing a Dr. Helft?

A. As I said I may have, I do not recall.

Q. What about Dr. Lester?

A. Dr. Lester, yes, I saw.

Q. What is Dr. Lester's specialty?

A. She's a hand surgeon.

Q. When did you see Dr. Lester?

A. Many, many years back. I cannot even tell you the date. I think the last time I saw her maybe '93 or '94.

Q. As of the last time that you saw Dr. Lester, had he or she made any recommendations to you for care?

A. I do not recall the full conversation.

Q. Have you had any discussions with, in the last five years, any of your doctors about the volume of medications that you are taking?

A. If I had, I may, I do not recall.

Q. Do you recall that such a discussion took place and just don't recall the details, or you don't know one way or the other?

A. I didn't understand your question.

Q. Do you recall the topic ever being discussed, with any of your doctors, concerning the volume of medications that you are taking?

A. Put it this way. It's always a concern in my mind that the volume of medication I am taking has side effect. If I discussed it with any one of the doctors, I -- I cannot tell you at the moment.

Q. In the last five years, have you taken

GILADI

any medication, other than Tylenol or Advil?

A. Yes.

Q. What else have you taken?

A. I cannot give you the names.

Q. Have they been prescription or over the counter?

A. Prescriptions.

Q. Where do you have your prescriptions filled?

A. In New Jersey.

Q. Which pharmacy?

A. I went to various.

Q. What are the pharmacies that you have been to?

A. I really -- it was some in New Jersey, some in New York. Whatever was handy in my hand and I saw a pharmacy and I went in there and got the medication if at the time I had insurance, if they accept my insurance. If they didn't accept my insurance, I went to whichever.

Q. What insurance are you referring to?

A. I think at the time it was 1199.

Q. Up until --

A. Talking about the last five years,

sorry this is -- it's not --

Q. It was 1199 prior to five years?

A. That's correct, sorry.

Q. Do you recall the name of any pharmacy that you have used in the last five years?

A. Really, I don't.

Q. Do you use pharmacies around your house?

A. I think I use one of them in -- what is it called, Verona.

Q. How far is that pharmacy from your house?

A. Five-minute drive.

Q. Do you recall the name of the pharmacy in Verona?

A. I know it starts with a D.

Q. Duane Reade?

A. No. I know it starts with a D.

Q. Sir, have you been seen at the Hospital for Joint Disease in the last five years?

A. I believe so.

Q. Did you have surgery there?

A. No. I had -- I had epidural block.

Q. What is your understanding of epidural

block?

A. It's not five years -- this was done August '94.

Q. August of '94 or August of '95?

A. August of '94, if I am not mistaken.

Q. What is your understanding of an epidural block?

A. Trying to reduce the pressure of the nerve and the -- the pressure from the nerve by some medication.

Q. Is that an injection?

A. Yes.

Q. Into your spinal column?

A. To where, I do not know. I know there was injection.

Q. What is your recollection of where the injection was?

A. In my lower back.

Q. In the area of the herniated disk?

A. In the neighborhood.

Q. In the what?

A. I did not see --

MR. DINHOFER: He said in the neighborhood.

GILADI

Q. Did that occur once or more?

A. Twice, if I am not mistaken. Sorry --

Q. Who was your doctor at that time?

A. Sorry, I am confusing a lot of things, as I said everything is -- I cannot recall everything. '94 was Einstein, Joint Disease, I really do not know exactly when it was.

Q. Do you know who your doctor was at the time?

A. Dr. Goldstein.

Q. Were you seen by any other doctors, that you recall at that time?

A. As I said, Dr. Goldstein and one of his partners.

Q. Do you recall a Dr. David Alpert?

A. Maybe that's the one from Joint Disease, but I don't know the name.

Q. The name does not mean anything to you?

A. No.

Q. When you were admitted to the Hospital for Joint Disease, did they take a history from you?

A. I do not recall. It was brief, I did not spend much time.

GILADI

Q. I didn't ask you how much time --

A. I do not recall, I do not recall, I do not recall.

Q. Did you fill out any forms while you were in Joint Disease?

A. I may.

Q. Was one of them a consent form?

A. It's a possibility.

Q. When you read the consent form, did you have any questions for Dr. Goldstein?

A. Dr. Goldstein was not there.

Q. Who was there?

A. Some physicians.

Q. Who were the physicians?

A. Who performed the epidural block. I do not recall the names.

Q. Other than epidural block, have you had any other treatment for your back in the last five years?

A. Medication.

Q. And that's the Advil and the Tylenol you referred to earlier?

A. For some period of time. Also Rx.

MR. DINHOFER: Prescription medicine.

GILADI

Q. Do you recall the names of any of the prescription medicines?

A. No.

Q. Were you taking Dolobid?

A. It's a possibility.

Q. Were you taking Flexeril?

A. Possibility.

Q. Any other possibilities?

A. If I knew the name I would let you know, but I do not know.

Q. Were you seen by a Dr. Terentiev?

A. The name doesn't mean nothing to me.

Q. Did you see Dr. Terentiev complaining of a needle stick on the bus?

A. This is not from -- this is, this is from New Jersey, yes.

Q. So you did see Dr. Terentiev?

A. I do not recall the name. As I said, the name means nothing to me because I don't recall, but I do recall that I had a needle stick, that's what got my recollection.

Q. Did you tell Dr. Terentiev that you thought the needle contained heroin?

A. I didn't tell him, I think the