45



```
 1                       GILADI
 2   police   told me it contained heroin.
 3        Q.    What police department was that?
 4        A.    I believe it was Port Authority police.
 5        Q.    Do you have any police reports from
 6   that accident?
 7        A.    Not that I know. I do not have them.
 8   No.
 9        Q.    Have you ever had those reports?
10        A.    No, I recall.
11        Q.    On how many occasions did you see
12   Dr. Terentiev?
13        A.    I had to go for a screening test
14        Q.    That that for HIV?
15        A.    Yes.
16        Q.    That was negative?
17        A.    Yes.
18        Q.    Any other visits to Dr. Terentiev?
19        A.    As I said I was for screening. The
20   last time I saw him not that I recall. I do
21   not, maybe I had a cold or something like that
22   but I do not I don't know. I think most of the
23   times only for for this needle stick
24        Q.    Did he tell you you had high blood
25   pressure?
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

46

```
 1                    GILADI

 2        A.    He usually asked me if ~~~~~~~ and

 3    I said yes because he was touching my el~~~ he was

 4    touching my left hand (indicating).

 5        Q.    Did he suggest treatment for your high

 6    blood pressure?

 7        A.    He told me~~~~~~~~~ he told me to

 8    take treatment ~~~~~~~~~~ took it.

 9        Q.    What treatment did he recommend?

10        A.    Medication for blood pressure.

11        Q.    Did he tell you how high your blood

12    pressure was?

13        A.    ~~~~~~~~~

14        Q.    ~~~

15        A.    I did not recall.

16        Q.    What medication did he suggest to you?

17        A.    I have no -- he told me that he can

18    reduce it by medication.  I said "Thank you.  I am

19    not taking medication."

20        Q.    Why did you refuse medication for high

21    blood pressure?

22        A.    Because if I had high blood pressure,

23    it is only because of my condition, because of

24    medical reasons.  And I do not need to take

25    medication more than what already I am taking for
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

47

1                        GILADI

2    ~~my pain in my elbow, and pain in my back.~~

3        Q.    Have you seen Dr. Kulik (phonetic) in

4    the last five years?

5        A.    Dr. Kulik is not my physician.

6        Q.    I didn't ask you if he was your

7    physician, I just asked you if you saw him?

8        A.    I think I saw Dr. Kulik.

9        Q.    When was that, that you saw Dr. Kulik?

10        A.    I don't understand the question.

11        Q.    When did you see Dr. Kulik?

12        A.    I cannot recall.  I think I was being

13    sent to him by the Workmen's Comp.

14.        Q.    ~~did you have a discussion with~~

15    ~~Dr. Kulik about returning to work?~~

16        A.    ~~I always wanted to go back to work~~

17        Q.    ~~did you tell Dr. Kulik that you~~

18    ~~for the return to work after your injury in 1992?~~

19        A.    ~~I was used that I was being forced to~~

20    ~~go to work in 1992 and I was forced to do~~

21    ~~the work, it was in 1992 after my hand surgery~~

22        Q.    ~~it was 92 when you were forced to go~~

23    ~~to work?~~

24        A.    ~~Yes  because the doctor refused to~~

25    ~~give me medical proof that I am not guilty to be off~~

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

48

```
 1                    GILADI
 2    duty.
 3         Q.    Who was it that refused to give you the
 4    medical notes?
 5         A.    Dr. Steinhorn
 6              MR. BURFORD:   Let me have just this
 7    page marked as an exhibit?
 8              (Whereupon, the aforementioned chart
 9    was marked as Defendant's Exhibit A for
10    identification as of this date by the Reporter.)
11         Q.    Let me show you what has been marked as
12    Defendant's Exhibit A.
13              Have you ever seen that document
14    before?
15         A.    I believe so, yes.
16         Q.    Is this a chart that reflects the
17    totality of the time off from work as far as you
18    are claiming in this case?
19         A.    This is reflecting all the time that I
20    took time off from work because of my hand
21    surgery.
22         Q.    The entirety of the time that you took
23    off adds up to six (40), is that correct?
24         A.    That's what it says.
25         Q.    I'm not asking you if that's correct,
```



DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

49

```
1                          GILADI
2        A.      If the calculation is correct, yes.
3        Q.      Do you see anything on here that is
4    calculated incorrectly?
5        A.      I cannot tell you at the moment.  When
6    I said that I went through my time sheets, I don't
7    have my time sheets in front of me.  I cannot
8    respond.
9        Q.      When you mentioned time sheets, what
10   time sheets do you have?
11       A.      I said at the time I had time sheets
12   regarding period of time that we are talking
13   about.
14       Q.      That's what I asked you.
15               What time sheets are you referring to?
16       A.      From work.
17       Q.      Those were your records?
18       A.      What do you mean, that was my record?
19       Q.      Well, I am asking you, what are the
20   time sheets that you were referring to?
21       A.      I had my my time sheets from work
22   that I made a copy of them.
23       Q.      What became of that copy?
24       A.      Gone.  I don't have it anymore.
25       Q.      When was the last time you saw them?
```



DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

50



GILADI

1

2    A.    [illegible] do not recall.

3    Q.    [illegible] you have those records in front of

4    you [illegible] document was prepared?

5    A.    When this document [illegible] before us, I had

6    [illegible] I did — I couldn't do it without the [illegible]

7    [illegible] document?

8    Q.    [illegible] many time sheets did you have?

9    A.    [illegible] two weeks [illegible] One [illegible] from

10   November [illegible] whichever it said here, until

11   [illegible] two years. I do not recall [illegible] the pages

12   [illegible]

13   Q.    [illegible] where were you when you were reviewing

14   your time sheets for the purposes of putting

15   together Defendant's [illegible]?

16   A.    I believe at the library.

17   Q.    [illegible] library was that?

18   A.    [illegible] do not recall.

19   Q.    [illegible] in the United States or in

20   Israel?

21   A.    [illegible] in United States.

22   Q.    In [illegible] New York or in New Jersey?

23   A.    I cannot tell you.

24   Q.    [illegible] did you ever provide anyone with copies

25   of [illegible] time sheets?

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

51

1                    GILADI

2        A.     If I ever provided anybody with these

3   time sheets?  Not that I recall.

4        Q.     Were you ever asked to provide anyone

5   with copies of your time sheets?

6        A.     No.

7        Q.     ████████████████████████████████

8   ████████████████████████████

9        A.     ████████████████████

10       Q.     ████████████████

11             ████████████████████████

12       A.     ████████████████████████████████

13   ████████████████████████████████████████████

14   ████████████████████████████████████████████

15   ████████

16       Q.     ████████████████████████████████

17   ████████████████████████████████████

18       A.     ████████████████████

19       Q.     ████████████████

20       A.     ████████

21       Q.     ████████████████████████████

22   ████████████████████████████████████████████

23   ████████████

24       A.     ████████████████████████████████

25   ████████████████████████████████████████████

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

52

1          GILADI

2     [redacted]

3     Q.     I [redacted]

4     [redacted]

5     A.     [redacted] and December 13th. For

6     the period of December 14, '91 to December 27, '91

7     [redacted] have a calendar in front of me [redacted] I

8     can give you better details, but [redacted]

9     Q.     If you had a [redacted]

10    A.     A calendar.  But what I know that I

11    did [redacted] I worked for, I came after surgery on the

12    [redacted] which was [redacted] don't recall if it was Tuesday

13    on Wednesday, I was there for one day, and then I

14    did [redacted] back to work for another two or three

15    days and then I came back for a day or two, and

16    [redacted] said is how everything goes here.

17    Q.     When was your surgery [redacted]

18    A.     December 12th.

19    Q.     December [redacted] of what year?

20    A.     '91.  That's why when I said before

21    December nine [redacted]

22    work in 1992 [redacted] later on 1992.

23    Q.     Did you [redacted] to work on December

24    12th [redacted]

25    A.     [redacted]

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

53

GILADI



1

2   Q.   [illegible]

3   A.   No.

4   Q.   [illegible] you return to work?

5   A.   December [illegible].

6   Q.   So when the 28 hours for December 14th

7   through December 27th, what days does that refer

8   [illegible]

9   A.   Everything as I said, I cannot tell

10  you exactly all -- full details because -- I came

11  on the [illegible] for one day --

12  Q.   You came in when?

13  A.   The 8th of December, for one day, and

14  I [illegible] again for a few days. And I came back

15  for one day, so two days. And I came, I left again

16  for [illegible] or two days, so -- I cannot give

17  [illegible]

18  Q.   How many hours a day did you work?

19  A.   I work seven hours, I work three [illegible]

20  work [illegible] hours a week.

21  Q.   Is that roughly seven hours a day?

22  A.   Yes.

23  Q.   So then [illegible]

24  A.   28 hours [illegible]

25  Q.   28 hours is four days?

54

```
 1                          GILADI
 2        A.     That's correct.
 3        Q.     So for that two week period of time --
 4        A.     Now you have 21 -- and you have 14 days
 5   of leave with pay -- I was meaning I have here four
 6   and two days -- so I was there only four days.
 7        Q.     Your the period December 14th to
 8   December 27th, you worked four days?
 9        A.     Four days -- I was there four days.  If I
10   worked, it's a different story.
11        Q.     Were there times when you went to work
12   and didn't do any work?
13        A.     If they didn't have any work for me
14   there at the time.  Except for the 18th.
15        Q.     How do you know you had work on the
16   18th?
17        A.     Because I -- I had to go to do some work
18   on the 18th.
19        Q.     What work did you have to do on the
20   18th?
21        A.     Videotaping a guest lecture -- somebody
22   came from outside.
23        Q.     Who was the guest lecturer?
24        A.     Somebody from the government, I do not
25   know.
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

55

1                        GILADI

2        Q.      How is it you recall that that was on

3    December 18th, nine years ago?

4        A.      Because I injured my right hand on that

5    day.

6        Q.      How did you injure your right hand at

7    that time?

8        A.      I was having a friend who was doing all

9    the heavy work for me.  We have to move equipment

10   from one -- from a very narrow area, he couldn't do

11   it by himself.  I tried to help him with one hand,

12   with my right hand, because my left hand was with

13   the cast, and disabled and something happened

14   and-- fall on me and I protect myself with my

15   right hand, so the carriage fell on my right hand.

16   And injured my hand.

17       Q.      Did you make a Workmen's Comp. for

18   that?

19       A.      My attorney, with error, filed a

20   complaint, but I -- withdraw the complaint.  There

21   was no evidence, no -- the -- the complaint was

22   being written incorrectly.

23       Q.      ~~You filed a Workmen's Compensation~~

24   ~~claim?~~

25       A.      ~~I did not file a Workers' Compensation~~

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

56

GILADI

1

2   said my attorney, by mistake. When I found out

3   about the error, I inform him that this is not

4   what -- something that I have intention to do.

5   And we just send to court new papers the next

6   day.

7        Q.      Did you sign any paperwork for that

8   Workers' Comp claim?

9        A.      My attorney gave me papers to sign, I

10  don't recollection would I have in front of me when I

11  find out was a mistake and discuss it with the

12  attorney.

13       Q.      Why did you consider it a mistake?

14       A.      Why?

15       Q.      Yes.

16       A.      Because I never had an intention to

17  file a claim for my right hand.

18       Q.      Was your right hand injured?

19       A.      Yes.

20       Q.      Was it injured in the course of your

21  job?

22       A.      Yes, but it's not anything that you get

23  injured for you go to sue for.

24       Q.      Did you consider it a small injury?

25       A.      I do not know what I considered it by

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY



```
1                        GILADI
2    considered ██████████████ something that really
3    would like ████████████████████████████
4         Q.     Did ████████ problems ████ you
5    right hand ██████████
6         A.     yes, I did.
7         Q.     For ████ period of time ████
8         A.     I █████ for a few days ██ ████ not
9    when stopped me from -- it's not, if you are
10   talking about problem can you tell me exactly what
11   kind of problem ████
12        Q.     I am asking you what kind of problem
13   you had with your hand
14        A.     I had some everything that is the only
15   finger I had but really not something that has any
16   significant -- I could work ████████ right hand ████
17   no problem if I could work with my left hand
18        Q.     I am not sure I understand your
19   answer.
20        A.     If my left hand was ████ with the cast,
21   and I could use my left hand and my right hand at
22   the same time, I was going to go to work ████████
23   problem. Meaning that my right hand did not stop
24   me from anything.
25        Q.     For the two day period beginning ████
```