December 28th, what days were you out of work?

A. It says here I was off for one day. And then for one day I came to work and I couldn't stay any longer, and I left after five hours. And then for 22 hours -- may I have a ruler, please? I don't have mine --.

MR. DINHOFER: Use a piece of paper. With regard to --

MR. DINHOFER: Wait, there is no question.

MR. BURFORD: Actually I think there was a question.

MR. DINHOFER: Can you read back?

(Whereupon, the referred to question was read back by the Reporter.)

A. (Continuing) I'd like to mention one thing that, to your knowledge this time, there was a lot of vacation hours. Holiday hours, it's not being marked here. For example, you have here December 27th you have Christmastime here, that is holiday. Which I did not even -- put in this category because it's a holiday so -- I did not claim anything like that in this paper.

Q. For the pay period beginning December

GILADI

28th, can you tell me what days, or what day or days are included under the category of sick hours?

A. Which days exactly I cannot, but I can tell you it was one day that I was off all day. The other day I came to work, and maybe I tried to do something and I couldn't do it, and after five hours, I left. And after that I was on disability.

Q. How can you tell from looking at this list that, for example, the category of sick hours, number seven relates to seven contiguous hours on one day, as opposed to seven hours on more than one day?

A. I believe that -- if I said seven, it's a full seven hours.

Q. Under the category of "leave with pay" where you have "two."

Do you know whether it's two hours on one day or two hours on more than one day?

A. As I said, I believe it's one day.

Q. What leads you to that belief?

A. Because -- I have here, we have ten days, ten working days. Total. From ten working days, we have here -- 31 hours. Of -- of -- time

```
                                                          60
 1                         GILADI
 2    [redacted]
 3    [redacted]
 4    [redacted]
 5    I a[redacted]
 6    wa[redacted]
 7        Q.    [redacted]
 8    as [redacted]
 9    pa[redacted]
10        A.    I [redacted]
11    [redacted] took full days off.  It was
12    rarely [redacted]
13    [redacted]
14    [redacted]
15        Q.    Is [redacted] the number
16    two [redacted] complete day?
17        A.    [redacted]
18        Q.    [redacted]
19    [redacted]
20        A.    [redacted]
21    that [redacted]
22        Q.    [redacted]
23    I am [redacted]
24    su[redacted]
25        A.    [redacted]
```

GILADI



work.

Q. What day was that?

A. The day I was receiving the paper from Dr. Strauch for disability.

Q. What paper from Dr. Strauch for disability?

A. He had to sign some papers, it took him until January 7th, January 8th to sign the paper, which is almost a month after surgery that he was willing to sign the paper for disability. And on that day -- I was going between Montefiore and Einstein to make sure that I will have the paper in my hand, because my boss insisted for the paper. And I couldn't -- I couldn't take it any longer to try to work.

MR. BURFORD: Excuse me?

(Whereupon, a recess was taken.)

Q. Do you know what day it was you went to see Dr. Strauch about that letter?

A. I, looking at this chart, and looking at the fact that I took sick hours between January 11th to January 24th, I cannot tell you exactly if I did it -- if I did it before January 11th or after January 11th.

Q. Do you know what sick hours, what days are referred to by the sick hours of 11, for the pay period beginning January 11th?

A. No, I can, I cannot tell you.

Q. Or the non-paid hours of 59?

A. 59 disability.

Q. No, I am asking what days.

A. From the day Dr. Strauch signed the paper.

Q. And you don't know what day that was?

A. No.

Q. There is an asterisk next to certain entries there in the non-paid hours, which I believe refers to disability period?

A. Yes, I believe that the first one with the 22, this is my -- assumption at the moment, based on the fact that I have six hours, and -- in the period of January 11th to January 24th, the asterisk on the 22 is an error, and this is a strict non-paid hours, meaning that I took, my boss did not pay me for these hours at all, this was not sick time, it's nothing, I was not being paid for these hours at all.

Q. What leads you to that conclusion?

GILADI

again?

A. Because, to my best of my recollection, my -- my -- for some reason, my boss did not pay me for all the time I was out, sick time and stuff like that, and this is what I believe, but I cannot --

Q. You don't know one way or the other?

A. On the 22 hours, I do not know. I cannot tell you anything.

Q. For the hours that have asterisks next to them, does that mean you were compensated by disability?

A. Yes, but I was not compensated for --

Q. To what extent were you compensated?

A. I think around $200 per week.

Q. For the period January 25th, do you know what days are encompassed in the 70?

A. All week. All two weeks, sorry.

Q. All two weeks?

A. Yes.

Q. And that's true for --

A. Every time you see 70, yes.

Q. For each column where there is a 70?

A. Yes.

GILADI

MR. DINHOFER: You have to let him finish his question.

MR. BURFORD: When you get the transcript it will look confusing.

Q. For the pay period March 8th, you list three sick hours?

A. Yes.

Q. Do you know what days those were?

A. Not that I can tell you.

Q. What days are encompassed by the seven hours' worth of leave with pay?

A. The exact day, no.

Q. For the pay period April 4th, do you know what day the two hours leave with pay is referring to?

A. No, I cannot.

Q. What does the column entitled "vacation hours" refer to?

A. Vacation hours? That's part of my contract. I have sick hours, I have vacation hours and I have personal hours.

Q. You have what hours?

A. Personal. And whenever I couldn't take sick hours, I took vacation hours to take of my

GILADI

medical condition.

Q. You told me that you had 70 sick hours a year. How many vacation hours did you have?

A. Depends. When it was varied. I had four weeks in the beginning and then it became to be five weeks. I don't know what time it was being changed.

Q. What about personal hours?

A. I believe ten days.

Q. What was your hourly rate, hourly wage?

A. $19.93 per hour.

Q. $19 and nine --

A. Yes, this is for a long period of time.

MR. DINHOFER: I think he said $19.63.

Q. $19.63?

A. Yes.

Q. Through the bottom of the page, Defendant's Exhibit A, are you able to tell me what day specifically any of the hours listed refer to?

A. Specific days I cannot tell you. Whenever you have 70, I know that it's the full two weeks. With regard to the period from November 14,

'92 to January 8, '93, the first -- the first 42 hours I was working, meaning -- prior and then I took vacation time, and this -- and in this four days, the last four days of November, November 27th, pay period of November 27th, and then -- I took all this time off, and when you don't have 70 hours, meaning this is holiday in the middle. For this period of time.

Q. So you were off completely from when to when?

A. From, as I said, from the week of -- the week of November -- I believe the week of November -- 21st through January -- until the beginning of January -- I was off totally. I came back sometime in the beginning of January, the first week of January.

Q. What had you off during that period of time?

A. This is when I was looking for the period when I got to the point that I couldn't take it any longer and I went to Israel to look for some answer for my problem.

Q. Which problem was that?

A. Why do I have pain in my elbow.

GILADI

Q. Had you traveled to Israel from November 30, 1991, meaning November 21, 1992?

A. If I traveled, I cannot tell you. I don't recall that I did but if I did -- at that time maybe I was not -- I was not having the problem I had. Prior to -- this period of time when Dr. Strauch told me that I am a hypochondriac.

MR. DINHOFER: For the record, I don't know where the date November 30th came from.

MR. BURFORD: (Indicating.)

MR. DINHOFER: At the very top you are talking about '91? I was looking down --

Q. My question essentially is from the top of what is listed here on Defendant's A, meaning when you said November 21st, had you traveled to Israel?

A. As I said, I was patiently believing Dr. Strauch, that my situation will be resolved sometime and it's only an issue of time. The day he told me that I am a hypochondriac, this is when I decided that I am going to see what the problem is because I realized that I have more than what he is what he told me.