```
 1                         GILADI

 2              MR. DINHOFER:    S-H-O-A-M?

 3     A.       Tomar.

 4              MR. DINHOFER:    T-O-M-A-R?

 5     A.       Mical.

 6              MR. DINHOFER:    M-I-C-A-L?

 7     A.       (Continuing) a lot of names, Leora.

 8              MR. DINHOFER:    You said Moshe, Moses

 9     translated.

10              MR. DINHOFER:    I think he said about

11     five or six of them.

12     A.       Moria.

13              MR. DINHOFER:    M-O-R-I-A.

14     A.       I don't know how many I told you, I

15     cannot --

16     Q.       Any other names that you recall?

17     A.       I told you whatever I have in my mind

18     at the moment.  One-third of them is the same

19     name.

20              MR. DINHOFER:    Off the record.

21              (Whereupon, a discussion was held off

22     the record).

23              MR. BURFORD:    Mark that for me.

24              (Whereupon, the aforementioned tax

25     return was marked as Defendant's Exhibit B for
```

```
 1                          GILADI

 2      identification as of this date by the Reporter.)

 3           Q.      Have you ever worked at Mount Sinai

 4      Hospital?

 5           A.      Me?

 6           Q.      Yes.

 7           A.      No.

 8           Q.      I am going to show you what has been

 9      marked as Defendant's B for identification.

10                  Is that your 1995 tax return?

11           A.      I believe so.

12           Q.      Who prepared this tax return for you?

13           A.      I believe I did it with a friend

14           Q.      Who is the friend?

15           A.      Somebody in school.

16           Q.      Do you remember who that was?

17           A.      No.    I think I was one of my friends

18      from accounting classes.

19           Q.      From time to time, have you used an

20      accountant by the name of Leonard Friedman to do

21      your tax returns?

22           A.      Yes.

23           Q.      For what period of time did you use Mr.

24      Friedman?

25           A.      I think for -- I think in the beginning
```

```
1                    GILADI
2  of the 90s.
3        Q.    Through what period of time?
4        A.    I think only two or three times.
5        Q.    Two to three years?
6        A.    Yes.
7        Q.    The house that you have, that you live
8  in on Wedgewood Drive, do you pay rent for that
9  house?
10       A.    I didn't pay rent, I pay mortgage.
11       Q.    Do you own the place?
12       A.    I used to.
13             MR. DINHOFER:   Wedgewood, he said.
14             THE WITNESS:  Wedgewood.   Sorry, I
15  thought Walker.
16       Q.    I thought I said Wedgewood.
17             MR. DINHOFER:   Let's go back.
18       Q.    The premises on Wedgewood Avenue, do
19  you own that premises?
20       A.    No.
21       Q.    Do you rent a portion of that premises?
22       A.    No.
23       Q.    Do you pay any rent for that premises
24  to the owners of that property?
25       A.    No.
```

1                          GILADI

2         Q.      Have you ever paid rent for that

3    premises?

4         A.      I did not pay rent, but I had period

5    that I did not stay there and I took hotel.

6         Q.      I am just asking if at any period of

7    time, you had paid rent for that premises?

8         A.      I said rent, if I paid anything for me

9    to stay, when I wanted to have privacy, I took

10   hotel or motel room.

11        Q.      Were you living on Wedgewood in 1992?

12        A.      If it's after the house being sold,

13   yes.

14        Q.      You would have to tell me.

15        A.      As I said, timing is, for me is -- at

16   this moment, I really do not recall.

17               MR. BURFORD:   Why don't we mark this

18   as an exhibit as well.

19               (Whereupon, the aforementioned tax

20   return was marked as Defendant's Exhibit C for

21   identification as of this date by the Reporter.)

22        Q.      Let me show you what has been marked as

23   Defendant's C for identification.  And I want to

24   refer you to the second page down here

25   (indicating).

```
                              GILADI
1
2                    MR. DINHOFER:    For the record,
3    Defendant's B was a 1995 tax return, Defendant's C
4    is the New Jersey tax return for the year 1992,
5    State tax return.
6                    MR. DINHOFER:    Wait for him to ask you
7    a question.
8         Q.        Is that your New Jersey tax return?
9                    MR. DINHOFER:    Look at it first then
10   answer his question.
11        A.        I believe so, yes.
12        Q.        On page 2, here at the bottom, it makes
13   reference to payment of $10,000 and change in
14   rent.  Can you tell me who that was paid to?
15        A.        As I said, you ask me if I am not
16   mistaken if I paid, if I ever paid for any things
17   --
18        Q.        At Wedgewood?
19        A.        No.  In general, if I ever stayed
20   anyplace when I paid for it, I said yes.  I was
21   staying in hotel, stuff like that.  And this is
22   when I -- went to have like a week or two weeks out
23   from the Wedgewood, for me is the rental place I
24   was paying.  So this is the amount of money that
25   been collected that I paid out of my pocket.
```

1                        GILADI

2        Q.      The $10,000 referred to on page 2,

3    $10,800 and something dollars and change,

4    represents payments to a hotel?

5        A.      Can be hotels, can be motels stuff like

6    that.   I cannot tell you what happened in 1992,

7    it's eight years ago, it was between me and my

8    accountant at the time.

9        Q.      Where were you living at that time?

10       A.      As I said, from Walker Road I went to

11   Wedgewood.   That's the only thing I can tell you.

12       Q.      Did there come a time when there was a

13   Court Order in New Jersey requiring you to deposit

14   your passports with an attorney?

15       A.      Yes.

16       Q.      When was that order entered?

17       A.      The first one was a volunteer one.   The

18   first time was 1989, if I am not mistaken.

19       Q.      That was in a New Jersey court?

20       A.      Yes.

21       Q.      Did you deposit your American and

22   Israeli passports with an attorney?

23       A.      At that time, yes.

24       Q.      And how long did they remain with that

25   attorney?

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

1                          GILADI

2          A.      For a long time.

3          Q.      What period of time are we talking

4    about?

5          A.      The first order was, as I said, it

6    was -- it was not an order, it was -- it was an

7    agreement between me and my ex-wife --

8                  MR. DINHOFER:    I'll just note for the

9    record on a general objection on the basis of his,

10   about his passport, the whole subject matter of

11   this matter I think is totally irrelevant in this

12   case, but I will let you inquire.   I am preserving

13   my objection to the entire line of questioning.

14         A.      (Continuing) I think in October of 19

15   -- I do not recall, '88 or '89, I believe '88, I

16   discovered that my wife is suffering from anxiety

17   and depression, and she had some fears and she

18   asked me to -- for her mental status, if I can come

19   with her to some agreement.  So we had an agreement

20   that my passport will be with my attorney, and --

21   this is what --- we did.

22         Q.      Was the passport with your attorney or

23   was the passport with your wife's attorney?

24         A.      At the beginning it was with my

25   attorney.

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
1                          GILADI

2        Q.      And then there came a time that it was

3   changed to your wife's attorney?

4        A.      That's correct.

5        Q.      Was that the second order or was that

6   still the first order?

7        A.      No, this is one of the orders, I do not

8   know.

9        Q.      When was the second order entered?

10       A.      I do not know.

11       Q.      For what period of time did the order

12  remain in effect, requiring you to deposit your

13  passports with your wife's attorney?

14       A.      Until the issue was being raised in

15  court again.

16       Q.      When was that when was that?

17       A.      It was too many times, I cannot give

18  you all the dates and time.

19       Q.      When was your divorce from your wife

20  final?

21       A.      I believe September of 1991.

22       Q.      And did the final judgment of divorce

23  require you to deposit your passports with your

24  wife's attorney?

25       A.      I believe so.
```

1                         GILADI

2          Q.       Was there an order entered after the

3    final judgment, permitting you to withdraw the

4    passports from your wife's attorney?

5          A.       As I said, we had -- this issue was

6    being raised in court -- on many occasions, even

7    after the decree of, divorce decree, so --

8          Q.       There were appeals; is that correct?

9          A.       There was an appeal.

10          Q.       Was there ever an order entered,

11    subsequent to the final judgment, which either

12    vacated the order with respect to your passport or

13    permitted you to withdraw the passports?

14          A.       The last time, the last time we had

15    this kind of issue, I think this was an order that

16    was never being entered in Court, so there was an

17    issue that, I believe that the issue was never, one

18    issue was never resolved yet.

19          Q.       The issue of your passport being with

20    your wife's attorney?

21          A.       She have no attorney.

22          Q.       Did there come a time when you reported

23    your passports missing?

24          A.       Yes.

25          Q.       Then you had new passports issued?

DIAMOND REPORTING  -718-624-7200- 16 Court St., B'klyn, NY

```
 1                      GILADI

 2        A.     Yes, that's correct.

 3        Q.     When was that?

 4        A.     I do not recall.

 5        Q.     When the new passports were issued, did

 6    you deliver them to your wife's attorney?

 7        A.     I believe -- I don't -- I don't

 8    recall.  I think the issue was being discussed in

 9    Court at the time.

10        Q.     You were representing yourself in these

11    proceedings, correct?

12        A.     Yes, and I would like to mention

13    something.

14               MR. DINHOFER:   No, no.  Just answer

15    his question.

16        A.     This is --

17               MR. DINHOFER:   Just please answer his

18    question.

19        A.     This issue -- it's not relevant

20    really.

21               MR. DINHOFER:   Just answer his

22    questions, don't volunteer.  You are not doing

23    anything more than answering his questions, please

24    stop.

25               THE WITNESS:  His questions --
```

```
 1                    GILADI

 2          MR. DINHOFER:    Don't.

 3     Q.   Do you have a file cabinet at the

 4  Wedgewood address?

 5     A.   I have a file cabinet.

 6     Q.   What sort of records do you maintain in

 7  a file cabinet?

 8     A.   Personal.

 9     Q.   Deal with what sort, is it papers?

10     A.   Stuff in school, stuff from --

11  whatever.

12     Q.   Do you have school records from Ramapo

13  and Bergen?

14     A.   I have my notes.

15     Q.   When you say "notes," classroom notes?

16     A.   Paper that I wrote.

17     Q.   You wrote a paper?

18     A.   When you go to school I think you write

19  papers.

20     Q.   Do you have copies of any report cards?

21     A.   Report cards from where?

22     Q.   From college.

23     A.   No.  Not that I recall.

24     Q.   Any notifications of how well you did

25  in school?
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

                              GILADI

1

2       A.      I should have someplace --

3       Q.      Do you maintain copies of cancelled

4    checks, or insurance forms?

5       A.      Not really.

6       Q.      Do you maintain copies of any bills

7    from doctors?

8       A.      No, not really.

9       Q.      Do you have any records in your

10   mother's house in Israel?

11      A.      Yes, I do.

12      Q.      What sort of records do you have there?

13      A.      Meaning presently?

14      Q.      Yes.

15      A.      I have all my stuff that I had in

16   United States, it was in my mother's house, in her

17   storage area.

18      Q.      What sort of documents do you maintain

19   there?

20      A.      Again, this is stuff that's personal,

21   not related to the case.

22      Q.      Well, that's kind of a conclusion.

23              What sort of documents do you maintain

24   there?

25      A.      Everything, I did not go through these

1                    GILADI

2    documents for many years I cannot give you details

3    at the moment.

4         Q.    Do you maintain any records of medical

5    care or treatment there?

6         A.    As I said, I did not touch this stuff a

7    long time so --

8         Q.    So you don't know what is there?

9         A.    No.

10        Q.    What is the address of your mother's

11   house in Israel?

12        A.    Ten Bublik Street.

13        Q.    B-U-B?

14        A.    B-U-B-L-I-K.

15        Q.    What town is that in?

16        A.    Natanya.

17               MR. DINHOFER:  We already spelled it

18   on the record.

19               THE WITNESS:  I would like to put

20   something not on the record.

21               MR. DINHOFER:  You don't want to say

22   anything.  When I say don't say anything, don't

23   even say it.  Do you understand me?  You are

24   getting me mad now.  Why am I here?

25               THE WITNESS:  Sorry.

```
 1                    GILADI

 2       Q.     What do you receive in Workers'

 3   Compensation benefits?

 4       A.     About $300.

 5       Q.     $300?

 6       A.     Yes, around $300 a week.

 7       Q.     How long have you received those

 8   benefits?

 9       A.     For the last three years, I do not

10   know.

11       Q.     Have you ever been involved in a car

12   accident?

13       A.     I think we went through that already,

14   once before.

15              MR. DINHOFER:    No, maybe not in this

16   case.

17       A.     Yes, you did.

18       Q.     Actually, I couldn't find it in the

19   transcript.

20              MR. DINHOFER:    I don't think it was

21   this case, I think it was the other one.

22              THE WITNESS:  No, this case.

23              MR. DINHOFER:    Have you ever been

24   involved in the car accident?

25       A.     Yes, look at the first transcript.
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
 1                          GILADI

 2          Q.      When were you involved in a car

 3   accident?

 4          A.      1981.

 5          Q.      Have you been involved in any car

 6   accidents, since 1981?

 7          A.      Not that I recall.  You have in there

 8   something, but not something that's really worth

 9   remembering.

10          Q.      Any car accidents where you sought

11   medical care or treatment, since 1981?

12          A.      Not that I recall.

13          Q.      The incident on the bus, did that

14   result in litigation?

15          A.      I didn't have a cause for that.

16          Q.      Pardon?

17          A.      No.

18          Q.      Do you plan on going to graduate

19   school?

20          A.      Yes.

21          Q.      Have you applied to any graduate

22   schools?

23          A.      No, I am trying to take my, my exams

24   first.

25          Q.      Have you taken the GMAT?
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

1                    GILADI

2        A.      No.  I did not.  I cannot, I cannot

3    concentrate at the moment.

4        Q.      What is preventing you from

5    concentrating at the moment?

6        A.      Pain.

7        Q.      What pain is that?

8        A.      With my hand, because most of the work

9    is on computer.

10       Q.      Most of what work is on a computer?

11       A.      The study for the exams, CD ROM, and I

12   need to work with the -- I need to do with the

13   interactive, with the CD ROM.  And after a while, I

14   have a pain and so I have to stop.

15       Q.      Have you seen Dr. Popescu (phonetic) in

16   the last five years?

17       A.      No.

18       Q.      When was the last time you saw

19   Dr. Popescu?

20       A.      '93 or '94.

21            MR. DINHOFER:    P-O-P-E-S-C-U.

22       Q.      Were you injured in or around a Staples

23   store in New Jersey?

24       A.      Not that I recall.

25       Q.      You have you applied for Social

```
 1                          GILADI

 2    Security benefits?

 3          A.     No.

 4          Q.     As a result of your surgery by

 5    Dr. Strauch, do you have any out-of-pocket

 6    expenses?

 7          A.     Yes.

 8          Q.     What out-of-pocket expenses do you

 9    have?

10          A.     Dr. Russo's bills.

11          Q.     Anything else?

12          A.     Medications.  That's what I recall.

13          Q.     How much are Dr. Russo's bills?

14          A.     I really cannot calculate it.

15          Q.     How much are your medication bills?

16          A.     I do not recall.

17          Q.     When you say you "cannot calculate"

18    Dr. Russo's bills at the moment, do you anticipate

19    a time when you are going to be able to calculate

20    Dr. Russo's bills?

21          A.     I need -- I need to talk to him and to

22    see if he has a record of all the payment I paid

23    him, and if he does, then I do.

24          Q.     When you paid Dr. Russo did you pay in

25    by check or in cash?
```

1                           GILADI

2        A.      Cash.

3        Q.      When you paid for prescriptions, did

4   you pay by check or cash or credit card or

5   something else?

6        A.      Cash, cash.

7        Q.      What do you do on a typical day?

8        A.      Trying to enjoy myself.

9        Q.      How do you do that?

10       A.      Trying to pass the day without pain.

11       Q.      What do you do to do that?

12       A.      Take medication, not aggravate my

13   hand.

14       Q.      Pardon?

15       A.      Not to aggravate my hand.  Not to

16   aggravate my back.  Try to read.  Simple.

17       Q.      When you drive in the car, where do you

18   typically go?

19       A.      Whenever I feel.

20       Q.      How far do you typically drive?

21       A.      Depends on the day.

22       Q.      In the last 30 days, where have you

23   driven?

24       A.      The last 30 days -- from New Jersey to

25   New York.  I drove -- to Tel Aviv.

```
 1                          GILADI

 2          Q.      You drove in Tel Aviv?

 3                  MR. DINHOFER:   No.  To Tel Aviv, he

 4    drove from Natanya to Tel Aviv.

 5          Q.      How far is it from Natanya to Tel Aviv?

 6          A.      25 kilometers.

 7          Q.      In the last 30 days, when you drove to

 8    work, where in New York did you go?

 9          A.      Too many places.  I went to Manhattan,

10    I went -- other places.

11          Q.      What brought you into Manhattan, for

12    example?

13          A.      What brought me to Manhattan?  Maybe to

14    have dinner.

15          Q.      Any other destinations that you recall

16    driving to in the last 30 days, other than

17    Manhattan to have dinner?

18          A.      I came to buy film.  I went to lower

19    east side.  Simple things, not --

20          Q.      What brought you into New York to buy

21    film?

22          A.      What brought me to New York to buy

23    film?  You buy film because sometimes you need

24    film.

25          Q.      What kind of film did you guy?
```

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

```
 1                        GILADI

 2        A.      I bought Kodak 200 ASA.

 3        Q.      What kind of camera was it for?

 4        A.      For Cannon.

 5        Q.      Movie camera, 35 millimeter?

 6        A.      No, very light camera, 35 millimeter.

 7        Q.      Why did you come to New York to buy the

 8   film?

 9        A.      Why I come to work and not New Jersey?

10        Q.      You tell us.  You live in New Jersey,

11   why drive to New York to buy film that, presumably,

12   you can buy in New Jersey?

13        A.      Because maybe I did something else at

14   the same time.

15        Q.      What else were you doing?

16        A.      I don't recall.

17        Q.      You recall driving to New York to buy

18   film, but not what you were doing that brought you

19   to New York?

20        A.      I cannot tell you exactly what causes

21   me to go from point A to point B.  I can be sitting

22   and get bored and decide to go someplace.

23        Q.      Other than Manhattan for dinner, or New

24   York to buy film, do you recall anywhere else you

25   drove to in the last 30 days?
```

1                          GILADI

2         A.      I do things spontaneously.  And I go

3   back, I go back and forth between places.  So

4   really, I cannot give you details on anything, on

5   any of the events.

6         Q.      How many miles a year do you put on

7   your car?

8         A.      I do not know.

9         Q.      Where do you have your car serviced?

10        A.      Usually I do not service my car until I

11  have a problem.

12        Q.      When you have a problem where do you

13  take it?

14        A.      Depends, depends on a lot of things.

15        Q.      What does it depend on?

16        A.      Usually this is not too far, usually

17  there was a Sunoco gas station in Verona, Verona

18  or -- yes, Verona.

19        Q.      A Sunoco in Verona?

20        A.      Yes, I think so.

21        Q.      Any other place you recall having your

22  car serviced?

23        A.      No.

24        Q.      Other than reading, do you have any

25  other specific recollection of any activities that

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

1                          GILADI

2   you do on a typical day?

3              MR. DINHOFER:   I think he said more

4   than reading before.   Other than what he has

5   testified to before.

6              MR. BURFORD:   He said he tries to

7   enjoy himself, not aggravate his back, and read.   I

8   am asking does he have any other specific

9   recollection of any other activity that he does on

10  a typical day.

11       A.       Sometimes I try to do some artwork.

12       Q.       What sort of artwork?

13       A.       I forgot what's it's called, taking

14  something and build some statues and stuff like

15  that.

16       Q.       Sculpture?

17       A.       Sculpture.

18       Q.       Have you ever taken any classes in

19  sculpture?

20       A.       No.

21       Q.       Have you sold any sculptures?

22       A.       I never finished anything.

23       Q.       Any other activities, that you have a

24  recollection of doing on a daily basis?

25       A.       I read the newspaper.   Trying to study

DIAMOND REPORTING -718-624-7200- 16 Court St., B'klyn, NY

1                          GILADI

2    for my G -- to my exam.  Which take a lot of my

3    time, I spend a lot of my time dealing with my,

4    sitting with my attorney, talking.

5          Q.    Has that been true throughout this

6    litigation?

7                MR. DINHOFER:   No?

8          A.    No.

9                MR. DINHOFER:   I don't know if --

10               MR. BURFORD:   I didn't bring it up.

11               MR. DINHOFER:   I understand.  He said

12   what he did with his time, but in terms of the

13   quantity of the time that he spends with me

14   thereafter, I think we are encroaching on

15   privileged matters.

16               MR. BURFORD:   I won't fight the issue

17   at the moment.

18         Q.    Is there anything you find that you

19   cannot do on a daily basis?

20         A.    I cannot do?

21         Q.    Yes.

22         A.    I cannot let anybody touch my elbow.  I

23   cannot carry heavy stuff with my left hand.  I

24   cannot play with nieces and nephews the way I would

25   like to do or even my friend's children.  Really I

```
1                        GILADI

2   would like to spend my time with them.    I think

3   it's -- it's enough.

4        Q.      Are you able to carry heavy items with

5   your right hand?

6        A.      Heavier than my left hand, yes.

7        Q.      How would you describe the difference

8   in what you can carry, between your right hand and

9   your left hand?

10       A.      With my left hand, put it this way, if

11  I liked to -- and this happened to me only -- not

12  long ago, that if I -- if I take a glass plate and

13  I would like to wash it, and I hold it in my left

14  hand, I had, I couldn't do it, and it fell from my

15  hand and got broken.    It's as simple as this.

16       Q.      But my question, sir, was, how would

17  you describe the difference between what you can

18  lift with your right hand, versus what you can lift

19  with your left hand?

20       A.      If I was holding the, this, this stuff

21  in my right hand and try to wash it with my left

22  hand, the glass is not going to be broken.

23       Q.      Was this a glass or a platter, what was

24  this that you dropped?

25       A.      It was a -- a ball.  A glass ball, a
```