# EXHIBIT D

GILADI v. STRAUCH    June 22, 1995    RONI GILADI

PAGE 1 TO PAGE 310

ADLER REPORTING SERVICE

CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:ADLER REPORTING

Adler Reporting Service
15 Park Row
9th Floor
New York, NY    10038
Phone:   (212)267-3343
FAX:   (212)608-1616



**Page 1**

[1]
[2] UNITED STATES DISTRICT COURT
[3] SOUTHERN DISTRICT OF NEW YORK
[4] CIVIL ACTION NO. 94 CIV. 3976 (LAP)
[5] ------------------------------x
[6] RONI GILADI,
[7]
[8]                    Plaintiff,
[9]
[8]        - against -
[9] BERISH STRAUCH, HARRIS-STERMAN,
DEBRA IRIZARRY, MONTEFIORE MEDICAL
CENTER, "JOHN DOE" and "RICHARD ROE",
[10] last two names being fictitious, true
names being unknown,
[11]
[12]                   Defendants.
[13] ------------------------------x
                       June 22, 1995
[14]                    10:15 a.m.
[15]
[16]
[17]     DEPOSITION of the Plaintiff,
[17] RONI GILADI, taken by the Defendants,
[18] pursuant to Order, held at the offices of
[19] Sable, Gold & Dinhofer, P.C., 450 Seventh
[20] Avenue, New York, New York, before Deborah
[21] DeAngelis, a Shorthand Reporter and Notary
[22] Public of the State of New York.
[23]
[24]     ADLER REPORTING SERVICE
                15 Park Row
[25]       New York, New York 10038
                (212) 267-3343

**Page 2**

[1]
[2]
[3]
[4] A P P E A R A N C E S :
[5]
[6] SABLE, GOLD & DINHOFER, P.C.
[7]
[8]     Attorneys for Plaintiff
[9]     450 Seventh Avenue
[10]    New York, New York 10123
[11]
[12] BY:  PHILIP OIMHOFER, ESQ.
[13]
[14]
[15] BARTLETT, McDONOUGH,
[16] BASTONE & MONAGHAN, LLP
[17]
[18]    Attorneys for Defendants
[19]    One North Lexington Avenue
[20]    White Plains, New York 10601
[21]
[22] BY:  KEN BURFORD, ESQ.
[23]
[24]              * * *
[25]

**Page 3**

[1]
[2]        IT IS HEREBY STIPULATED AND
[3] AGREED by and between the attorneys for
[4] the respective parties hereto that filing
[5] and sealing be and the same are hereby
[6] waived.
[7]        IT IS FURTHER STIPULATED AND
[8] AGREED that all objections except as to
[9] the form of the question, shall be
[10] reserved to the time of the trial.
[11]       IT IS FURTHER STIPULATED AND
[12] AGREED that the within examination may be
[13] signed and sworn to before any notary
[14] public with the same force and effect as
[15] though signed and sworn to before this
[16] Court.
[17]
[18]
[19]          * * *
[20]
[21]
[22]
[23]
[24]
[25]

**Page 4**

[2] R O N I  G I L A D I,  [3] having first been duly
sworn by Deborah [4] DeAngelis, a Notary
Public of the State [5] of New York, was exam-
ined and testified [6] as follows:
[7]   **MR. DINHOFER:** Before we start, [8] we
are proceeding today with the [9] deposition
of the plaintiff based upon an [10] under-
standing that I had with defendants' [11]
counsel's office, that first of all, the [12] defen-
dant Berish Strauch will be produced [13] for
deposition on July 11th, and secondly [14] I
will be provided with dates for the [15] deposi-
tions of the other two defendant [16] doctors,
Sterman and Irizarry.
[17] With that, it was noted at the [18] time that
we were scheduling these [19] depositions,
that the court had directed [20] that all of

these depositions be completed [21] by the
end of this month.
[22] However, the scheduling [23] difficulties
resulted in this being [24] scheduled for July.
[25] It was represented to me by the

**Page 5**

[2] EBT clerk from defendants' counsel's [3]
office, and I believe her name was Laurie, [4]
that Ms. Atlas, the attorney in charge of [5] the
file, would be writing the court [6] requesting
an extension of time so that we [7] could prop-
erly do these depositions.
[8]   I'm awaiting that copy of the [9] letter to
the court that Ms. Atlas is [10] supposed to be
writing.
[11] You may now proceed.
[12] **MR. BURFORD:** Send him the bill [13] for
the first couple of pages of this.
[14] So the bill for the first part [15] of that goes
to Mr. Dinhofer's office.
[16] **MR. DINHOFER:** We are going to [17]
bill you if you put a statement on.
[18] It will be reciprocal. [19] EXAMINATION
BY
[20] **MR. BURFORD:**
[21] Q. Please state your full name for [22] the
record.
[23] A. Roni Giladi.
[24] Q. Mr. Giladi, where do you reside?
[25] A. 25 Widgewood Drive, West Orange,

**Page 6**

[2] New Jersey 07052.
[3]   Q. How long have you lived at that [4] ad-
dress?
[5]   A. Since 19 – after my house was [6] be-
ing sold. I don't recall the date.
[7]   It was 1991 or 1992, I don't [8] remember.
[9]   Q. Either '91 or '92?
[10] A. Yes.
[11] Q. Where did you live before that?
[12] A. 5 Walker Road, West Orange, New [13]
Jersey.
[14] Q. Is that the house that you [15] referred
to as being sold?
[16] A. Yes.
[17] Q. How long did you live at that [18] ad-
dress?
[19] A. Since '84. I believe so.
[20] Q. Where did you live prior to the [21]
Walker Road address?
[22] A. 77 Brook Avenue.
[23] Q. Brook?
[24] A. Yes.
[25] Q. Where is that located?

**Page 7**

[2]   A. Passaic, New Jersey.
[3]   Q. How long did you live there?
[4]   A. From '82 up to '84.
[5]   Q. When you lived at the Brook [6] Av-
enue address, who did you live there [7] with?
[8]   A. My wife.
[9]   Q. What is her name?
[10] A. Beth.
[11] Q. What is her last name?
[12] A. Giladi.
[13] Q. When you lived at the Walker [14]
Road address, whom did you live there [15]
with?
[16] A. My wife.
[17] Q. That is Beth Giladi?
[18] A. Yes.
[19] Q. And what about presently, whom [20]
did you live with?
[21] A. Friends.
[22] Q. Who are the friends that you [23] live
with now?

**Page 8**

[2]   A. The Jacobs family.
[25] Q. Jacobs?
[2]   A. Yes.
[3]   Q. Stanley?
[4]   A. No, the Jacob family, I said, [5] Barry
and Simon.
[6]   Q. That is Barry Jacob and Simon [7] Ja-
cob?
[8]   A. Yes.
[9]   Q. Anyone else?
[10] A. In the house?
[11] Q. Yes.
[12] A. The kids.
[13] Q. Whose kids?
[14] A. Their own kids.
[15] I didn't understand the [16] question, I'm
sorry.
[17] Q. Other than Barry and Simon [18] Ja-
cob, who else is living in the house [19] with
you?
[20] A. Their kids. I'm by myself [21] there.
[22] I don't understand the question.
[23] Q. How old is Barry Jacob?
[24] A. How old, around forty. I don't [25]
know how old.

**Page 9**

[2]   Q. Other than Barry Jacob and [3] your-
self, are there any other people [4] living in
the house?
[5]   A. Eight kids.
[6]   Q. Whose children are they?
[7]   A. Barry and Simon.
[8]   Q. Do you have any children?
[9]   A. I have two.
[10] Q. What are the names of your [11] chil-
dren?
[12] A. Aviram, Moshe, the other one is [13]
Leor.
[14] Q. What is Leor's last name?
[15] A. Giladi.
[16] Q. Where does Aviram reside?
[17] A. I did not have contact with them [18] for
the last two years, I don't know.
[19] Q. When you last had any contact [20]
with them, where did Aviram last live?
[21] A. In West Orange. I do not recall [22] the
address.
[23] Q. What about Leor?
[24] A. With his brother, same place.
[25] Q. Are you presently married?

**Page 10**

[2]   A. No.
[3]   Q. Are you divorced?
[4]   A. Yes.
[5]   Q. Where does your ex-wife live?
[6]   A. With her kids, in West Orange.
[7]   Q. Do you have any information at [8] all
as to what their address is?
[9]   A. I said before, for the last two [10] years
I couldn't get any contact with [11] them, so I
really don't know.
[12] Q. Have you received any letters [13] from
your ex-wife within the last two [14] years?
[15] A. No.
[16] Q. What about from your children?
[17] A. No.
[18] Q. Have you received any phone [19]
calls from your ex-wife?
[20] A. No.
[21] Q. Or your children?
[22] A. No.
[23] Q. Do you provide any support for [24]
your ex-wife?
[25] A. I follow a Court Order.

**Page 11**

[2] Q. What Court is the Order out of?

[3] A. What?

[4] Q. What Court issued the Support [5] Order?

[6] A. Essex County.

[7] Q. How do you pay the support?

[8] A. As I said, I follow the Court [9] Order.

[10] Q. How do you pay it, do you mail [11] it to your wife?

[12] A. No.

[13] Q. Who do you mail it to?

[14] A. To the Court.

[15] Q. Do they send you any statements reflecting payments?

[17] A. They send me, every time they [18] send me the status of my case.

[19] Q. Does the information that the [20] Court sends to you contain any information [21] as to your wife's address?

[22] A. No.

[23] MR. DINHOFER: We are into [24] supplemental proceedings that have no [25] bearing in this issue with his support.

### Page 12

[2] Let's try and stay with the [3] issue.

[4] I have given you latitude, but [5] this is a malpractice case.

[6] Q. Does the form that you receive [7] from the Court contain any information as [8] to your wife's address?

[9] A. No.

[10] Q. What about any information with [11] respect to your children's address?

[12] A. No, I do not have any.

[13] Q. Do you know if your wife is [14] represented by an attorney?

[15] A. She changed so many attorneys, [16] and every time is a new story, so I don't [17] know.

[18] Q. Do you know the name of the last [19] attorney she was represented by?

[20] A. It was long ago, and I don't [21] recall the name.

[22] Q. Do you know what your wife's [23] date of birth is?

[24] A. August 7th.

[25] Q. August 7th?

### Page 13

[2] A. I believe so. I don't really [3] recall. [4] '56. I don't recall.

[5] Q. What is your wife's maiden name?

[6] A. Horowitz.

[7] Q. Do you know if she is using the [8] name Horowitz, Giladi or some other name?

[9] A. She is using both.

[10] Q. What does your wife do for a [11] living, your ex-wife?

[12] MR. DINHOFER: If you know.

[13] A. I do not know.

[14] MR. DINHOFER: The wife is not a [15] party to this action. She has no claim.

[16] Let's try and get focused in on [17] the issues of the case.

[18] Q. Could you tell me what your [19] education includes?

[20] A. My education?

[21] Q. Yes.

[22] A. High school, training as a video [23] production person.

[24] Q. Where did you go to high school?

[25] A. Israel.

### Page 14

[2] Q. What's the name of the school in [3] Israel?

[4] A. Bar Elan.

[5] Q. When did you graduate from [6] there?

[7] A. I finished there in, I believe [8] it was – I finished there around six – [9] was the last year of high school. I did [10] it with the military, with the Air Force, [11] so I didn't graduate from there.

[12] Q. When did you finish your high [13] school and your one-year of military?

[14] A. In '70, I believe.

[15] Q. 1970?

[16] A. Yes.

[17] Q. Have you ever been known by any [18] other names?

[19] A. Viktorio.

[20] Q. Is that a first name or last [21] name?

[22] A. It's a middle name.

[23] Q. So then your full name would be [24] Roni –

[25] A. In America I go by Roni Giladi.

### Page 15

[2] All of my documents is Roni [3] Giladi. Everywhere I go is Roni Giladi.

[4] Q. I can't hear you?

[5] A. This documentation shows Roni [6] Giladi.

[7] Q. When were you using Viktorio?

[8] A. When I was a kid. A long time [9] ago.

[10] Q. Viktorio is your middle name?

[11] A. Yes.

[12] Q. What is your date of birth?

[13] A. March 5, '52.

[14] Q. What is your Social Security [15] number?

[16] A. 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.

[17] Q. Are you employed?

[18] A. At the present time I'm on [19] medical leave.

[20] Q. What company are you on medical [21] leave from?

[22] A. I don't understand the question.

[23] MR. DINHOFER: Who was your [24] employer?

[25] THE WITNESS: My employer was

### Page 16

[2] Albert Einstein College of Medicine.

[3] Q. Is that located in the Bronx?

[4] A. Yes.

[5] Q. Was that Albert Einstein College [6] of Medicine or Yeshiva University, or [7] something else?

[8] A. I worked in the building that [9] was called Albert Einstein College of [10] Medicine, and I was being hired by Albert [11] Einstein College of Medicine.

[12] The checks showed Yeshiva [13] University.

[14] Q. How long were you employed by [15] Albert Einstein or Yeshiva?

[16] A. Since 1982.

[17] Q. What was the first position that [18] you had in 1982?

[19] A. The same position that I had [20] before.

[21] Q. What was that?

[22] A. Video technician.

[23] Q. What were your duties as video [24] technician?

[25] A. I do everything, including

### Page 17

[3] production.

[3] Q. What sort of videos?

[4] A. Educational training, and for [5] the needs of the college.

[6] Q. You say you did everything, what [7] do you mean?

[8] A. Everything, I did setting up of [9] equipment, producing, directing, [10] record-ing, editing.

[11] I was a one-man show.

[12] Q. What was your first salary when [13] you were employed there?

[14] A. I really don't remember.

[15] Q. What's the first salary you do [16] remember since 1982?

[17] A. I remember the last one.

[18] Q. Okay, do you remember anything [19] other than your last salary?

[20] A. I really do not remember.

[21] Q. Pardon me?

[22] A. I do not remember.

[23] Q. What was your last salary?

[24] A. I think, I believe it was around [25] $35,000 per year.

### Page 18

[2] I think it was 19.93 per hour.

[3] Q. 19.93 per hour?

[4] A. Yes, almost $20 per hour.

[5] Q. When did you go on medical [6] leave?

[7] A. August of 1993.

[8] Q. Do you remember what day in [9] August?

[10] A. Around August 12th.

[11] Q. What happened that you went on [12] medical leave?

[13] A. I injured myself.

[14] Q. How did you injure yourself?

[15] A. I was unable to lift heavy [16] equipment because of my disability with my [17] hand.

[18] When I tried to lift heavy [19] equipment, I injured my back.

[20] Q. What piece of heavy equipment [21] were you trying to lift?

[22] A. A video camera.

[23] Q. A video camera?

[24] A. I believe so, it was a few [25] boxes, a box; camera or a box of the

### Page 19

[2] recorder.

[3] It was a big box, I know that.

[4] Q. How much did the box weigh?

[5] A. I really don't know.

[6] Q. Assuming there was a camera in [7] the box, do you know the make of the [8] camera?

[9] A. Yes, Sony.

[10] Q. Do you know, is there a model [11] number?

[12] A. I really don't recall.

[13] Q. How would you describe this [14] particular camera that you were lifting?

[15] A. A big heavy – a big heavy, huge [16] camera that took a position, that can fill [17] a trunk of the car.

[18] Q. Does this particular camera have [19] anything that distinguishes it in your [20] mind from any other camera?

[21] A. It's a professional camera.

[22] Q. Who owned the professional [23] camera?

[24] A. A rental company.

[25] Q. What is the name of the rental

### Page 20

[2] company?

[3] A. I think VRI.

[4] Q. Who rented the camera from VRI?

[5] A. I did.

[6] Q. Were you using the camera for [7] your own purposes or for other purposes?

[8] A. For my office purposes.

[9] Q. Where is VRI located?

[10] A. I don't know. They moved a few [11] times.

[12] They used to be in New Jersey. [13] I don't know where they are now. They [14] moved a few times.

[15] Q. Who paid for the rental?

[16] A. The college.

[17] Q. When you were a video operator [18] for the college, how many video cameras [19] did you work with?

[20] A. How many cameras I worked with [21] simultaneously?

[22] Q. How many cameras did you have at [23] your disposal?

[24] A. In my disposal I did not have [25] any operating cameras.

Page 21

[2] All of the cameras I couldn't [3] use for my work. So this is why I was [4] renting the equipment.

[5] Q. How many cameras did you rent?

[6] A. Depends on the job.

[7] Q. The camera that we have been [8] talking about during this lifting, how [9] long did you have that camera?

[10] A. I believe, I do know recall [11] exactly, but I believe for one day.

[12] Q. How much did it cost to rent?

[13] A. I do not know. I did not pay [14] the bill.

[15] Q. How would you describe the size [16] of it, physically, the camera itself?

[17] A. As I said, the camera fit in a [18] box that can fill a trunk of a car.

[19] To give you dimensions it will [20] be not true. I'm not going to give [21] numbers.

[22] Q. What were the technical [23] attributes of this particular camera?

[24] A. As I said, it's a professional [25] camera, all of the people in the

Page 22

[2] profession are using it for good quality [3] of production.

[4] Q. Did it have one lens or more [5] than one lens?

[6] A. Usually a camera has one lens.

[7] Q. What kind of tape did it use?

[8] A. Beta cam.

[9] Q. Do you have any idea how heavy [10] it was?

[11] A. As I said before, no.

[12] Q. Where were you picking up the [13] camera from the time you said you were [14] injured?

[15] A. I was finishing my job and I was [16] going to return the camera.

[17] Q. Where was your job?

[18] A. Albert Einstein College of [19] Medicine.

[20] Q. Where in the college?

[21] A. Where my office is?

[22] Q. Describe for me how you picked [23] up the box?

[24] A. How I pick up the equipment?

[25] A. Yes.

Page 23

[2] A. The way you pick up, you are [3] trying to lift it up and put it in the [4] trunk.

[5] Q. Okay. Where was the camera [6] located when you first picked it up?

[7] A. I rolled it up to the car.

[8] Q. Rolled it?

[9] A. Yes, up to the car.

[10] Q. And it was on wheels?

[11] A. Yes, the box is on wheels, yes, [12] together with the box, together with the [13] wheels, because of the heaviness.

[14] So usually, you wheel it so you [15] don't have to lift it.

[16] Q. Did you have to lift it at all [17] before you got to your car?

[18] A. I rolled it up to the car.

[19] Q. You rolled it to the car?

[20] A. Yes.

[21] Q. When you got it to the car [22] describe for me exactly how it is you [23] lifted up the box?

[24] A. I opened the trunk and wanted to [25] put it in.

Page 24

[2] Q. How did you do that?

[3] A. I tried many ways. I tried too [4] many ways to do it to be comfortable with [5] it, but I don't remember which way caused [6] the trouble.

[7] Q. Do you remember any of the ways [8] that you lifted the box?

[9] A. I really don't remember.

[10] Q. How many times did you try [11] lifting the box before you felt any pain?

[12] A. I did not count.

[13] Q. Did you ask anyone for any [14] assistance before you started lifting the [15] box to put the box in your car?

[16] A. Yes, I did.

[17] Q. Who did you ask?

[18] A. My director.

[19] Q. And who is your director?

[20] A. Dr. Martin Levine.

[21] Q. What is Dr. Levine's title?

[22] A. The Director of the Audio/Visual [23] Department.

[24] Q. What did Dr. Levine say?

[25] A. He said to me that it is my

Page 25

[2] responsibility, that it is my job. If I [3] cannot perform my job, I know what to do.

[4] MR. BURFORD: Read back the [5] answer.

[6] (Read back.)

[7] Q. Did you ask anyone else for [8] assistance?

[9] A. I cannot ask anybody because he [10] is the Director.

[11] Q. Is that a no?

[12] A. As I said, I asked him because [13] he is the Director.

[14] If I will ask somebody else, I'm [15] going behind his back. I do not do [16] something like that.

[17] Q. So you didn't ask anyone else [18] for any help?

[19] A. Everybody has his own job.

[20] And the Director, if he says no, [21] I tried to do my job the way he told me, [22] because he is my boss.

[23] Q. When during this lifting process [24] did you realize that you had hurt [25] yourself?

Page 26

[2] A. I really don't recall. I know [3] immediately I had pain.

[4] Q. Where was the pain?

[5] A. In my lower back. Put it this [6] way, I had pain in my left elbow and my [7] wrist and in my lower back.

[8] Q. Which wrist?

[9] A. Both of them.

[10] Q. How would you describe the pain [11] in your lower back?

[12] A. It went to my legs.

[13] Q. Pardon me?

[14] A. Pain that went to my legs.

[15] Q. Other than the pain that was [16] going to your legs, how would you describe [17] the pain itself?

[18] A. I will put it this way, I was [19] living for almost two years with pain so [20] that I got adjusted to pain, so I really [21] cannot describe it.

[22] Q. Do you have any recollection [23] whatsoever of what the pain felt like when [24] you were lifting?

[25] A. No, I do not.

Page 27

[2] MR. DINHOFER: I'm noting for [3] the record that we are not making any [4] claim in this case –

[5] MR. BURFORD: No claim for the [6] back whatsoever?

[7] MR. DINHOFER: No claim for the [8] back in this case, no.

[9] MR. BURFORD: Okay.

[10] Q. Did you have any pain in your [11] left elbow?

[12] A. Yes, I did.

[13] MR. DINHOFER: Save us some [14] time.

[15] MR. BURFORD: Right.

[16] Q. What kind of pain did you have [17] in your left elbow?

[18] A. Shooting pains to my fourth and [19] fifth finger. I had discomfort.

[20] This is what I recall. I had [21] more than that, but this is what I recall.

[22] Q. What about your left wrist?

[23] A. My left wrist, I had pain in [24] this area that goes to the finger 1, 2 and [25] 3.

Page 28

[2] Q. When you say finger 1, you mean [3] your thumb?

[4] A. The thumb is number 1, and this [5] is 2, and this is 3, and this is 4 and [6] this is 5.

[7] Q. The thumb is number 1 and the [8] pinky is number 5?

[9] A. That's correct.

[10] Q. What kind of pain did you have [11] in your left wrist, can you describe it?

[12] A. Not really. Discomfort.

[13] Q. What about your right wrist?

[14] A. I had again discomfort.

[15] Q. Did the pain in your right wrist [16] go away after a period of time?

[17] A. Yes.

[18] Q. How long did you have any pain [19] in your right wrist?

[20] A. As I rested and did not do [21] anything with my hand, it felt relief.

[22] Q. And the pain did go away at that [23] point, after you rested?

[24] A. As I said, after a while it went [25] away.

Page 29

[2] Q. What do you mean by a while?

[3] A. A few days. A few hours.

[4] I don't recall, I really don't [5] recall.

[6] Q. What about your left wrist?

[7] A. My left wrist took longer and [8] was for a while.

[9] Q. What did you say?

[10] A. It was for a while.

[11] Q. How long a time are we talking [12] about?

[13] A. I don't recall.

[14] Q. Do you recall if it's a matter [15] of hours, days or weeks, or something [16] else?

[17] A. I do not recall.

[18] Q. What about the pain in your left [19] elbow?

[20] A. It was for a few months.

[21] Q. Put it this way, to be more [22] specific, my elbow pain started on [23] December 12,

1991, as I wake up from [24] surgery, and since then I have pain after [25] this moment that I'm talking about now.

### Page 30

[2] And the pain is – well, it goes [3] not on the same level constantly.

[4]   Sometimes it's worse, and [5] sometimes it's better.

[6]   But up to now that I'm sitting [7] here, I have it.

[8]   Q. As a result of this injury –

[9]   A. I was not injured in my elbow at [10] the time.

[11] I had pain in my elbow to be [12] specific.

[13] Q. As a result of whatever injury [14] you sustained during lifting the camera, [15] did you make any Worker's Comp claim?

[16] A. Yes, I did.

[17] Q. And what was the result of your [18] Worker's Comp claim?

[19] A. Still pending.

[20] Q. Are you receiving any payments [21] from Worker's Comp?

[22] A. Yes, I do.

[23] Q. How much do you receive from [24] Worker's Comp?

[25] A. $400 per week.

### Page 31

[2] Q. Has Worker's Comp made any [3] determination has to how long you will [4] continue to receive $400 a week?

[5]   A. As long – I don't know.

[6]   Q. When did you start receiving [7] $400 a week actually?

[8]   I will rephrase it.

[9]   When did they start crediting [10] you with $400 a week?

[11] A. I believe, I do not recall the [12] timing, but I believe to the best of my [13] recollection, it was in the beginning of [14] 1994.

[15] Q. Have you been examined by any [16] doctors as a result of the Worker's Comp [17] claim?

[18] A. Yes.

[19] Q. Which doctors have you seen?

[20] A. The Worker's Comp doctors.

[21] Q. Do you recall their names?

[22] A. No, I do not.

[23] Q. Anyone else?

[24] A. And I saw my own doctors.

[25] Q. Which doctors are they?

### Page 32

[2]   A. One is a neurologist, Dr. Cohen.

[3]   Q. Do you know Dr. Cohen's first [4] name?

[5]   A. Joel.

[6]   Q. Where is Dr. Cohen located?

[7]   A. In the Bronx.

[8]   Q. Do you know his address in the [9] Bronx?

[10] A. He is part of Einstein, [11] affiliated with Einstein.

[12] Q. Any other doctors that you have [13] seen for the injury from this?

[14] A. For my back, I see only [15] Dr. Cohen.

[16] **MR. DINHOFER:**  Let's take a [17] break for a minute.

[18]   (Short recess taken.)

[19] **MR. BURFORD:**  He was giving us a [20] list of the doctors he has seen for [21] whatever happened to him while he was [22] lifting the camera.

[23] I saw the Health Service at [24] Einstein was the first place I went to.

[25] After this, I saw Dr. Popscu.

### Page 33

[2] After I saw Dr. Popscu, I was [3] under physical therapy for my hand and my [4] back.

[5]   I saw Dr. Goldstein and I saw [6] Dr. Cohen that you have.

[7]   This is my best recollection [8] about all of the doctors that I saw.

[9]   Q. Have you ever been in the [10] military?

[11] A. Yes.

[12] Q. Which military were you in?

[13] A. Israeli.

[14] Q. And when were you in the Israeli [15] military?

[16] A. 1970 to 1973.

[17] Q. What was your rank in the [18] military?

[19] A. I'm an officer.

[20] Q. Other than being an officer, is [21] there a particular rank?

[22] A. It was being changed all the [23] time, so I don't recall my last one.

[24] Q. Do you recall any of the ranks [25] that you held in the Israeli military?

### Page 34

[2]   A. I was a second lieutenant, I was [3] having – one time I know that I had a [4] position as a captain.

[5]   So really I cannot tell you [6] exactly what my rank was in the military [7] records today.

[8]   Q. Are you still in the Israeli [9] military today?

[10] A. I did not serve in the army [11] since I left the country.

[12] Q. When did you leave Israel?

[13] A. 1981.

[14] Q. Are you under any obligation to [15] serve in the Israeli military?

[16] A. If my health was in the proper [17] condition the way when I left the army, [18] when I left the country, I should report [19] when I'm in the country to the army.

[20] Q. Have you returned to Israel at [21] all since 1981?

[22] A. Yes.

[23] Q. How many times have you been [24] back?

[25] A. A lot.

### Page 35

[2]   Q. Generally speaking, what [3] purposes have brought you back to Israel?

[4]   A. All of my family lives there.

[5]   Q. Other than visiting your family, [6] have you been back to Israel for any other [7] purposes?

[8]   A. Yes.

[9]   Q. What else?

[10] A. Looking for a doctor to tell me [11] why I have pain in my elbow which I did [12] not have before surgery, and the cause for [13] it.

[14] Q. Any other reasons you have been [15] back to Israel?

[16] A. I said family, and this reason [17] medical.

[18] Q. Anything other than what you [19] have told me so far?

[20] A. No.

[21] Q. What countries do you hold [22] citizenship in?

[23] A. Both countries.  America and [24] Israel.

[25] Q. When did you become an American

### Page 36

[2] citizen?

[3]   A. 1980 something.  I don't [4] recall.

[5]   Q. And I take it you were born in [6] Israel?

[7]   A. I was born in Israel.

[8]   Q. When you were in the military in [9] Israel, what were your duties?

[10] A. My duties?

[11] Q. Yes.

[12] A. I was working in the medical [13] field.

[14] Q. What sort of work did you do in [15] the medical field?

[16] A. Working with doctors.

[17] Q. What sort of work did you do [18] with doctors?

[19] A. Everything that people do here [20] with doctors.  It's not specific.

[21] Q. If you were going to equate the [22] work that you did in Israel with the sort [23] of work that is done here, were you a [24] nurse, a physician's assistant, an LPN?

[25] A. Everything that you said, none

### Page 37

[2] of that.

[3]   Q. If you didn't do any of that, [4] what sort of work did you do?

[5]   A. From each one I did a little, [6] put it this way.

[7]   It's a combination.

[8]   The doctor told me to do [9] something, I did it, and he told me to do [10] other things, I did.

[11] I really cannot be specific [12] exactly what I did.

[13] Q. Would you describe it as [14] paperwork?

[15] A. No, not only paperwork, also [16] taking care of patients, like give [17] injections and taking blood and stuff like [18] that, too.

[19] Q. What sort of training did you [20] have for giving injections?

[21] A. I had my medical training from [22] the army.

[23] Q. And what did your medical [24] training from the army consist of?

[25] A. Everything that I said.

### Page 38

[2]   Q. Injections and drawing blood?

[3]   A. Everything that the army – any [4] need that the army needs to take care of, [5] people who were having medical problems.

[6]   Q. Other than giving injections and [7] drawing blood, do you have a recollection [8] of doing anything else whatsoever with [9] respect to patient care?

[10] A. To be an administrator of the [11] medical facility.

[12] Q. What medical facility were you [13] the administrator of?

[14] A. I think that I cannot talk about [15] the army specifically due to my [16] instructions from the army.

[17] I do not – I'm not allowed to [18] discuss specifically what I did, what I [19] didn't do.

[20] I gave you more information than [21] I should give you up to this moment.

[22] I ask not to discuss the army.

[23] Q. Well, I am entitled to know.

[24] A. The army is a little bit [25] different and

### Page 39

[2] Q. It's the Israeli Army, and this [3] is United States District Court.

[4]   A. What I did in the army and what [5] my profession in the army doesn't have any [6] bearing on what happened to me in 1991.

[7]   Q. Well, that is your position.

[8]   On the other hand, I'm entitled [9] to know what medical experience and [10] training you have.

[11] A. I said to you, I was [12] administrator of the facility. I cannot [13] give you location. I cannot give a [14] place.

[15] I'm not allowed.

[16] Q. What is the name of the [17] facility?

[18] A. It's not a name. It's numbers.

[19] The army goes by numbers, and [20] I'm not allowed to give you any [21] information about the facility.

[22] Q. Why is that?

[23] A. Security of the country.

[24] MR. DINHOFER: His orders stay [25] with him for life.

### Page 40

[2] MR. BURFORD: That is not my [3] problem, this is the United States.

[4] A. I gave a consent order form to [5] the army –

[6] MR. DINHOFER: No statements, [7] let him ask a question.

[8] THE WITNESS: No, I will give –

[9] MR. DINHOFER: Let him ask the [10] question.

[11] Q. What is the consent form that [12] you are referring to?

[13] A. I signed it.

[14] MR. DINHOFER: He is talking [15] about the authorization to get the records [16] from the military that was supplied [17] pursuant to the directives of the Court [18] that you have been in possession of for [19] several months. [20] Maybe not you particularly, but [21] your office.

[22] Q. If I was going to get the [23] records of the medical facility, what [24] facility would I ask about?

[25] A. You have all of the information.

### Page 41

[2] Q. This authorization provided me [3] with the information that I need to get [4] the records of this medical facility?

[5] A. No.

[6] MR. DINHOFER: You were given [7] authorizations which speak for [8] themselves.

[9] Q. Who provided the training that [10] you had in the army?

[11] A. The army.

[12] Q. Who?

[13] A. I don't understand the question.

[14] Q. Did the person that gave you the [15] training have a name?

[16] A. It was a series of people. It's [17] not one person, and I do not recall the [18] names.

[19] Q. Where was this training located, [20] was it in a classroom, in the field or [21] some-place else?

[22] A. In the army everything is a [23] combination of room, field and every [24] place.

[25] Q. Where was your training?

### Page 42

[2] I don't see anything funny about [3] my questions, Mr. Giladi.

[4] MR. DINHOFER: Were you ever in [5] the military?

[6] MR. BURFORD: No.

[7] A. I'm sorry, I said before you [8] asked me specifically –

[9] MR. DINHOFER: He doesn't [10] understand, and you have to explain to [11] him.

[12] He is naive, assume he knows [13] nothing.

[14] THE WITNESS: I'm trying to [15] explain.

[16] A. When you are in the army, one [17] day you are in the north and one day you [18] are in the south, and one day you are in [19] the desert.

[20] We don't know anything.

[21] We just are shifted from one [22] place to another and do what the army told [23] us to do.

[24] I cannot give you specifics. [25] You asked me for specifics, I cannot.

### Page 43

[2] I do not know the specifics.

[3] Q. Did the training courses that [4] you took have a name?

[5] A. I have officer course, and I [6] had – I do not recall the courses.

[7] I had many courses to be able to [8] get to my position.

[9] Q. Did the medical courses that you [10] took have a name?

[11] A. I know it in Hebrew but not in [12] English.

[13] Q. Spell the Hebrew name for us?

[14] A. I don't know how to spell the [15] name.

[16] Q. What was the name of the medical [17] course that you took?

[18] A. I took a course called Hovsh.

[19] Q. Is that the name of the course [20] or the initials for a course?

[21] A. That's the name of the course.

[22] MR. DINHOFER: I think what he [23] is looking at, did you take a course in [24] drawing blood, did you take a course in [25] orthopedics, did you take a course in

### Page 44

[2] hematology?

[3] Things like that, or medically [4] defined type of courses.

[5] Or, were these things that you [6] did for a specific job on a need-to-know [7] basis?

[8] A. It was basic.

[9] MR. DINHOFER: You have to [10] understand military training.

[11] It's not that they are going to [12] train you as an orthopedist.

[13] MR. BURFORD: My questions have [14] been about training.

[15] MR. DINHOFER: It's just that [16] you don't understand military training, [17] you are missing something.

[18] Q. What kind of medical training [19] did you have?

[20] A. As I said, I took the basic [21] course.

[22] Q. Which included what?

[23] A. As I said before, it's taking [24] blood, giving injections, giving I.V., [25] putting bandage on wound.

### Page 45

[2] First Aid is what it's called.

[3] Q. Anything other than First Aid?

[4] A. No. Not that I remember.

[5] Q. What year did you take these [6] courses?

[7] A. I don't recall.

[8] Q. Other than the officer training [9] course and the medical course, did you [10] have any other training in the army?

[11] A. Can you repeat the question, I [12] didn't get it?

[13] Q. Other than the officer course [14] that you described and the medical course [15] that you described, did you take any other [16] courses while in the army?

[17] A. Not that I recall.

[18] Q. Prior to coming to the United [19] States, were you hospitalized at all in [20] Israel?

[21] A. To my recollection, no.

[22] Q. Since coming to the United [23] States, have you been hospitalized?

[24] A. I was in the hospital once, but [25] I don't recall what hospital I was in.

### Page 46

[2] I do not recall. I know that I [3] was in the hospital once for testing, but [4] I don't remember what hospital.

[5] Q. What hospital were you in for [6] testing?

[7] A. It was many years back and I [8] don't remember the name.

[9] Q. Where was it located?

[10] A. In New Jersey.

[11] Q. What sort of testing did you [12] have done at that hospital?

[13] A. I had some x-rays.

[14] Q. Do you remember what part of [15] your body was x-rayed?

[16] A. Upper, I think neck and – my [17] neck, I believe.

[18] Q. Why did you go to the hospital [19] for x-rays of your neck?

[20] A. I had a car accident.

[21] Q. Do you remember when the car [22] accident was?

[23] A. Sometime in 1981, I think.

[24] Q. Where was the car accident, in [25] New Jersey?

### Page 47

[2] A. In New Jersey.

[3] Q. Were you injured as a result of [4] the car accident?

[5] A. I had whiplash.

[6] Q. Were you under the care of any [7] doctors as a result of that car accident?

[8] A. I saw one or two doctors, but I [9] don't recall their names or where they are [10] located.

[11] Most of my treatment since I [12] came to the United States was at [13] Einstein.

[14] So anything you would like to [15] know about my medical care is at [16] Einstein.

[17] That is all I can say.

[18] Q. As a result of the car accident [19] in New Jersey, was there any litigation, [20] any lawsuits?

[21] A. I did not file anything.

[22] Q. Did you receive any payments [23] from any source as a result of the car [24] accident?

[25] A. Not that I know of.

### Page 48

[2] Q. Did any insurance company pick [3] up your medical bills?

[4] A. It was not my car. It was not [5] my car. I do not know.

[6] Q. Were you a passenger in [7] someone's car?

[8] A. I was driving my wife's car.

[9] Q. Was anyone else injured in the [10] accident?

[11] A. I was driving by myself.

[12] Q. Did you make any claims to any [13] insurance companies at all?

[14] A. Like I said before, I did not [15] make anything.

[16] I was – no.

[17] Q. Did anyone make any claim on [18] your behalf?

[19] A. I don't know.

[20] Q. Did you receive any checks from [21] anyone as a result of the car accident?

[22] A. I do not recall.

[23] Q. Who paid for the hospital bill [24] at the hospital in New Jersey?

[25] A. My insurance. All of my medical

Page 49

[2] care through 1199.

[3] Q. Who was your car insurance [4] company at the time?

[5] A. As I said, I do not have any –

[6] MR. DINHOFER: I think he said [7] it wasn't his car.

[8] Q. Who was your wife's car [9] insurance company at the time?

[10] A. I do not know. I do not [11] recall.

[12] I do not know.

[13] Q. Other than 1199, have you [14] submitted any medical claims to any other [15] insurance company since you have been in [16] the United States?

[17] A. Medical claims, no.

[18] Q. Did you miss any work as a [19] result of the car accident?

[20] A. I was not working at the time. [21] I was new in the country.

[22] Q. Tell us again what year the car [23] accident was?

[24] A. 1981.

[25] Q. Were you employed at all when

Page 50

[2] were you in Israel?

[3] A. If I was employed?

[4] Q. In Israel?

[5] A. I had my own business, plus I [6] was working.

[7] I was employed and [8] self-employed.

[9] I was working – yes, I was [10] working.

[11] Q. Let's start with the company you [12] were working for, what was the name of the [13] company?

[14] A. What it's called?

[15] Q. Yes.

[16] A. I'm trying to think of it. Art [17] Photography.

[18] Q. And where were they located?

[19] A. In Natanya.

[20] Q. Do you remember the street [21] address?

[22] A. The street address?

[23] Q. Yes.

[24] A. The street address is – I had a [25] few places, so I can't give you a full

Page 51

[2] address.

[3] Q. What was the last place you [4] worked for Art Photography?

[5] A. I don't understand the question.

[6] Q. What years did you work for Art [7] Photography?

[8] A. I worked since I think I was [9] discharged from the army until I came to the United [10] States.

[11] Q. What years were those?

[12] A. 1973 to 1981.

[13] Q. Do you remember the address of [14] Art Photography in 1981?

[15] A. Not really.

[16] I have to look at my card. I [17] don't recall.

[18] Q. What kind of cards do you have [19] with respect to Art Photography?

[20] A. At the present time, nothing.

[21] As I said, I need to look at [22] something, but I don't have anything.

[23] Q. I don't mean what you have with [24] you today, what do you have under your [25] control with respect to Art Photography?

Page 52

[2] A. Maybe rubber stamps, if my [3] mother never threw it away from home.

[4] Q. What did you do for Art [5] Photography?

[6] A. All photography needs.

[7] Q. What do you mean by all [8] photography needs?

[9] A. Taking pictures, taking movies, [10] everything that is related to [11] photography.

[12] Q. And how much –

[13] A. Cinema and video, and all of [14] that stuff.

[15] Q. How much did you earn at Art [16] Photography?

[17] A. I really don't recall.

[18] Q. Other than Art Photography, were [19] you employed by any other companies in [20] Israel?

[21] A. Yes, I was, yes.

[22] Q. What other companies were you [23] employed by?

[24] A. Television studios.

[25] Q. Which television studios?

Page 53

[2] A. In Hertzeleah.

[3] Q. What did you do for that [4] company?

[5] A. I was working on the tennis, [6] to know the scenery and all of that [7] stuff.

[8] Q. What years did you work there?

[9] A. '73, I believe.

[10] Q. Just 1973?

[11] A. I believe so.

[12] Q. Other than those two companies, [13] Art Photography and Hertzeleah, did you [14] work anywhere else?

[15] MR. DINHOFER: Hertzeleah is the [16] town.

[17] THE WITNESS: It was Hertzeleah [18] Studio.

[19] MR. DINHOFER: Oh, I thought it [20] was just the town.

[21] Q. Who else were you employed by in [22] Israel?

[23] A. By the Education Office of [24] Israel.

[25] Q. When were you employed there?

Page 54

[2] A. I think since 19 – I think from [3] '75 until – I don't recall. It was for [4] a few years.

[5] Q. What did you do for the [6] Education Office of Israel?

[7] A. I was teaching cinema [8] photography.

[9] Q. Any other companies that [10] employed you in Israel?

[11] A. I worked as a sales person.

[12] Q. A salesman?

[13] A. Yes. For photography supplies.

[14] Q. What was the name of that [15] company?

[16] A. Hadar.

[17] MR. DINHOFER: H-a-d-a-r?

[18] THE WITNESS: H-a-d-a-r, I'm [19] sorry.

[20] Q. Where was that located?

[21] A. Tel Aviv.

[22] Q. What years did you work there?

[23] A. I don't recall.

[24] Q. Do you recall how much you [25] earned there?

Page 55

[2] A. No.

[3] Q. Other than a rubber stamp, do [4] you have any records at home or anywhere [5] else that deal with any of this [6] employment?

[7] A. No.

[8] Q. Did you file tax returns in [9] Israel?

[10] A. In Israel you don't file tax [11] return. You pay taxes all of the time.

[12] MR. DINHOFER: They take it [13] before you get it.

[14] THE WITNESS: Yes, they take it [15] before you get it.

[16] MR. DINHOFER: It's [17] withholdings.

[18] Q. Do you get any kind of record [19] from the government with respect to the [20] taxes that you have paid?

[21] A. No.

[22] Q. What was the name of the company [23] that you owned in Israel?

[24] You mentioned that you were [25] self-employed.

Page 56

[2] A. I said I was working, doing [3] photography work under the name Art [4] Photography.

[5] Q. Art Photography was your [6] company?

[7] A. I was working there, yes.

[8] Q. That is not my question.

[9] You mentioned before, if I heard [10] you correctly, that at some point in time [11] in Israel you were self-employed.

[12] A. This is my self-employed. I was [13] working there in substitution salary, but [14] working for other places.

[15] Q. You have to explain that.

[16] MR. DINHOFER: He was [17] supplementing his income from the other [18] jobs.

[19] A. I was trying to supplement work [20] by working at the companies that I [21] mentioned before, plus trying to do some [22] work on my own in the evenings or other [23] times.

[24] This is what I'm trying to [25] explain.

Page 57

[2] Q. Did you own Art Photography?

[3] A. It's not really owned.

[4] Yes, I was the one who was [5] responsible for it.

[6] Q. Other than the companies that [7] you have mentioned so far this morning, [8] have you ever been employed by anyone [9] else?

[10] MR. DINHOFER: Well, in Israel [11] you are referring to, right?

[12] MR. BURFORD: Up until today.

[13] MR. DINHOFER: We are talking [14] about every type of employment that you [15] ever had in your whole life.

[16] THE WITNESS: In my life?

[17] MR. DINHOFER: Your newspaper [18] route, whatever.

[19] A. I really don't recall [20] everything.

[21] I worked one day there and one [22] day here sometimes.

[23] I don't recall all of the [24] times.

[25] Q. What about since you have been

Page 58

[2] in the United States?

[3] A. In the beginning, I was doing [4] some carpenter work in New Jersey.

[5] Q. What was the company that you [6] worked for?

[7] A. No company name.

[8] Q. Who did you work for?

[9] A. People come to ask me if I can [10] help them fix something and I help them.

[11] Q. Were you self-employed?

[12] A. Yes.

[13] MR. DINHOFER: A handyman.

[14] A. At the time I did not have a [15] job. I just came to the country.

[16] Q. Any other place that you have [17] been employed since coming to the United [18] States?

[19] A. Since 1981, I was employed by [20] Albert Einstein College of Medicine.

[21] Q. Other than Albert Einstein, any [22] other ptace?

[23] A. Not that I recall.

[24] I'm sorry, it was 1982 for [25] Albert Einstein, correct that.

Page 59

[2] Q. Other than your hospitalization [3] in New Jersey for the car accident, and [4] your hospitalization at Albert Einstein, [5] have you been hospitalized any other place [6] since coming to the United States?

[7] A. I had surgery in 1987.

[8] Q. Where was that done?

[9] A. At Einstein.

[10] MR. DINHOFER: When you say [11] hospitalizations, do you mean admissions [12] or do you mean emergency room treatments, [13] clinic visits?

[14] MR. BURFORD: All of the above.

[15] MR. DINHOFER: All of the above, [16] okay.

[17] Did you understand that when you [18] answered the question?

[19] THE WITNESS: Yes.

[20] Q. What kind of surgery did you [21] have in 1987?

[22] A. I had exploration of the median [23] nerve. With my left wrist.

[24] Q. Prior to 1987, had you injured [25] either of your wrists?

Page 60

[2] A. No.

[3] Q. What happened that brought about [4] the surgery in 1987 on your left wrist?

[5] A. I was injured by my ex-wife.

[6] Q. In what way were you injured by [7] your ex-wife?

[8] A. I was stabbed.

[9] Q. Where were you stabbed?

[10] A. In my wrist.

[11] Q. Your left wrist?

[12] A. Yes.

[13] Q. What part of your left wrist?

[14] A. Around three fingers [15] above the – what is this called – it's [16] high on the wrist.

[17] I cannot give you exactly.

[18] Q. Three fingers above your hand on [19] your wrist?

[20] A. Yes, three fingers.

[21] MR. DINHOFER: When he says [22] above, he is going towards the elbow.

[23] A. Three to four fingers above.

[24] MR. DINHOFER: He is indicating [25] the joint line.

Page 61

[2] MR. BURFORD: The right hand [3] joint line.

[4] MR. DINHOFER: Right.

[5] Q. Three to four fingers above [6] that?

[7] A. Yes.

[8] Q. On top of your wrist or the [9] bottom of your wrist?

[10] A. The bottom.

[11] MR. DINHOFER: What do you mean [12] by top and bottom, I'm sorry.

[13] Q. In other words, the palm side of [14] your wrist or the top of your hand side of [15] the wrist, or some other way you want to [16] describe it.

[17] A. The palm.

[18] Q. The palm side of your wrist?

[19] A. Yes.

[20] Q. What did the wound look like [21] after you were stabbed?

[22] A. It was very small. There was [23] some bleeding.

[24] Q. Were any criminal charges [25] brought as a result of that?

Page 62

[2] A. No.

[3] Q. What did your wife stab you [4] with?

[5] A. With a knife.

[6] Q. What kind of knife?

[7] A. A kitchen knife.

[8] Q. Do you remember the size of it?

[9] A. A small one.

[10] Q. What happened next?

[11] A. I went – she insisted that I [12] should go to the emergency room.

[13] Q. And what emergency room did you [14] go to?

[15] A. St. Barnabas.

[16] Q. Do you remember when this was in [17] 1987?

[18] A. September, I believe [19] September 5th.

[20] Q. Did she accompany you to the [21] emergency room?

[22] A. She did.

[23] Q. What happened when you got to [24] the emergency room?

[25] A. She tried to assign me to

Page 63

[2] Psychiatry, which I refused.

[3] Q. Why did your wife want you to [4] see a psychiatrist?

[5] A. At the time I did not know her [6] motive, but later on it exploded; she was [7] trying to break up the marriage, which I [8] didn't know.

[9] Q. Did she have any conversations [10] with the doctors at the hospital that you [11] are aware of?

[12] A. The only thing that I'm aware of [13] that the doctor told me, that he would [14] like me to get evaluated by a doctor, and [15] I said to him what kind of doctor, and he [16] said a psychiatrist, and I said it's no [17] need for that. I'm not going to be seen [18] by any psychiatrist.

[19] He said she is insisting, and I [20] said I'm sorry.

[21] Q. Do you know why she was [22] insisting that you see a psychiatrist?

[23] A. As I said before, she had a [24] motive which I did not know.

[25] Q. Do you know any of the

Page 64

[2] information that she told the doctors at [3] the time?

[4] A. No.

[5] Q. Did you have any discussions [6] with your wife about what she had told the [7] doctors?

[8] A. She claimed that I injured [9] myself, I believe so. That is what I [10] recollect.

[11] I said it was an accident at [12] home because I didn't want to cause any [13] marital problems and break up the [14] marriage.

[15] She told me that she wanted to [16] have somebody from her family to evaluate [17] you, which she was not on duty the same [18] night, and she asked for another person.

[19] Q. Had you been depressed at any [20] time prior to going to St. Barnabas?

[21] A. I was not depressed. I just was [22] going through grief because of my father's [23] death, which is normal.

[24] Q. I'm sorry?

[25] A. I was going through grief of my

Page 65

[2] father's death.

[3] Q. Your father had died?

[4] A. Yes.

[5] Q. When had your father died?

[6] A. February of '87, I believe.

[7] Q. '82?

[8] A. '87. It was a few months before [9] this.

[10] Q. Did you see any doctors as a [11] result of your father dying?

[12] A. I did not have any depression or [13] any psychiatry problem because of that.

[14] Q. Had you ever attempted suicide?

[15] A. No.

[16] Q. Do you know if your wife had [17] reported to the doctors at St. Barnabas [18] that you had attempted suicide?

[19] A. She said a lot of things.

[20] Q. What did she say?

[21] A. As I said, they told me she said [22] that I was trying to hurt myself.

[23] I declined that, and I said it [24] was an accident.

[25] Q. What did you tell the doctors at

Page 66

[2] the hospital happened?

[3] A. I just said before it was an [4] accident.

[5] Q. Did you describe the accident at [6] all to them?

[7] A. No. Not really.

[8] I don't recall exactly, it was [9] too many years back, and I cannot remember [10] exactly every line that I said to the [11] doctor.

[12] Q. Do you remember anything that [13] you told the doctors?

[14] A. I told them it was an accident.

[15] Q. Other than the fact that it was [16] an accident?

[17] A. And that I do not have any [18] medical problem and I'm not depressed, and [19] I know what happened.

[20] I know the date, I know the [21] hour. I'm very alert.

[22] And I do not think that [23] everything she said was the truth.

[24] Q. Had you seen a Dr. Friedland?

[25] A. No, I did not see Dr. Friedland

Page 67

[2] for myself.

[3] Q. Did you see Dr. Friedland for [4] anybody else?

[5] A. For my kids.

[6] Q. Which of your kids saw [7] Dr. Friedland?

[8] A. Both of them.

[9] Q. What sort of specialty is [10] Dr. Friedland?

[11] A. A psychiatrist.

[12] Q. Did you have any discussions [13] with Dr. Friedland about the care of your [14] children?

[15] A. He saw my kids only twice.

[16] Due to stress that my kids were [17] going through because of the divorce, he [18] saw them.

[19] Q. When were you divorced?

[20] A. I don't understand the question.

[21] Q. Who brought the divorce action?

[22] A. She did.

[23] Q. When was that brought?

[24] A. The paper was filed in March of [25] 1989.

Page 68

[2] Q. When did your children start [3] seeing Dr. Friedland?

[4] A. Three months later.

[5] Q. Had anyone in your family seen [6] Dr. Friedland as of the time you were in [7] St. Barnabas?

[8] A. No. I don't know if my wife [9] was, but I don't know.

[10] If you ask me to my [11] recollection, no.

[12] The first time I ever heard [13] about this name was from my ex-wife after [14] this incident.

[15] Q. What did your wife tell you [16] about Dr. Friedland when you heard about [17] him for the first time?

[18] A. It was her family member.

[19] Q. He is related to your ex-wife?

[20] A. Yes.

[21] Q. Do you know the nature of the [22] relationship?

[23] A. No.

[24] Q. Did you see a Dr. Hindin?

[25] A. No, I did not see Dr. Hindin.

### Page 69

[2] Q. Do you know who Dr. Hindin is?

[3] A. I know from synogogue, that's [4] the only thing I can tell you about.

[5] Q. I didn't hear you?

[6] A. I knew him from synogogue.

[7] Q. From where?

[8] A. From synogogue, from services; [9] he is a friend from services.

[10] Q. What kind of doctor is [11] Dr. Hindin?

[12] A. Psychiatrist.

[13] Q. Other than seeing Dr. Hindin in [14] services, had you ever seen him in any [15] other capacity?

[16] A. No.

[17] Q. Did anyone in your family see [18] Dr. Hindin in any other capacity?

[19] A. Not that I know of.

[20] Q. Did St. Barnabas refer you to [21] Dr. Hindin?

[22] A. They were talking about it. [23] They were talking about, as I said, about [24] psychiatrists, and as I said, she was asking for me to be seen, and she was

### Page 70

[2] referring the names.

[3] To them, she was telling them, [4] that is my understanding.

[5] And more than that, I cannot [6] tell you.

[7] Q. How long were you in [8] St. Barnabas Hospital?

[9] A. For a few hours.

[10] Q. What sort of treatment did you [11] receive there?

[12] A. I received stitches and was sent [13] home.

[14] Q. Any medication?

[15] A. No. Not that I recall. I did [16] not get any medication.

[17] Q. Did you get a tetanus shot while [18] you were there?

[19] A. I do not recall.

[20] Q. As of September '87, from the [21] time you came to the United States until [22] September of '87, did you have a family [23] doctor?

[24] A. The doctor that I saw at the [25] time was at the Health Services at

### Page 71

[2] Einstein.

[3] Q. When you were sent home from the [4] emergency room, were you given any [5] instructions for follow up with any [6] doctors?

[7] A. They told me to see Dr. Hindin.

[8] Q. Anyone else?

[9] A. Not that I recall.

[10] Q. Did you have stitches in your [11] wrist when you went home?

[12] A. Yes.

[13] Q. How did the stitches come out?

[14] A. I cannot recall, but – no, I [15] don't recall.

[16] I know I saw a doctor. I think [17] it was at Einstein, but I did not recall.

[18] Q. Why didn't you see Dr. Hindin?

[19] A. Because, I did not have a [20] medical problem.

[21] I did not have psychiatry [22] problem.

[23] And second, I see – when I saw [24] him in synogogue, he said he is not [25] willing to talk to me because he is a

### Page 72

[2] friend of mine.

[3] He is not professionally –

[4] Q. Prior to September of 1987, had [5] there been any other violent episodes [6] between you and your wife?

[7] A. Never.

[8] Q. Were there any after that?

[9] A. After that, no.

[10] Q. Did you continue to live [11] together with your wife after that?

[12] A. Yes.

[13] Q. How long did you live together?

[14] A. Until December of 1988. We had [15] the separation in the middle for ten days, [16] but that was it.

[17] Q. What happened in December of [18] 1988?

[19] A. She left home.

[20] Q. Do you recall the grounds for [21] the divorce?

[22] A. It was a lot of them.

[23] Q. What do you recall?

[24] A. She filed a full paper that was [25] being said.

### Page 73

[2] Everything that she said was not [3] true, though.

[4] Q. What did she say?

[5] MR. DINHOFER: What she said [6] doesn't matter, what was the finding?

[7] THE WITNESS: The finding, there [8] was no finding.

[9] MR. DINHOFER: Was there any [10] finding in the divorce decree.

[11] THE WITNESS: They said that I [12] have a mental cruelty.

[13] Q. How long were the stitches in [14] your wrist?

[15] A. I don't recall.

[16] Q. Other than the stitches being [17] taken out by some doctor, did you have any [18] other treatment on your wrist after [19] St. Barnabas?

[20] A. Yes.

[21] Q. What happened next?

[22] A. I had surgery in September [23] 1987.

[24] Q. After being seen at St. [25] Barnabas, what sort of symptoms did you

### Page 74

[2] have in your wrist?

[3] A. I have pain in my wrist and pain [4] in my palm, and the area of the fingers 1, [5] 2 and 3.

[6] Q. This is between St. Barnabas and [7] September of '87 when you had the [8] surgery –

[9] A. It was three weeks between the [10] two.

[11] Q. What symptoms did you have in [12] your wrist?

[13] A. As I said, I had pain. I had [14] pain and I have – I don't recall.

[15] The pain I recall.

[16] Q. Where was the pain in your [17] wrist?

[18] A. Right there.

[19] Q. In the area where you were cut?

[20] A. Yes. And the pain – I had some [21] pains also into this area.

[22] Q. Into the area right below your [23] thumb?

[24] A. Yes.

[25] Q. On the palm side below your

### Page 75

[2] thumb?

[3] A. Yes.

[4] MR. DINHOFER: The fleshy part [5] of the thumb.

[6] MR. BURFORD: Yes, however you [7] want to call it.

[8] MR. DINHOFER: Let's take a [9] break for a second.

[10] (Short recess taken.)

[11] Q. Let's go back for a moment to [12] the car accident.

[13] Other than pain in your neck, [14] did you have any symptoms in either of [15] your arms, your hands or wrist after the [16] car accident in 1981?

[17] A. I know for a fact that my left [18] hand I had no problem.

[19] I do not recall that I had [20] anything with my right either.

[21] Q. No part of your right arm, not [22] your arm, wrist, hand, elbow, nothing?

[23] A. I do not recall exactly, but [24] like I said –

[25] MR. DINHOFER: That's his

### Page 76

[2] testimony, he doesn't recall.

[3] MR. BURFORD: He said he doesn't [4] recall exactly, I want to find out what he [5] does recall.

[6] MR. DINHOFER: That's his [7] testimony.

[8] Q. Do you recall anything at all [9] about your right arm, hand, wrist?

[10] A. I know that I had after a few [11] years, that I have some pain with my right [12] hand is the only thing that I recall.

[13] In my wrist I had problem.

[14] Q. When did the pain in your right [15] wrist start?

[16] A. I do not recall.

[17] Q. Do you recall how few years it [18] was?

[19] A. No, I do not.

[20] Q. How would you describe – you [21] said it was pain in your right wrist or [22] something else?

[23] A. It was not my wrist, it would be [24] more near finger number 1, that area, the [25] thumb.

### Page 77

[2] Q. What year did you start [3] experiencing in finger number 1?

[4] A. It was a very short period of [5] time, so I don't recall.

[6] Q. How short a period of time?

[7] A. That, I cannot recall. I don't [8] remember.

[9] Q. Was it pain, numbness, tingling, [10] something else?

[11] A. I do not recall.

[12] Q. Other than finger number 1, did [13] you feel any other symptoms on your entire [14] arm and hand?

[15] **A.** Not that I recall.

[16] **Q.** Now, you mentioned that your [17] left hand had no problems.

[18] Was there any part of your left [19] arm that had a problem, your wrist, elbow, [20] shoulder, arm, hand, anything?

[21] **A.** From my shoulder down I did not [22] have any problem until my injury of '87 [23] that I described before.

[24] **Q.** That is lifting the box?

[25] **A.** No, what I described before.

Page 78

[2] **MR. DINHOFER:** The stabbing.

[3] **Q.** The stabbing?

[4] **A.** Yes.

[5] **Q.** Other than the pain where you [6] were cut in '87 and the fleshy area of the [7] thumb, any other symptoms at all after the [8] stabbing?

[9] **A.** No.

[10] **Q.** How did you find your way to [11] Albert Einstein in '87 for surgery?

[12] **A.** I was working there.

[13] **Q.** Were you referred to a [14] particular doctor at Einstein?

[15] **A.** Dr. Goldstein.

[16] **Q.** Who referred you to [17] Dr. Goldstein?

[18] **A.** A client.

[19] **Q.** Pardon me?

[20] **A.** A client that I was working [21] with.

[22] **Q.** When did you see Dr. Goldstein [23] for the first time?

[24] **A.** A week before surgery. I [25] believe I saw him a week before surgery.

Page 79

[2] I believe so, yes.

[3] **Q.** What prompted you to go see [4] Dr. Goldstein?

[5] **A.** I don't understand the question.

[6] **Q.** What about your condition [7] prompted you to go see Dr. Goldstein?

[8] **A.** I had pain, and I had [9] discomfort, and I wanted him to tell me [10] what's going on.

[11] **Q.** Had the pain changed at all in [12] the three weeks between St. Barnabas and [13] your admission –

[14] **A.** I don't recall.

[15] **Q.** Where did you see Dr. Goldstein [16] for the first time?

[17] **A.** In his office.

[18] **Q.** Where was his office located?

[19] **A.** In Einstein.

[20] **Q.** What happened during your first [21] visit with Dr. Goldstein?

[22] **A.** He just made a comment that you [23] may need to go for surgery.

[24] **Q.** That you what?

[25] **A.** May need to go for surgery.

Page 80

[2] **Q.** Did he tell you why you may need [3] to go for surgery?

[4] **A.** Just to do an exploration of the [5] nerve.

[6] **Q.** Did he say anything else?

[7] **A.** Not that I recall.

[8] **Q.** Did he do an examination?

[9] **A.** I believe so, yes.

[10] **Q.** What sort of examination did he [11] do?

[12] **A.** I do not recall.

[13] **Q.** Did he ask you how the injury [14] happened?

[15] **A.** I do not recall.

[16] **Q.** Do you recall anything at all [17] that you said to him during this first [18] visit?

[19] **A.** No, I don't recall.

[20] **Q.** When you saw Dr. Goldstein for [21] the first time, did you fill out a Patient [22] Information Form?

[23] **A.** I do not recall.

[24] **Q.** Did you sign any papers when you [25] saw him for the first time?

Page 81

[2] **A.** I do not recall.

[3] **Q.** Do you know who Dr. Sprintzen [4] is?

[5] **MR. DINHOFER:** S-p-r-i-n-t-z-e-n.

[6] **A.** I think he is the doctor that [7] referred me to Dr. Goldstein.

[8] **MR. BURFORD:** Would you mark [9] this for identification.

[10] (Document entitled Patient [11] Information marked Defendants' Exhibit 1 [12] for identification, this date.)

[13] **Q.** Sir, let me show you what has [14] been marked as Defendants' Exhibit 1 for [15] identification, and ask you if you have [16] ever seen that before?

[17] **MR. DINHOFER:** The question is, [18] have you ever seen that document before?

[19] **THE WITNESS:** What?

[20] **MR. DINHOFER:** Look at that [21] document, and after you have had an [22] opportunity to look at the document, the [23] question is, have you ever seen that [24] document before?

[25] **A.** Have I seen Dr. Sprintzen?

Page 82

[2] **Q.** Just that piece of paper, have [3] you ever seen that piece of paper before?

[4] **MR. DINHOFER:** Or the original, [5] that being a photocopy?

[6] **Q.** Or the original of that?

[7] **A.** I really don't recall. I may [8] have signed it or something, but I really [9] don't recall.

[10] **Q.** Is that your signature in the [11] lower right-hand corner?

[12] **A.** It doesn't look like my [13] signature.

[14] I cannot say anything about [15] that.

[16] **Q.** It's not your signature, or you [17] don't know?

[18] **A.** This signature, I never sign [19] this kind of way.

[20] All of my signatures was never [21] like that, so I don't know.

[22] **Q.** Does your handwriting show [23] anywhere on that exhibit?

[24] **A.** No.

[25] **Q.** When you were seen at

Page 83

[2] Dr. Goldstein's office, did they ask you [3] if the problem you had was the result of a [4] recent or past injury?

[5] **A.** I don't recall the conversation, [6] like I said before.

[7] **Q.** Other than the fact that you [8] might need surgery, did Dr. Goldstein tell [9] you anything else?

[10] **A.** I do not recall.

[11] **Q.** Did you ask Dr. Goldstein any [12] questions other than what you have told us [13] about so far?

[14] **A.** I just asked him why I'm going [15] for surgery.

[16] **Q.** What did he say?

[17] **A.** To do exploration, to find out [18] why you have problems.

[19] **Q.** Any other discussions whatsoever [20] between you and Dr. Goldstein during this [21] first visit?

[22] **A.** That's what I recall.

[23] **Q.** Other than Dr. Goldstein and [24] St. Barnabas, had you been seen by any [25] other doctors as a result of the cut on

Page 84

[2] your wrist?

[3] **A.** I work in a medical [4] institution.

[5] I can walk on the street and [6] find the doctors I know and I ask him [7] questions.

[8] So I can't tell you.

[9] But in relation to your [10] question, I would say that I spoke with [11] doctors.

[12] That is my response.

[13] **Q.** Do you remember the names of any [14] of those doctors?

[15] **A.** No.

[16] **Q.** Do you remember any of the [17] discussions between yourself and those [18] doctors?

[19] **A.** One time I had just one of the [20] doctors, I saw him on the street and he [21] asked me why I have a bandage, and I said [22] I got injured.

[23] That is what I recall. He [24] looked at me, and that is all I recall.

[25] I don't recall any other

Page 85

[2] information.

[3] **Q.** Any other discussions that you [4] recall with any other doctors that you met [5] informally?

[6] **A.** As I said, I do not recall. The [7] only thing I recall from this incident is [8] that I was at St. Barnabas in the [9] emergency room and I saw Dr. Goldstein.

[10] This is my best recollection.

[11] That is all I can recall.

[12] **Q.** What is the next doctor that you [13] saw after Dr. Goldstein's first visit?

[14] **A.** He did the surgery after that.

[15] **Q.** Were you admitted to Albert [16] Einstein?

[17] **A.** I was an outpatient.

[18] **Q.** How soon after the first visit [19] with Dr. Goldstein was your outpatient [20] surgery?

[21] **A.** The surgery was on September 21, [22] I believe. Around this time.

[23] So, you have all of the [24] documentation and you can see it. I don't [25] know.

Page 86

[2] **Q.** Did you have any discussions [3] with any doctors before you had the [4] surgery, other than the first visit with [5] Dr. Goldstein and what you have told us so [6] far?

[7] **A.** I don't understand the question.

[8] **Q.** When you were admitted as an [9] outpatient at Einstein for the surgery, [10] did you have any discussions with any [11] doctors before you had the surgery done?

[12] **A.** Well, the anesthesiologist.

[13] **Q.** What did the anesthesiologist [14] tell you?

[15] **A.** I don't recall. I was nervous [16] before surgery, so I don't recall.

[17] **Q.** Did you ask the anesthesiologist [18] any questions?

[19] **A.** What kind of anesthesia they're [20] going to do.

[21] **Q.** Pardon me?

[22] **A.** What kind of anesthesia were [23] they going to do.

[24] **Q.** What kind of anesthesia was it?

[25] **A.** She said local.

Page 87

[2] **Q.** Do you remember the name of the [3]

anesthesiologist you spoke to?
[4] A. No.
[5] Q. Did you have any discussion with [6] any doctors, Dr. Goldstein or anyone else, [7] about the risks of the surgery?
[8] A. Dr. Goldstein told me that – I [9] do not recall now.
[10] Q. Did you ask Dr. Goldstein any [11] questions about the risks of the [12] operation?
[13] A. I asked him what he is going to [14] do.
[15] Q. What did he tell you?
[16] A. He is doing an exploration of [17] the nerve.
[18] Q. And did he tell you that there [19] were any risks attached to the surgery?
[20] A. To the best of my knowledge, he [21] did not discuss risks of the surgery.
[22] Q. During your training in the [23] military in Israel, did you have any [24] training that concerned surgery?
[25] A. As I said before, I was being

Page 88

trained to do basics.
[3] Q. Did any of your training in [4] Israel deal with surgery?
[5] A. What the O.R. looks like.
[6] Q. Pardon me?
[7] MR. DINHOFER: He said what the [8] O.R. looks like.
[9] MR. BURFORD: Okay.
[10] A. I do not recall what I learned.
[11] You are talking about many, many [12] years back.
[13] Q. So your answer then is that you [14] have no recollection of any discussions [15] whatsoever that touched on surgery in any [16] fashion?
[17] A. What, in the army?
[18] Q. Yes.
[19] A. As I said before, I took a lot [20] of courses and I don't remember all of the [21] courses that I took.
[22] Specific surgery, no. We didn't [23] learn how to do surgery and what happened [24] with surgery. I did not learn how to do [25] surgery.

Page 89

[2] Q. Okay. Did you sign any consent [3] forms for Dr. Goldstein?
[4] A. I believe so.
[5] Q. And did you read the consent [6] forms?
[7] A. They do not give you the time to [8] read it.
[9] Q. Did you ask anyone for time to [10] read the consent forms?
[11] A. I just asked what does it say, [12] and they said it's permission for me to do [13] the surgery, and I said okay, no problem.
[14] Q. Where were you when you signed [15] the consent form?
[16] A. I believe, I'm not sure, in his [17] office.
[18] Q. You signed the form in his [19] office?
[20] A. I believe, as I said. I'm not [21] sure.
[22] Q. Do you have any recollection of [23] what was in the consent forms that you [24] signed in his office?
[25] A. I just went with his words to

Page 90

[2] give him permission to do surgery.
[3] Q. Any recollection of anything [4] else being in the consent forms you [5] signed?
[6] A. That if he will read it, I [7] really don't.
[8] Q. Did you sign a consent for [9] Dr. Goldstein to take photographs or [10] videos?

[11] A. As I said, I signed one consent, [12] I believe, but I don't recall.
[13] Q. What specific information I [14] signed, I just went with his instruction.
[15] What he told me, I believed.
[16] MR. BURFORD: Would you mark [17] this as Defendants' Exhibit 2 for [18] identification.
[19] (Document entitled Photograph [20] and/or Movie Consent Form, marked [21] Defendants' Exhibit 2 for identification, [22] this date.)
[23] Q. Let me show you Defendants' [24] Exhibit 2 and ask you if you have ever [25] seen that document, or the original from

Page 91

[2] which that copy was made?
[3] MR. DINHOFER: What's the [4] question?
[5] Q. Do you recognize that document, [6] have you ever seen that before or the [7] original from which that copy was made, [8] Defendants' Exhibit 2 for identification?
[9] A. I do not recall the content.
[10] MR. DINHOFER: The question is, [11] not do you recall the content, do you [12] recall ever seeing the document before?
[13] THE WITNESS: As I say, it was a [14] long time ago, I don't recall.
[15] Q. Does your handwriting appear [16] anywhere on that form?
[17] A. It could be the signature.
[18] Q. That's your signature?
[19] A. No, the self, the word "self."
[20] Q. The word "self" is written by [21] you?
[22] A. Yes.
[23] Q. And to the left of where it says [24] self, is that your signature?
[25] A. I believe so.

Page 92

[2] MR. DINHOFER: Can I get a copy [3] of that as well as the other exhibits?
[4] MR. BURFORD: Yes.
[5] Q. Did you have any discussion with [6] any residents or interns, or anyone else [7] in the hospital, other than Dr. Goldstein [8] and the anesthesiologist before surgery?
[9] A. Not that I recall.
[10] Q. Did Dr. Goldstein tell you what [11] he hoped to accomplish with the surgery?
[12] A. To find out what the problem [13] is.
[14] Q. Did he tell you anything else?
[15] A. He told me if he find any [16] problem, we will fix it. That's it.
[17] Q. Did the symptoms that you were [18] having change at all up until the moment [19] of surgery?
[20] From the time you were initially [21] cut, until the moment of surgery, did your [22] symptoms change at all?
[23] A. I do not recall, but I think [24] not.
[25] Q. Were you awake for the surgery?

Page 93

[2] A. Pardon me?
[3] Q. Were you awake for the surgery?
[4] A. No.
[5] Q. Do you recall anything that [6] happened during the surgery?
[7] A. No.
[8] Q. Any discussions that you heard?
[9] A. Like I said, I was not awake.
[10] Q. What's your first recollection [11] when you woke up?
[12] A. Vomiting.
[13] Q. Who is the first person that you [14] spoke to when you woke up?

[15] A. I do not recall.
[16] Q. Do you recall speaking with any [17] doctors after you woke up?
[18] A. I do not recall.
[19] Q. What is your first recollection [20] of speaking to a doctor after your [21] surgery?
[22] A. The only thing I recall, before [23] discharge I believe I asked the [24] anesthesiologist why I was asleep.
[25] That's the only thing that I

Page 94

[2] recall that I asked.
[3] Q. Why you were asleep for the [4] surgery?
[5] A. Yes.
[6] Q. And what did the [7] anesthesiologist tell you?
[8] A. She did not respond. She left [9] the area.
[10] Q. From the time you woke up after [11] the surgery, until the time you left the [12] hospital, do you have any recollection [13] whatsoever of speaking to any doctors?
[14] A. The only recollection I have is [15] what I said only a few seconds ago.
[16] Q. What about the nurses?
[17] A. I do not recall.
[18] Q. When you left the hospital, [19] where did you go?
[20] A. I went – somebody picked me up [21] and took me home.
[22] Q. Were you given any discharge [23] instructions?
[24] A. Just – no, I do not recall [25] that.

Page 95

[2] Q. Do you recall if you were told [3] how to care for the injury?
[4] A. Told me to take – I do not [5] recall.
[6] The only thing I did – I do not [7] know – is that I had to take medication.
[8] Tylenol and stuff like that, [9] that's it.
[10] Q. Was this over-the-counter [11] Tylenol or prescription?
[12] A. Over-the-counter.
[13] Q. Other than over-the-counter [14] Tylenol, were you on any other medication [15] after your surgery?
[16] A. No.
[17] Q. What kind of symptoms did you [18] have in your wrist after the surgery, [19] immediately after the surgery?
[20] A. I do not recall.
[21] Q. Who is the first doctor you saw [22] post-operatively?
[23] A. I saw Dr. Goldstein, I think, in [24] his office after a few days.
[25] Q. What happened during the office

Page 96

[2] visit with Dr. Goldstein?
[3] A. I do not recall.
[4] Q. Were you wearing any bandages, [5] braces, casts, supports or anything like [6] that on your wrist?
[7] A. Yes.
[8] Q. What did you have on your wrist?
[9] A. I do not recall if it was a cast [10] or a bandage.
[11] Q. What did Dr. Goldstein tell you [12] during the first post-operative visit?
[13] A. He just told me to take time to [14] recuperate.
[15] Q. Did he tell you anything else?
[16] A. That is what I recall.
[17] Q. What symptoms were you having as [18] of the time you were seen by Dr. Goldstein [19] for your first post-operative visit?

[20] A. Pain in fingers 1, 2 and 3, I [21] believe.
[22] That is to the best of my [23] recollection.
[24] Q. What parts of fingers 1, 2 [25] and 3?

### Page 97

[2] A. I cannot – the front.
[3] Q. By the front, you mean the palm [4] side?
[5] A. Yes, the palm side.
[6] Q. Did it extend the full length of [7] the fingers or something else?
[8] A. I don't recall.
[9] Q. Other than pain on the palm side [10] of fingers 1, 2 and 3, did you have any [11] other symptoms?
[12] A. I had pain in my – what do you [13] call it – this area here?
[14] Q. The bicep area?
[15] MR. DINHOFER:  The big muscle [16] here?
[17] THE WITNESS:  Yes.
[18] Q. The bicep area?
[19] MR. DINHOFER:  That is what he [20] is indicating.
[21] A. Yes, the muscle on the top.
[22] Q. When was the first time that you [23] had pain in that area?
[24] A. The first time, I don't recall [25] exactly the first time, but when I went to

### Page 98

[2] his office, I think I told him about that.
[3] Q. Did you have that before the [4] surgery?
[5] A. No.
[6] Q. What did you say to [7] Dr. Goldstein about that pain, and what [8] did he say to you?
[9] A. I said I have some pain, and he [10] said you have some hematoma there, and [11] that's it.  And with time, it would go [12] away.
[13] Q. Pardon me?
[14] A. He told me with time it would go [15] away.
[16] Q. Did it go away?
[17] A. Yes.
[18] Q. How long did it take to go away?
[19] A. It took a long time.  I think it [20] took around – the pain in this area took [21] a year-and-a-half to go away, two years, [22] something like that.
[23] Q. And did you see anything unusual [24] about that area of your arm when you [25] looked at it?

### Page 99

[2] A. It was green.
[3] Q. Anything else?
[4] A. That's it.
[5] Q. How long did it look green?
[6] A. I really do not recall.
[7] Q. Who is the next doctor you saw?
[8] A. Dr. – I think Dr. Kaplan.
[9] Q. And who is Dr. Kaplan?
[10] A. He is an EMG specialist.
[11] Q. And where is Dr. Kaplan's [12] office?
[13] A. Einstein.
[14] Q. Did you have EMGs by Dr. Kaplan?
[15] A. To the best of my recollection, [16] yes.
[17] Q. Did Dr. Kaplan or anyone else [18] describe the results to you?
[19] A. He just – I think he just – [20] I'm not sure.  I really do not recall.
[21] I cannot be this specific when I [22] do not recall what he said to me.
[23] Q. What part of the body did the [24] EMG cover?
[25] A. My wrist.

### Page 100

[2] Q. One wrist or both wrists?
[3] A. Usually they do comparisons, so [4] they do both.
[5] Q. Bilaterally, both wrists?
[6] A. Yes.
[7] Q. And where was the EMG done?
[8] A. At Einstein.
[9] Q. Did anyone describe the results [10] of the study to you?
[11] A. As I said –
[12] MR. DINHOFER:  That was asked [13] and answered.
[14] Q. What did Dr. Goldstein tell you [15] about the EMG?
[16] A. He did not talk with me about [17] the EMG to my best recollection.
[18] Q. Did Dr. Kaplan talk to you about [19] the EMG?
[20] A. As I said before, I do not [21] recall the discussion about the EMG.
[22] Q. Do you remember anything about [23] this EMG?
[24] A. This specific one, no.
[25] Q. Had you ever had an EMG before?

### Page 101

[2] A. Not that I recall.
[3] Q. Who is the next doctor that you [4] saw?
[5] A. Dr. Spinner.
[6] Q. What kind of specialty does [7] Dr. Spinner have?
[8] A. Orthopedics and surgery.
[9] Q. At Einstein?
[10] A. Long Island.
[11] Q. Who referred you to Dr. Spinner?
[12] A. Dr. Kaplan.
[13] Q. Dr. Kaplan?
[14] A. Yes.
[15] Q. Did Dr. Kaplan tell you why he [16] was referring you to Dr. Spinner?
[17] A. He told me that I should see him [18] because he is a very good doctor.
[19] Q. When did you see Dr. Spinner?
[20] A. I do not recall.
[21] Q. Was it shortly after the EMGs, [22] or something else?
[23] A. I do not recall.
[24] Q. Did you have any discussions [25] with Dr. Spinner?

### Page 102

[2] A. He did an examination and told [3] me at the time that it would be okay.
[4] Q. What kind of examination did [5] Dr. Spinner do?
[6] A. Physical examination.
[7] Q. Do you recall what he did [8] specifically?
[9] A. No.  No, I do not recall.
[10] Q. As of the time that you were [11] seen by Dr. Spinner, what kind of symptoms [12] were you having?
[13] A. Same symptoms I had when I went [14] to Dr. Goldstein.
[15] Q. The same symptoms as before the [16] surgery, or the same symptoms as after the [17] surgery?
[18] A. After the surgery.
[19] Q. Was there any discussion with [20] Dr. Spinner about the EMG done by [21] Dr. Kaplan?
[22] A. No.
[23] Q. Did Dr. Spinner or anyone else [24] have any discussion with you about your [25] right wrist?

### Page 103

[2] Q. About my right wrist?
[3] A. Yes, or any part of your right [4] arm?
[5] A. Not that I recall.
[6] Q. Up until the time you saw [7] Dr. Spinner, had you been having any [8] symptoms on your right arm, I mean the [9] whole arm, wrist, hand?
[10] A. My right one?
[11] Q. Yes.
[12] A. As I said to you before, it is a [13] possibility, I do not recall exactly, but [14] I may have after my car accident.
[15] I had some pain, as I said [16] before. That's the only thing that I [17] recall that I had.
[18] Q. The symptoms that you mention [19] that you may have had on the right side [20] after your car accident, how long did that [21] continue?
[22] A. I do not recall, but I know that [23] after that I did not complain about this [24] for the last many, many years, for the [25] last few years, so I cannot tell you

### Page 104

[2] that.
[3] Q. When you say the last few years, [4] you mean from today back a few years, you [5] haven't complained about it?
[6] A. No.
[7] MR. DINHOFER:  That was a no?
[8] THE WITNESS:  For the pain from [9] the shoulder like that, no; I said no, the [10] only thing I complain now is pain in my [11] wrist that I have.
[12] MR. DINHOFER:  I don't know if [13] he understood the question.
[14] MR. BURFORD:  I will rephrase [15] it.
[16] Q. You mentioned earlier that you [17] may have had some symptoms in your right [18] arm.
[19] Now, when I say your arm, I mean [20] anywhere from your shoulder to the tips of [21] your fingers.
[22] A. Okay.
[23] Q. Following the motor vehicle [24] accident –
[25] A. Okay.

### Page 105

[2] Q. – whatever symptoms you had, [3] how long did they last from date of the [4] motor vehicle accident onward?
[5] A. I do not recall.
[6] Q. Now, you also mentioned that [7] whatever symptoms you had, you hadn't [8] complained about them for the last couple [9] of years.
[10] A. That's correct.
[11] Q. I see today that you are wearing [12] a brace or a bandage, or something on your [13] right wrist.
[14] A. Yes.
[15] Q. What symptoms do you still have [16] on the right side?
[17] A. I do not still have.  This is [18] something that is new.
[19] Q. Did you have a recent injury to [20] your right wrist?
[21] A. No, I develop carpal tunnel [22] syndrome.
[23] Q. On the right –
[24] A. Yes.
[25] Q. When did you develop that?

### Page 106

[2] A. The first symptoms that I recall [3] was around May of 1993.
[4] Q. We will get to that.

BSA                          GILADI v. STRAUCH    June 22, 1995    RONI GILADI                    . XMAX(12)

[5]  Did Dr. Spinner prescribe any [6] treatment for you?

[7]  A. Physical therapy.

[8]  Q. Where did you go for physical [9] therapy?

[10]  A. Some place in New Jersey. I do [11] not recall.

[12]  Q. Was it a doctor's office, rehab [13] center, or something else?

[14]  A. It was a woman.

[15]  Q. A private practitioner?

[16]  A. Yes.

[17]  Q. Who paid her bill?

[18]  A. 1199.

[19]  Q. How often did you see her?

[20]  A. I saw her for a short period of [21] time, and she told me that I can continue [22] the treatment at home. I do not need [23] her.

[24]  Q. What sort of treatment did you [25] do at home?

### Page 107

[2]  A. Hot baths and exercise.

[3]  Q. What kind of exercise?

[4]  A. Just move my hand up and – I do [5] not recall really.

[6]  Q. Who is the next doctor you saw [7] after your first visit to Dr. Spinner?

[8]  A. I saw Dr. Spinner after that.

[9]  I did not see any doctor for a [10] while, because I did not have any real [11] complaint of any sort with my hand.

[12]  Q. How long a period of time did [13] you go without a new complaint for your [14] left hand?

[15]  A. To my best recollection, I saw [16] Dr. Spinner the last time in '88, and [17] after that, the next doctor I recall I saw [18] was Dr. Strauch in February, I believe of [19] 1991.

[20]  Q. How many times did you see [21] Dr. Spinner?

[22]  A. I do not recall.

[23]  Q. Do you recall any other [24] discussions with Dr. Spinner about how [25] were you doing?

### Page 108

[2]  A. No.

[3]  Q. Do you recall any discussions [4] with Dr. Spinner about Dr. Kaplan's EMG at [5] any of the visits?

[6]  A. No.

[7]  Q. Did you ask Dr. Spinner any [8] questions about how you were doing?

[9]  A. The only thing that he said [10] before when I asked him what is the [11] prognosis here, "You will be okay in the [12] future." [13] That's the only thing that I [14] recall.

[15]  Q. Other than physical therapy, did [16] he prescribe any other treatment during [17] any of these visits?

[18]  A. Not that I recall.

[19]  Q. Who paid for Dr. Spinner's bill?

[20]  A. 1199.

[21]  Q. As of the last time you saw [22] Dr. Spinner, what sort of symptoms were [23] you having?

[24]  A. Just follow-up.

[25]  Q. What sort of symptoms were you

### Page 109

[2] having as of your last visit with [3] Dr. Spinner?

[4]  A. I do not recall.

[5]  Q. How long a period of time were [6] you out of work?

[7]  A. I do not understand the [8] question.

[9]  Q. You had an injury in September [10] of '87?

[11]  A. Yes.

[12]  Q. Did you miss any work as a [13] result of that injury?

[14]  A. To the best of my knowledge, [15] no.

[16]  Q. Following your operation in [17] September of '87, did you have any [18] difficulties doing your job?

[19]  A. In the beginning I did, because [20] my hand was with a cast – with a cast or [21] a bandage, or something like that, and [22] obviously I had some pain.

[23] So I had some difficulties for [24] the first year or so.

[25]  I don't really recall the

### Page 110

[2] timing.

[3]  Q. Did your job duties change at [4] all during that year?

[5]  A. No.

[6]  Q. Did you have any assistants [7] helping you during that year?

[8]  A. No. Put it this way, the [9] problem was not so severe that I need to [10] have any help.

[11]  Q. What sort of problems were you [12] having during that first year?

[13]  A. I do not recall, as I said [14] before.

[15]  Q. You mentioned that you had pain.

[16]  Where did you have the pain [17] during the first year?

[18]  A. My wrist.

[19]  Q. Is that your left wrist?

[20]  A. Yes.

[21]  Q. Anywhere else?

[22]  A. And my muscles.

[23]  Q. On the bicep?

[24]  A. Yes, on the bicep.

[25]  Q. Any other symptoms at all in

### Page 111

[2] your left upper extremity?

[3]  A. Not that I recall.

[4]  Q. Were you having any difficulty [5] moving your fingers or your hand?

[6]  A. Maybe after surgery, but I do [7] not recall.

[8]  Q. How long after surgery?

[9]  A. I do not recall.

[10]  Q. Any difficulties with sensation [11] in your hand, in your wrist, your hand, [12] your fingers?

[13]  A. Only fingers 1, 2 and 3.

[14]  Q. What difficulties did you have [15] with sensation with fingers 1, 2 and 3?

[16]  A. It was very light.

[17]  Q. When you say very light, what do [18] you mean?

[19]  A. I mean I can feel it, but I [20] could tell that it's not as good as if you [21] touch me in other places.

[22]  MR. DINHOFER: You mean like [23] dull, it  wasn't as sharp when you were [24] touched?

[25]  THE WITNESS: Right, but I could

### Page 112

[2] tell what an object is and I could handle [3] the stuff.

[4]  Q. Did you talk to any doctors [5] about the difficulty with sensation?

[6]  A. Dr. Strauch in 1991.

[7]  Q. Prior to Dr. Strauch, did you [8] talk to any doctors?

[9]  A. I think I spoke to [10] Dr. Goldstein, I think, I'm not sure, and I [11] think Dr. Spinner.

[12]  Q. What did Dr. Goldstein tell you?

[13]  A. With time, it will be fine.

[14]  Q. What about Dr. Spinner?

[15]  A. The same.

[16]  Q. Did they tell you how long it [17] would take?

[18]  A. No. Not that I remember, no. I [19] don't remember that.

[20]  Q. From the last time that you saw [21] Dr. Spinner, up until the first time you [22] saw Dr. Strauch, did the sensation problem [23] in your hand or your wrist change at all?

[24]  A. I had improvement. I did not [25] complain.

### Page 113

[2]  Q. How would you describe the [3] improvement?

[4]  A. I could do my job more easily.

[5]  Q. Did the sensation problem that [6] you were having interfere with doing your [7] job?

[8]  A. I do not understand the [9] question.

[10]  Q. Okay. If I understood you [11] correctly, you had two different problems, [12] one, there was some pain, and two, there [13] was some diminished sensation [14] post-operatively.

[15]  What I'm asking is, did the [16] diminished sensation make your job any [17] more difficult?

[18]  A. I did all of my jobs and all of [19] my requirements, and I did not – I did [20] not – put it this way – let me just [21] think about it.

[22]  Q. Sure.

[23]  A. The sensation did not affect my [24] job fully.

[25]  It took me a little bit longer

### Page 114

[2] to do my job, a few minutes longer, and [3] that was all.

[4]  Q. Are you right-handed or [5] left-handed?

[6]  A. I work with both hands.

[7]  Q. Ambidextrous?

[8]  A. On my job, yes.

[9]  Q. What about other than your job?

[10]  A. It depends. Sometimes I use my [11] left, and sometimes I use my right.

[12]  Q. In what circumstances would you [13] use your right hand?

[14]  A. When I write.

[15]  Q. Writing?

[16]  A. Yes.

[17]  Q. Anything else?

[18]  A. This is the only thing that I [19] can say, that I only do with my right [20] hand.

[21]  Q. Is there anything else that you [22] do only with your right hand?

[23]  A. Operating a video camera, doing [24] everything. Working or playing on the [25] guitar.

### Page 115

[2]  Q. You play the guitar?

[3]  A. I used to.

[4]  Q. When did you used to play [5] guitar?

[6]  A. 1973.

[7]  Q. When did you give up playing [8] guitar?

[9]  A. After 1991.

[10]  Q. When you say after '91, was [11] there an event –

[12]  A. What?

[13]  Q. Why in 1991 did you give up [14] guitar?

[15]  A. I couldn't use my hands any [16] more.

[17]  Q. When in 1991 did that happen?

[18]  A. Put it this way specifically, [19] the beginning of 1992.

[20]  Q. Beginning of 1992?

[21]  A. Yes, after I had the cast [22] removed

from my hand and I tried it and I [23] couldn't do it.

[24] Q. After your surgery?

[25] A. Yes.

Page 116

[2] Q. Other than the fact that it took [3] a few minutes longer, did the diminished [4] sensation cause you any difficulty on the [5] job?

[6] A. Put it this way, every time when [7] you have some problem, you will not do the [8] thing the same way you do it without the [9] problem.

[10] So I cannot give you specific [11] detail what happened. I do not recall. [12] It was a long time ago.

[13] Q. Were you able to adjust your job [14] duties for the sensation so that you could [15] still do them?

[16] A. As I said before, the problem [17] was not severe enough to cause me –

[18] Q. Any problems on the job?

[19] A. Yes – to ask for help.

[20] Q. You also complained of having [21] pain in your hand.

[22] Did that impair your job in any [23] way?

[24] A. The pain was being controlled by [25] over-the-counter medication.

Page 117

[2] Q. And that over-the-counter [3] medication was Tylenol?

[4] A. Yes.

[5] Q. How much Tylenol did you take?

[6] A. I do not recall.

[7] Q. How often did you take it?

[8] A. I do not recall.

[9] Q. What brought you to see [10] Dr. Strauch for the first time?

[11] MR. DINHOFER: It's almost [12] 12:30, are we going to break for lunch?

[13] MR. BURFORD: Whatever you would [14] like.

[15] (Luncheon taken at 12:25 p.m.)

[17] * * *

Page 118

[2] A F T E R N O O N S E S S I O N

[3] 1:10 p.m., R O N I G I L A D I, resumed.

[5] MR. BURFORD: Read back my last [6] question.

[7] (Read back.)

[8] CONTINUED EXAMINATION

[9] BY MR. BURFORD:

[10] Q. What brought you to see [11] Dr. Strauch for the first time?

[12] A. After prolonged working, I had [13] pain in my fingers 1, 2 and 3, in my left [14] hand.

[15] Q. When you say prolonged working, [16] how long are we talking about?

[17] A. Five or six hours.

[18] Q. What sort of work are you [19] referring to?

[20] A. The same work that I used to do [21] all of the time.

[22] Q. What is that?

[23] A. Video production.

[24] Q. With respect to your hands, what [25] specifically did you do with your hands in

Page 119

[2] video production?

[3] A. Operating the equipment.

[4] Q. What sort of equipment were you [5] operating?

[6] A. Editing, camera, running wires, [7] setting up equipment, lifting, moving [8] stuff, everything.

[9] Q. Before five to six hours were [10] you

having any problems with your hands?

[11] A. I started with no complaint, and [12] through the day it increased, the pain, on [13] account of the work that I did.

[14] Q. Was there a particular type of [15] work that you did that seemed to bring the [16] pain on quicker?

[17] A. I do not recall.

[18] Q. Did the pain in your hands [19] seemed to be affected by weather at all?

[20] A. Maybe, I do not recall.

[21] Q. Was there anything you did or [22] didn't do, other than work, that in your [23] mind seemed to affect whether you had pain [24] in your hands?

[25] A. I woke up with numbness in the

Page 120

[2] fingers.

[3] Q. Is it the numbness in your [4] fingers that woke you up?

[5] A. No, when I was waking up, I feel [6] that I have numbness in my fingers.

[7] Q. So if something else woke you [8] up, you would notice it?

[9] A. Yes.

[10] Again, I did not understand the [11] question I'm sorry.

[12] Q. If I understood you correctly, [13] you referred to waking up in the night [14] with numbness in your fingers.

[15] So my question is, what is it [16] that woke you up in the night when you [17] noticed the numbness in your fingers?

[18] A. I had to go to the bathroom.

[19] MR. DINHOFER: Things other than [20] the numbness itself is what he wants to be [21] clear about.

[22] MR. BURFORD: Right.

[23] Q. How long had you been [24] experiencing numbness in your fingers?

[25] A. I cannot give you a specific

Page 121

[2] time.

[3] Q. Did you experience it at all [4] before the accident with the knife?

[5] A. No.

[6] Q. Did you experience it constantly [7] since the accident with the knife, up [8] until the time you saw Dr. Strauch?

[9] A. This kind of pain is different [10] than what I had after the injury.

[11] Q. Sometime between the injury with [12] the knife and seeing Dr. Strauch, the pain [13] in your hand changed?

[14] A. I don't understand the question.

[15] Q. From the time of the injury with [16] the knife until the first time you saw [17] Dr. Strauch, did the pain in your hand [18] change at all?

[19] A. Seeing Dr. Strauch was in my [20] opinion for a different kind of complaint [21] than I had before.

[22] Q. What new complaint, or what [23] different complaint did you have?

[24] A. As I said, after prolonged [25] working, I had numbness in the fingers 1,

Page 122

[2] 2 and 3.

[3] Q. From the time of the accident [4] with the knife, or the injury with the [5] knife, up until the time you saw [6] Dr. Strauch, were you experiencing pain in [7] your hand or wrist?

[8] A. As I said, after surgery I had [9] pain in my wrist and in my upper hand area [10] of the muscles at the top of my hand.

[11] It disappeared after a while.

[12] Q. The part by your bicep?

[13] A. Yes, and I had still some pain [14] with my wrist, but that disappeared, too.

[15] And I did not see any doctor as [16] I said before for a while.

[17] Q. When was your hand and your [18] wrist symptom free?

[19] A. How can I tell you? When you [20] talk symptom free –

[21] Q. In other words, no pain, no [22] numbness, no problems?

[23] A. I cannot tell you that I never [24] had pain, because you work over there and [25] you get tired.

Page 123

[2] So here I did not have anything.

[3] Q. I'm not asking about your bicep, [4] I'm talking about your wrist or hand?

[5] A. As I said, for a while, for [6] almost a year, something like that, I did [7] not complain about my wrist a year or so.

[8] I did not complain about my [9] wrist or anything else.

[10] Q. When you said you didn't [11] complain, is that because you didn't have [12] any complaints or that you did not bring [13] them to anybody's attention?

[14] A. I did not feel that I have a [15] problem that I should discuss with [16] Dr. Strauch.

[17] Q. Do you remember what year that [18] was, or for what period of time that was?

[19] A. As I said, a year or so before I [20] saw Dr. Strauch.

[21] Q. The year or so immediately [22] preceding Dr. Strauch?

[23] A. I'm going back from Dr. Strauch, [24] back more than a year.

[25] I said a year or so, so more

Page 124

[2] than a year.

[3] I said it five times.

[4] MR. DINHOFER: You have given [5] your best estimate, that's all.

[6] Q. When did you start having [7] problems with your hand after working five [8] or six hours?

[9] A. I cannot recall.

[10] Q. When you saw Dr. Strauch, did [11] you have any other complaints other than [12] the difficulty you mentioned after working [13] five or six hours?

[14] A. I told him that I have weakness, [15] which he told me later on that I do not [16] have weakness, and the weakness is because [17] I have pain and I cannot function with my [18] hand.

[19] Q. Other than pain causing [20] weakness, did you have any other problems [21] that brought you to Dr. Strauch?

[22] A. I said I have numbness when I [23] wake up.

[24] Q. Okay, numbness. Who referred [25] you to Dr. Strauch?

Page 125

[2] A. One of the doctors that I was [3] working with.

[4] Q. When you say one of the doctors [5] you were working with, in a video sense?

[6] A. Yes.

[7] Q. What happened the first time you [8] saw Dr. Strauch?

[9] A. He told me to have an EMG.

[10] Q. Did he examine you?

[11] A. Yes.

[12] Q. What did his examination consist [13]

of?

[14] A. My fingers, my wrist.

[15] Q. Your fingers and your wrist?

[16] A. All the area of the hands here.

[17] Q. The wrist and hand?

[18] A. Yes.

[19] Q. How did he examine your wrist?

[20] A. He made some movement of my [21] hand, I think up and down, and I think it [22] was, to my recollection, he was [23] trying to find strength, if I have [24] strength or not and sensation.

[25] Q. Now, when you say he moved your

Page 126

[2] hand up and down, you mean bending your [3] wrist?

[4] A. Yes.

[5] Q. So that the hand is going up and [6] down?

[7] A. At that time, correct.

[8] Q. Did you notice anything [9] different about your hand or your wrist [10] when it was being bent up or down?

[11] A. Not really.

[12] Q. When you say not really, did you [13] notice anything different at all?

[14] A. I do not recall.

[15] Q. How did he examine your fingers?

[16] A. I really don't recall.

[17] Q. Did he use any equipment during [18] this examination?

[19] A. I do not recall.

[20] Q. Other than moving your wrist up [21] and down, do you recall if he moved any [22] other part of your body at all?

[23] A. To my best recollection, no.

[24] Q. Did he tell you why he was [25] referring you for an EMG?

Page 127

[2] A. He told me that he believed that [3] I developed carpal tunnel syndrome in my [4] wrist.

[5] Q. Did he tell you what carpal [6] tunnel syndrome was?

[7] A. No.

[8] Q. Had you ever heard the term [9] before?

[10] A. I work in a hospital, so I did [11] hear about it.

[12] Q. Other than hearing it generally [13] in the hospital, had you ever heard the [14] words carpal tunnel syndrome with respect [15] to yourself?

[16] A. I had one conversation with [17] Dr. Kaplan one time, that he told me the [18] same thing.

[19] Q. Dr. Kaplan?

[20] A. Yes.

[21] Q. Which wrist did Dr. Kaplan say [22] that you had carpal tunnel syndrome in?

[23] A. He told me both.

[24] Q. Both wrists?

[25] A. Yes.

Page 128

[2] Q. Did Dr. Kaplan tell you what had [3] caused the carpal tunnel syndrome?

[4] A. He did not say what, no.

[5] Q. Before you saw Dr. Strauch, did [6] you have an understanding of what carpal [7] tunnel syndrome was?

[8] A. No.

[9] Q. Did you have any understanding [10] of what it was?

[11] A. The only thing I know, it's [12] something that you wake up in the morning [13] and you have numbness.

[14] That's one of the signs [15] of carpal tunnel syndrome.

[16] Q. Are there any other signs of [17] carpal tunnel syndrome that you are aware [18] of?

[19] A. At the time, no.

[20] Q. Before you saw Dr. Strauch, had [21] you done any research into carpal tunnel [22] syndrome, read any articles or books or [23] things like that?

[24] A. No.

[25] Q. Had you asked any of the people,

Page 129

[2] any of the doctors at the hospital what [3] carpal tunnel syndrome was, other than [4] Dr. Kaplan?

[5] A. I was not so concerned because I [6] did not have something that really made me [7] very concerned, I did not have real [8] symptoms of the carpal tunnel disease.

[9] I woke up once or twice or three [10] times through a period of time that I had [11] numbness.

[12] In that period of time, I [13] believed that I was sleeping incorrectly.

[14] Q. You only had numbness two to [15] three times before you saw Dr. Strauch?

[16] A. I just gave you an example. I [17] said every time I wake up and I had the [18] numbness, I believed that I slept [19] incorrectly that caused the numbness.

[20] Q. Did you wake up every morning [21] with some form of numbness?

[22] A. What?

[23] Q. Did you have this every time you [24] woke up?

[25] A. I said it happened to me only a

Page 130

[2] few times. I cannot tell you exactly how [3] many times.

[4] Q. Do you recall the sum and [5] substance of any discussions that you had [6] with Dr. Strauch during this first visit?

[7] A. The only discussion that I had [8] with him, that he is going to send me for [9] an EMG.

[10] Q. What does Dr. Strauch look like?

[11] A. Look like?

[12] Q. Yes, what does he look like?

[13] A. I didn't see him for a long [14] time.

[15] He is tall, like 5'11", 5'10", [16] my height, almost.

[17] I believe he doesn't have full [18] hair.

[19] Built very full, he is a full [20] person. He is not skinny.

[21] That's it.

[22] Q. How long were you with [23] Dr. Strauch during the first visit?

[24] A. I do not recall. No, I do not [25] recall.

Page 131

[2] Q. Did anyone accompany you to [3] Dr. Strauch's office the first time?

[4] A. I was by myself with him, to my [5] best recollection.

[6] Q. Was anyone in the room with you [7] during any discussions with Dr. Strauch, [8] other than yourself and Dr. Strauch?

[9] MR. DINHOFER: On the first [10] visit?

[11] A. In other words, on the first [12] visit, who was present in the office [13] besides yourself and Dr. Strauch?

[14] A. As I said, to my best [15] recollection only Dr. Strauch and myself [16] was in the room.

[17] Q. Did you go for the EMG?

[18] A. Yes, I did.

[19] Q. Who did you see for the EMG?

[20] A. Dr. Burke.

[21] Q. B-u-r-k-e?

[22] A. Yes, I believe so.

[23] It's Dr. Strauch's friend.

[24] Q. This was an Einstein?

[25] A. Montefiore.

Page 132

[2] Q. And when did you go for the EMG [3] with Dr. Burke?

[4] A. I think the first week or the [5] second week of March of 1991.

[6] Q. Did you have any discussions [7] with Dr. Burke before the EMG was done?

[8] A. He just told me about the EMG, [9] how he is going to do the EMG test.

[10] Q. What did he tell you?

[11] A. It's going to be needles and [12] some electric shock.

[13] Q. Did he tell you where the [14] needles would be?

[15] A. In my hand.

[16] Q. Any other discussion with [17] Dr. Burke before the test was done?

[18] A. About payment.

[19] Q. What did he say about payment?

[20] A. He is going to accept insurance.

[21] Q. They do not accept insurance.

[22] A. He is going to accept insurance.

[23] Q. Accept the insurance?

[24] A. Yes.

[25] Q. Is that the 1199 insurance?

Page 133

[2] A. Yes.

[3] Q. Any discussions with Dr. Burke [4] during the test?

[5] A. No, Dr. Burke did not do the [6] test.

[7] Q. Who did the test?

[8] A. His assistant.

[9] Q. Any discussions with his [10] assistant during the test?

[11] A. I do not recall.

[12] Q. Did Dr. Burke or his assistant [13] tell you the results of the test?

[14] A. Dr. Strauch told me the [15] results.

[16] Q. Did Dr. Burke have any [17] discussion with you about the results?

[18] A. To my best recollection, after [19] the examination I did not have any [20] discussion with him.

[21] Q. When did you see Dr. Strauch for [22] the first time after the EMG?

[23] A. I do not recall, but sometime I [24] think in – I do not recall.

[25] Q. This would be your second visit

Page 134

[2] with Dr. Strauch, right?

[3] A. Yes, I believe so.

[4] Q. In between the first and second [5] visits with Dr. Strauch, did you have any [6] contact with him?

[7] A. He told me that there is nothing [8] he can do until he finds out what the [9] results were.

[10] Q. But did you have any contact [11] with him in between the first and second [12] visit?

[13] A. I really do not recall.

[14] Q. What happened during the second [15] visit?

[16] A. He told me that I have bilateral [17] carpal tunnel and bilateral ulnar nerve [18] entrapment.

[19] Q. Did he tell you anything else [20] about your condition?

[21] A. No, he told me he would like to [22] do some testing to see if there is relief [23] of the carpal tunnel syndrome.

[24] And I believe, I do not know if [25] it was the same visit or the visit after

### Page 135

[2] that, he gave me injection in my wrist.

[3]  Q. During this second visit with Dr. [4] Strauch, did he tell you what carpal [5] tunnel syndrome was?

[6]  A. He told me that this is a common [7] problem, is the only thing he told me.

[8]  Q. Did he tell you what had caused [9] the carpal tunnel?

[10]  A. No.

[11]  Q. Did you ask him what caused it?

[12]  A. I do not remember.

[13]  Q. In between the first –

[14]  A. I'm sorry, correction, I did ask [15] him I believe, if this is caused from my [16] job, and he did not respond.

[17]  He did not say anything about [18] that.

[19]  Q. In between the first and second [20] visit with Dr. Strauch, did the symptoms [21] in your hand hand change at all?

[22]  A. No.

[23]  Q. What about your left wrist?

[24]  Q. Left wrist?

[25]  A. Yes, did it change at all

### Page 136

[2] between the first and second visit?

[3]  A. No.

[4]  Q. Were you still having any [5] problems on the right?

[6]  A. No.

[7]  Q. Did you ask Dr. Strauch why the [8] carpal tunnel was bilateral?

[9]  A. As I said, I asked him if it [10] relates to my job, the kind of work I do, [11] and he did not respond.

[12]  Q. Did you ask him how come you [13] have it on the right-hand side?

[14]  A. He did not respond to my [15] questions.

[16]  Q. Other than that question and [17] answer?

[18]  A. I saw that he is not responding, [19] so I find out myself it's nothing to ask.

[20]  Q. What did you find out yourself?

[21]  A. I didn't do an investigation [22] because I trust him as my doctor.

[23]  If he doesn't respond, I believe [24] there is nothing to worry, so I did not [25] ask.

### Page 137

[2]  Q. What sort of symptoms were you [3] having on the right-hand side?

[4]  A. Nothing.

[5]  Q. No problems with your hands or [6] wrist, your right arm at all?

[7]  A. No, I was not having pain or [8] anything on my right.

[9]  So he found that EMG was –

[10]  Q. He what an EMG?

[11]  A. He find the results, carpal [12] tunnel, on the EMG, but I did not have any [13] symptoms of the problem.

[14]  Q. Any other discussions that you [15] can recall with Dr. Strauch during the [16] second visit?

[17]  A. As I said, he would like to do [18] some release, and if the relief will be [19] positive, I need to go for carpal tunnel [20] syndrome surgery.

[21]  Q. Any other discussions with [22] Dr. Strauch during that visit?

[23]  A. That's what I recall.

[24]  Q. Did anyone accompany you to [25] Dr. Strauch's office at that time?

### Page 138

[2]  A. Not that I remember.

[3]  Q. Was anyone present for any [4] discussion between you and Dr. Strauch at [5] that time?

[6]  A. As I said, most of my visits [7] with Dr. Strauch I was with him alone in a [8] room.

[9]  Q. Other than yourself, do you know [10] if anyone else had any discussions with [11] any of your doctors so far on your behalf?

[12]  A. Joel Engle – E-n-g-l-e.

[13]  MR. DINHOFER:  That's not the [14] question he is asking.

[15]  Repeat the question, please.

[16]  Q. Up until this time, up through [17] your second visit with Dr. Strauch, are [18] you aware of anyone else having any [19] discussions with any of your doctors on [20] your behalf?

[21]  A. I was not aware.  I didn't know.

[22]  Q. Who is the next doctor that you [23] saw?

[24]  A. I did not see anybody except [25] Dr. Strauch for this period of time.

### Page 139

[2]  To my best recollection, I do [3] not remember seeing any other doctors.

[4]  Q. Did you have another office [5] visit with Dr. Strauch?

[6]  A. Yes.

[7]  Q. This would be your third visit?

[8]  A. Yes.

[9]  Q. What happened during the third [10] visit?

[11]  A. As I said before, I do not [12] remember the second visit or the third [13] visit.

[14]  He gave me steroid injections in [15] my wrist.

[16]  Q. Which wrist is that?

[17]  A. The left wrist.

[18]  Q. What did Dr. Strauch tell you [19] about the steroid injections?

[20]  A. He told me if the injection will [21] result in positive, so I have to go for a [22] carpal tunnel release.

[23]  Q. When you say if it was positive, [24] in other words, if the injection helped?

[25]  A. Yes.

### Page 140

[2]  Q. Where in your wrist did he do [3] the injection?

[4]  A. In the area of the carpal [5] tunnel.

[6]  Q. Which is where?

[7]  A. The area of the carpal tunnel.

[8]  Q. So it's the palm side of your [9] wrist?

[10]  A. Yes.

[11]  Q. About how far down from –

[12]  A. I do not recall.

[13]  I did not look at him when he is [14] doing this.

[15]  Q. Did anyone accompany you to [16] Dr. Strauch's office for this visit?

[17]  A. I think to my best recollection [18] the nurse came to help and to do the [19] injection.

[20]  That's the only thing that I [21] recall, but not for the conversation.

[22]  Q. So there was no one else present [23] for any other part?

[24]  A. No.

[25]  Q. Did you have any discussions

### Page 141

[2] with Dr. Strauch about what the steroid [3] injections were going to do?

[4]  A. I asked him for what purpose he [5] has the injection.

[6]  He told me to see if I got [7] relief, and if

yes, and if it's positive, [8] I have to go for surgery.

[9]  Q. And how long did he tell you to [10] wait to see if there was relief?

[11]  A. He made an appointment for the [12] next visit.  He told me how I feel.

[13]  Q. Do you remember any other [14] conversations with Dr. Strauch during this [15] third visit other than what you just told [16] me?

[17]  A. No.

[18]  Q. Was there any change in your [19] symptoms on the left between the second [20] and third visit?

[21]  A. I do not think so.

[22]  Q. Were you having any problems on [23] the right between the second and third [24] visit?

[25]  A. I did not have any problem on my

### Page 142

[2] right.

[3]  Q. Who is the next doctor that you [4] saw?

[5]  A. I'm still seeing Dr. Strauch.

[6]  Q. This would be your fourth visit [7] with Dr. Strauch?

[8]  A. Yes.

[9]  Q. What occurred during your fourth [10] visit?

[11]  A. He asked me about the results [12] and what I felt.

[13]  Q. What did you tell him?

[14]  A. That I got some relief.

[15]  Q. How did you describe the relief [16] to him?

[17]  A. I told him that I can work [18] without the pain occurring.

[19]  Q. Did you experience pain at all [20] during work?

[21]  A. Yes, but not the way with the [22] relief. I said I had some relief from the [23] pain.

[24]  Q. How would you describe the [25] amount of relief that you had?

### Page 143

[2]  A. I can't – I do not understand [3] the question.

[4]  Q. If you were going to describe [5] how much relief you had from the [6] injection, how would you describe it?

[7]  A. That I can work for another hour [8] or two – or another hour or hour and a [9] half without the pain.

[10]  I cannot really estimate a [11] specific description.

[12]  Q. After that hour to an hour and a [13] half, would the pain be the same as it was [14] before?

[15]  A. No, it was minor.

[16]  Q. So that even after the hour and [17] a half, the pain was less?

[18]  A. Yes, that's why he decided I [19] should go for surgery.

[20]  Q. When the pain did come, was it [21] at a different location?

[22]  A. No.

[23]  Q. How did it feel differently when [24] the pain would arrive?

[25]  A. It was minor.

### Page 144

[2]  Q. Other than being minor –

[3]  A. The same thing.

[4]  Q. When the pain arrived after an [5] hour and a half or so –

[6]  A. I don't say after an hour and a [7] half.

[8]  Q. After an hour and a half longer [9] than before; is that correct?

[10] A. Yes.
[11] Q. When the pain arrived at that [12] point, did it interfere with your work at [13] all?
[14] A. As I said, I always did my work.
[15] The quality of my work was never [16] changed.
[17] Q. The what of your work?
[18] A. The quality of my work was never [19] changed until 1992, just as I said before.
[20] It took a little bit longer and [21] I had to take a little bit more breaks or [22] something like that.
[23] After the injection, for a small [24] period of time – even if I would like to [25] remember, I cannot remember between the

### Page 145

[2] time and visiting him.
[3] It was such a short period of [4] time, I really cannot give you the full [5] information.
[6] Q. After the injections, but before [7] the surgery, what kind of difficulty, if [8] any, did you have doing your job?
[9] A. I had to rest.
[10] Q. How often did you have to rest?
[11] A. To get the pain a little bit [12] relieved.
[13] Q. How long would that take?
[14] A. It depends.  Depends on the kind [15] of work that I do.
[16] Q. Why don't you give me examples [17] of the sort of work you do and how long [18] you have to rest before the pain would go [19] away?
[20] A. If I did editing, a few [21] minutes.  Some very small period of time.
[22] If I did heavy lifting or things [23] like that, it took longer.
[24] Q. When you say longer, are you [25] able to estimate how long it took?

### Page 146

[2] A. I never looked at the o'clock.  [3] I can't tell you how long it took.
[4] Q. What about just working with the [5] camera?
[6] A. With the camera?
[7] Q. Yes.
[8] A. Well, most of my work really was [9] setting up equipment and stuff like that.
[10] The camera I had, but when you [11] work with two cameras, you would [12] alternately work with two hands, so I [13] could operate with my right when my left [14] was resting.
[15] So that was different.
[16] Q. Was there any other discussion [17] with Dr. Strauch during the fourth visit, [18] other than what you just told me?
[19] A. That I have to go to surgery.
[20] Q. Did he describe the surgery to [21] you?
[22] A. He told me that I need to go for [23] surgery on my wrist to have carpal tunnel [24] syndrome release.
[25] Q. And this is your left wrist?

### Page 147

[2] A. Yes.
[3] Q. Through the time of your fourth [4] visit with Dr. Strauch, were you having [5] any problems on the right?
[6] A. No.
[7] Q. Did he describe how the surgery [8] would be performed?
[9] A. The only thing he told me, and [10] we had at that time, we had some – again, [11] you told me fourth visit, second visit, [12] third visit, I can't tell you if it's the [13] fourth, the second, the fifth or the [14] third.
[15] I can tell you what happened [16] through

the visits with him.
[17] If you tell me third visit, it [18] can be the fourth or the fifth.
[19] I can't tell you exactly what [20] visit what happened.
[21] Q. Okay.  During the visit where [22] you discussed the relief that you had from [23] the injection, and Dr. Strauch advised [24] that you needed surgery, did he describe [25] the surgery to you?

### Page 148

[2] A. At that time, he told me that [3] due to the fact that – no sorry.
[4] He told me that I have to think [5] about if I want to go for surgery or not.
[6] If I will think positively, I [7] should inform him.
[8] Q. Did he describe the surgery to [9] you?
[10] A. Not at that time, he did not [11] describe anything to me.
[12] Q. Did he describe any alternatives [13] to surgery for you?
[14] A. No.
[15] Q. Did you ask him any questions?
[16] A. I asked him is this the only [17] thing that you have to do, and he said [18] yes.
[19] Q. Did he describe any risks of the [20] operation to you?
[21] A. At this specific time, he told [22] me you have to think about it first.
[23] He did not say anything yet.
[24] I had to leave his office and [25] come back to him with a decision if I'm

### Page 149

[2] going for surgery or not.
[3] Q. Was there any other discussion [4] during this office visit, other than what [5] you have already told me?
[6] A. I do not recall.
[7] As I said before, what happened [8] on each visit I cannot recall.
[9] I'm telling you the overall [10] picture.
[11] Q. I just want to make sure that I [12] haven't missed any discussions so far.
[13] A. As I said before, you pointing [14] me to specific visits, and I cannot tell [15] you guaranteed which visit happened what.
[16] I know that we had talked here [17] and talked there, through the period of [18] time from the first time I saw him up [19] until the time I had surgery.
[20] What happened through each [21] visit, I cannot tell you exactly what [22] happened in each one of them.
[23] Q. Okay.  Did he describe the [24] benefits of surgery to you?
[25] A. When I went to surgery, the only

### Page 150

[2] thing I knew, that the surgery is very [3] simple and in three weeks he will remove [4] the cast and I can function without any [5] problem.
[6] Q. Is that what Dr. Strauch told [7] you, or was that your own understanding?
[8] A. No, this is what he told me [9] because I asked him twice – I'm sorry – [10] I asked him if the surgery will relieve [11] it, and he said, "Yes, in three weeks you [12] will be functioning with to problem." [13] That's the only thing he said to [14] me, and with this understanding I agreed [15] to the surgery.
[16] That is what I can remember.
[17] Q. Did you have another visit with [18] him before the operation took place?
[19] A. Yes.
[20] Q. And where was that, in his [21] office?

[22] A. Yes.
[23] Just to make a statement here, I [24] do not recall when he told me about the [25] ulnar nerve surgery.

### Page 151

[2] He also mentioned to me that [3] when he is going already to do the surgery [4] on my wrist, he would like to do the [5] surgery on my elbow.
[6] Q. Had you been having trouble with [7] your elbow?
[8] A. No.
[9] Q. Did you ask Dr. Strauch why he [10] wanted to operate on your elbow?
[11] A. He told me, you already are [12] going for surgery, and to prevent future [13] problem, you should do the surgery now.
[14] Q. As far as you knew, had the EMG [15] revealed any problems on your elbow?
[16] A. Because of the EMG and the ulnar [17] nerve, he told me he would like to do [18] that, the entrapment of the nerve.
[19] Q. That is entrapment of the ulnar [20] nerve?
[21] A. Yes.
[22] Q. Did you have any other [23] discussions with Dr. Strauch before the [24] surgery took place?
[25] A. Yes, I refused to go for the

### Page 152

[2] anesthesia.
[3] Q. And why was that?
[4] A. Why?
[5] Q. Yes.
[6] A. Because I wanted to have it [7] local.
[8] Q. Why did you prefer local?
[9] A. Because from my experience with [10] the first one.
[11] Q. What experience did you have [12] with the first one?
[13] A. Vomiting and feeling [14] uncomfortable for a few hours.
[15] Q. What did Dr. Strauch say?
[16] A. He told me that due to the fact [17] that the surgery was too long, I'm not [18] going to be able to handle local [19] anesthesia, and I should go for general.
[20] Q. Was there any other discussion [21] about anesthesia?
[22] A. He just told me who is going to [23] do the anesthesia.
[24] Q. Did you have general anesthesia?
[25] A. Yes.

### Page 153

[2] Q. Before having the surgery done [3] by Dr. Strauch, did you have any [4] understanding of the risks of the surgery [5] in general?
[6] A. As I said, if I knew what I know [7] today, I would not go for the surgery.
[8] Q. What do you know today about [9] surgery in general?
[10] I'm asking not this specific [11] surgery, just surgery in general?
[12] A. What I know today?
[13] Q. Yes.
[14] A. I feel it.
[15] Q. What do you feel today?
[16] A. Pain.
[17] Q. I don't think you understood my [18] question.
[19] A. I don't think so either.
[20] Q. Before you had the surgery done [21] by Dr. Strauch, did you have any [22] understanding whatsoever in general terms [23] of surgery being risky?
[24] A. The only thing I knew from what [25] he

told me, that this surgery is

Page 154

[2] pain-free, and I will be fine after three [3] weeks, and I can operate with no problem.

[4] Q. I'm not talking about this [5] surgery specifically.

[6] I'm talking about your general [7] knowledge.

[8] A. I do not –

[9] Q. Was it your understanding prior [10] to Dr. Strauch's surgery, that surgery in [11] general was risk-free?

[12] A. Depends – again, each surgery [13] is different surgery.

[14] In my case, I had hand surgery. [15] This is why I asked my doctor the question [16] that I asked, and he gave me the answer he [17] gave me.

[18] So I go and trust my doctor, and [19] I went with the belief to believe him.

[20] And the way he told me, that's [21] why I went for the surgery.

[22] Q. I am talking about surgery in [23] general.

[24] A. I said each surgery has their [25] own problems.

Page 155

[2] Q. What problems were you aware of [3] in any type of surgery before [4] Dr. Strauch's surgery?

[5] A. What kind of problems?

[6] Q. What kind of problems could you [7] have with surgery in general?

[8] A. As I said, you asked me [9] specific –

[10] Q. I'm not asking about a specific [11] type of surgery and Dr. Strauch's type of [12] surgery specifically.

[13] I'm asking your general [14] knowledge of surgery before this [15] operation.

[16] A. Usually surgery helps the [17] patient.

[18] Q. When you say usually helps the [19] patient, did you understand before [20] December of 1991 that sometimes surgery [21] doesn't come out the way it's planned?

[22] A. From the best of my knowledge of [23] people I work with, usually the cases were [24] successful.

[25] So I did not have this kind of

Page 156

[2] understanding.

[3] Q. When you say usually successful, [4] did you have any feelings that sometimes [5] surgery is not successful?

[6] A. As I said, I worked with [7] doctors, and most of the time when I talk [8] to them about the surgery, they tell me [9] how the surgery was successful and how the [10] patient is doing very well.

[11] So this is my full understanding [12] about surgery.

[13] Q. Was it then your understanding [14] that surgery always came out fine?

[15] A. From my experience, yes.

[16] Q. Was it your understanding prior [17] to being operated on by Dr. Strauch, that [18] in general there were no risks of the [19] patient from undergoing surgery?

[20] A. This is why you ask the doctor [21] specific for any case, and the doctor has [22] to respond yes or no.

[23] Q. I'm not talking about a specific [24] case.

[25] Were you familiar with any risks

Page 157

[2] attached to any kind of surgery?

[3] A. I explained to you before, and I [4] will

repeat my answer.

[5] Through my experience in working [6] with doctors, when I videotaped a case, [7] meaning surgery, they always discuss the [8] fact how the surgery did very well.

[9] The only times they talk about [10] the case did not succeed, when they did a [11] tumor that the tumor was not removed [12] totally because complications of the [13] location of the tumor.

[14] Those are the only things I ever [15] know about.

[16] Maybe the doctor cannot remove [17] all of the tumor from the patient or [18] something like that.

[19] That's the only thing I know. [20] This was –

[21] Q. Okay. Is it then fair to assume [22] that before Dr. Strauch's surgery, that [23] you were aware of the fact that operations [24] in general sometimes have complications?

[25] MR. DINHOFER: Objection to the

Page 158

[2] form of the question.

[3] Q. Before Dr. Strauch's surgery, [4] were you aware of the fact that surgery in [5] general sometimes has complications?

[6] A. No, we assume that sometimes the [7] doctor cannot complete his planning of the [8] surgery. That's all.

[9] Q. Had you also been aware of [10] situations where the surgery didn't come [11] out as planned?

[12] A. I was not experienced with [13] that.

[14] Q. I didn't ask you what you had [15] personally experienced.

[16] I'm asking what you were aware [17] of.

[18] A. As I said, I'm aware from the [19] environment I was living in.

[20] And I think I told you very [21] clearly that the only thing I'm aware, [22] that usually patients do very well after [23] surgery.

[24] Second, sometimes in tumor [25] situations, the doctor cannot remove all

Page 159

[2] of the tumor for the reason that the [3] doctors know.

[4] That is the only things that I [5] knew.

[6] Q. Had you ever known anyone who [7] underwent surgery?

[8] A. I underwent surgery.

[9] Q. Obviously you know yourself.

[10] But other than yourself?

[11] A. My father.

[12] Q. What kind surgery did your [13] father have?

[14] A. He had removal of a tumor from [15] the bladder.

[16] Q. During any of your discussions [17] either with your father's doctors or with [18] your father, did you have any [19] understanding that there were risks [20] attached to that surgery?

[21] A. My father's surgery was not [22] really opening everything, just removed [23] the tumor going through the penis.

[24] So, it's not full surgery. It's [25] called surgery, but it's only removing a

Page 160

[2] tumor.

[3] Q. Even for that procedure, either [4] from a discussion with your father's [5] doctors or with your father, were you [6] aware of the fact that that procedure had [7] any kind of risks attached to it?

[8] A. No, the doctor said he might not [9] be

able to remove all of the tumor.

[10] Q. Anything other than that?

[11] A. No.

[12] Q. Had you known anyone else who [13] had surgery?

[14] A. No. Except the people I was [15] videotaping.

[16] Q. Did any of the procedures that [17] you videotaped, as far as you knew, not [18] come out as planned, other than tumor [19] surgery?

[20] A. Most of the cases that I [21] videotaped, again this is hearsay because [22] the doctor told me after that, that [23] everything worked very well and the [24] patient is doing very well.

[25] Q. Now you have said that most of

Page 161

[2] the cases –

[3] A. As I said before, sometimes the [4] doctor said to me, I did everything and I [5] couldn't remove all of the tumor.

[6] Q. But were there operations other [7] than tumor operations where the doctor [8] said to you it didn't come out as planned, [9] or I wasn't able to do what I thought I [10] was able to do?

[11] A. No, all of the cases, the other [12] cases, the doctor was very happy from the [13] results.

[14] Q. Every single one of the cases –

[15] A. When the doctor spoke with me [16] after that, yes.

[17] Q. The operation went completely as [18] planned?

[19] A. That's correct.

[20] Q. Now, before you had the surgery [21] done by Dr. Strauch, did you sign a [22] consent form?

[23] A. Yes, I did.

[24] Q. Where were you when the signed [25] the consent form?

Page 162

[2] A. I believe in his office.

[3] Q. Now, did you sign the consent [4] form the last visit before the surgery, or [5] the second to the last visit before the [6] surgery, or some other time?

[7] A. I really don't recall.

[8] Q. Did you sign the consent form [9] about two months before surgery?

[10] A. I said I do not recall.

[11] Q. When you signed the consent [12] form, did you read the form?

[13] A. No.

[14] Q. Why not?

[15] A. I trust him.

[16] Q. Did anyone explain to you what's [17] in the form?

[18] A. He told me – let me put it this [19] way: When I sign the form, he was in a [20] rush and I had to go back to my office.

[21] And he told me, I asked him for [22] what is this consent, and he said you will [23] agree that I will do the surgery.

[24] And I said okay.

[25] And I said for what surgery, and

Page 163

[2] he said for your wrist and the release of [3] the ulnar nerve in the elbow.

[4] And that's it.

[5] So, I didn't have any problem [6] with that.

[7] MR. BURFORD: Read back the [8] first part of that answer.

[9] (Read back.)

[10] Q. The first time you saw the [11] consent form, where were you?

[12] A. The first time I saw the consent [13] form?

[14] Q. Yes.

[15] A. I don't understand the question.

[16] Q. Okay, were you in Dr. Strauch's [17] office the first time you saw the consent [18] form?

[19] A. When I sign it?

[20] Q. No, the first time you saw it. [21] I didn't ask you when you signed it.

[22] A. A few minutes before I signed [23] it.

[24] Q. Did you tell Dr. Strauch you [25] wanted some time to read the form?

Page 164

[2] A. If I told him?

[3] Q. Yes.

[4] A. I asked – I told him what is [5] this consent, he told me it's standard [6] forms that everybody is signing before [7] surgery, and it's nothing special with [8] this form.

[9] Q. Did you ask him for time to read [10] the form?

[11] A. I do not recall if I asked him [12] for time to read the form or not.

[13] I asked him a question about it, [14] that's all.

[15] Q. You asked him what?

[16] A. A question. When I told him [17] what does the form mean, and he told me [18] it's a standard form that everybody signs [19] for surgery to permit him to do the [20] surgery, is the only thing he said.

[21] Q. Was anyone present during this [22] discussion?

[23] A. I do not recall.

[24] Q. Was anyone present during any of [25] the discussions that you had with

Page 165

[2] Dr. Strauch before the surgery was [3] performed, other than yourself and [4] Dr. Strauch?

[5] A. To the best of my recollection, [6] no.

[7] Q. As far as you are aware, did [8] anyone speak to Dr. Strauch on your behalf [9] at any time before the surgery was [10] performed?

[11] A. The insurance company.

[12] Q. That was 1199?

[13] A. Yes.

[14] Q. Other than 1199, anyone else?

[15] A. No.

[16] MR. BURFORD: Would you mark [17] this for identification.

[18] (Document headed Montefiore [19] Medical Center, dated 10/11/91, marked [20] Defendants' Exhibit 3 for identification, [21] this date.)

[22] (Short recess taken.)

[23] Q. Let me show you what has been [24] marked as Defendants' Exhibit 3 for [25] identification.

Page 166

[2] A. Yes.

[3] Q. Have you ever seen that form [4] before, or the original from which it's [5] copied?

[6] A. I signed it.

[7] Q. That's your signature?

[8] A. Yes.

[9] Q. Is there anything on that form [10] that you are not able to read?

[11] A. What do you mean?

[12] Q. Is there any part of that form [13] that for whatever reason, you are unable [14] to read?

[15] MR. DINHOFER: Anything [16] illegible?

[17] A. Some of the handwriting is not [18] that clear.

[19] Q. Which handwriting were you [20] referring to?

[21] A. Somebody else.

[22] MR. DINHOFER: He is indicating [23] the two lines in the middle of Paragraph 1 [24] where it says, Please Print or Type.

[25] Q. What parts of that are

Page 167

[2] illegible?

[3] MR. DINHOFER: You want him to [4] read what he can't read?

[5] A. Some of the words are not clear [6] exactly what he is trying to say.

[7] Q. Which words are not clear, the [8] first word, the second word, the third [9] word, the fourth word; I don't care how [10] you describe it?

[11] MR. DINHOFER: Fair enough.

[12] A. The third one on the first line.

[13] Q. Is that transposition?

[14] A. No, after that.

[15] Q. Ulnar?

[16] A. Yes, ulnar. After you told me [17] now I can read it.

[18] Q. What other words can't you make [19] out?

[20] A. The first one on the second [21] line.

[22] Q. Neurolysis?

[23] A. Yes, and now this looks the [24] same, the second one, ulnar nerve, yes, I [25] see now.

Page 168

[2] What is this?

[3] MR. DINHOFER: The word on the [4] third line there that is squeezed in on [5] the left side margin there, it looks like [6] part of the word is missing from the copy.

[7] Q. Anything else on that page other [8] than what you just told me that you are [9] unable to make out?

[10] A. To read?

[11] Q. Yes.

[12] A. No.

[13] Q. Did you ask Dr. Strauch any [14] questions about the form when you signed [15] it, other than what you have told us so [16] far?

[17] A. I asked him what it is really [18] for, and he says I'm permitting him to do [19] the surgery.

[20] Q. Anything else?

[21] A. I asked him if he is going to do [22] it or somebody else.

[23] Q. And what did he say to you?

[24] A. "I will do this."

[25] Q. Was there any other discussion?

Page 169

[2] A. As I said before, anesthesia.

[3] Q. Anything other than what you [4] have told me so far?

[5] A. No.

[6] Q. Now, what date did you sign this [7] form, according to the form?

[8] A. From what I see here, the day [9] before the first scheduled surgery.

[10] Q. What day is written on the form [11] there?

[12] A. 10/11/91.

[13] Q. What was the date of the [14] surgery?

[15] A. My surgery was 12/12/91.

[16] Q. So you signed this form about [17] two months before the surgery?

[18] A. No, it was a month before [19] surgery.

[20] I'm sorry, 10/11, yes.

[21] Q. During the two months or so from [22]

the time you signed this form until the [23] surgery took place, did any questions come [24] to your mind about what you were [25] consenting to?

Page 170

[2] A. As I said before, I trusted [3] Dr. Strauch, and the only thing I did was [4] I tried to convince him not to do the [5] transposition.

[6] Q. You say you tried to convince [7] Dr. Strauch not to do the transposition?

[8] A. That's correct.

[9] Q. When did that take place?

[10] A. In November.

[11] Q. Was that during an office visit?

[12] A. No, I called to cancel the first [13] surgery.

[14] Q. When was the surgery scheduled [15] the first time?

[16] A. In November.

[17] Q. Do you remember what day in [18] November?

[19] A. No.

[20] Q. Why did you call to cancel it?

[21] A. Because I did not believe that I [22] have to have surgery in my elbow.

[23] Q. Why did you not believe that you [24] needed surgery on your elbow?

[25] A. I did not have pain or any

Page 171

[2] symptoms.

[3] The only reason I went to him [4] was only because of my wrist.

[5] And the fact that he found [6] something in the EMG showing that I have [7] entrapment, I did not believe that this is [8] enough to go for surgery.

[9] Second, I know that surgery is [10] the last resort before any treatment.

[11] So I believe that, I believe him [12] that my wrist is the one that I needed [13] from what he told me.

[14] But, I was trying to convince [15] him that I do not need the elbow surgery.

[16] Q. Had you spoken with someone [17] about the elbow surgery after you signed [18] the consent form and before the time you [19] cancelled the surgery?

[20] A. I was thinking by myself.

[21] Q. And other than what you just [22] told us, did anything else come to your [23] mind as to the elbow surgery?

[24] A. No; I know one thing, that if [25] something is not broke, don't fix it.

Page 172

[2] Q. Anything else?

[3] A. That's it.

[4] Q. Did the conversation you just [5] talked about take place over the [6] telephone?

[7] A. I do not recall. Maybe on the [8] phone, maybe in his office.

[9] I really don't recall.

[10] Q. What did Dr. Strauch say?

[11] A. He convinced me that – first he [12] told me, you are already going for surgery [13] and it will be easier for you to do the [14] two surgeries at one time, than to do the [15] surgery of the wrist now and come back in [16] a few years and do the elbow.

[17] So he already – you are already [18] under anesthesia, do the both of them and [19] you will be free from the problem.

[20] Q. During that discussion, was [21] there any mention made of the risks of [22] coming back for a second operation?

[23] A. No, he just said to me it's for [24] my convenience, I should do it in the same [25] setting.

## Page 173

'[2] Q. In other words, there was no [3] discussion that a second operation might [4] have risk attached to it?

[5] A. Just as I said, he told me for [6] my convenience I should go and do the [7] surgery in one setting.

[8] Q. Did he say anything else in [9] response to your questions about the elbow [10] surgery?

[11] A. No, he just said to me that I [12] should do it now because I would have the [13] problem in the future. That is what he [14] said.

[15] Q. Is that the last discussion that [16] you had with him before the surgery was [17] done?

[18] A. I believe so.

[19] Q. From the time of that [20] discussion – go ahead?

[21] A. I believe so, but I may have [22] spoken with the anesthesiologist.

[23] Q. From the time of that discussion [24] with Dr. Strauch, I think you said it was [25] in November, up until the time the surgery

## Page 174

[2] was performed, did you continue to think [3] about the operation?

[4] A. After he convinced me that this [5] is what I have to do, I believed him, and [6] that's why I went for the surgery.

[7] Q. But did you continue to think [8] about the surgery from time to time?

[9] A. No, I have to trust him after [10] this conversation.

[11] Q. After that conversation, the [12] surgery was completely out of your mind?

[13] A. I was preparing my work load, [14] that I would not have any work after the [15] surgery because I want to have an easy [16] time after the surgery.

[17] Q. In terms of whether or not you [18] should do the surgery or not –

[19] A. No, when I made the decision, I [20] made the decision after my conversation [21] with him.

[22] Q. How long before the surgery were [23] you admitted to the hospital?

[24] A. The same day.

[25] Q. Up until the time you were

## Page 175

[2] admitted to the hospital for the surgery, [3] had you been seen by any other doctors [4] other than the people you told me about?

[5] A. I was doing pre-surgery [6] evaluation that I was being sent by [7] Dr. Strauch to do.

[8] Q. Blood tests and chest x-ray?

[9] A. Yes, and consulting with the [10] anesthesiologist.

[11] Q. What did the anesthesiologist [12] tell you?

[13] A. He asked me about my past [14] experience.

[15] He told me about, the [16] anesthesiologist told me about – he asked [17] me if I have any medical problems, allergy [18] and all of that stuff.

[19] He asked me about family [20] background.

[21] I asked the anesthesiologist [22] about the medication that they are going [23] to use.

[24] And I asked specifically could I [25] have some medication that I would not have

## Page 176

[2] side effects after it.

[3] And through the conversation, I [4] think, I am not sure that we spoke about [5] it, but I asked, I asked the [6] anesthesiologist about anesthesia, and she [7] said to me that I should not be worried, [8] the doctor who was doing the anesthesia [9] was a very good doctor, and he is very [10] experienced.

[11] Q. Did the anesthesiologist [12] describe any risks to you of anesthesia?

[13] A. Specifically for anesthesia, you [14] are talking about.

[15] Q. Yes.

[16] A. The only thing she told me [17] about, I asked her – the only thing about [18] anesthesia that I'm aware of, that the [19] anesthesia can cause some problem.

[20] Q. Is this something that the [21] doctor mentioned to you?

[22] A. I do not recall.

[23] When I asked about the [24] medication, she said, "It's safe, and you [25] don't need to be worried about having a

## Page 177

[2] problem from that." And I said, "How safe is it?" [3] She said, "It's very safe." [4] I said if this can cause – I [6] said as a joke, "Will I wake up from [7] surgery?" [8] And she said, "Yes, you will."

[9] Q. Had you heard of examples of [10] people who didn't wake up from surgery?

[11] A. Just for the joke. The surgery [12] went fine in the patient.

[13] Q. But in general, prior to this [14] operation, had you heard of people who [15] didn't wake up from surgery?

[16] A. No, I didn't know any case like [17] that.

[18] Q. Any other discussions with the [19] anesthesiologist before the surgery?

[20] A. Not really.

[21] Q. Did you speak to Dr. Strauch [22] again before the operation?

[23] A. I did not see him before the [24] operation.

[25] Q. Did you speak to any other

## Page 178

[2] doctors before the surgery?

[3] A. Just the anesthesiologist.

[4] Q. Other than the anesthesiologist?

[5] Nobody; nobody that I recall [6] anyway.

[7] I don't recall anybody else.

[8] Q. What kind of anesthesia did you [9] have for the operation?

[10] A. General.

[11] Q. When you woke up from the [12] anesthesia, how did you feel?

[13] A. Horrible.

[14] Q. In what way?

[15] A. I had sharp pain in my elbow, [16] shooting pain to fingers 4 and 5, [17] tingling, numbness from my elbow to [18] fingers 4 and 5, and I felt overall worse [19] than before the surgery.

[20] Q. Which side of the body, is this [21] on the left?

[22] A. I'm talking about.

[23] MR. DINHOFER: He's indicating [24] the left side.

[25] A. The left side, behind.

## Page 179

[2] MR. DINHOFER: Epicondyle?

[3] A. Epicondyle area.

[4] When I say before surgery, [5] before surgery I did not have any pain, [6] and I woke up with a very, very severe [7] pain.

[8] Q. The first thing you mentioned [9] was sharp pain in the elbow.

[10] A. Yes.

[11] Q. Is that pain you mentioned right [12] by the epicondyle?

[13] A. Correct.

[14] Q. Putting the term aside, how [15] would you describe where the pain was?

[16] A. In the back of my elbow. When I [17] walk, it's behind me.

[18] Q. The shooting pain you had to [19] 4 and 5, where did that pain come from and [20] go to?

[21] A. From, again I said it comes from [22] my back area here.

[23] Q. From the back of your elbow?

[24] A. Yes, the elbow goes to the [25] outside area here, to the fingers 4

## Page 180

[2] and 5.

[3] So, all the way down.

[4] Q. Now, when you say it goes to the [5] outside area –

[6] MR. DINHOFER: Pinky side of the [7] forearm.

[8] Q. The pinky side of the forearm?

[9] A. Yes, the pinky is number 5, and [10] the one before that is number 4.

[11] MR. DINHOFER: For the reporter, [12] he was tracing from the elbow on the pinky [13] side of the forearm, all the way up [14] through to the fingers, which were the [15] number 4 and 5 fingers.

[16] Q. You also mentioned that you had [17] tingling and numbness from the elbow to [18] 4 and 5?

[19] A. Yes.

[20] Q. Where was that running?

[21] A. From the end of fingers 4 and 5.

[22] Q. From where to where?

[23] A. From my elbow.

[24] Q. Along what path?

[25] A. The same path I had the

## Page 181

[2] numbness.

[3] Q. That is what I'm talking about, [4] the tingling and numbness.

[5] A. From here all the way to the [6] outside, inner and outside here, all the [7] way up to the fingers.

[8] Q. That's the same path that the [9] pain was following?

[10] A. Yes, everything was in the same [11] path.

[12] Q. So, along the same path, it was [13] both numb and painful?

[14] A. That's correct. But the sharp [15] pain, the higher level of pain, was in the [16] elbow.

[17] Q. The pain was sharpest, most [18] intense in the elbow?

[19] A. Yes.

[20] Q. Who is the first doctor you [21] spoke to after the operation?

[22] A. I believe the anesthesiologist.

[23] Q. And what did you say to that [24] doctor, and what did he say to you or she [25] say to you?

## Page 182

[2] A. I was – the thing that I [3] remember, why I have pain in my elbow.

[4] Q. What did the anesthesiologist [5] say?

[6] A. Talk with the doctor later.

[7] Q. Talk to which doctor, [8] Dr. Strauch?

[9] A. Yes.

[10] Q. Was there any other discussion [11] between you and the anesthesiologist?

BSA    **GILADI v. STRAUCH**    June 22, 1995    **RONI GILADI**    XMAX(20)

[12] A. To my best recollection, I think [13] I fell asleep again.

[14] Q. Who was the next doctor you [15] spoke to?

[16] A. I spoke to the nurse, I [17] believe.

[18] Q. What did you say to the nurse?

[19] A. "I need something for the [20] pain."

[20] Q. And what did he or she say?

[21] A. I do not remember what she said, [22] but I know I got some medication for the [23] pain.

[24] Q. Who is the next person you spoke [25] to?

### Page 183

[2] A. Put it this way, after I moved [3] from the Intensive Care Unit to my room, [4] too many residents came, residents or [5] doctors came to the room, and I cannot [6] keep track of all of them.

[7] Q. Do you remember discussions with [8] any of them?

[9] A. I was complaining about my elbow [10] pain.

[11] Q. And what did they say to you?

[12] A. That I tolerated it very nicely.

[13] Q. That what?

[14] A. That I'm tolerating this very [15] nicely.

[16] Q. Did they say anything else?

[17] A. They told me that they have to [18] discuss everything with Dr. Strauch.

[19] Q. Did you have any other [20] discussions with any of the residents or [21] fellows, or anybody else who came to see [22] you other than Dr. Strauch?

[23] A. I believe that I was talking [24] with one of the residents, I believe, and [25] I told him about the pain, and he said to

### Page 184

[2] me – I'm trying to remember the [3] conversation – I don't recall.

[4] I had so much pain, and I was [5] already at this time very, very off with [6] medication.

[7] I do not recall everything.

[8] Q. Other than Dr. Strauch, have you [9] told me about all of the discussions that [10] you do remember during the time you were [11] in the hospital?

[12] A. From what period to what?

[13] Q. How long were you in the [14] hospital?

[15] A. Two days.

[16] Q. During the entire two days, [17] other than Dr. Strauch, have you told me [18] about all of the discussions with any of [19] the hospital –

[20] A. I was complaining constantly [21] about pain from the minute I left – from [22] the minute I woke up from my surgery, [23] until the minute I left the hospital.

[24] I was complaining about pain all [25] of that time.

### Page 185

[2] I was complaining about swelling [3] of my hand.

[4] I was complaining about a [5] burning feeling in my elbow.

[6] I was complaining about [7] difficulty moving my fingers.

[8] I was saying that I'm [9] trying to figure out what is going on.

[10] I got no answer except I got [11] medication for the pain, which didn't help [12] either.

[13] Q. Other than what you have already [14] told me, have you described every [15] discussion that you had with any member of [16] the hospital staff besides Dr. Strauch?

[17] A. I did not discuss with [18] Dr. Strauch through all of the time I was [19] in the hospital through the surgery.

[20] I did not see him before surgery [21] or after surgery.

[22] I believe the first time I saw [23] Dr. Strauch was Friday morning, the 13th [24] of December.

[25] Q. So you didn't see Dr. Strauch at

### Page 186

[2] all while you were in the hospital?

[3] A. I said I saw him on the 13th [4] before I was discharged.

[5] Q. On the 13th, before your [6] discharge?

[7] A. Yes, this is to my best [8] recollection again.

[9] Q. What did you say to Dr. Strauch [10] and what did he say to you?

[11] A. I asked him about the pain in my [12] elbow.

[13] Q. What did he say?

[14] A. He told me it's normal.

[15] I said, "You told me it's [16] pain-free." [17] So he looked at me and he said, [18] "So how is your wrist doing?" [19] He changed the subject.

[20] He went to my wrist and looked [21] at my wrist and said, "Okay, you are going [22] home." [23] That was the end of it.

[24] Q. And what –

[25] A. And this is the end of it.

### Page 187

[2] He was there maybe a very short [3] period of time.  It was very brief.

[4] Q. Was there any other discussion [5] with Dr. Strauch on the 13th, other than [6] what you just said?

[7] A. To my best recollection, I asked [8] him about my problem, and this is what he [9] responded, and I was discharged from the [10] hospital.

[11] Q. When you were discharged, were [12] you given any discharge instructions on [13] how to care for yourself?

[14] A. He told me to raise my hand for [15] the next few days.

[16] Q. Raise your hand?

[17] A. Yes, raise it.

[18] Q. Keep your hand elevated?

[19] A. Yes, keep my hand elevated.

[20] Q. Did he tell you why you should [21] keep your hand elevated?

[22] A. No.

[23] Q. For how long to keep your hand [24] elevated?

[25] A. He did not say.

### Page 188

[2] Q. Were you told to see him in the [3] office or some other place?

[4] A. He told me to come back the next [5] week.

[6] Q. To his office?

[7] A. Yes.

[8] Q. Were you given any medication on [9] discharge?

[10] A. No.

[11] Q. Were you given any instruction [12] on changing bandages or anything like [13] that?

[14] A. I was in a cast.  I couldn't [15] change anything.

[16] Q. You went home after discharge?

[17] A. Yes.

[18] Q. What sort of activity did you do [19] for the next week?

[20] A. For the next –

[21] Q. You know, you were told to see [22] Dr. Strauch the following week?

[23] A. Yes.

[24] Q. Between the first of your [25] discharge and the time you saw

### Page 189

[2] Dr. Strauch, what sort of things did you [3] do at home?

[4] A. I was laying in bed.

[5] Q. Anything else?

[6] A. I was laying in bed and raising [7] my hand.

[8] Q. Anything else?

[9] A. No.  Taking a lot of pills for [10] pain.

[11] Q. What sort of pills were you [12] taking?

[13] A. What I could get from [14] over-the-counter.

[15] Q. That would be Tylenol or [16] something like that?

[17] A. Whatever people could get me.  I [18] was in bed.  I was not movable.

[19] Q. Who was getting you the [20] medication?

[21] A. My friend.

[22] Q. And who is that?

[23] A. Jacob.

[24] Q. Were you taking anything that [25] was not over-the-counter?

### Page 190

[2] A. No, I did not have [3] prescriptions.

[4] Q. How was your hand doing for that [5] period of time, between discharge and your [6] first visit with Dr. Strauch?

[7] MR. DINHOFER: Which hand?

[8] Q. Actually your left arm and hand?

[9] A. I was doing very badly.

[10] Q. In what way?

[11] A. Constant pain, burning feeling, [12] shooting pains to fingers 4 and 5, [13] swelling, and I felt pressure inside of [14] the cast.

[15] Q. Pressure where?

[16] A. Inside the cast.

[17] Q. Inside the cast?

[18] A. Yes.

[19] Q. Did any of these symptoms change [20] at all over the week?

[21] A. No.

[22] Q. Where was the burning feeling?

[23] A. In my elbow.

[24] Q. What about the swelling?

[25] A. All over my hand.  From the

### Page 191

[2] wrist up to the fingers.

[3] Q. And the shooting pain, where did [4] that go from?

[5] A. From elbow to fingers 4 and 5.

[6] Q. And you mentioned pain.

[7] Did you have any other kind of [8] pain?

[9] A. Just the pain I had was enough.

[10] Q. The burning feeling, the [11] shooting pain?

[12] A. Yes, and numbness and everything [13] that I said.

[14] Q. Was there numbness?

[15] A. I said numbness, but I felt like [16] tingling, and I don't know how you call [17] it.

[18] Q. Where was the tingling feeling?

[19] A. Going from my elbow to the [20] fingers.

[21] MR. DINHOFER: Which fingers?

[22] THE WITNESS: 4 and 5.

[23] Q. And that is along the pinky side [24] of your forearm?

[25] A. Yes.

BSA

Case 1:94-cv-03976-RMB-HBP    Document 113-13    Filed 04/02/2007    Page 23 of 23
GILADI V. STRAUCH    June 22, 1995    RONI GILADI
XMAX(22)

charged following the surgery, until [12] the time of the emergency visit, had the [13] symptoms changed at all?

[14] A. No, it was the same thing, but [15] it just got to the point where the [16] medication did not help, and that is why I [17] called him.

[18] I cannot sleep any more, I don't [19] know what's going on, what to do.

[20] Q. Did the symptoms get worse, [21] better, stay the same?

[22] A. It was the same. To my [23] recollection, it was the same.

[24] Q. Was there any other discussion [25] with Dr. Strauch during this visit?

### Page 202

[2] A. No, he was in a rush.

[3] Q. No?

[4] A. He was in a rush, he just saw it [5] and closed it and left.

[6] Q. So there was no other [7] discussion?

[8] A. No.

[9] Q. Did you talk to anyone else in [10] his office?

[11] A. No.

[12] Q. Was anyone present with you [13] during this visit?

[14] A. No.

[15] Q. During any of the visits that [16] you had with Dr. Strauch up until this [17] emergency visit, was anyone else present [18] during any of the visits with you?

[19] A. No.

[20] Q. What's the next doctor you saw?

[21] A. I still saw Dr. Strauch.

[22] Q. Do you know when you saw him [23] next?

[24] A. I do not recall the dates.

[25] But the way I describe it, he

### Page 203

[2] told me to come, and I came exactly when [3] he told me to come.

[4] Q. How many times did you see [5] Dr. Strauch after this emergency visit?

[6] A. I saw him a lot. I saw him [7] until October of 1993.

[8] Q. Do you have a distinct [9] recollection of separate visits during [10] that period of time?

[11] A. I do not understand the [12] question.

[13] MR. DINHOFER: How many [14] individual visits did you make to [15] Dr. Strauch from the time of the emergency [16] visit until October of '93?

[17] Do you have any idea how many [18] times you saw him?

[19] THE WITNESS: Maybe – no, I do [20] not know.

[21] MR. DINHOFER: More than one?

[22] THE WITNESS: More than five.

[23] MR. DINHOFER: More than five, [24] okay.

[25] Q. What happened during your next

### Page 204

[2] visit with Dr. Strauch?

[3] A. I start to complain, and he [4] start to tell me that things will be [5] okay.

[6] Q. How far apart were these visits [7] spaced?

[8] A. I don't know.

[9] Sometimes it was two weeks and [10] sometimes it was a week.

[11] I don't recall all of them.

[12] Q. During your next visit after the [13] emergency visit, what complaints did you [14] have?

[15] A. The same complaints that I had [16] through all of the time.

[17] Q. Had the symptoms in your arm [18] changed at all?

[19] A. No.

[20] Q. There was no change in the [21] burning?

[22] A. No.

[23] Q. No change in the tingling?

[24] A. No.

[25] Q. Any change in the swelling?

### Page 205

[2] A. No. Put it this way, maybe the [3] swelling reduced a little bit, but not [4] obvious enough to notice.

[5] Q. Which may have been reduced a [6] little, all of them or –

[7] A. I cannot specifically say [8] exactly where.

[9] Q. Did you have any discussions [10] with Dr. Strauch during your first visit [11] after the emergency visit?

[12] A. I constantly complained about [13] the pain.

[14] I constantly asked him what is [15] happening.

[16] I constantly asked him why is [17] this happening.

[18] He did not respond.

[19] He told me things will be okay. [20] "You have to be patient."

[21] Q. Other than telling you that [22] things would be okay and you have to be [23] patient, did he say anything else?

[24] A. No.

[25] Q. During each of the visits that

### Page 206

[2] you had with Dr. Strauch, did he do an [3] examination?

[4] A. He did not – until he took the [5] cast off, he just looked at the top of the [6] fingers.

[7] That's the only thing that he [8] did.

[9] Q. After the first time he took off [10] the cast, did he take it off again for the [11] office visit?

[12] A. He took it off after three or [13] four weeks.

[14] Q. Took it off completely?

[15] A. Yes. I do not recall exactly, [16] but he took it off after a while.

[17] Q. When the cast came off, what did [18] your arm look like?

[19] A. Swollen.

[20] Q. Where was it swollen?

[21] A. From my wrist was swollen, and [22] my fingers were swollen, and a little bit [23] above the wrist.

[24] Q. When you say your fingers were [25] swollen, which fingers?

### Page 207

[2] A. Five fingers, all of the [3] fingers.

[4] Q. All five fingers?

[5] A. Yes.

[6] Q. Anything else that you noticed [7] other than that swelling after the cast [8] came off?

[9] A. Pain in my elbow, burning [10] feeling, numbness and loss of sensation, [11] tingling.

[12] Q. Anything else?

[13] A. What else? I do not recall.

[14] I'm giving you the major things [15] that I can recall.

[16] Q. Okay, that's all I'm asking for [17] is what you can recall.

[18] Had these symptoms changed at [19] all over time?

[20] Q. The tingling decreased with [21] time.

[22] Q. Over how much time?

[23] A. A long period of time.

[24] Q. What do you mean by a long [25] period of time?

### Page 208

[2] A. More than two months. More than [3] two or three months.

[4] I cannot recall exactly.

[5] Q. And then the tingling went away?

[6] A. Faded.

[7] Q. What about the numbness?

[8] A. Numbness I had longer than the [9] tingling.

[10] Q. How long did you have the [11] numbness?

[12] A. I do not recall, but the pain [13] and the loss of sensation stayed for a [14] long period of time.

[15] Q. Now, which pain are you talking [16] about?

[17] A. Elbow pain.

[18] Q. How long did that stay?

[19] A. I have it at the present time.

[20] Q. Has it changed at all over the [21] time since the operation?

[22] A. No, except after I went to the [23] second surgery, the pain relieved minorly, [24] but still I have the pain.

[25] Q. From the time of Dr. Strauch's

### Page 209

[2] surgery, up until the second surgery, had [3] the pain in your elbow changed at all?

[4] A. No.

[5] Q. What about the burning [6] sensation, had that changed at all in that [7] period of time?

[8] A. This got reduced a little bit, [9] yes.

[10] Q. Over what period of time did it [11] reduce?

[12] A. I do not recall the timing.

[13] Q. Did it fade away?

[14] A. I used to get it from time to [15] time back, but I did not have it [16] constantly the way I had it in the [17] beginning.

[18] Q. Did it pretty much fade away [19] before the second surgery?

[20] A. No.

[21] Q. After the second surgery –

[22] A. After the second surgery, I did [23] not have it.

[24] Q. Did the pain in your elbow [25] change at all before the second surgery?

### Page 210

[2] A. No.

[3] Q. Any other conversations with [4] Dr. Strauch up through the last visit we [5] talked about, that you haven't mentioned [6] so far?

[7] A. I don't understand the question.

[8] MR. BURFORD: I will withdraw [9] it.

[10] Q. When did you see Dr. Strauch [11] next?

[12] A. When he told me to come, I would [13] go.

[14] Q. What happened during your next [15] visit?

[16] A. I will say the same thing I said [17] earlier.

[18] I cannot tell exactly what [19] happened each visit.

[20] Q. Why don't you tell me what [21] happened then over the balance of the [22] visits with Dr. Strauch, as best you can [23] in chronological order?

[24] A. Okay, on one of the visits I [25] asked Dr. Strauch why I have the pain in