# EXHIBIT F

1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    Civil Action No. 94 Civ. 3976 (LAP)
    - - - - - - - - - - - - - - - - - - - - - - - - - -x
4    RONI GILADI,
                     Plaintiff,
5         - against -
     BERISH STRAUCH, HARRIS STERMAN, DEBRA
6    IRIZARRY, MONTEFIORE MEDICAL CENTER, "JOHN
     DOE" and "RICHARD DOE," last two names
7    being fictitious, true names being
     unknown,
8                   Defendants.
    - - - - - - - - - - - - - - - - - - - - - - - - - -x
9                  March 6, 1996
                  11:00 a.m.
10

11        DEPOSITION of RONI GILADI, taken

12   by the Defendants, pursuant to Court

13   Order, held at the offices of Philip J.

14   Dinhofer, Esq., 370 Seventh Avenue, Suite

15   222, New York, New York, before Debbie

16   Zaromatidis, a Shorthand Reporter and

17   Notary Public of the State of New York.

18

19

20

21          NEWROCK/DeSIMONE

22        ADLER REPORTING SERVICE

23          15 Park Row

24      New York, New York 10038

25    (212) 267-6868   (212) 267-3343

```
 1
 2      A P P E A R A N C E S :
 3
 4          PHILIP J. DINHOFER, ESQ.
 5          Attorney for Plaintiff
 6                370 Seventh Avenue - Suite 222
 7                New York, New York 10001-3900
 8
 9
10
11
12          BARTLETT, McDONOUGH, BASTONE
13          & MONAGHAN, ESQS
14          Attorneys for Defendants
15                One North Lexington Avenue
16                White Plains, New York 10601
17          BY:   BETTY ATLAS, ESQ.
18
19
20      ALSO PRESENT:
21                HEIDI LERNER, Law Clerk
22
23
24
25
```

1

2     R O N I     G I L A D I,

3     having first been duly sworn by a Notary

4     Public of the State of New York, was

5     examined and testified as follows:

6                    (Defendants' Exhibits A 1

7     through A 3, B, and C 1 and C 2 marked for

8     identification.)

9                    MR. DINHOFER:  I just want to

10    state for the record that generally I have

11    an objection to the conduct of this

12    proceeding.  I am not waiving any

13    objections I have by participating in this

14    proceeding, and I am preserving all rights

15    for appeal by the conduct of this

16    proceeding and all materials discovered as

17    a result of this proceeding.

18                   MS. ATLAS:  Can you state the

19    nature of your objection in light of the

20    fact that we have a court order?

21                   MR. DINHOFER:  The court order

22    is wrong.

23                   MS. ATLAS:  There has been no

24    notice of appeal filed for the court order

25    as far as I am aware.  Tell me the nature

1

2    of your objection.

3        MR. DINHOFER:  If you are aware

4    of federal procedure, you will know that

5    interlocutory appeals are not permissible,

6    and we have to await the conclusion of the

7    trial.  At that point, my position will be

8    stated.

9        MS. ATLAS:  I am aware of

10   federal procedure.  Thank you, counsel.

11   We will go forward with this deposition,

12   which is pursuant to order of Justice

13   Prescott.

14        We have marked several

15   exhibits.  Exhibit A 1, A 2 and A 3 are

16   three pages of notes in Hebrew provided to

17   me this morning by -- these appear to be

18   original notes provided to me by

19   Mr. Dinhofer.  A 1 appears to have some

20   writing which apparently bled through the

21   page according to plaintiff's counsel on

22   the back.  This appears to also be the

23   case on A 2 and A 3.

24        Exhibit B are copies of pages

25   provided to me by Mr. Dinhofer pursuant to

1

2    court order.  They begin with a to whom it

3    may concern letter written by Berish

4    Strauch, one of the defendants in this

5    case.  It continues with what appear to be

6    some disability claim forms, another

7    letter by Dr. Strauch, a hospital report,

8    and they then continue with notes and

9    letters written in Hebrew by apparently

10   the plaintiff, commencing in 1991.  I just

11   want to count the pages.  They appear to

12   be 23 pages of handwritten notes by my

13   count.  Next in this group of papers that

14   is being marked as Exhibit B are time

15   sheets from Yeshiva University, three in

16   number, and the last page is blank, and we

17   have also marked as Exhibit C some photos

18   provided by Mr. Dinhofer in this group of

19   papers, and that has been marked as C 1

20   and 2.

21            MR. DINHOFER:  I would note that

22   the order of the court for the deposition

23   here today states that plaintiff is to

24   read his notes and be questioned about

25   them.  The balance of the materials in

1

2   Exhibit B, which do not comprise

3   plaintiff's notes, are not going to be the

4   subject of any questioning today, and

5   counsel asked me whether or not she could

6   inquire of foundational questions with

7   regard to the photographs, and in the

8   spirit of good faith and cooperation I am

9   permitting her to inquiry solely with

10  regard to the foundational questions on

11  the photographs which were supplied.

12          MS. ATLAS:  I appreciate that.

13  I did not characterize it as foundational

14  questions, but let's just take it as the

15  questions come.

16  EXAMINATION BY MS. ATLAS:

17      Q.    Mr. Giladi, my name Betty

18  Atlas.  I represent the defendants in this

19  case.  I am going to be asking some

20  questions today about some of the

21  materials we marked today and questions

22  coming from that inquiry.

23              I am going to show you what has

24  been marked as Defendants' Exhibit A 1

25  through 3.  Can you please identify what

```
1                           GILADI
2       these pages consist of?
3            A.      Part of my hand note.
4            Q.      I am sorry?
5            A.      Part of my hand notes that you
6       have a copy of them.
7                   MS. ATLAS:  Off the record.
8                   (Discussion off the record.)
9                   MS. ATLAS:  Back on the record.
10           Q.      Can you look through Exhibit B
11      and see what corresponds to those pages?
12                  MR. DINHOFER:  Which one is
13      that?
14           A.      January 17, 1992.
15                  MS. ATLAS:  Let's mark that
16      separately.
17                  MR. DINHOFER:  He is referring
18      to document A 3, and we will tab this one
19      document as B 1.
20                  (Defendants' Exhibit B 1 marked
21      for identification.)
22                  MR. DINHOFER:  Now, do the next
23      one.  This one is A 2, and we will mark
24      that B 2.
25                  THE WITNESS:  I have this one
```

```
 1                        GILADI

 2    first.

 3               MR. DINHOFER:  So what is this?

 4               MS. ATLAS:  Is that A 1?

 5               MR. DINHOFER:  So this is A 1.

 6    A 1 we will mark B 2.

 7               (Defendants' Exhibit B 2 marked

 8    for identification.)

 9               MR. DINHOFER:  And the

10    corresponding page for A 2 will be marked

11    B 3.

12               (Defendants' Exhibit B 3 marked

13    for identification.)

14               MR. DINHOFER:  All right.

15               MS. ATLAS:  Could I see A 3 for

16    a second.  He is going to need this, so

17    you might as well keep it.

18       Q.     Looking, Mr. Giladi, at

19    Defendants' Exhibit B 1, which corresponds

20    to your A 3, can you tell me when this

21    note was written?

22       A.     Based on the letter, it says

23    January 17, 1992.

24       Q.     What were the circumstances

25    under which you wrote this note?
```

```
 1                        GILADI
 2        A.      I don't understand the
 3    question.
 4        Q.      How did you come to write this
 5    note?  Were you keeping a general diary of
 6    events?
 7        A.      Whenever I feel that I like to
 8    remember something, I would just write
 9    down.  It is not only with him, with
10    whatever I feel.  Just that.
11        Q.      Did you write every day?
12        A.      Did I write every day?
13        Q.      In 1992.
14        A.      If it is something that sounds
15    to me not routinely or not -- that make
16    any impression on me that I have to write
17    it, I write it.
18        Q.      In January of 1992, where would
19    you have been when you wrote this note
20    physically?  Where were you?
21        A.      I believe I saw Dr. Strauch
22    in -- I saw Dr. Strauch in the same day,
23    if I am not mistaken.
24              MR. DINHOFER:  The question is
25    where were you when you wrote the note.
```

```
 1                            GILADI
 2          A.     As I said, maybe after I left
 3     his office.   Maybe I was waiting for the
 4     shuttle from his office to my office,
 5     maybe in my office, on my lunchtime.   I
 6     cannot tell you.
 7          Q.     Generally, after you finished
 8     writing these notes, where would you keep
 9     them?
10          A.     In my briefcase.
11          Q.     Did there ever come a time that
12     you took them out of your briefcase?
13          A.     When I got home, I took them out
14     and put them with all my papers.
15          Q.     Where was that?
16          A.     What do you mean where was
17     that?
18          Q.     Was it in a desk?  Was it in a
19     drawer?
20          A.     No, I have boxes of papers.
21          Q.     That was in your home?
22          A.     It was in place of -- my place.
23          Q.     Do you currently have copies or
24     originals of all of the notes that you
25     kept in 1992?
```

```
 1                           GILADI
 2        A.     Everything is in Israel at the
 3   moment.
 4        Q.     When was everything taken to
 5   Israel?
 6        A.     It was every time I flew, I took
 7   part of it with me.
 8        Q.     Did there come a time that your
 9   attorney asked you to retrieve copies of
10   these notes that were provided to me?
11        A.     After my deposition in -- when
12   was it -- in the last deposition, he told
13   me that you were requesting them, so I
14   have to make a special trip to Israel to
15   retrieve it.  I asked my family to
16   retrieve it, and they told me they cannot,
17   so I had to go by myself to Israel.
18        Q.     That was the only reason you
19   went to Israel at that time, to retrieve
20   the notes?
21        A.     If I am going to Israel, I am
22   going to see my family at the same time.
23   I am not going to say to my family I am
24   coming just to see the papers.
25        Q.     Did you have any other purpose
```

1                          GILADI
2    other than just retrieving these notes and
3    seeing your family?
4         A.    At the same time, I went to see
5    my doctors.  If I am spending the money
6    for airfare, I am going for more than just
7    looking for paper.
8         Q.    In retrieving these notes, did
9    you go through any other notes kept during
10   the year in 1992?
11        A.    I really did not look at
12   anything.  I was -- I had limited time
13   that I was there.  The only things I
14   looked for, I looked for these notes, and
15   what I found I brought with me, and this
16   is what you have.
17        Q.    Were these notes kept in a
18   notebook binder or loose sheets of paper?
19        A.    It was in a box, as I said.
20        Q.    My question is:  Were they kept
21   in a notebook binder together or were they
22   in a looseleaf, things you could take
23   apart?
24        A.    Some -- the way you saw that,
25   like that, was together, many pages

GILADI

together.  It depends.  Some pages were,
and some pages were not.  I am not --

Q.    Looking at what has been marked
as Defendants' Exhibit B, there are pages
of many notes written in Hebrew from the
years 1992, 1991, possibly 1993.  I
haven't gotten to that yet.  Where are the
originals of all of these notes, of what
has been marked as Defendants' Exhibit B?

A.    When I looked for the material,
I found out that the place where all the
stuff was being put, there was a flood
there, and there was a leak, and a lot of
the stuff was damaged.  So I was more
concerned to -- I was trying to really to
hope that I could find the originals
because the copies was not in the same
place.  So my lawyer told me he wanted
originals, not copies, so --

Q.    There were copies in one place
and originals in another?

A.    I made copies before I hired --
before I sent them, before I took them
over, and when I took over, I left the

1                          GILADI

2    copy and original in Israel.  I was upset

3    when I found out, but my brother told me

4    don't be upset.  I think I have copies of

5    them some place, so I brought the copies

6    to you, to my lawyer.

7         Q.    When you were in Israel, you

8    made copies of all the originals?

9         A.    I made copies of a lot of

10   things.

11        Q.    Let me finish the question.

12   When you were in Israel, you made copies

13   of all the original notes that were found,

14   and you brought them back to the States?

15        A.    No, I did not say that.

16        Q.    I am trying to clarify.

17        A.    I said when I found these

18   papers, which one of them being marked as

19   A 1 -- A 3, that all of them damaged.  I

20   was upset because I felt that I cannot

21   produce what my lawyer required me to

22   produce, and all my trip to Israel was for

23   nothing, and my brother told me why I am

24   upset, and I just told him why, and he

25   told me that he saw some photocopies

1                    GILADI

2     filed.  Maybe I can go through that, and I

3     find one of the notes that I have that I

4     brought to my attorney, and I photocopied

5     the notes.

6          Q.    When had these notes been

7     photocopied?

8          A.    I do not recall.

9          Q.    Who photocopied them?

10         A.    It could be me.  It could be my

11    brother.

12         Q.    Do you have any recollection of

13    making photocopies of the original notes

14    before the trip to Israel to retrieve

15    them?

16         A.    I made photocopies all my life.

17    I can make photocopy after I finish

18    writing it and go to my office.  I go to

19    my office and make photocopy immediately

20    two minutes later.

21         Q.    It is a yes-or-no question.

22         A.    I said I do not recall.

23         Q.    If you don't remember, that is

24    fine.

25         A.    You are asking me questions, and

1                           GILADI

2      I am explaining.

3           Q.     Okay.

4                  Where are the photocopies that

5      you and your brother located now?  Where

6      are those photocopies?

7           A.     Where are these photocopies --

8      it is part of -- I gave to my attorney,

9      and he gave you copies of them.

10                 MS. ATLAS:  Mr. Dinhofer, you

11     have the photocopies that were retrieved

12     by Mr. Giladi?

13                 MR. DINHOFER:  I have what my

14     client gave me.

15                 MS. ATLAS:  Can I see what you

16     have?  I would like to have them marked.

17                 MR. DINHOFER:  You want to mark

18     your file.

19                 THE WITNESS:  We do not know if

20     we give you the original.  We give the

21     judge the original.  We give what was

22     here.  It is mixed.

23                 MR. DINHOFER:  Whatever it is,

24     it is what it is.  This is what I was

25     given.

1                    GILADI

2              THE WITNESS:  I think --

3              MR. DINHOFER:  I know it is the

4    same thing.  The pink tabs are the same

5    thing that you have there.  They are

6    identicals of the pages that were marked.

7              MS. ATLAS:  All right.  I will

8    probably mark them later.

9         Q.    When did you retrieve the

10   original pages that were marked here today

11   as A 1 through 3; was that at the same

12   time that you took the photocopies?

13        A.    I think I said to you before,

14   and I will repeat my answer.  Maybe you do

15   not understand my English.

16        Q.    I just want the record to be

17   clear.

18        A.    I made that clear to you

19   before.

20        Q.    Did you retrieve the original

21   pages that were marked here as Exhibit A

22   at the same time that you retrieved the

23   copies of those pages that you gave to

24   your attorney?

25        A.    Your question is more clear

```
 1                      GILADI

 2     now.

 3          Q.     Is that correct, was it the same

 4     time?

 5          A.     The same period of time.  Not

 6     the same day.

 7          Q.     All right.

 8                 Turning to what has been marked

 9     as Defendants' Exhibit B 1, which

10     corresponds to your A 3, I would like to

11     ask you to read this note into the record,

12     and I would like to ask that you read it

13     verbatim in English.  In other words,

14     don't just give your interpretationa of

15     it.  Read it word for word in English.

16          A.     Okay.

17          Q.     Beginning with the date,

18     please.

19          A.     17th of January, 1992.  I went

20     back for reevaluation, for medical

21     reevaluation, sorry, with Dr. Strauch.

22     After the examination, after the medical

23     examination, I asked from Dr. Strauch to

24     send me to physical therapy because it is

25     already more than a month since the
```

1                              GILADI

2     surgery, and I am still suffering from

3     pain and electric shock -- electric

4     sensitivity, something with electric.  I

5     cannot translate this to English because

6     it is not direct translation to that.

7                    MR. DINHOFER:  What is the word

8     in Hebrew.

9          A.    THE WITNESS:  Z-r-m-i-m.

10                   MR. DINHOFER:  That is just a

11    phonetic spelling of a word he cannot

12    translate.

13         A.    And also swelling.  I am also

14    suffering from loss of sensation, and

15    maybe I need physical therapy which may

16    help.  He refer me to the physical -- to

17    the therapist who located the next door

18    building and said to me that she is his

19    therapist.  I went to the physical -- to

20    the therapist, Mrs. Anne Long.

21         Q.    Mrs. Who?

22         A.    Long, Anne Long.  I was at her

23    office a few hours.  The only things that

24    she did to through all this hours, she put

25    my hand in a bath of water, the water from

```
 1                          GILADI
 2      the hose.  It was not -- is not hot water,
 3      not cold water.
 4           Q.     Luke warm?
 5           A.     Yes, from the hose, and after
 6      that she give me a three-minute massage on
 7      my hand.  Through all this hours that I
 8      was there, she just tried to -- she was
 9      talking about Dr. Strauch, and she told me
10      how good he is, to the point that I felt
11      that I do not want to hear any more about
12      that.  Also she tried to got some
13      information about my September 1997
14      injury.  I barely said any word about the
15      surgery or my problem that I had before
16      the surgery.
17                At the end, she give me
18      prescription of treatment, exercise that I
19      should do at home.  I am trying to drop
20      the translation.  She also told me why
21      Dr. Strauch did not report your condition
22      as an occupational disease because -- but
23      I was unable to respond to this question.
24      She didn't -- she did not give me any
25      appointment.
```

```
 1                        GILADI
 2         Q.    That is the end of that note?
 3         A.    That's correct.
 4         Q.    What were the home exercise
 5   prescriptions that she gave me?
 6         A.    To put my hand in the same water
 7   she put in there and to do the same thing
 8   and to move my hand inside of the water.
 9         Q.    Did you do them?
10         A.    Yes, I did.
11         Q.    For how long did you do those
12   home exercises?
13         A.    A long time.  I cannot tell
14   you.
15         Q.    More than a month?
16         A.    More than a month.
17         Q.    Were you working at this time?
18         A.    No.  I was not working.
19         Q.    That would include any type of
20   freelance work?
21         A.    I said I was not working.
22         Q.    All right.  You testified before
23   that you wrote this note at or around the
24   dates that you saw this therapist?
25         A.    That's correct.  I wrote in
```

```
 1                        G I L A D I
 2     January.
 3          Q.     What was the reason you decided
 4     to take this note back to Israel rather
 5     than leaving it in the United States?
 6          A.     I took all my stuff to Israel
 7     because I have no place here that I can
 8     put all my stuff, and I took all my stuff
 9     to Israel.
10          Q.     You had no place in your
11     apartment or your home to keep this note?
12          A.     I said I had a lot of stuff.  I
13     pack everything, and I took it out from
14     this country.
15          Q.     Can you spell the name of this
16     therapist?
17          A.     Long, L-o-n-g.
18          Q.     L-o-n-d?
19          A.     L-o-n-g I believe and Ann I
20     think is A-n-n.
21          Q.     After this date, did you ever
22     see this therapist again?
23          A.     As I said, she did not --
24          Q.     That is not my question.  Did
25     you ever see her again?
```

1                        GILADI

2          A.     No, I did not.  She didn't tell

3     me to come back.

4          Q.     Did you ever contact her to

5     schedule an appointment?

6          A.     No, she told me I had to do

7     everything at home, and it would be fine.

8          Q.     Did you ever discuss with

9     Dr. Strauch anything that transpired

10    during that visit?

11         A.     I really do not recall

12    everything I spoke with him about.  We had

13    a lot of conversation, and I did not

14    review my notes that I can tell you what I

15    said and what I did not say.  You have

16    everything in front of you.

17         Q.     Do you recall what was

18    significant about this visit that

19    compelled you to write this note?

20         A.     Yes, sure.  Her -- the way she

21    treated me.

22         Q.     I am sorry.  The what?

23         A.     The way she treated me.

24         Q.     How did she treat you?

25         A.     How?  I don't think -- I thought

```
 1                        GILADI

 2     that I was there for investigation more

 3     than for therapy.

 4          Q.     You felt that she treated you as

 5     if she was investigating something?

 6          A.     Yes.

 7          Q.     In what sense did you feel that

 8     way?  Why did you feel that way?

 9          A.     I -- why?  Being there for more

10     than an hour, and the only thing she talk

11     about was Dr. Strauch and about credential

12     and about who he is.  Why the patient have

13     to know that?

14          Q.     Did you feel it was unusual that

15     she was asking you about your '87

16     surgery?

17          A.     That's correct.

18          Q.     Why did you feel that this was

19     unusual?

20          A.     The questions she asked me and

21     the way she asked me sound to me a little

22     bit curious.

23          Q.     What about her questions with

24     respect to the 1987 surgery did you find

25     to be curious?
```

```
1                        GILADI
2        A.    I really do not remember
3   everything now.  You asked me why I wrote
4   the paper, the letter or the note.  I told
5   you why, my feeling at the time.  The
6   question I do not recall.
7        Q.    Was there anything about the
8   fact that she was questioning you about
9   the 1987 surgery that you felt was
10  significant?
11       A.    Because I felt she is not
12  talking about my condition.  At the
13  moment, I had the problem with my elbow,
14  and she discussing about something not
15  relative to what I am there for.
16       Q.    Did she put your elbow or your
17  hand in the water?
18       A.    She put everything, from my
19  finger up to -- she cannot do this one --
20       Q.    Up to the elbow?
21       A.    She put all my hand inside of
22  the water.
23            MR. DINHOFER:  The arm,
24  indicating the fingers through the elbow.
25       Q.    And this was the left hand and
```

```
 1                        GILADI
 2    elbow?
 3         A.    That's correct, and, just to
 4    clarify, she did not treat my wrist.  She
 5    treat only my elbow.
 6         Q.    But your entire arm was in the
 7    water; is that correct?
 8         A.    To be comfortable for the
 9    time -- period of time --
10         Q.    It is a yes-or-no question.
11         A.    Yes.
12         Q.    Thank you.
13               Turning to B 2, which
14    corresponds to A 1, I believe, do you have
15    that?
16         A.    Which one, A 1?
17         Q.    A 1.
18         A.    Okay.  January 10, 1992 -- on
19    July 10, 1992 --
20         Q.    It says January or July?
21         A.    July I said.
22         Q.    Continue.
23               THE WITNESS:  That is amazing.
24               MR. DINHOFER:  She reads better
25    than she let on.
```

```
 1                    GILADI
 2      Q.    Can you continue reading?
 3            MR. DINHOFER:  I am surprised
 4      that you can read the Hebrew.
 5            MS. ATLAS:  If you look, it is a
 6      different word than this.
 7            MR. DINHOFER:  How do you know
 8      it is July?  You told the judge you
 9      couldn't read this.  You gave an affidavit
10      to the court stating that the document was
11      elgible.
12            MS. ATLAS:  I never said that
13      every word in this is eligible, and I
14      think it is clear this is a different word
15      than January.  Okay.
16      Q.    Mr. Giladi, there is no question
17      to you.  Please read the note.  There is a
18      question asking you to read the note.
19      A.    On July 10, 1992, I was -- I
20      went to Dr. Strauch for a visit.  In this
21      visit, I informed him that I still
22      suffering from difficulty using my left
23      hand, and I am losing hope that the
24      condition will improve ever.  I feel that
25      my condition is getting worse, and I feel
```

```
1                        GILADI
2    not improvement, and I request from him to
3    help me.  I emphasized to him that usually
4    I do not complain about pain, but this
5    kind of pain that I have today there is
6    something that I never was experienced to,
7    and it is difficult to me to function in
8    my new condition.
9              I continued and told him that
10   the -- the condition or the new condition
11   had affecting the way I perform my work,
12   and my -- and the way I do my household
13   stuff, and if I be in Israel and I will be
14   called to military duty, I will not going
15   to be able to function there.  I asked him
16   to tell me the truth, what is happening
17   and why my condition is not improving,
18   just degenerating.  I claim -- no, he
19   claim -- sorry.  He said or he claimed
20   that I should be patient and to wait to
21   the condition to improve.  When I realized
22   that from him I am not going to get any
23   information, I called to the office of
24   Dr. Goodrich, and I made an appointment
25   for a visit.  On my medical examination
```

```
 1                        GILADI
 2   with Dr. Goodrich, he told me that this
 3   kind of surgery should not follow with the
 4   kind of pain that you are claiming,
 5   especially not requiring treatment with
 6   morphine or Demerol.
 7            Just to emphasize here, I am
 8   talking about the pain I was explaining to
 9   him immediately after surgery.
10       Q.    Is that in the note or are you
11   just explaining that?
12       A.    I am explaining that to you.
13       Q.    All right.
14       A.    In his opinion, when I wake up
15   from the surgery, with the signs -- is
16   this called signs or symptoms.  I really
17   do not know.  I do not know direct
18   translation to that in English.  I had --
19   they should have returned me to the
20   operating room, opened the wound, and to
21   look what happened to the nerve because
22   the symptoms or the signs, I do not -- as
23   I said, I do not know the word or
24   translation -- in my explanation or my
25   complaint, that I had clearly explained
```

```
 1                          GILADI
 2     injury to the nerve.  He said that this
 3     time he cannot continue to treat me
 4     because Dr. Strauch is superior, and,
 5     therefore, he asked me to go back to
 6     Dr. Strauch and to see if he willing to
 7     operate on me again to find out what
 8     happened to the nerve.
 9          Q.     When did you see Dr. Goodrich
10     for that appointment?
11          A.     In the period of time between I
12     saw Dr. Strauch and July 30.
13          Q.     How long before July 30 did you
14     see him?
15          A.     I really do not recall.
16          Q.     Was it within that week?
17          A.     I said I do not recall.
18          Q.     Do you have a copy of any office
19     records or reports written by Dr. Goodrich
20     on that exam?
21          A.     You have it.
22          Q.     I am asking you if you have a
23     copy of any reports or any records from
24     Dr. Goodrich?
25          A.     In my hand, no.
```

```
 1                           GILADI

 2        Q.      I am not asking in your hand.

 3   Do you have it in your possession

 4   somewhere, whether it is in Israel,

 5   whether it is in the States, in your

 6   possession?

 7        A.      I do not -- no, as I said,

 8   whatever I have my lawyer has.  The only

 9   thing I said before --

10        Q.      I am just asking you if you have

11   it.

12        A.      I said no.

13        Q.      The answer is you do not have

14   it?

15        A.      I said I do not know because I

16   don't know what I have in my boxes, and I

17   said to you from the beginning of the

18   conversation.

19        Q.      Did you ever obtain a copy of

20   any records from that exam from

21   Dr. Goodrich?

22        A.      From that exam?

23        Q.      Yes.

24        A.      I don't think so.  I do not

25   recall.
```