```
 1                        GILADI

 2          Q.      Is it your testimony on the

 3     basis of this note that Dr. Goodrich told

 4     you that the symptoms you were

 5     experiencing as of July 30, 1992 were

 6     related to the surgery that Dr. Strauch

 7     performed on your left hand?

 8          A.      That's correct.

 9          Q.      Did you ever discuss this

10     statement with Dr. Strauch?

11          A.      I told him that I saw

12     Dr. Goodrich.

13          Q.      Did you tell him --

14          A.      And I told him that I was told

15     that I had some injury to the nerve, and

16     he just shut me off.

17          Q.      I am sorry?

18          A.      He shut me off.  He doesn't want

19     to talk.  He didn't want to talk about

20     that.

21          Q.      Did Dr. Goodrich take any

22     pictures of your hand or your arm?

23          A.      Not that I recall.

24          Q.      Were you working as of July 30?

25          A.      July 30, yes, I was working.
```

```
 1                    GILADI
 2    Yes.
 3        Q.    Were you working in the same
 4    capacity that you had been working since
 5    before the surgery?
 6        A.    No.  Since the surgery, I am not
 7    the same person.
 8        Q.    Maybe it is my fault.  I didn't
 9    explain that, but I move to strike it as
10    nonreponsive.
11              MR. DINHOFER:  It was
12    responsive.  You just asked the wrong
13    question.
14              MS. ATLAS:  Can we stop with the
15    gratuitous comments, please.
16        Q.    As of July 30, 1992, your job
17    duties as they existed at that time, were
18    they the same as your job duties prior to
19    the surgery by Dr. Strauch?
20        A.    My job duties never changed
21    because my boss never want to change it.
22        Q.    So they were the same?
23        A.    As I said, my job duties never
24    changed.
25        Q.    Were they restricted in any
```

```
1                        GILADI
2    way?
3        A.    No.  My boss told me I can
4    resign if I cannot do the job.
5        Q.    From the time of the surgery up
6    until July 30, 1992, had you injured the
7    hand in any way?  Had there been any
8    trauma, had you injured the hand in any
9    way from the time --
10       A.    I was not --
11       Q.    It is just a yes-or-no
12   question.
13       A.    I said I did not hurt my hand.
14   I have got in this area, on my wrist, but
15   not here.
16       Q.    I didn't hear --
17       A.    I said maybe I did something
18   like that, like this (indicating).  You
19   are talking about if I hurt my hand.  I
20   could be hitting my -- my wrist and stuff
21   like that, but not my elbow.
22       Q.    Is it your testimony that you
23   hurt your palm?
24       A.    No, I did not say.  I said I
25   may.
```

```
 1                      GILADI

 2      Q.    It is a yes-or-no question.

 3      A.    No.

 4      Q.    You said no, and then you said

 5   you may have hit your palm?

 6      A.    I said I do not recall if I ever

 7   hit my left elbow -- my hand.  Put it that

 8   way.

 9           MR. DINHOFER:  That is what

10   happens when you talk too much.

11           THE WITNESS:  I know what you

12   are saying.

13      Q.    Turning to the note, which is

14   the B 3, which is the last page and I

15   believe corresponds to A 2, can you read

16   that verbatim into the record, please.

17      A.    January 15, 1993.  Following

18   Dr. Sadair request, and this is the best

19   translation, I went to Dr. Strauch, and I

20   told him that I underwent -- I had a

21   physical examination in Israel, and I was

22   being told there that I have injury to

23   the -- on the nerve.  I also told him that

24   the diagnosis was after I gave all the

25   information to the doctor in Israel that
```

```
1                        GILADI
2      the pain started immediately after my
3      awakeness from surgery, and my electric --
4      the same words, Zrmim that I said before,
5      and loss of sensation in the fingers 4 and
6      5.
7              I continued and I told that the
8      doctor in Israel claiming that it is -- in
9      his opinion, the injury occur -- the
10     injury to the nerve occur at the time of
11     surgery or at the time of the closing of
12     the surgery of the wound.  Dr. Strauch
13     objected to that, and said that this
14     cannot happen.
15              To his response I said, if this
16     so, so why do I have today pain that I
17     never had before up to the point -- up to
18     the moment I wake up from surgery.  At
19     this moment, he took my hand and tried to
20     evaluate my hand.  When he touched the
21     wounded area, which mean the elbow, I said
22     that I have pain, and then he responded
23     and asked how I dare to tell him that I
24     have pain in my elbow if the nerve not
25     there because I transpositioned the nerve
```

```
 1                        GILADI
 2    from its place.
 3              In this moment, I told him this
 4    is not information you told me after the
 5    surgery, that due to some problem during
 6    the surgery you did not transport the --
 7    transpose the nerve.
 8              At this moment, he looks at his
 9    medical record, at my medical record and
10    said that according to his medical record,
11    the nerve was transported, but based on
12    other information that he has and written
13    in his own handwriting, the nerve was not
14    transposed.  He also told me with regard
15    -- that the surgical report was not being
16    dictated by him after the surgery, and he
17    does not understand why his resident wrote
18    in his -- wrote that.  Wrote that.  He
19    also told me that the condition of my
20    nerve, the electronic condition of my
21    nerve, is going to change and maybe will
22    take a few years.  I reminded him that in
23    March the same year -- last year that he
24    told me that it will take nine months.
25              At this moment, he felt
```

```
 1                    GILADI
 2   uncomfortable and started to look at the
 3   EMG report from March of 1991 and claims
 4   that at that time I also had problem in my
 5   elbow.  My response was that at that time
 6   I did not have any pain.  Then I did not
 7   have any pain, but only because this
 8   finding, he did the surgery on my elbow,
 9   and why today I am suffering from pain,
10   weakness and also loss of sensation that I
11   did not have earlier before the surgery.
12   He refused to respond and asked me to
13   repeat my EMG by his friend Dr. Berger,
14   and until -- and before -- and until I am
15   not going to do this medical -- this
16   examination, he was not going to be able
17   to see me.
18        Q.    Just for the record, my copy of
19   this page is cut off it looks like.
20        A.    Yes, I know.
21        Q.    I don't know how much is cut off
22   on the bottom.
23        A.    The last line.
24        Q.    Maybe we will make a copy during
25   a break or at the end.
```

```
 1                      GILADI

 2              MR. DINHOFER:  Not a problem.

 3         Q.    Did the examination that you are

 4    talking about in this note by Dr. Strauch

 5    take place on January 15, 1993?

 6         A.    I believe so, but I am not

 7    sure.  I cannot testify to that.

 8         Q.    Could it have been much before,

 9    more than a week before?

10         A.    I don't think so because I did

11    it exactly after I came back to Israel,

12    and this is the same neighborhood.

13         Q.    How were you referred to

14    Dr. Sadair?

15         A.    I was being referred -- I was

16    looking for a doctor in Israel, and my

17    brother told me to go to him.

18         Q.    What is your brother's name?

19         A.    I have too many brothers.  I do

20    not remember who from my brothers told me

21    that.

22         Q.    Is this the same brother who

23    located the record?

24         A.    I have to many brothers.  I do

25    not remember who did that.
```

1                            GILADI

2        Q.     How many brothers do you have?

3        A.     I have three brothers.

4        Q.     When did you see Dr. Sadair?

5        A.     I believe December 31.  I cannot

6   testify to that exactly, but this is my

7   belief.

8        Q.     Did Dr. Sadair ever ask you to

9   provide him with copies of your records

10  from Dr. Strauch's surgery?

11       A.     I may or may not have shown him

12  the surgical report.  I cannot testify to

13  that.  I --

14       Q.     Did you have a copy of the

15  surgical report?

16       A.     I said I cannot testify to that.

17       Q.     I am asking you if you ever --

18       A.     I don't recall.

19       Q.     Did you ever obtain a copy of

20  the surgical report from Dr. Strauch?

21       A.     No, I did not -- no, I did not.

22  From Dr. Strauch himself, I never got the

23  report.

24       Q.     Or his office or the hospital.

25       A.     I got from the hospital.  As I

```
 1                    GILADI
 2    said, I do not recall if I show it to
 3    Dr. Sadair.  If I had before I saw
 4    Dr. Sadair or after, I cannot testify to
 5    that.
 6         Q.    Is it your testimony based on
 7    this note that Dr. Sadair told you that
 8    the nerve was not transposed, just so I
 9    understand your note correctly?
10         A.    He told me that the nerve was in
11    the same position originally -- where it
12    originally was been when I was born to his
13    opinion.
14         Q.    Was that based on a physical
15    examination?
16         A.    That's correct.
17         Q.    Is Dr. Sadair a surgeon?
18         A.    He is a neurologist.
19         Q.    Had you ever seen a neurologist
20    in Israel before seeing Dr. Sadair?
21         A.    No.
22         Q.    For any problem?
23         A.    Not that I recall.
24         Q.    And is it your testimony based
25    on this note that Dr. Strauch told you
```

GILADI

that the nerve had not been transposed?

        A.    As I said before, he told me
that he located the nerve in the same
position where the nerve was when I was
born, meaning that the nerve was in the
same location.

                MR. DINHOFER:  She is asking
about Strauch now.

        Q.    I am asking about Dr. Strauch.

        A.    I am sorry.  Repeat the
question.

        Q.    Is it your testimony based on
this note that Dr. Strauch told you that
the nerve had not been surgically
transposed?

        A.    It is correct.

        Q.    And what other information did
Dr. Strauch refer to when he told you
this?

        A.    I do not understand your
question.

        Q:    You said that Dr. Strauch
referred to other information to tell you
that the nerve was not transposed.  What

```
 1                          GILADI

 2    information are you talking about?

 3         A.    He -- this is what he say.  He

 4    said based on what I have in front of me,

 5    the nerve was not being transposed.  What

 6    kind of information, I do not know.

 7         Q.    You don't know what he was

 8    referring to?

 9         A.    No, I do not know.

10         Q.    Is it your testimony based on

11    this note that Dr. Strauch told you that

12    the resident had incorrectly written the

13    note saying that the nerve had been

14    transposed?

15         A.    As I said, he did.

16         Q.    I just want to clarify the

17    note.

18         A.    As I said, he told me what I

19    told you before.

20         Q.    Is that a correct statement?

21         A.    It is a correct statement.

22         Q.    As of July 15, 1993, you had

23    complaints of pain in the wrist?

24         A.    I did not say complaint in the

25    wrist.  I said complaint in the elbow.
```

44

```
 1                        GILADI

 2        Q.    Was it a constant pain?

 3        A.    I had the pain all the time, but

 4   a variety of levels.

 5        Q.    As of July 1993, did you have

 6   any pain in the hand, any of the fingers

 7   of the hand?

 8        A.    I do not understand your

 9   question.

10        Q.    As of July of 1993, when you

11   wrote this note, did you have any pain --

12             MR. DINHOFER:  No, this is

13   January.

14        A.    It is not July.

15        Q.    I am sorry, January of 1993.

16        A.    That is why I am confused.

17        Q.    I am sorry.  It is my error.

18             MR. DINHOFER:  Let's go back to

19   the proceeding question then, too.

20        Q.    I am sorry.  That was my

21   misstatement.  As of January of 1993, when

22   you wrote this note, did you have pain in

23   the elbow?

24        A.    Yes, I had pain in my elbow.

25        Q.    All right.  As of January of
```

45

```
 1                    GILADI
 2    1993 when you wrote this note, did you
 3    have pain in the fingers of the hand?
 4        A.    Fingers of the hand.
 5        Q.    The left hand.
 6        A.    The pain I had is in my elbow.
 7    That is the pain I had.  Pain -- I never
 8    complained about pain in my fingers.  I
 9    complained about pain in my elbow.
10        Q.    So since the surgery by
11    Dr. Strauch up through January of 1993,
12    you never had any pain in the fingers?
13        A.    When you are talking about pain
14    in my fingers, what you refer to pain in
15    my fingers?
16        Q.    You described pain in your
17    elbow.  Did you ever have any pain in your
18    fingers?  I don't think that is any
19    different.
20        A.    No, it is a difference.  We are
21    talking about --
22        Q.    You used the word "pain." Did
23    you ever have any pain in your fingers?
24    Did it hurt?  Did your fingers ever hurt
25    since the time of the surgery on the left
```

```
1                         GILADI

2    hand?

3         A.     If my fingers hurt if when I got

4    fatigue or tired?  I do not understand the

5    question.  The question is not clear

6    enough, and when I am talking about my

7    elbow pain, it was special pain that I

8    had.  Pain you get all the time everywhere

9    in your body, so I do not understand your

10   question.  I am sorry.

11        Q.     Since the time you had the

12   surgery by Dr. Strauch, you said you had

13   pain in the elbow, constant pain.  Did you

14   ever have any pain in your fingers?

15        A.     Put it this way:  I was more

16   concerned about the pain in my elbow.  I

17   was not concentrating on any other pain.

18   If I had or didn't have it, I do not

19   recall.

20             MS. ATLAS:  Move to strike.

21        Q.     As of January of 1993, were you

22   experiencing any pain in your wrist, the

23   left wrist?

24        A.     At the time I worked.

25        Q.     It is a yes-or-no question.
```

1                    GILADI

2        A.    Yes.

3        Q.    Did you have any pain in your

4    left wrist in January of 1993?

5        A.    I said when I was working.

6        Q.    When you were working?

7        A.    Yes, I went back to work.

8        Q.    These are yes or no questions.

9    This is not a colloquy.  I am just asking

10   if you complained of any pain in your left

11   wrist as of January of 1993.

12            MR. DINHOFER:  He answered the

13   question.

14       Q.    Is it your testimony that when

15   you worked you had pain in your left

16   wrist?

17       A.    That's correct.

18       Q.    Was that when you lifted

19   things?

20       A.    I do not recall what I did at

21   the time.

22       Q.    When you had the conversation

23   with Dr. Strauch that is referred to in

24   this note, was anybody else present

25   besides yourself and Dr. Strauch?

```
 1                    GILADI

 2      A.    No.

 3      Q.    At the time that you had this

 4   conversation with Dr. Strauch --

 5      A.    Put it this way, I do not

 6   recall, but I -- you asked me if somebody

 7   there?

 8      Q.    You don't recall?

 9      A.    I thought no.

10      Q.    As of January of 1993, were you

11   experiencing any pain in the right hand or

12   elbow?

13      A.    I have a question here --

14      Q.    Why don't you talk to your

15   lawyer.

16            THE WITNESS:  This is not

17   relating to my notes.  She is asking

18   questions about a lot of stuff not related

19   to my notes.

20            MS. ATLAS:  You are talking

21   about an exam with Dr. Strauch.

22            THE WITNESS:  I thought it was

23   about the translation.

24            MR. DINHOFER:  She can inquire

25   about matters that flow from the notes.
```

```
 1                        G I L A D I
 2              THE WITNESS:  I have never been
 3      to a deposition before.
 4              MR. DINHOFER:  I do not agree
 5      with the judge's decision, but that is the
 6      analysis I have of the order at this
 7      moment.
 8              Let her ask a question.  Read
 9      back the question.
10              (Record read.)
11      A.      January 1993?
12      Q.      Yes.
13      A.      I do not recall.
14              MR. DINHOFER:  I just want to
15      note for the record that I have explained
16      to your clerk I have a 2 o'clock court
17      appointment, and I told her that I would
18      go until 1:30.  She said it would have
19      been more than enough time.  At this rate,
20      I don't see that.
21              MS. ATLAS:  My clerk never
22      relayed that information to me.
23              MR. DINHOFER:  We moved it to 11
24      o'clock as a convenience to your office.
25              MS. ATLAS:  Nobody relayed that
```

50

1                              G I L A D I

2      to me.  I appreciate the convenience of

3      doing it at 11 o'clock.  No one ever

4      related that to me.  I would have come at

5      10 o'clock if it was going to be a

6      problem.  Off the record.

7                    (Discussion off the record.)

8                    MS. ATLAS:  Back on the record.

9           Q.    Did you ever write notes during

10     this time that you wrote this one on a

11     word processor or computer?

12          A.    I may wrote some notes, but I do

13     not -- not related to this.  I do not --

14     as I said before, sometime I did it on

15     word processor or sometime I do it in

16     handwriting.

17          Q.    In 1992 and 1993, did you ever

18     write any notes on a computer or word

19     processor having anything to do with care

20     you received by Dr. Strauch?

21          A.    I do not recall.

22          Q.    Have you ever conducted a search

23     of any disks or anything to determine

24     whether you did write such notes?

25          A.    As I said before, a lot of my

51

                        GILADI

1
2    stuff was damaged, so I cannot search it,

3    so I couldn't tell you.

4        Q.    Have you ever conducted a search

5    for anything kept on a computer or word

6    processor that would include disks or

7    anything?

8        A.    As I said, all my stuff that I

9    sent overseas got damaged, and if it is a

10   disk, I cannot put in the computer because

11   it was damaged.

12       Q.    Your disks were also damaged?

13       A.    It was boxes.  They were also

14   damaged.

15       Q.    You kept everything, even the

16   disks, in with the notes?

17       A.    It was in boxes.

18       Q.    Do you have any notes or any

19   disks in the United States?

20       A.    I was not looking.  I do not

21   know.

22            MS. ATLAS:  I would ask that a

23   search be conducted.

24            MR. DINHOFER:  I would note that

25   you haven't laid a proper foundation as to

1                          GILADI

2     that search.  You don't know if any notes

3     were kept on a disk.

4                 MS. ATLAS:  He doesn't recall.

5                 MR. DINHOFER:  You jumped the

6     gun.

7         A.     I said before --

8                 MR. DINHOFER:  Let her ask you a

9     question.

10        Q.     In either 1991, 1992 or 1993,

11    did you ever write any notes on a computer

12    or a word processor with respect to any

13    aspect of your medical care, your medical

14    condition?

15        A.     I do not think so.  I do not

16    recall.

17                MS. ATLAS:  I think that was

18    appropriate foundation.

19                MR. DINHOFER:  That doesn't say

20    it was saved on a disk and then written

21    and transposed on to paper and disposed of

22    it.

23                MS. ATLAS:  He doesn't know if

24    he wrote the notes.

25                MR. DINHOFER:  You haven't

```
 1                        GILADI
 2    established a foundation that a disk
 3    exists.
 4         Q.    Do you have any disks at home at
 5    the present time.
 6              MR. DINHOFER:   Which contain
 7    notes of the care and treatment you
 8    received at the time?
 9         A.    No.
10         Q.    Have you looked for those?
11         A.    If I looked for that?
12         Q.    How do you know that--
13         A.    Because everything that I had
14    until --
15         Q.    How do you know that you have no
16    disks?
17         A.    Even from 1993, whatever I had,
18    everything is in Israel, and when I went
19    to Israel, I looked for my notes, and this
20    is what I have with me.
21         Q.    Is it correct then any notes or
22    any disks having to do with any aspects of
23    your medical care were sent to Israel?
24         A.    What everything related to --
25              MR. DINHOFER:   He didn't keep
```

1                          GILADI

2    any notes.  I object to the question.  He

3    didn't keep any disks.  I am sorry.  He

4    said that already.

5          MS. ATLAS:  He said everything

6    he had was sent to Israel.

7          MR. DINHOFER:  He did not say

8    the word "disks."  I object to your

9    question.

10         MS. ATLAS:  I would request that

11   a search be conducted of any disks that

12   you have in the United States or Israel to

13   determine whether there is anything on any

14   disk or on the commuter.

15      A.    I said --

16         MR. DINHOFER:  You don't answer

17   her.  She is asking me for something right

18   now, and I am objecting to the question

19   because it is without foundation.

20      Q.    Did you ever see Dr. Berger for

21   EMGs?

22      A.    Yes, I saw him only once in

23   March of 1991 or in there -- before

24   surgery.

25      Q.    Did you ever see him after the

1                           GILADI

2      time the note was written?

3          A.      No.    After that, I did not see

4      him.

5          Q.      You described in your note

6      Dr. Berger as Dr. Strauch's friend?

7          A:      This is what I was being told by

8      Dr. Strauch.

9          Q.      Did he use the word friend?

10         A.      Yes, he said to me go to my

11     friend.

12         Q.      All right.   Is it correct that

13     these are the extent of the notes that you

14     have?

15         A.      I do not understand --

16         Q.      The original notes that you have

17     that you produced here that we just talked

18     about.

19         A.      I do not understand the

20     question.

21         Q.      We just finished the notes from

22     January 15, 1993.   Are these the only

23     notes that you have maintained in the

24     original that you have produced here?  Do

25     you have any other original notes as to

```
 1                    G I L A D I

 2   your care and treatment?

 3                    MR. DINHOFER:  I object to the

 4   form of the question.

 5        A.    I do not understand the

 6   question.

 7                    MR. DINHOFER:  I object to the

 8   form of the question.  Wait.

 9        Q.    Your attorney has provided me

10   with copies of other notes that have been

11   marked as Defendants' Exhibit B.

12                    I will go with the first one in

13   terms of chronology of what was shown to

14   me.

15                    MR. ATLAS:  Do you want to show

16   him your copies and compare them and mark

17   them because he needs something to testify

18   with?

19                    MR. DINHOFER:  Let's compare it

20   to yours to make sure we are referring to

21   the same page and that they are in the

22   same order.

23                    MR. DINHOFER:  Let's take a

24   break.

25                    (Recess taken.)
```

```
 1                         G I L A D I
 2                (Defendants' Exhibit D 1 marked
 3        for identification.)
 4      BY MS. ATLAS:
 5           Q.      Read it verbatim into the
 6      record.
 7           A.      Friday, March 1991.  I went to
 8      an examination by Dr. Berger.
 9           Q.      I am sorry, Dr. Berger?
10           A.      Berger.  I asked assistant.  She
11      told me that the examination did not find
12      anything special that I should be aware
13      from it, just minor changes at the area of
14      the elbow -- sorry, the wrist and elbow,
15      and that showing that I have pressure on
16      the nerve.  She told me to go my treating
17      physician to get better description of the
18      situation.
19           Q.      Do you want to continue with the
20      second note on the page.
21           A.      February 25, 1991, I met with
22      Dr. Strauch today with regard to pain that
23      I have in my finger from my thumb to my
24      middle finger that occur after prolonged
25      working.  I told Dr. Strauch that in
```