```
 1                        GILADI
 2    September of 1987 I had injury home and I
 3    underwent surgery by his friend
 4    Dr. Goldstein from Einstein.  After
 5    physical examination, he refer me to
 6    Dr. Berg for electronic testing, for EMG
 7    to find out what was going on.
 8         Q.    Is it correct that the original
 9    of this page from your testimony was
10    destroyed in the flood, to your
11    knowledge?
12         A.    That's correct.
13         Q.    When was the last time that you
14    remember seeing the original of this
15    page?
16         A.    I really do not recall.
17         Q.    The first note you said is dated
18    Friday, March 1991?
19         A.    There is two notes copied
20    together.
21         Q.    The top note that you first
22    read, you said was dated Friday, March
23    1991.  Do you have any recollection of the
24    date in March?
25         A.    After the examination, maybe the
```

```
 1                        GILADI

 2   day of the examination.  I do not know.

 3      Q.    Which note was chronologically

 4   written first?

 5      A.    As I said, it is two notes put

 6   together for the Xerox.  It is two

 7   separate notes.

 8              MR. DINHOFER:  The question was

 9   which one was written first, the top one

10   or the bottom one.

11      A.    The lower one.

12      Q.    Just so I understand you

13   correctly, is it correct then that these

14   notes were two different pages, sheets of

15   paper?

16      A.    That's correct.

17      Q.    And the one on the bottom from

18   February was written first?

19      A.    Correct.

20      Q.    Who referred you to

21   Dr. Strauch?

22      A.    Dr. Hall.

23      Q.    H-a-l-l?

24      A.    That's correct.

25      Q.    Is Dr. Hall affiliated with
```

```
 1                        GILADI

 2   Montefiore or Einstein?

 3        A.      He used to work with

 4   Dr. Strauch.

 5        Q.      Is Dr. Hall a plastic surgeon?

 6        A.      That's correct.

 7        Q.      Had you ever seen Dr. Hall as a

 8   patient?

 9        A.      No.

10        Q.      You knew Dr. Hall from your

11   professional work at Einstein?

12        A.      That's correct.

13        Q.      Are there any notes that you

14   have copies of that were written before

15   February 25, 1991?

16        A.      With regard to Dr. Strauch?

17        Q.      Anything that you have provided

18   us with copies.

19             MR. DINHOFER:  Are any of these

20   notes that comprise Exhibit B written

21   prior to this note?

22        A.      I don't think so, no.

23        Q.      Why don't you look through them

24   just to --

25             MR. DINHOFER:  Take a look
```

```
1                        GILADI

2     through them real quickly just to verify

3     whether there is any of them dated before

4     this note.

5                    (Pause.)

6          A.     No.

7          Q.     Are these the only notes, and

8     when I say these, I am referring to the

9     entire Defendants' Exhibit B, that exist

10    that contain any mention of complaints

11    that you had with respect to your left arm

12    or hand?  Did you ever write any other

13    notes that related to pain in the left

14    hand or arm?

15         A.     Pain in my left elbow.  You are

16    talking about pain in my left hand?

17         Q.     Or elbow or arm.  Did you ever

18    keep any other notes other than what we

19    have here in just Defendants' Exhibit B?

20         A.     Not that I recall.

21         Q.     What was significant to you that

22    prompted you to write the note of February

23    25, 1991?

24         A.     The situation of September '87

25    injury that I was being questioned on that
```

1                          GILADI

2       issue, and I just want to make a note to

3       myself what I said and what was being

4       told.

5           Q.    What was significant to you

6       about being questioned about the 1987

7       injury?

8           A.    Because I came with complaints

9       because when I am working for a long

10      period of time I have pain in my three

11      fingers, and I didn't think it was related

12      to my injury of 1987.

13          Q.    The September of 1987 injury was

14      to the same arm, correct?

15          A.    That's correct.

16          Q.    Did you write any note at any

17      time in 1987 about that injury or about

18      the surgery in 1987?

19          A.    No.

20          Q.    Did you ever write any notes

21      before February of 1991 having to do with

22      your left hand or arm?

23          A.    As I said, not that I recall

24      that I had.  No.

25          Q.    I am not asking if you have.  I

```
 1                        GILADI
 2   am just asking if you ever wrote any.
 3        A.    I do not recall.
 4        Q.    When you and your brother found
 5   the copies of these notes that have been
 6   produced here, were these among other
 7   notes that were in the same pile, the same
 8   grouping?
 9        A.    As I said before, I did not find
10   them with my brother.  My brother
11   independently found them when I was asking
12   to look through my record.
13        Q.    Were you present when he found
14   them?
15        A.    No.  As I explained to you, I do
16   not know from where and which.
17        Q.    Were these, and when I say
18   these, I am referring to Defendants'
19   Exhibit B were these the only pages he
20   presented to you or were there others?
21        A.    That's correct.
22        Q.    Let's go to the second sheet.
23   Maybe we should compare to make sure we
24   are talking about the same sheet.
25        A.    I would like to clarify
```

```
 1                    GILADI
 2    something --
 3                MR. DINHOFER:  Wait until she
 4    asks a question.
 5                MS. ATLAS:  Mark this as D 2.
 6                (Defendants' Exhibit D 2 marked
 7    for identification.)
 8        Q.    Can you read that verbatim,
 9    please?
10        A.    Okay.  July 19, 1991.  I revisit
11    Dr. Strauch in order to get some
12    information about the test that I had in
13    March by Dr. Berger.  During our
14    conversation, Dr. Strauch told me that I
15    have pressure on my -- on ulna nerve and
16    median nerve on both hands.  He raised the
17    opportunity that I may need to go for
18    surgery to release the ulna nerve and in
19    the wrist, but before that he would like
20    to do some testing by injecting steroid,
21    and, if this not going to help, I will
22    need to go for surgery.  I signed on form
23    that I willing to have the procedure, and
24    during the procedure the nurse was in the
25    room.
```

```
1                        GILADI
2        Q.      Is that it?
3        A.      That's correct.
4        Q.      Did Dr. Strauch tell you
5   anything further on that visit, on that
6   date about the surgery, what it would
7   consist of?
8        A.      He said he doesn't know, but he
9   think I should have the surgery for my
10  wrist.  This is only way he is going to do
11  the steroid injection.
12       Q.      What did he tell you about the
13  surgery?  What, if anything, did he tell
14  you at that time?
15       A.      Nothing.
16       Q.      Did you ask him what type of
17  surgery he was talking about?
18       A.      It was not -- no, it was not an
19  issue that I am going to -- He said I
20  may.  So if I may, I am not going to ask.
21       Q.      You said that Dr. Strauch told
22  you that you had pressure on both hands,
23  the nerves on both hands; is that
24  correct?
25       A.      That's correct.
```

```
 1                    GILADI
 2         Q.    Did he ever recommend surgery on
 3    both arms?
 4         A.    No.
 5         Q.    Did he ever discuss --
 6              MR. DINHOFER:  Are you talking
 7    about on the occasion --
 8              MS. ATLAS:  On this visit.
 9         A.    No, he said only on my left, and
10    he said only for my wrist.
11         Q.    Did he tell you the status of
12    the nerves on your right hand or arm?
13         A.    No, we did not even discuss the
14    issue.  He said that I have pressure on
15    both hands.  He said you have bilateral
16    something, carpal tunnel syndrome.
17         Q.    He said you have bilateral --
18         A.    He said you have bilateral
19    pressure on the nerve, something like
20    that.  I don't remember word by word.
21    What I have in front of me, that is what I
22    remember.
23         Q.    Can you describe the nurse who
24    was in the room on that date?
25         A.    Yes, she is -- I think she had
```

```
 1                          GILADI
 2     dark hair.  She is not tall, and she is
 3     not fat.
 4          Q.    Do you know her name?
 5          A.    No, I do not recall.
 6          Q.    Can you tell me if she was a
 7     young woman or middle-aged?
 8          A.    She was middle-aged.
 9          Q.    Did she say anything during the
10     time you were with Dr. Strauch?
11          A.    No.
12          Q.    Did Dr. Strauch inject your
13     hands, your wrist with steroids?
14          A.    I turn my head, so I do not
15     know, but I got --
16          Q.    Did he give you some type of
17     injection?
18          A.    Yes, he did.
19          Q.    How many times either on this
20     visit or subsequent to this visit did he
21     inject you?
22          A.    The only -- that is the only
23     time he injected.
24                (Nothing about joking, fix
25     that).
```

1                    GILADI

2              MS. ATLAS:  Let's mark the next

3    page.

4              (Defendants' Exhibit D 3 marked

5    for identification.)

6         Q.    Go ahead.

7         A.    July 31, 1991.  On my regular

8    visit today with Dr. Strauch, I told him

9    that I have some improvement.  He told me

10   that I have to wait a few months, and, if

11   there was no further improvement, I should

12   return to him for surgery on my wrist.

13        Q.    Again, did you discuss with him

14   at this time this proposed surgery?

15        A.    No.  This visit was a few

16   seconds, a few minutes.  It was not --

17        Q.    The copy of the paper that you

18   have that has been marked as D 3 appears

19   to be written on a piece of paper that was

20   cut off in the middle.  Was there anything

21   written on the bottom of that page?

22        A.    Maybe something related to

23   work.

24              MR. DINHOFER:  Do you have any

25   specific knowledge of what was written or

```
1                        GILADI
2    are you guessing?
3                  THE WITNESS:  No.
4                  MR. DINHOFER:  Don't guess.
5         A.    I do not remember.
6         Q.    Was there something else written
7    on this page?
8                  MR. DINHOFER:  Do you know
9    whether there was something written on the
10   bottom of this page?
11        A.    No, I do not.
12        Q.    In general, looking at these
13   records, did you go through what your
14   brother gave you and take out certain
15   things, other than other notes that you
16   felt might not be related to this case?
17        A.    No, I did not.
18        Q.    So what has been produced as
19   Defendants' Exhibit B and what we are
20   marking here, this is the sum total of
21   what your brother gave you?
22        A.    That's correct.
23        Q.    When you asked your brother to
24   look for records, did you ask your brother
25   to pull or take only those records that
```

```
 1                        GILADI
 2    had to do with your care in this case?
 3         A.    I do not recall what I told him
 4    on the phone when I was being told, and I
 5    do not recall what my brother did or my
 6    family did.
 7         Q.    Did you ask your brother to look
 8    for these records?
 9         A.    I was being told that I need to
10    produce it to the court by my attorney.
11         Q.    What were you told needed to be
12    produced?
13         A.    I need to produce --
14              MR. DINHOFER:  No, what I told
15    him is objectionable.  This is a
16    privilege.  Come on.
17         Q.    Then tell me what you told your
18    brother.
19         A.    I told my brother I need some
20    records to -- to go through my records and
21    to see -- I do not recall.  As I said, it
22    was a long time ago.  It was almost year.
23    I do not know.  A few months went by.  I
24    do not recall.
25         Q.    These records were provided to
```

```
 1                        G I L A D I
 2   us in October.  When did you tell your
 3   brother to produce these records?
 4        A.    When my lawyer told me that I
 5   have to produce some record after my
 6   deposition.
 7        Q.    And you have no recollection at
 8   all what you told your brother you needed
 9   to get?
10        A.    We talk about a lot of things.
11   I do not talk only about my -- this
12   current situation.
13        Q.    Does your brother live in
14   Israel?
15        A.    All my family lives in Israel.
16   I think at that time I spoke with my
17   mother and also -- I do not know who I
18   spoke with.  As I said, I spoke with my
19   family.
20        Q.    Were these records in your
21   mother's home or apartment?
22        A.    I really do not -- I think in my
23   mother's home, I think in my brother's.
24   Wherever I had space I put stuff.
25        Q.    You do not know where the --
```

```
 1                        GILADI
 2        A.    The original of this one.
 3        Q.    -- original or copies of any
 4   papers --
 5        A.    As I said, I shipped everything
 6   to Israel, and they did what they felt
 7   comfortable with my stuff because I am not
 8   there, and I do not know what they do.  I
 9   have stuff --
10        Q.    You have no idea where your
11   personal papers are in Israel?  They could
12   be anywhere.
13        A.    With my family.
14        Q.    But you have no idea where?
15        A.    I am not looking for them.  I do
16   not know where at the moment.
17        Q.    Do you keep any of your personal
18   papers in the United States?
19        A.    The only things I have is only
20   since I came back from Israel.
21        Q.    When was that?
22        A.    It was in 1994.
23        Q.    You haven't been to Israel since
24   1994?
25        A.    No.  No.  I was in Israel for a
```

```
 1                          GILADI
 2    long period of time.
 3         Q.    My question was:  Do you keep
 4    any personal papers in the States; any
 5    notes that you keep, do you keep any of
 6    them in the States?
 7         A.    From what period?  From what?
 8         Q.    Any notes, any notes that you
 9    have taken since 1990 to the present.
10              MR. DINHOFER:  Related to this
11    case.
12         A.    As I said originally, everything
13    I had in my possession until November of
14    1993, they are not in the United States.
15         Q.    Do you still take notes relating
16    to any complaints you might have about
17    your hands or your arm or medical
18    treatment you are receiving?  Do you still
19    take notes?
20         A.    No, I am not taking notes about
21    that anymore.
22         Q.    When was the last time you wrote
23    any notes having anything to do with
24    medical care or physicians you have spoken
25    to or visited?
```

```
1                        GILADI

2       A.    I think it was in April of --

3   before I went to Israel in 1993.

4       Q.    Since April 1993 up to the

5   present, you haven't written any notes

6   having anything to do with medical care or

7   treatment or complaints you may have?

8       A.    I do not recall that I did.

9       Q.    Was there a specific reason you

10  stopped writing these notes after April

11  1993?

12      A.    I felt -- I was having other

13  things in my head, and that I -- I do not

14  recall why.

15      Q.    Let's go to the next page.

16            MR. DINHOFER:  Which page?

17            MS. ATLAS:  Let me see your

18  page.

19            (Defendants' Exhibit D 4 marked

20  for identification.)

21      Q.    Looking at D 4, this appears to

22  be a page ripped or clipped from a

23  notebook or spiral notebook; is that

24  correct?

25      A.    That's correct.
```

```
 1                    GILADI
 2          MR. DINHOFER:  As are D 2 and D
 3     3.
 4     Q.     Were there any other notes that
 5     were written on this page?
 6     A.     I do not recall.
 7     Q.     In looking at Exhibit D 4 as
 8     provided by your counsel, is this the
 9     exact page that was provided to you by
10     your brother?
11     A.     I do not understand the
12     question.
13     Q.     Is what you are looking at that
14     was marked as D 4 the exact page of what
15     was provided to you by your brother?
16     A.     Is this the copy I received?  I
17     do not know if this is exactly the same
18     page, but this is what I got.
19     Q.     Did your brother or did you ever
20     ask your brother if he had made this
21     copy?
22     A.     As I said, originally, maybe.  I
23     did everything before I shipped the
24     stuff.  Maybe my brother did.  I do not
25     know who made the copies.  I do not recall
```

1                         GILADI

2      which copies I made, which copy he made.

3      If he ever did, I do not know.

4          Q.    So I understand, you wrote the

5      note in the United States.  You made the

6      copy in the United States and shipped the

7      original and the copy to Israel?

8                  MR. DINHOFER:  That is not what

9      he said.

10         A.     That is not what I said.

11         Q.     Tell me when you made the copy.

12         A.     I said before I shipped stuff

13     overseas, a few things that were relevant

14     to me that were not going to be damaged

15     that were important, I made copy or I made

16     copies so, if one disappear, the other one

17     will exist.

18         Q.     So you made copies in the United

19     States?

20         A.     I do not recall which pages I

21     made and which I didn't made.  To my

22     recollection, I think I made copies, and I

23     sent it overseas to make it clear.

24         Q.     Where did you make the copies?

25         A.     On a copy machine.

                              GILADI

1

2       Q.      At Albert Einstein?

3       A.      I do not recall where I get the

4    copy.

5       Q.      Did you keep any of the copies

6    of these notes in the United States?

7       A.      As he said, until -- everything

8    I had until November 1993, everything was

9    in Israel.

10      Q.      Can you read the note beginning

11   with the date, please.

12      A.      I went to --

13      Q.      What is the date, please?

14      A.      October 11, 1991.  I went to

15   Dr. Strauch, and during the visit

16   Dr. Strauch told me that I have to go for

17   surgery on my wrist to release the median

18   nerve.  He also told me that, as I already

19   will be in the operating room, then it is

20   recommended that I will go for surgery on

21   my ulna nerve at the elbow, something that

22   I will need to do in the future.  He

23   explained to me that after the surgery, I

24   will be in a cast for three weeks, and

25   after the cast will be removed the

1                         GILADI

2       condition of my hand will be the way I was

3       when I was born.  I signed on form.

4            Q.     I am sorry.  The way that you

5       were when you were --

6            A.     With no problem.  I signed on

7       the form for the surgery because I had

8       difficulty to read the forms due to some

9       problem in my eyes.  I asked the doctor,

10      Dr. Strauch, to explain to me what I am

11      signing for, and he told me that this is

12      only a verification that you are giving

13      for us to do the surgery or release that

14      we can go to make the surgery that we just

15      spoke about.

16           Q.     Anything else?

17           A.     No.

18           Q.     You said you had difficulty

19      reading the form because you had a problem

20      with your eyes.

21           A.     Yes.

22           Q.     What type of problem did you

23      have with your eyes?

24           A.     What I had?  I had some -- I do

25      not know exactly what the problem I had,

```
 1                    GILADI

 2    but I know on October 29 I had surgery on

 3    my eye.

 4        Q.    What kind of surgery did you

 5    have with your eyes?

 6        A.    Removal of something from my

 7    eye.

 8        Q.    What was removed from your eye?

 9        A.    Actually, I do not know.  You

10    need to talk with my doctor.

11        Q.    Who was the doctor that

12    performed the surgery?

13        A.    Dr. Myer.

14        Q.    Can you spell that?

15        A.    I do not know how to spell it.

16        Q.    Where did the surgery take

17    place?

18        A.    Montefiore.

19        Q.    Was that on the Einstein campus

20    or the Moses campus?

21        A.    No, this is at Montefiore

22    Hospital.

23        Q.    Was it ambulatory surgery or did

24    you stay overnight?

25        A.    Ambulatory.
```

```
 1                        GILADI

 2        Q.      Which eye was operated on?

 3        A.      The left eye.

 4        Q.      Did you have any difficulty with

 5   the right eye as of October 11?

 6        A.      No, I do not have problem with

 7   my right eye.

 8        Q.      And when you looked at the form

 9   on October 11 or at the time that

10   Dr. Strauch asked you to sign it, were you

11   able to read any of the words?

12        A.      As I said at my deposition, I

13   was able to read.  I didn't understand the

14   English, so I asked also -- this is

15   another reason why I asked for the form to

16   be explained to me.

17        Q.      You didn't understand the

18   English on the form --

19        A.      I said I was trying to read --

20        Q.      -- or your eye hurt you?

21        A.      It was difficult to me, and I

22   was trying to read, and I did not

23   understand, and he was pushing for me to

24   finish to read it, and I said I cannot

25   read it fast, and I cannot understand, so
```

```
1                              GILADI
2     I told him to explain.
3          Q.    Is the reason you had difficulty
4     because of the eye problem or because you
5     did not understand the English or both?
6          A.    I couldn't understand the
7     language.
8          Q.    In 1991, how long had you been
9     working in the United States?
10         A.    Repeat.
11         Q.    As of October 1991, how long had
12    you been working in the United States?
13         A.    Nine years, nine and a half
14    years.
15         Q.    And in your job, you had to
16    communicate and read things written in
17    English; is that correct?
18         A.    No, I did videotaping.
19         Q.    I am sorry?
20         A.    I did videotaping.
21         Q.    You never had to read anything
22    in English as part of your job?
23         A.    As part of my job working with
24    the person, he explained to me what he
25    wanted, and I got to know what he wanted.
```

```
 1                    G I L A D I
 2       Q.    So you never had to read
 3  anything in English as part of your job?
 4       A.    I read stuff, and, if I didn't
 5  understand, the guy would explain to me.
 6       Q.    What English on the form didn't
 7  you understand?
 8       A.    I really not recall what
 9  happened at the time.  I said it was a
10  long time ago.  I said I had difficulty.
11  I asked from the doctor to read -- to
12  explain to me, and I got a response what I
13  got from the doctor, and this is what I
14  recall.
15       Q.    Is there anything in the note
16  that you just read which indicates that
17  you didn't understand English on the
18  form?
19       A.    No, I did not say anything on my
20  note that I did not understand the
21  language.  As I -- again, this note is for
22  me, not for anybody else.
23       Q.    When did you write this note?
24       A.    Sometime around October 11 or on
25  October 11.  I do not recall.
```

1                    GILADI

2          Q.     Did Dr. Strauch explain anything

3     to you with respect to the surgery other

4     than what you have written here?

5          A.     No.

6          Q.     As of October 11, did you know

7     where on your hand or arm the median nerve

8     was located?

9          A.     I didn't understand the

10    question.

11         Q.     As of the time you wrote this

12    note, did you know where in your hand or

13    arm the median nerve was located?

14         A.     I know that the median nerve is

15    in the area of the wrist, and that ulna

16    nerve is right on the elbow because of

17    doctor -- when he explained to me about

18    the EMG, but that is the only thing I

19    know.

20         Q.     After the surgery by

21    Dr. Goldstein in 1987 through the end of

22    October 1991, was the eye surgery the only

23    other surgery you underwent?

24         A.     That's correct.

25         Q.     As of the date that you saw

```
 1                    GILADI
 2   Dr. Strauch, which is the subject of this
 3   note, did Dr. Strauch explain to you any
 4   potential risks or problems that could
 5   happen after the surgery?
 6        A.     He said to me nothing.  He said
 7   to me the surgery is very simple.  Two
 8   weeks, and I am back to normal.
 9        Q.     He used the words "Back to
10   normal"?
11        A.     Correct.  Meaning, he said, as I
12   said in my note, you will be like you were
13   born, meaning without any problem.
14        Q.     Did you ask him any other
15   questions about the surgery?
16        A.     He was having no time.  He
17   was -- if -- when he finished talking, he
18   just moved to the other room.  I didn't
19   have time to talk to him.
20        Q.     You remember that
21   independently?
22        A.     Most the time this is routinely
23   done.
24        Q.     I am asking at the time of the
25   note, the D 4 note, you remember --
```

                                GILADI

1

2        A.    Put it this way --

3        Q.    My question is as of that time.

4   Not most of the time.

5        A.    He did not explain to me

6   anything more than what I said.

7        Q.    Did you attempt to ask him any

8   other questions as of that time?

9        A.    I wait in the room for a few

10  minutes, and he did not come back.

11       Q.    Did you ask to see him after

12  that to ask him questions?

13       A.    I do not recall if I did or I

14  didn't.  I was in the room for a few

15  minutes, and I saw he didn't come back, so

16  I understand that everything is over, so I

17  left.

18       Q.    Before the surgery, did

19  Dr. Strauch ever take any pictures of your

20  hand or your arm?

21       A.    No.

22       Q.    And as of that date in October,

23  what complaints were you having with

24  respect to your left wrist or your left

25  arm?

1                          GILADI

2          A.     The only things, the only

3     complaint I had is that I have some

4     difficulty -- pain.  It is not -- pain

5     after long working in my finger 1, 2, and

6     3, which is from the thumb to the middle

7     finger.

8          Q.     When you were working?

9          A.     After prolonged time of work.

10         Q.     Did you have any numbness in any

11    part of your hand or arm during that

12    time?

13         A.     If I had anything, I had only

14    from finger 1.2, and 3, from the thumb to

15    the middle.

16         Q.     Do you remember if you had any

17    numbness?

18         A.     I do not recall.  I do not

19    recall.

20         Q.     Would that have been something

21    significant that you might have noted in

22    one of your notes, if you had numbness?

23         A.     If I had numbness, yes, I would

24    put in my note, if I had something very

25    special.

```
 1                        GILADI
 2         Q.    Did Dr. Strauch ever discuss
 3    with you having surgery on your right hand
 4    or arm?
 5         A.    When?
 6         Q.    As of this visit.
 7         A.    No.
 8         Q.    Did you ever discuss with
 9    Dr. Strauch the option of having surgery
10    on your right hand or arm?
11         A.    No, I trust him, and whatever he
12    said I just followed it.
13         Q.    Has any doctor up until the
14    present recommended surgery on your right
15    hand or arm?
16         A.    I did not see any doctor.
17         Q.    That is not the question.  Has
18    any doctor --
19         A.    On my right hand, no.
20         Q.    I note today you are wearing a
21    brace on your right hand and arm.  Did
22    someone prescribe that brace on your right
23    hand and arm?
24         A.    Yes.
25         Q.    Who is that?
```

```
 1                        GILADI
 2         A.    Dr. Popesco from physical
 3    therapy.
 4         Q.    Doctor who?
 5         A.    Popesco.  You have my note.
 6         Q.    When did she prescribe or give
 7    you that brace?
 8         A.    I believe July or August of
 9    1993.
10         Q.    Did she also give you the brace
11    that you are wearing on your left arm?
12         A.    She gave me both at the same
13    time.
14         Q.    I am sorry.  You said December
15    or July of 1993?
16         A.    I said July or August.  I do not
17    recall exactly.
18         Q.    And since July or August of
19    1993, have you worn those braces on your
20    hands or on your arms continuously?
21         A.    Most of the time.
22         Q.    Do you wear them every day?
23         A.    Yes.  I wear them every day.  I
24    say most of the time I wear it.  When I am
25    taking a shower, I am not wearing it.
```

1                          GILADI

2         Q.     Other than when you are going to

3    get the hand wet in the shower, for

4    example, you wear it every day?

5         A.     I have to do also some working

6    on my muscles.  I take it off when I need

7    to do some treatment for my hand, exercise

8    for my hand.

9         Q.     Other than when you are

10   exercising the hands and when you are

11   showering, you wear this continuously, the

12   braces?

13        A.     That's correct.

14        Q.     Yes?

15        A.     That's correct.  Sometime -- I

16   had a period that the doctor told me to

17   take one of them off to see how this was

18   working.

19        Q.     When was the last time you saw

20   Dr. Popesco?

21        A.     I believe it is November of

22   1993.

23        Q.     Are you currently under the care

24   of an orthopedic surgeon for either one of

25   your arms?

```
 1                        GILADI
 2        A.    At the present time?
 3        Q.    Yes.
 4        A.    Dr. Goldstein.
 5        Q.    Is that Dr. Goldstein in
 6   Manhattan?
 7        A.    No.
 8        Q.    Which Dr. Goldstein is this?
 9        A.    From Manhattan.
10        Q.    That is what I said.
11              Has Dr. Goldstein advised you to
12   wear the braces on your hands and arms?
13        A.    I went to him already.  I had
14   it, so he did not say anything, just --
15        Q.    Has Dr. Goldstein rendered care
16   to you for either one of your hands or
17   arms?
18        A.    I do not understand the
19   question.
20        Q.    The care you are receiving from
21   Dr. Goldstein, does that relate to either
22   one of your arms or hands?
23        A.    It is related to my carpal
24   tunnel syndrome.
25        Q.    Is that on both hands or both
```

```
1                        G I L A D I
2    arms?
3         A.    On both hands.
4         Q.    Do you see Dr. Goldstein for any
5    other problems?
6         A.    No.  He does also examination
7    for my back sometime when I go to him.
8         Q.    For your what?
9         A.    My back.
10        Q.    What treatment does he give to
11   your back?
12             MR. DINHOFER:  We went through
13   this at the first deposition.  The back is
14   unrelated to this.
15             THE WITNESS:  It is not related
16   to the notes.
17             MR. DINHOFER:  I understand.  It
18   is not related to the notes.
19             MS. ATLAS:  Let's go to the next
20   note.
21             MR. DINHOFER:  Actually, it is
22   12:59, and I have to go.  I have to get
23   some lunch and get to court.
24             MS. ATLAS:  That is fair.  When
25   do you want to continue this?
```

1                         GILADI

2                 MR. DINHOFER:  We will continue

3      it and reschedule it.

4                 MS. ATLAS:  Do you want to tell

5      me any possibilities because if I have my

6      people set up, I don't want to screw up.

7                 MR. DINHOFER:  Nobody has been

8      set up.

9                 MS. ATLAS:  I thought we had a

10     date for Strauch.

11                MR. DINHOFER:  They didn't

12     notify us of a date.

13                MS. ATLAS:  I want to do it as

14     fast as possible.  Call my EBT clerk.

15                MR. DINHOFER:  All right.

16                (Continued on the next page.)

17

18

19

20

21

22

23

24

25

1                          GILADI

2              MS. ATLAS:   I am pretty

3      flexible.

4              MR. DINHOFER:   We will take care

5      of it.

6              (Time noted:  1:00 p.m.)

7

8

9              _____

10                    RONI GILADI

11

12     Subscribed and sworn to before me

13     this____ day of_____ , 1996

14

15     _____

16

17

18

19

20

21

22

23

24

25

1

2                     C E R T I F I C A T I O N

3

4

5

6          I, DEBBIE ZAROMATIDIS, a Shorthand Reporter

7    and Notary Public of the State of New York, do

8    hereby certify that the foregoing

9    witness, R O N I   G I L A D I ,

10   was duly sworn on the date indicated, and that

11   the foregoing is a true and accurate

12   transcription of my stenographic notes.

13          I further certify that I am not employed by

14   nor related to any party to this action.

15

16

17

18   _____

19          DEBBIE ZAROMATIDIS

20

21

22

23

24

25

1

2                    E X H I B I T S

3

4      DEFENDANTS'

5      EXHIBIT          DESCRIPTION                    PAGE

6        A1        Handwrittten notes                   3

7        A2        Handwrittten notes                   3

8        A3        Handwrittten notes                   3

9        B         Packet of documents                  3

10       B1        Copy of A3                           7

11       B2        Copy of A1                           8

12       B3        Copy of A2                           8

13       C1        Photograph                           3

14       C2        Photograph                           3

15       C3        Photograph

16       D1        Handwritten note 3/91               57

17       D2        Handwritten note 7/19/91            64

18       D3        Handwritten note 7/31/91            68

19       D4        Handwritten note                    74

20

21

22

23

24

25

1

2                          LITIGATION SUPPORT INDEX

3

4

5          DIRECTION TO WITNESS NOT TO ANSWER

6          Page          Line          Page          Line

7                          (None)

8

9

10         REQUEST FOR PRODUCTION OF DOCUMENTS

11         Page          Line          Page          Line

12          51            22            54            10

13

14

15             INFORMATION TO BE FURNISHED

16         Page          Line          Page          Line

17                          (None)

18

19

20             QUESTIONS MARKED FOR A RULING

21         Page          Line          Page          Line

22                          (None)

23

24

25