# EXHIBIT G

MONTEFIORE MEDICAL CENTER
MOSES    DIVISION

AMBULATORY SURGERY - PREASSESSMENT
****** PATIENT INFORMATION ******

VISIT DATE: 12/09/1991        ACCT NO: 06443890-0004        MR#: 900105770

PATIENT'S NAME: GILADI,RONI
      ADDRESS: POB 127                          SSN: 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
               MILBOURNE, NJ 07041
   HOME PHONE: (201) 736-7735                   DOB: 03/05/1952
                                                SEX: M  RACE:

EMERGENCY CONT:
      ADDRESS:
   HOME PHONE: (   )   -                RELATIONSHIP:

INSURANCE COVERAGES: BC CM

====================================================================

****** PROCEDURE INFORMATION ******

ARRIVAL TIME: 10:33 AM
                                DISCH TIME: 11³⁰ A
PROCEDURE TIME STARTED: _____
                                P.A.C.U. TIME IN: _____
      TIME ENDED: _____
                                      TIME OUT: _____
ANES. TIME STARTED: _____
                                TIME INTO PROC. ROOM: _____
      TIME ENDED: _____  TYPE: ____
                                      TIME OUT: _____
ATTENDING M.D.: _____
                                SERVICE: PLS

****** CLINICAL INFORMATION ******

                                         ICD9      CPT4
DIAGNOSIS: COMPRESSION ULNA NERVE LEFT ELBOW & WRIST MEDIAN NERVE LT. WRIST
           ----------------------------  354.2  ---------
           ----------------------------  ------- ---------
PROCEDURE: ----------------------------  ------- ---------
           ----------------------------  ------- ---------
           ----------------------------  ------- ---------
           ----------------------------  ------- ---------
           ----------------------------  ------- ---------
           ----------------------------  ------- ---------
           ----------------------------  ------- ---------

MONTEFIORE MEDICAL CENTER
NURSES DIVISION

AMBULATORY SURGERY - FOR PREREGISTRATION
****** PATIENT INFORMATION ******

VISIT DATE: 10/09/1991        ACC. NO: 35448C00-0405        MRN: 908105779

PATIENT'S NAME: GILABE RONI                   SSN: 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
      ADDRESS: POB 107
             MILBOURNE, NC 97041              DOB: 03/05/1952
   HOME PHONE: (204) 736-7235                 SEX: M  RACE:

EMERGENCY CONT:
      ADDRESS:
   HOME PHONE: (   )   -                  RELATIONSHIP:

INSURANCE COVERAGES: BC

=============================================================

****** PROCEDURE INFORMATION ******

ARRIVAL TIME: 09:04 AM              DISCH TIME: _____

PROCEDURE TIME STARTED: _____   P.A.C.U. TIME IN: _____

       TIME ENDED: _____        TIME OUT: _____

ANES. TIME STARTED: _____   TIME INTO PROC. ROOM: _____

   TIME ENDED: _____  TYPE: _____  TIME OUT: _____

ATTENDING M.D.: *myers*              SERVICE: *DPH*

****** CLINICAL INFORMATION ******

                                   ICD9     CPT4

DIAGNOSIS: _____ *51240* _____

           _____ _____ _____

PROCEDURE: _____ *11.39* *68420*

           _____ _____ _____

           _____ _____ _____

           _____ _____ _____

           _____ _____ _____

006001

MONTEFIORE MEDICAL CENTER
MOSES DIVISION

AMBULATORY SURGERY - PREASSESSMENT
****** PATIENT INFORMATION ******

VISIT DATE  10/23/1991    ACCT NO. 06143290-9002    GRP. P86190779

PATIENT'S NAME: GELADI,RONI                          SSN. 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
     ADDRESS: PCB 127
              MILBOURNE, NJ 07944                     DOB. 03/35/1952
     HOME PHONE: (201) 736-7735                       SEX M  RACE:

EMERGENCY CONT                          RELATIONSHIP.
     ADDRESS:
     HOME PHONE: (   )   -

INSURANCE COVERAGES: BC

=================================================================

****** PROCEDURE INFORMATION ******

ARRIVAL TIME: 01:49 PM          DISCH TIME.  3:50

PROCEDURE TIME STARTED: _____    P.A.C.U. TIME IN: _____

          TIME ENDED: _____          TIME OUT  _____

ANES. TIME STARTED: _____    TIME INTO PROC. ROOM: _____

     TIME ENDED. _____    TYPE. _____    TIME OUT: _____

ATTENDING M.D.: _____    SERVICE: _____

****** CLINICAL INFORMATION ******

                                        ICD9        CPT4

DIAGNOSIS: PTERYGIUM LEFT EYE

     _____     372.40

     _____

PROCEDURE.

     _____

     _____

     _____

     _____

     _____



006002

CENTER

DEPARTMENT OF OPHTHALMOLOGY
[ ] MOSES DIV.    [ ] WEILER DIV.

ATTENDING PRE-OPERATIVE NOTE

Giladi, Roni
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

*If no plate, patient's name, MR#, sex and age*

PRE OP. DIAGNOSIS ___ Pterygium - OS _____

PROPOSED SURGERY ___ Excision of pterygium ___

OPERATING SURGEON ___ MARTIN MAYERS _____

DATE SURGERY SCHEDULED _____

HISTORY:
(Include reason for surgery and significant medical problems)

Allergies: ___Yes ___No _____(Specify)

_____ pterygium with symblepharon front _____
_____ causing irritation and UVa _____

EYE EXAMINATION:

|  | RIGHT EYE | LEFT EYE |
|---|---|---|
| VISUAL ACUITY | cc 20/15 | 2/25 |
| SLIT LAMP EXAM | Binasal pterygia OS > OD mild sym steph | |
| I/O PRESSURE | 13 | 12 |
| FUNDUS EXAM | | |

10/23/91
DATE

PHYSICIAN'S SIGNATURE

Filename:  WS (PRE-OP)
           Rev. 1/89

006003

## PREANESTHESIA ASSESSMENT RECORD

BMHC ☐    WHAECOM ☐    MOSES ☑    NCB ☐

| DIAGNOSIS | DATE _10/22/?_ |
|---|---|
| PROPOSED OPERATION _Pterygium exc Oap_ | SCHEDULED FOR DATE _08/24/?_ |
| SURGEON: | TIME |
| SPECIAL REQUIREMENTS | |

HISTORY: AGE _39_   SEX _M_   LAST P.O.

CARDIOVASCULAR

PULMONARY

EXERCISE TOLERANCE

| DIABETES | HYPERTENSION | SEIZURES |
|---|---|---|
| RENAL | HEPATITIS | LMP |

BLEEDING DISORDERS    RECENT URI

OTHER

PRIOR SURGERY/ANESTHESIA _regional anesthesia_

ALLERGIES ▶ _NKDA_

| DRUG | DOSE |
|---|---|
| | |

SMOKING: ⊖

DRINKING: ⊖

### PHYSICAL EXAMINATION

DRUGS:

| T _97.1_ | P _80_ | R _20_ | BP _130/80_ | WT _300_ | HT |
|---|---|---|---|---|---|

AIRWAY _clear_   TEETH

HEART _S1 S2 outflow_

LUNGS _clear_

OTHER

LABORATORY FINDINGS

| Hb _14.8_ | Hct _43_ | SMA6/12 _WNL_ |
|---|---|---|

EKG

CHEST X-RAY

OTHERS

### DISCUSSION AND PLAN

_39 yo for pterygium OS under_
_benefit of local anesthesia disc_
_all questions answered. Pt request_
_min IV sedation._

ASA STATUS   ① 2 3  4 5  E

| PATIENT PREFERENCE | |
|---|---|
| | LOCAL |
| | REGIONAL |
| | EPIDURAL |
| | SPINAL |
| | GENERAL |

### PREOPERATIVE MEDICATIONS

| | DOSE | ROUTE | TIME |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

DATE:

TIME:

RESIDENT PHYSICIAN

ATTENDING PHYSICIAN

006004

ANESTHESIOLOGY

**MONTEFIORE MEDICAL CENTER**
AND
THE HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF
MEDICINE

## PATIENT PROGRESS
## OBSERVATION RECORD

EVERY ENTRY <u>MUST</u> BE DATED & SIGNED

3DCC-RB        900105770
GILABI,RONI
PO9127MILBOURNE NJC7041
M.BAYERS CFH
12-14-3264 39  M 03/05/52
0443240 C005 10/23/91

If no plate, patient's name, adm. no., sex & doctor

| | |
|---|---|
| DATE: 10/24/91      SHORT OPERATIVE NOTE | |
| SURGICAL ATTENDING (S): | Mayers |
| SURGICAL RESIDENT (S): | Roser |
| PRE OP DIAGNOSIS: | Pterygium OS |
| ANESTHESIA: | local - standby |
| POSITION: | Supile |
| INCISION: | |
| PROCEDURE: | [illegible]  Pterygium excision OS |
| FINDINGS: | Pterygium |
| CLOSURE: | ∅ |
| COMPLICATIONS: | ∅ |
| DRAIN (S): | ∅ |
| POST OP DIAGNOSIS (S): | Pterygium OS |
| FLUIDS GIVEN: | ∅ |

006005

# 030552

**MONTEFIORE MEDICAL CENTER**
**HENRY AND LUCY MOSES DIVISION**
**THE JACK D. WEILER HOSPITAL OF THE**
**ALBERT EINSTEIN COLLEGE OF MEDICINE**

## PATIENT PROGRESS
## OBSERVATION RECORD

**EVERY ENTRY __MUST__ BE DATED & SIGNED**

If no plate, patients's name, adm. no., sex & Doctor

| DATE | OBSERVATION |
|------|-------------|
| 10/29/91 | 12²³P Recure from OR awake & alert VSS, IV heparin in progress to (R) hand, (L) eye patch DXD PO. fluids taken OOB to bathroom. Voided moderate amt. ± UD, c̄d̄ w sores absorbed pt verbalized knowledge of homecare instructions, D/C'd home @ 1pm straight foul [illegible] RN [illegible] |

008006

13

MONTEFIORE MEDICAL CENTER
AND
THE HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF MEDICINE

# DOCTORS' PROGRESS
# OBSERVATION RECORD

EVERY ENTRY MUST BE DATED & SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 10/28/91 | TO BE COMPLETED BY MEDICAL STAFF: |
| | PHYSICAL EXAMINATION |
| | medically cleared |
| | |
| | |
| | |
| | OPERATION: |
| | Pterygium Excision  is |
| | with mitomycin |
| | |
| | |
| | |
| | POST-OP ORDERS: |
| | PLEASE USE PHARMACY PRESCRIPTION FORM PH#1213 FOR POST-OP |
| | DRUG ORDERS: |
| | mitomycin  ℔ Q.10 |
| | 5 days |
| Date: 10/29/91 | |

OD-1153 REV. 5/85

## MONTEFIORE MEDICAL CENTER
### HENRY L. and LUCY MOSES DIVISION
### THE JACK D. WEILER HOSPITAL OF
### THE ALBERT EINSTEIN COLLEGE OF MEDICINE

## CONSENT FORM
(to be signed by patient wherever applicable)

*Giladi Roni* 105770
*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*

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 MAYERS, MARTIN
M C30552

PATIENT'S NAME

Date_____, 19_____

Time_____ A.M./P.M.

---

**I.    PERMISSION FOR OPERATIVE AND/OR DIAGNOSTIC PROCEDURE AND/OR TREATMENT**

1.    I hereby authorize Dr. *Martin Mayers* _____ or associates or assistants of his/her choice at Montefiore Medical Center to perform upon me/the named above patient the follwing operation(s) and/or procedure(s)
**PLEASE PRINT OR TYPE**
*Pterygium Excision - left eye* _____

☐    (Check if applicable) - including such photographing, videotaping, televising, or other observation of the operation(s)/procedure(s) as may be purposeful for the advance of medical knowledge and/or education, with the understanding that my/the patient's identity remain anonymous and all photographs and videotapes remain the property of Montefiore.

2.    Dr. *Martin Mayers* _____ has fully explained to me the nature and purposes of the operation/procedure and has also informed me of expected benefits and complications (from known and unknown causes), attendant discomforts and risks that may arise, as well as possible alternatives to the proposed treatment, including no treatment. I have been given opportunity to ask questions, and all my questions have been answered fully and satisfactorily.

3.    It has been explained to me that during the course of an operation unforeseen conditions may be revealed that necessitate an extension of the original procedure(s) set forth in paragraph 1. I therefore authorize and request that the above named surgeon, his associates and/or assistants perform such related surgical procedures and adminster whatever is necessary and desirable in the exercise of their professional judgement.

4.    I have been informed that there are other risks, hazards, complications, and consequences that are attendant to the performance of any surgical procedure. I acknowledge that no guarantees or assurances have been made to me concerning the results of the above operation, treatment(s) or procedure(s).

5.    I further consent to the adminstration of such anesthesia and/or blood transfusions as may be considered necessary. I recognize that there are always risks to life and health associated with anesthesia and blood transfusions and such risks have been explained to me.

6.    I further consent to disposal by hospital authorities, or possible use for research purposes, in accordance with its accustomed practice, of any tissues or parts which may be removed.

7.    I confirm that I have read and fully understand the above and that all the blank spaces have been completed prior to my signing. I have crossed out any paragraphs above which do not pertain to me.

| | |
|---|---|
| Interpreter if required _____<br>SIGNATURE | Patient/Relative or Guardian X _____<br>SIGNATURE<br>*Roni Giladi*<br>PRINT NAME |
| Witness _____<br>SIGNATURE<br>_____<br>PRINT NAME | RELATIONSHIP IF SIGNED BY PERSON OTHER THAN PATIENT<br>*10-23-91*<br>DATE |

I hereby certify that I have explained the nature, purpose, benefits, risks of, and alternatives to the proposed procedure/operation, have offered to answer any questions and have fully answered such questions. I believe that the patient/relative/guardian fully understand what I have explained and answered.

Physician _____    *Martin Mayers*    *10/23/91*
REMARKS:    SIGNATURE    PRINT NAME    DATE

_____
_____

**MONTEFIORE MEDICAL CENTER**
**MOSES DIVISION**
**DEPARTMENT OF NURSING**

**PRE–OPERATIVE CHECKLIST/PROGRESS NOTE**

Operation scheduled for: _10 29 91_
                              date

Procedure: _ptergium_ _rCOS_

addressograph plate information
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  WATERS, MARTIN
N 030552

| I. CHART PREPARATION | initial | | II. RESULTS IN CHART | initial | | | |
|---|---|---|---|---|---|---|---|
| | YES | N/A | | Y | N | N/A | Comments |
| Consent in chart (including special consents) | ✓ | | Protime | | | | |
| Chart is addressoplated | ✓ | | CBC with platelets | ✓ | ✓ | | |
| Addressoplate with chart | ✓ | | Chemistry | | ✓ | | |
| Allergies indicated | | N.K.A. | Urinalysis | ✓ | ✓ | | |
| Doctor's Order Sheets in chart | | ✓ | EKG | | ✓ | | |
| Medication Sheets in chart | | ✓ | Chest x-ray | | ✓ | | |
| Current Graphic Sheet in chart | | ✓ | Type & Cross/Hold | | ✓ | | |
| Preoperative medication ordered | | | V D R L ✓ | ✓ | | | |

Unit Secretary signature _____ print name _____   Unit Secretary signature _____ print name _____

**III. PATIENT PREPARATION**

| | YES | N/A |
|---|---|---|
| Consent completed: dated, signed and witnessed (including special consents) | ✓ | |
| Enema given (if ordered) | | ✓ |
| N.P.O. from (time) G/2 10-28-91 | ✓ | |
| Preoperative teaching done | ✓ | |
| Preoperative bath or shower given | ✓ | |
| Preoperative steriods given | | ✓ |
| Preoperative antibiotics given | | ✓ |
| Preoperative medication given | | ✓ |
| Other preoperative medication given | | ✓ |
| Valuables secured | | ✓ |
| Jewelry (including wedding ring), cosmetics, nail polish, hair pins removed | | ✓ |
| Legible, correct identification band on patient | ✓ | |
| Presence of capped teeth | | |
| Prosthesis removed (dentures, bridges, hearing aid, contact lenses, wig/toupee, other) | | ✓ |
| Voided on call / Foley in place | | ✓ |

Operative area prepared by: _____         Operative area inspected by: _____

signature/title _____ print name _____   signature/title _____ print name _____

**IV. SPECIAL PATIENT NEEDS** e.g., blind; deaf; confused; disoriented; IV to be started by Anesthesia; other

**CONTAGIOUS DISEASE** ( N )

**V. ASPIRIN** Has patient taken any medications containing aspirin within the past 7 days? Y (N)
if yes, has M.D. been notified? Y  N  M.D. name: _____

**VI.** T: _98.6_ or _98.6_  R: _22_  BP: _140/90_  WT: _169 lbs_  HEIGHT: _6'1"_  TIME: _9:30 p_

**VII. NURSING NOTE**

Checked by Unit Nurse: _____   Checked by O.R. Nurse: _____

signature/title _____ date _10/29/91_   signature/title _R. Glass RN_ date _10-29-91_

NR 1623 Rev. 1/91

006009

H733 5/80

# MONTEFIORE MEDICAL CENTER — Operating Room Nursing Record

SCCC-FB
GILADI, PONI
POB127MELBOURNE N9G7Q41
MRBAYRRS GPH
112-6A-7364 39
0044360 0005
900105770

ANESTHESIA
RECORD

| PREMEDICATION | AT | BP 140/90 | T 98.2 | P 66 | R 22 |
|---|---|---|---|---|---|
| | | WT 200 | HT 5'11" | TEETH loose | |
| | | Hb/HCT 14/43 | | | |

| LAST P.O. 8 | DATE OP 10-29-91 | SURGERY START 1140 END 1150 | ANESTHESIA START 1110 END 1155 |
|---|---|---|---|

SUMMARY OF PERTINENT FINDINGS: PMSH: Pterygium OS

S/P (L) Median Nerve Rep (GA p failed Ax Block —

MEDS: NKDA

| ASA 1 2 3 4 5 E | OPERATION PROPOSED Pterygium Excision - (L) eye | AGE 39 | D.O.B. 3-5-52 |

AGENTS: ☐O₂ ☐N₂O ☐HALO ☐ENF ☐ISO ☐NM BLK ☐OPIOID ☐BARB ☐KET ☐BENZODIAZ
☐TETRA ☐2CP ☐LIDO ☑BUPIV ☐EPI ☑PATIENT/CHART REVIEWED ☑ANESTHESIA EQUIPMENT CHECKED ☑PT. I.D.

TOTAL AGENTS: O₂ @ 3 L/m

FLUIDS TOTAL IN
LRD
LR
NS NRSD cc
ALB
HETA

TOT SD cc

PRBC
FFP
PLT

TECHNIQUE: MASK ☐ ORO ☐ NASO ☐ OSTOMY ☐   TUBE SIZE

REGIONAL: SPINAL ☐ EPIDURAL ☐ NERVE BLOCK ☑ MAC ☐   NEEDLE SIZE

REGION: ☐INTRA-ABDOMINAL ☐INTRA-THORACIC ☐INTRA-CRANIAL NEURO ☐EXTREM ☑OTHERS OS

TRANSFER TO PACU: AWAKE ☐ REFLEXES ☐ UCS ☐   TOTAL OUT

EBL
URINE

☐VENT ☐PRECORD ST ☐ESOPH ST ☐BLD GAS ☐O₂ MONITOR ☐OXIMETER ☐ET CO ☐ET AGENT ☑ECG ☐CVP ☐ART.LINE ☐P A CATH ☐TEMP ☐BLOOD WARM ☐BLANKET
☐NERVE BLOCK STIM ☐EEG ☐HUMID ☑ B/P CUFF

| | TIME | DRUG | DOSE | ROUTE |
|---|---|---|---|---|

IV OR # 20 (a Anyd RH (D)
1/25 1% Lidocaine / 6cc
0.375% Marcaine
Loc infiltration OS
Peri-bulbar block

1155 Pt tolerated procedure well under loc. anes
s̄ IV sedation (a surgeons request)
at Pts. request. VSS. Taken from
RM to OR stable + awake.

OPERATION PERFORMED: Exc of Pterygium OS
OPERATIVE DIAGNOSIS: Pterygium OS
SURGEONS: MAYERS
ANESTHESIOLOGISTS/ANESTHETISTS: LEE, J / Dicke, C
SIGNATURE OF ATTENDING:
SIGNATURE OF RESIDENT/CRNA: C. Dick.

C 0 6 0 1 1

Discarded: front OI

MR-655

# Montefiore Medical Center
## BRONX, NEW YORK 10467

NAME   RONI, GILADI                          NURSING UNIT              S.S. NO 900 10 5770

           10/29/91                           DR. M. MAYERS
DATE OF OPERATION                   SURGEON

ASSISTANTS          DR. C. ROSEN

PRE-OPERATIVE DIAGNOSIS      PTERYGIUM LEFT EYE

POST-OPERATIVE DIAGNOSIS      SAME

OPERATION
      EXCISION OF PTERYGIUM LEFT EYE

DESCRIPTION (findings, techniques, incision, sutures and drainage)

DESCRIPTION OF OPERATION: The patient was brought to the Operating Room, transferred to the Operating Room table. Nasal cannula oxygen, cardiac monitoring and an intravenous anesthesia line were established. Local anesthesia was achieved through a peribulbar injection of a solution containing Bupivicaine 0.75% equal volume to Lidocaine 2% without Epinephrine. Hyaluronidase was added to the anesthetic solution. The eye was then prepped and draped in the standard manner for major ocular surgery. A wire speculum was placed. The cornea was covered with an optical barrier.

Using cellulose sponge, the apex of the pterygium was gently pushed back and dehisced from the surface of the cornea. Using Westcott scissors, the base of the pterygium was excised. The excised tissue was then split in half with half of the tissue going through immunofluorescent studies and the rest for standard ocular pathology H & E studies. Using a dialmy bur, the corneal and scleral surfaces were burred polish. Hemostasis was achieved with wet field cautery.

Metamyd was applied to the eye followed by a sterile patch. The patient tolerated the procedure well, left the Operating Room in stable condition.

MM/HTS/ps
D; 10/30/91
T; 11/1/91
Tape 384

                         M. Mayers, M.D.

                                                ----------------------- M.D

DATE DICTATED:
DATE TRANSCRIBED:                          006012

*9/16/13*

*900105770*

### MONTEFIORE MEDICAL CENTER
### OPHTHALMIC PATHOLOGY REPORT

NAME:  Giladi, Roni                    OPHTHALMIC PATHOLOGY NO.: S-91-60418

AGE:  39   SEX:   Male                 DATE OF SURGERY:     10/29/91

RACE:        -                         HOSPITAL:  Montefiore Medical Center

DOCTOR:  M. Mayers, M.D.               HOSPITAL NO.:     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

HISTORY:

Pterygium, left eye.

GROSS DESCRIPTION:

The specimen is labeled "Pterygium".  The specimen consists of an opaque piece of tissue measuring 4.0 x 2.0 x less than 1.0 mm.  All is submitted.

MICROSCOPIC DESCRIPTION:

The conjunctival epithelium displays focal areas of acanthosis alternating with areas of thinning.  The basement membrane is intact throughout.  The substantia propria contains numerous blood-filled vascular channels as well as scattered lymphocytes.  Rare areas of basophilic degeneration are seen.

DIAGNOSIS:

Biopsy of conjunctiva, left eye:    Pterygium.


*Pearl S Rosenba*
                    Pearl S. Rosenbaum, M.D.

PSR:wd
11/19/91

006013

# MONTEFIORE MEDICAL CENTER
### BRONX, NEW YORK 10467

6 12-13-91

```
                         PATIENT NAME    : GILADI,RONI
       AGE: 39           MED REC NUMBER : 900105770
                         LOCATION        : SDCC   SDCC
                         PHYSICIAN       : STRAUCH,BERISH -
                         SOC SEC NUMBER : 112643264
 DATE: 12/12/91   TIME: 0512                              PAGE:  1
```

---

| DATE | TIME | TEST NAME | HIGH | LOW | NORMAL | REFERENCE-RANGE | UNITS |
|------|------|-----------|------|-----|--------|-----------------|-------|
| 12/09 | 1320 | BLOOD SPECIMEN | | | | | |
| | | SPECIMEN AVAILABLE | OUTDATED | | | | |
| | | TYPE AND SCREEN | | | | | |
| | | ABO GROUP | | | AB | | |
| | | RH TYPE | | | NEG | | |
| | | ANTIBODY SCREEN(IAT | NEG | | | | |
| | | DIRECT AHG 3S | NEG | | | | |

006014

DP 2978 M

**MEDICAL RECORD COPY**

# MONTEFIORE MEDICAL CENTER
### BRONX, NEW YORK 10467

```
                              PATIENT NAME    : GILADI,RONI
        AGE: 39               MED REC NUMBER : 900105770
                              LOCATION        : SOCC    SOCC
                              PHYSICIAN       : STRAUCH,BERISH -
                              SOC SEC NUMBER : 112643264
  DATE: 12/10/91   TIME: 0516                            PAGE:  1
```

| DATE | TIME | TEST NAME | HIGH | LOW | NORMAL | REFERENCE-RANGE | UNITS |
|------|------|-----------|------|-----|--------|-----------------|-------|
| 12/09 | 1432 | URINALYSIS,COMPLETE | | | | | |
| | | APPEARANCE | CLEAR | | | | |
| | | COLOR | YELLOW | | | | |
| | | PH | | | 5.0 | | |
| | | SPECIFIC GRAVITY | | | 1.025 | | |
| | | PROTEIN | | | NEG | | MG/DL |
| | | GLUCOSE | | | NEG | | MG/DL |
| | | KETONE (ACETONE) | | | NEG | | MG/DL |
| | | OCCULT BLOOD | | | NEG | | |
| | | BILIRUBIN | | | NEG | | |
| | | NITRITE | | | NEG | | |
| | | UROBILINOGEN | | | 0.2 | | MG/DL |
| | | LEUCOCYTE | | | NEG | | |
| 12/09 | 1320 | BLOOD SPECIMEN | -IN LABORATORY | | | | |
| | | TYPE AND SCREEN | | | | | |
| | | ABO GROUP | | | AB | | |
| | | RH TYPE | | | NEG | | |
| | | ANTIBODY SCREEN(IAT | NEG | | | | |
| | | DIRECT AHG 3S | NEG | | | | |
| 12/09 | 1318 | SYPHILIS SCREEN - M | NONREACTIVE | | | | |
| 12/09 | 1241 | ADMISSION SURVEY | | | | | |
| | | UREA NITROGEN | | | 16. | 10-26 | MG/DL |
| | | SODIUM | | | 144. | 135-145 | MEQ/L |
| | | POTASSIUM | | | 4.3 | 3.5-5.0 | MEQ/L |
| | | CO2 | | | 26. | 24-30 | MEQ/L |
| | | CHLORIDE | 109H | | | 98-108 | MEQ/L |
| | | GLUCOSE | | | 99. | 70-115 | MG/DL |
| | | CREATININE | | | 0.8 | 0.5-1.5 | MG/DL |
| | | CALCIUM | | | 9.6 | 8.5-10.5 | MG/DL |
| | | INORGANIC PHOSPHO | | | 2.9 | 2.5-4.5 | MG/DL |
| | | URIC ACID | | | 5.3 | 2.5-8.0 | MG/DL |
| | | TOTAL PROTEIN | | | 7.3 | 6.0-8.5 | GM/DL |
| | | ALBUMIN | | | 4.8 | 3.5-5.5 | GM/DL |
| | | BILIRUBIN TOTAL | | | 0.6 | 0.2-1.2 | MG/DL |
| | | BILIRUBIN DIRECT | | | 0.1 | 0.0-0.3 | MG/DL |
| | | ALKALINE P'TASE | | | 46. | 30-115 | U/L |
| | | SGOT | | | 17. | 5-40 | U/L |
| | | SGPT | | | 16. | 5-40 | U/L |
| | | LACTIC DEHYDROGEN. | | | 160. | 60-250 | U/L |
| | | CPK | | | 43. | 10-100 | U/L |
| | | CHOLESTEROL | | | 182. | 120-240 | MG/DL |
| 12/09 | 1224 | CBC -M | | | | | |
| | | WBC | | | 5.0 | 4.8-10.8 | K/CU MM |
| | | RBC | | | 4.88 | 4.6-6.2 | M/CU MM |
| | | HEMOGLOBIN | | | 14.7 | 14-18 | GM/DL |
| | | HEMATOCRIT | | | 42.7 | 42-52 | % |
| | | MCV | | | 37.5 | 78-96 | FL |
| | | MCH | | | 30.1 | 27-31 | PG |
| | | MCHC | | | 34.4 | 32-36 | GM/DL |

006015

2978 M                     MEDICAL RECORD COPY

# MONTEFIORE MEDICAL CENTER
## BRONX, NEW YORK 10467

```
                           PATIENT NAME    : GILADI,RONI
        AGE: 39            MED REC NUMBER : 900105770
                           LOCATION        : SDCC      SDCC
                           PHYSICIAN       : STRAUCH,BERISH -
                           SOC SEC NUMBER : 112643264
  DATE: 12/10/91   TIME: 0516
                                                          PAGE:  2
```

| DATE | TIME | TEST NAME | HIGH | LOW | NORMAL | REFERENCE-RANGE | UNITS |
|------|------|-----------|------|-----|--------|-----------------|-------|
| | | LYMPH % | | | 18.9 | | % |
| | | MONO % | | | 7.5 | | % |
| | | GRAN % | | | 73.6 | | % |
| | | LYMPH COUNT | | | 0.9 | | K/CU MM |
| | | MONO COUNT | | | 0.4 | | K/CU MM |
| | | GRAN COUNT | | | 3.7 | | K/CU MM |
| | | EOS COUNT | | | < .7 | | |
| | | BASO COUNT | | | < .2 | | |
| | | RDW | | | 12.4 | | |
| | | PLATELET COUNT -M | | | 197. | 180-400 | K/CU MM |
| | | DIFFERENTIAL -M | | | 100 | | CELLS |
| | | SEG NEUTROPHILS | | | 67 | 40-70 | % |
| | | LYMPHOCYTES | | | 22 | 20-50 | % |
| | | MONOCYTES | 10H | | | 1-8 | % |
| | | EOSINOPHILS | | | 1 | 0-5 | % |
| | | WORKSHEET STORAGE # | | | 17 | | |
| | | PLATELET ESTIMATE | NORMAL | | | | |
| 12/09 | 1224 | PROTHROMBIN TIME -M | | | 11. | 10-13 | SECONDS |
| | | APTT -M | | | 29. | 26-36 | SECONDS |

008016

MEDICAL RECORD COPY
978 M
OUTPATIENT RECORD

# MONTEFIORE MEDICAL CENTER
## BRONX, NEW YORK 10467

AGE: 37

PATIENT NAME   : GILADI,RONI
MED REC NUMBER : 900105770
LOCATION       : SDCC      SDCC
PHYSICIAN      : MAYERS,MARTIN -O
SOC SEC NUMBER : 112643264

DATE: 11/28/91   TIME: 0516

PAGE:  1

| DATE | TIME | TEST NAME | HIGH | LOW | NORMAL | REFERENCE-RANGE | UNITS |
|------|------|-----------|------|-----|--------|-----------------|-------|
| 11/27 | 1727 | EYE CULTURE -M | | | -IN LABORATORY | | |
| | | SOURCE/BODY SITE | | | SWAB LEFT EYE | | |
| | | COMMENT: CONJUNCTIVA | | | | | |
| | | REPORTED RESULT | | | CULTURE PENDING | | |

008017

P 2978 M

MEDICAL RECORD COPY

OUTPATIENT REPORT

# MONTEFIORE MEDICAL CENTER
### BRONX, NEW YORK 10467

```
                              PATIENT NAME   : GILADI,RONI
         AGE: 51               MED REC NUMBER : 900105770
                              LOCATION       : SOCC   SOCC
                              PHYSICIAN      : MAYERS,MARTIN -O
                              SOC SEC NUMBER : 112643264

  DATE: 10/23/91  TIME: 0000                              PAGE:  1
```

---

| DATE | TIME | TEST NAME | HIGH | LOW | NORMAL | REFERENCE-RANGE | UNITS |
|------|------|-----------|------|-----|--------|-----------------|-------|
| 10/23 | 1141 | SYPHILIS SCREEN - M | | | NONREACTIVE | | |
| 10/23 | 1111 | CBC - M | | | | | |
| | | WBC | | | 5.2 | 4.8-10.8 | K/CU MM |
| | | RBC | | | 4.92 | 4.6-6.2 | M/CU MM |
| | | HEMOGLOBIN | | | 14.8 | 14-18 | GM/DL |
| | | HEMATOCRIT | | | 43.0 | 42-52 | % |
| | | MCV | | | 87.5 | 78-96 | FL |
| | | MCH | | | 30.1 | 27-31 | PG |
| | | MCHC | | | 34.4 | 32-36 | GM/DL |
| | | LYMPH % | | | 30.2 | | % |
| | | MONO % | | | 7.3 | | % |
| | | GRAN % | | | 62.5 | | % |
| | | LYMPH COUNT | | | 1.6 | | K/CU MM |
| | | MONO COUNT | | | 0.4 | | K/CU MM |
| | | GRAN COUNT | | | 3.2 | | K/CU MM |
| | | EOS COUNT | | | < .7 | | |
| | | BASO COUNT | | | < .2 | | |
| | | RDW | | | 12.2 | | |
| | | WORKSHEET STORAGE | | | 18 | | |
| 10/23 | 1017 | URINALYSIS,COMPLETE | | | | | |
| | | APPEARANCE | | | CLEAR | | |
| | | COLOR | | | YELLOW | | |
| | | PH | | | 5.0 | | |
| | | SPECIFIC GRAVITY | | | 1.025 | | |
| | | PROTEIN | | | NEG | | MG/DL |
| | | GLUCOSE | | | NEG | | GM/DL |
| | | KETONE (ACETONE) | | | NEG | | MG/DL |
| | | OCCULT BLOOD | | | NEG | | |
| | | BILIRUBIN | | | NEG | | |
| | | NITRITE | | | NEG | | |
| | | UROBILINOGEN | | | 0.2 | | MG/DL |
| | | LEUCOCYTE | | | NEG | | |

006018

2978 M                    MEDICAL RECORD COPY

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF
THE ALBERT EINSTEIN COLLEGE OF MEDICINE

☐ MOSES SAME DAY CARE CENTER
☐ WEILER

# Department of Anesthesiology
## Minimum Requirement
## Pre-Operative Testing Order

Please place a check (√) in the left hand column to order those labs which are marked to the right of that condition. If history indicates additional tests, you may add x-marks in any row. You may also choose to write orders in the "other" category.

The list of diseases covers only the most common conditions. Additional tests may be required for certain patients.

| PATIENT'S CONDITION | HCT | CBC | PLATELET COUNT | UA | PT/PTT | SMA6 | SMA12 | CHEST X-RAY | ECG | PREG (Female only) | Specimen for blood bank | Other (write in) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Child | X | X | | X | | | | | | | | |
| Patient <40 yrs. | X | X | | X | | | | | | X | | |
| > 40 yrs. | X | X | | X | | | | | X | | X | |
| Surg. Proc. c̄ blood loss | X | X | | X | | | | | | | X | |
| CV disease | X | X | | X | | X | | X | X | | | |
| Pulm disease | X | X | | X | | | | X | X | | | |
| Diabetes | X | X | | X | | X | | | X | | | |
| Hepatic disease | X | X | | X | X | | X | | | | | |
| Renal disease | X | X | | X | | X | | | | | | |
| Hx bleeding or Hx anti-coag. use | X | X | | X | X | | X | | | | X | |
| Smoking >20 pack years | X | X | | X | | | | X | X | | | |
| Diuretic use | X | X | | X | | X | | | | | | |
| Digoxin use | X | X | | X | | X | | X | | | | |
| Steroid use | X | X | | X | | X | | | | | | |
| Malignancy incl. leukemias | X | X | | X | X | | | X | | | | |

Tech/Nurse Initials _____ Date _____      Physician's Name (printed) _____      Physician's Signature _____ Date _____

If a specialist consultation is needed please arrange for it prior to the preassessment in the Same Day Care Center.

MTL. ..... RE, NJ
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 HAYLES, MARTIN
M 030552

006019

# DOCTOR'S ORDER SHEET

DRUG SENSITIVITIES:                                     NONE KNOWN ☐

| Medication | | New |
| --- | --- | --- |
| Dose & Route | | Renew |
| Frequency | | Change |
| M.D. Signature | | Stat. |
| Date | Time of Order | Secy |
| Comments | | |

| Medication | | New |
| --- | --- | --- |
| Dose & Route | | Renew |
| Frequency | | Change |
| M.D. Signature | | Stat. |
| Date | Time of Order | Secy |
| Comments | | |

| Medication | | New |
| --- | --- | --- |
| Dose & Route | | Renew |
| Frequency | | Change |
| M.D. Signature | | Stat. |
| Date | Time of Order | Secy |
| Comments | | |

| Medication | | New |
| --- | --- | --- |
| Dose & Route | | Renew |
| Frequency | | Change |
| M.D. Signature | | Stat. |
| Date | Time of Order | Secy |
| Comments | | |

| DOCTOR'S SIGNATURE | DATE/TIME | A.M. P.M. | NOTED BY |
| --- | --- | --- | --- |

| DOCTOR'S SIGNATURE | DATE/TIME | A.M. P.M. | NOTED BY |
| --- | --- | --- | --- |

| DOCTOR'S SIGNATURE | DATE/TIME | A.M. P.M. | NOTED BY |
| --- | --- | --- | --- |

| DOCTOR'S SIGNATURE | DATE/TIME | A.M. P.M. | NOTED BY |
| --- | --- | --- | --- |

006020

USE BALLPOINT PEN PRESS FIRMLY
CHART COPY

R 1613  8/82

## MONTEFIORE MEDICAL CENTER

## VITAL SIGNS — GRAPHIC SHEET

RECORD(1)  TEMPERATURE READING IN RED
(2) PULSE AND RESPIRATION READING IN BLUE
(3) BLOOD PRESSURE    – V    SYSTOLIC
                      – A    DIASTOLIC    IN BLUE

| DATE | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. MODE | | | | | | | | | | | | | | | | | | | | | | |
| A.M. OR P.M. | | | | | | | | | | | | | | | | | | | | | | |
| HOUR | | | | | | | | | | | | | | | | | | | | | | |

| BLOOD PRESSURE | TEMP. F | PULSE |
|---|---|---|
| 250 | 106° | 180 |
| 240 | 105° | 170 |
| 230 | 104° | 160 |
| 220 | 103° | 150 |
| 210 | 102° | 140 |
| 200 | 101° | 130 |
| 190 | 100° | 120 |
| 180 | 99° | 110 |
| 170 | 98° | 100 |
| 160 | 97° | 90 |
| 150 | 96° | 80 |
| 140 | 95° | 70 |
| 130 | | 60 |
| 120 | | 50 |
| 110 | | 40 |
| 100 | | |
| | RESP. | |
| 90 | 60 | |
| 80 | 50 | |
| 70 | 40 | |
| 60 | 30 | |
| 50 | 20 | |
| 40 | 10 | |
| 30 | | |

CVP

WEIGHT

006021

NR-7922M

**Montefiore Medical Center**
Moses Division
Same Day Care Center
Nursing Assessment/Admission Interview

MAYERS, MARTIN
K 030552

**Procedure Information**

Scheduled procedure: _Pterygium Exc ® eye_ Amb or SDA   Date: _10/29/91_

Attending Physician: _____   Medical Attending: _____

Designated responsible party (indicate for all procedures)   (201) 239-5507

Name: _Simon Jacobs_   Relationship: _Friend_

Information obtained from patient __ family __ interpreter __ by phone __

Pre assessment V/S: T _97.8_ P _80_ R _20_ B/P _130/80_ Ht _5'11"_ Wt _240 lbs_ Date: _10/23/91_

**Allergies:** (No) __ Yes __ Unknown __ (if yes, indicate substances)

**Past Medical, Surgical, Psychiatric History:**
PMH - nil

PSH - Repair Medical Nerve ® hand.

**Present Medications:** Uses aspirin or aspirin products (No) Yes __ (specify)
nil

**Transfusion History:** No (Yes) __ (please specify)

Smoke? _____ (no/yes)  .. How much? _____   How long? _____

Substance abuse (alcohol or drugs): _____

006022