-3-

**E.E.N.T.:** Glaucoma, IOL, prosthesis (type & location _Pterygium OS_ ), current earache/discharge,

nasal congestion, sore throat, recent URI, voice change, other _____

**Neurological:** Headaches, tremors, seizures, vertigo, motor deficits _____ , sensory

deficits _____ , other _____

**Infectious disease:** Hepatitis, tuberculosis, AIDS, venereal disease _____ ,

other _____

**Mental/Emotional:** Anxiety, depression, insomnia, lethargy, hallucinations, disorientation, memory loss, other

**Skin integrity:** Lesions, scars, rashes, ecchymosis, decubiti, (describe and give location _____

_____ ), other _____

**Patient Profile:**

A 39 yr. old male for pterygium

S/C. OS 10/29. unremarkable med surg Hx

MONTEFIORE MEDICAL CENTER
MOSES DIVISION
SAME DAY CARE CENTER

900105770

SDCC-RB
GILAGI, RONI
PO BOX 127
MILBOURNE, NJ
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 MAYERS, MARTIN
M 030552

PRE PROCEDURE INSTRUCTIONS:
(circle appropriate)

1 a. **Adults:** Nothing to eat or drink (not even water) after midnight, __10/28/91__ (date).

   b. **Pediatrics:** Nothing by mouth after _____ (time), _____ (date).

2 a. A responsible adult must accompany you to and from the hospital.

   b. Make arrangements to be with a responsible party for 24 hours after the procedure.

3. Children must have a parent or guardian accompany them to and from the hospital, and available on the Same Day Care Center at all times.

4. Wear casual clothing.

5. Do not wear jewelry, or bring valuables to the hospital.

6. Do not wear make-up or nail polish the day of the procedure.

7. Notify your physician, or the SDCC, if symptoms of a cold, fever, or any type of infection develop.

8. Please be prompt:  Arrival time and date: __we will call you mon.__

9. The Same Day Care Center will notify you the day before the procedure if any changes occur in your scheduled procedure time.  If you will not be home, please contact the SDCC to confirm your procedure time.

10. Other instructions:

__NO Aspirin__

_____

_____

_____

_____

If you have any questions, please contact the Same Day Care Center at 212-920-5596.

I understand the above instructions:

Patient/Guardian: ___X_____     Date: __10/23/91__

Relationship to patient: __self__

_____
Signature & Title

NR7895 11/86

006024

**MONTEFIORE MEDICAL CENTER**
**MOSES DIVISION**
**PRE AND POST PROCEDURE PHONE CALL**

Procedure: _____     Date & Time: _____ 10/29/91

Physician/Service: _____     Status _____
(AMB. SDA)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Pre-Procedure Phone Call:**     Date: 10/100     Time: _____

    Check off as completed.

1. Arrival and procedure time verification
2. NPO and medication instructions reviewed
3. No recent exposure to infections
4. Transportation/Accompanying Party
5. No change in state of health since assessment

Comments: _____ Office - 430 - 2135. ____ Beeper 1-201 - 578 - 7697
New ettg #

_____
Signature & Title

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Post Procedure Phone Call:**     Date: 10/30/91     Time: _____ 920

**General Stuatus Review:**     **Problems/Description**     N/A

Activity _____     2pm N/1

Nausea/Vomitting _____

Increased Temperature _____     10/31   N/A

Pain _____

Operative Site _____

Other _____

Comments: _____

_____

006025

_____
Signature & Title

MONTEFIORE MEDICAL CENTER
MOSES DIVISION
SAME DAY CARE CENTER

Post Procedure Instructions
(Circle Appropriate)

1.  A responsible adult must accompany you home at discharge and be with you
    for 24 hour period.

2.  Diet:  Begin with liquids or light foods and progress slowly to your
    regular diet.

3.  No alcoholic beverage (beer, wine, liquor) for 24 hours.

4.  Do not drive, or operate any machinery or power-tools for 24 hours after
    procedure.

5.  Do not make important legal or personal decisions for 24 hours after pro-
    cedure.

6.  If you have received general anesthesia, you may experience a sore throat
    for the first 24 hours.  This is harmless and will disappear.

7.  Analgesics or other medication may be ordered by your physician if he/she
    feels that it is necessary

    |  Medication  |  Route & Dosage  |
    | --- | --- |
    | _Antibiotic ointment_ | _to Left eye of patch below_ |

8.  Resume your normal activities one day following procedure unless otherwise
    indicated.

    A.  Activity restrictions: _____

9.  If any unusual bleeding; respiratory problems or acute pain occurs after
    discharge from the hospital, notify your physician immediately, or proceed
    to the Emergency Room of the nearest hospital.

    Physician's Name & Phone #: _Dr. Mayers  920-5__
    MMC Emergency Room #  (212) 920-5731

10. Follow up appointment made: _Dr. Mayers  Tomorrow  1/30/9__

11. Other instruction (Specialized treatment, equipment, etc.)

    _Keep eye patch & shield on place 4 24 hrs__

    _____

    _____

12. The nursing staff of the Same Day Care Center will telephone you the day
    after surgery.  This is a routine call to find out how you are doing.

_____          _____          _____
Signature (patient/guardian)       (Relationship to pt.)               Date:

_____
RN SIGNATURE

NR7896  11/86

006026

## SUMMARY SHEET

### MONTEFIORE MEDICAL CENTER

| ACCOUNT NUMBER | | | | MEDICAL RECORDS NO. | ROOM |
|---|---|---|---|---|---|
| 06438900003 | | | | 900105770 | BR |

☐ HENRY AND LUCY MOSES DIVISION
☐ HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF MEDICINE DIVISION
☐ LOEB CENTER

ADMISSION DATE AND TIME: 12 12 91 07:54AM N    RE-ADM

| PATIENT NAME (LAST, FIRST) | SOCIAL SECURITY NO. | DATE OF BIRTH | BIRTH PLACE | SEX | MAR. ST. | REL. | AGE |
|---|---|---|---|---|---|---|---|
| GILADI     RONI | 112643264 | 03/05/52 | ISRAEL | M | D | H | 39 |

| LEGAL ADDRESS | CITY | ST. | ZIP CODE | TELEPHONE # 1 | TELEPHONE # 2 |
|---|---|---|---|---|---|
| POB 127 | MILBOURNE | N.J | 07041 | 201 736-7735 | |

| IN CARE OF | FATHER'S NAME | MOTHER'S MAIDEN NAME |
|---|---|---|
| | | |

| NEAREST RELATIVE'S NAME | PERSON TO BE NOTIFIED # 1 | PERSON TO BE NOTIFIED # 2 |
|---|---|---|
| GILADI     YAKOV | GILADI     YAKOV | |

| ADDRESS | ADDRESS | ADDRESS |
|---|---|---|
| 24 MCDOLNALD ST | 24 MCDOLNALD ST | |

| CITY | ST. | ZIP CODE | RELAT. | CITY | ST. | ZIP CODE | RELAT. | CITY | ST. | ZIP CODE | RELAT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NATHANY ISRAE | | | B | NATHANY ISRAE | | | B | | | | |

| TELEPHONE # 1 | TELEPHONE # 2 | TELEPHONE # 1 | TELEPHONE # 2 | TELEPHONE # 1 | TELEPHONE # 2 |
|---|---|---|---|---|---|
| 011 972-5334 | | 011 972-5334 | | | |

| PREVIOUS HOSPITAL ADMISSION DATE:     PLACE: | PAT./PHYS. REL. | SERVICE | ADMIT SOURCE | TYPE |
|---|---|---|---|---|
| AS 10 29 91 | P | PLS | PMD | EL |

ADMITTING DIAGNOSIS
COMPRESSION ULNA NERVE LEFT ELBOW & WRIST MEDIAN NERVE LT. WRIST

PHYSICIAN(S) OF RECORD
STRAUCH B

| PATIENT OCCUPATION | PATIENT'S EMPLOYER | ADDRESS |
|---|---|---|
| | EINSTEIN HOSPITAL | |

| CITY | ST. | ZIP CODE | TELEPHONE # | INSURANCE COVERAGE | | |
|---|---|---|---|---|---|---|
| | | | 212 430-2135 | | 112643264 | SELF |

DISCHARGE DATA

TYPE OF DISCHARGE: ☑ REGULAR  ☐ AGAINST ADVICE  ☐ TRANSFERRED  ☐ DIED  ☐ UNDER 48 HRS.  ☐ OVER 48 HRS.

DISCHARGE WHERE?
AUTOPSY  ☐ YES  ☐ NO
ME CASE  ☐ YES  ☐ NO

FOR MEDICAL RECORDS USE ONLY

PRINCIPAL DIAGNOSIS:

CO-MORBIDITY OR COMPLICATING CONDITIONS:

**DRUG SENSITIVITIES AND/OR ALLERGIES**
SPECIFY DRUG(S)

N K A

ATTACH TO FACE SHEET and CHART/JACKET     NR 7774

CONCURRENT DISEASES (INCLUDE PSYCHOLOGICAL AND/OR BIOCHEMICAL DISTURBANCES):

MAJOR SURGICAL DIAGNOSTIC PROCEDURES (INCLUDE BIOPSIES, ANGIOGRAMS, CARDIAC CATHERIZATION, ETC...):

OTHER SURGICAL PROCEDURES:

| OPERATIVE REPORT DICTATED | DISCHARGE SUMMARY DICTATED | PHYSICIAN'S SIGNATURE | M.D. |
|---|---|---|---|

MR-672 Rev. 6/86

# Montefiore Medical Center
## Henry and Lucy Moses Division
### Diagnoses/Procedures
### Summary Sheet

**Must be Signed by Attending Physician
Prior to Discharge of Patient**

M.R. No.:

Name:  900105770

Age:

Sex:

Physician

Service:

(If Handwritten, List Patient's Name, M.R. #, Age and Sex.)

RR  G SX DI , RON1
PO  127 WILBOURNE  NJ07041
P  SPRINGOH PLS
112 6 264  H39 H  011-972-5334
04  4 MHA800 0003 B121291

---

**PRINCIPAL DIAGNOSIS:** That condition which, after study, is determined to be the reason for this admission:

_Ulna nerve compression (L) elbow_

---

**OTHER DIAGNOSES:** (Include all complications and comorbidities.)

_Med. Nerve compression (L) wrist_
_Ulna Nerve    "    (L) wrist_

---

**PROCEDURES:** _Neurolysis of ulna nerve at elbow_
_    "    "    "    "    wrist_
_    "    "    median  "  at wrist_

(For additional diagnoses and procedures, please see reverse side.)

I certify that the narrative description of the principal and secondary diagnoses and the major procedures performed are accurate and complete to the best of my knowledge.

_____     12/13/91
Signature of Responsible Physician          Date

006028

```
OPERID: JERMI        MEDICAL RECORDS ABSTRACT SUMMARY        12/16/91 22:12
TERMID: UCFPT38                                                    MOSES

LAST: GILADI          FIRST: RONI      MI:     SEX: M  AGE: 039 DOB: 03/05/52
ACCOUNT NO: 06443890 - 0003    MED REC NO: 900105770    SOC SEC NO: 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
ADMIT DATE: 12/12/91      DISCHARGE DATE: 12/13/91     DISCHARGE STATUS: 1  REG

DIAGNOSIS:     PRINCIPAL 3541      MEDIAN NERVE LESION NEC
(02) 3542    ULNAR NERVE LESION

PROCEDURE:     PRINCIPAL 0443      CARPAL TUNNEL RELEASE
(02) 0449    PER NERVE ADHESIOLYS NEC

DRG: 006          WEIGHT: 00.5412
CARPAL TUNNEL RELEASE
MPR: 0443      ADX:          SDX:          CCDX:          MDC: 01
```

006029

MONTEFIORE MEDICAL CENTER

## DISCHARGE SUMMARY          12/13/81

900105770

**BRIEF HISTORY / REASON FOR ADMISSION**

39 y/o ♂ _c̄_ med nerve
comp _c̄_ wrist ulnar
nerve comp _c̄_ wrist + elbow

```
N787 87A  BILADI, RONI
POB 27A   WELDORNE  NJ07041
P   0     STRAUCH PLS
112 43264 M39 H 011-972-5334
05443890  00038121291
```

**PERTINENT PHYSICAL EXAMINATION FINDINGS**

hypesthesia ulnar/med nerve dist _c̄_
weakness

**PERTINENT LABORATORY, X-RAY AND PATHOLOGICAL FINDINGS**

WNL

**HOSPITAL COURSE AND THERAPY**

The pt was admit OR  12/12  PO
course unremk

**DIAGNOSES**

1. Ⓡ med Nerve comp    4.
2. Ⓡ Ulnar Nerve comp _c̄_    5.
3. wrist / elb    6.

**OPERATIONS AND / OR PROCEDURES (INCLUDE DATES)**

1. Transpos + Decomp of    3. Decomp ulnar nerve _c̄_ wrist
2. ulnar nerve _c̄_ elbow    4. Decomp med nerve _c̄_ wrist

**DISCHARGE MEDICATIONS (DOSAGE AND DURATION)**

1. Tylenol    3.    5.
2.    4.    6.

**LIMITATIONS OF ACTIVITY**    **DIET**

Sling / Elev LUE    Reg

**CONDITION ON DISCHARGE (MUST BE RELATED TO REASON FOR ADMISSION)**

**PLANS FOR FUTURE CARE**    ☐ Transfer To: _____

☐ O.P.D. _____ DATE    ☑ Private M.D. Dr Strauch    NAME OF INSTITUTION _____ ☐ Other _____

PHYSICIAN-PRINTED NAME ____, M.D.    TRAINING LEVEL    PHYSICIAN SIGNATURE ____, M.D.  DATE 12/13

006030

MD3642M (REV 8/90)

C L I N I C A L   R E S U M E

# PREANESTHESIA
**ASSESSMENT RECORD**

BMHC ☐    WHAECOM ☐    MONTE ☒    NCB ☐

| DIAGNOSIS | DATE |
|---|---|
| *Ulnar / median nerve* | 12/9/91 |

| PROPOSED OPERATION | SCHEDULED FOR DATE: |
|---|---|
| *Neurolysis Ulnar rev. & trans* | 12/12/91 |
| SURGEON Dr. Strauch | TIME |

**SPECIAL REQUIREMENTS**

000000

900105770
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  39  M 03/05/52
06443890 0004 12/09/91

| HISTORY: AGE 39 | SEX ♂ | LAST P.O. 11pm 12/11/91 |
|---|---|---|

CARDIOVASCULAR  ⊖ CP  ⊖ MI  ⊖ CAD

PULMONARY  ⊖ tah  ⊖ SOB

EXERCISE TOLERANCE  good

| DIABETES ⊖ | HYPERTENSION ⊖ | SEIZURES ⊖ |
|---|---|---|
| RENAL ⊖ | HEPATITIS ⊖ | LMP |

| BLEEDING DISORDERS ⊖ | RECENT URI ⊖ |
|---|---|

OTHER  Oct 29 Removal of *pterygium* O eye local

PRIOR SURGERY/ANESTHESIA
'84 ® Median Nerve Repair — GA
Pt told he was difficult speaking x 3 d

ALLERGIES ▶ NKDA

| DRUG | DOSE |
|---|---|
| Polysporin eye ointment | OS TID |

SMOKING: ⊖
DRINKING: ⊖
DRUGS: ⊖

## PHYSICAL EXAMINATION

| T 97° | P 76 | R 20 | BP 130/80 | WT 190 | HT 5'11" |
|---|---|---|---|---|---|

AIRWAY  Class I    TEETH  loose

HEART  RRR ⊖ ⊖

LUNGS  Clear b/l

OTHER

| LABORATORY FINDINGS | Hb 14.7 | Hct 42.7 | SMA6/12 | 144 / 109 / 16/9 |
|---|---|---|---|---|
| | EKG | | | 4.5 / 26 / RR 9.6 |
| | CHEST X-RAY | | | Urine 1.025/5. |
| | OTHERS  WBC 5. | | VDRL NR | 5. |

## DISCUSSION AND PLAN

39 y/o  ND ♂ 5'  PMH ...
Pt discussed c Pt  risks & Benefit
discussed  Pt accepts & understands...

| ASA STATUS | PATIENT PREFERENCE |
|---|---|
| ① 2 3 4 5 E | LOCAL / REGIONAL / EPIDURAL / SPINAL / GENERAL ⊗ |

## PREOPERATIVE MEDICATIONS

| | DOSE | ROUTE | TIME |
|---|---|---|---|
| 1. NPO | | | |
| 2. Valium 10 mg PO c W Pin 2 oz | | | |

| DATE: 12/12/91 TIME: | RESIDENT PHYSICIAN 006031 | ATTENDING PHYSICIAN  08:00 12/12/91 |
|---|---|---|

**MONTEFIORE MEDICAL CENTER**
**AND**
**THE HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF**
**MEDICINE**

**PATIENT PROGRESS**
**OBSERVATION RECORD**

**EVERY ENTRY MUST BE DATED & SIGNED**

900105770

```
ER CI-SEI,RONI
708127MILBOURNE BJ0704:
P B.STRAUCH PLS
12643264 M39 B 011-972-5334
P 05443290 0003312-1291
```

If no plate, patient's name, adm, no., sex & Doctor

---

**DATE:** 12/12    SHORT OPERATIVE NOTE

**SURGICAL ATTENDING (S):** Strauch

**SURGICAL RESIDENT (S):** Osterman / Ruzzaren

**PRE OP DIAGNOSIS:** Compression ulner n. (L) elbow + wrist, Median n. compress wrist

**ANESTHESIA:** G-8TA

**POSITION:** Supine

**INCISION:** (L) elbow (L) wrist

**PROCEDURE:** Neurolysis ulnar n. left elbow, Neurolysis ulnar n. (L) wrist, median n. (L) wrist

**FINDINGS:**

**CLOSURE:**

**COMPLICATIONS:**

**DRAIN (S):**

**POST OP DIAGNOSIS (S):** Compression ulnar n. (L) elbow + wrist, Compression median n. wrist

**FLUIDS GIVEN:**

006032

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

**PATIENT PROGRESS
OBSERVATION RECORD**

900105770
GILADI,RON1
P O BOX 27 MILBOURNE NJ07041
B.STRAUCH PLS
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 39  M 03/05/52
06443890 0004  12/09/91

**EVERY ENTRY <u>MUST</u> BE DATED & SIGNED**

If no plate, patients's name, adm. no., sex & Doctor

| DATE | OBSERVATION |
|------|-------------|
| 12/12/91 3³⁰P | N256:<br>O: Pt. received AAO x3. In no acute respiratory distress. S: USS. ① arm ē recovery dsg and intact. ① arm ē good NVS, and good capillary refill, mobile. ① arm kept elevated at all time. enc. use of respirex, able to raise up to level 4. Voiding in bathroom.<br>R: Pain ē relief after taking Percocet. Denies CP, SOB, palpitations etc. _____ Alexandra ___ |
| 12/13 7P | PLAS<br>POSP OP ✓<br>VSS afebrile<br>no complaints<br>Fingers warm, sensation as per progr.<br>will □ pain meds ⟨signature⟩ |

006033

1.3

OD-1153 REV. 5/85

# MONTEFIORE MEDICAL CENTER
### HENRY L. and LUCY MOSES DIVISION
### THE JACK D. WEILER HOSPITAL OF
### THE ALBERT EINSTEIN COLLEGE OF MEDICINE

## CONSENT FORM
(to be signed by patient wherever applicable)

900105770

SCCC-RB
CILADI RONI
PO 127 MELBOURNE NJ07041
B. STRAUCH PLS    H 03/05/52
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 39    12/09/91
06443890 0004

PATIENT'S NAME

Date _____ 10/11_ 19 _91_

Time _____ A.M./P.M.

---

I.     PERMISSION FOR OPERATIVE AND/OR DIAGNOSTIC PROCEDURE AND/OR TREATMENT

1.     I hereby authorize Dr. _____Strauch_____ or associates or assistants of his/her choice at Montefiore
Medical Center to perform upon me/the named above patient the follwing operation(s) and/or procedure(s)
PLEASE PRINT OR TYPE

_Neurolysis v Transposition ulna nerve (L) elbow_
_neurolysis ulna nerve left wrist Neurolysis (Median nerve (R) wrist_
_Synovectomy_ (Check if applicable) - including such photographing, videotaping, televising, or other observation of the operation(s)
/procedure(s) as may be purposeful for the advance of medical knowledge and/or education, with the understanding that
my/the patient's identity remain anonymous and all photographs and videotapes remain the property of Montefiore.

2.     Dr. _____Strauch_____ has fully explained to me the nature and purposes of the operation/procedure
and has also informed me of expected benefits and complications (from known and unknown causes), attendant discom-
forts and risks that may arise, as well as possible alternatives to the proposed treatment, including no treatment. I have
been given opportunity to ask questions, and all my questions have been answered fully and satisfactorily.

3.     It has been explained to me that during the course of an operation unforeseen conditions may be revealed that necessi-
tate an extension of the original procedure(s) set forth in paragraph 1. I therefore authorize and request that the above
named surgeon, his associates and/or assistants perform such related surgical procedures and adminster whatever is necess-
ary and desirable in the exercise of their professional judgement.

4.     I have been informed that there are other risks, hazards, complications, and consequences that are attendant to the per-
formance of any surgical procedure. I acknowledge that no guarantees or assurances have been made to me concerning
the results of the above operation, treatment(s) or procedure(s).

5.     I further consent to the adminstration of such anesthesia and/or blood transfusions as may be considered necessary.
I recognize that there are always risks to life and health associated with anesthesia and blood transfusions and such risks
have been explained to me.

6.     I further consent to disposal by hospital authorities, or possible use for research purposes, in accordance with its accus-
tomed practice, of any tissues or parts which may be removed.

7.     I confirm that I have read and fully understand the above and that all the blank spaces have been completed prior to
my signing. I have crossed out any paragraphs above which do not pertain to me.

---

Interpreter
if required    _____
              SIGNATURE

Witness       _____
              PRINT NAME AND ADDRESS

              _____
              SIGNATURE

              _____
              PRINT NAME

Patient/Relative or
Guardian*     _____
              SIGNATURE

              _____
              PRINT NAME

              _____
              RELATIONSHIP IF SIGNED BY PERSON OTHER THAN PATIENT

              _10/11/91_
              DATE

I hereby certify that I have explained the nature, purpose, benefits, risks of, and alternatives to the proposed procedure/
operation, have offered to answer any questions and have fully answered such questions. I believe that the patient/relative/
guardian fully understand what I have explained and answered.

Physician
REMARKS:      _____      _Berish Strauch_      _10/11/91_
              SIGNATURE                       PRINT NAME            DATE

              _____

              _____

006034

MONTEFIORE MEDICAL CENTER
MOSES DIVISION
DEPARTMENT OF NURSING

PRE–OPERATIVE CHECKLIST/PROGRESS NOTE

Operation scheduled for: _12-12-91_

Procedure: _____ date _____

SDCC-RB    900105770
GILADI,RONI
PCB127MILBOURNE NJ07041
B.STRAUCH PLS
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    M 03/05/52
06443890 0004 12/09/91

### I. CHART PREPARATION

| | Initial YES | N/A |
|---|---|---|
| Consent in chart (including special consents) | | |
| Chart is addressoplated | ✓ | |
| Addressoplate with chart | ✓ | |
| Allergies indicated | | |
| Doctor's Order Sheets in chart | ✓ | |
| Medication Sheets in chart | | |
| Current Graphic Sheet in chart | | |
| Preoperative medication ordered | | |

Unit Secretary signature _____ print name _____

### II. RESULTS IN CHART

| | Initial Y | N | N/A | Comments |
|---|---|---|---|---|
| Protime | | | | |
| CBC with platelets | | | | |
| Chemistry | | | | |
| Urinalysis | | | | |
| EKG | | | | |
| Chest x-ray | | | | |
| Type & Cross/Hold | | | | |

VDRL

Unit Secretary signature _____ print name _____

### III. PATIENT PREPARATION

| | YES | N/A |
|---|---|---|
| Consent completed: dated, signed and witnessed  (including special consents) | ✓ | |
| Enema given  (if ordered) | | |
| N.P.O. from  (time) | | |
| Preoperative teaching done | | |
| Preoperative bath or shower given | | |
| Preoperative steriods given | | |
| Preoperative antibiotics given | | |
| Preoperative medication given | | |
| Other preoperative medication given | | |
| Valuables secured | | |
| Jewelry (including wedding ring), cosmetics, nail polish, hair pins removed | | |
| Legible, correct identification band on patient | | |
| Presence of capped teeth | ✓ | |
| Prosthesis removed  (dentures, bridges, hearing aid, contact lenses, wig/toupee, other) | | |
| Voided on call    Foley in place | | |

Operative area prepared by:

signature/title _____ print name _____

Operative area inspected by:

signature/title _____ print name _____

### IV. SPECIAL PATIENT NEEDS  e.g., blind; deaf; confused; disoriented; IV to be started by Anesthesia; other

CONTAGIOUS DISEASE    Y   (N)

### V. ASPIRIN   Has patient taken any medications containing aspirin within the past 7 days?  Y  (N)
If yes, has M.D. been notified?  Y    N        M.D. name: _____

### VI. T:_98_  P:_76_  R:_20_  BP:_130_ WT:_190_  HEIGHT:_5_  TIME:_830_

### VII. NURSING NOTE

Checked by Unit Nurse: _____ date _1/12/__

Checked by O.R. Nurse: _____ date _12-12-9_

NR 1623 Rev. 1/91

006035

900105770

990105770

006036

MONTEFIORE MEDICAL CENTER — Operating Room Nursing Record

/33 5/80

RR GILADI, RONI
PO8127MILBOURNE NJ07041
P B.STRAUCH PLS
112643264 N39 H 011-972-5334
C0443890 0003 8121291

**1. DATE** 12/8/91

**2. TIME PT. IN ROOM** 0930

**3. TRANSPORTED VIA** ☐STRETCHER ☐BED ☐CRIB ☐OBSOLETE ☐OTHER

**4. PRE-OP DIAGNOSIS** Compression ulna nerve left elbow and left wrist

**4. PRE-OP CHECK LIST ☐ N/A**
☐ COMPLETE ☐ INCOMPLETE

Medical review left wrist

**5. PT. IDENTIFICATION**
☐ PATIENT ENGAGE ☐BAND ☐ CHART

**7. SPECIAL NEEDS OF PATIENT**
☐ BLIND ☐ GLASSES ☐ OTHER ☐N/A

**5. TRANSFER TO O.R. BED**
☐ ASSISTANCE ☐ TOTAL ASSISTANCE ☐ OTHER

**6. LEVEL OF RESPONSIVENESS**
☐ ALERT ☐ ASLEEP ☐ DROWSY ☐ OTHER

**8. SPECIAL NEEDS OF PATIENT**
☐ LANGUAGE ☐ HEARING ☐ DISABILITY

**11. BEHAVIOR** Quiet

**10. PRE-OP** prepped dry

**12. POST OP** same

**15. ALLERGIES**
☐MEDS ☐ADHESIVE TAPE ☐IODINE ☐OTHER ☐N/A

**13. ANESTHESIA ☐N/A**
☐GENERAL
☐REGIONAL
☐STANDBY
☐EPIDURAL ☐SPINAL ☐LOCAL
☐AXILLARY ☐RT
☐OTHER ☐LT
☐BLOCK ☐OTHER

**12A** ☐MASK ☐ENDOTRACHEAL ☐OTHER **AGENT**
**14** LOCAL **AGENT**
**14A TOPICAL** ☐YES ☐NO **AGENT**

N/A

**16. MONITOR ELECTRODES**
☐YES ☐NO **LOCATION** RA LA left Chest

**17. ELECTROSURGERY UNIT**
☐YES ☐NO ☐PAD **PLATE LOCATION** R+

**14.B MEDS. GIVEN BY R.N.** ☐YES ☐NO
(SEE MED SHEET)

**15. SURGICAL PREP** Ancl Sol—
☐CHLOROX ☐OR ☐OTHER ☐N/A

"OTAL CC

TOTAL CC

**CONTROL #** 4 13636

**BIPOLAR**
☐YES ☐NO

**CONTROL #**

| 18 Intracardiovascular | | To O.R. In O.R. | Site | Inserted By | Size | Cath./Needle | I.V. Solution |
|---|---|---|---|---|---|---|---|
| PERIPHERAL | ☐N/A | ☐To O.R. ☐In O.R. | R+ hand | H. Hasr-CCIA | 205 Angio | normal |
| PERIPHERAL | ☐N/A | | | | | |
| CVP | ☐N/A | | | | | |
| ARTERIAL | ☐N/A | | | | | |
| ATRIAL - Line | ☐N/A | | | | | |
| SWAN GANZ | ☐N/A | | | | | |
| INTRA BALLOON | ☐N/A | | | | | |
| AORTIC | ☐N/A | | | | | |

**19. NASAL/GASTRIC TUBE**
OPEN TO DRAINAGE ☐YES ☐NO

☐INSERTED ☐TO O.R. ☐TO O.R.
☐YES ☐NO ☐NO ☐N.O.R.

BY

| | TYPE | IN PLACE LEAVING O.R. ☐YES ☐NO | | | |
|---|---|---|---|---|---|
| | | | | AMT. | COLOR |

**20. CATHETERIZATION** ☐YES ☐NO

☐IN OR
☐TO OR
TOTAL AT END OF PROCEDURE

| | | | |
|---|---|---|---|
| CC | AMT | | |
| CC | AMT | | |
| CC | AMT | | |

**PERFORMED BY:**

☐CC
☐J
☐R

**21. PT. VOIDED IN O.R.**
☐YES ☐NO

| | | TIME | | | |
|---|---|---|---|---|---|
| | TYPE | | SIZE | ☐YES ☐NO | |
| | IN PLACE LEAVING O.R. | ☐YES ☐NO | | | |
| | REMOVED BY: | | | | |
| | SINGLE CATH | | CC | COLOR | |
| | AMT. | | | | |

**RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| PREMEDICATION | AT | BP 130/80 | T 97⁸ | P 74 | R 20 | |

Valium 10 mg PO

WT 190 lb   HT 5'11"   TEETH Caps 1 Front

Hb/HCT 14.7 / 42.7

LAST P.O. ___   DATE OP 12/12/91   SURGERY START 9:55 END 10:50   ANESTHESIA START 9:25 END 10:55

SUMMARY OF PERTINENT FINDINGS

NKDA

PMSH:- Exec. Ptyregium + repair recently
History of Difficult intubation Lt
Repair of ® Median Nerve 1987
Meds: Polysporin B Eyes   NKDA

ASA 1 2 3 4 5 E   OPERATION PROPOSED   AGE 39   D.O.B.

AGENTS: N₂O, NO, HALO, ENF, ISO, NM BLK, OPIOID, BARB, KET, BENZODIAZ
TETRA, 2 CP, H₂O, BUPIV, EPI, PATIENT/CHART REVIEWED, ANESTHESIA EQUIPMENT CHECKED, PT. I.D.



| | | | | | |
|---|---|---|---|---|---|
| O₂ | | | | | |
| N₂O | | | | | |
| ISO | | | | | |
| Fent | | | | | |

Glyco
ITC/SUX
Drop

Normosol

Normosol

TOTAL AGENTS

N₂O O₂ ISO Sevoflur.
Drop
Fent
Tiactol
SUX
Fluids Total In
LRD
LR
NS .01
Total 850
ALB
HETA
PRBC
FFP
PLT

11:05'
PACU

BP 110/70

P 70
R 16

Sat 99

Awoke
Breathg well

TECHNIQUE   TUBE SIZE
MASK, ORO, NASO, OSTOMY   R.O.

REGIONAL   NEEDLE SIZE
SPINAL, EPIDURAL, NERVE BLOCK, MAC

REGION
INTRA-ABDOMINAL, INTRA-THORACIC, INTRA-CRANIAL NEURO, EXTREM, OTHERS

TRANSFER TO PACU
AWAKE ✓, REFLEXES, UCS   TOTAL OUT
EBL   URINE

| SYMBOL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| POSITION | | | | | | | | |
| F O₂/S O₂ | 1/98 | 3/99 | 3/99 | 3/98 | 3/99 | | | |
| EKG | SR | SR | SR | SR | SR | | | |
| | 82 | 82 | 84 | 82 | 82 | | | |
| Skin | | | 94 | | | | | |
| ETCO₂ | | 34 | 36 | 37 | 36 | | | |
| EBL | | | | | | | | |
| URINE | | | | | | | | |

VENT, PRECORD ST, ESOPH ST, BLD. GAS, O₂ MON, OXIMETER, ET CO, ET AGENT, ECG, CVP, ART. LINE, P.A CATH, TEMP, BLOOD WARM, BLANKET
NERVE BLOCK STIM, EEG, HUMID, Auto B/P, Skin

Pt. I.D. via Loldby. I.V. Started the
# 20 Angio (RT) hand.
To O.R. Monitors placed. I.V. induction
Atraumatic Oro Tracheal intubation # R.O.
9:50 eye pads placed in eyes.

TA Total 54 mm

TA Total 54 mm

| TIME | DRUG | DOSE | ROUTE |
|---|---|---|---|

OPERATION PERFORMED
Decompression of
Ulna @ Elbow + Midium at Wris
OPERATIVE DIAGNOSIS
Elbow Ulna Nerve + Midian at W
SURGEONS
Dr. B. Strauch
ANESTHESIOLOGISTS/ANESTHETISTS
Dr. Nagashima / M. Maso
SIGNATURE OF ATTENDING

SIGNATURE OF RESIDENT/CRNA
M. Maso

008037

FORM RR 3200 M

## POST-ANESTHESIA CARE UNIT          MOSES

LOCATION: _PACU_    DATE _12/11/9_    GENERAL ☐  NARCOTIC ☐  KETAMINE ☐
                                      REGIONAL ☐  NERVE BLOCK ☐

OPERATION: _Skin Decompression of nerve below Elbow_
_+ Median Graft_    Discharged by Dr. Nagashi

ADMITTED: _11:50/pm_    DISCHARGED: _@ 12 pm_

900105770

GILADI, RONI
127 MILLBOURNE NJ 07041
L STRAUS    3
011-972-5334
049990  0030121291

N 787 A

| FLUIDS | | | | | | | | | | | | OR | PACU | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 850 | 100 | 950 |
| D5RL | 1000 | 75 | | | | | | | | | | | 75 | 75 |
| NSOL | 100 | 0/L | | | | | | | | | | | | |
| COLLOID | | | | | | | | | | | | | | |
| BLOOD | | | | | | | | | | | | | | |
| VOID FOLEY | 0 | 0 | | | | | | | | | | 0 | 0 | 0 |
| SP GR | | | | | | | | | | | | | | |
| NG | | | | | | | | | | | | | | |
| CT | | | | | | | | | | | | | | |
| JP/HEMOVAC | | | | | | | | | | | | | | |
| MON 12L ECG | RSR | Reg | | | | | | | | | | | | |
| X-RAY | | | | | | | | | | | | | | |
| LABS | | | | | | | | | | | | | | |
| F.S.G. | | | | | | | | | | | | | | |
| C.V.P. | | | | | | | | | | | | | | |
| P.A.P. | | | | | | | | | | | | | | |
| P.C.W.P. | | | | | | | | | | | | | | |
| O% | | Room | | | | | | | | | | | | |
| O₂ SOURCE | Room | air | | | | | | | | | | | | |

| CLASSIFICATION (PLEASE CIRCLE) |
|---|
| (1)  2  3  4  5 |

REMARKS:

| CODE FOR IV |
|---|

HCT
PACU SCORE: D/A 15 30 45 60 OD

### CONSCIOUSNESS
| | |
|---|---|
| FULL AWAKE = 2 | ✓ ✓ ✓ |
| AROUSABLE = 1 | / / / |
| UNRESPONSIVE = 0 | |

### RESPIRATION
| | |
|---|---|
| BREATHES DEEPLY = 2 | ✓ ✓ ✓ ✓ ✓ |
| MAINTAINS AIRWAY = 1 | |
| APNEIC = 0 | |

### ACTIVITY
| | |
|---|---|
| PURPOSEFUL = 2 | ✓ ✓ ✓ ✓ ✓ |
| PURPOSELESS = 1 | |
| MOTIONLESS = 0 | |

### COLOR
| | |
|---|---|
| NORMAL = 2 | ✓ ✓ ✓ ✓ ✓ |
| PALE, DUSKY = 1 | |
| CYANOTIC = 0 | |

### BP CIRCULATION
| | |
|---|---|
| BP > 20% + PRE-OP 2 | ✓ ✓ ✓ ✓ ✓ |
| BP ± 20%-50% + PRE-OP 1 | |
| BP ± 50% + PRE-OP 0 | 99 10 10 10 10 |

O₂ Sat 260 ... 99  98%

| MEDICATION | DOSE | ROUTE | FREQ. | NURSE'S INITIALS |
|---|---|---|---|---|
| 1. M SO₄ | 4 mg | IVP | X1 | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |

MEDS ADDED TO I.V.

TEMP:

MEDICATION INITIALS:

NURSES REMARKS:  _Adm arousable to_

NURSES SIGNATURE & TITLE

_verbal. lying supine c̄ HOB 30°. Lungs clear c̄ deep, regular_
_resp. ① arm all wrap dry. ① arm elevated on 3_
_blankets. All 5 fingers exposed. All 5 fingers c̄ ROM/movement sensa_
_+ cap refill. Pink color + warm. 1140 - c/o ① arm pain + medicated c̄_
_M SO₄ 4 mg IVP per Dr. Delamothe/anes. 1200 - report to relief RN_

NURSES SIGNATURE

CHART COPY

# Montefiore Medical Center
## BRONX, NEW YORK 10467

NAME GILADI, RONI                    NURSING UNIT        S.S. NO 800 10 5770

DATE OF OPERATION    12/12/91        SURGEON    DR. B. STRAUCH

ASSISTANTS    DR. H. STERMAN

PRE-OPERATIVE DIAGNOSIS    COMPRESSION OF ULNAR NERVE AT LEFT ELBOW
AND WRIST; LEFT MEDIAN NERVE COMPRESSION AT WRIST

POST-OPERATIVE DIAGNOSIS    SAME

OPERATION        1. TRANSPOSITION OF ULNAR NERVE AT ELBOW;
2. GUYON'S CANAL RELEASE; 3. MEDIAN NERVE DECOMPRESSION;
4. EXTERNAL NEUROLYSIS; 5. APPLICATION OF SPLINT

**DESCRIPTION** (findings, techniques, incision, sutures and drainage)

ANESTHESIA: GENERAL ENDOTRACHEAL ANESTHESIA.

POSITION: Supine.

INDICATIONS FOR PROCEDURE: This is a thirty-nine year old male who developed symptoms of ulnar and median nerve compression and electrophysiologic studies which demonstrated compression of the ulnar nerve at the elbow as well as median nerve compression at the wrist. The patient was explained the risks and benefits of the proposed procedure and agreed.

DESCRIPTION OF OPERATION: The patient was brought into the Operating Room, placed on the table in supine position. After general endotracheal anesthesia was performed, the left upper arm had the tourniquet and padding placed in the usual fashion. Tourniquet pressure was set as was the tourniquet time. Tourniquet pressure was 250 mm of mercury. The left arm was then prepped and draped in the usual sterile fashion and the hand was then exsanguinated using the Esmarch. After exsanguinating the arm, the tourniquet was inflated.

An incision was made over the ulnar nerve at the level of the elbow and the skin flaps were then elevate exposing the ulnar nerve. The ulnar nerve was then identified and lay within the ulnar groove. The ulnar nerve was then dissected free of the surrounding tissue proximally and distally until the level of the branches below the elbow to the muscles were identified. The ulnar nerve was then freed up from its groove and was then rotated medially over beyond the medial epicondyle of the elbow. This was then tacked in position with a Vicryl suture. The wound was irrigated out and the

continued

006039

-------------------------------------------------- M.D.

DATE DICTATED:

DATE TRANSCRIBED:

MR-656

# Montefiore Medical Center
### BRONX, NEW YORK 10467

NAME    GILADI, RONI              NURSING UNIT           S.S. NO. 900 70 5770

DATE OF OPERATION    12/12/91    SURGEON    DR. B. STRAUCH

ASSISTANTS    DR. H. STERMAN

PRE-OPERATIVE DIAGNOSIS    COMPRESSION OF ULNAR NERVE AT LEFT ELBOW
~~AND WRIST; LEFT MEDIAN NERVE COMPRESSION AT WRIST~~

POST-OPERATIVE DIAGNOSIS    SAME

OPERATION    1. TRANSPOSITION OF ULNAR NERVE AT ELBOW;
2. GUYON'S CANAL RELEASE; 3. MEDIAN NERVE DECOMPRESSION
4. EXTERNAL NEUROLYSIS; 4. APPLICATION OF SPLINT

DESCRIPTION (findings, techniques, incision, sutures and drainage)

PAGE 2

skin was closed with interrupted Vicryl sutures after the
neurolysis and the transposition of the ulnar nerve was
performed. Skin was closed with interrupted nylon sutures.

Attention was then turned to the wrist. An incision was made
in the wrist in a zig-zag fashion between the position of the
median nerve and the Guyon's canal. This was carried down
through the subcutaneous tissue through the transverse carpal
ligaments and Guyon's canal and the ulnar nerve and ulnar
artery were identified. The Guyon's canal was then released
with care not to damage the ulnar nerve or artery. The
transverse carpal ligament was then transected and the fascia
was also opened with scalpel. The median nerve was
identified and a median nerve decompression was then
performed proximally and distally up to the level of the
carpal arch. Care was performed to avoid damaging the ulnar
and median palmar nerves. The median nerve appeared to have
a narrowing and thickening of the perineural fibers. An
external neurolysis was then performed under magnification
using the microsurgical instruments. This was done until
pouting fascicles could be identified. The wound was
irrigated out.

The skin was then closed with interrupted 5-0 nylon sutures.
The elbow wound and the wrist wound were then dressed with
Xeroform followed by moist gauze, dry gauze, parachutes and
Kerlix. A splint was then applied putting the wrist in
neutral position and the elbow in flexion. Sufficient
padding was placed to prevent any pressure sores.

continued

006040
-------------------------------------- M.D

DATE DICTATED:
DATE TRANSCRIBED:

MR-656

# Montefiore Medical Center
### BRONX, NEW YORK 10467

| | | |
|---|---|---|
| NAME    GILADI, RONI | NURSING UNIT | S.S. NO.  900 10 5770 |
| DATE OF OPERATION    12/12/91 | SURGEON    DR. B. STRAUCH | |

ASSISTANTS        DR. H. STERMAN

PRE-OPERATIVE DIAGNOSIS      COMPRESSION OF ULNAR NERVE AT LEFT ELBOW AND WRIST; LEFT MEDIAN NERVE COMPRESSION AT WRIST

POST-OPERATIVE DIAGNOSIS      SAME

OPERATION          1. TRANSPOSITION OF ULNAR NERVE AT THE ELBOW; 2. GUYON'S CANAL RELEASE; 3. MEDIAN NERVE DECOMPRESSION; 4.EXTERNAL NEUROLYSIS; 5. APPLICATION OF SPLINT.

**DESCRIPTION (findings, techniques, incision, sutures and drainage)**

PAGE 3

The patient tolerated the procedure well. The tourniquet was then deflated.

Total tourniquet time:  Fifty-two minutes.

Good capillary refill was noted in all the digits at the conclusion of the case.

HS/HTS/ps
D: 12/31/91
T: 1/3/92
TAPE 450                           B. Strauch, M. D.

cc: Dr. Strauch
Dr. Sterman
Dr. Irizarry
Chart.

006041

_____ M.D

DATE DICTATED:
DATE TRANSCRIBED:

MONTEFIORE MEDICAL CENTER
The University Hospital
for the Albert Einstein
College of Medicine
Henry and Lucy Moses Division

111 East 210th Street
Bronx, New York 10467-2490
718·

**MONTEFIORE**



## MONTEFIORE MEDICAL CENTER
### 111 EAST 210TH STREET, BRONX, NEW YORK 10467
### IMMUNODIAGNOSTIC LAB

| CODE | ASSAY | RESULT |
|---|---|---|
| 104 | ASLO-STREPTOZME | |
| 102 | RHEUMATOID FACTOR (LATEX) | |
| 108 | ANF (ANA) | |
| 119 | ANTI-DNA AB | |
| 115 | ANTI-ENA (SM + RNP) AB | |
| 160 | ANTI-HISTONE AB | |
| 161 | ANTI-CENTROMRE AB | |
| 116 | ANTI-J0-1 AB | |
| 165 | ANTI-SCL-70 | |
| 162 | ANTI CARDIOLIPIN AB | |
| 168 | ANTI-Ro AB | |
| 169 | ANTI-La AB | |
| 130 | ANTI- MITO AB | |
| 132 | ANTI-SMOOTH MUSCLE AB | |
| 163 | ANTI NEUTROPHIL CYTOPLASMIC AB (ANCA) | |
| 172 | COMPLEMENT | |
| 138 | C₃ COMPONENT | |
| 140 | C₄ COMPONENT | |
| 170 | C₁Q BINDING | |
| 166 | RAJI CELL TITER | |
| 144 | C₁ INHIBITOR (ESTERASE) | |
| ✓ 146 | IMMUNOFLUORESCENT SKIN TEST | Pos, Anti IgG intercellular. 10/30 |
| 136 | ANTI-EPID CELL AB | |
| 101 | LYME AB | |
| 199 | OTHER | |

COPY

FORM # LB0907M REV. 10/91

SDCC-RB         900105770
GILADI, RONI
POB127 MILBOURNE NJ 07041
H.MAYERS, OPH
12-64-3264 39 M 03/05/52
06443890   0005   10/29/91

| CHARGE DATE | | | CODE | CHARGE |
|---|---|---|---|---|
| MONTH | DAY | YEAR | 11 | |

ORDERED BY                         DATE COLLECTED

CLINICAL DIAGNOSIS          MD    LOG NO.

| | FOR LAB USE ONLY |
|---|---|
| 150 | ANA/LATEX |
| 152 | ANTI-MITO/ANTI-SM-MUSCLE |
| 153 | COMPLEMENT/ANTI-DNA. ENA |
| 154 | COMPLEMENT/ANTI-DNA |
| 156 | COMPLEMENT/ANTI-ENA |
| 157 | ANTI DNA/ANTI ENA |
| 158 | C₃ + C₄ COMPONENTS |

NOTES

006042

CHART COPY

*12-13 11*

# MONTEFIORE MEDICAL CENTER
### BRONX, NEW YORK 10467

AGE: 39

PATIENT NAME    : GILADI,RONI
MED REC NUMBER : 900105770
LOCATION        : DISM    N787A
PHYSICIAN       : STRAUCH,BERISH –
SOC SEC NUMBER : 112643264

DATE: 12/14/91    TIME: 1302

PAGE: 1

---

## E L E C T R O L Y T E S  /  G L U C O S E  /  R E N A L

| | 10-26 mg/dL BUN | 135-145 mEq/L Na | 3.5-5.0 mEq/L K | 24-30 mEq/L CO2 | 98-108 mEq/L Cl | 70-115 mg/dL GLUCOSE | 0.5-1.5 mg/dL CREAT. | 8.5-10.5 mg/dL Ca |
|---|---|---|---|---|---|---|---|---|
| DATE TIME 12/09R1241 | 16. | 144. | 4.3 | 26. | 109 H | 99. | 0.8 | 9.6 |

| | 2.5-4.5 mg/dL PHOS | 2.5-8.0 mg/dL URIC ACID |
|---|---|---|
| DATE TIME 12/09R1241 | 2.9 | 5.3 |

---

## L I V E R  P A N E L  /  E N Z Y M E S

| | 6.0-8.5 g/dL TOTAL PROTEIN | 3.5-5.5 g/dL ALBUMIN | 0.2-1.2 mg/dL TOTAL BILI. | 0.0-0.3 mg/dL DIRECT BILI. | 30-115 U/L ALK. PHOS. | 5-40 U/L SGOT | 5-40 U/L SGPT | 60-250 U/L LDH |
|---|---|---|---|---|---|---|---|---|
| DATE TIME 12/09R1241 | 7.3 | 4.8 | 0.6 | 0.1 | 46. | 17. | 16. | 160. |

| | 10-100 U/L CPK | 120-240 mg/dL CHOL. |
|---|---|---|
| DATE TIME 12/09R1241 | 43. | 182. |

---

## R O U T I N E  U R I N A L Y S I S

| | APPEAR | COLOR | SP/GR | pH | MG/DL PROT |
|---|---|---|---|---|---|
| DATE TIME 12/09R1432 | CLEAR | YELLOW | 1.025 | 5.0 | NEG |
| 10/23R1037 | CLEAR | YELLOW | 1.025 | 5.0 | NEG |

(PATIENT REPORT CONTINUED ON PAGE: 2)

IP 2979 M

006043

PERMANENT CUMULATIVE SUMMARY

# MONTEFIORE MEDICAL CENTER
### BRONX, NEW YORK 10467

AGE: 39

PATIENT NAME    : GILADI,RONI
MED.REC NUMBER : 900105770
LOCATION        : DISM    N787A
PHYSICIAN       : STRAUCH,BERISH -
SOC SEC NUMBER : 112643264

DATE: 12/14/91    TIME: 1302

PAGE: 3

---

## R O U T I N E    C B C

| | 14-18 gm. HGB | 42-52 % HCT | 4.6-6.2 mil/mm3 RBC | 78-96 fl MCV | 27-31 pg MCH | 32-36 gm/dl MCHC | 180-400 k/mm3 PLATELET |
|---|---|---|---|---|---|---|---|
| **DATE TIME** | | | | | | | |
| 12/09R1224 | 14.7 | 42.7 | 4.88 | 87.5 | 30.1 | 34.4 | 197. |
| 10/23C1111 | 14.8 | 43.0 | 4.92 | 87.5 | 30.1 | 34.4 | |

| | RDW | PLATELET ESTIMATE | WORKSHEET STORAGE |
|---|---|---|---|
| **DATE TIME** | | | |
| 12/09R1224 | 12.4 | NORMAL | 17 |
| 10/23C1111 | 12.0 | | 18 |

---

## W B C  +  M A C H I N E    D I F F

| | 4.8-10. k/mm3 WBC | % LYMPH | % MONO | % GRAN | k/mm3 LYMPH | k/mm3 MONO | k/mm3 GRAN | k/mm3 EOS | k/mm3 BASO |
|---|---|---|---|---|---|---|---|---|---|
| **DATE TIME** | | | | | | | | | |
| 12/09R1224 | 5.0 | 18.9 | 7.5 | 73.6 | 0.9 | 0.4 | 3.7 | <.7 | <.2 |
| 10/23C1111 | 5.2 | 30.2 | 7.3 | 62.5 | 1.6 | 0.4 | 3.2 | <.7 | <.2 |

---

## M A N U A L    D I F F

| | 40-70 % SEG | 20-50 % LYMPH | 1-8 % MONO | 0-5 % EOSIN |
|---|---|---|---|---|
| **DATE TIME** | | | | |
| 12/09R1224 | 67 | 22 | 10H | 1 |

(PATIENT REPORT CONTINUED ON PAGE: 4)

P 2979 M

006045

# MONTEFIORE MEDICAL CENTER
## BRONX, NEW YORK 10467

AGE: 39

PATIENT NAME    : GILADI, RONI
MED REC NUMBER  : 900105770
LOCATION        : DISM    N787A
PHYSICIAN       : STRAUCH, BERISH -
SOC SEC NUMBER  : 112643264

DATE: 12/14/91    TIME: 1302

PAGE:  5

## B L O O D    B A N K    R O U T I N E    T E S T S

-----TEST NAME------    12/02/91
                          C(1320)

TYPE AND SCREEN
ABO TYPE                  AB
RH TYPE                   NEG
ANTIBODY SCREEN(IAT)      NEG
DIRECT AHG BS             NEG

006047

P 2979 M

# MONTEFIORE MEDICAL CENTER
### BRONX, NEW YORK 10467

```
                              PATIENT NAME    : GILI-DZ...
                              MED REC NUMBER  : 900105770
                              LOCATION        : CCCC    CCCC
                              PHYSICIAN       : STRAUCH/ERISH..
     DATE: 12/10/..  TIME: 0318  SOC SEC NUMBER : 112643264
```

| DATE | TIME | TEST NAME | HIGH | LOW | NORMAL | REFERENCE-RANGE | UNIT |
|------|------|-----------|------|-----|--------|-----------------|------|
| 12/09 | 1432 | URINALYSIS/COMPLETE | | | | | |
| | | APPEARANCE | | | CLEAR | | |
| | | COLOR | | | YELLOW | | |
| | | PH | | 5.0 | | | |
| | | SPECIFIC GRAVITY | | 1.025 | | | |
| | | PROTEIN | | | NEG | | MG/.. |
| | | GLUCOSE | | | NEG | | MG/.. |
| | | KETONE (ACETONE) | | | NEG | | MG/ |
| | | OCCULT BLOOD | | | NEG | | |
| | | BILIRUBIN | | | NEG | | |
| | | NITRITE | | | NEG | | |
| | | UROBILINOGEN | | 0.2 | | | MG/.. |
| | | LEUCOCYTE | | | NEG | | |
| 12/09 | 1320 | BLOOD SPECIMEN | | | ~IN LABORATORY | | |
| | | TYPE AND SCREEN | | | | | |
| | | ABO GROUP | | AB | | | |
| | | RH TYPE | | NEG | | | |
| | | ANTIBODY SCREEN(IAT | NEG | | | | |
| | | INDIRECT AHG BS | NEG | | | | |
| 12/09 | 1318 | SYPHILIS SCREEN ~ R | NONREACTIVE | | | | |
| 12/09 | 1241 | ADMISSION SURVEY | | | | | |
| | | UREA NITROGEN | | 16. | | 10-26 | MG/.. |
| | | SODIUM | | 144. | | 135-143 | M../.. |
| | | POTASSIUM | | 4.3 | | 3.5-5.0 | M../.. |
| | | CO2 | | 26. | | 24-30 | MEQ/.. |
| | | CHLORIDE | 109H | | | 98-108 | MEQ/.. |
| | | GLUCOSE | | 99. | | 70-115 | MG/.. |
| | | CREATININE | | 0.8 | | 0.5-1.5 | MG/.. |
| | | CALCIUM | | 9.6 | | 8.5-10.5 | MG/.. |
| | | INORGANIC PHOSPHO | | 2.9 | | 2.5-4.5 | MG/.. |
| | | URIC ACID | | 5.3 | | 2.5-8.0 | MG/.. |
| | | TOTAL PROTEIN | | 7.3 | | 6.0-8.0 | G/.. |
| | | ALBUMIN | | 4.8 | | 3.5-5.5 | G/.. |
| | | BILIRUBIN TOTAL | | 0.6 | | 0.2-1.2 | M../ |
| | | BILIRUBIN DIRECT | | 0.1 | | 0.0-0.3 | M../ |
| | | ALKALINE PTASE | | 46. | | 30-115 | U/.. |
| | | SGOT | | 17. | | 5-40 | U/.. |
| | | SGPT | | 36. | | 5-40 | U/.. |
| | | LACTIC DEHYDROGEN. | | 160. | | 60-250 | U/.. |
| | | CPK | | 43. | | 10-100 | U/.. |
| | | CHOLESTEROL | | 132. | | 120-240 | U/.. |
| 12/09 | 1224 | ... | | | | | |

008048

CLINIC/PHYSICIAN COPY

978 M