# DOCTOR'S ORDER SHEET

DRUG SENSITIVITIES:

NONE KNOWN

| Medication | Dose & Route | Frequency | M.D. Signature | Date | Comments | New | Renew | Change | Stat. | Secy | Time of Order |
|---|---|---|---|---|---|---|---|---|---|---|---|

DATE/TIME    NOTED BY    A.M. / P.M.

DOCTOR'S SIGNATURE

# DOCTOR'S ORDER SHEET

DRUG SENSITIVITIES:

NONE KNOWN ☐

| Medication | Dose & Route | Frequency | M.D. Signature | Date | Comments |
|---|---|---|---|---|---|

New    Renew    Change    Stat.    Sory

DOCTOR'S SIGNATURE    DATE/TIME    A.M. P.M.    NOTED BY

006051

NR 1613  8/82

**MONTEFIORE MEDICAL CENTER**

**VITAL SIGNS — GRAPHIC SHEET**

RECORD (1) TEMPERATURE READING IN RED
(2) PULSE AND RESPIRATION READING IN BLUE
(3) BLOOD PRESSURE  – V  SYSTOLIC
– A  DIASTOLIC  IN BLUE

900105770

N7E797A GILADI, RONI
POB427 MILBOURNE NJ 07041
P B. STRAUCH PLS
112643264 M39 H 011-972-5334
06443890 0003 B121291



000052

MONTEFIORE MEDICAL CENTER
MOSES DIVISION
DEPARTMENT OF NURSING

## PATIENT INTAKE/OUTPUT RECORD

DATE: _12-13-91_

| IV Lines | #1 | | #2 | | #3 | |
|---|---|---|---|---|---|---|
| Type/Size | | | | | | |
| Location of site | lt arm | | | | | |
| Peripheral IV insertion date | 12/12 | | | | | |
| Solution + Rate | | | | | | |
| Site checked per standard | D  E  N | D  E  N | D  E  N | D  E  N | | |
| Peripheral IV site changed per standard | | | | | | |
| Tubing changed per standard | | | | | | |
| Dressing changed per standard | | | | | | |

```
            900105770
N79787A GILADI, RONI
P  312741LBOURNE  NJ07041
P  B.STRAUCH PLS
T12643264  M39 H 011-972-5334
06443890  0003B121291
```

initials    signature    title

## INTAKE

| | Solution | | | Time | line #1 | line #2 | line #3 | NG/G tube | ORAL | TOTAL IN |
|---|---|---|---|---|---|---|---|---|---|---|
| | line #1 | line #2 | line #3 | | | | | | | |
| LIB | | | | 7 A | | | | | | |
| | | | | 8 A | | | | | | |
| | | | | 9 A | | | | | | |
| | | | | 10 A | | | | | | |
| | | | | 11 A | | | | | | |
| | | | | 12 N | | | | | | |
| | | | | 1 P | | | | | | |
| | | | | 2 P | | | | | | |
| | | | | TOTAL 8 hrs | | | | | | |
| LIB | | | | 3 P | | | | | | |
| | | | | 4 P | | | | | | |
| | | | | 5 P | | | | | | |
| | | | | 6 P | | | | | | |
| LIB | | | | 7 P | | | | | | |
| | | | | 8 P | | | | | | |
| | | | | 9 P | | | | | | |
| | | | | 10 P | | | | | | |
| | | | | TOTAL 8 hrs | | | | | | |
| LIB | | | | 11 P | | | | | | |
| | | | | 12 M | | | | | | |
| | | | | 1 A | | | | | | |
| | | | | 2 A | | | | | | |
| | | | | 3 A | | | | | | |
| | | | | 4 A | | | | | | |
| | | | | 5 A | | | | | | |
| | | | | 6 A | | | | | | |
| | | | | TOTAL 8 hrs | | | | | | |
| | | | | TOTAL 24 hrs | | | | | | |

## OUTPUT

| URINE | EMESIS | NG | Wound drain | TOTAL OUT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

C0C053



C06054

NR-7922M

### Montefiore Medical Center
#### Moses Division
#### Same Day Care Center
#### Nursing Assessment/Admission Interview

```
3CCC-RB        900105770
CILACI,RONI
PCB127MILBOURNE NJ07041
B.STRAUCH PLS
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 39  K 03/05/52
06443890 0004 12/09/91
```

**Procedure Information**

Scheduled procedure: _____     Amb or SDA  Date: _12-12-9_

Attending Physician: _Strauch_     Medical Attending: _____

Designated responsible party (Indicate for all procedures)

Name: _____     Relationship: _SDA_

Information obtained from patient ____ family ____ interpreter ____ by phone ____

Pre assessment V/S: T _99° / 02_  P _76_  R _20_  B/P _120/78_ Ht _5"_ Wt _180_     Date: _12-9-91_

**Allergies:** No _____ Yes _____ Unknown _____ (if yes, indicate substances)

_WKDX_

**Past Medical, Surgical, Psychiatric History:**

_PSH: exc of OS Pt SS_
_repaired ned Nerve_
_(1987)_

_PMH:_

**Present Medications:** Uses aspirin or aspirin products   No _____ Yes ____ (specify)

_Polyppori eye ointment OS TID._

**Transfusion History:** No _____ Yes ____ (please specify)

Smoke? _____ (no/yes)     How much? _____     How long? _____

Substance abuse (alcohol or drugs):

008056

-3-

**E.E.N.T.:** Glaucoma, IOL, prosthesis (type & location _____ ), current earache/discharge,

nasal congestion, sore throat, recent URI, voice change, other _____

**Neurological:** Headaches, tremors, seizures, vertigo, motor deficits _____ , sensory

deficits _____ other _____

**Infectious disease:** Hepatitis, tuberculosis, AIDS, venereal disease _____ ,

other _____

**Mental/Emotional:** Anxiety, depression, insomnia, lethargy, hallucinations, disorientation, memory loss, other

_____

**Skin integrity:** Lesions, scars, rashes, ecchymosis, decubiti, (describe and give location,

_____ ), other _____

**Patient Profile:** _____

MONTEFIORE MEDICAL CENTER – MOSES DIVISION – DEPARTMENT OF NURSING
NURSING PROCESS PART 3: PROBLEM LIST

Instructions for evaluation:

1. Each problem/need is assigned its own number and box.
2. Designation for continuation of problem/need from day to day is "–"
3. Resolution of problem/need is designated by "σ"
4. Change in labeling of problem/need is designated by "Δ"

| | RN Initial | Signature | RN Initial | Signature |
|---|---|---|---|---|
| | | _____ | | _____ |
| | | Ahanendo Rn | | _____ |

| Problem # | int | DAY # DATE: 12/12 | int | DAY # DATE: | int | DAY # DATE: | int | DAY # DATE: | int | DAY # DATE: | int | DAY # DATE: | int | DAY # DATE: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N S G | | alteration in comfort Rt pain | | | | | | | | | | | | |
| D X / P R O B | | Pt in alteration in circulatory status Rt disease process | | | | | | | | | | | | |
| L E M S / | | Pt Rt for infection Rt invasive procedure | | | | | | | | | | | | |
| N E E D S | | Pt Rt for Post op pulmonary status | | | | | | | | | | | | |

N7B787A GILADI, RONI
P0812 MILBOURNE NJ07041
P 8 STRAUCH PLS
112643264 M39 H 011-972-5334
01 44 38 10 0003 B121291

00С058

DATE: _____ TIME: _____

cuebox   7-3   [ ]

**NURSING PROCESS FLOW SHEET COMPLETED BY:**       3-11   [ ]

initials   signature   title   print name          11-7   [ ]

**PLAN OF CARE REVIEWED BY:**

initials   signature   title   print name

781 A00105A10

#78787A GILADI,RONI
P O B127 MILBOURNE N J07041
P B.STRAUCH PLS
112643264 M39 H 011-972-5334
05443890 0003B121291

| DATA COLLECTION | NURSING DIAGNOSIS/PATIENT NEED/PROBLEM |
|---|---|

**COGNITIVE/PERCEPTUAL**

**S E N S O R Y**

Awake & Alert:                Y      N

Oriented to Person Y   N      Place  Y   N      Time Y   N

Sensory perception limitation:  complete  very limited slightly limited  none

Environment:  adjust for patient      Y      N

Pain/Discomfort:              Y      N

if yes, describe: _____

Other: _____

*Alteration in comfort RT pain*

**ACTIVITY/EXERCISE**

**C I R C U L A T O R Y**

Heart Rate:   regular   irregular

Chest Pain:   present   not present

Edema:                Y      N

if yes, describe: _____

Peripheral Pulses Present:    Y      N

if no, describe: _____

Capillary refill:  normal   prolonged

If applicable, complete:

Cardiac monitor rhythm:

Other: _____

*Potential Alteration in Circulatory status RT disease process*

**V E N T I L A T I O N**

SOB:                 Y      N

Dependent on O2:           Y      N

Cough:   Y   N   if yes:   productive   non-productive

if applicable, complete:

Trach # _____   Endotrach # _____

Other: _____

*Potential for Post-op Respiratory status*

**M O B I L I T Y**

Mobility:   completely immobile   very limited   slightly limited   no limit

Transfer:  self   1-person/assist   2-person/lift

Activity:   walks frequently   walks occasionally   chairfast   bedfast

Gait steady:   Y   N

Feeding:   self   assisted   spoonfed   not applicable

Other: _____

NR-7952 Rev. 10/91

NURSING PROCESS FLOW SHEET

**DATE:** 12/12/91  **TIME:** _____   post-op/post procedure [ ]

cuebox  7-3 [ ]

NURSING PROCESS FLOW SHEET COMPLETED BY: _____

3-11 [ ]

_____ _____ _____ _____
initials  signature  title  print name

11-7 [ ]

PLAN OF CARE REVIEWED BY: _____

_____ _____ _____ _____
initials  signature  title  print name

787A Giladi
900105110
B787A GILADI,RONI
POB127MILBOURNE
P B,STRAUCH PLS
112643264 M39 H 011-972-5334
06443890 0003 B121291

## DATA COLLECTION

| | | NURSING DIAGNOSIS/PATIENT NEED/PROBLEM |
|---|---|---|
| **S E N S O R Y** | **COGNITIVE/PERCEPTUAL**<br>Awake & Alert:  Y  N<br>Oriented to Person  Y  N  Place  Y  N  Time  Y  N<br>Sensory perception limitation:  complete  very limited  slightly limited  none<br>Environment:  adjust for patient  Y  N<br>Pain/Discomfort:  Y  N<br>if yes, describe:<br>Other: | |
| **C I R C U L A T O R Y** | **ACTIVITY/EXERCISE**<br>Heart Rate:  regular  irregular<br>Chest Pain:  present  not present<br>Edema:  Y  N<br>if yes, describe:<br>Peripheral Pulses Present:  Y  N<br>if no, describe:<br>Capillary refill:  normal  prolonged<br>if applicable, complete:<br>Cardiac monitor rhythm:<br>Other: | |
| **V E N T I L A T I O N** | SOB:  Y  N<br>Dependent on O2:  Y  N<br>Cough:  Y  N  if yes:  productive  non-productive<br>if applicable, complete:<br>Trach # _____  Endotrach # _____<br>Other: | |
| **M O B I L I T Y** | Mobility:  completely immobile  very limited  slightly limited  no limit<br>Transfer  self  1-person/assist  2-person/lift<br>Activity:  walks frequently  walks occasionally  chairfast  bedfast<br>Gait steady:  Y  N<br>Feeding:  self  assisted  spoonfed  not applicable<br>Other: | |

006060

NR-7952 Rev. 10/91

VR-7863 Rev. 10/91

## MONTEFIORE MEDICAL CENTER
### MOSES DIVISION
### DEPARTMENT OF NURSING

## ALTERED SKIN INTEGRITY ASSESSMENT

1. Complete information for each pressure sore; assign letter to each on figures.
2. All patients should have data collected and Braden Scale completed on admission, weekly, on transfer and after surgery.
3. Patients with Braden Scale score of 16 or less must have skin care protocols initiated.
4. Initial data collection and sign on reverse with title.

181 A G4080105770

N78787A GILADI,RONI
P0B127MILBOURNE NJ07041
P B. STRAUCH PLS   011-972-5334
112643264 H39 H
06443890 0003B121291

STAGE I:   ANY REDDENED AREA, BLISTER OR UNBROKEN SKIN.

STAGE II:   SKIN HAS BROKEN THROUGH TO THE SUBCUTANE-OUS TISSUE (SUPERFICIAL).

STAGE III:   SKIN HAS BROKEN INVADING THE SUBCUTANEOUS TISSUE.

STAGE IV:   SKIN HAS BROKEN INVADING THE BONE AND MUSCLE.



| Date | Braden Score | Pressure Sore Yes | Pressure Sore No | Date First Observed | Letter Location | Stage | Diameter VxH (cm) | Drainage Yes | Drainage No | Necrosis Yes | Necrosis No | Nurse's Initials |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 12/12/91 | 21 | | (Skin intact) | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

006061

# MONTEFIORE MEDICAL CENTER
## MOSES DIVISION
### PRE AND POST PROCEDURE PHONE CALL

SDCC-RB          900105770
GILADI, RONI
PO B127 KILBOURNE NJ 07041
B. STRAUCH PLS.
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 39  M 03/05/52
064438890 0004 12/09/91

Procedure: _____  Date & Time: _____

Physician/Service: _____  Status: _____
                                    (AMB/SDA)

---

**Pre-Procedure Phone Call:**     Date: _____  Time: _____

Check off as completed.

1. Arrival and procedure time verification

2. NPO and medication instructions reviewed

3. No recent exposure to infections

4. Transportation/Accompanying Party

5. No change in state of health since assessment

Comments: _____

_____

_____
                         Signature & Title

---

**Post Procedure Phone Call:**   Date: _____  Time: _____
**General Stuatus Review:**              **Problems/Description**

Activity          _____

Nausea/Vomitting  _____

Increased Temperature _____

Pain              _____

Operative Site    _____

Other             _____

Comments: _____

_____

_____
                         Signature & Title        006062

NR7897 4/90

MONTEFIORE MEDICAL CENTER
MOSES DIVISION
SAME DAY CARE CENTER

PRE PROCEDURE INSTRUCTIONS:
(circle appropriate)

1.  a.)  Adults:      Nothing to eat or drink (not even water) after
                      midnight, _12-11-9 work in_ (date)
    b.   Pediatrics:  Nothing by mouth after _____ (time),
                      _____ (date).

2.  a.   A responsible adult must accompany you to and from the hospital.
    b.   Make arrangements to be with a responsible party for 24 hours after the
         procedure.

3.   Children must have a parent or guardian accompany them to and from the
     hospital, and available on the Same Day Care Center at all times.

4.   Wear casual clothing.

5.   Do not wear jewelry, or bring valuables to the hospital.

6.   Do not wear make-up or nail polish the day of the procedure.

7.   Notify your physician, or the SDCC, if symptoms of a cold, fever, or any type
     of infection develop.

8.   Please be prompt:   Arrival time and date: _we will call_ Wendy

9.   The Same Day Care Center will notify you the day before the procedure if any
     changes occur in your scheduled procedure time.  If you will not be home,
     please contact the SDCC to confirm your procedure time.

10.  Other instructions:

     _①No aspirin to mother_
     _②Stop at the admit office_
     _before coming this Thursday_
     _____
     _____
     _____

If you have any questions, please contact the Same Day Care Center at 212-920-5596.

I understand the above instructions:

     Patient/Guardian: _____    Date: _12-9-9_

     Relationship to patient: _____

                                        _____
                                        Signature & Title

NR7895 11/86

12/9/91

12/12/91

578-7697

*Date Changed Per Order 10/31*

006064

MONTEFIORE MEDICAL CENTER – MOSES DIVISION
DEPARTMENT OF NURSING

DISCHARGE PLAN / INSTRUCTIONS

900105770
N78797A GILARI,RONI
P06127MILBOURNE NJ07041
P B.STRAUCH PLS
112643264                972-5334
06443890  0003121291

Admission date: 12/2/91    Discharge date: 12/13/91
Discharged to: Home
Allergies: NKA
Surgical Procedure: Decompression of (L) Uln

**I. DISCHARGE STATUS**

Vital signs:  BP: 110/60   T: 99⁸   P: 78   R: 20

Mental Status:  Awake & Alert  (Y) (N)    Oriented to: Person (Y) N   Place (Y) N   Time (Y) N
Environment:  needs adjustment:  describe:

**II. ABILITY TO PERFORM ADL**

| ADL | Self | Assisted (including devices) | | | | | Dependent | Restrictions |
|-----|------|------|------|------|------|------|-----------|--------------|
| Transfer | ✓ | | | | | | | |
| Dressing | ✓ | | | | | | | |
| Ambulating | | cane | crutches | walker | w/c | other | | |
| Feeding | ✓ | | | | | | | |
| Bathing | ✓ | | | | | | | |
| Toileting | ✓ | | | | | | | |
| Position Change | ✓ | | | | | | | |

Gait steady (Y) N    Bedfast: Y  N    Chairfast: Y  N

**III. PRESCRIBED REGIMEN**

Diet  Reg.    Comments/Restrictions

| Medication (name) | dosage | route | time to be taken |
|-------------------|--------|-------|------------------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Action & Side Effects of medications were reviewed? ☐ Yes
Specialized Treatments    Frequency

**IV. REFERRALS** (check all that apply)

☐ private M.D.
   name
   date:
   time:

☐ clinic
   name
   date:
   time:

☐ home care
☐ VNS
☐ Other:

Return to School/Work
   date:

**V. WOUND/SKIN INTACT?**   Y  (N)   describe all non-intact skin

(L) Arm c̄ ½ Splint ½ Cast = Ace Wrap + DSG D/I, Sling to (L) Arm

**VI. MEDICAL ASSISTANCE**

Call for medical assistance if: Temp feels drainage on DSG, numbness & sensitivity to
Options to obtain medical assistance in case of emergency discussed? (✓) Yes ☐ No (L) Arm

**VII. STATUS OF PROBLEMS/NEEDS**

List unresolved problems/needs and indicate plan of care to be followed post-discharge:

| | Problem/Need | Plan of Care Post-Discharge |
|--|--------------|------------------------------|
| #1 | Pot ALT in Tissue Perfusion | Aware S/S & ½ tissue perfusion |
| #2 | Pot Infection R/T Invasive procedure | Aware S/S of Infection |
| #3 | ALT in Comfort R/T (L) Arm Pain | Instructed to take Tylenol 2 tabs Q4H for pain |
| #4 | | |

**VIII. ADDITIONAL COMMENTS/DIRECTIONS**

Good Neuro-Vascular Status (L) Arm. (L) fingers slightly swollen

YOUR DISCHARGE APPEAL RIGHTS ACCORDING TO FEDERAL AND NEW YORK STATE STATUTE ARE DETAILED ON THE BACK. THIS DISCHARGE PLAN HAS BEEN REVIEWED WITH ME. I HAVE RECEIVED A COPY OF THIS PLAN AND A COPY OF THE DISCHARGE APPEAL RIGHTS MECHANISM.

_____    12/13/91        X Smith        12/13/91
signature of patient or patient representative/relationship    date        RN signature    date

00606

NR 7050 Rev. 12/91        CHART - White        PATIENT - Canary        REFERRAL - Pink

11/11
3:30

## MONTEFIORE MEDICAL CENTER RESERVATION
### INPATIENT ADMISSION

**DEMOGRAPHICS**

PATIENT'S LAST NAME _Giladi_      FIRST _Roni_      MI _____      ADM. DATE _11/14_

S.S.# _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_

DOB _3-5-52_    RELIGION _____      FEMALE _____    MALE _____    W 212 450-5135

ADDRESS _P.O. Box 127_      TEL # _201 576-7697_

BOROUGH _Millburn_      STATE _N. J_    ZIP _07041_

PATIENT'S EMPLOYER _____      TEL # _____

**ADMISSION INFORMATION**

ATTENDING _Strauch_      PHONE _5551_      MADE BY _Angela_

ADM. TYPE: EM ___ UR ___ EL ___      SERVICE _PLS_      BED TYPE _____

DIAGNOSIS _Compression Ulna Nerve Left Elbow & Wrist_

PROCEDURE 1) _neuro Lysis L. Ulna nerve_      DATE _11 14 91_
_an trans Position at Elbow_

PLAN OF CARE 2) _neurolysis L. ulna nerve at wrist_

REASON FOR PRE-OP 11 _L. median Nerve and Cynovectomy at Wrist_
_A General_

PRE ADMIT TEST  NO ___ ALL ___   CHEST X-RAY NO ___ YES ___   X-RAY DIAG _____

DIET (FIRST 24 HOURS) _____      KOSHER DIET YES ___ NO ___

PREVIOUS MMC HOSP  YES ___ NO ___  WHEN _____

SPOUSE'S NAME _____      S.S.# _____ DOB _____

SPOUSE'S EMPLOYER _____      TEL# _____

PARENTS: MOTHER _____      FATHER _____

ACCT # _06443890 - 3_  ROOM _____  PT CALLED IN AT _____  BY _____

**INSURANCE**

PRO REQUIRED      YES ___ NO ___      DATE SENT ___/___/___      EFF. DATES

MEDICARE # _____      NAME ON CARD _____      PART A ___ B ___

MEDICAID # _____      NAME ON CARD _____      LINE # _____
EXP DATE _____

BLUE CROSS # _____      HOLDER _____      EFF DATE _____

BLUE SHIELD    YES ___ NO ___

INSUR CO/UNION NAME _1199_      ADDRESS _____

POLICY # _112 64 2364_  EFF DATE _____  HOLDER _____

NAME OF PERSON TO VERIFY INS. _____      TEL # _____

FINANCIAL CLEARANCE: YES ___ NO ___  BY _____

DEPOSIT REQUIRED: _____

COMMENTS: _____

FAX NUMBER (212) 920-8451      RESERVATION CLERK: _____
ADM. RESERVATION CENTER (212) 920-2197
SDCC RESERVATION CENTER (212) 920-5087      DATE: ___/___/___      TIME: _____

AD-3754 REV. 4-91

006066

FORM ST-558
REV. 12/84        PATIENT VALUABLES CHECKLIST

**INSTRUCTIONS FOR USE:**
1. COMPLETE THIS FORM ON ADMISSION AND UPON TRANSFERS.
2. FOLLOW PROCEDURE FOR VALUABLES, WHEN APPLICABLE.
3. WHEN PERSONAL PROPERTY DOES NOT ACCOMPANY THE PT.
   (E.G. TRANSFER TO OR/RR), COMPLETE BOTTOM SECTION.

900105770
MR CILADI,RONI
ROB127MILBOURNE NJ07041
B.STRAUCH PLS  011-972-5334
12643264  M39 H
06443890  0003 B121291

UNIT _____        DATE _12/12_

**PRE-ADMISSION**

VALUABLES ENVELOPE# _____    ITEMS TO SECURITY DEPT.: _____

[ ] NO CLOTHING WITH PATIENT          [ ] CLOTHING TAKEN HOME BY _____

[ ] NO VALUABLES WITH PATIENT          [ ] VALUABLES TAKEN HOME BY _____
                                           (LIST ITEMS)      (SIGNATURE)

[ ] CLOTHING/VALUABLES RETAINED BY
    PATIENT (COMPLETE SECTION BELOW)

                                       [ ] PATIENT MEDICATION SENT: _____

**ADMISSION**

ITEMS TO BE RETAINED BY PATIENT:

[ ] MONEY (AMOUNT IF OVER $10) _____        [ ] COAT    [ ] SHOES

[ ] JEWELRY (DESCRIBE) _____                [ ] OTHER IMPORTANT ITEMS (DESCRIBE)
                                              _pants, shirts,_
    _____                                   _underwears._

[ ] DENTURES ( ) UPPER ( ) LOWER ( ) PARTIAL

[ ] EYEGLASSES ( ) PAIRS ( ) CONTACT LENSES

[ ] SPECIAL DEVICES/PROTHESES, AMBULATION
    AIDS, HEARING AIDS, WIGS

        (LIST ITEMS)                          (EMPLOYEE SIGNATURE & TITLE)

[ ] I have been advised to deposit all valuables in Admitting office safe or send them ho
    I accept full responsibility for anything kept at the bedside.

[ ] I have no valuables with me.                    X _____

[ ] I refuse to deposit my:
    _____
    STATE ITEM(S)              PATIENT SIGNATURE (OR RELATIVE OR RESPONSIBLE PARTY)

**DISPOSITION**

DISPOSITION OF PERSONAL CLOTHING/OTHER ITEMS RETAINED BY PATIENT:  UNIT: _____

[ ] PATIENT TRANSFERRED VIA OR/RR. CLOTHING/PERSONAL PROPERTY SENT TO: _____
                                                                         DATE

[ ] CLOTHING/PERSONAL PROPERTY TAKEN BY RELATIVE: _____
                                                    NAME              DATE

[ ] CLOTHING/PERSONAL PROPERTY SENT TO INFORMATION DESK/SECURITY: _____ (LIST ITEMS BELOW)
                                                                  DATE

_____      _____      _____
_____      _____      _____
_____

                                                    006067

INFORMATION DESK/SECURITY SIGNATURE        EMPLOYEE SIGNATURE AND TITLE

Roni Giladi
P.O. Box 127 Millburn, New Jersey 07041
SS# 112 64 32 64

*Tel work*
*212-430 2135*

2/25/91  Pt. is a 39 year old ex Israeli CAptain now a video photographer at Albert Einstein who on Sept.5, 1987 had a penetrating injury to his forearm with an incomplete severence of his left median nerve. Sixteen days later he underwent a surgical repair of his nerve. Since that time the patients sensibility has improved considerably, and though he has 8 out of 10 in all of his digits except for the second web space where he has a 6. He has almost a complete absence of sensibility of the distal portion of the long finger on the radial side. Pt's main complaint now is not sensibility but a weakness of his hand after prolonged use. On physical examination I cannot determine any loss except for that of decreased sensibility as described above. Have referred him to Dr. Berger for EMG's and conduction studies of his median and ulnar nerve.

7/19/91 Pt. return today for further evaluation. Pt. has extensive findings objectively with evidence of mild bilateral median nerve compression at the wrist and ulnar compression at the elbows. Nevertheless Pt. has aches and pains that are not compatible with compressive neuropathies, as well as an additional complexity of an upper neck injury, as well. on physical examination, Pt. has decreased sensibility, though clinically he does not report decreased sensibility —only weakness and pain. His decreased sensibility is present in the hand on all

006068



of his digits and Pt. has positive Tinel and positive Phelan, as well as weakness of his thenar musculature and his long flexus to the little finger. Under sterile conditions, the left carpal tunnel injected as a test to whether any improvement can be effected.

7/31/91    Pt. was mildly improved with the Carpal Tunnel injection. Pt. to return here in Spetember if no significant improvement and we will schedule for left median nerve decompression and ulnar nerve decompression at the elbow.

9/4/91    Pt. needs a letter – To Whom it May Concern – explaining that he needs a decompression of his left median nerve at the wrist and the left ulnar nerve at the elbow and wrist.

10/11/91    Pt. schedule for ulnar nerve transposition at the elbow, ulnar nerve release at the wrist on the left side and median nerve release. The risks benenfits and alternative of this procedure discussed fully with the pt.

12/11/91    Pt. is pre-op for his ulnar nerve, neurolysis of the elbow and wrist as well as neurolysis of the median nerve at the wrist. The risks, benefits and alternatives discussed fully with the pt.

12/18/91    Pt. comes in today with decreased sensibility of his little finger which is peculiar because he had normal sensibility up until time of discharge from the hospital. Pt. feels that perhaps he has been resting his arm on the nerve . I believe this should be a temporary phenomena. Will re-observe and re-test.

12/23/91    Dressing re-moved. Wound is healing well. Redressed and resplinted.

12/27/91    Doing well. To return in one week for removal of splint .

006069



Ron Giladi                          CARD II

| | |
|---|---|
| 1/3/92 | Now 3 weeks post-surgery. Doing well. Sutures removed. Will return to work in another three weeks. |
| 1/17/92 | Still has some edema and inability to make a full fist. Have referred him to Ann Lang for physical therapy. |
| 1/24/92 | Doing well. Has a tinel in the little finger and though he has full passive range of motion, cannot actively flex with great strength. |
| 2/14/92 | Pt. still has a stiff hand and is unable to work. To Continue working with the Hand Therapist and to return in two weeks. |
| 3/4/92 | Pt. is doing reasonably well, able to go back to work but still needs to maintain his physical therapy. |
| 3/13/92 | Sensibility of the little finger is 10/5, still undergoing rehabilitation efforts to increase his ROM. |
| 1/3/92 | Pt. complaining of burning and pain at the elbow incision. Has good dorsal sensibil and returning sensibility of his little finger. Complains of no power or strength i his arm. |
| 5/13/92 | Doing well. Developing increasing sensibility of his fingers. Now has a 10/4 which affords him good protective sensibility. Sensation on the dorsum of his hand is normal. Pt. is developing increasing strength of the flexor pollicus longus tendon of the little finger. Still has some aches and pains around the elbow. |

006070



7/10/92   Pt. still has difficulty using his ulnar innervated left ring and little fingers. Pt. would find it difficult if he had to be faced with a situation in a military un

8/28/92   Pt. still has weakness of the ulnar innervated musculatrue giving him a markedly weakened grip. I do not feel that he can perform his usual army activities especial in an emergency situation where full strength capabilities of his left hand would be required.

10/23/92  Pt.s says he was traumatized by his ex-wife in his left upper extremity several da ago. Pt. has various aches and complaints. Have started him on Motrin 400mg TID.

1/15/93   Was seen in Israel where he had EMG's and Conduction studies. He was told he had a injury to his ulnar nerve at the elbow. Pt. given the original EMGs to send to Israel for comparison. Have sent him back to Dr. Berger for repeat studies here so we can compare pre-op and post-op on the same apparatus.

8/11/93   No Show-letter sent. EW

10/6/93   Pt. has increasing symptoms of median nerve compression of the right wrist. I have asked him to have repeat EMG's and conduction studies of his right median nerve. May need either steroid injection or surgery.

006071

**BERISH STRAUCH, M.D.**

PLASTIC AND RECONSTRUCTIVE SURGERY

AESTHETIC SURGERY

SURGERY OF THE HAND

PROFESSOR AND CHAIRMAN
DEPARTMENT OF PLASTIC AND RECONSTRUCTIVE SURGERY
ALBERT EINSTEIN COLLEGE OF MEDICINE
MONTEFIORE MEDICAL CENTER

3331 BAINBRIDGE AVENUE
BRONX, NEW YORK 10467
TELEPHONE: 212-920-5551
FAX: 212-798-0909

1123 PARK AVENUE
NEW YORK, NEW YORK 10028
TELEPHONE: 212-534-5550

September 1, 1992

To Whom It May Concern,

Re: Ron Giladi

Mr. Giladi was originally seen in February, 1991 and gave a history of a penetrating injury to his forearm with an incomplete severence of his left median nerve in September, 1987.

At the time of my examination, he had evidence of both median nerve and ulnar nerve problmes.  He had both sensory and motor loss of his ulnar nerve at the region of the elbow, secondary to compression.

On December 12, 1991, he underwent a transposition of the ulnar nerve at the elbow and a release of the ulnar nerve at the Guyon's Canal. Additionally, he had a median nerve decompression and external neurolysis at the left wrist.

Post-operatively, he has done reasonably well, however, he still has weakness of the ulnar innervated musculature giving him a markedly weakened grip.  I do not feel that he can perform his usual army activities, especially, in an emergency situation where full strength capabilities of his left hand would be required.

If there is any further information I can provide, I would be most happy to do so.

Sincerely,

Berish Strauch, MD
Berish Strauch, M.D.

BS:ew
dictated but not read

006072

# MONTEFIORE MEDICAL CENTER
### HENRY L. and LUCY MOSES DIVISION
### THE JACK D. WEILER HOSPITAL OF
### THE ALBERT EINSTEIN COLLEGE OF MEDICINE

## CONSENT FORM

#### (to be signed by patient wherever applicable)

*Ron Gilad*

PATIENT'S NAME _____

Date _____10/11___ 19 _91_

Time _____ A.M./P.M.

**I.    PERMISSION FOR OPERATIVE AND/OR DIAGNOSTIC PROCEDURE AND/OR TREATMENT**

1.   I hereby authorize Dr. _____*Strauch*_____ or associates or assistants of his/her choice at Montefiore Medical Center to perform upon me/the named above patient the follwing operation(s) and/or procedure(s)

PLEASE PRINT OR TYPE

*Neurolysis v Transposition Ulna nerve (L) elbow*
*Neurolysis Ulna nerve left wrist Neurolysis Median nerve (R) wrist*

( Check if applicable) - including such photographing, videotaping, televising, or other observation of the operation(s)/procedure(s) as may be purposeful for the advance of medical knowledge and/or education, with the understanding that my/the patient's identity remain anonymous and all photographs and videotapes remain the property of Montefiore.

2.   Dr. _____*Strauch*_____ has fully explained to me the nature and purposes of the operation/procedure and has also informed me of expected benefits and complications (from known and unknown causes), attendant discomforts and risks that may arise, as well as possible alternatives to the proposed treatment, including no treatment. I have been given opportunity to ask questions, and all my questions have been answered fully and satisfactorily.

3.   It has been explained to me that during the course of an operation unforeseen conditions may be revealed that necessitate an extension of the original procedure(s) set forth in paragraph 1. I therefore authorize and request that the above named surgeon, his associates and/or assistants perform such related surgical procedures and adminster whatever is necessary and desirable in the exercise of their professional judgement.

4.   I have been informed that there are other risks, hazards, complications, and consequences that are attendant to the performance of any surgical procedure. I acknowledge that no guarantees or assurances have been made to me concerning the results of the above operation, treatment(s) or procedure(s).

5.   I further consent to the adminstration of such anesthesia and/or blood transfusions as may be considered necessary. I recognize that there are always risks to life and health associated with anesthesia and blood transfusions and such risks have been explained to me.

6.   I further consent to disposal by hospital authorities, or possible use for research purpose, in accordance with its accustomed practice, of any tissues or parts which may be removed.

7.   I confirm that I have read and fully understand the above and that all the blank spaces have been completed prior to my signing. I have crossed out any paragraphs above which do not pertain to me.

Interpreter
if required                                                    Patient/Relative or
                                                              Guardian*
SIGNATURE                                                      SIGNATURE

Witness          PRINT NAME AND ADDRESS                       PRINT NAME

                 SIGNATURE                                    RELATIONSHIP IF SIGNED BY PERSON OTHER THAN PATIENT
                                                              10/11/91
                 PRINT NAME                                   DATE

I hereby certify that I have explained the nature, purpose, benefits, risks of, and alternatives to the proposed procedure/operation, have offered to answer any questions and have fully answered such questions. I believe that the patient/relative/guardian fully understand what I have explained and answered.

Physician
REMARKS:     SIGNATURE          *Barish Strauch*        10/11/91
                                PRINT NAME                DATE

006073

# MONTEFIORE MEDICAL CENTER
## HENRY L. and LUCY MOSES DIVISION
## THE JACK D. WEILER HOSPITAL OF
## THE ALBERT EINSTEIN COLLEGE OF MEDICINE

### CONSENT FORM

(to be signed by patient wherever applicable)

_Ron Giladi_

PATIENT'S NAME

Date __7/19__, 19 _5_

Time _____ A.M./P.M.

**I.    PERMISSION FOR OPERATIVE AND/OR DIAGNOSTIC PROCEDURE AND/OR TREATMENT**

1.   I hereby authorize Dr. ___Strand___ or associates or assistants of his/her choice at Montefiore Medical Center to perform upon me/the named above patient the follwing operation(s) and/or procedure(s)

PLEASE PRINT OR TYPE

_Keralog injection    (L) carpal tunnel_

☐ (Check if applicable) - including such photographing, videotaping, televising, or other observation of the operation(s) /procedure(s) as may be purposeful for the advance of medical knowledge and/or education, with the understanding that my/the patient's identity remain anonymous and all photographs and videotapes remain the property of Montefiore.

2.   Dr. ___Strand___ has fully explained to me the nature and purposes of the operation/procedure and has also informed me of expected benefits and complications (from known and unknown causes), attendant discomforts and risks that may arise, as well as possible alternatives to the proposed treatment, including no treatment. I have been given opportunity to ask questions, and all my questions have been answered fully and satisfactorily.

3.   It has been explained to me that during the course of an operation unforeseen conditions may be revealed that necessitate an extension of the original procedure(s) set forth in paragraph 1. I therefore authorize and request that the above named surgeon, his associates and/or assistants perform such related surgical procedures and adminster whatever is necessary and desirable in the exercise of their professional judgement.

4.   I have been informed that there are other risks, hazards, complications, and consequences that are attendant to the performance of any surgical procedure. I acknowledge that no guarantees or assurances have been made to me concerning the results of the above operation, treatment(s) or procedure(s).

5.   I further consent to the adminstration of such anesthesia and/or blood transfusions as may be considered necessary. I recognize that there are always risks to life and health associated with anesthesia and blood transfusions and such risks have been explained to me.

6.   I further consent to disposal by hospital authorities, or possible use for research purpose, in accordance with its accustomed practice, of any tissues or parts which may be removed.

7.   I confirm that I have read and fully understand the above and that all the blank spaces have been completed prior to my signing. I have crossed out any paragraphs above which do not pertain to me.

Interpreter if required

SIGNATURE

Witness

PRINT NAME AND ADDRESS

SIGNATURE

PRINT NAME

Patient/Relative or Guardian*

SIGNATURE

PRINT NAME

RELATIONSHIP IF SIGNED BY PERSON OTHER THAN PATIENT

DATE __7/15/5__

I hereby certify that I have explained the nature, purpose, benefits, risks of, and alternatives to the proposed procedure/ operation, have offered to answer any questions and have fully answered such questions. I believe that the patient/relative/ guardian fully understand what I have explained and answered.

Physician
REMARKS:

SIGNATURE

PRINT NAME _Benish Strand_

DATE __7/15/5__

C06074