BERISH STRAUCH, M.D.
PLASTIC AND RECONSTRUCTIVE SURGERY
AESTHETIC SURGERY
SURGERY OF THE HAND

PROFESSOR AND CHAIRMAN
DEPARTMENT OF PLASTIC AND RECONSTRUCTIVE SURGERY
ALBERT EINSTEIN COLLEGE OF MEDICINE
MONTEFIORE MEDICAL CENTER

3331 BAINBRIDGE AVENUE
BRONX, NEW YORK 10467
TELEPHONE: 212-920-5551
FAX: 212-798-0909

1123 PARK AVENUE
NEW YORK, NEW YORK 10028
TELEPHONE: 212-534-5550

September 5, 1991

To Whom it May Conern,

Re: Ron Giladi

Please be advised, Mr. Giladi is to be scheduled for a decompression of his left median nerve at the wrist and the left ulnar nerve at the elbow and wrist.

If there is any further information I can provide, I would be most happy to do so.

Sincerely,

Berish Strauch, M.D.

BS:ew

006075

**BERISH STRAUCH, M.D.**
PLASTIC AND RECONSTRUCTIVE SURGERY
AESTHETIC SURGERY
SURGERY OF THE HAND

PROFESSOR AND CHAIRMAN
DEPARTMENT OF PLASTIC AND RECONSTRUCTIVE SURGERY
ALBERT EINSTEIN COLLEGE OF MEDICINE
MONTEFIORE MEDICAL CENTER

3331 BAINBRIDGE AVENUE
BRONX, NEW YORK 10467
TELEPHONE: 212-920-5551
FAX: 212-798-0909

1123 PARK AVENUE
NEW YORK, NEW YORK 10028
TELEPHONE: 212-534-5550

October 21, 1991

To Whom It May Concern,

Re: Ron Giladi

Mr. Giladi is scheduled for decompression of his left median nerve at the wrist and the left ulnar nerve at the elbow and wrist. Post-operatively, Mr. Giladi will require a 4 week healing period.

If there is any further information I can provide, I would be most happy to do so.

Sincerely,

Berish Strauch, M.D.

BS:ew

006076

BERISH STRAUCH, M. D.
PLASTIC AND RECONSTRUCTIVE SURGERY
AND SURGERY OF THE HAND
3331 BAINBRIDGE AVENUE
BRONX, NEW YORK 10467

TELEPHONE: (212) 920-5551

PROFESSOR AND CHIEF
PLASTIC SURGERY DIVISION:
ALBERT EINSTEIN COLLEGE OF MEDICINE
AND MONTEFIORE MEDICAL CENTER

February 4, 1992

To Whom It May Concern,

Re: Ron Giladi

Please be advised, the above captioned patient must continue his physical therapy as part of his recovery from the decompression of his median nerve. Physical therapy helps de-sensitize as well as full range of motion. This is the standard follow-up to a decompression surgery. Mr. Giladi is to continue his therapy until further notice.

If there is any further information I can provide I would be most happy to do so.

Sincerely,

*Berish Strauch, M.D.*
Berish Strauch, M.D.

BS:ew

006077

BERISH STRAUCH, M.D.
PLASTIC AND RECONSTRUCTIVE SURGERY
AESTHETIC SURGERY
SURGERY OF THE HAND

PROFESSOR AND CHAIRMAN
DEPARTMENT OF PLASTIC AND RECONSTRUCTIVE SURGERY
ALBERT EINSTEIN COLLEGE OF MEDICINE
MONTEFIORE MEDICAL CENTER

3331 BAINBRIDGE AVENUE
BRONX, NEW YORK 10467
TELEPHONE: 212-920-5551
FAX: 212-798-0909

1123 PARK AVENUE
NEW YORK, NEW YORK 10028
TELEPHONE: 212-534-5550

July 30, 1991

To whom it may concern,

Re: Ron Giladi

Mr. Giladi is a 39 year old Israeli Captian working as a video photographer at Albert Einstein College of Medicine, who on September 5, 1987, sustained a penetrating injury to his left forearm with incomplete severence of his left median nerve. He underwent repair at that time. More recently, he returned because of bilateral compression of his median nerve at the wrist as well as symptoms secondary to an cervical injury. EMG's and Conduction studies documented that bilateral median nerve compression at the wrist as well as bilateral ulnar nerve contrapments at his elbow. Additionally, there was a left C6 radicular function resulting in a mild degree of axon loss.

On physical examination, the patient has decreased sensibility in all of his digits as well as a weakness of his thenar musculature and long flexors to the little fingers.

I believe that until these clinical problems are resolved, Mr. Giladi will be unable to perform his usual activities during army service.

If there is any further information I can provide, I would be most happy to do so.

Sincerely,

Berish Strauch, M.D.

BS:ew
dictated but not read

006078

PATIENT INFORMATION

Name (Patient): Roni GiLADi                          (Head of Household) SAME

Address P O Box 127        Millburn N. J. 07041
        Street and number        Town            State                    Zip Code

Home telephone #_____        Social Security # 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

Date of Birth 03-05-52    Age 39    Sex M

Current Marital Status: Single_____ Married_____ Separated_____ Divorced X

Occupation video production                          Business telephone # 430-213

Name and Address of Employer Albert Einstin College of medicine.
1300 Morris PARK Ave Bronx N.Y. 10461

Chief Complaint: Hand Pain and loss of full control.

Is this problem due to recent or past injuries? If yes, explain: It is due
TO Past injurie, (broadway)

Are you or have you been treated by a physician for illness (ie., diabetes, heart disease
   NO    List:_____

Have you had any psychiatric or psychological examination or treatment?____/____Dates:__

List all medication you are presently taking    None

List any allergies to medications: none

Other allergies: none

Name and address of referring physician Dr Hall


Insurance (List all insurances covering both hospital/doctor and their ID numbers):__
      1199

Name of Insurance Company 1199                          Telephone #_____

Address of Insurance Company_____


Feb-25-1991                    006079              [signature]
Date                                                Signature

**CAUTION**: Use this form only when the Member becomes sick while employed or becomes sick or disabled within four (4) weeks after termination of employment. Otherwise use green claim form DB-300.

## PART B  HEALTH CARE PROVIDER'S STATEMENT   (please print or type)

The health care provider's statement must be filled in completely and mailed to the Fund or returned to the member within seven (7) days of receipt of the form. Fill in item 7 d. give approximate date. Make some estimate. Delay in the payment of Disability Benefits may be prevented. If disability is caused by or arising in connection with pregnancy, enter estimated delivery date under "Remarks."

1. Member's Name _____ Roni _____ Giladi _____   2. Age _39_   3. ☐ Female ☐ Male

4. Diagnosis/analysis: Compression ℗ ulna nerve at elbow · compression ℗ Median ne
(ICD9/CPT4 CODE)
at wrist _____

a. Member's symptoms: Pt reports weakness + pain + decreased
sensibility of left hand _____

b. Objective findings: Pt has extensive findings objectively c evidence of mild
Bilat. median nerve compression at wrist + ulnar nerve compress.
at elbows _____

c. If disability is a result of pregnancy, give approximate date of conception: _____ date of confinement: _____

5. Member hospitalized? ☒ Yes ☐ No  From _Dec 12 1991_  To _Dec. 13 1991_

Name of Hospital _____ mey of 5.15 _____

6. Operations indicated? ☒ Yes ☐ No  a. Type _ulna nerve transposition at ℗ elbow ulna nerve
Release at ℗ wrist + Median nerve release at ℗ wrist_  b. Date

7. Enter dates for the following:

| | Mo. | Day | Year |
|---|---|---|---|
| a. Date of your first treatment for this disability | 01 | 25 | 91 |
| b. Date of your most recent treatment for this disability | 12 | 3 | 92 |
| c. Date member was unable to work because of this disability | 12 | 12 | 91 |
| d. Date member will be able to perform usual work | 1 | 27 | 92 |

*(Even if considerable question exists, estimate date. Avoid use of terms such as unknown or undetermined.)*

8. In your opinion, is this disability the result of injury arising out of and in the course of employment or occupational disease?  ☐ Yes ☒ No

If "Yes," has Form C-4/48 been filed with the Workers' Compensation Board?  ☐ Yes ☐ No

REMARKS (attach additional sheet, if necessary) _____

9. I affirm that I am a _Physician_  Licensed in the State of _ny_  License No. _085 986_
(Physician, Podiatrist, Chiropractor, Dentist, Nurse-Midwife or Psychologist)

Specialty _____  WCB Rating No. _____

Health Care Provider's signature _Berish Strauch MD_  Date _1/6/92_

Health Care Provider's name (please print) _Berish Strauch MD_  Tel No. (212) _9205357_

Office address _3331 Bainbridge Ave_  _Bronx ny_  _10467_
Number  Street  City or Town  State  Zip Code

(Must be furnished under authority of law)  Indv. Practitioner's SS No. | 0 | 6 | 2 | 2 | 6 | 3 | 3 | 3 | 0 |  All others T.I.N. | | | | | | | | | |

---

REPORT OF SERVICES.

| Date of Services | Place of Services | Description of Services Rendered | Procedure ICD9/CPT4 | Charges |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | Total | |

---

AUTHORIZATION TO PAY BENEFITS TO HEALTH CARE PROVIDER: I hereby authorize payment directly to the Health Care Provider whose signature is above

Member's signature _____  Date _____

## NOTICE AND PROOF OF CLAIM FOR DISABILITY BENEFITS

**IMPORTANT** Use this form only when the Member becomes sick while employed or becomes sick or disabled within four (4) weeks after termination of employment. Otherwise use green claim form DB-300.

### PART B   HEALTH CARE PROVIDER'S STATEMENT   (please print or type)

The health care provider's statement must be filled in completely and mailed to the Fund or returned to the member within seven (7) days of receipt of the form. For item 1 C give approximate date. Make some estimate. Delay in the payment of Disability Benefits may be prevented. If disability is caused by or arising in connection with pregnancy, enter estimated delivery date under "Remarks"

1 Member's Name *Roni* *Giladi*    2 Age _____    3 ☐ Female ☐ Male

First    Middle    Last

4 Diagnosis analysis *Compression (L) ulna nerve at elbow & wrist compression*
(ICD9/CPT CODE)

a Member's symptoms *(L) median nerve at wrist. Pt reports*
*weakness & pain & decreased sensibility (L) hand*

b Objective findings *Pt has extensive findings objectively c evidence*
*of mild Bilat. median nerve compression at wrist & ulna nerve*
*compression at elbow*

c If disability is result of pregnancy, give approximate date of conception _____

date of confinement _____

5 Member hospitalized? ☐ Yes ☐ No   From *Dec. 12 1991*    To *Dec 13 1991*

Name of Hospital *Montefiore Hospital Medical Center*

6 Operations indicated? ☐ Yes ☐ No   a Type *Ulna nerve neurolysis & transposition at left*   Date *12/12/91*
*elbow, ulna nerve release at (L) wrist median nerve release at (L) wrist*

7 Enter dates for the following

| | Mo. | Day | Year |
|---|---|---|---|
| a Date of your first treatment for this disability | 2 | 25 | 91 |
| b Date of your most recent treatment for this disability | 1 | 17 | 92 |
| c Date member was unable to work because of this disability | 12 | 12 | 91 |
| d Date member will be able to perform usual work | 2 | 17 | 92 |

(Even if considerable question exists, estimate date. Avoid use of terms such as unknown or undetermined.)

8 In your opinion, is this disability the result of injury arising out of and in the course of employment or occupational disease? ☐ Yes ☑ No

If yes, has Form C-4/48 been filed with the Workers' Compensation Board? ☐ Yes ☐ No

REMARKS attach additional sheet if necessary _____

9 I affirm that I am a *Physician* Licensed in the State of *NY* License No *055-986*
Physician, Podiatrist, Chiropractor, Dentist, Nurse-Midwife or Psychologist   Specialty *Plastic Reconstructive Surgery*   WCB Rating No _____
*Hand*

Health Care Provider's signature *Berish Strauch M.D.*    Date *1/17/92*

Health Care Provider's name (please print) *Berish Strauch*   Tel No *(212) 920-5351*

Office address *3331 Bainbridge Ave*   *Bronx NY*   *10467*
Number   Street   City or Town   State   Zip Code

Must be furnished under authority of law   Indiv. Practitioner's SS No | 7 | 6 | 2 | 2 | 6 | 3 | 3 | 3 | 0 |   All others T.I.N. | | | | | | | |

### REPORT OF SERVICES

| Date of Services | Place of Services | Description of Services Rendered | Procedure ICD9/CPT4 | Charges |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | Total | |

AUTHORIZATION TO PAY BENEFITS TO HEALTH CARE PROVIDER I hereby authorize payment directly to the Health Care Provider whose signature is above

Member's signature _____    Date _____

CGC081

Tel-Hashomer
Department of Neurology


ID:                                    Invest No.:            1
Name:          Giladi Roni            Invest Date:   92.12.31

Date of Birth: 52.03.05               Age:           40
Sex:           M                      Height:        180 cm

EMG Physician:          M.Sadeh
Referring Department:
Referring Physician:


Clinical findings:
S/p operation for lt CTS and lt ulnar neurolysis (12.12.91).
Since the operation numbness in hand and fingers 4 and 5.

Reason for referral:
Evaluation of median and ulnar nerves.

Summary:
The lt median motor latency is borderline, but the sensory latency
is markedly prolonged. The sensory distal latency of the rt median
nerve is simillarly prolonged.
The lt ulnar motor distal latency is mildly prolonged. The velocity
is normal between elbow and hand, but reduced along the ulnar
groove at the elbow. There is no decrease in amplitude along the
elbow. The sensory distal latency is prolonged and amplitude
reduced to less than half of the rt side. Velocity is normal.

Diagnosis:
Bilateral CTS.
Ulnar neuropathy m/p due to injury at the elbow.



M. Sadeh, MD

006082

Form PLS-161    *Arrangements made:*

Dr. *Nagashima*    88# 112 64 326

# MONTEFIORE MEDICAL CENTER
## PLASTIC SURGERY
### HOSPITAL ADMITTANCE

DoB 3/5/52

NAME OF PATIENT  *Ron Gilardi*

ADDRESS  PO Box 127    AGE 39

PHONE (201) 576-76

    *Bellmar NJ 07041*    W 212 430 213

REFERRING DOCTOR

PHONE

ADMITTING DIAGNOSIS  *Compression Ulna Nerve (L) elbow + wrist*
    *Med. nerve (L) wrist*

LENGTH OF STAY IN HOSPITAL    *S/A 1 night g.o*

INSURANCE COVERAGE  *1199 — SS# ID.*

OPERATIVE PROCEDURE  1) *Neurolysis (L) ulna nerve + transposete elbow*
    2) *" (L) ulna nerve wrist*
    3) *Neurolysis (L) Median N. + synovect wrist*

LENGTH OF OPERATION  *1½*    ANESTHESIA *General*

ASSISTANT

CHARGE FOR OPERATION

ASSISTANT'S FEE

*************

ADMITTING DATE    PRE OP PICTURES

FEE DISCUSSED?

PATIENT NOTIFIED AND PRE OP APPOINTMENT AT OFFICE SET  *Nov 13 1991*

REFERRING DOCTOR NOTIFIED?    *WCD @ 11 AM*

*re Assessment*
*Nov 11 1991*
*Mon 30*
*@ 3*

ADMITTING DATE  *November 14, 1991*

DATE OF SURGERY  *November 14, 1991*

006082

900105770

RR GILADI,RONI
PO8127MILBOURNE NJ07041    10/12
P B.STRAUCH PLS
112643264 N39 H 011-972-5334
06443890 0003 8121291

DX: ULNAR NERVE

COMPRESSION AT
~64718-3500 ~64719
ELBOW + WRIST ~2500
~64721.2500
MEDIAN NERVE COMP-

RESSION AT WRIST.

OR: NEUROLYSIS OF ULNAR N. AT
ELBOW + WRIST, NEUROLYSIS
OF MEDIAN N. AT WRIST

006083

LOCAL 1199
NATIONAL BENEFIT FUND
P.O. BOX 781
NEW YORK NY 10012

**HEALTH INSURANCE CLAIM FORM**
(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPRVD 53
OMB NO. 0938-XXX

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) XX | OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

| 1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL) | 2. PATIENT'S DATE OF BIRTH | 3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL) |
|---|---|---|
| GILAGI, RONI | 03 05 51 | GILAGI, RONI |

| 4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE) | 5. PATIENT'S SEX | 6. INSURED'S I.D. NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS) |
|---|---|---|
| P.O. BOX 127 MILLBURN NJ 07041 | MALE [X]   FEMALE [ ] | 11264.0264 |

| 7. PATIENT'S RELATIONSHIP TO INSURED | 8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.) |
|---|---|
| SELF [X]  SPOUSE [ ]  CHILD [ ]  OTHER [ ] | INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN |

TELEPHONE NO.

| 9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER) | 10. WAS CONDITION RELATED TO: | 11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE) |
|---|---|---|
| NONE REPORTED | A. PATIENT'S EMPLOYMENT   YES [ ]   NO [X] | P.O. BOX 127 MILLBURN NJ 07041 |
|  | B. ACCIDENT   AUTO [ ]   OTHER [ ] | TELEPHONE NO. |

11.a. CHAMPUS SPONSOR'S:
STATUS   ACTIVE DUTY [ ]   RETIRED [ ]   DECEASED [ ]   BRANCH OF SERVICE

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW. | 13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW. |
|---|---|
| SIGNED   SIGNATURE ON FILE   DATE   12/17/91 | SIGNATURE ON FILE   SIGNED INSURED OR AUTHORIZED PERSON |

## PHYSICIAN OR SUPPLIER INFORMATION

| 14. DATE OF: | ILLNESS (FIRST SYMPTOM OR INJURY (ACCIDENT) OR PREGNANCY (LMP) | 15. DATE FIRST CONSULTED YOU FOR THIS CONDITION | 16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES | 16.a. IF EMERGENCY CHECK HERE |
|---|---|---|---|---|

| 17. DATE PATIENT ABLE TO RETURN TO WORK | 18. DATES OF TOTAL DISABILITY | | DATES OF PARTIAL DISABILITY | |
|---|---|---|---|---|
| | FROM | THROUGH | FROM | THROUGH |

| 19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. PUBLIC HEALTH AGENCY) | 20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES |
|---|---|
| | ADMITTED 12/12/91   DISCHARGED 12/13/91 |

| 21. NAME AND ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE) | 22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE? |
|---|---|
| MONTEFIORE MEDICAL CENTER 111 E 210TH ST BRONX N | YES [ ]  NO [X]  CHARGES: |

23. A. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3. ETC. OR DX CODE

1. 354.2 COMPRESSION ULNAR NERVE;ELBOW
2. 354.0 COMPRESSION MEDIAN NERVE;WRIST
3.
4.

B.
EPSDT   YES [ ]  NO [ ]
FAMILY PLANNING   YES [ ]  NO [ ]
PRIOR AUTHORIZATION NO.

| 24. A. DATE OF SERVICE FROM — TO | B. PLACE OF SERVICE | C. FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN — PROCEDURE CODE (IDENTIFY) (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D. DIAGNOSIS CODE | E. CHARGES | F. DAYS OR UNITS | G. T.O.S. | H. LEAVE BLANK |
|---|---|---|---|---|---|---|---|
| 12/12/91 | IH | 64718 NEUROLYSIS AND/OR TRANSPOSITION;ULNAR NE | 354.2 | 3500 00 | 1 | 2 | |
| 12/12/91 | IH | 64719 NEUROLYSIS AND/OR TRANSPOSITION;ULNAR NE | 354.2 | 2500 00 | 1 | 2 | |
| 12/12/91 | IH | 64721 NEUROLYSIS AND/OR TRANSPOSITION;MEDIAN N | 354.0 | 2500 00 | 1 | 2 | |

| 25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF) | 26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK) | 27. TOTAL CHARGE | 28. AMOUNT PAID | 29. BALANCE DUE |
|---|---|---|---|---|
| BERISH STRAUCH, M.D. | YES [X]  NO [ ] | 8500 00 | 0 00 | 8500 00 |
| DATE: 12/17/91 | 30. YOUR SOCIAL SECURITY NO. C08084 | 31. PHYSICIAN'S, SUPPLIER'S, AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO. BERISH STRAUCH, M.D. 3331 BAINBRIDGE AVE. BRONX NY 10467 I.D. (212) 920-5551 | | |
| 32. YOUR PATIENT'S ACCOUNT NO. 2214 | 33. YOUR EMPLOYER I.D. NO. 062263330 | | | |

* PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON THE BACK
REMARKS:

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 6/93   Form HCFA-1500 (C-2) (1-84)   Form OWCP-1500

TELEPHONE 920-5551

BNDD NO. AB1837078

**BERISH STRAUCH, M. D.**
PLASTIC & RECONSTRUCTIVE SURGERY
AESTHETIC SURGERY
SURGERY OF THE HAND

3331 BAINBRIDGE AVENUE                    BRONX, NEW YORK 10467

Name _Ron Gelardi_

Age _____

Address _____

Date _1/12/9_

**R** _S/P L ulna renp_

_neurolysis_

_RX — Active & Passive_

_ROM_

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW

Dispense As Written

C06085

NOTICE AND PROOF OF CLAIM FOR DISABILITY BENEFITS

IMPORTANT: Use this form only when an employee becomes disabled while employed or becomes disabled within four (4) weeks after termination of employment. Otherwise use green form.

## PART B  HEALTH CARE PROVIDER'S STATEMENT  (please print or type)

The health care provider's statement must be filled in completely and mailed to the Fund or returned to the member within seven (7) days of receipt of the form. For item 7-d, give approximate date. Make some estimate. Delay in the payment of Disability Benefits may be prevented. If disability is caused by or arising in connection with pregnancy, enter estimated delivery date under "Remarks."

1. Member's Name _Roni_ _Giladi_ _+ wrist_   2. Age _39_   3. ☐ Female ☐ Male

First   Middle   Last

4. Diagnosis/analysis: _Compression (L) ulna nerve at elbow. Compression (L) Median ne_
_at wrist_  ICD9/CPT4 CODE

a. Member's symptoms: _nl reports weakness + pain + decreased_
_sensibility of 'left hand'_

b. Objective findings: _Pt. has extensive findings objectively c evidence of c/w_
_B/L. median nerve compression at wrist + ulnar nerve ✓ compress._
_at elbows_

c. If disability is a result of pregnancy, give approximate date of conception: _____

date of confinement: _____

5. Member hospitalized?  ☒ Yes  ☐ No   From _Dec 12 1991_   To _Dec. 13 1991_

Name of Hospital _my alysis_

6. Operations indicated?  ☒ Yes  ☐ No   a. Type _Ulna nerve transposition at (L) Elbow Ulna nerve_
_Release at (L) wrist + Median nerve release at (L) wrist_   b. Date

7. Enter dates for the following:

| | Mo. | Day | Year |
|---|---|---|---|
| a. Date of your first treatment for this disability | 02 | 28 | 91 |
| b. Date of your most recent treatment for this disability | | 3 | 92 |
| c. Date member was unable to work because of this disability | 12 | 12 | 91 |
| d. Date member will be able to perform usual work | 1 | 27 | 92 |

(Even if considerable question exists, estimate date. Avoid use of terms such as unknown or undetermined.)

8. In your opinion, is this disability the result of injury arising out of and in the course of employment or occupational disease?  ☐ Yes  ☒ No

If "Yes," has Form C-4/48 been filed with the Workers' Compensation Board?  ☐ Yes  ☐ No

REMARKS (attach additional sheet, if necessary) _____

9. I affirm that I am a _Physician_   Licensed in the State of _ny_   License No. _085 986_

(Physician, Podiatrist, Chiropractor, Dentist, Nurse-Midwife or Psychologist)

Specialty _____   WCB Rating No. _____

Health Care Provider's signature _Berish Strauch MD_   Date _1/6/92_

Health Care Provider's name (please print) _Berish Strauch MD_   Tel No. (212) _920533_

Office address _3331 Bainbridge Ave   Bronx ny   10467_

Number   Street   City or Town   State   Zip Code

(Must be furnished under authority of law)   Indv. Practitioner's SS No. _067 26 3330_   All others T.I.N. _| | |  | |  | | | |_

## REPORT OF SERVICES.

| Date of Services | Place of Services | Description of Services Rendered | Procedure CD9/CPT4 | Charges |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | Total | |

AUTHORIZATION TO PAY BENEFITS TO HEALTH CARE PROVIDER: I hereby authorize payment directly to the Health Care Provider whose signature is above.

Member's signature _____   Date _____

C08086

## NOTICE AND PROOF OF CLAIM FOR DISABILITY BENEFITS

**IMPORTANT:** Use this form only when the Member becomes sick while employed or becomes sick or disabled within four (4) weeks after termination of employment. Otherwise use green claim form DB-300.

**PART B   HEALTH CARE PROVIDER'S STATEMENT**   (please print or type)

The health care provider's statement must be filled in completely and mailed to the Fund or returned to the member within seven (7) days of receipt of the form. For item 7-d, give approximate date. Make some estimate. Delay in the payment of Disability Benefits may be prevented. If disability is caused by or arising in connection with pregnancy, enter estimated delivery date under "Remarks."

1. Member's Name _Ron_ _Giladi_ 2. Age ___ 3. ☐ Female

4. Diagnosis/analysis: _Compression (L)ulna nerve at Elbow + wrist_ ☐ Male
(ICD9/CPT4 CODE)

a. Member's symptoms: _Compression (L) Median nerve at wrist_
_pt reports weakness pain + sensibility (L) hand_

b. Objective findings: _Extensive findings Objectively + evidence of mild_
_Bilateral Median nerve Compression at wrist + ulna nerve_
_Compression at elbow_

c. If disability is a result of pregnancy, give approximate date of conception: _____

date of confinement: _____

5. Member hospitalized? ☑ Yes ☐ No From _Dec. 12 1991_ To _Dec 13 1992_

Name of Hospital _Montefiore Medical Center_

6. Operations indicated? ☑ Yes ☐ No a. Type _Ulna nerve hierodysis + transposition at (L)_ b. Date _12/12/91_
_elbow ulna nerve release at (L) wrist, Median nerve release at (L)wm_

7. Enter dates for the following:

| | | Mo. | Day | Year |
|---|---|---|---|---|
| a. Date of your first treatment for this disability | | 2 | 25 | 91 |
| b. Date of your most recent treatment for this disability | | 2 | 14 | 92 |
| c. Date member was unable to work because of this disability | | 12 | 12 | 91 |
| d. Date member will be able to perform usual work | | 3 | 8 | 92 |

*(Even if considerable question exists, estimate date. Avoid use of terms such as unknown or undetermined.)*

8. In your opinion, is this disability the result of injury arising out of and in the course of employment or occupational disease? ☐ Yes ☑ No

If "Yes," has Form C-4/48 been filed with the Workers' Compensation Board? ☐ Yes ☐ No

REMARKS (attach additional sheet, if necessary) _____

9. I affirm that I am a _Physician_ Licensed in the State of _NY_ License No. _085 582_
(Physician, Podiatrist, Chiropractor, Dentist, or Nurse-Midwife)

Specialty _Plastic_

Health Care Provider's signature _Berish Strauch MD_ Type Rating No. ___ Date _2/17/9_

Health Care Provider's name (please print) _Berish Strauch MD_ Tel. No. _(212) 920 553_

Office address _3331 Bainbridge Ave   BX   NY   1076_
Number    Street    City or Town    State    Zip Code

(Must be furnished under authority of law) Indv. Practitioner's SS No. _067 26 3330_    All others T.I.N. _____

**REPORT OF SERVICES.**

| Date of Services | Place of Services | Description of Services Rendered | Procedure ICD9/CPT4 | Charges |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | Total | |

AUTHORIZATION TO PAY BENEFITS TO HEALTH CARE PROVIDER: I hereby authorize payment directly to the Health Care Provider whose signature is above.

Member's signature _____ Date _____

008087

NOTICE ___

IMPORTANT: Use this form only when the Member becomes sick while employed or becomes ___
ment. Otherwise use green claim form DB-300.

## PART B  HEALTH CARE PROVIDER'S STATEMENT  (please print or type)

The health care provider's statement must be filled in completely and mailed to the Fund or returned to the member within seven (7) days of receipt of this form. For han
fid, give approximate date. Make some estimate. Delay in the payment of Disability Benefits may be prevented. If disability is caused by or arising in connection with
pregnancy, enter estimated delivery date under "Remarks."

1. Member's Name: _Ron_ First  _Giladi_ Middle  Last   2. Age: ___   3. ☐ Female ☐ Male

4. Diagnosis/analysis: _Compression (ulnar nerve at elbow + wrist Compression_
   (ICD9/CPT4 CODE)
   a. Member's symptoms: _median nerve at wrist - pt reports_
   _weakness + pain + decreased sensibility (L) hand_

   b. Objective findings: _Pt has extensive findings objectively c evidence_
   _of mild Bilat. median nerve compression at wrist + ulnar nerve_
   _Compression at elbow_

   c. If disability is a result of pregnancy, give approximate date of conception: _____

   date of confinement: _____

5. Member hospitalized? ☑ Yes ☐ No  From _Dec. 12 1991_  To _Dec 13 1991_
   Name of Hospital _Montefiore Hospital Medical Center_

6. Operations indicated? ☑ Yes ☐ No  a. Type _ulna nerve neurolysis + transposition at left_
   _elbow, ulna nerve release at (L) wrist  median nerve release at (L) wrist_  Date _✱ 5/12/12/91_

   Enter dates for the following:

   |  | Mo. | Day | Year |
   |---|---|---|---|
   | a. Date of your first treatment for this disability | 2 | 25 | 91 |
   | b. Date of your most recent treatment for this disability | 1 | 17 | 92 |
   | c. Date member was unable to work because of this disability | 12 | 12 | 91 |
   | d. Date member will be able to perform usual work | 2 | 17 | 92 |

   (Even if considerable question exists, estimate date. Avoid use of terms such as unknown or undetermined.)

7. In your opinion, is this disability the result of injury arising out of and in the course of employment or occupational disease? ☐ Yes ☑ No
   If "Yes," has Form C-4/48 been filed with the Workers' Compensation Board? ☐ Yes ☐ No

   REMARKS (attach additional sheet, if necessary)

8. I affirm that I am a _Physician_
   (Physician, Podiatrist, Chiropractor, Dentist,
   Nurse-Midwife or Psychologist)
   Licensed in the State of _N.Y._   License No. _055-986_
   Specialty _Plastic Reconstructive Surgery_
   _Hand_   WCB Rating No. _____

   Health Care Provider's signature _Berish Strauch MD_
   Health Care Provider's name (please print) _Berish Strauch_   Date _1/18/92_
   Office address _3331 Bainbridge Ave_  _Bronx N.Y._  Tel No. _(212) 920-5351_  _10467_
                  Number  Street   City or Town   State   Zip Code
   (Must be furnished under authority of law)

   Indv. Practitioner's SS No. _716 2 26_ _3 33 0_   All others T.I.N. ___

PORT OF SERVICES.

| Date of Services | Place of Services | Description of Services Rendered | Procedure *CD9/CPT4 | Charges |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | CCS088 Total |  |

HORIZATION TO PAY BENEFITS TO HEALTH CARE PROVIDER: I hereby authorize payment directly to the Health Care Provider whose signature is above.

ember's signature _____   Date _____

# ☐☐1199 National Benefit Fund
**FOR HOSPITAL AND HEALTH CARE EMPLOYEES**
310 West 43rd Street, New York, N.Y. 10036    •    Tel.: 212/307-7500

*A2O8 5O4 55OO*

Member's Name: __Roni Giladi__

Employed at: __A.E.C.O.M.__

Soc. Sec. No.: __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__

Date: __June 27, 1992__

Dear Member:

We are in receipt of your claim for benefits. In order to process your claim it is necessary for you to complete this form and sign it.

Nature of illness or accident: _____

How and where did illness or accident occur? Give complete details dates: __September 5, 1987__

Is this illness or injury job related? Yes: _____ No: _____

Wife's / husband's place of employment:

Name: _____

Address: _____

Tele. No.: _____

Are you taking a legal action? If answer is "no", state why: _____

_____

Do you, your spouse, or dependent have any other insurance which covers this claim: _____ yes __XX__ no. If "yes", give name of company or union: _____

We will be able to process your application for benefits as soon as we receive the above information. If you need assistance regarding the above, please call the Benefit Fund Office at 307-7500 Extension____

*Failure to respond timely may result in non-payment of your claim.

Fraternally yours,

1199 NATIONAL BENEFIT FUND

The undersigned has read and completed the foregoing statement affirms that the information is true to the best of his knowle

Member's Signature _____

COC089

coe:1199
3 NBF 19(Rev. 12/85)P

DETACH THIS PORTION FOR YOUR RECORDS

**9 MEDICAL PLAN A+**

11/91

..oyee Information

**Patient's Name**
RONI GILADI

**Social Sec. No.**
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

**Account No.**
2214

**Claim No.**
S12100291-00

RONI GILADI
P O BOX 127
MILLBURN                 NJ 07041

| PROVIDER | TOS | DATE FROM — TO | TOTAL CHARGES | BASIC ALLOWED | MAJOR MEDICAL | | | | TOTAL BENEFIT | C |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ALLOWED | DED. | % | BENEFIT | | |
| AUCH | MC5 | 022591-022591 | 100.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | ¢ |
| AUCH | SU | 071991-071991 | 150.00 | 48.00 | 48.00 | 0.00 | 80 | 38.40 | 86.40 | P |
| e of Service e Description | | TOTALS ▶ | 250.00 | 48.00 | 48.00 | 0.00 | | 38.40 | 86.40 | |

INITIAL CONSULT- SURGERY
SURGERY                          20550

| | |
|---|---|
| COB Adjustments | 0.00 |
| Other Adjustments | 0.00 |
| Total Payment Amount | 86.40 |
| Paid to Member | 0.00 |
| Paid to Provider | 86.40 |
| Non-Covered | 154.00 |
| Paid by Other Carrier | 0.00 |

..marks

NO. **965451**

Description
OFFICE VISITS PERFORMED ON THE SAME DAY AS THERAPEUTIC PROCEDURE(S)
ARE INCLUDED IN THE ALLOWANCE FOR THE PROCEDURE(S).
MAXIMUM BENEFIT PAID ACCORDING TO THE PLAN'S SCHEDULE OF ALLOWANCES.

C06090

DETACH THIS PORTION FOR YOUR RECO

un
39 MEDICAL PLAN A+
te
/17/91

nployee Information

**Patient's Name**
RONI GILADI
Social Sec. No.
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

Account No.
2214
Claim No.
S12210329-00

RONI GILADI
P O BOX 127
MILLBURN        NJ   07041

| PROVIDER | TOS | DATE FROM — TO | TOTAL CHARGES | BASIC ALLOWED | MAJOR MEDICAL | | | | TOTAL BENEFIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ALLOWED | DED. | % | BENEFIT | |
| RAUCH | MDS | 073191-073191 | 50.00 | 27.50 | 4.50 | 0.00 | 100 | 4.50 | 32.0 |
| **Type of Service** Code Description | | TOTALS ▶ | 50.00 | 27.50 | 4.50 | 0.00 | | 4.50 | 32.0 |

DS    FOLLOW-UP SPECIALIST VISIT

| | |
|---|---|
| COB Adjustments | 0.0 |
| Other Adjustments | 0.0 |
| Total Payment Amount | 32.0 |
| Paid to Member | 0.0 |
| Paid to Provider | 32.0 |
| Non-Covered | 18.0 |
| Paid by Other Carrier | 0.0 |

**Remarks**
ode    Description
3    MAXIMUM BENEFIT PAID ACCORDING TO THE PLAN'S SCHEDULE OF ALLOWANCES.

NO. 982782

C0G091

DETACH THIS PORTION FOR YOUR RECO

lan
:99 MEDICAL PLAN A+
te
/08/93

Patient's Name
RONI GILADI

Social Sec. No.
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

Account No.
2214

Claim No.
S30360906-00

Employee Information

RONI GILADI
P O BOX 127
MILLBURN NJ 07041

| PROVIDER | TOS | DATE FROM — TO | TOTAL CHARGES | BASIC ALLOWED | MAJOR MEDICAL | | | | TOTAL BENEFIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ALLOWED | DED. | % | BENEFIT | |
| RAUCH | OV | 011593-011593 | 50.00 | 13.75 | 3.75 | 0.00 | 100 | 3.75 | 17.50 |
| pe of Service de Description | | TOTALS ▶ | 50.00 | 13.75 | 3.75 | 0.00 | | 3.75 | 17.50 |

OFFICE VISIT

| | |
|---|---|
| COB Adjustments | 0.00 |
| Other Adjustments | 0.00 |
| Total Payment Amount | 17.50 |
| Paid to Member | 0.00 |
| Paid to Provider | 17.50 |
| Non-Covered | 32.50 |
| Paid by Other Carrier | 0.00 |

NO. 2268599

emarks
e      Description
PROVIDER DID NOT INDICATE HIS/HER SPECIALTY. HAVE PROVIDER INDICATE
SPECIALTY IN SPACE/RETURN TO PO BOX 781 NY 10018-6596._____.

006092

DETACH THIS PORTION FOR YOUR RECO

Plan
.199 MEDICAL PLAN A+

Patient's Name
RONI GILADI

Date
08/13/92

*ulnar nerve: elbow*
*median nerve wrist*

Social Sec. No.
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

Account No.
2214

Claim No.
A20850455-01

Employee Information

RONI GILADI
P O BOX 127
MILLBURN NJ 07041

| PROVIDER | TOS | DATE FROM — TO | TOTAL CHARGES | BASIC ALLOWED | MAJOR MEDICAL | | | | TOTAL BENEFIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ALLOWED | DED. | % | BENEFIT | |
| TRAUCH | SU | 121291-121291 | 3,500.00 | 575.00 | 460.00 | 0.00 | 100 | 460.00 | 1,035.0 |
| TRAUCH | SU | 121291-121291 | 2,500.00 | 479.00 | 383.20 | 0.00 | 100 | 383.20 | 862.2 |
| TRAUCH | SU | 121291-121291 | 2,500.00 | 524.45 | 419.56 | 0.00 | 100 | 419.56 | 944.0 |
| Type of Service Code Description | | TOTALS ▶ | 8,500.00 | 1,578.45 | 1,262.76 | 0.00 | | 1,262.76 | 2,841.2 |

SU    SURGERY                          64718

| | |
|---|---|
| COB Adjustments | 0.0 |
| Other Adjustments | 0.0 |
| Total Payment Amount | 2,841.2 |
| Paid to Member | 0.0 |
| Paid to Provider | 2,841.2 |
| Non-Covered | 5,658. |
| Paid by Other Carrier | 0.0 |

NO. 1798282

**Remarks

Code        Description

P1    MAXIMUM BENEFIT PAID ACCORDING TO THE PLAN'S SCHEDULE OF ALLOWANCES.

COS093

PLEASE DETACH AT ABOVE PERFORATION

## EXPLANATION OF BENEFITS

**1099**
National Benefit Fund
FOR HOSPITAL AND HEALTH CARE EMPLOYEES
310 West 43rd Street
New York, N.Y. 10036

MEMBER ▶ RONI V GILADI
SSN ▶ 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
PATIENT ▶ RONI V GILADI
EMPLOYER ▶ 001099

CLAIM NUMBER ▶ S40560273
CHECK NUMBER ▶ 00907621
DATE OF CHECK ▶ 05/18/1994
BENEFIT PLAN ▶ MEDICAL

**SEE BACK OF FORM FOR A LISTING OF EXPLANATION CODES OR IF YOU HAVE ANY QUESTIONS.**

| Procedure Dates of Service<br>Svc. Type  -  Provider | Total<br>Charge | Basic<br>Allowed | Major Medical<br>Allowed | Expl.<br>Code | Tota<br>Amou |
|---|---|---|---|---|---|
| 99212    10/06/93-10/06/93 | 50.00 | 32.00 | .00 | | 32. |
| F/U VISIT SPECIALIST — STRAUCH, BERISH, M.D. | | | | | |

| TOTALS | | 32.0 |
|---|---|---|

COS094

LOCAL 1194
NATIONAL BENEFIT FUND
310 WEST 43rd STREET
NEW YORK NY 10036

**HEALTH INSURANCE CLAIM FORM**
(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED
OMB NO. 0938-0008

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) XX | OTHER (CERTIFICATE SSN) |

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
GILADI, RONI

2. PATIENT'S DATE OF BIRTH
03  01  52

3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
GILADI, RONI

4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
P.O. BOX 127
MILLBURN NJ 07041

5. PATIENT'S SEX
MALE [X]   FEMALE [ ]

6. INSURED'S I.D. NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)
112643264

TELEPHONE NO.

7. PATIENT'S RELATIONSHIP TO INSURED
SELF [X]   SPOUSE [ ]   CHILD [ ]   OTHER [ ]

8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)

[ ] INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)

NONE REPORTED

10. WAS CONDITION RELATED TO:

A. PATIENT'S EMPLOYMENT
YES [ ]   NO [X]

B. ACCIDENT
AUTO [ ]   OTHER [ ]

11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
P.O. BOX 127
MILLBURN NJ 07041

TELEPHONE NO.

11a. CHAMPUS SPONSOR'S:
STATUS   ACTIVE DUTY [ ]   DECEASED [ ]   BRANCH OF SERVICE
RETIRED [ ]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW.

SIGNED  SIGNATURE ON FILE   DATE  02/26/91

13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW.
SIGNATURE ON FILE
SIGNED (INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

14. DATE OF:
ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. DATE FIRST CONSULTED YOU FOR THIS CONDITION

16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES

16a. IF EMERGENCY CHECK HERE [ ]

17. DATE PATIENT ABLE TO RETURN TO WORK

18. DATES OF TOTAL DISABILITY
FROM          THROUGH

DATES OF PARTIAL DISABILITY
FROM          THROUGH

19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (eg. PUBLIC HEALTH AGENCY)
C. HALL

20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES
ADMITTED          DISCHARGED

21. NAME AND ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE)
MONTIFIORE MEDICAL CENTER 3331 BAINBRIDGE AVE. B

22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?
YES [ ]   NO [X]   CHARGES:

23. A. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3, ETC. OR DX CODE

1. 955.1  S/P LAC&REPAIR MEDIAN N, F-ARM
2. 728.9  WEAKNESS L. HAND
3.
4.

B.

EPSDT   YES [ ]   NO [ ]
FAMILY PLANNING   YES [ ]   NO [ ]

PRIOR AUTHORIZATION NO.

| 24. DATE OF SERVICE | | B. PLACE OF SERVICE | C. PROCEDURE CODE (IDENTIFY) | FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D. DIAGNOSIS CODE | E. CHARGES | F. DAYS OR UNITS | G. T.O.S. | H. LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | | | | | | | | |
| 02/25/91 | | 0 | 90020 | OFFICE MEDICAL SERVICE, NEW PATIENT;COMP | 955.1 728.9 | 100 00 | 1 | 1 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIAL(S)) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)

Specialty: Plas. Reconsurg
BERISH STRAUCH, M.D.

DATE: 02/26/91

26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)
YES [X]   NO [ ]

30. YOUR SOCIAL SECURITY NO.

27. TOTAL CHARGE
100 00

28. AMOUNT PAID
0 00

29. BALANCE DUE
100 00

31. PHYSICIAN'S, SUPPLIER'S, AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.
BERISH STRAUCH, M.D.
3331 BAINBRIDGE AVE.
BRONX NY 10467
I.D.(212) 920-5551   006095

32. YOUR PATIENT'S ACCOUNT NO.
2214

33. YOUR EMPLOYER I.D. NO.
062263330

* PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON THE BACK

APPROVED BY AMA COUNCIL

Form HCFA-1500 (C-2) (1-84)   Form OWCP-1500

1500-501 / (2-PLY)

LOCAL 1199
NATIONAL BENEFIT FUND
P.O. BOX 781
NEW YORK NY 10018

**HEALTH INSURANCE CLAIM FORM**
(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED
OMB NO. 0938-0008

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) XX | OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
GILADI, RONI

2. PATIENT'S DATE OF BIRTH
03  05  32

3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
GILADI, RONI

4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
P.O. BOX 127
MILLBURN NJ 07041

5. PATIENT'S SEX
MALE ✓  FEMALE

6. INSURED'S I.D. NO. (FOR PROGRAM CHECKED ABOVE. INCLUDE ALL LETTERS)
112643264

7. PATIENT'S RELATIONSHIP TO INSURED
SELF ✓  SPOUSE  CHILD  OTHER

8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)

TELEPHONE NO.

9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)

NONE REPORTED

10. WAS CONDITION RELATED TO:

A. PATIENT'S EMPLOYMENT
YES  NO ✓

B. ACCIDENT
AUTO  OTHER

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
P.O. BOX 127
MILLBURN NJ 07041

TELEPHONE NO.

11a. CHAMPUS SPONSOR'S:
STATUS  ACTIVE DUTY  DECEASED  RETIRED  BRANCH OF SERVICE

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW.

SIGNED  SIGNATURE ON FILE  DATE  07/22/91

13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW.

SIGNATURE ON FILE
(SIGNED INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

14. DATE OF:
ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. DATE FIRST CONSULTED YOU FOR THIS CONDITION

16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES

16.a. IF EMERGENCY CHECK HERE

17. DATE PATIENT ABLE TO RETURN TO WORK

18. DATES OF TOTAL DISABILITY
FROM  THROUGH

DATES OF PARTIAL DISABILITY
FROM  THROUGH

19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. PUBLIC HEALTH AGENCY)
C. HALL

20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES
ADMITTED  DISCHARGED

21. NAME AND ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE)
MONTEFIORE MEDICAL CENTER 3331 BAINBRIDGE AVE. B

22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?
YES  NO ✓  CHARGES:

23. A. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3, ETC. OR DX CODE

1. 955.1  S/P LAC&REPAIR MEDIAN N. F-ARM
2. 728.9  WEAKNESS L. HAND
3. 354.0  BIL MEDIAN NERVE COMPRESSION
4.

B.

EPSDT  YES  NO
FAMILY PLANNING  YES  NO

PRIOR AUTHORIZATION NO.

| 24. A. DATE OF SERVICE FROM | TO | B. PLACE OF SERVICE | C. FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN PROCEDURE CODE (IDENTIFY) | (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D. DIAGNOSIS CODE | E. CHARGES | F. DAYS OR UNITS | G. T.O.S. | H. LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 02/25/91 | | 0 | 90020 | OFFICE MEDICAL SERVICE, NEW PATIENT;COMP | 955.1 728.9 | 100 00 | 1 | 1 | |
| 07/19/81 | | 0 | 20550 | INJECTION, LEFT CARPAL TUNNEL | 354.0 | 150 00 | 1 | 3 | |

25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREES OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)

Specialty: Plas + Recon Surg
BERISH STRAUCH, M.D.

DATE:  07/22/91

26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)
YES ✓  NO

30. YOUR SOCIAL SECURITY NO.

27. TOTAL CHARGE  250 00
28. AMOUNT PAID  0 00
29. BALANCE DUE  250 00

31. PHYSICIAN'S, SUPPLIER'S, AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.
BERISH STRAUCH, M.D.
3331 BAINBRIDGE AVE.
BRONX NY 10467
I.D. (212) 920-5551  C0S096

32. YOUR PATIENT'S ACCOUNT NO.
2214

33. YOUR EMPLOYER I.D. NO.
062263330

* PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON THE BACK

APPROVED BY AMA COUNCIL

Form HCFA-1500 (C-2) (1-84)  Form OWCP-1500

LOCAL 1180
NATIONAL BENEFIT FUND
P.O. BOX 751
NEW YORK NY 10019

## HEALTH INSURANCE CLAIM FORM

FORM APPROVED
OMB NO 0938-0008

(CHECK APPLICABLE PROGRAM BLOCK BELOW)

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) XX | OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|

### PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
GILADI, RONI

2. PATIENT'S DATE OF BIRTH
07  03  52

3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)
GILADI, RONI

4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
P.O. BOX 127
MILLBURN NJ 07041

5. PATIENT'S SEX
MALE [X]    FEMALE [ ]

6. INSURED'S I.D. NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)
112643264

TELEPHONE NO.

7. PATIENT'S RELATIONSHIP TO INSURED
SELF [X]   SPOUSE [ ]   CHILD [ ]   OTHER [ ]

8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN

9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)
NONE REPORTED

10. WAS CONDITION RELATED TO:

A. PATIENT'S EMPLOYMENT
YES [ ]    NO [X]

B. ACCIDENT
AUTO [ ]    OTHER [ ]

11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)
P.O. BOX 127
MILLBURN NJ 07041

TELEPHONE NO.

11a. CHAMPUS SPONSOR'S:
STATUS   ACTIVE DUTY [ ]   RETIRED [ ]   DECEASED [ ]   BRANCH OF SERVICE

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING). I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW.

SIGNED  SIGNATURE ON FILE    DATE  08/05/91

13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW.
SIGNATURE ON FILE
(SIGNED INSURED OR AUTHORIZED PERSON)

### PHYSICIAN OR SUPPLIER INFORMATION

14. DATE OF:
ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

15. DATE FIRST CONSULTED YOU FOR THIS CONDITION

16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES

16.a. IF EMERGENCY CHECK HERE

17. DATE PATIENT ABLE TO RETURN TO WORK

18. DATES OF TOTAL DISABILITY
FROM         THROUGH

DATES OF PARTIAL DISABILITY
FROM         THROUGH

19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (eg. PUBLIC HEALTH AGENCY)

20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES
ADMITTED         DISCHARGED

21. NAME AND ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE)
MONTEFIORE MEDICAL CENTER 3331 BAINBRIDGE AVE B

22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?
YES [ ]   NO [X]   CHARGES:

23. A. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3. ETC. OR DX CODE

1. 955.1  S/P LAC&REPAIR MEDIAN N. F-ARM
2. 354.0  BIL MEDIAN NERVE COMPRESSION
3.
4.

EPSDT   YES [ ]  NO [ ]
FAMILY PLANNING   YES [ ]  NO [ ]

PRIOR AUTHORIZATION NO.

| 24. DATE OF SERVICE FROM | TO | B. PLACE OF SERVICE | C. FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN — PROCEDURE CODE (IDENTIFY) | (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D. DIAGNOSIS CODE | E. CHARGES | F. DAYS OR UNITS | G. T.O.S. | H. LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 07/31/91 | | O | 90060 | OFFICE MEDICAL SERVICE, ESTABLISHED PT | 955.1 354.0 | 50 00 | 1 | 2 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)
Specialty Plast Recon Surg
BERISH STRAUCH, M.D.

DATE: 08/05/91

26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)
YES [X]    NO [ ]

30. YOUR SOCIAL SECURITY NO.

27. TOTAL CHARGE
50 00

28. AMOUNT PAID
0 00

29. BALANCE DUE
50 00

31. PHYSICIAN'S, SUPPLIER'S, AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.
BERISH STRAUCH, M.D.
3331 BAINBRIDGE AVE.
BRONX NY 10467
(212) 920-5551

32. YOUR PATIENT'S ACCOUNT NO.
2214

33. YOUR EMPLOYER I.D. NO.
062263330

I.D. NO.
C08097

LOCAL 1199
NATIONAL BENEFIT FUND
P.O. BOX 781
NEW YORK NY 10013

**HEALTH INSURANCE CLAIM FORM**
(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED
OMB NO 0938-0008

| MEDICARE (MEDICARE NO.) | MEDICAID (MEDICAID NO.) | CHAMPUS (SPONSOR'S SSN) | CHAMPVA (VA FILE NO.) | FECA BLACK LUNG (SSN) XX | OTHER (CERTIFICATE SSN) |
|---|---|---|---|---|---|

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

**1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**
GILADI, RONI

**2. PATIENT'S DATE OF BIRTH**
03  05  52

**3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL)**
GILADI, RONI

**4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**
P.O. BOX 127
MILLBURN NJ 07041

**5. PATIENT'S SEX**
MALE [X]   FEMALE [ ]

**6. INSURED'S I.D. NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS)**
112643264

**7. PATIENT'S RELATIONSHIP TO INSURED**
SELF [X]   SPOUSE [ ]   CHILD [ ]   OTHER [ ]

**8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)**

TELEPHONE NO.

INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN [ ]

**9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER)**
NONE REPORTED

**10. WAS CONDITION RELATED TO:**

**A. PATIENT'S EMPLOYMENT**
YES [ ]   NO [XX]

**B. ACCIDENT**
AUTO [ ]   OTHER [ ]

**11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE)**
P.O. BOX 127
MILLBURN NJ 07041

TELEPHONE NO.

**11.a. CHAMPUS SPONSOR'S:**
STATUS   ACTIVE DUTY [ ]   RETIRED [ ]   DECEASED [ ]   BRANCH OF SERVICE

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW.**

SIGNED  SIGNATURE ON FILE   DATE  10/08/93

**13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW.**
SIGNATURE ON FILE
SIGNED INSURED OR AUTHORIZED PERSON

## PHYSICIAN OR SUPPLIER INFORMATION

**14. DATE OF:**
ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)

**15. DATE FIRST CONSULTED YOU FOR THIS CONDITION**

**16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES**

**16.a. IF EMERGENCY CHECK HERE** [ ]

**17. DATE PATIENT ABLE TO RETURN TO WORK**

**18. DATES OF TOTAL DISABILITY**
FROM   THROUGH

DATES OF PARTIAL DISABILITY
FROM   THROUGH

**19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. PUBLIC HEALTH AGENCY)**

**20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES**
ADMITTED 12/12/91   DISCHARGED 12/13/91

**21. NAME AND ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE)**
MONTIFIORE MEDICAL CENTER 3331 BAINBRIDGE AVE. B

**22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE?**
YES [ ]   NO [X]   CHARGES:

**23. A. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3, ETC. OR DX CODE**

1. 354.0  CARPAL TUNNEL SYNDROME
2.
3.
4.

**B.**
EPSDT   YES [ ]   NO [ ]
FAMILY PLANNING   YES [ ]   NO [ ]

PRIOR AUTHORIZATION NO.

| 24. DATE OF SERVICE FROM | TO | B. PLACE OF SERVICE | C. PROCEDURE CODE (IDENTIFY) | FULLY DESCRIBE PROCEDURES, MEDICAL SERVICES OR SUPPLIES FURNISHED FOR EACH DATE GIVEN (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D. DIAGNOSIS CODE | E. CHARGES | F. DAYS OR UNITS | G. TOS | H. LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 10/06/93 | | O | 99212 | ESTABLISHED PATIENT, OFFICE MEDIC. HIST. | 354.0 | 50 00 | 1 | 1 | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)**
*Specialty. Plas & Recon Surg*
BERISH STRAUCH, M.D.
DATE: 10/08/93

**26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK)**
YES [X]   NO [ ]

**30. YOUR SOCIAL SECURITY NO.**

**27. TOTAL CHARGE**
50 00

**28. AMOUNT PAID**

**29. BALANCE DUE**
50 00

**31. PHYSICIAN'S, SUPPLIER'S, AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.**
BERISH STRAUCH, M.D.
3331 BAINBRIDGE AVE.
BRONX NY 10467   C0G098
(212) 920-5551

**32. YOUR PATIENT'S ACCOUNT NO.**
2214

**33. YOUR EMPLOYER I.D. NO.**
062263330