LOCAL 1199
NATIONAL BENEFIT FUND
P.O. BOX 731
NEW YORK NY 10016

**HEALTH INSURANCE CLAIM FORM**
(CHECK APPLICABLE PROGRAM BLOCK BELOW)

FORM APPROVED OMB NO. 0938-0008

[ ] MEDICARE (MEDICARE NO.) [ ] MEDICAID (MEDICAID NO.) [ ] CHAMPUS (SPONSOR'S SSN) [ ] CHAMPVA (VA FILE NO.) [ ] FECA BLACK LUNG (SSN) XX [ ] OTHER (CERTIFICATE SSN)

## PATIENT AND INSURED (SUBSCRIBER) INFORMATION

1. PATIENT'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL): GILADI, RONI
2. PATIENT'S DATE OF BIRTH: 03 | 03 | 52
3. INSURED'S NAME (LAST NAME, FIRST NAME, MIDDLE INITIAL): GILADI, RONI
4. PATIENT'S ADDRESS (STREET, CITY, STATE, ZIP CODE): P.O BOX 127 MILLBURN NJ 07041
TELEPHONE NO.
5. PATIENT'S SEX: MALE [X] FEMALE [ ]
6. INSURED'S I.D. NO. (FOR PROGRAM CHECKED ABOVE, INCLUDE ALL LETTERS): 112643264
7. PATIENT'S RELATIONSHIP TO INSURED: SELF [X] SPOUSE [ ] CHILD [ ] OTHER [ ]
8. INSURED'S GROUP NO. (OR GROUP NAME OR FECA CLAIM NO.)
[ ] INSURED IS EMPLOYED AND COVERED BY EMPLOYER HEALTH PLAN
9. OTHER HEALTH INSURANCE COVERAGE (ENTER NAME OF POLICYHOLDER AND PLAN NAME AND ADDRESS AND POLICY OR MEDICAL ASSISTANCE NUMBER): NONE REPORTED
10. WAS CONDITION RELATED TO:
A. PATIENT'S EMPLOYMENT YES [ ] NO [X]
B. ACCIDENT AUTO [ ] OTHER [ ]
11. INSURED'S ADDRESS (STREET, CITY, STATE, ZIP CODE): P.O. BOX 127 MILLBURN NJ 07041
TELEPHONE NO.
11.a. CHAMPUS SPONSOR'S: STATUS [ ] ACTIVE DUTY [ ] DECEASED [ ] RETIRED; BRANCH OF SERVICE
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE (READ BACK BEFORE SIGNING) I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO PROCESS THIS CLAIM. I ALSO REQUEST PAYMENT OF GOVERNMENT BENEFITS EITHER TO MYSELF OR TO THE PARTY WHO ACCEPTS ASSIGNMENT BELOW.
SIGNED SIGNATURE ON FILE DATE 01/25/93
13. I AUTHORIZE PAYMENT OF MEDICAL BENEFITS TO UNDERSIGNED PHYSICIAN OR SUPPLIER FOR SERVICE DESCRIBED BELOW.
SIGNATURE ON FILE
SIGNED (INSURED OR AUTHORIZED PERSON)

## PHYSICIAN OR SUPPLIER INFORMATION

14. DATE OF: ILLNESS (FIRST SYMPTOM) OR INJURY (ACCIDENT) OR PREGNANCY (LMP)
15. DATE FIRST CONSULTED YOU FOR THIS CONDITION
16. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS OR INJURY, GIVE DATES
16.a. IF EMERGENCY CHECK HERE [ ]
17. DATE PATIENT ABLE TO RETURN TO WORK
18. DATES OF TOTAL DISABILITY FROM THROUGH
DATES OF PARTIAL DISABILITY FROM THROUGH
19. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE (e.g. PUBLIC HEALTH AGENCY)
20. FOR SERVICES RELATED TO HOSPITALIZATION GIVE HOSPITALIZATION DATES ADMITTED DISCHARGED
21. NAME AND ADDRESS OF FACILITY WHERE SERVICES RENDERED (IF OTHER THAN HOME OR OFFICE): MONTIFIORE MEDICAL CENTER 3331 BAINBRIDGE AVE. B
22. WAS LABORATORY WORK PERFORMED OUTSIDE YOUR OFFICE? YES [ ] NO [X] CHARGES:
23. A. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. RELATE DIAGNOSIS TO PROCEDURE IN COLUMN D BY REFERENCE NUMBERS 1, 2, 3, ETC. OR DX CODE
1. 354.2 ULNAR NERVE COMPRESSION
2.
3.
4.
B. EPSDT YES [ ] NO [ ]; FAMILY PLANNING YES [ ] NO [ ]
PRIOR AUTHORIZATION NO.

| 24. A. DATE OF SERVICE FROM | TO | B. PLACE OF SERVICE | C. PROCEDURE CODE (IDENTIFY) | (EXPLAIN UNUSUAL SERVICES OR CIRCUMSTANCES) | D. DIAGNOSIS CODE | E. CHARGES | F. DAYS OR UNITS | G. T.O.S. | H. LEAVE BLANK |
|---|---|---|---|---|---|---|---|---|---|
| 01/15/93 | | O | 99212 | ESTABLISHED PATIENT, OFFICE VISIT | 354.2 | 50 00 | 1 | 1 | |

25. SIGNATURE OF PHYSICIAN OR SUPPLIER (INCLUDING DEGREE(S) OR CREDENTIALS) (I CERTIFY THAT THE STATEMENTS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART THEREOF)
BERISH STRAUCH, M.D.
DATE: 01/25/93
26. ACCEPT ASSIGNMENT (GOVERNMENT CLAIMS ONLY) (SEE BACK) YES [X] NO [ ]
27. TOTAL CHARGE 50 00
28. AMOUNT PAID 0 00
29. BALANCE DUE 50 00
30. YOUR SOCIAL SECURITY NO.
31. PHYSICIAN'S, SUPPLIER'S, AND/OR GROUP NAME, ADDRESS, ZIP CODE AND TELEPHONE NO.
BERISH STRAUCH, M.D.
3331 BAINBRIDGE AVE.
BRONX NY 10467
(212) 920-5551
I.D. NO.
006099
32. YOUR PATIENT'S ACCOUNT NO. 2214
33. YOUR EMPLOYER I.D. NO. 062263330

PLACE OF SERVICE AND TYPE OF SERVICE (T.O.S.) CODES ON THE BACK

APPROVED BY AMA COUNCIL

Ann Lang M.A., O.T.R.
Hand Therapy - Progress Notes
(212) 787-6585 (212) 655-4956

Patient: Giladi, Ron
Referring Physican: Dr. Strauch

1/22/92

This 39 y/o ambidextrous male, s/p L ulnar nerve neurolysis on 12/19/91 was seen in hand therapy today. Due to time shortage, a detailed evaluation postponed, however, upon gross evaluation, patient did exhibit minimal limitation in full composite active flexion, minimal joint stiffness and marked weakness of the L hand. Scar line at the medial elbow is well healed.

Patient today was instructed in a detailed home exercise program. Written instructions with illustrations were issued, and precautions were stressed.

Patient stated he would call for his next appointment.

**Ann Lang  M.A., O.T.R.**
Hand Therapy - Progress Notes
(212) 787-6585    (212) 655-4956

Patient: Giladi, Ron

Referring Physican: Dr. Strauch

2/4/91

The patient has not been seen in hand therapy since his initial visit on 1/22/92 and has not called for a follow-up appointment.  Will attempt to call patient to schedule a visit as soon as possible.

Montefiore Medical Center/Albert Einstein College of Medicine

Clinical Neurophysiology Laboratory

Alan R. Berger, M.D.
Director

Montefiore Medical Center
111 East 210th Street
Bronx, New York 10467
Telephone 212 920-4930

March 8, 1991

Berish Strauch, M.D.
Department of Reconstructive Surgery
Montefiore Hospital Medical Center
3331 Bainbridge Avenue
Bronx, New York 10467

Dear Dr. Strauch:

Your patient, Roni Giladi, was seen for neuromuscular evaluation. He is an ambidextrous 39 year old man with left arm pain and weakness since suffering a left wrist injury in September 1987, for which he underwent surgery. As you are familiar with his history, I will not repeat the details except to note that he suffered a motor vehicle accident in 1981 that resulted in neck pain and right hand parethesias, all which completely resolved. His current complaints include a heavy feeling of the left arm when working and numbness in predominantly a median nerve distribution. No definite nocturnal exacerbation. He complains his left hand is weak.

On examination, strength of proximal left arm muscles was difficult to assess because of local pain, but was at lest 5- in the deltoid, supraspinatus, biceps, and triceps. Muscles slightly decreased in strength (5-) included the left extensor digitorum communis, first dorsal interossei, ulnar innervated flexor digitorum muscle, opponens policis, and the abductor pollicis brevis. Slightly more weakness (4-) was present in the flexor carpi radialis and flexor pollicis longus. Hypesthesia was noted to pin prick and light touch at the medial upper arms, lateral forearms, dorsolateral hand, and index finger. The tendon stretch reflexes were 1+ at the brachioradialis muscles bilaterally, while bilateral triceps and biceps reflexes were 2+. The left arm demonstrated tenderness and a Tinel's sign in the upper arm between the biceps and triceps. A Tinel's sign was also elicited at the left wrist. Hot dog signs were evident at the wrists bilaterally. Range of motion was full and pain-free.

<u>Electrophysiologic testing</u> disclosed bilateral median nerve entrapments at the wrists, as well as bilateral ulnar nerve entrapment, at the elbows. All of the entrapments are mild in degree.

There was no evidence of focal median nerve damage proximal to the wrist level, distal to the traumatic site. In addition, there was left C6 radicular dysfunction resulting in a mild degree of axon loss. The clincial examination suggests a lesion proximally in the left upper arm. However, there is no electrophysiologic evidence of dysfunction resulting from such a lesion. Clinically, the patient's complaints seem most likely to emanate from the left C6 radiculopathy, median nerve entrapment or both.

Thank you for referring this interesting patient.

Sincerely,

Kersti Bruining, M.D.
Clinical Electrophysiology Fellow

Alan R. Berger, M.D.
Associate Professor of Neurology
Director/Electromyography Laboratory

ARB:alh

DEPARTMENT OF NEUROLOGY
CLINICAL NEUROPHYSIOLOGY LABORATORY
MOTOR AND SENSORY NERVE CONDUCTION EXAMINATION

Date 3/9/91
Patient Name RONI GILADI
Age ____ Sex ____ Height(inches) ____
Extremity Temp(C) ____ Handedness ____

| SIDE R/L | NERVE TESTED | RECORD SITE | STIMULATE SITE | LATENCY (msec) | AMP (uv) | DURATION (msec) | DISTANCE (mm) | VELOCITY (m/sec) | REMARKS/ COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| (L) | RADIAL (m) | EIP | ANTECUB FOS | 3.7 | 2300 | 11.0 | 215 | | Ab, LA (technical) |
| | | " | miDARM | 5.2 | 2200 | 11.6 | 130 | 83.8 | N |
| | | " | AX | 6.3 | 2400 | 11.4 | 85 | 77.2 | N |
| | | " | ERBS | 10.0 | 6100 | 9.0 | | | N |
| (R) | RADIAL (m) | EIP | ANTEB. FOS. | 3.3 | 2200 | 10 | 195 | | Ab, LA (technical) |
| (L) | ULNAR (m) | FDI | WRIST | 3.7 | 8700 | 5.3 | 120 | | N |
| | " " | " | BEL | 8.4 | 6800 | 6.9 | 230 | 50.5 | N |
| | " " | " | AEL | 9.5 | 5300 | 6.7 | 105 | 95.45 | |

MONTEFIORE HOSPITAL MEDICAL CENTER
DEPARTMENT OF NEUROLOGY
CLINICAL NEUROPHYSIOLOGY LABORATORY
MOTOR AND SENSORY NERVE CONDUCTION EXAMINATION

Date 3/8/91
Patient Name Roni Giladi
Age 39 Sex ♂ Height(inches) 70"
Extremity Temp(C) 36° Handedness ambidex

C08105

| SIDE R/L | NERVE TESTED | RECORD SITE | STIMULATE SITE | LATENCY (msec) | AMP (uv) | DURATION (msec) | DISTANCE (mm) | VELOCITY (m/sec) | REMARKS/ COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| R | MEDIAN (S) | WRIST | D2 | 3.5 | 4.4 | 1.3 | 155 | 42.8 | Ab, LA, Slow |
| | MEDIAN (Mx) | WRIST | PALM | 1.7 | 24.0 | 1.0 | 70 | 41.1 | Ab, Slow |
| | MEDIAN (S) | D2 | PALM | 1.5 | 5.8 | 1.2 | 80 | 51.9 | N |
| | | | | | | | | | |
| | ULNAR (S) | WRIST | D5 | 2.4 | 4.4 | 1.1 | 125 | 52.5 | Ab, LA |
| | ULNAR (Mx) | BEL | WRIST | | | | | | |
| | ULNAR (Mx) | AEL | WRIST | | | | | | |
| | | | | | | | | | |
| | MEDIAN (M) | APB | WRIST | 3.8 | 9300 | 5.6 | 55 | | N |
| | MEDIAN (M) | APB | ELBOW | | | | | | N |
| | MEDIAN (F) | APB | WRIST | 32-29 | | | | | N |
| | | | | | | | | | |
| | ULNAR (M) | ADM | WRIST | 2.9 | 8900 | 6.2 | 75 | | N |
| | ULNAR (M) | ADM | BEL | 6.1 | 8500 | 6.4 | 220 | 68.7 | N |
| | ULNAR (M) | ADM | AEL | 8.7 | 8100 | 7.2 | 110 | 42.3 | Ab, Slow |
| | ULNAR (F) | ADM | WRIST | 34-30 | | | | | Ab, IR |
| | | | | | | | | | |
| | RADIAL (S) | WRIST | D1 | 2.72 | 4.2 | 1.0 | 130 | 61.3 | N |
| | LAT CUT (S) | FOREARM | ELBOW | 1.7 | 11.6 | 1.2 | 120 | 70.5 | N |
| | | | | | | | | | |
| | ULNAR (M) | FDI | WRIST | 3.5 | 9600 | 4.4 | 140 | | N |
| | " " | " | BEL | 7.0 | 6600 | 7.9 | 220 | 62.8 | N |
| | " " | " | AEL | 10.2 | 4700 | 8.0 | 110 | 33.8 | Ab, Slow |
| | " " | " | WRIST | 29-28 | | | | | |

MONTEFIORE HOSPITAL MEDICAL CENTER
DEPARTMENT OF NEUROLOGY
CLINICAL NEUROPHYSIOLOGY LABORATORY
MOTOR AND SENSORY NERVE CONDUCTION EXAMINATION

Date 3/8/91

Patient Name Roni Giladi

Age 39 Sex ♂ Height(inches) 70"

Extremity Temp(C) 35° Handedness ambidex.

006106

| SIDE | NERVE TESTED | RECORD SITE | STIMULATE SITE | LATENCY (msec) | AMP (uv) | DURATION (msec) | DISTANCE (mm) | VELOCITY (m/sec) | REMARKS/ COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | MEDIAN (S) | WRIST | D2 | 3.3 | 3.8 | 1.1 | 150 | 45.1 | Ab, LA |
| | MEDIAN (Mx) | WRIST dist | PALM | 1.5 | 21.0 | 1.4 | 70 | 46 | Ab, Slow |
| | MEDIAN (S) | D2 | PALM | 1.1 | 14.8 | 1.8 | 75 | 65.7 | N |
| | | | | | | | | | |
| | ULNAR (S) | WRIST | D5 | 2.2 | 8.4 | 1.6 | 135 | 60.2 | N |
| | ULNAR (Mx) | BEL | WRIST | | | | | | |
| | ULNAR (Mx) | AEL | WRIST | | | | | | |
| | | | | | | | | | |
| | MEDIAN (M) | APB | WRIST | 3.8 | 11800 | 6.6 | 65 | | N |
| | MEDIAN (M) | APB | ELBOW | 8.3 | 9700 | 6.7 | 230 | 51.1 | N |
| | MEDIAN (F) | APB | WRIST | 32-29 | | | | | N |
| | | | | | | | | | |
| | ULNAR (M) | ADM | WRIST | 2.5 | 6600 | 6.1 | 65 | | N |
| | ULNAR (M) | ADM | BEL | 6.8 | 6200 | 6.5 | 230 | 53.4 | N |
| | ULNAR (M) | ADM | AEL | 9.6 | 6400 | 6.9 | 105 | 37.5 | Ab, Slow |
| | ULNAR (F) | ADM | WRIST | 32-30 | | | | | N |
| | | | | | | | | | |
| | RADIAL (S) | WRIST | D1 | 1.8 | 7.2 | 1.1 | 9.5 | 53.3 | N |
| | LAT CUT (S) | FOREARM | ELBOW | 1.8 | 10.0 | 1.2 | 105 | 58.9 | N |
| | | | | | | | | | |
| | MEDIAN (M) | APB | AX | 11.2 | 10800 | 6.4 | 205 | 69.4 | N |
| | " " | APB | ERB'S | 14.2 | 11000 | 6.8 | | | N |
| | | | | | | | | | |
| | ULNAR (M) | ADM | AX | 11.9 | 5900 | 7.3 | 140 | 59.5 | N |
| | " " | " | ERB'S | 14.2 | 5000 | 7.3 | | | N |

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

# PATIENT PROGRESS OBSERVATION RECORD

CILADI RONI
P.O. BOX 127
HILLSBOURNE NJ 07041
MR 918369 DOB 03-05-52
SS 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 NO PHONE
ACCT 60189183

If no plate, patient's name, adm. no., sex & Doctor

EVERY ENTRY MUST BE DATED & SIGNED

| DATE | OBSERVATION |
|---|---|
| 8/17/94 | [illegible] returned to work [illegible] |
| | [illegible] |
| | Pt has [illegible] disc L5-S1 [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] disc ([illegible]) |
| | — low back p. |
| | [illegible] off duty until 8/29/94 |
| | — [illegible] TID |
| 8/22/94 | Pt still c/o lower back pain to left + R leg pain + weakness. He was returned to work by Dr. J. Cohen for "limited" duties. Note was accepted by his supervisor (He did not come to OHS prior to resuming work). Pt states he wasn't given limited duties, [illegible], lifting + this exacerbated his pain. Refer back to [illegible] Dr. Cohen (neurology) for evaluation of ability to work. [illegible] |
| | [signature] [signature] MD |

NSG - 1605 Rev. 3/72

PLEASE DATE AND SIGN ALL ENTRIES

| DATE | OBSERVATIONS |
|---|---|
| 8/24/93 | Pt c/o ↑ L hd – Pain & weakness, [illegible] swelling of wrist |
| | returning to work ([illegible]) |
| | Rel. of [illegible] & weakness to [illegible] is [illegible] |
| | – O – Tender swelling & tenderness (L) wrist – |
| | dorsum – [illegible] wrist & forearm [illegible] |
| | + [illegible] wrist (+ lateral) [illegible] of hd. |
| | He is [illegible] for CTS. |
| | – Rel. [illegible] to [illegible] is [illegible] – |
| | – A Tendonitis (L) wrist |
| | – [illegible] |
| | – P Off duty until [illegible] |
| | [signature] |

CCS108

Reverse side NSG - 1605

THE JACK D. WEILER HOSPITAL
OF THE ALBERT EINSTEIN COLLEGE OF MEDICINE
A DIVISION OF MONTEFIORE MEDICAL CENTER
1825 EASTCHESTER ROAD BRONX, NY 10461
TELEPHONE (718) 904-2000

DATE 9/1/94

I hereby give my permission to the Employee's Health Service at the Hospital of the Albert Einstein College of Medicine to

release (X) or obtain ( ) the following information:

Progress notes 8/17/94, 8/21/94 &
8/24/94

SIGNATURE: [signature]

ADDRESS: P.O. Box 127
Millburn N.J. 07041

DATE IF BIRTH: 03-05-52

This information is to be released to (X) obtained from ( ):

Myself

The Jack D. Weiler Hospital
of the Albert Einstein college of Medicine
a Division of Montefiore Medical Center

PHYSICAL THERAPY DEPARTMENT
OUTPATIENT PROGRESS REPORTS

Giladi, Roni
EHS # 918369
Dr. Popescu

DATE: 10/13/93

TREATMENT: (CHECK)

✓ MOIST HEAT
__ COLD/ICE
✓ ULTRASOUND
__ TRACTION 1.25 w/cm²
__ PRE'S
__ OTHER
__ HYDROTHERAPY
__ ISOKINETICS
✓ MASSAGE
✓ STRETCHING
__ MUSCLE-RE-EDUC.
✓ THERAPEUTIC EXERCISES
__ TRANSFER TRAINING
__ GAIT TRAINING
__ PROGRESSIVE AMB. TRAINING
__ INSTRUCT/EDUCATION
✓ ELECTRICAL STIMULATION (SPECIFY) TENS "G" PPR
__ PRE AND/OR POST-PROSTHETICS TRAINING
__ NO TREATMENT (EXPLAIN)

#5

COMMENTS: Pt. contin as above. Reports pain in LB is less when he leaves P.T., but returns while riding the bus home. Tol Rx well

V. Capone PT
THERAPIST'S SIGNATURE

DATE: 10/15/93

TREATMENT: (CHECK)

✓ MOIST HEAT
__ COLD/ICE
✓ ULTRASOUND
__ TRACTION
__ PRE'S
__ OTHER
__ HYDROTHERAPY
__ ISOKINETICS
✓ MASSAGE
✓ STRETCHING
__ MUSCLE-RE-EDUC.
✓ THERAPEUTIC EXERCISES
__ TRANSFER TRAINING
__ GAIT TRAINING
__ PROGRESSIVE AMB. TRAINING
__ INSTRUCT/EDUCATION
✓ ELECTRICAL STIMULATION (SPECIFY) TENS "G" PPR
__ PRE AND/OR POST-PROSTHETICS TRAINING
__ NO TREATMENT (EXPLAIN)

#6

COMMENTS: Contin as above. Still c/o LBP + (B) LE pain. Tol Rx well

V. Capone P.T.
THERAPIST'S SIGNATURE

DATE: 10/18/93

TREATMENT: (CHECK)

✓ MOIST HEAT
__ COLD/ICE
✓ ULTRASOUND
__ TRACTION
__ PRE'S
__ OTHER
__ HYDROTHERAPY
__ ISOKINETICS
✓ MASSAGE
✓ STRETCHING
__ MUSCLE-RE-EDUC.
✓ THERAPEUTIC EXERCISES
__ TRANSFER TRAINING
__ GAIT TRAINING
__ PROGRESSIVE AMB. TRAINING
__ INSTRUCT/EDUCATION
✓ ELECTRICAL STIMULATION (SPECIFY) TENS "G" PPR
__ PRE AND/OR POST-PROSTHETICS TRAINING
__ NO TREATMENT (EXPLAIN)

#7

COMMENTS: Contin as above. Still c/o LBP + (B) LE pain which is relieved temporarily by P.T. Will speak to Dr. Popescu re: re-evaluation.

V. Capone PT
THERAPIST'S SIGNATURE

DATE: 10/20/93

TREATMENT: (CHECK)

✓ MOIST HEAT
COLD/ICE
✓ ULTRASOUND
TRACTION
PRE'S
OTHER
HYDROTHERAPY
ISOKINETICS
✓ MASSAGE
✓ STRETCHING
MUSCLE-RE-EDUC.
✓ THERAPEUTIC EXERCISES
TRANSFER TRAINING
GAIT TRAINING
PROGRESSIVE AMB. TRAINING
INSTRUCT/EDUCATION
✓ ELECTRICAL STIMULATION (SPECIFY) TENS-"G"
PRE AND/OR POST-PROSTHETIC TRAINING
NO TREATMENT (EXPLAIN)

#8

COMMENTS: Pt. reports he is getting minimal pain relief ō therapy. Rates pain in LB & (B) LE's a "7" today on a 0→10 pain scale and on a good day rates pain a 5. Tol well / L. Capone PT

THERAPIST'S SIGNATURE

DATE: 10/22/93

TREATMENT: (CHECK)

✓ MOIST HEAT
COLD/ICE
✓ ULTRASOUND
TRACTION
PRE'S
OTHER
HYDROTHERAPY
ISOKINETICS
✓ MASSAGE
✓ STRETCHING
MUSCLE-RE-EDUC.
✓ THERAPEUTIC EXERCISES
TRANSFER TRAINING
GAIT TRAINING
PROGRESSIVE AMB. TRAINING
✓ INSTRUCT/EDUCATION
✓ ELECTRICAL STIMULATION (SPECIFY) TENS "G"
PRE AND/OR POST-PROSTHETIC TRAINING
NO TREATMENT (EXPLAIN)

#9

COMMENTS: Contin as above. Instructed Pt. in body mechanics & posture correction. Also how to move through transitional positions, e.g. supine → sit or prone → standing. ↓ muscle tightness (B) paraspinals ō Rx'ing.

THERAPIST'S SIGNATURE L. Capone P.T.

DATE: 10/25/93

TREATMENT: (CHECK)

✓ MOIST HEAT
COLD/ICE
✓ ULTRASOUND
TRACTION
PRE'S
OTHER
HYDROTHERAPY
ISOKINETICS
✓ MASSAGE
✓ STRETCHING
MUSCLE-RE-EDUC.
✓ THERAPEUTIC EXERCISES
TRANSFER TRAINING
GAIT TRAINING
PROGRESSIVE AMB. TRAINING
✓ INSTRUCT/EDUCATION
✓ ELECTRICAL STIMULATION (SPECIFY) TENS-"G"
PRE AND/OR POST-PROSTHETIC TRAINING
NO TREATMENT (EXPLAIN)

#10

COMMENTS: Contin as above. Pt. reports slight improvement since initial therapy session. Tol well

L. Capone P.T.

THERAPIST'S SIGNATURE

DATE: 10/27/93

TREATMENT: (CHECK)

✓ MOIST HEAT
COLD/ICE
✓ ULTRASOUND
TRACTION
PRE'S
OTHER
HYDROTHERAPY
ISOKINETICS
✓ MASSAGE
✓ STRETCHING
MUSCLE-RE-EDUC.
✓ THERAPEUTIC EXERCISES
TRANSFER TRAINING
GAIT TRAINING
PROGRESSIVE AMB. TRAINING
INSTRUCT/EDUCATION
✓ ELECTRICAL STIMULATION (SPECIFY) TENS
PRE AND/OR POST-PROSTHETIC TRAINING
NO TREATMENT (EXPLAIN)

#11

COMMENTS: Contin as above. Report ↓ pain (L) elbow. Pt. reports less LBP, but continues to have pain ō transitional movements. Tol well

L. Capone PT

THERAPIST'S SIGNATURE

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

**PATIENT PROGRESS OBSERVATION RECORD**

Giladi, Roni
EHS #918369
Dr. Popescu

If no plate, patients's name, adm. no., sex & Doctor

EVERY ENTRY MUST BE DATED & SIGNED

| DATE | OBSERVATION |
|---|---|

LUBIN REHABILITATION THERAPY SERVICES-DISCHARGE SUMMARY

Circle therapy involved: (PHYSICAL) OCCUPATIONAL SPEECH

Name: Giladi, Roni MR# EHS #918369

Date: 12/29/93 Diagnosis: LBP

Treatment Program (and equipment issued if applicable): TENS, MH, massage, stretching, US to (L) [illegible] at 1.0 W/cm².

Patient Status: Pt. had rec'd some pain relief in LB area [illegible] ↑ ability to amb + perform ADLs. However, as per pt - LBP [illegible] radiating to (B) LE's + was

Home Program/Recommended Equipment upon D/C: [illegible] on pain scale. Pt. instructed in LB + abdominal exs for home exs program. No equipment needed.

Patient/Family education: Pt. also instructed in lumbar exs + postural correction, as well as proper body mechanics. Demonstrated [illegible] carryover.

Discharge Plan: D/C [illegible] pt. was [illegible] hold as per neurologist for 2 wks, then never contacted us or Dr. Popescu

Above program and plan discussed with patient and/or significant other

☒ YES ☐ NO

Comment: ______

[signature], P.T.
Therapist's Signature

Form REH 915 REV. 11/88

NSG - 1605 Rev. 3/72

008112

The Jack D. Weiler Hospital
of the Albert Einstein college of Medicine
a Division of Montefiore Medical Center

PHYSICAL THERAPY DEPARTMENT
OUTPATIENT PROGRESS REPORTS

Gilardi, Ron
EHS #918369
Dr. Popescu

DATE: 11/8/93

TREATMENT: (CHECK)

✓ MOIST HEAT · __ HYDROTHERAPY · __ THERAPEUTIC EXERCISES · ✓ ELECTRICAL STIMULATION (SPECIFY) TENS PPR "E"
__ COLD/ICE · __ ISOKINETICS · __ TRANSFER TRAINING
__ ULTRASOUND · ✓ MASSAGE · __ GAIT TRAINING · __ PRE AND/OR POST-PROSTHETICS TRAINING
__ TRACTION · ✓ STRETCHING · __ PROGRESSIVE AMB. TRAINING
__ PRE'S · __ MUSCLE-RE-EDUC. · __ INSTRUCT/EDUCATION · __ NO TREATMENT (EXPLAIN)
✓ OTHER myofascial release

COMMENTS: Pt reports that results of MRI showed (+) HNP @ L5-S1 region. Presents c̄ tenderness & (+) trigger points @ (B) paraspinals (R)>(L) from T12-L5 region. Cont c̄ above Tx c̄ good pain relief p̄ Tx. Tol Tx well.

[signature], PT
THERAPIST'S SIGNATURE

DATE: 12/29/93

TREATMENT: (CHECK)

__ MOIST HEAT · __ HYDROTHERAPY · __ THERAPEUTIC EXERCISES · __ ELECTRICAL STIMULATION (SPECIFY)
__ COLD/ICE · __ ISOKINETICS · __ TRANSFER TRAINING
__ ULTRASOUND · __ MASSAGE · __ GAIT TRAINING · __ PRE AND/OR POST-PROSTHETICS TRAINING
__ TRACTION · __ STRETCHING · __ PROGRESSIVE AMB. TRAINING
__ PRE'S · __ MUSCLE-RE-EDUC. · __ INSTRUCT/EDUCATION · ✓ NO TREATMENT (EXPLAIN)
__ OTHER

COMMENTS: Pt was put on hold for 2wks as per his M.D. (neurologist) 2° MRI revealing disc herniation L5-S1. Pt was to see Dr. Popescu for re-eval before resuming therapy, but pt. never made appt. nor contacted us, therefore will D/C.

THERAPIST'S SIGNATURE
L. Capone, P.T.

DATE:

TREATMENT: (CHECK)

__ MOIST HEAT · __ HYDROTHERAPY · __ THERAPEUTIC EXERCISES · __ ELECTRICAL STIMULATION (SPECIFY)
__ COLD/ICE · __ ISOKINETICS · __ TRANSFER TRAINING
__ ULTRASOUND · __ MASSAGE · __ GAIT TRAINING · __ PRE AND/OR POST-PROSTHETICS TRAINING
__ TRACTION · __ STRETCHING · __ PROGRESSIVE AMB. TRAINING
__ PRE'S · __ MUSCLE-RE-EDUC. · __ INSTRUCT/EDUCATION · __ NO TREATMENT (EXPLAIN)
__ OTHER

COMMENTS:

THERAPIST'S SIGNATURE

C03113

Form REH-920 E

The Jack D. Weiler Hospital
of the Albert Einstein college of Medicine
a Division of Montefiore Medical Center

PHYSICAL THERAPY DEPARTMENT
OUTPATIENT PROGRESS REPORTS

Giladi, Roni
EHS # 918369
Dr. Popescu

DATE: 10/29/93

TREATMENT: (CHECK)

✓ MOIST HEAT — HYDROTHERAPY — ✓ THERAPEUTIC EXERCISES — ✓ ELECTRICAL STIMULATION (SPECIFY) TENS - "C"
— COLD/ICE — ISOKINETICS — TRANSFER TRAINING
#12 ✓ ULTRASOUND ✓ MASSAGE — GAIT TRAINING — PRE AND/OR POST-PROSTHETICS TRAINING
— TRACTION ✓ STRETCHING — PROGRESSIVE AMB. TRAINING
— PRE'S — MUSCLE-RE-EDUC. — INSTRUCT/EDUCATION — NO TREATMENT (EXPLAIN)
— OTHER

COMMENTS: Will discontinue US to (R) elbow p today. Cont tx as above. Tol well

J. Capone PT
THERAPIST'S SIGNATURE

DATE: 11/1/93

TREATMENT: (CHECK)

✓ MOIST HEAT ✓ HYDROTHERAPY ✓ THERAPEUTIC EXERCISES ✓ ELECTRICAL STIMULATION (SPECIFY) TENS in PPR "C"
— COLD/ICE — ISOKINETICS — TRANSFER TRAINING
— ULTRASOUND ✓ MASSAGE — GAIT TRAINING — PRE AND/OR POST-PROSTHETICS TRAINING
— TRACTION ✓ STRETCHING — PROGRESSIVE AMB. TRAINING
— PRE'S — MUSCLE-RE-EDUC. — INSTRUCT/EDUCATION — NO TREATMENT (EXPLAIN)
— OTHER

COMMENTS: Discontinue US to (L) elbow p 12 Rx tms. Cont tx as above, also started spine mobility exercises in SB standing. Pt. c/o more pain prior to Rx on today & over the weekend. After therapy pain relief is temporary.

J. Capone PT
THERAPIST'S SIGNATURE

DATE: 11/3/93

TREATMENT: (CHECK)

✓ MOIST HEAT ✓ HYDROTHERAPY — THERAPEUTIC EXERCISES ✓ ELECTRICAL STIMULATION (SPECIFY) TENS "in PPR C"
— COLD/ICE — ISOKINETICS — TRANSFER TRAINING
— ULTRASOUND ✓ MASSAGE — GAIT TRAINING — PRE AND/OR POST-PROSTHETICS TRAINING
— TRACTION ✓ STRETCHING — PROGRESSIVE AMB. TRAINING
— PRE'S — MUSCLE-RE-EDUC. — INSTRUCT/EDUCATION — NO TREATMENT (EXPLAIN)
— OTHER

COMMENTS: Pt reports level of LBP pain still ↑'d as was on Monday. Rates LB pain a "7 1/2" on 0 → 10 pain scale and pain radiates to (B) LE's. Tol Rx well. General mobility grossly limited still.

J. Capone PT
THERAPIST'S SIGNATURE

Form REH-920 E

C09114

DATE:

TREATMENT: (CHECK)

✓ MOIST HEAT
__ COLD/ICE
__ ULTRASOUND
__ TRACTION
__ PRE'S
__ OTHER

__ HYDROTHERAPY
__ ISOKINETICS
✓ MASSAGE
✓ STRETCHING
__ MUSCLE-RE-EDUC.

✓ THERAPEUTIC EXERCISES
__ TRANSFER TRAINING
__ GAIT TRAINING
__ PROGRESSIVE AMB. TRAINING
✓ INSTRUCT/EDUCATION

✓ ELECTRICAL STIMULATION (SPECIFY) TENS – PPR "E"
__ PRE AND/OR POST-PROSTHETIC TRAINING
__ NO TREATMENT (EXPLAIN)

COMMENTS: Cont. c TENS + MH to LB area x 20 → 30 min. fol. by massage + myofascial release techniques. Tol well — MRI completed + results pending.

L. Caponi PT
THERAPIST'S SIGNATURE

DATE:

TREATMENT: (CHECK)

__ MOIST HEAT
__ COLD/ICE
__ ULTRASOUND
__ TRACTION
__ PRE'S
__ OTHER

__ HYDROTHERAPY
__ ISOKINETICS
__ MASSAGE
__ STRETCHING
__ MUSCLE-RE-EDUC.

__ THERAPEUTIC EXERCISES
__ TRANSFER TRAINING
__ GAIT TRAINING
__ PROGRESSIVE AMB. TRAINING
__ INSTRUCT/EDUCATION

__ ELECTRICAL STIMULATION (SPECIFY)
__ PRE AND/OR POST-PROSTHETIC TRAINING
__ NO TREATMENT (EXPLAIN)

COMMENTS:

THERAPIST'S SIGNATURE

DATE:

TREATMENT: (CHECK)

__ MOIST HEAT
__ COLD/ICE
__ ULTRASOUND
__ TRACTION
__ PRE'S
__ OTHER

__ HYDROTHERAPY
__ ISOKINETICS
__ MASSAGE
__ STRETCHING
__ MUSCLE-RE-EDUC.

__ THERAPEUTIC EXERCISES
__ TRANSFER TRAINING
__ GAIT TRAINING
__ PROGRESSIVE AMB. TRAINING
__ INSTRUCT/EDUCATION

__ ELECTRICAL STIMULATION (SPECIFY)
__ PRE AND/OR POST-PROSTHETIC TRAINING
__ NO TREATMENT (EXPLAIN)

COMMENTS:

THERAPIST'S SIGNATURE

DATE:

TREATMENT: (CHECK)

__ MOIST HEAT
__ COLD/ICE
__ ULTRASOUND
__ TRACTION
__ PRE'S
__ OTHER

__ HYDROTHERAPY
__ ISOKINETICS
__ MASSAGE
__ STRETCHING
__ MUSCLE-RE-EDUC.

__ THERAPEUTIC EXERCISES
__ TRANSFER TRAINING
__ GAIT TRAINING
__ PROGRESSIVE AMB. TRAINING
__ INSTRUCT/EDUCATION

__ ELECTRICAL STIMULATION (SPECIFY)
__ PRE AND/OR POST-PROSTHETIC TRAINING
__ NO TREATMENT (EXPLAIN)

COMMENTS:

THERAPIST'S SIGNATURE

THE JACK D. WEILER HOSPITAL
1825 EASTCHESTER ROAD
BRONX, NEW YORK 10461
DEPARTMENT OF RADIOLOGY
REPORT OF FINDINGS

REF PHYSICIAN COP

DOS 10/26/93 REQ # 154874
READ 10/26/93 TYPED 10/27/93
TYPED BY 17
RADIOLOGIST KIRSCHENBAUM, E
RESIDENT

MR# 918369
PATIENT GILADI, RONI
DOB 03/05/52 SSN 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
REFERRED BY VAN LIEU, JACLYN

LOCATION PHS

CLINICAL INDICATIONS R\O INFECTION

CHEST:

CLINICAL DIAGNOSIS: R/O PNEUMONIA

PA and lateral views of the chest are submitted and compared to previous examinations dating back to 1982. There has been no significant interval change. There is mild peribronchial thickening and minimal blunting of the left costophrenic angle. No acute infiltrates are noted.

IMPRESSION:

No significant change. No acute infiltrate. Mild peribronchial thickening.

APPROVED BY KIRSCHENBAUM, E , M. D.

X-RAY

RONI GILADI
P.O. Box 127
Millburn, New Jersey 07041

October 28, 1993

VIA CERTIFIED MAIL
Cert. # P 819 725 286

Ms. Louise Zuckman
Labor Relations Office
1300 Morris Park Avenue
Bronx, New York 10461

Dear Ms. Zuckman:

In paragraph 3 of your letter dated October 27, 1993, you bitterly criticize me for being seen by the Employee Health Services. However, if the services of the Employee Health is only for employees who are in active employment, then why did my supervisor, Mr. Richard DeWitt send me to the Employee Health Services during the period of my medical leave? If necessary, I will, of course, supply documentation confirming same.

Sincerely,

Roni Giladi

cc: Dr. J. Van Lieu, Employee Health Services
Dr. Martin Levine
Mr. Richard DeWitt
Mr. Steve Frankel, 1199 Organizer
Personnel File

File

ALBERT EINSTEIN COLLEGE OF MEDICINE
OF YESHIVA UNIVERSITY

1300 MORRIS PARK AVENUE, BRONX, NEW YORK 10461 • CABLE: EINCOLLMED, N.Y.

LABOR RELATIONS OFFICE

PHONE: (212) 430-2551

October 27, 1993

Mr. Roni Giladi
P.O. Box 127
Millburn, New Jersey 07041

Dear Mr. Giladi:

We are in receipt of medical documentation which you supplied in support of your recent request, dated October 5, 1993, to extend your present leave of absence for up to twelve months. As you know, your present leave began August 12, 1993. This latest disability documentation is dated July 12, 1993 and is from a physician who resides in Israel.

It appears from this latest documentation as well as from previous documentations (from various physicians) that your absence from work is as a result of nerve injury and surgery in your left upper extremity. Therefore, it is most troubling and incredulous that you could be monitored by a physician in Israel during this period of disability, let alone that his documentation was dated prior to the inception of your disability. Therefore, I would appreciate receiving medical documentation for this latest request to extend your present leave of absence from the physician who is currently responsible for overseeing and monitoring your medical condition. Moreover, this physician must advise us of the maximum expected length of your disability leave.

In reviewing your file, it has come to my attention that you have been seen in our Employee Health Service during this period of medical leave of absence on three separate occasions. Let me remind you that Employee Health Service is only to be used by employees while they are in active employment and become ill during the work day. Therefore, I have advised the Director of Employee Health Service that you are presently on medical leave of absence and that you should be seen by a physician other than those assigned to Employee Health Service referrals.

/cont...



EHS-600

# MONTEFIORE MEDICAL CENTER

## EMPLOYEES' HEALTH SERVICE

### NOTICE OF SICK EMPLOYEE

NO EMPLOYEE WILL BE SEEN WITHOUT A SIGNED COPY OF THIS FORM

Date: 9/28/93 Hour: –

Name Roni Giladi

Department A-V Dep Position

Complaint – Cough persisting / chronic back pain radiation to legs.

Supervisor or Dept. Head

ALL EMPLOYEES MUST BE CLOCKED IN AND OUT IN THE EMPLOYEES' HEALTH SERVICE

Time In ______ Time Out ______

EMPLOYEE'S DISPOSITION

☐ Return to clinic on 10/4 or 10/5 for f/u

☐ Return to work on ______

☐ Off Duty Until 10/4 - 10/5

☐ To be admitted

Comments Pt is unable to [illegible] + work at present

[signature] M.D.

Time Employee Returned to Department ______

Supervisor or Dept. Head

THIS FORM MUST BE SUBMITTED TO EMPLOYEES' HEALTH SERVICE IN DUPLICATE

MONTEFIORE MEDICAL CENTER
EMPLOYEES' HEALTH SERVICE

NOTICE OF SICK EMPLOYEE

NO EMPLOYEE WILL BE SEEN WITHOUT A SIGNED COPY OF THIS FORM

Date: 10/5/93 Hour: ______

Name — RONI GILADI

Department — A-V Position ______

Complaint — LOWBACK PAIN

______ Supervisor or Dept. Head

ALL EMPLOYEES MUST BE CLOCKED IN AND OUT IN THE EMPLOYEES' HEALTH SERVICE

Time In ______ Time Out 11:25

EMPLOYEE'S DISPOSITION

- [ ] Return to clinic on ______
- [ ] Return to work on UNABLE TO RTW AT PRESENT
- [ ] Off Duty Until ______
- [ ] To be admitted ______

Comments — AWAIT NEUROLOGY EVALUATION R/O HERNIATED LUMBAR DISC.

[signature] M.D.

Time Employee Returned to Department ______

______ Supervisor or Dept. Head

THIS FORM MUST BE SUBMITTED TO EMPLOYEES' HEALTH

15

---

EHS-600

MONTEFIORE MEDICAL CENTER
EMPLOYEES' HEALTH SERVICE

NOTICE OF SICK EMPLOYEE

NO EMPLOYEE WILL BE SEEN WITHOUT A SIGNED COPY OF THIS FORM

Date: 8/30/93 Hour: 9:20 AM

Name R. Giladi

Department Aud. Vis. Position Tech

Complaint Radiating pain into legs from back, LBP, pain (B) hands.

S Velez [signature] Supervisor or Dept. Head

ALL EMPLOYEES MUST BE CLOCKED IN AND OUT IN THE EMPLOYEES' HEALTH SERVICE

Time In ______ Time Out 10:25

EMPLOYEE'S DISPOSITION

- [ ] Return to clinic on if pain persist
- [ ] Return to work on ______
- [ ] Off Duty Until 9/7/93 if improved
- [ ] To be admitted ______

Comments ______

[signature] M.D.

Time Employee Returned to Department ______

______ Supervisor or Dept. Head

THIS FORM MUST BE SUBMITTED TO EMPLOYEES' HEALTH

COS121

RONI GILADI
P.O. Box 127
Millburn, New Jersey 07041

October 28, 1993

VIA FAX AND CERTIFIED MAIL
Cert. # P 819 725 286

Ms. Louise Zuckman
Labor Relations Office
1300 Morris Park Avenue
Bronx, New York 10461

Dear Ms. Zuckman:

In your letter dated October 27, 1993, you have attempted to twist and misinterpret information provided to you. The first attempt to misinterpret information is related to my present medical leave. My absence from work is as a result of the June 30, 1993 injury. But you seek to indicate that my present leave of absence is related to the surgery of my left upper extremity; that took place in December, 1991. This could not be further from the truth as the medical documentations provided indicates clearly that this is a medical leave from work mostly as a result of Lumbar Radiculopathy and Carpal Tunnel Syndrome.

Although you seem to believe that it is "inconceivable" that I could be treated by a physician in Israel, it is not uncommon for people to seek medical care where they feel is appropriate for them. It is of no concern to you to whom or where I go for treatment; the only concern you have is to supply me with the time needed for treatment. Furthermore, it should be a routine approval since Mr. DeWitt has already stated to me, after receiving my medical documentation, that he has no problem granting me my request for leave of absence.

Further, you surmise and assume that the medical condition of my left elbow began August 12, 1993. Obviously, I was examined by Dr. Maurice Rousso regarding my left elbow in May 1993, and at that time he already recommended that I undergo another surgery for re-exploration of the nerve. The fact that Dr. Rousso resides in Israel is of no concern. This is still medical treatment which must be undergone and the time requested is needed.

/cont...

file

006122

In paragraph 2 line 10 of your letter, you further misinterpret the information supplied. I did, in fact, supply documentation from my physician indicating the maximum expected medical leave needed.

Requiring me to provide you with another medical documentation to support my request dated October 5, 1993 is ludicrous. First of all, since May 1993, Dr. Rousso is the physician who is overseeing the medical condition of my left elbow. The requirement of new documentation is not only unfair but is extremely prejudicial to me in dealing with my medical condition.

I would once again reiterate that I am not requesting anything more than an extension of my present leave of absence for up to twelve months.

For all of the above reasons, I beseech that my request be granted.

Sincerely,

[signature]

Roni Giladi

cc: Dr. Martin Levine - Cert. # P 750 586 370
Dr. J. Van Lieu, Employee Health Services
Mr. Richard DeWitt
Mr. Steve Frankel, 1199 Organizer
Personnel File

The Jack D. Weiler Hospital
of the Albert Einstein college of Medicine
a Division of Montefiore Medical Center

PHYSICAL THERAPY DEPARTMENT
OUTPATIENT PROGRESS REPORTS

Giladi Roni
EHS 918369
Dr Popescu

DATE: 9-13-93

TREATMENT: (CHECK)

__ MOIST HEAT __ HYDROTHERAPY __ THERAPEUTIC EXERCISES __ ELECTRICAL STIMULATION (SPECIFY)
__ COLD/ICE __ ISOKINETICS __ TRANSFER TRAINING
__ ULTRASOUND __ MASSAGE __ GAIT TRAINING __ PRE AND/OR POST-PROSTHETICS TRAINING
__ TRACTION __ STRETCHING __ PROGRESSIVE AMB. TRAINING
__ PRE'S __ MUSCLE-RE-EDUC. __ INSTRUCT/EDUCATION ✓ NO TREATMENT (EXPLAIN)
__ OTHER

COMMENTS: Pt did not show for therapy today.

L. Segal PT.
THERAPIST'S SIGNATURE

DATE: 9/15/93

TREATMENT: (CHECK)

__ MOIST HEAT __ HYDROTHERAPY __ THERAPEUTIC EXERCISES __ ELECTRICAL STIMULATION (SPECIFY)
__ COLD/ICE __ ISOKINETICS __ TRANSFER TRAINING
__ ULTRASOUND __ MASSAGE __ GAIT TRAINING __ PRE AND/OR POST-PROSTHETICS TRAINING
__ TRACTION __ STRETCHING __ PROGRESSIVE AMB. TRAINING
__ PRE'S __ MUSCLE-RE-EDUC. __ INSTRUCT/EDUCATION ✓ NO TREATMENT (EXPLAIN)
__ OTHER

COMMENTS: Pt did not show for therapy.

J. Capone PT
THERAPIST'S SIGNATURE

DATE: 9-27-93

TREATMENT: (CHECK)

__ MOIST HEAT __ HYDROTHERAPY __ THERAPEUTIC EXERCISES __ ELECTRICAL STIMULATION (SPECIFY)
__ COLD/ICE __ ISOKINETICS __ TRANSFER TRAINING
__ ULTRASOUND __ MASSAGE __ GAIT TRAINING __ PRE AND/OR POST-PROSTHETICS TRAINING
__ TRACTION __ STRETCHING __ PROGRESSIVE AMB. TRAINING
__ PRE'S __ MUSCLE-RE-EDUC. __ INSTRUCT/EDUCATION ✓ NO TREATMENT (EXPLAIN)
__ OTHER

COMMENTS: Pt came to say he has been in too much pain to attend therapy also c̄ pneumonia. Was to receive therapy this p.m., but then did not show.

L. Segal PT.
THERAPIST'S SIGNATURE

C08124

Form REH-920 E

MOIST HEAT | HYDROTHERAPY | THERAPEUTIC EXERCISES | ✓ ELECTRICAL STIMULATION (SPECIFY) TENS PPR "G"
✓ COLD/ICE | ISOKINETICS | TRANSFER TRAINING | PRE AND/OR POST-PROSTHETIC TRAINING
(1) ✓ ULTRASOUND | MASSAGE | GAIT TRAINING | NO TREATMENT (EXPLAIN)
TRACTION | STRETCHING | PROGRESSIVE AMB. TRAINING
PRE'S | MUSCLE-RE-EDUC. | INSTRUCT/EDUCATION
OTHER

COMMENTS: Started therapy c̄ break of 2 wks. – Received corset @ brace conference today. TENS + ice to low back x 20 min. Walked c̄ TENS ~10 min c̄ moderate pain relief. US to (L) elbow 1.25 w/cm² x 5 min Tol well.

[signature] PT.
THERAPIST'S SIGNATURE

DATE: 10/6/94

TREATMENT: (CHECK)

MOIST HEAT | HYDROTHERAPY | THERAPEUTIC EXERCISES | ✓ ELECTRICAL STIMULATION (SPECIFY) TENS
✓ COLD/ICE | ✓ ISOKINETICS | TRANSFER TRAINING | PRE AND/OR POST-PROSTHETIC TRAINING
#2 ✓ ULTRASOUND | ✓ MASSAGE | GAIT TRAINING | NO TREATMENT (EXPLAIN)
TRACTION | STRETCHING | PROGRESSIVE AMB. TRAINING
PRE'S | MUSCLE-RE-EDUC. | INSTRUCT/EDUCATION
OTHER

COMMENTS: pt received TENS + ice pack to the low back region followed by massage. pt also received U.S. to the (L) elbow x 5 min. Tol. Tx fairly well.

[signature] PT
THERAPIST'S SIGNATURE

DATE: 10/8/93

TREATMENT: (CHECK)

✓ MOIST HEAT | HYDROTHERAPY | ✓ THERAPEUTIC EXERCISES | ✓ ELECTRICAL STIMULATION (SPECIFY) TENS
COLD/ICE | ISOKINETICS | TRANSFER TRAINING | PRE AND/OR POST-PROSTHETIC TRAINING
#3 ✓ ULTRASOUND at 1.25 w/cm² | ✓ MASSAGE | GAIT TRAINING | NO TREATMENT (EXPLAIN)
TRACTION | STRETCHING | PROGRESSIVE AMB. TRAINING
PRE'S | MUSCLE-RE-EDUC. | ✓ INSTRUCT/EDUCATION
OTHER

COMMENTS: Tried MHP today + TENS to LB area x 20 min fol by massage + instruction in ther. exs. for LB strengthening/stretching. Tol well — PT saw Dr. Pozesca on 10/1/93 for re-eval.

[signature] P.T.
THERAPIST'S SIGNATURE

DATE: 10/11/93

TREATMENT: (CHECK)

✓ MOIST HEAT | HYDROTHERAPY | ✓ THERAPEUTIC EXERCISES | ✓ ELECTRICAL STIMULATION (SPECIFY) TENS on "G"
COLD/ICE | ISOKINETICS | TRANSFER TRAINING | PRE AND/OR POST-PROSTHETIC TRAINING
#4 ✓ ULTRASOUND at 1.25 w/cm² | ✓ MASSAGE | GAIT TRAINING | NO TREATMENT (EXPLAIN)
TRACTION | STRETCHING | PROGRESSIVE AMB. TRAINING
PRE'S | MUSCLE-RE-EDUC. | INSTRUCT/EDUCATION
OTHER

COMMENTS: Contin as above. Pain slightly less in LB + down (B) LE's. Seemingly ↑ limited ROM in L-spine noted – cont to work on LB exs. + stretching.

[signature] PT
THERAPIST'S SIGNATURE

The Jack D. Weiler Hospital
of the Albert Einstein college of Medicine
a Division of Montefiore Medical Center

PHYSICAL THERAPY DEPARTMENT
OUTPATIENT PROGRESS REPORTS

Gladi Koni
EHs 918369
Dr. Popescu

DATE: 8-18-93

TREATMENT: (CHECK)

- __ MOIST HEAT
- ✓ COLD/ICE
- __ ULTRASOUND
- __ TRACTION
- __ PRE'S
- __ OTHER
- __ HYDROTHERAPY
- __ ISOKINETICS
- ✓ MASSAGE
- __ STRETCHING
- __ MUSCLE-RE-EDUC.
- __ THERAPEUTIC EXERCISES
- __ TRANSFER TRAINING
- __ GAIT TRAINING
- __ PROGRESSIVE AMB. TRAINING
- __ INSTRUCT/EDUCATION
- ✓ ELECTRICAL STIMULATION (SPECIFY) VMS II 100pps 100μsec
- __ PRE AND/OR POST-PROSTHETICS TRAINING
- __ NO TREATMENT (EXPLAIN)

COMMENTS: Continues c current tx. Tol well.

[signature] PT
THERAPIST'S SIGNATURE

DATE: 8-18-93

TREATMENT: (CHECK)

- __ MOIST HEAT
- ✓ COLD/ICE
- ✓ ULTRASOUND
- __ TRACTION
- __ PRE'S
- __ OTHER
- __ HYDROTHERAPY
- __ ISOKINETICS
- ✓ MASSAGE
- __ STRETCHING
- __ MUSCLE-RE-EDUC.
- __ THERAPEUTIC EXERCISES
- __ TRANSFER TRAINING
- __ GAIT TRAINING
- __ PROGRESSIVE AMB. TRAINING
- __ INSTRUCT/EDUCATION
- ✓ ELECTRICAL STIMULATION (SPECIFY) VMS II 100pps 100μsec
- __ PRE AND/OR POST-PROSTHETICS TRAINING
- __ NO TREATMENT (EXPLAIN)

COMMENTS: Seen today @ brace conference to receive lumbar corset. As per Dr. Popescu, US 1.0 w/cm² x 4 min to (L) elbow. Massage to m. spasm in back c fair pain relief. Ice & VMS x 30 min. Tol well.

[signature]
THERAPIST'S SIGNATURE

DATE: 8-23-93

TREATMENT: (CHECK)

- __ MOIST HEAT
- ✓ COLD/ICE
- ✓ ULTRASOUND
- __ TRACTION
- __ PRE'S
- __ OTHER
- __ HYDROTHERAPY
- __ ISOKINETICS
- ✓ MASSAGE
- __ STRETCHING
- __ MUSCLE-RE-EDUC.
- __ THERAPEUTIC EXERCISES
- __ TRANSFER TRAINING
- __ GAIT TRAINING
- __ PROGRESSIVE AMB. TRAINING
- __ INSTRUCT/EDUCATION
- ✓ ELECTRICAL STIMULATION (SPECIFY) VMS II 100pps 100μsec x 30 min
- __ PRE AND/OR POST-PROSTHETICS TRAINING
- __ NO TREATMENT (EXPLAIN)

COMMENTS: Seen today by Dr Popescu who referred pt to neurologist. Continues c current program c some pain relief reported. Tol well.

[signature] PT
THERAPIST'S SIGNATURE

C06126

Form REH-920 E

DATE:

TREATMENT: (CHECK)

✓ MOIST HEAT
✓ COLD/ICE
(3) ✓ ULTRASOUND
_ TRACTION
_ PRE'S
_ OTHER
_ HYDROTHERAPY
_ ISOKINETICS
✓ MASSAGE
_ STRETCHING
_ MUSCLE-RE-EDUC.
_ THERAPEUTIC EXERCISES
_ TRANSFER TRAINING
_ GAIT TRAINING
_ PROGRESSIVE AMB. TRAINING
_ INSTRUCT/EDUCATION
✓ ELECTRICAL STIMULATION (SPECIFY) VMS II 100 pps 100
_ PRE AND/OR POST-PROSTHETIC TRAINING
_ NO TREATMENT (EXPLAIN)

COMMENTS: Continues c̄ current program. M. spasms in thoracic area seem ↓'d, pt reports less pain, however LBP → legs unchanged. Tol. well.

[signature] PT.
THERAPIST'S SIGNATURE

DATE: 8-30-93

TREATMENT: (CHECK)

_ MOIST HEAT
_ COLD/ICE
_ ULTRASOUND
_ TRACTION
_ PRE'S
_ OTHER
_ HYDROTHERAPY
_ ISOKINETICS
_ MASSAGE
_ STRETCHING
_ MUSCLE-RE-EDUC.
_ THERAPEUTIC EXERCISES
_ TRANSFER TRAINING
_ GAIT TRAINING
_ PROGRESSIVE AMB. TRAINING
_ INSTRUCT/EDUCATION
_ ELECTRICAL STIMULATION (SPECIFY)
_ PRE AND/OR POST-PROSTHETIC TRAINING
_ NO TREATMENT (EXPLAIN)

COMMENTS:

THERAPIST'S SIGNATURE

DATE: 9-1-93

TREATMENT: (CHECK)

_ MOIST HEAT
✓ COLD/ICE
_ ULTRASOUND
_ TRACTION
_ PRE'S
_ OTHER
_ HYDROTHERAPY
_ ISOKINETICS
✓ MASSAGE
_ STRETCHING
_ MUSCLE-RE-EDUC.
_ THERAPEUTIC EXERCISES
_ TRANSFER TRAINING
_ GAIT TRAINING
_ PROGRESSIVE AMB. TRAINING
_ INSTRUCT/EDUCATION
✓ ELECTRICAL STIMULATION (SPECIFY) TENS PPR 6" x 30 min
_ PRE AND/OR POST-PROSTHETIC TRAINING
_ NO TREATMENT (EXPLAIN)

COMMENTS: Pt. c̄ severe LBP today c̄ m. spasm throughout back (had been in city today; ↑'d walking, subway, etc). Received TENS c̄ ice x 30 min, followed by ice massage + manual massage to m. spasm. Reports some pain relief p̄ tx.

[signature] PT.
THERAPIST'S SIGNATURE

DATE: 9-8-93

TREATMENT: (CHECK)

_ MOIST HEAT
✓ COLD/ICE
_ ULTRASOUND
_ TRACTION
_ PRE'S
_ OTHER
_ HYDROTHERAPY
_ ISOKINETICS
✓ MASSAGE
_ STRETCHING
_ MUSCLE-RE-EDUC.
_ THERAPEUTIC EXERCISES
_ TRANSFER TRAINING
_ GAIT TRAINING
_ PROGRESSIVE AMB. TRAINING
_ INSTRUCT/EDUCATION
✓ ELECTRICAL STIMULATION (SPECIFY) TENS PPR 6 x 30 min
_ PRE AND/OR POST-PROSTHETIC TRAINING
_ NO TREATMENT (EXPLAIN)

COMMENTS: Pt still c̄ severe pain, now extending throughout back. Continues c̄ ice to thoracic + lumbar areas c̄ TENS to low back. Massage to m. spasm - still c̄ severe local tenderness in lumbar area. Tol well c̄ ↓'d pain p̄ tx

[signature] PT.
THERAPIST'S SIGNATURE

reverse side REH0920 E

The Jack D. Weiler Hospital
of the Albert Einstein college of Medicine
a Division of Montefiore Medical Center

PHYSICAL THERAPY DEPARTMENT
OUTPATIENT PROGRESS REPORTS

Gladi Roni
EHS 918369
Dr. Popescu

DATE: 7-21-93

TREATMENT: (CHECK)

- MOIST HEAT
- ✓ COLD/ICE
- ULTRASOUND
- TRACTION
- PRE'S
- OTHER
- HYDROTHERAPY
- ISOKINETICS
- MASSAGE
- STRETCHING
- MUSCLE-RE-EDUC.
- THERAPEUTIC EXERCISES
- TRANSFER TRAINING
- GAIT TRAINING
- PROGRESSIVE AMB. TRAINING
- INSTRUCT/EDUCATION
- ✓ ELECTRICAL STIMULATION (SPECIFY) TENS
- PRE AND/OR POST-PROSTHETICS TRAINING
- NO TREATMENT (EXPLAIN)

COMMENTS: Pt seen for initial eval. Please refer to form in chart. Received TENS + ice to low back x 30 min. Instructed in posture (use lumbar roll sitting) + body mechanics. Tol. well.

[signature] P.T.
THERAPIST'S SIGNATURE

DATE: 7-26-93

TREATMENT: (CHECK)

- MOIST HEAT
- ✓ COLD/ICE
- ULTRASOUND
- TRACTION
- PRE'S
- OTHER
- HYDROTHERAPY
- ✓ ISOKINETICS
- ✓ MASSAGE
- STRETCHING
- MUSCLE-RE-EDUC.
- THERAPEUTIC EXERCISES
- TRANSFER TRAINING
- GAIT TRAINING
- PROGRESSIVE AMB. TRAINING
- INSTRUCT/EDUCATION
- ✓ ELECTRICAL STIMULATION (SPECIFY) VMS II 100pps 100µsec
- PRE AND/OR POST-PROSTHETICS TRAINING
- NO TREATMENT (EXPLAIN)

COMMENTS: Continues c̄ e-stim + ice to low back (electrodes on thoracic mm. + L-mm. x 30 min, c̄ good pain relief. Review postural instructions. Instructed in knee → chest exercises. Tol fair.

[signature] PT.
THERAPIST'S SIGNATURE

DATE: 7-28-93

TREATMENT: (CHECK)

- MOIST HEAT
- ✓ COLD/ICE
- ULTRASOUND
- TRACTION
- PRE'S
- OTHER
- HYDROTHERAPY
- ✓ ISOKINETICS
- ✓ MASSAGE
- STRETCHING
- MUSCLE-RE-EDUC.
- ✓ THERAPEUTIC EXERCISES
- TRANSFER TRAINING
- GAIT TRAINING
- PROGRESSIVE AMB. TRAINING
- ✓ INSTRUCT/EDUCATION
- ✓ ELECTRICAL STIMULATION (SPECIFY) VMS II 100pps 100µs
- PRE AND/OR POST-PROSTHETICS TRAINING
- NO TREATMENT (EXPLAIN)

COMMENTS: Continues c̄ e-stim to back c̄ ice. Instructed in reciprocal arm exercise while supine. Massage to thoracic mm. — Tol well.

[signature] P.T.
THERAPIST'S SIGNATURE

008128

DATE: 8-...

TREATMENT: (CHECK)

- __ MOIST HEAT
- __ COLD/ICE
- __ ULTRASOUND
- __ TRACTION
- __ PRE'S
- __ OTHER
- __ HYDROTHERAPY
- __ ISOKINETICS
- __ MASSAGE
- ✓ STRETCHING
- __ MUSCLE-RE-EDUC.
- ✓ THERAPEUTIC EXERCISES
- __ TRANSFER TRAINING
- __ GAIT TRAINING
- __ PROGRESSIVE AMB. TRAINING
- ✓ INSTRUCT/EDUCATION
- __ ELECTRICAL STIMULATION (SPECIFY)
- __ PRE AND/OR POST-PROSTHETIC TRAINING
- __ NO TREATMENT (EXPLAIN)

COMMENTS: Pt reports ↓'d pain ~1/2 hr. ō last tx - pain returned while pt @ work. - Reinforced posture & body mechanics, referred pt to OPTP for lumbar roll. Instructed in stabilization exercises: straight back bend + quadruped exercises c̄ physioball. Tol well.

[signature] PT.
THERAPIST'S SIGNATURE

DATE: 8-4-93

TREATMENT: (CHECK)

- __ MOIST HEAT
- ✓ COLD/ICE
- __ ULTRASOUND
- __ TRACTION
- ✓ PRE'S
- __ OTHER Fitron 90 RPM x 8 min
- __ HYDROTHERAPY
- __ ISOKINETICS
- ✓ MASSAGE
- __ STRETCHING
- __ MUSCLE-RE-EDUC.
- __ THERAPEUTIC EXERCISES
- __ TRANSFER TRAINING
- __ GAIT TRAINING
- __ PROGRESSIVE AMB. TRAINING
- __ INSTRUCT/EDUCATION
- ✓ ELECTRICAL STIMULATION (SPECIFY) VMS II 100 pps 100 μsec
- __ PRE AND/OR POST-PROSTHETIC TRAINING
- __ NO TREATMENT (EXPLAIN)

COMMENTS: Pt received ice + VMS x 20 min to painful areas of back, massage - ↑ m. spasms noted. Fitron as above - tolerated 8 min then c̄ ↑'d leg pain. Tol fair c̄ ↓ pain reported ō tx.

[signature] PT.
THERAPIST'S SIGNATURE

DATE: 8-9-93

TREATMENT: (CHECK)

- __ MOIST HEAT
- ✓ COLD/ICE
- __ ULTRASOUND
- __ TRACTION
- __ PRE'S
- __ OTHER
- __ HYDROTHERAPY
- __ ISOKINETICS
- ✓ MASSAGE
- __ STRETCHING
- __ MUSCLE-RE-EDUC.
- __ THERAPEUTIC EXERCISES
- __ TRANSFER TRAINING
- __ GAIT TRAINING
- __ PROGRESSIVE AMB. TRAINING
- __ INSTRUCT/EDUCATION
- ✓ ELECTRICAL STIMULATION (SPECIFY) VMS II
- __ PRE AND/OR POST-PROSTHETIC TRAINING
- __ NO TREATMENT (EXPLAIN)

COMMENTS: Pt reports temporary relief ō last visit - pain returned ō returning to work. Reports ↑↑ pain today. Pain now radiating to bilat LE's, numbness throughout. I have been unable to centralize pain, referred for brace conference to receive lumbar corset.

[signature] PT.
THERAPIST'S SIGNATURE

DATE: 8-11-93

TREATMENT: (CHECK)

- ✓ MOIST HEAT
- ✓ COLD/ICE
- __ ULTRASOUND
- __ TRACTION
- __ PRE'S
- __ OTHER
- __ HYDROTHERAPY
- __ ISOKINETICS
- ✓ MASSAGE
- __ STRETCHING
- __ MUSCLE-RE-EDUC.
- __ THERAPEUTIC EXERCISES
- __ TRANSFER TRAINING
- __ GAIT TRAINING
- __ PROGRESSIVE AMB. TRAINING
- __ INSTRUCT/EDUCATION
- ✓ ELECTRICAL STIMULATION (SPECIFY) VMS II
- __ PRE AND/OR POST-PROSTHETIC TRAINING
- __ NO TREATMENT (EXPLAIN)

COMMENTS: Pt reports ↓'d pain today - has not worked x 2 days. Continues current program. Tol well. To be seen this p.m. @ brace conference.

[signature] PT
THERAPIST'S SIGNATURE

reverse side REH0920 E

THE JACK D. WEILER HOSPITAL
1825 EASTCHESTER ROAD
BRONX, NEW YORK 10461
DEPARTMENT OF RADIOLOGY
REPORT OF FINDINGS

** FINAL **

REF PHYSICIAN COP'

DOS 02/18/92 REQ # 057842
READ 02/18/92 TYPED 02/18/92
TYPED BY 17
RADIOLOGIST KIRSCHENBAUM, E
RESIDENT

MR# 918369
PATIENT GILADI, RONI
DOB 03/05/52 SSN 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
REFERRED BY VAN LIEU,JACLYN

LOCATION PR

CLINICAL INDICATIONS acute ABD PAIN

CLINICAL DIAGNOSIS:

ABDOMEN:

SUPINE AND ERECT VIEWS OF THE ABDOMEN ARE SUBMITTED. AIR FILLED LOOPS OF LARGE AND SMALL BOWEL ARE NOTED. IN THE LEFT MID-ABDOMEN, THERE IS A SLIGHTLY DISTENDED LOOP OF SMALL BOWEL WHICH MAY REPRESENT A FOCAL ILEUS. THERE IS NO EVIDENCE FOR A MECHANICAL OBSTRUCTION.

IMPRESSION:

THERE IS ONE MINIMALLY DISTENDED LOOP OF SMALL BOWEL IN THE LEFT MID-ABDOMEN, PROBABLY REPRESENTING A FOCAL ILEUS.

CHEST:

A FRONTAL VIEW OF THE CHEST IS SUBMITTED. THE BONES AND SOFT TISSUES ARE INTACT. THE CARDIAC AND MEDIASTINAL CONTOURS ARE UNREMARKABLE. THE LUNG FIELDS AND COSTOPHRENIC ANGLES ARE CLEAR.

IMPRESSION:

NO ACTIVE DISEASE.

APPROVED BY KIRSCHENBAUM, E , M. D.

X-RAY

C00130

THE JACK D. WEILER HOSPITAL
OF THE ALBERT EINSTEIN COLLEGE OF MEDICINE
A DIVISION OF MONTEFIORE MEDICAL CENTER
1825 EASTCHESTER ROAD BRONX, NY 10461
TELEPHONE (718) 904-2000

DATE Oct 29, 1993

I hereby give my permission to the Employee's Health Service at the Hospital of the Albert Einstein College of Medicine to

release ( ) or obtain (X) the following information:

a copy of my medical record. ~~[illegible]~~

SIGNATURE: [signature]

ADDRESS: P.O. Box 127
Millburn N.J. 07041

DATE IF BIRTH: MARCH 5, 1993

This information is to be released to (X) obtained from ( ):

Roni Giladi
P.O. Box 127
Millburn N.J 07041

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

# PATIENT PROGRESS OBSERVATION RECORD

Gilodi Rosi

If no plate, patients's name, adm. no., sex & Doctor

EVERY ENTRY MUST BE DATED & SIGNED

| DATE | OBSERVATION |
|---|---|
| 7/19/93 | Rehab |
| | Reviewed D-L-S spine X-rays (7/8/93) |
| | mod. spurs on mid & lower D |
| | vertebrae. L-S WNL. No change |
| | compared c̄ 4/20/82 X-rays |
| | Imp. — D spondylosis. |
| | C. Pyllon MD |

NSG - 1605 Rev. 3/72

C06132

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

# PATIENT PROGRESS OBSERVATION RECORD

Giladi, Roni
8/12/93
EHS # ~~[illegible]~~ 91836
WCB

If no plate, patients's name, adm. no., sex & Doctor

EVERY ENTRY MUST BE DATED & SIGNED

| DATE | OBSERVATION |
|---|---|
| 8/12/93 | Rehab<br>Pt. coming today for his reg. appt.<br>He still c/o LBP, but less than before. (L) hand pain is same as on 7/12/93<br>Pt. attends PT/OT 2x wk, does home ex. and takes ASA.<br>He was seen in EHS on 8/9/93 c̄ the same c/o.<br>He did not show-up yesterday in the Brace Conf. to be evaluated for a L-S corset.<br>He is on sick leave since 8/10/93 and he feels better.<br>He wears an ace bandage on his (L) forearm - wrist - hand<br>There are no significant changes on PE since last examination except that LS is more mobile (active flex. 45°, ext. 10°).<br><br>Imp - LBP. S/P Back injury (WCB) Dorsal spondylosis - |

NSG - 1605 Rev. 3/72

1.3

006133

PLEASE DATE AND SIGN ALL ENTRIES

| DATE | OBSERVATIONS |
|---|---|
| | – H/O (L) wrist injury and median/ulnar n. repair, c̄ residual (L) hand & wrist weakness |
| | Plan – Continue PT & OT |
| | – " present pain regimen |
| | – " home exs |
| | – " rest off duty till Mo 8/23/93 |
| | – Recheck in 1 mo |
| | – Avoid strenuous physical activity when resuming work |
| | [signature] MD |

PM-863E 1/83

MONTEFIORE MEDICAL CENTER

EVELYN AND JOSEPH LUBIN REHABILITATION CENTER OF THE JACK D. WEILER HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF MEDICINE, BRONX, N. Y.

**REHABILITATIVE PRESCRIPTION**

LBP, lumbar spondylosis

2° Dx: S/P (L) wrist/hand injury & surgery

Reason for request: ↓ pain, ↑ ROM

Bedside ____ Gym ✓

Mental status: ✓ Motivation: ✓

Precautions: ____

Cardio-respiratory: ____

Wt bearing status: NWB ____ TT ____ PWB ____ FWB ____ Probable discharge: Home ____ Elsewhere ____

Giladi, Roni
8/12/93
EAS# ~~[illegible]~~ 8918369

ADDRESS O PLATE

GOALS: THERAPY PRESCRIPTION (including PT, OT & ST) Frequency: 3 x WK

Continue PT

" OT

006134

Date: 8/12/93 Signed: [signature]

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

## PATIENT PROGRESS OBSERVATION RECORD

Giladi, Roni
EHS# 918369

EVERY ENTRY MUST BE DATED & SIGNED

If no plate, patients's name, adm. no., sex & Doctor

| DATE | OBSERVATION |
|---|---|
| 7/28/93 | Rehab |
| | Pt. did not show-up for his 9:00 AM appt. today nor called him up to cancel it. |
| | C. [illegible] MD |
| 7/29/93 | No [illegible] |
| | — Ⓛ [illegible] + swelling x 2-3 days |
| | — [illegible] [illegible] [illegible] + [illegible] of hand [illegible] [illegible] + [illegible] [illegible] |
| | X-ray [illegible] fx [illegible] or [illegible] |
| | A [illegible] [illegible] hand + wrist |
| | P Ace wrap — Motrin 400mg qid |
| | Heat rest elevation |
| | RTC [illegible] |
| | [signature] |

NSG - 1605 Rev. 3/72

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

EHS
918369
Giladi, Roni

# PATIENT PROGRESS OBSERVATION RECORD

EVERY ENTRY MUST BE DATED & SIGNED

If no plate, patients's name, adm. no., sex & Doctor

| DATE | OBSERVATION |
|---|---|
| 8/18/93 | |

GILADI, RONI EHS 8/18/93

**Lubin Rehabilitation Center**

The patient is a 41-year old male with complaint of low back pain following a work back injury. He attends physical therapy and also occupational therapy for his left hand. At the present time he still complains of back pain, but less than before. We ordered a lumbo-sacral elastic corset with paraspinal steel bars, and Velcro closures. On examination, the patient is able to take moderate pressure on his belly and on his back. We will see the patient when the brace is delivered.

C. Popescu MD

Coralia Popescu, M.D.

NSG - 1605 Rev. 3/72

C00136

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

**PATIENT PROGRESS OBSERVATION RECORD**

Giladi Roni
EMS 918369

If no plate, patients's name, adm. no., sex & Doctor

**EVERY ENTRY MUST BE DATED & SIGNED**

| DATE | OBSERVATION |
|---|---|
| 8/23/93 | Rehab |
| | Pt. still C/O LBP but less than before, and still C/O pain in his (L) hand. He attends PT & OT 2x WK c̄ fair results, does home exs, takes warm bath at home and takes Ibuprofen 400 mg. TID. He was on sick leave since 8/10. |
| | He wears an ace bandage on his (L) UE's. |
| | On PE, he is alert fully oriented, cooperative, N'AD. He has ↑ tenderness on palpation over S & L-S paraspinal m., but no m. spasm. |
| | ↑ mobility on L spine; at flex. 60°, ext. 20° |
| | In rest, there are no other significant finding changes since last examination on 8/2/93. |
| | Imp - LBP. H/O Back injury (WCB) |

PLEASE DATE AND SIGN ALL ENTRIES

| DATE | OBSERVATIONS |
|---|---|
| | - [illegible] spondylosis |
| | - H/O (L) wrist injury of median/ulnar n. repair, c̄ residual (L) hand & wrist weakness |
| | Plan - Continue PT & OT |
| | - " present medic |
| | - " home ext |
| | - " rest off duty |
| | 7 more days (8/23-8/29/93) |
| | - [illegible] consult |
| | - Consider Vocational Rehab |
| | C. [illegible] MD |
| | Note: Mr. [illegible]'s superior contacted me on the phone and stated that Pt. is not required to do heavy work anymore since his duty responsibilities changed; supposedly, he works mostly in the dark room c̄ no physical strenuous activity. |

000138

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

GILADI RONI
P.O. BOX 127
MILBOURNE NJ 07041
MR 918369 DOB 03-05-52
SS 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 NO PHONE
ACCT 60189183 M CHD

If no plate, patients's name, adm. no., sex & Doctor

# PATIENT PROGRESS OBSERVATION RECORD

EVERY ENTRY MUST BE DATED & SIGNED

| DATE | OBSERVATION |
|---|---|
| 8/30/93 | [illegible handwritten entry] |
| | [illegible] 9/9/93 |
| | [illegible handwritten entry] |
| | [illegible] |

NSG - 1605 Rev. 3/72

008139

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

# PATIENT PROGRESS OBSERVATION RECORD

Geladi Rosa [handwritten]

If no plate, patients's name, adm. no., sex & Doctor

**EVERY ENTRY MUST BE DATED & SIGNED**

| DATE | OBSERVATION |
|---|---|
| | Chart in [illegible] Toradol [illegible] |
| 9/7/93 | [illegible] c/o [illegible] cough [illegible] x3 days |
| | [illegible] is [illegible] by [illegible]. |
| | – cough is productive at times. |
| | – No other [illegible], NKA. |
| | T 101.4 – TM's good [illegible] |
| | [illegible] 140 [illegible] |
| | [illegible] |
| | Lungs – [illegible] |
| | [illegible] |
| | – A – [illegible] pneumonia |
| | R [illegible] |
| | – PCE [illegible] TID |
| | [illegible] 10cc q[illegible] |
| | – Toradol 10mg PO TID q [illegible] |
| | Pt is [illegible] to RTW [illegible] |
| | has appointed 9/28 [illegible] |
| | [illegible] 9/10/93 |
| | [signature] |
| | |
| 9/10/93 | T 99.2 F/u pneumonia |
| | Cough is [illegible] less productive, No fever. |
| | [illegible] relieved by Toradol. |
| | – Lungs – [illegible] to P+A. over → |

NSG - 1605 Rev. 3/72

PLEASE DATE AND SIGN ALL ENTRIES

| DATE | OBSERVATIONS |
|---|---|
| | pneumonia improved |
| | - P- [illegible] 7 days |
| | contin Rx x 24 days total |
| | RTC PRN |
| | [signature] M.D. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

C0S141

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

**PATIENT PROGRESS OBSERVATION RECORD**

Giladi, Roni
10/26/93
EHS #918369

If no plate, patients's name, adm. no., sex & Doctor

EVERY ENTRY MUST BE DATED & SIGNED

| DATE | OBSERVATION |
|---|---|
| 10/26/93 | Rehab |
| | Pt. coming today for his reg. appt. He still c/o LBP, radiating down to (R) calf, b/lat. wrist pain & pain in his (L) elbow. |
| | He still attends PT & OT 3x wk c fair results, continue home exs, warm baths and takes Toradol PRN for pain. |
| | He was seen by Neuro - [illegible] and a MRI of L-S scan is recommended to R/O L radiculopathy as well as [illegible] release for CTS. |
| | He is on sick leave since 8/91. |
| | He wears splints on both wrists |
| | On PE Pt. is alert, fully oriented cooperative, MAE |
| | His gait is WNL. |
| | There are no significant objective changes on PE, compared c 8/23/93, except for b/lat. + Tinel(?) |

NSG - 1605 Rev. 3/72

C05142

1.3

PLEASE DATE AND SIGN ALL ENTRIES

| DATE | OBSERVATIONS |
| --- | --- |
| | Sign |
| | |
| | Imp. - LBP. H/O Back injury (WCB) |
| | dorsal spondylosis. R/O [illegible] |
| | [illegible] |
| | [illegible] Bilat. CTS. H/O (L) wrist injury |
| | & median/ulnar n. repair c̄ residual |
| | (L) hand & wrist weakness |
| | |
| | Plan - Continue PT & OT |
| | - " present medic. |
| | - MRI of L-S spine pending |
| | - Neurosurg f/u |
| | - Continue home ex. |
| | - Consider Vocational Rehab. |
| | |
| | C. [illegible] MD |

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

# PATIENT PROGRESS OBSERVATION RECORD

Giladi, Roni

If no plate, patients's name, adm. no., sex & Doctor

**EVERY ENTRY MUST BE DATED & SIGNED**

| DATE | OBSERVATION |
|---|---|
| 10/28/93 | - No CHART AVAILABLE (in [illegible] office). |
| | [illegible] cough X 2 month |
| | [illegible] Pneumonia 9/93 |
| | [illegible] |
| | allergy to PCN - [illegible] |
| | [illegible] |
| | 98.6 [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] chest x-ray [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] MD |
| | [signature] MD |

NSG - 1605 Rev. 3/72

COS144

1.3

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

**PATIENT PROGRESS OBSERVATION RECORD**

Chart in Dr Pa's office

Giladi Rani

Papesi

EVERY ENTRY MUST BE DATED & SIGNED

If no plate, patients's name, adm. no., sex & Doctor

| DATE | OBSERVATION |
|---|---|
| 7/28/93 | |
| 8/9/93 | f/u [CHART INCOMPLETE] |
| | 41 WM RH |
| | Had W/A in 1982 w/ back pain. Was seen in physical therapy intermittently, 1982, and in 93 and possibly once during the interim. Recently finished a course of PT w/ good results. |
| | Occ: audio visual department. Loads heavy equipment (60-80 lbs boxes). Recently doing a lot of editing work. Had reinjury in 6/93 ō loading car, hitting Ⓛ hand and twisting back. |
| | On 8/5 & 8/6, felt spasms and pain upper and lower back, radiating to legs. Over the weekend somewhat improved, though symptoms remain. |
| | Meds motrin allergy ∅ smoke ∅ EtOH ∅ |
| | general good health s/p decompression nerve Ⓛ wrist and elbow. Had EMG's 1991 > ulnar nerve entrapment at wrist and elbow w/o cervical spine involvement. |
| | |
| | Exam: WDWN NAD |
| | Ⓛ hand - no swelling, ecchymosis, mottling |

C08145

NSG - 1605 Rev. 3/72

1.3

PLEASE DATE AND SIGN ALL ENTRIES

| DATE | (Cont'd) OBSERVATIONS |
|---|---|
| 8/9/93 | or ↑ warmth. Pt tenderness dorsum hand and plantar aspect wrist, no radiation. Pt. tenderness over ⊖ epicondyle at surgical site. ↓ ROM elbow ~ 10°. ⊖ Tinel's, ⊖ Phalen's. Back: ⊕ spinal ~~and~~ tenderness over lumbar region and Ⓡ paraspinal tenderness radiating to Ⓡ thigh on application of pressure. Diffuse upper thoracic tenderness. Able to bend forward 15° w/o pain. Motor: ↓ strength Ⓛ grip, forearm and deltoids 4/5 (can resist gravity but not applied pressure) DTR's symmetrical and intact. ⊖ psoas ⊖ SLR |
| | Imp ① low back pain w/ sciatica |
| | ② s/p nerve entrapment Ⓛ elbow and hand |
| | ③ overuse syndrome |
| | Plan ace wrap |
| | ASA |
| | rest off duty until 8/12/93 |
| | PT on 8/12/93 |
| | Qh |
| | Van Wey [signature] |

Reverse side NSG - 1605