MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

# PATIENT PROGRESS OBSERVATION RECORD

GILADI RONI
P.O. BOX 127
MILBOURNE NJ 07041
MR 918369 DOB 03-05-52
SS 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
ACCT 60189193 NO PHONE

If no plate, patients's name, adm. no., sex & Doctor

**EVERY ENTRY MUST BE DATED & SIGNED**

| DATE | OBSERVATION |
|---|---|
| 9/28/93 | Pt is 41 yo ♂ see 9/7–9/10 for pneumonia |
| | - feels improved for 3-4 days - + now cough + congestion. |
| | fever resolved. Pt is on Toradol 10 mg TID or QID for |
| | chronic back pain & due for MRI tomorrow |
| | - Pt was Rx with 14 day course PCE, + phlegm - |
| | - No other [illegible] at present |
| | T 98.7 - TMs good refl & light. |
| | - Nasal congest - PND |
| | - Throat pink - moist s exudate |
| | Neck - supple - s nodes - |
| | Lungs - clear to P+A |
| | A - Resolving pneumonia |
| | P - Robitussin - 2 tsp QID PRN |
| | RTC PRN |
| | Note: Back pain + [illegible] is [illegible] [signature] |
| | Pt has appointment c orthopedist + for MRI this wk. |
| | [signature] |
| | [signature] |
| ~~10/1/93~~ | ~~T 98.7~~ |

C06147

NSG-1605 Rev. 3/72

1.3

EHS-600

# MONTEFIORE MEDICAL CENTER

## EMPLOYEES' HEALTH SERVICE

### NOTICE OF SICK EMPLOYEE

NO EMPLOYEE WILL BE SEEN WITHOUT A SIGNED COPY OF THIS FORM

Date: 9/28/93 Hour: ______

Name Roni Gilardi

Department A-V Med Position ______

Complaint Cough [illegible] / chronic back [illegible] radiation to legs

______ Supervisor or Dept. Head

ALL EMPLOYEES MUST BE CLOCKED IN AND OUT IN THE EMPLOYEES' HEALTH SERVICE

Time In ______ Time Out ______

EMPLOYEE'S DISPOSITION

☐ Return to clinic on 10/4 or 10/5 [illegible]

☐ Return to work on ______

☐ Off Duty Until 10/4 - 10/5

☐ To be admitted ______

Comments [illegible]

[signature] M.D.

Time Employee Returned to Department ______

______ Supervisor or Dept. Head

THIS FORM MUST BE SUBMITTED TO EMPLOYEES' HEALTH SERVICE IN DUPLICATE

008148

Reverse side [illegible]

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

# PATIENT PROGRESS OBSERVATION RECORD

[illegible signature]

If no plate, patients's name, adm. no., sex & Doctor

EVERY ENTRY MUST BE DATED & SIGNED

| DATE | NO CHART AVAILABLE OBSERVATION |
| --- | --- |
| 7/8/93 | S F/U WA Pt. See 1 week ago for low Back p |
| | Rx c Robaxin + Flexeril |
| | pain is persisting c occasional radiat to (L) leg |
| | O - mild tender L3-4-5 Cm |
| | SLR + (L) 60° DTR motor strength intact. |
| | Δ low back sprain - Sciatica |
| | P - (1) X-ray L-S spine. |
| | (2) Refer to Rehab. |
| | - continue medication rest |
| | [illegible signature] |
| | [illegible signature] |

NSG - 1605 Rev. 3/72

COS149

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

# PATIENT PROGRESS OBSERVATION RECORD

GILADI RONI
P.O. BOX 127
MILBOURNE NJ 070
MF 918369 DOB 03-05-
SS 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 NO PHONE

If no plate, patient's name, adm. no., sex & Doctor

EVERY ENTRY MUST BE DATED & SIGNED

| DATE | OBSERVATION |
| --- | --- |
| 10/4/93 | T99.7 [illegible] 9/28/93 — Conf. fever, [illegible] productive at present. [illegible] still [illegible] lift - [illegible] to avoid [illegible] Dr. Popescu. Still awaiting MRI; Neurological + orthopedic evaluation [illegible] — No other [illegible] — No [illegible] allergies. — [illegible] Neuro [illegible] that will [illegible] [illegible] Ⓐ [illegible] ① [illegible] 500 [illegible] Tab - BID. — ② [illegible] ml 10cc qid RTC [illegible] [signature] |

000150

NSG - 1605 Rev. 3/72

1.3

PLEASE DATE AND SIGN ALL ENTRIES

| DATE | OBSERVATIONS |
|---|---|
| 10/15/93 | T99.4 [illegible] [illegible] [illegible] [illegible] re 10/14/93 |
| | Seen by Dr. J. Cohen neurology — & advised not |
| | to return to work at present, Cough is present |
| | but improved, |
| | — TMS good effect on headache |
| | — Nasal congest, PND, [illegible] will relieve [illegible] |
| | Not [illegible] [illegible] |
| | [illegible] |
| | — All [illegible] improved |
| | P [illegible] [illegible] RTC [illegible] |
| | [signature] |

006151

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

**PATIENT PROGRESS**
**OBSERVATION RECORD**

Giladi, Roni
EHS # 918369
10/1/93
WCB

**EVERY ENTRY MUST BE DATED & SIGNED**

If no plate, patients's name, adm. no., sex & Doctor

| DATE | OBSERVATION |
|---|---|
| 10/1/93 | Rehab |
| | Pt. coming today for his reg. appt. |
| | He still c/o LBP, off and on but less than before. He feels better after PT and pain medic. |
| | He has b/lat. hand pain, numbness & weakness and he wears splints for his wrists. |
| | He also wears the L-S corset c̄ [illegible] results. |
| | He has had pneumonia recently. |
| | He is on sick leave since Aug. '93. |
| | He has an appt. for 10/14 c̄ Dr. Cohen - Medic. He was seen by Dr. Goldstein - Ortho |
| | He continues OT, PT 2x wk. He does Home |
| | PE - Pt. is alert, fully oriented, coop. positive, NAD. |
| | He walks N and also on his toes or heels. |

008152

NSG - 1605 Rev. 3/72

PLEASE DATE AND SIGN ALL ENTRIES

| DATE | OBSERVATIONS |
|---|---|
| | The has F ROM, G MS, N MT of C spine, BLE's and limited ROM on his L spine 2° pain. |
| | The has F ROM, N MT, BUE's and also G MS, except for G(-) MS bilat. |
| | Tinel sign + bilat. Mod. sensory deficit on both hands (L) > (R). |
| | L spine ROM: anteflex 45°, ext. 10°, lat. flex 20° bilat, rot 20° bilat. |
| | SLR = 45° bilat |
| | ATR's = 2(+) |
| | The presents no m. spasm, but just mod. tenderness on palpation over his L-S area. |
| | Imp. — Chr. LBP. S/P Back injury (W.C.B). ? spondylosis |
| | — Bilat. CTS. H/O (L) wrist injury and median / ulnar n. damage. |
| | Plan — Continue PT & OT |
| | — " present pain meds, |
| | — " home ext |
| | — Recheck in 3 WKs |
| | — Avoid strenuous physical |

Reverse side NSG - 1605

HOSPITAL OF T MONTEFIORE MEDICAL CENTER EDICINE
A DIVISION OF BRONX, NEW YORK 10467 L CENTER
1825 EASTCHESTER RD.
BRONX, NY 10461
DR. ARTHUR KARMEN, CHAIRMAN CLINICAL PATHOLOGY

OUTPATIENT REPORT

AGE: 39

PATIENT NAME : GILADI,RONI
MED REC NUMBER : 918369
LOCATION : EEHS EEHS
PHYSICIAN : UNSPECIFIED
SOC SEC NUMBER : 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

DATE: 2/19/92 TIME: 0724

PAGE: 1

| DATE | TIME | TEST NAME | RESULT | | REFERENCE-RANGE | UNITS |
|---|---|---|---|---|---|---|
| 2/18 | 1031 | BLOOD COLLECTION -E | | | | |
| | | ADMISSION SURVEY | | | | |
| | | UREA NITROGEN | 8.L | mg/dL | 10-26 | |
| | | SODIUM | 141. | mEq/L | 135-145 | |
| | | POTASSIUM | 4.9 | mEq/L | 3.5-5.0 | |
| | | CO2 | 28. | mEq/L | 24-30 | |
| | | CHLORIDE | 107. | mEq/L | 98-108 | |
| | | GLUCOSE | 93. | mg/dL | 70-115 | |
| | | CREATININE | 0.8 | mg/dL | 0.5-1.5 | |
| | | CALCIUM | 10.0 | mg/dL | 8.5-10.5 | |
| | | INORGANIC PHOSPHO | 3.7 | mg/dL | 2.5-4.5 | |
| | | URIC ACID | 5.8 | mg/dL | 2.5-8.0 | |
| | | TOTAL PROTEIN | 7.4 | gm/dL | 6.0-8.5 | |
| | | ALBUMIN | 4.5 | gm/dL | 3.5-5.5 | |
| | | BILIRUBIN TOTAL | 0.9 | mg/dL | 0.2-1.2 | |
| | | BILIRUBIN DIRECT | 0.1 | mg/dL | 0.0-0.3 | |
| | | ALKALINE P'TASE | 45. | U/L | 30-115 | |
| | | SGOT | 12. | U/L | 5-40 | |
| | | SGPT | 12. | U/L | 5-40 | |
| | | LACTIC DEHYDROGEN. | 122. | U/L | 60-250 | |
| | | CPK | 38. | U/L | 10-100 | |
| | | CHOLESTEROL | 186. | mg/dL | 120-240 | |
| | | CBC, ROUTINE -E | | | | |
| | | WBC -E | 5.1 | K/CU MM | 4.5-10.5 | |
| | | RBC -E | 5.15 | M/CU MM | 4.7-6.1 | |
| | | HGB -E | 15.0 | MG% | 14-18 | |
| | | HCT -E | 44.7 | % | 42-52 | |
| | | MCV | 86.7 | FL | 80-94 | |
| | | MCH | 29.2 | PG | 27-31 | |
| | | MCHC | 33.6 | gm/dL | 32-36 | |
| | | RDW | 12.2 | % | 11.5-14.5 | |
| | | PLATELET COUNT -E | 221.0 | K/CU MM | 130-400 | |
| | | MPV | 7.7 | CU UM | 7.4-10.4 | |

PATIENT CONTINUED ON NEXT PAGE

C08154

DP 2978 M

CLINIC/PHYSICIAN COPY

OUTPATIENT REPORT

EHS-600

# MONTEFIORE MEDICAL CENTER

## EMPLOYEES' HEALTH SERVICE

### NOTICE OF SICK EMPLOYEE

NO EMPLOYEE WILL BE SEEN WITHOUT A SIGNED COPY OF THIS FORM

Date: 10/5/93 Hour: ______

Name Ronit Giladi

Department A-V Position ______

Complaint Low back pain

______
Supervisor or Dept. Head

ALL EMPLOYEES MUST BE CLOCKED IN AND OUT IN THE EMPLOYEES' HEALTH SERVICE

Time In ______ Time Out 11:25

EMPLOYEE'S DISPOSITION

☐ Return to clinic on ______

☐ Return to work on unable to rtn at present

☐ Off Duty Until ______

☐ To be admitted ______ pt herniated [illegible]

Comments Await neurology evaluation

[signature] M.D.

Time Employee Returned to Department ______

______
Supervisor or Dept. Head

THIS FORM MUST BE SUBMITTED TO EMPLOYEES' HEALTH SERVICE IN DUPLICATE

C08155

MONTEFIORE MEDICAL CENTER
BRONX, NEW YORK 10467

HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF MEDICINE
A DIVISION OF MONTEFIORE MEDICAL CENTER
1825 EASTCHESTER RD.
BRONX, NY 10461
DR. ARTHUR KARMEN, CHAIRMAN CLINICAL PATHOLOGY

OUTPATIENT REPORT

AGE: 39

PATIENT NAME : GILADI,RONI
MED REC NUMBER : 918369
LOCATION : EEHS EEHS
PHYSICIAN : UNSPECIFIED
SOC SEC NUMBER : 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

DATE: 2/19/92 TIME: 0724

PAGE: 2

| DATE | TIME | TEST NAME | RESULT | REFERENCE-RANGE | UNITS |
|---|---|---|---|---|---|
| | | GRAN% | 69.3 % | 48-82 | |
| | | LYMPH% | 18.3L % | 19-48 | |
| | | MONO% | 9.8H % | 4-9 | |
| | | EOS% | 1.6 % | 0-5 | |
| | | DIFFERENTIAL -E | | | |

COMMENT: AUTO-DIFF.CONFIRMED BY SMEAR REVIEW

PLATELET ESTIMATE ADEQUATE

COS156

DP 2978 M

CLINIC/PHYSICIAN COPY

OUTPATIENT REPORT

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

Giladi, Roni
EMS# 918369

# PATIENT PROGRESS OBSERVATION RECORD

→ 3 –

EVERY ENTRY MUST BE DATED & SIGNED

If no plate, patients's name, adm. no., sex & Doctor

| DATE | OBSERVATION |
|---|---|
| | ATR's = 2(+) |
| | SLR = 30° on (R) and 45° on (L) |
| | There is tenderness on palpation |
| | over lower T and L-S parasp[inal] |
| | m. on (L) side (mild on (R) L-S |
| | paraspinal), on both buttocks & |
| | gluteal fold bilat. |
| | There is marked m. spasm on |
| | (L) L-S paraspinal m. |
| | There is mild sensory deficit on |
| | (L) forearm, (L) dorsal aspect-ulnar |
| | side of (L) hand and (L) hypo-thenar |
| | eminence. |
| | |
| | X-rays of L-S spine not available |
| | yet. |
| | |
| | Imp. – LBP. S/P Back injury (WCB) |
| | – S/P (L) wrist injury & median & |
| | ulnar n. repair; residual (L) |
| | hand & wrist weakness. |
| | |
| | Plan – X-ray of L-S spine report |

PLEASE DATE AND SIGN ALL ENTRIES

— 4 —

| DATE | OBSERVATIONS |
|---|---|
| | – Continue present pain regimen |
| | – PT – 3x/WK: local heat |
| | & TENS on L-S area |
| | – Recheck in 2 wks |
| | – OT – Fluidotherapy to |
| | (L) elbow, wrist & hand |
| | 3x WK |
| | – Bed rest 1 WK (7/13 – 7/19) |
| | D. Popescu, MD |

PM-863E 1/83

MONTEFIORE MEDICAL CENTER

EVELYN AND JOSEPH LUBIN REHABILITATION CENTER OF THE JACK D. WEILER HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF MEDICINE, BRONX, N. Y.

## REHABILITATIVE PRESCRIPTION

Giladi Roni
EMS 918369
Tel. 430-2135 Of
Beeper # (201) 578-7697 H
WCB

ADDRESS O PLATE

1° Dx: LBP 2° back injury (L) wrist & hand pain (2° injury & surgery)

Reason for request: ↓ pain ↑ ROM

Bedside____ Gym ✓

Mental status: G Motivation: G

Precautions:

Cardio-respiratory:

Wt bearing status: NWB____ TT____ PWB____ FWB ✓ Probable discharge: Home____ Elsewhere____

GOALS: THERAPY PRESCRIPTION (including PT, OT & ST) Frequency: 3x WK

PT – hot packs } to L-S area
TENS

OT – Fluidotherapy to (L) elbow + wrist & hand

Date: 7/12/93 Signed: D. Popescu M.D.

HEALTH SERVICE

430-2135

the jack d. weiler hospital of the albert einstein college of medicine

GILADI RONI
P.O. BOX 127
MILBOURNE NJ 07041
MP 918369 DOB 03-05-52
SS 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 NO PHONE
ACCT 60189183 M 060

If no plate, print patient's name, adm. no., sex & Doctor

# CONSULTATION REQUEST & EXAMINATION

Monday 9 AM July 12

2nd fl

TO DR. Papescu REHABILITATION SERVICE

FROM DR. ______ EHS SERVICE

REASON FOR CONSULTATION WORK INJURY - LOW BACK PAIN

Rabbit Ogly.

REQUEST DATE 7/8 19 93 BY: [signature] VISITING/HOUSE PHYSICIAN

DATE RECEIVED BY CONSULTANT ______

CONSULTATION

Chart reviewed & pt. examined

41 y.o. M, referred by EHS c CC LBP, radiating to the (L) LE (all aspect) down to the last 2 Toes since 6/30/93, after lifting heavy equipment, when he felt sharp LBP (see Incident Report). Next day, pt. went to EHS, was given some medic. (which he can not remember) and 4 days bed rest. He resumed working, the pain got worse. He stopped taking medic. on a regular basis (2° side effects) and he was not able to fully do his regular work. He went back to EHS, he was advised to continue medic. X-rays of L-S spine were taken and pt. was recommended to have bed rest but he refused it.

Presently, pt. takes 2 kinds of medic c v. modest result on LBP, but c good result on m. spasm.

LBP is continuous, c aff. and or radiation to (L) LE. The pain gets worse c prolonged standing, sitting, walking at N speed

FORM MR 676E-1 7/86

CONSULTATION DATE 7/12 1993 G. Papescu, MD SIGNATURE OF CONSULTANT

000159

objects on his (R) shoulder (video camera ≥ 30 lbs); when moving his L spine (especially ext., followed by ante-flex, lat. flex. & rot.).
~~At times, Pt. c/o tingling in his (L) leg & numbness in his (L) 4th & 5th toe.~~ LBP is partially alleviated by supine position on a firm mattress & by heat.
Pt. works reg. hrs., but he is not quite able to do his work as usually. He takes Tolobid 500 mg TID and Flexeril 10 mg HS q. TID

PMH – Surg. decompression of (L) ulnar & median n. (wrist + elbow) '91; residual weakness in his (L) hand & wrist and limited wrist ~~ext.~~ Further surgery recommended.
– H/O (L) median n. injury & repair '87
– H/O LBP '82 2° back injury

FH – Father † 62 of bladder CA, AP

SH – Pt. was born in Israel and immigrated to USA in '81
– He is a video-technician in AECOM x 12 yrs and he handles heavy equipment
– He denies smoking, drinking or using drugs

PE – Pt. is alert, fully oriented, cooperative, NAD.
He walks slowly, avoiding any swinging and trunk movements, but he is able to walk on his toes or heels, c̄ c/o some instability.
Pt. has FROM, N MS and N MT on (R) UE, (L) shoulder & elbow, BLE's & C spine and limited ROM (2° LBP and wrist pain, respectively) on:
– L spine – anteflex. 30°, ext. < 5°, lat. flex. 30° bilat., rot. 20° bilat.
– (L) wrist – flex. 60° active & 70° passive, ext. 20° active & 30° passive.
MS on (L) wrist & hand is G, but G(–) on cubital side (wrist + fingers)

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

# PATIENT PROGRESS OBSERVATION RECORD

Gilade, Roni

If no plate, patients's name, adm. no., sex & Doctor

EVERY ENTRY MUST BE DATED & SIGNED

| DATE | OBSERVATION |
|---|---|
| 7/1/93 | S No CHART AVAILABLE |
| | - Work accident 4/93 [illegible] for [illegible] |
| | - low back injury c̄ [illegible] |
| | - [illegible] |
| | - Neg SLR [illegible] + 2 |
| | [illegible] lumbar paravertebral tenderness |
| | - No spinal tenderness |
| | [illegible] spasm [illegible] lumbar paravertebral |
| | muscle. |
| | A Low Back Injury |
| | P Heat Rest |
| | [illegible] 500 [illegible] |
| | - [illegible] HS [illegible] |
| | If [illegible] will [illegible] |
| | [signature] |

NSG - 1605 Rev. 3/72

COS161

(CHECK ONE): [ ] INITIAL [X] PROGRESS [ ] FINAL

CHECK TYPE OF DOCTOR: [X] PHYSICIAN [ ] PODIATRIST [ ] CHIROPRACTOR

| WCB CASE NO. (If Known) | CARRIER CASE NO. (If Known) | DATE OF INJURY AND TIME | ADDRESS WHERE INJURY OCCURRED (City, Town or Village) | INJURED PERSON'S SOC. SEC. NO. |
|---|---|---|---|---|
| | | 6/30/93 4:30 PM | | 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 |

| INJURED PERSON | (First Name) RONI | (Middle Initial) | (Last Name) GILADI | AGE 41 | ADDRESS (Include Apt. No.) | TELEPHONE NO. |
|---|---|---|---|---|---|---|
| EMPLOYER* | AECOM | | | | | |
| INSURANCE CARRIER | | | | | | |
| SUPERVISING PHYSICIAN (if any) | | | | | | |

* If treatment was rendered under the VFBL or VAWBL show as EMPLOYER the liable political subdivision and enter "X" here: [ ]

HISTORY

1. HAVE YOU FILED A PREVIOUS REPORT SETTING FORTH A HISTORY OF THE INJURY? [ ] YES [X] NO — IF "YES" ENTER DATE OF SUCH REPORT: AND COMPLETE ITEMS 3-11 BELOW. IF "NO" COMPLETE ALL ITEMS BELOW.

A. STATE HOW INJURY OCCURRED AND GIVE SOURCE OF THIS INFORMATION. (IF CLAIM IS FOR OCCUPATIONAL DISEASE, INCLUDE OCCUPATIONAL HISTORY AND DATE OF ONSET OF RELATED SYMPTOMS.)

On 6/30/93, Pt felt sharp LBP after lifting heavy equipment

B. WAS PATIENT PREVIOUSLY UNDER THE CARE OF ANOTHER DOCTOR FOR THIS INJURY? [X] YES [ ] NO — IF "YES" ENTER HIS/HER NAME AND ADDRESS, AND REASON FOR TRANSFER IN ITEM 11. EHS

C. WERE X-RAYS TAKEN? [X] YES [ ] NO

IF THERE IS ANY HISTORY OR EVIDENCE OF PRE-EXISTING INJURY, DISEASE OR PHYSICAL IMPAIRMENT, DESCRIBE SPECIFICALLY:

H/O LBP 1982 (2° back injury)

DIAGNOSIS

3. DESCRIBE NATURE AND EXTENT OF KNOWN OR REPORTED INJURY OR DISEASE WHEN EXAMINED, AND IF APPLICABLE, ANY CHANGE OF CONDITION SINCE LAST REPORT.

LBP 2° back injury. status post (L) wrist injury & surgery

4. DATE(S) OF EXAMINATION ON WHICH THIS REPORT IS BASED: 7/12/93 | DATE OF YOUR FIRST TREATMENT: 7/12/93 | ARE YOU CONTINUING TREATMENT? yes | IF "YES" WHEN WILL PATIENT BE SEEN AGAIN? 7/28/93

5. DESCRIBE TREATMENT RENDERED AND PLANNED FUTURE TREATMENT. IF PATIENT WAS HOSPITALIZED, SO STATE AND GIVE NAME AND LOCATION OF HOSPITAL AND DATES OF HOSPITALIZATION.

Physical Therapy; Occupational therapy; Solobid, Flexeril; bed rest

6. MAY THE INJURY RESULT IN PERMANENT RESTRICTION, TOTAL OR PARTIAL LOSS OF FUNCTION OF A PART OR MEMBER; OR PERMANENT FACIAL, HEAD OR NECK DISFIGUREMENT? [ ] YES [ ] NO — IF "YES" DESCRIBE: Not determined

7. FIRST DAY OF DISABILITY IF KNOWN:

8. IS PATIENT WORKING? [X] YES [ ] NO — IF "YES" ON WHAT DATE(S) DID PATIENT RESUME LIMITED WORK OF ANY KIND DATE: 7/20/93 | RESUME REGULAR WORK DATE:

IS PATIENT DISABLED? [X] YES [ ] NO — IF "YES" CHECK ONE: [X] PARTIAL DISABILITY [ ] TOTAL DISABILITY

9. WAS THE OCCURRENCE DESCRIBED ABOVE (OR IN YOUR PREVIOUS REPORT WHICH GAVE THIS INFORMATION) THE COMPETENT PRODUCING CAUSE OF THE INJURY AND DISABILITY (IF ANY) SUSTAINED? [X] YES [ ] NO

10. (a) ANY FACTORS DELAYING RECOVERY? IF "YES" DESCRIBE [ ] YES [ ] NO

(b) IS MEDICAL AND/OR VOCATIONAL REHABILITATION INDICATED? IF "YES" GIVE REFERRAL DETAILS [X] YES [ ] NO — PT, OT

11. ENTER HERE ADDITIONAL PERTINENT INFORMATION, WORK LIMITATIONS, IF ANY, ETC.

If your testimony should be necessary in this case, please indicate the days of the week and time of day (AM or PM) most convenient to you for this purpose:

* IF AUTHORIZATION FOR SPECIAL SERVICES IS REQUIRED, SEE ITEMS 4 AND 5 ON REVERSE.

| Dated | Typed or Printed Name of Attending Doctor | | Address |
|---|---|---|---|
| 7/12/93 | CORALIA POPESCU | | |

| WCB Rating Code | WCB Authorization No. | Telephone No. | Written Signature of Attending Doctor (Facsimile Not Accepted) |
|---|---|---|---|
| M01625730 | | | C. Popescu MD |

A CHIROPRACTOR OR PODIATRIST FILING THIS REPORT CERTIFIES THAT THE INJURY DESCRIBED CONSISTS SOLELY OF A CONDITION(S) WHICH MAY LAWFULLY BE TREATED AS DEFINED IN THE EDUCATION LAW AND, WHERE IT DOES NOT, HAS ADVISED THE INJURED PERSON TO CONSULT A PHYSICIAN OF HIS/HER CHOICE.

Form C-4 / C-48 (12-90)

SEE REVERSE SIDE FOR IMPORTANT INSTRUCTIONS

| | (a) NAME | (b) MAIL ADDRESS | (c) OSHA CASE OR FILE NO. |
|---|---|---|---|
| 1 EMPLOYER | Roni Giladi | P.O. Box 127 Millburn N.J. | |
| (d) LOCATION (if different from mail address) | | | (e) NYS UI EMPLOYER REG. NO |
| 2. INSURANCE CARRIER | 1199 | 66-93 | |
| 3. INJURED PERSON | Roni (First Name) (Middle Initial) Giladi (Last Name) | (Home Address Give Number and Street, City, State, Zip Code and Apt. No.) | |

**ACCIDENT**

4. (a) Address where accident occurered *(Include county)* 1300 Morris Park Ave parking lot.

(b) Was this employer's premises Yes ☐ No ☐

5. Date of accident: 6/30 1973 Day of Week ______ Hour of Day ______ A.M. 4:30 P.M.

6. (a) Date disability began: ______ 19____ Hour of Day ______ A.M. ______ P.M.

(b) Was injured paid in full for this day? ______

7. Brief description of accident: (state also what employee was doing at time of accident; what machine, object, or substance caused the accident or occupational disease; name any tool, equipment, etc., employee was using) I was loading the care with video equ. and when I wanted to put the camera in the trunk of the car, I fellet a sharp pain in my back.

**INJURED PERSON**

8. Check (X) ☒ Male ☐ Female 9. Age 41 10. Occupation Video Tabe

**NATURE OF INJURY OR OCCUPATIONAL DISEASE**

11. State nature of injury and part or parts of body affected: (as "Injury to Chest," etc.) back

12. Did you provide medical care? no If so, when? ______

13. Name and address of doctor: ______

14. Name and address of hospital: ______

15. (a) Has employee returned to work? ______ (b) If so, give date: ______

**EMPLOYER**

16. Nature of business: Education and Research

17. Department, where regularly employed: ______

FIRM NAME: ______ Tel. No. ______ Date of this Report. ______

Signed by: ______ Official title ______

**DOCTOR'S REPORT**

EMPLOYEE HEALTH SERVICE DOCTOR'S DIAGNOSIS [illegible]

TREATMENT OR ADVICE GIVEN [illegible]

PROBABLE TIME LOST 2-3 days

DOCTOR'S SIGNATURE [illegible]

UNSAFE ACT

UNSAFE CONDITION

C05163

ATTENDING DOCTOR'S REPORT

CHECK ONE: INITIAL / X PROGRESS / FINAL

CHECK TYPE OF DOCTOR: X PHYSICIAN / PODIATRIST / CHIROPRACTOR

PLEASE TYPE ALL ITEMS

| WCB CASE NO. (If Known) | CARRIER CASE NO. (If Known) | DATE OF INJURY AND TIME | ADDRESS WHERE INJURY OCCURRED (City, Town or Village) | INJURED PERSON'S SOC. SEC. NO. |
|---|---|---|---|---|
| | | 6/30/93 | | 112-64 |

| INJURED PERSON | (First Name) RONI | (Middle Initial) | (Last Name) GILADI | AGE 41 | ADDRESS (Include Apt. No.) | TELEPHONE |
|---|---|---|---|---|---|---|
| EMPLOYER* | AECOM | | | | | |
| INSURANCE CARRIER | | | | | | |
| SUPERVISING PHYSICIAN (If any) | | | | | | |

* If treatment was rendered under the VFBL or VAWBL show as EMPLOYER the liable political subdivision and enter "X" here: ☐

**HISTORY**

1. HAVE YOU FILED A PREVIOUS REPORT SETTING FORTH A HISTORY OF THE INJURY? X YES ☐ NO — IF "YES" ENTER DATE OF SUCH REPORT: 7/12/93 AND COMPLETE ITEMS 3-11 BELOW. IF "NO" COMPLETE ALL ITEMS BE[LOW]

A. STATE HOW INJURY OCCURRED AND GIVE SOURCE OF THIS INFORMATION. (IF CLAIM IS FOR OCCUPATIONAL DISEASE, INCLUDE OCCUPATIONAL HISTORY A[ND] DATE OF ONSET OF RELATED SYMPTOMS.)

B. WAS PATIENT PREVIOUSLY UNDER THE CARE OF ANOTHER DOCTOR FOR THIS INJURY? ☐ YES ☐ NO — IF "YES" ENTER HIS/HER NAME AND ADDRESS, AND REASON FOR TRANSFER IN ITEM 11.

C. WERE X-RAYS TAKEN? ☐ YES

2. IF THERE IS ANY HISTORY OR EVIDENCE OF PRE-EXISTING INJURY, DISEASE OR PHYSICAL IMPAIRMENT, DESCRIBE SPECIFICALLY:

**DIAGNOSIS**

3. DESCRIBE NATURE AND EXTENT OF KNOWN OR REPORTED INJURY OR DISEASE WHEN EXAMINED, AND IF APPLICABLE, ANY CHANGE OF CONDITION SINCE LAST REPORT.

LBP 2° back injury. S/P (L) wrist inj[ury] R surgery

**TREATMENT**

4. DATE(S) OF EXAMINATION ON WHICH THIS REPORT IS BASED: 7/19/93, 8/12/93 — DATE OF YOUR FIRST TREATMENT: 7/12/93 — ARE YOU CONTINUING TREATMENT? yes — IF "YES" WHEN W[ILL] PATIENT BE SEEN AGAIN? 9/[illegible]

5. DESCRIBE TREATMENT RENDERED AND PLANNED FUTURE TREATMENT. IF PATIENT WAS HOSPITALIZED, SO STATE AND GIVE NAME AND LOCATION OF HOSPITAL AND DATES OF HOSPITALIZATION.

Physical R Occupational therapy, [illegible] pain medic

**DISABILITY**

6. MAY THE INJURY RESULT IN PERMANENT RESTRICTION, TOTAL OR PARTIAL LOSS OF FUNCTION OF A PART OR MEMBER, OR PERMANENT FACIAL, HEAD OR NECK DISFIGUREMENT? ☐ YES ☐ NO — IF "YES" DESCRIBE [illegible]

7. FIRST DAY OF DISABILITY IF KNOWN — 8. IS PATIENT WORKING? ☐ YES X NO — IF "YES" ON WHAT DATE(S) DID PATIENT RESUME LIMITED WORK OF ANY KIND: DATE 8/23/93 — RESUME REGULAR WORK: DATE — IS PATIENT DISABLED? X YES ☐ NO — IF "YES" CHECK ONE: X PARTIAL DISABI[LITY] ☐ TOTAL DISABIL[ITY]

**CAUSAL RELATION**

9. WAS THE OCCURRENCE DESCRIBED ABOVE (OR IN YOUR PREVIOUS REPORT WHICH GAVE THIS INFORMATION) THE COMPETENT PRODUCING CAUSE OF THE INJURY AND DISABILITY (IF ANY) SUSTAINED? ☐ YES ☐ NO

**REHABILITATION**

10. (a) ANY FACTORS DELAYING RECOVERY? IF "YES" DESCRIBE ☐ YES X NO

(b) IS MEDICAL AND/OR VOCATIONAL REHABILITATION INDICATED? IF "YES" GIVE REFERRAL DETAILS X YES ☐ NO — PT, OT

**REMARKS**

11. ENTER HERE ADDITIONAL PERTINENT INFORMATION, WORK LIMITATIONS, IF ANY, ETC.

★ If your testimony should be necessary in this case, please indicate the days of the week and time of day (AM or PM) most convenient to you for this purpose: Monday AM

* IF AUTHORIZATION FOR SPECIAL SERVICES IS REQUIRED, SEE ITEMS 4 AND 5 ON REVERSE.

| Dated | Typed or Printed Name of Attending Doctor | Address |
|---|---|---|
| 8/12/93 | C. Popescu, M.D. | 1825 Eastchester Rd. Bx, NY 10[illegible] |

| WCB Rating Code | WCB Authorization No. | Telephone No. | Written Signature of Attending Doctor (Facsimile Not Accepted) |
|---|---|---|---|
| | 162573-0 | 718-904-2296 | C. Popescu MD |

A CHIROPRACTOR OR PODIATRIST FILING THIS REPORT CERTIFIES THAT THE INJURY DESCRIBED CONSISTS SOLELY OF A CON[DI]TION(S) WHICH MAY LAWFULLY BE TREATED AS DEFINED IN THE EDUCATION LAW AND, WHERE IT DOES NOT, HAS ADVIS[ED] THE INJURED PERSON TO CONSULT A PHYSICIAN OF HIS/HER CHOICE.

Combined C-4 / C-48 (12-90)

SEE REVERSE SIDE FOR IMPORTANT INSTRUCTIONS

C06164

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

Giladi

# PATIENT PROGRESS OBSERVATION RECORD

EVERY ENTRY MUST BE DATED & SIGNED

If no plate, patients's name, adm. no., sex & Doctor

| DATE | OBSERVATION |
|---|---|
| | activity |
| | — Home consult, Med-Gen |
| | [signature] MD |
| | |

PM-863E 1/83

MONTEFIORE MEDICAL CENTER
EVELYN AND JOSEPH LUBIN REHABILITATION CENTER OF THE JACK D. WEILER HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF MEDICINE, BRONX, N. Y.

## REHABILITATIVE PRESCRIPTION

Giladi, Roni
EHS #918369
10/1/93
WCB

ADDRESS O PLATE

1° Dx: LBP, B'lat, CTS

2° Dx:

Reason for request: ↓ pain ↑ ROM

Bedside ______ Gym ✓

Mental status: G Motivation: G

Precautions:

Cardio-respiratory:

Wt bearing status: NWB ____ TT ____ PWB ____ FWB ____ Probable discharge: Home ____ Elsewhere ____

GOALS: THERAPY PRESCRIPTION (including PT, OT & ST) Frequency: 2 X WK

Continue PT

" OT

Date: 10/1/93 Signed: [signature] M.D.

| | |
|---|---|
| | |
| | |
| | |
| | |

NSG - 1605 Rev. 3/72

MONTEFIORE MEDICAL CENTER
HENRY AND LUCY MOSES DIVISION
THE JACK D. WEILER HOSPITAL OF THE
ALBERT EINSTEIN COLLEGE OF MEDICINE

# PATIENT PROGRESS OBSERVATION RECORD

EVERY ENTRY MUST BE DATED & SIGNED

If no plate, patients's name, adm. no., sex & Doctor

PM-883E 1/83

MONTEFIORE MEDICAL CENTER
EVELYN AND JOSEPH LUBIN REHABILITATION CENTER OF THE JACK D. WEILER HOSPITAL OF THE ALBERT EINSTEIN COLLEGE OF MEDICINE, BRONX, N. Y.

## REHABILITATIVE PRESCRIPTION

1° Dx: LBP, H/O Back injury,
2° Dx: B/Lat OTS
Reason for request: ✓
Bedside___ Gym ✓
Mental status: G Motivation: G
Precautions:
Cardio-respiratory:
Wt bearing status: NWB___ TT___ PWB___ FWB___ Probable discharge: Home___ Elsewhere___
GOALS: THERAPY PRESCRIPTION (including PT, OT & ST) Frequency: 2-3 X WK

Continue PT

Continue OT

Date: 10/26/93 Signed: [signature] M.D.

Giladi, Roni
EHS #918369
10/26/93

ADDRESS O PLATE

NSG - 1605 Rev. 3/72

CCS166

THE JACK D. WEILER HOSPITAL
1825 EASTCHESTER ROAD
BRONX, NEW YORK 10461
DEPARTMENT OF RADIOLOGY
REPORT OF FINDINGS

CHART COPY

DOS 07/29/93 REQ # 140652
READ 07/30/93 TYPED 07/30/93
TYPED BY 17
RADIOLOGIST KIRSCHENBAUM, E
RESIDENT

MR# 918369
PATIENT GILADI, RONI
DOB 03/05/52 SSN 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
REFERRED BY VAN LIEU, JACLYN

LOCATION PHS

CLINICAL INDICATIONS TENDERNESS LEFT HAND AND WRIST

LEFT HAND:

CLINICAL DIAGNOSIS: R/O FRACTURE, R/O DEGENERATIVE JOINT DISEASE

Lateral and oblique views of the right hand show no evidence of fracture or dislocation. There are no changes of degenerative joint disease. There is no evidence of calcific tendonitis. Comparison view of the right hand also demonstrates no abnormality.

IMPRESSION:

Negative left hand.

APPROVED BY KIRSCHENBAUM, E , M. D.

C0S167

X-RAY

THE JACK D. WEILER HOSPITAL
1825 EASTCHESTER ROAD
BRONX, NEW YORK 10461
DEPARTMENT OF RADIOLOGY
REPORT OF FINDINGS

REF PHYSICIAN COPY

DOS 07/08/93 REQ # 137276
READ 07/09/93 TYPED 07/09/93
TYPED BY 12
RADIOLOGIST SMITH, THEODORE
RESIDENT

MR# 918369
PATIENT GILADI, RONI
DOB 03/05/52 SSN 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
REFERRED BY VAN LIEU, JACLYN

LOCATION PHS

CLINICAL INDICATIONS LOW BACK PAIN

DORSAL SPINE: AP & LATERAL 7/8/93

CLINICAL DIAGNOSIS: BACK PAIN

Comparison is made to the previous examination of 4/20/82.

No discrete bone destruction is demonstrated. There are moderate hypertrophic spurs in the mid and lower dorsal spine. The disc spaces appear intact.

IMPRESSION:

No significant appearing abnormality.

LS SPINE: AP/LATERAL CONED DOWN L5-S1 & RIGHT AND LEFT POSTERIOR OBLIQUE VIEWS.

There is a similar appearance of 4/20/82.

No discrete bone destruction is demonstrated for fracture or subluxation.

The disc spaces appear within normal limits.

IMPRESSION:

No significant abnormality.

APPROVED BY SMITH, THEODORE , M. D.

X-RAY

STATE OF NEW YORK
WORKERS' COMPENSATION BOARD

# ATTENDING DOCTOR'S REPORT

(CHECK ONE): [ ] INITIAL [X] PROGRESS [ ] FINAL  AC26044

CHECK TYPE OF DOCTOR: [X] PHYSICIAN [ ] PODIATRIST [ ] CHIROPR

PLEASE TYPE ALL ITEMS

| WCB CASE NO. (If Known) | CARRIER CASE NO. (If Known) | DATE OF INJURY AND TIME | ADDRESS WHERE INJURY OCCURRED (City, Town or Village) | INJURED PERSON SOC. SEC. NO. |
|---|---|---|---|---|
| | | 6/30/93 | | 112-64-. |

| | | | |
|---|---|---|---|
| INJURED PERSON | (First Name) (Middle Initial) (Last Name) RONI GILADI AGE 41 | ADDRESS (Include Apt. No.) P.O. Box 127 Midbourne NJ 07041 | TELEPHONE |
| EMPLOYER* | AECOM | 1300 Morris Pk Ave | |
| INSURANCE CARRIER | S.I.F. | 199 Church St | |
| SUPERVISING PHYSICIAN (if any) | | NYC 10007 | |

* If treatment was rendered under the VFBL or VAWBL show as EMPLOYER the liable political subdivision and enter "X" here: [ ]

1. HAVE YOU FILED A PREVIOUS REPORT SETTING FORTH A HISTORY OF THE INJURY? [X] YES [ ] NO — IF "YES" ENTER DATE OF SUCH REPORT: 8/12/93 AND COMPLETE ITEMS 3-11 BELOW. IF "NO" COMPL ALL ITEMS BEL

HISTORY

A. STATE HOW INJURY OCCURRED AND GIVE SOURCE OF THIS INFORMATION. (IF CLAIM IS FOR OCCUPATIONAL DISEASE, INCLUDE OCCUPATIONAL HISTORY A DATE OF ONSET OF RELATED SYMPTOMS.)

B. WAS PATIENT PREVIOUSLY UNDER THE CARE OF ANOTHER DOCTOR FOR THIS INJURY? [ ] YES [ ] NO — IF "YES" ENTER HIS/HER NAME AND ADDRESS, AND REASON FOR TRANSFER IN ITEM 11.

C. WERE X-RAYS TAKEN? [ ] YES

2. IF THERE IS ANY HISTORY OR EVIDENCE OF PRE-EXISTING INJURY, DISEASE OR PHYSICAL IMPAIRMENT, DESCRIBE SPECIFICALLY:

DIAGNOSIS

3. DESCRIBE NATURE AND EXTENT OF KNOWN OR REPORTED INJURY OR DISEASE WHEN EXAMINED, AND IF APPLICABLE, ANY CHANGE OF CONDITION SINCE LAST REPORT.
LBP. H/O Back injury. B/lat. CTS

TREATMENT

4. DATE(S) OF EXAMINATION ON WHICH THIS REPORT IS BASED: 8/23/93; 10/1/93; 10/26/93 — DATE OF YOUR FIRST TREATMENT: 7/12/93 — ARE YOU CONTINUING TREATMENT? Yes — IF "YES" WHEN W PATIENT BE SEEN AGAIN? only

5. DESCRIBE TREATMENT RENDERED AND PLANNED FUTURE TREATMENT. IF PATIENT WAS HOSPITALIZED, SO STATE AND GIVE NAME AND LOCATION OF HOSPITAL AND DATES OF HOSPITALIZATION.
PT, OT, pain medic, exs., rest

DISABILITY

6. MAY THE INJURY RESULT IN PERMANENT RESTRICTION, TOTAL OR PARTIAL LOSS OF FUNCTION OF A PART OR MEMBER, OR PERMANENT FACIAL, HEAD OR NECK DISFIGUREMENT? [ ] YES [ ] NO — IF "YES" DESCRIBE

7. FIRST DAY OF DISABILITY IF KNOWN: 8/10/93

8. IS PATIENT WORKING? [ ] YES [X] NO

IF "YES" ON WHAT DATE(S) DID PATIENT — RESUME LIMITED WORK OF ANY KIND DATE: not determined — RESUME REGULAR WORK DATE:

IS PATIENT DISABLED? [X] YES [ ] NO — IF "YES" CHECK ONE [X] PARTIAL DISAB [ ] TOTAL DISAB

CAUSAL RELATION

9. WAS THE OCCURRENCE DESCRIBED ABOVE (OR IN YOUR PREVIOUS REPORT WHICH GAVE THIS INFORMATION) THE COMPETENT PRODUCING CAUSE OF THE INJURY AND DISABILITY (IF ANY) SUSTAINED? [X] YES [ ] NO

REHABILITATION

10. (a) ANY FACTORS DELAYING RECOVERY? IF "YES" DESCRIBE [ ] YES [X] NO

(b) IS MEDICAL AND/OR VOCATIONAL REHABILITATION INDICATED? IF "YES" GIVE REFERRAL DETAILS [ ] YES [ ] NO

REMARKS

11. ENTER HERE ADDITIONAL PERTINENT INFORMATION, WORK LIMITATIONS, IF ANY, ETC.

★ If your testimony should be necessary in this case, please indicate the days of the week and time of day (AM or PM) most convenient to you for this purpose: Monday AM - in White Plains office only

* IF AUTHORIZATION FOR SPECIAL SERVICES IS REQUIRED, SEE ITEMS 4 AND 5 ON REVERSE.

| Dated | Typed or Printed Name of Attending Doctor | Address |
|---|---|---|
| 10/26/93 | Coralia Popescu, M.D. | 1825 Eastchester Rd, Bx, NY 10 |

| WCB Rating Code | WCB Authorization No. | Telephone No. | Written Signature of Attending Doctor (Facsimile Not Accepted) |
|---|---|---|---|
| | 162573-0 | 718-904-2296 | C. Popescu MD |

A CHIROPRACTOR OR PODIATRIST FILING THIS REPORT CERTIFIES THAT THE INJURY DESCRIBED CONSISTS SOLELY OF A ( TION(S) WHICH MAY LAWFULLY BE TREATED AS DEFINED IN THE EDUCATION LAW AND, WHERE IT DOES NOT HAS AD THE INJURED PERSON TO CONSULT A PHYSICIAN OF HIS/HER CHOICE.

Business Forms Division

005169

MONTEFIORE MEDICAL CENTER

O.R. CIRCULATING SHEET

OPERATION DATE: 12/12/91

RR GILADI,RONI
P08127KILBOURNE NJ07041
P B.STRAUCH PLS
112643264 N39 H 011-972-5334
06443890 0003 8121291

OPERATING ROOM NO.: 4
EMERGENCY: YES ☐
TYPE OF PATIENT: SAA
PATIENT SERVICE: Plastics

TYPE OF ANESTHESIA: General
ANESTHETIC AGENT 1–10: —

ATTENDING SURGEON 1: Dr B Strauch
ATTENDING SURGEON 2: —
ATTENDING SURGEON 3: —
SURGICAL ASSISTANT 1: Dr H Sterman
SURGICAL ASSISTANT 2: Dr D Jarczy
SURGICAL ASSISTANT 3: —
SURGICAL ASSISTANT 4: —
ANESTHESIA ATTENDING 1: Dr Nagashima
ANESTHESIA ATTENDING 2: —
ANESTHESIA RESIDENT 1: M Mosco CRNA
ANESTHESIA RESIDENT 2: —
ANESTHESIA RESIDENT 3: —
SCRUB ASSISTANT 1: J Stocks CST
SCRUB ASSISTANT 2: —
SCRUB RELIEF 1: —
CIRCULATOR 1: S Brickel 13d
CIRCULATOR 2: —
FINAL CIRCULATOR: —
ORDERLY 1: G. Brewster
ORDERLY 2: —

TIME PATIENT ON TABLE: 0920
TIME ANESTHESIA STARTED: 0925
TIME OPERATION STARTED: 0955
TIME OPERATION COMPLETED: 1000
CHARGE ITEMS: NO ☐ YES ☒
TIME PATIENT OUT OF ROOM: 1015
ELAPSED TIME:
TIME CHARGE: 20 $
CHARGE ITEM TOTAL: 22 $ 1

PRE-OPERATIVE DIAGNOSIS: Compression Ulnar nerve left elbow + median nerves left wrist

POST-OPERATIVE DIAGNOSIS: Same

OPERATION: Neurolysis + Transposition Ulnar nerve left elbow, Neurolysis Ulnar Nerve Lt wrist Neurolysis median nerve left wrist

OPERATION CODE: 04.49 PROC. 1: 04.6
SPECIMEN: ☐ NO ☐ YES
SURGICAL COMPLICATION: ☒ NO ☐ YES-SEE REMARKS

RELIEF: 1000-1015 L Powell RN

REMARKS:

NUMBER OF BLOOD UNITS: 0
SPONGE COUNT: ☒ NO ☐ YES
INSTRUMENT COUNT: ☒ NO ☐ YES
NEEDLE COUNT: ☒ NO ☐ YES
DIRTY CASE: ☒ NO ☐ YES

SIGNATURES
CIRCULATOR 1: Sandy Brickel
CIRCULATOR 2: —
FINAL CIRCULATOR: —

FORM NO. OR 3582 M REV 2/89

COS170

138849
TOTAL P.02



ROBERT W. BEASLEY, M.D.
ALAMGIR ISANI, M.D.
JOEL B. GRAD, M.D.

April 28, 1993

Ronald Sultan, M.D.
930 Kennedy Blvd.
Bayonne, NJ 07002

RE: Roni Giladi

Dear Dr. Sultan:

Thank you for having asked Mr. Giladi to see me concerning the persistence of problems of his left hand. He is 41 years old and left hand dominant. He relates that in December of 1991 at Albert Einstein Center he had an operation on his left hand despite which he has complaints of a persistent diminished sensibility in the ulnar nerve distribution.

As I went through this situation it became increasingly complicated and it is apparent that it is going to require careful workup with repeated evaluations as well as thorough review of the previous treatment. As Mr. Giladi works at Einstein, I recommended that he should seek the competent consultation of Dr. Lester who is the highly respected hand surgeon on the orthopedic service there. The multiple visits for evaluation as well as the availability of the records etc. will be much more practical in this manner.

Yours sincerely,

Robert W. Beasley, M.D.
Professor and Director
NYU Hand Service

cc: patient

C00171

41 y/o man LHD (works w/ both) - Video producer/editor

(1) Since surgery 12/12/91 (Lt ulnar decompression - cubital tunnel, Guyon's canal, Lt median decompression - wrist), A. Einstein Hospital; STATES PRE-OP NO numbness NOR WEAKNESS. Lt elbow "needle" pain - constant x 3 mo, now intermittent. Also - tenderness at incision, numbness of Lt V, ½IV - worse with elbow flexion, wrist flexion.

- 1987 Lt median n. partial laceration, had ↓ sensation I, II & III and improvement upon repair/decompression - IMMEDIATE post op (CT release) - 2 weeks later.

- Lt IV, V - locking x 1, 1 month ago

PE: grip - Rt 115 lbs | Lt 46 lbs

* Lateral pinch: R - 23 lbs. Lt 11 lbs.

| | Rt | Lt |
|---|---|---|
| Sensibility | nl | ↓ V, ½ IV, dorsal branch - sens. ulnar; median, radial - intact |
| Phalen's | NEG @ 60 SEC | * @ 25 sec V, ½ V; @ 35 sec II, III, ? I. |
| Tinel: | neg. at wrist/elbow | neg at wrist. ⊕ at elbow, ⊕ dysesthetic at incision L elbow, |
| Flexor tendons | non-tender | non tender. |
| | | - intrinsics weak on Lt; medial cutaneous n. intact |

. NOTE: 12 years ago - had "whiplash" injury with cervical pain, with weakness R hand.

PMH: Neg
PSH - above
Meds ∅
Allergies: -

EDS: 4 months ago: in Israel

| Sensory | | Latency (ms) | | |
|---|---|---|---|---|
| L median - wrist | | 5.1 | R median - wrist | 5.2 |
| L ulnar - wrist | | 4.2 | R ulnar wrist | 3.6 |
| | below elbow | 8.7 | below elbow. | 8.5 |

MOTOR.
L - median wrist 4.2
L ulnar - above - below - 9.8.

Impression: Persistent ulnar neuropathy Lt, etiology unknown

Plan: : Review operative notes
Suggest refer to Dr. Bernice [illegible] at Einstein

C06172

701 Westchester Avenue
White Plains, NY 10604
(914) 997-4800

THE STATE INSURANCE FUND
199 CHURCH STREET, NEW YORK, NY 10007
(212) 312-9000

159 N.Franklin Street
Hempstead, NY 11550
(516)538-7800

2950 Expressway Dr So.
Islandia, NY 11722
(516) 233-3700

A356779

| PATIENT | EMPLOYER | DATE OF ACCIDENT | S.I.F. CASE NUMBER |
|---|---|---|---|
| Roni Giladi<br>P.O. Box 127<br>Millburen, New Jersey 07041 | Yeshiva University<br>2495 Amsterdam Avenue<br>New York | 6/30/93 | 38398020<br>044<br>SEQ #001 |

FIRST EXAMINATION

HISTORY: There is no folder available on this man. The only material that I have available is material he brought in himself which includes a C-4 from Dr. Cohen and a letter from Dr. Cohen to his original doctor detailing the problems in his back and hands.

There is a request on the C-4 for an MRI of the lumbar spine.

A 41 year old medical school employee who was returning equipment and hurt the left hand, developed sharp pain in the lower back. Physiotherapy three times a week to the back and hands. Brings in a C-4 with requests from Dr. Cohen, a neurologist, for MRI of the lumbar spine. Also complains of pain and swelling of the right hand and also the left hand after use.

He had surgery on the left hand 12/12/91 for carpal tunnel syndrome and also release of the ulnar nerve in the elbow. Claims that he had no trouble with the left hand until his injury on 6/30/93.

All symptoms apparently started on 6/30/93 and he stopped work on 8/10/93 due to the back and hand symptoms.

EXAMINATION: A 5'11" tall, 195 pound man.

BACK: He forward bends about 30 degrees, backward bends about 10 degrees, side to side bends about 20 degrees. Complaining of back pain. There is some tenderness L5-S1 at this particular examination. Can squat about 20 percent of normal. Climbs on the exam table with a great deal of difficulty. Left straight leg raising to about 30 degrees when he complains of severe back pain.

Reflexes in the knees and ankles are equal and active. Sensation in the legs is normal. Dorsiflexion of the feet is normal.

LEFT HAND: There is a three cms oblique scar in the volar surface of the wrist of the left hand. There is a full range of motion of the left hand. He can make a fist. He can dorsal flex and volar flex easily. Spreads fingers without any difficulty. He brings

Re Examine in

DATE OF EXAMINATION

SIGNATURE OF EXAMINING PHYSICIAN

MEDICAL REPORT OF EXAMINATION
S.I.F. FORM M-8(5/88)

EXHIBIT
Delts? R
4/13/97

701 Westchester Avenue
White Plains, NY 10604
(914) 997-4800

# THE STATE INSURANCE FUND

199 CHURCH STREET, NEW YORK, NY 10007
(212) 312-9000

159 N.Franklin Street
Hempstead, NY 11550
(516)538-7800

2950 Expressway Dr So.
Islandia, NY 11722
(516) 233-3700

| PATIENT | EMPLOYER | DATE OF ACCIDENT | S.I.F. CASE NUMBER |
|---|---|---|---|
| Roni Giladi<br>P.O. Box 127<br>Millburen, New Jersey 07041 | Yeshiva University<br>2495 Amsterdam Avenue<br>New York | 6/30/93 | 38398020<br>044<br>SEQ #001 |

FIRST EXAMINATION

HISTORY: There is no folder available on this man. The only material that I have available is material he brought in himself which includes a C-4 from Dr. Cohen and a letter from Dr. Cohen to his original doctor detailing the problems in his back and hands.

There is a request on the C-4 for an MRI of the lumbar spine.

A 41 year old medical school employee who was returning equipment and hurt the left hand, developed sharp pain in the lower back. Physiotherapy three times a week to the back and hands. Brings in a C-4 with requests from Dr. Cohen, a neurologist, for MRI of the lumbar spine. Also complains of pain and swelling of the right hand and also the left hand after use.

He had surgery on the left hand 12/12/91 for carpal tunnel syndrome and also release of the ulnar nerve in the elbow. Claims that he had no trouble with the left hand until his injury on 6/30/93.

All symptoms apparently started on 6/30/93 and he stopped work on 8/10/93 due to the back and hand symptoms.

EXAMINATION: A 5'11" tall, 195 pound man.

BACK: He forward bends about 30 degrees, backward bends about 10 degrees, side to side bends about 20 degrees. Complaining of back pain. There is some tenderness L5-S1 at this particular examination. Can squat about 20 percent of normal. Climbs on the exam table with a great deal of difficulty. Left straight leg raising to about 30 degrees when he complains of severe back pain.

Reflexes in the knees and ankles are equal and active. Sensation in the legs is normal. Dorsiflexion of the feet is normal.

LEFT HAND: There is a three cms oblique scar in the volar surface of the wrist of the left hand. There is a full range of motion of the left hand. He can make a fist. He can dorsal flex and volar flex easily. Spreads fingers without any difficulty. He brings

Re Examine in

DATE OF EXAMINATION

SIGNATURE OF EXAMINING PHYSICIAN

MEDICAL REPORT OF EXAMINATION
S.I.F. FORM M-8(5/88)

201 Westchester Avenue
White Plains, NY 10604
(914) 997-4800

# THE STATE INSURANCE FUND

199 CHURCH STREET, NEW YORK, NY 10007
(212) 312-9000

159 N.Franklin Street
Hempstead, NY 11550
(516)538-7800

2950 Expressway Dr So.
Islandia, NY 11722
(516) 233-3700

| PATIENT | EMPLOYER | DATE OF ACCIDENT | S.I.F. CASE NUMBER |
|---|---|---|---|
| Roni Giladi | | | 33398020 044 |

Page 2

them together easily. He can invert and evert the wrist easily. There is no tenderness over the carpal tunnel area. Sensation on both fingers is normal.

RIGHT HAND: Has a splint on this hand which is removed. Has a full range of motion of the right hand. He can make a fist. Dorsal flex and volar flex normally. Invert and evert the wrist normally. Spreads fingers and closes fingers normally. There is no sensory loss. No tenderness over the carpal tunnel.

SUMMARY: Disability is total and temporary. Claimant is not working. Authorize an MRI of the lumbar spine to Dr. Cohen. No further authorization of any testing at the present time. Authorize physiotherapy two times a week for the hands and back for four weeks. We will re-check in four weeks.

FORWARDED TO WORKERS COMP. BOARD
NOV 04 1993
BY THE STATE INSURANCE FUND

Re Examine in 4 Weeks

DATE OF EXAMINATION

10/25/93

Dr. C. Schetlin
SIGNATURE OF EXAMINING PHYSICIAN

MEDICAL REPORT OF EXAMINATION
S.I.F. FORM M-8(5/88)

**Initiating Claim**

Received: 06/28/94

Document Control Number: 9417940043

**CLAIMANT**

Case File Number: 38398020044

Claim Type: WC

Name: RONI GILADI
Address: P O BOX 127
MILLBURN NJ 07041

DOB/Age:

SSN: 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

Occupation:

Former Name:
Former Name:
Former Name:
Previous Address:

Previous Address:

Previous Address:

**DOCTOR** Name/Facility:
Address:

**INSURED** Name: YESHIVA UNIVERSITY
Address: 2495 AMSTERDAM AVENUE
NEW YORK NY 10033

**ATTORNEY** Name/Firm:
Address:

**CUSTOMER** Name: STATE INSURANCE FUND OF NY
Address: INVESTIGATION UNIT
199 CHURCH ST
NEW YORK NY 10007

**ACCIDENT** Date: 06/30/93
Alleged Injuries: BACK

Location:

**Matching Claim**

Received: 05/11/93

Document Control Number: 9313118753

**CLAIMANT**

Case File Number: 231 051705

Claim Type: GL

Name: RONI GILADI
Address: P.O. BOX 127
MILLBURN NJ 07041

DOB/Age: 41

SSN:

Occupation:

Former Name:
Former Name:
Former Name:
Previous Address:

Previous Address:

Previous Address:

**DOCTOR** Name/Facility:
Address:

**INSURED** Name: SEARS ROEBUCK AND CO
Address: SMG LOSS PREVENTION 59 S ORANG
LIVINGSTON NJ 07039

**ATTORNEY** Name/Firm:
Address:

**CUSTOMER** Name: KEMPER INSURANCE COS
Address: BRANCH CLAIMS
BEECHWOOD AT DE FOREST
SUMMIT NJ 07901 - 2154

**ACCIDENT** Date: 05/08/93
Alleged Injuries: ARMS, RT SHIN & DIZZINESS

Location: 59 S ORANGE AVE/LIVINGSTON ML
LIVINGSTON NJ 07039

ELAL אלעל

FREQUENT FLYER CLUBS

ךיראת: 17/01/2003 17:07
ףד: 1

Edited by:
RITA DRATBE

GILADI RONI

10 קילבוב
הינתנ , 42356
Israel

Netanya

Club: Frequent Israel

| רבח םש | רבח רפסמ |
|---|---|
| GILADI RONI | TL 2538734 |

ה/רקי ה/רבח,
ךתוכזל ורבצנש תודוקנ טוריפ ךילא ריבעהל םידבכתמ ונחנ.
ךסמב תאצמנה רווידה תמישרב םיישיאה םכיטרפו ינורטקלאה ראודה תבותכ תא ואלמ .טנרטניאב לע-לא רתאל וסנכה םיעצבמו ם
www.elal.co.ilשבאתר האינטרנט- Epoints

ךיראת דע ןכדועמ ,תודוקנ בצמ ח"ד : 17/01/2003

לוצינל לע-לא תודוקנ תרתי טוריפ

| שומישל 'קנ תר | תודוקנ תואכז | | תולועפ / תוסיט טוריפ | הלועפ ךיראת | רבח רפסמ |
|---|---|---|---|---|---|
| 110 | 110 | OLD | NML FLT 0028 EWR-TLV Class:N | 15/01/00 | 2538734 |
| 110 | 110 | OLD | NML FLT 0017 TLV-EWR Class:N | 27/01/00 | 2538734 |
| 200 | 200 | | NML FLT 0008 JFK-TLV Class:M | 05/09/02 | 2538734 |
| 265 | 265 | | NML FLT 0001 TLV-JFK Class:D | 19/09/02 | 2538734 |

BON - Bonus ticket
NML - Regular purchased ticket
NPT - Discount fare ticket (AD, GR, ID, TG, TC)

תודוקנ תריבצ טוריפ

| םישדוח 12 ךשמב ורבצנש תודוקנ 'סמ | הריבצ תפוקת |
|---|---|
| 465 | 05/09/2002-19/09/2002 |

וקפנוהש םירבוש טוריפ

| תולועפ / תוסיט טוריפ | הלועפ ךיראת | רבח רפסמ |
|---|---|---|
| No. 15020971 Reg:E Class:M Blue:1400 | 12/04/1999 | 2538734 |
| No. 15044922 Reg:C Class:C Blue:100 | 09/06/1999 | 2538734 |

ה.ל.ט

EL AL אל על

תאריך: 17/01/2003 17:07
FREQUENT FLYER CLUBS
דף: 2

| GILADI RONI | מספר חבר TL 2538734 |
|---|---|

פירוט שוברים שהונפקו

| מספר חבר | תאריך פעולה | פירוט טיסות / פעולות |
|---|---|---|
| 2538734 | 24/08/1999 | No. 15082695 Reg:E Class:M Blue:800,Prtnr:20,BPN:90 |
| 2538734 | 24/08/1999 | No. 15082696 Reg:E Class:M Blue:910 |
| 2538734 | 11/10/2000 | No. 15275143 Reg:E2 Class:C Blue:300,BPN:350 |
| 2538734 | 07/08/2002 | No. 15568123 Reg:E Class:M Blue:550,Prtnr:20,BPN:430 |

פירוט הנקודות בשוברים שהונפקו

| מספר חבר | תאריך פעולה | פירוט טיסות / פעולות | זכאות נקודות | נקודות שנוצלו | מספר שובר |
|---|---|---|---|---|---|
| 2538734 | 14/03/1998 | NML FLT 0008 JFK-TLV Class:M | 200 | 200 | 15020971 |
| 2538734 | 24/03/1998 | NML FLT 0001 TLV-JFK Class:M | 200 | 200 | 15020971 |
| 2538734 | 09/08/1998 | NML FLT 0104 EWR-TLV Class:N | 110 | 110 | 15020971 |
| 2538734 | 01/09/1998 | NML FLT 0001 TLV-JFK Class:M | 200 | 200 | 15020971 |
| 2538734 | 18/10/1998 | NML FLT 0018 EWR-TLV Class:M | 200 | 200 | 15020971 |
| 2538734 | 23/10/1998 | NML FLT 0001 TLV-JFK Class:M | 200 | 200 | 15020971 |
| 2538734 | 25/10/1998 | NML FLT 0018 EWR-TLV Class:M | 200 | 200 | 15020971 |
| 2538734 | 06/11/1998 | NML FLT 0001 TLV-JFK Class:M | 200 | 90 | 15020971 |
| 2538734 | 16/08/1995 | NML FLT 0024 JFK-TLV Class:M | 200 | 100 | 15044922 |
| 2538734 | 07/02/1996 | HRT HERTZ ISRAEL | 20 | 20 | 15082695 |
| 2538734 | 04/09/1996 | NML FLT 0008 JFK-TLV Class:M | 200 | 200 | 15082695 |
| 2538734 | 16/09/1996 | NML FLT 0001 TLV-JFK Class:M | 200 | 200 | 15082695 |
| 2538734 | 25/12/1996 | NML FLT 0004 JFK-TLV Class:M | 200 | 200 | 15082695 |
| 2538734 | 01/01/1997 | NML FLT 0001 TLV-JFK Class:M | 200 | 200 | 15082695 |
| 2538734 | 24/08/1999 | Change Vcr No.15082695 | 1 | 1 | 15082695 |
| 2538734 | 11/10/2000 | Change Vcr No.15082695 | 1 | 1 | 15082695 |
| 2538734 | 11/10/2000 | Bought Points Vcr No.15082695 | 90 | 90 | 15082695 |
| 2538734 | 11/10/2000 | Change Vcr No.15082695 | 1 | 1 | 15082695 |
| 2538734 | 06/11/1998 | NML FLT 0001 TLV-JFK Class:M | 200 | 110 | 15082696 |

EL AL אל על

FREQUENT FLYER CLUBS

תאריך: 17/01/2003 17:08
דף: 3

| מספר חבר TL 2538734 | GILADI RONI |
|---|---|

פירוט הנקודות בשוברים שהונפקו

| מספר חבר | תאריך פעולה | פירוט טיסות / פעולות | נקודות זכאות | נקודות שנוצלו | מספר שובר |
|---|---|---|---|---|---|
| 2538734 | 24/01/1999 | NML FLT 0104 EWR-TLV Class:M | 200 | 200 | 15082696 |
| 2538734 | 02/02/1999 | NML FLT 0001 TLV-JFK Class:M | 200 | 200 | 15082696 |
| 2538734 | 19/04/1999 | NML FLT 0018 EWR-TLV Class:M | 200 | 200 | 15082696 |
| 2538734 | 06/05/1999 | NML FLT 0001 TLV-JFK Class:M | 200 | 200 | 15082696 |
| 2538734 | 11/10/2000 | Change Vcr No.15082696 | 1 | 1 | 15082696 |
| 2538734 | 16/08/1995 | NML FLT 0024 JFK-TLV Class:M | 200 | 100 | 15275143 |
| 2538734 | 31/08/1995 | NML FLT 0001 TLV-JFK Class:M | 200 | 200 | 15275143 |
| 2538734 | 11/10/2000 | Bought Points Vcr No.15275143 | 350 | 350 | 15275143 |
| 2538734 | 11/10/2000 | Change Vcr No.15275143 | 1 | 1 | 15275143 |
| 2538734 | 04/10/2000 | NML FLT 0022 JFK-TLV Class:N | 110 | 110 | 15568123 |
| 2538734 | 11/10/2000 | LY EL AL SPECIAL POINTS E-MAIL ADDRESS UPDATE | 20 | 20 | 15568123 |
| 2538734 | 27/10/2000 | NML FLT 0017 TLV-EWR Class:N | 110 | 110 | 15568123 |
| 2538734 | 17/02/2001 | NML FLT 0008 JFK-TLV Class:N | 110 | 110 | 15568123 |
| 2538734 | 01/03/2001 | NML FLT 0003 TLV-JFK Class:N | 110 | 110 | 15568123 |
| 2538734 | 08/06/2001 | NML FLT 0019 TLV-EWR Class:N | 110 | 110 | 15568123 |
| 2538734 | 07/08/2002 | Bought Points Vcr No.15568123 | 430 | 430 | 15568123 |

ס.ד.ח

**Requestor:**
**From:**
**Phone:**
**Fax:**
**email:**

```
PHTS    LY 0001              DATE 22SEP02   A-Z
PURGE   PURGE  CREATION              ORIGINATOR
DATE    FLT NO TIME DATE        TELETYPE DUTY SIGN CITY
22SEP02 LY0001 1523 10OCT01            GS    AN    NYC
TKT-DATA STORED: NO    LJTX3Y PNR. ADDR. 8433D0FB

NAMES
     1GILADI/RONI
ITINERARY
     LY0008 M   05SEP   JFKTLV HK 1          2310-4   1635-5 Y-M
     LY0001 D   19SEP   TLVJFK HK 1          0100-4   0530-4 C-D
PHONE
     NYCLY-H 973 578 7697 BEEPER
     NYCLY-H 09 8625093
HOST AIRLINE FACTS
     SSRFQTVLY HK 0001 LY0001    19SEP 1GILADI/RONI TL253873
     SSRFQTVLY HK 0001 LY0008    05SEP 1GILADI/RONI TL253873
     SSRNSSTLY HK 0001 LY0008    05SEP 1GILADI/RONI SEAT 30J
     SSRNSSTLY HK 0001 LY0001    19SEP 1GILADI/RONI SEAT 10G
REMARKS
     SYSN      UTR/1556/14MAR/NYCLY/SI/
     NYCLYGS CK DUPE W/LFF2T4 NYCGSGS11JUL
     SYSN      LMTC/1322/07AUG/NYCLY/BL/
     NYCLYBL DUPE XLD NYCBLGS08AUG
     NYCLYBL ATTN TLV/NYC WE HV BEEN UNA TO REACH PAX PLS TRY ISR NMB
0              R RE SC LY28/28AUG THX NYCBLGS08AUG
     NYCLYBL ..PLS ALSO ADV HIM HIS DUPE PNR XCLD THX
     NYCLYHG OSI LY BON BP 114 2407156617-1GILADI/RONI
     NYCLYHG OSI LY BON BP 114 2407156620-1GILADI/RONI
     NYCLYLB PSGR HLDING 2 OW BONUS TKTS STICKERED FOR ABOVE FLTS NYC
               LBGS04SEP
RECEIVED FROM
     RCVD-PSGR/CTO
TICKETING
   A NYCLY10OCTAN 1142407156617 GILADI/RONI
   A NYCLY10OCTAN 1142407156620 GILADI/RONI
TICKET INDEX
       9   T   GILADI/RONI
                  1142407156617      LYNYCAN10OCT
       5   T   GILADI/RONI
                  1142407156620      LYNYCAN10OCT
HISTORY
AS LY0018 M   30JUL   EWRTLV HS 1          1930-2   1255-3 Y-M
     RCVD-PSGR/CTO
     10OCT01 1523   NYCLYANGS
AP NYCLY      /10OCT/ 1142407156617 GILADI/RONI
     RCVD
     10OCT01 1528   NYCLYANGS
XP NYCLY      /22JUL/
     RCVD
     10OCT01 1528   NYCLYANGS
AS LY0001 D   30AUG   TLVJFK HS 1          0100-5   0540-5 C-D
```

```
     RCVD-PSGR
     10OCT01 1533   NYCLYANGS
AP NYCLY      /10OCT/ 1142407156620 GILADI/RONI
     RCVD
     10OCT01 1543   NYCLYANGS
SC LY0001 D   30AUG   TLVJFK HK 1-WK         0100-5   0540-5 C-D
AS LY0001 D   30AUG   TLVJFK SC 1         TC 0100-5   0545-5 C-D
     RCVD-SM.REAC/0944Z/29NOV01
SC LY0018 M   30JUL   EWRTLV HK 1-WK         1930-2   1255-3 Y-M
AS LY0018 M   30JUL   EWRTLV SC 1         TC 1930-2   1315-3 Y-M
     RCVD-SM.REAC/1518Z/05DEC01
SC LY0018 M   30JUL   EWRTLV SC 1-WK         1930-2   1315-3 Y-M
AS LY0028 M   30JUL   EWRTLV SC 1         TC 1430-2   0815-3 Y-M
     RCVD-SM.REAC/1429Z/12FEB02
QA QACTN-QR
     RCVD
     12FEB02 1430   QOSLYLBSM
QA QACTN-QEP/72
     RCVD
     12FEB02 1503   NYCLYCSSU
XF NYCLY-H 973 578 7697
AF NYCLY-H 973 578 7697 BEEPER
     RCVD-HD/Q72 BEEPER
     26MAR02 0025   NYCLYHDGS
AS LY0028 S   28AUG   EWRTLV HS 1            1430-3   0815-4 Y-S
     RCVD-PAX
     27JUN02 1218   TLVLYEOGS
AF TLVLY-09/8625093
Y       RCVD-PAX
     27JUN02 1225   TLVLYMOSU
QA QACTN-QEP/NYC
     RCVD-PAX
     27JUN02 1228   TLVLYMOSU
XS LY0001 D   30AUG   TLVJFK SC 1-SC      TC 0100-5   0545-5 C-D
XS LY0001 D   30AUG   TLVJFK HK 1-WK         0100-5   0540-5 C-D
XS LY0028 M   30JUL   EWRTLV SC 1-SC      TC 1430-2   0815-3 Y-M
XS LY0018 M   30JUL   EWRTLV SC 1-WK         1930-2   1315-3 Y-M
XS LY0018 M   30JUL   EWRTLV HK 1-WK         1930-2   1255-3 Y-M
AS LY0001 D   22SEP   TLVJFK HS 1            0100-7   0530-7 C-D
XH FQTV XX 01 LY0028 M 30JUL    1GILADI/RONI TL253873
     RCVD-PAX
     27JUN02 1230   TLVLYMOSU
QA QACTN-QR
     RCVD
     27JUN02 1233   NYCLYBLGS
SC LY0028 S   28AUG   EWRTLV HK 1-WK         1430-3   0815-4 Y-S
AS LY0028 S   28AUG   EWRTLV SC 1         TC 1430-3   0755-4 Y-S
     RCVD-SM.REAC/0855Z/03JUL02
QA QACTN-QEP/12
     RCVD
     11JUL02 1235   NYCLYGSGS
QA QACTN-QEP/11
     RCVD
     01AUG02 1214   NYCLYBLGS
XS LY0028 S   28AUG   EWRTLV HK 1-WK         1430-3   0815-4 Y-S
8 SC LY0028 S   28AUG   EWRTLV SC 1-HK    TA 1430-3   0755-4 Y-S
QA QACTN-QEP/TLV/00
     RCVD-UTR PAX
     08AUG02 1756   NYCLYBLGS
QA QACTN-QR
```

```
      RCVD
      08AUG02 1956   TLVLYSNSU
XS LY0028 S   28AUG   EWRTLV SC 1-HK        1430-3   0755-4 Y-S
AS LY0008 S   05SEP   JFKTLV HS 1           2310-4   1635-5 Y-S
      RCVD-GILADI/RONI
      18AUG02 1519   NYCLYALGS
XS LY0001 D   22SEP   TLVJFK NN 1-HK        0100-7   0530-7 C-D
AS LY0001 D   19SEP   TLVJFK HS 1           0100-4   0530-4 C-D
      RCVD-RONI
      25AUG02 1700   NYCLYCYGS
XS LY0008 S   05SEP   JFKTLV NN 1-HK        2310-4   1635-5 Y-S
AS LY0008 M   05SEP   JFKTLV HS 1           2310-4   1635-5 Y-M
      RCVD-PSGR
      04SEP02 1611   NYCLYLBGS
XF TLVLY-09/8625093
AF NYCLY-H 09 8625093
      RCVD-PSGR
      04SEP02 1614   NYCLYLBGS
QA QACTN-QR
      RCVD
      04SEP02 1916   NYCLYSCSU
QA QACTN-QR
      RCVD
      05SEP02 1332   TLVLYDQSU
QA QACTN-QR
      RCVD
      11SEP02 1442   TLVLYDQSU
0 QA QACTN-QR
      RCVD
      17SEP02 1830   TLVLYEDGS
```

T705QP01 *
T705QP01 *

T

PNR #: L3FRKH

**Requestor:**
**From:**
**Phone:**
**Fax:**
**email:**

PHTS LY 0019 DATE 28JUN02 A-Z
PURGE PURGE CREATION ORIGINATOR
DATE FLT NO TIME DATE TELETYPE DUTY SIGN CITY
28JUN02 LY0019 1540 24APR02 GS MGLY NYC
TKT-DATA STORED: NO L3FRKH PNR. ADDR. 805978BB

NAMES
2GILADI/RONI/MATTHEW
1LUSTIG/KEREN
ITINERARY
LY0008 N 18JUN JFKTLV HK 3 2350-2 1705-3 Y-N
LY0019 N 28JUN TLVEWR HK 3 1225-5 1705-5 Y-N
PHONE
XIDLY-QAN-P*973 578 7697
XIDLY-QAN-P*212-764-8000IDEAL TOURS PERRY
NYCLY-H 973 578 7697
NYCLY-A 09 862 5 093
HOST AIRLINE FACTS
SSRFQTVLY HK 0001 LY0019 28JUN 1LUSTIG/KEREN AA50U2B16
SSRFQTVLY HK 0001 LY0019 28JUN 1GILADI/MATTHEW AA62R96L2
SSRFQTVLY HK 0001 LY0019 28JUN 1GILADI/RONI AAJ477996
SSRNSSTLY HK 0002 LY0019 28JUN 2GILADI/RONI/MATTHEW SEAT 24AB
SSRNSSTLY HK 0001 LY0019 28JUN 1LUSTIG/KEREN SEAT 24C
SSRFQTVLY HK 0001 LY0008 18JUN 1LUSTIG/KEREN AA50U2B16
H SSRFQTVLY HK 0001 LY0008 18JUN 1GILADI/RONI AAJ477996
SSRFQTVLY HK 0001 LY0008 18JUN 1GILADI/MATTHEW AA62R96L2
SSRNSSTLY HK 0002 LY0008 18JUN 2GILADI/RONI/MATTHEW SEAT 29AB
SSRNSSTLY HK 0001 LY0008 18JUN 1LUSTIG/KEREN SEAT 29C
SSRCHMLLY HK 0001 LY0008 18JUN 1GILADI/MATTHEW
SSRCHMLLY HK 0001 LY0019 28JUN 1GILADI/MATTHEW
OSI LY 1CHD 1GILADI/M 03/YRS
REMARKS
NYCLYSR ATT XID/NYC...PLS ADV PSGR*S PSPT DETAILS ASAP-THKS NYCS RSU24MAY
NYCLYEP BEEPED PAX REGARDING TRANSFER NYCEPSU17JUN
NYCLYND *PER AGT/SAMUEL WCB TO ADV IS PSGRS WILL TSFR TO 028/DTE NYCNDSU17JUN
RECEIVED FROM
RCVD-RONI
TICKETING
O XIDLY29APRAH 1147659834567/8/9
TICKET INDEX
0 GILADI/RONI
LY LY
0 LUSTIG/KEREN
LY LY
0 GILADI/MATTHEW CH03YRS
LY LY
H HISTORY
AS LY0028 N 17JUN EWRTLV HS 3 1430-1 0815-2 Y-N
AS LY0019 N 28JUN TLVEWR HS 3 1225-5 1705-5 Y-N

PNR #: L3FRKH

```
     RCVD-RONI
     24APR02 1540   NYCLYMGGS
RL        XIDLY
     RLOC-XIDLY
     24APR02 1546   NYCLYMGGS
XF NYCLY-T 212 764 8800 IDEAL /RONI
AF NYCLY-T 212 764 8000 IDEAL /RONI
     RCVD-RON
     24APR02 1615   NYCLYMGGS
AP XIDLY      /29APR/ 1147659834567/8/9
     RCVD-PER
     29APR02 1355   XIDLYAHAS
XP NYCLY      /29APR/
     RCVD
     29APR02 1357   NYCLYHDGS
XS LY0028 N   17JUN   EWRTLV NN 3-HK        1430-1   0815-2 Y-N
AS LY0008 N   17JUN   JFKTLV HS 3           2350-1   1705-2 Y-N
XH NSST XB 02 LY0028 N 17JUN   2GILADI/RONI/MATTHEW SEAT 25HJ
XH NSST XB 01 LY0028 N 17JUN   1LUSTIG/KEREN SEAT 25K
     RCVD-RONI
     29APR02 1758   NYCLYEOGS
AF NYCLY-H 09 862 5 093
     RCVD-RONI
     29APR02 1758   NYCLYEOGS
SC LY0008 N   17JUN   JFKTLV HK 3-RR        2350-1   1705-2 Y-N
     RCVD-RONI
E      29APR02 1759   NYCLYEOGS
XS LY0008 N   17JUN   JFKTLV HK 3-RR        2350-1   1705-2 Y-N
AF XIDLY-QAN-P*973 578 7697
AS LY0028 N   18JUN   EWRTLV HS 3           1430-2   0755-3 Y-N
XH NSST XB 02 LY0008 N 17JUN   2GILADI/RONI/MATTHEW SEAT 23HJ
XH NSST XB 01 LY0008 N 17JUN   1LUSTIG/KEREN SEAT 23K
     RCVD-P
     30APR02 1925   XIDLYAHAS
AS LY0008 N   18JUN   JFKTLV PD 3           2350-2   1705-3 Y-N
     RCVD-P
     23MAY02 1804   XIDLYAHAS
XS LY0028 N   18JUN   EWRTLV NN 3-HK        1430-2   0755-3 Y-N
SC LY0008 N   18JUN   JFKTLV PD 3-KL        2350-2   1705-3 Y-N
XH CHML XX 01 LY0028 N 18JUN   1GILADI/MATTHEW
XH FQTV XX 01 LY0028 N 18JUN   1LUSTIG/KEREN AA50U2B16
XH FQTV XX 01 LY0028 N 18JUN   1GILADI/MATTHEW AA62R96L2
XH FQTV XX 01 LY0028 N 18JUN   1GILADI/RONI AAJ477996
     RCVD-AGT/SAMUEL
     23MAY02 2020   NYCLYNDSU
QA QACTN-QEP/30
     RCVD
     23MAY02 2036   NYCLYRRSU
SC LY0008 N   18JUN   JFKTLV KL 3-HK        2350-2   1705-3 Y-N
9      RCVD-P
     23MAY02 2210   XIDLYAHAS
QA QACTN-QEP/XID/00
     RCVD
     23MAY02 2339   NYCLYSRSU
AF XIDLY-QAN-P*212-764-8000IDEAL TOURS PERRY
     RCVD-PER
     24MAY02 1318   XIDLYAHAS
XF NYCLY-T 212 764 8000 IDEAL /RONI
XF NYCLY-P 973 578 7697
XF NYCLY-H 09 862 5 093
```

PNR #: L3FRKH

AF NYCLY-H 973 578 7697
AF NYCLY-A 09 862 5 093
QA QACTN-QEP/QAN/97
RCVD-ND/PFC
14JUN02 2108 NYCLYNDSU
QA QACTN-QR
RCVD
17JUN02 1430 TLVLYOHSU
QA QACTN-QEP/QAN/83
RCVD
17JUN02 1507 NYCLYEPSU
QA QACTN-QEP/QAN/97
RCVD
17JUN02 1552 NYCLYNDSU
QA QACTN-QR
RCVD
19JUN02 1603 NYCLYNDSU
QA QACTN-QR
RCVD
23JUN02 1324 TLVLYLNSU

T705QP01 *
T705QP01 *



THOMAS P. ZAMPINO
J.S.C.

EDWARD S. SNYDER
5 Becker Farm Road
Roseland, NJ 07068
(201) 994-4442
Attorney for Plaintiff

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIV., ESSEX COUNTY
FAMILY PART
DOCKET NO. FM-37623-89

BETH HOROWITZ GILADI,

Plaintiff,

vs.

RONI GILADI,

Defendant.

Civil Action

FINAL JUDGMENT OF DIVORCE

This matter being heard on May ~~7,~~ 23, 24, and June 14, 1990, before the Honorable Thomas P. Zampino, in the presence of Edward S. Snyder, Esq., attorney for plaintiff, and defendant, Roni Giladi, appearing pro se; upon Complaint and Answer; and it appearing that plaintiff and defendant were married to each other on June 21, 1981, and the plaintiff having pleaded and proved a cause of action for divorce on the ground of extreme cruelty under the Statute in such case made and provided; and the plaintiff having been a bona fide resident of this State for more than one year next preceding the commencement of this action; and jurisdiction having been acquired over the defendant pursuant to the Rules governing the courts; and for good cause shown;

It is, thereupon, on this 12th day of September, 1990, by the Superior Court of New Jersey, Chancery Division, ORDERED and ADJUDGED, and such Court, by virtue of the power and authority of this Court, and the acts of the Legislature in such case made and provided, does hereby ORDER and ADJUDGE that the plaintiff, Beth Horowitz Giladi, and the defendant, Roni Giladi, be divorced from the bonds of matrimony for the cause aforesaid; and the parties, and each of them, be freed and discharged from the obligation thereof; and

It is further ORDERED and ADJUDGED as follows:

<u>JEWISH DIVORCE</u>

1. That defendant shall forthwith, and at his expense, secure a Jewish divorce ("Get").

<u>CUSTODY AND VISITATION</u>

2. That custody and visitation of the two minor children born of the marriage, Aviram and Leor, shall be governed by the Order for Custody and Visitation entered by this Court on July 2, 1990, a copy of which is attached hereto.

3. That defendant is permitted to visit the schools attended by the children, and he may call staff members of those schools concerning the children's progress or any problems arising at the school(s) concerning them; and defendant shall have access to all school and medical records of the children.

4. That notwithstanding Paragraph 4 of the Order for Custody and Visitation annexed hereto, if defendant removes the children out of the State of New Jersey for any purpose during

his permitted visitation, he is to notify plaintiff in advance; and if plaintiff removes the children out of the State of New Jersey for any purpose in excess of seven days, she shall notify defendant in advance.

**RESTRAINTS**

5. That the following restraints shall continue in full force and effect:

A. That plaintiff's attorney shall hold defendant's American and Israeli passports; defendant may apply for duplicate American and Israeli passports since he claims that the originals have either been lost, stolen or misplaced, and upon receipt of same he shall forthwith turn them over to plaintiff's attorney.

B. That defendant and/or any member of his family is/are restrained from removing the infant children of the marriage from the State of New Jersey in any manner inconsistent with Paragraph 4 above.

C. That defendant and/or any member of his family is/are restrained from removing the infant children of the marriage from their respective schools.

D. That defendant is restrained from removing the children from plaintiff's custody and control other than during specific visitation as provided in the Order for Custody and Visitation attached hereto.

E. That defendant is restrained from in any way threatening, harassing or molesting the plaintiff or the infant children of the marriage at plaintiff's home, her place of

business or any other place, either in person or on the telephone.

F. That defendant is restrained from entering plaintiff's residence without plaintiff's prior permission.

G. That both parties are restrained from belittling the other in the presence of the parties' children, or in any way attempting to alienate the affections of the children from the other party.

H. That defendant is restrained from returning to the street on which plaintiff resides, i.e., Glen Road, West Orange, New Jersey, except pursuant to the provisions contained in the Order for Custody and Visitation attached hereto.

I. That defendant is restrained from having any contact with or harassing plaintiff's relatives in any way.

J. That defendant is prohibited from contacting any of plaintiff's employer's or employees, including but not limited to her babysitter.

K. That the police departments of the towns in which plaintiff resides and the minor children attend school are hereby ordered to assist plaintiff with regard to the enforcement of these restraints.

SUPPORT AND MAINTENANCE

6. That neither party shall receive alimony from the other.

7. That defendant shall, through the Essex County Probation Department or the Probation Department of any County in

which defendant may subsequently reside, pay to plaintiff the sum of $150 per week for the support of the two minor children, allocated $75 per week per child; and said support shall commence upon the closing date of the sale of the real estate located at 5 Walker Road, West Orange, New Jersey, or on January 1, 1991, whichever date first occurs; and defendant shall pay the child support directly to plaintiff until he is notified that an account has been established by the Probation Department.

8. That defendant shall name the two minor children as beneficiaries on his medical insurance coverage through his employment, and he shall provide plaintiff with proof of coverage on a reasonable basis. Defendant shall forthwith, as previously ordered by this Court, provide plaintiff's attorney with a supply of signed medical insurance reimbursement forms. All medical reimbursement checks shall be sent directly by the insurance company to the provider of medical services, and any unreimbursed medical, dental, hospitalization and prescription drug expenses shall be paid equally by the parties, with defendant either paying directly or reimbursing plaintiff his 50% share within 15 days of notification to him.

9. That defendant shall pay private school expenses for the two minor children in the amount of $500 per child for each school year, and said monies shall be paid by defendant directly to plaintiff on the first day of August of every year. (For example, on August 1, 1990, defendant shall pay to plaintiff the

sum of $1,000 representing his contribution for private school for the two children for the school year 1990-91.)

10. That defendant may take the oldest child, Aviram, as a dependency exemption for Federal and State income tax purposes as long as he complies with the support provisions contained herein; and plaintiff may take the youngest child, Leor, as a dependency exemption for Federal and State income tx purposes.

EQUITABLE DISTRIBUTION

11. That, as to former marital home located at 5 Walker Road, West Orange, New Jersey:

A. The property shall continue to be listed for sale with Degnan Boyle Realtors and defendant shall fully cooperate with the realtors by allowing them access to the premises and maintaining the premises in no less than its present condition. If defendant does not cooperate, at the request of the realtors there shall be a lock box placed on the premises.

B. Pending sale of the property defendant shall be responsible for the payment of the mortgage and home equity line of credit on a monthly basis.

C. That the net proceeds from the sale, after payment of real estate commissions, the balance of the first mortgage, the balance of the home equity line of credit and other necessary costs of sale shall be divided as follows: 70% to plaintiff and 30% to defendant, subject to any adjustments provided in this Judgment. Plaintiff shall bear any respon-

sibility for any collection sought by her parents as to monies advanced to the parties for purchase of the real estate.

12. That notwithstanding the prior Orders of this Court, defendant has not returned the Kimball baby grand piano to plaintiff; therefore, he shall pay to plaintiff the sum of $2,500 from his share of the proceeds from the sale of the property, and he shall keep the piano.

13. That defendant shall have sole title to his pension plan.

14. That neither party shall have any credits as to the 1987 Volvo automobile.

15. That each party shall keep the furniture and furnishings in his or her possession, with the exception of the Carrier air conditioner in the master bedroom of the former marital home and the children's toys, which defendant shall return to plaintiff on or before July 15, 1990.

PRIOR OBLIGATIONS

16. That upon receipt of the medical reimbursement forms as provided in Paragraph 8 above, plaintiff shall apply for reimbursement for all prior medical bills on behalf of the children; and upon receipt of the reimbursement, if a bill was paid by plaintiff, she shall keep the entire amount. Defendant shall pay from his share of the proceeds from the sale of the former marital home all unreimbursed medical bills for the children pursuant to the Pendente Lite Order.

17. That on or before July 30, 1990, defendant shall pay the sum of $900 representing the balance of his obligation for the private school of the child Leor through the school year ending June, 1990, pursuant to the prior Orders of this Court. *Additional documentation to modify this figure may be provided.*

18. That all pendente lite child support arrears are extinguished.

19. That all arrears on the first mortgage and the home equity line of credit on the former marital home and all payments due on same, including penalties, late payments and attorney's fees due through the date of closing, shall be paid from defendant's share of the proceeds from sale.

**LIFE INSURANCE**

20. That defendant shall name plaintiff as beneficiary in trust for the two minor children on a life insurance policy on his life in the amount of $100,000; and he shall provide plaintiff with proof of coverage and beneficiary designation within 30 days of June 21, 1990, and on an annual basis in the future.

**COUNSEL FEES**

21. That defendant shall pay to Edward S. Snyder, Esq., as a contribution toward plaintiff's attorney's fees, the sum of $7,500 from his share of the proceeds from the sale of the former marital home.

*Thomas P. Zampino*

THOMAS P. ZAMPINO, J.S.C.

[illegible] PROVISIONS OF [illegible] AN ARREARAGE [illegible] SUPPORT, ALIMONY [illegible] HAS [illegible] TO THE AMOUNT OF SUPPORT PAYABLE FOR 14 DAYS, [illegible] DEPT ENFORCING THE ORDER SHALL ISSUE AN INCOME WITHHOLDING UPON THE OBLIGOR'S CURRENT AND FUTURE INCOME SOURCES.

ALL ISSUES PLEADED AND NOT RESOLVED IN THIS JUDGEMENT ARE DEEMED ABANDONED.

EDWARD S. SNYDER
5 Becker Farm Road
Roseland, NJ 07068
(201) 994-4442
Attorney for Plaintiff

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION, ESSEX COUNTY
FAMILY PART
DOCKET NO. FM-37623-89

| | |
|---|---|
| BETH HOROWITZ GILADI, Plaintiff, vs. RONI GILADI, Defendant. | Civil Action<br>ORDER |

This matter being heard on May 10, 1991, before the Honorable Thomas P. Zampino, in the presence of Edward S. Snyder, Esq., attorney for plaintiff, Beth Horowitz Giladi; and defendant, Roni Giladi, appearing pro se; upon defendant's Notice of Motion dated March 5, 1991, and upon defendant's Notice of Cross Motion dated March 12, 1991; and the Court having heard and considered argument and having read and considered the pleadings filed herein; and for good cause shown;