ALBERT EINSTEIN COLLEGE OF MEDICINE
OF YESHIVA UNIVERSITY

JACK AND PEARL RESNICK CAMPUS ● 1300 MORRIS PARK AVENUE ● BRONX, NEW YORK 10461-1602

Phone : (212) 430-2833

THE SAUL R. KOREY
DEPARTMENT OF NEUROLOGY

PATIENT:                    RONNIE GILADI
DATE:                       5-26-93

Mr. Giladi had release of carpal tunnel and ulnar nerve at the
elbow on the left. He reports that his numbness in the first three
fingers on the left is better, but that he has increasing tingling
in the fourth and fifth digits of the left hand and has a burning
sensation over the inner aspect of the left elbow. The right hand
is unchanged. He is continuing to work.

PHYSICAL EXAMINATION:  On examination, patient has no weakness.
He reports some dysesthesias of the fourth and fifth digits of the
left hand. He has no atrophy.

CLINICAL NEUROPHYSIOLOGICAL TESTING:  Clinical neurophysiological
testing was performed, the results of which are reported on the
accompanying sheets. In brief, these studies are unchanged from
prior studies, except that the left median nerve functions somewhat
better in that the sensory nerve action potentials are no longer
absent.

IMPRESSION:  The patient's carpal tunnel syndrome has improved both
symptomatically and electrodiagnostically.  He feels more
symptomatic in his left ulnar nerve after surgery, but there is no
electrodiagnostic evidence of worsening.  I think continued
conservative management would be most efficacious.

I will see the patient in several months for followup.

Jerry G. Kaplan, M.D.
Associate Professor of Neurology
Director, EMG Laboratory
Albert Einstein College of Medicine
Montefiore Medical Center

JGK:lw/nl

C06237

DATE: _5/26/92_

| MUSCLE | SPONANEOUS ACTIVITY | MOTOR UNITS DURATION | RECRUITMENT | COMMENTS |
|---|---|---|---|---|
| (L) | | | | |
| FDI | 0 | 6.1 / 9.5 | | |
| APB | 0 | 12 6 | | |
| | | | | |
| | | | | |
| (R) | | | | |
| FDI | 0 | 8.9 | | |
| APB | 0 | 8.85 | | |

COS238

## MEDIAN NERVE CONDUCTION STUDY

NAME: _Giladi, Roni_____    DATE: _5/26/92_

TEMP: _____    HEIGHT: _____

---

### MOTOR

| STIMULUS | RECORD- ING | AMPLITUDE | LATENCY (MS) | DISTANCE (MM) | NERVE CONDUCTION VELOCITY (M/SEC) | COMMENTS |
|---|---|---|---|---|---|---|
| (L) WRIST | APB | 8.5 | 4.08 | | | |
| ELBOW | | 8.3 | 8.86 | 244 | 51 | |
| F WAVE | | | 28.3- 30 | | | |
| | | | | | | |
| | | | | | | |

---

### SENSORY

| | | | | | | |
|---|---|---|---|---|---|---|
| D3 | W | 1.6 | 4.07 | 154 | 37.8 | Slow low amp |
| P | W | | 1.84 | 74 | 40.2 | Slow |
| P | D3 | 3.0 | 1.5 | 95 | 63.3 | |
| | | | | | | |
| | | | | | | |
| RADIAL | C | 4.4 | 205 | 97 | 47.3 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

COS239

DEPARTMENT OF NEUROLOGY                                    DIVISION OF ELECTROPHYSIOLOGY

## MEDIAN NERVE CONDUCTION STUDY

NAME: _Giladi, Roni_____     DATE: _5/26/92_

                                TEMP: _____    HEIGHT: _____

**MOTOR**

| STIMULUS | RECORD-ING | AMPLITUDE | LATENCY (MS) | DISTANCE (MM) | NERVE CONDUCTION VELOCITY (M/SEC) | COMMENTS |
|----------|-----------|-----------|--------------|---------------|-----------------------------------|----------|
| (R) WRIST |           | 6.2       | 4.04         |               |                                   |          |
| ELBOW    |           |           |              |               |                                   |          |
| F WAVE   |           |           |              |               |                                   |          |
|          |           |           |              |               |                                   |          |
|          |           |           |              |               |                                   |          |

**SENSORY**

| STIMULUS | RECORD-ING | AMPLITUDE | LATENCY (MS) | DISTANCE (MM) | NERVE CONDUCTION VELOCITY (M/SEC) | COMMENTS |
|----------|-----------|-----------|--------------|---------------|-----------------------------------|----------|
| D3       | W         | 6.2       | 3.54         | 150           | 42.3                              | slow     |
| P        | W         |           | 2.03         | 63            | 31                                | slow     |
| P        | D3        | 5.6       | 1.41         | 76            | 53.9                              |          |
|          |           |           |              |               |                                   |          |
|          |           |           |              |               |                                   |          |
|          |           |           |              |               |                                   |          |
|          |           |           |              |               |                                   |          |
|          |           |           |              |               |                                   |          |
|          |           |           |              |               |                                   |          |

C00240

DIVISION OF ELECTROPHYSIOLO[...]

## LOWER EXTREMITY NERVE CONDUCTION STUDY

NAME: Giladi, Roni

DATE: 5/26/92

TEMP: _____  HEIGHT: _____

| STIMULUS | RECORD-ING | AMPLITUDE | LATENCY (MS) | DISTANCE (MM) | NERVE CONDUCTION VELOCITY (M/SEC) | COMMENTS |
|---|---|---|---|---|---|---|
| ( ) SURAL NERVE | | | | | | |
| ORTHO-DROMIC | | | | | | |
| ANTI-DROMIC | | — | | | | |
| | | | | | | |
| (N) PERONEAL NERVE | | | | | | |
| ANKLE | Extensor Digitorum Brevis | 4.4 | 3.84 | | | |
| BELOW FIBULAR HEAD | | 11.9 | 365 | 44.8 | | |
| ABOVE FIBULAR HEAD | | 4.6 | 13.8 | 88 | 46.3 | |
| F WAVE | | | | | | |
| ( ) TIBIAL NERVE (MEDIAL PLANTAR NERVE) | | | | | | |
| ABOVE MEDIAL MALLEOLUS | | | | | | |
| BELOW MEDIAL MALLEOLUS | | | | | | |
| | | | | | | |
| REFLEX | | | | | | |
| WAVE | | | | | | |
| | | | | | | |

C06341

DEPARTMENT OF NEUROLOGY

ALBERT EINSTEIN COLLEGE OF MEDICINE

DIVISION OF ELECTROPHYSIOLOG.

## ULNAR NERVE CONDUCTION STUDY

NAME: Giladi, Roni                    DATE: 5/26/92

TEMP: _____     HEIGHT: 71"

**MOTOR**

| STIMULUS | RECORD-ING | AMPLITUDE | LATENCY (MS) | DISTANCE (MM) | NERVE CONDUCTION VELOCITY (M/SEC) | COMMENTS |
|---|---|---|---|---|---|---|
| (L) WRIST | ADM | 5.8 | 2.7 | | | |
| BELOW ELBOW | | | 6.62 | 233 | 59.4 | |
| ABOVE ELBOW | | 4.8 | 9.7 | 126 | 40.6 | slow |
| AXILLA | | | | | | |
| ERB'S POINT | | | | | | |
| F WAVE | | | 29.7 33.5 | | | |

**SENSORY**

| STIMULUS | RECORD-ING | AMPLITUDE | LATENCY (MS) | DISTANCE (MM) | NERVE CONDUCTION VELOCITY (M/SEC) | COMMENTS |
|---|---|---|---|---|---|---|
| ( ) WRIST | Digit 5 | | | | | |
| BELOW ELBOW | | | | | | |
| ABOVE ELBOW | | | | | | |
| AXILLA | | | | | | |
| ERB'S POINT | | | | | | |
| D5 | Wrist | 1.2 | 2.6 | 121 | .46.5 | low amp |

**MIXED**

| WRIST | Bel.Elbow Above Elbow | | | | | |
|---|---|---|---|---|---|---|

008242

DEPARTMENT OF NEUROLOGY

**ALBERT EINSTEIN COLLEGE OF MEDICINE**

DIVISION OF ELECTROPHYSIOLOGY

## ULNAR NERVE CONDUCTION STUDY

NAME: _Giladi, Roni_    DATE: _5/26/92_

TEMP: _____    HEIGHT: _71"_

---

**MOTOR**

| STIMULUS | RECORD- ING | AMPLITUDE | LATENCY (MS) | DISTANCE (MM) | NERVE CONDUCTION VELOCITY (M/SEC) | COMMENTS |
|---|---|---|---|---|---|---|
| (R) WRIST | | 7.4 | 2.4 | | | |
| BELOW ELBOW | | | 6.44 | 236 | 58.4 | |
| ABOVE ELBOW | | 6.6 | 9.14 | 113 | 41.5 | slow |
| AXILLA | | | | | | |
| ERB'S POINT | | | | | | |
| F WAVE | | | | | | |

**SENSORY**

| STIMULUS | RECORD- ING | AMPLITUDE | LATENCY (MS) | DISTANCE (MM) | NERVE CONDUCTION VELOCITY (M/SEC) | COMMENTS |
|---|---|---|---|---|---|---|
| ( ) WRIST Digit 5 | | | | | | |
| BELOW ELBOW | | | | | | |
| ABOVE ELBOW | | | | | | |
| AXILLA | | | | | | |
| ERB'S POINT | | | | | | |
| D5 | Wrist | 6.0 | 2.36 | 115 | 48.7 | |

000043

**MIXED**

| WRIST | Bel.Elbow Above Elbow | | | | | |
|---|---|---|---|---|---|---|

*Joseph D. Fulco, M.D., F.A.C.S.*

71 TODT HILL ROAD

STATEN ISLAND, NEW YORK 10314

TELEPHONE (718) 448-3717

June 21, 1996

State Insurance Fund
199 Church Street
New York, NY 10007

Re:  38398020-044
SEQ: 007-0935 6779
RONI GALADI
Yeshiva University
D/A:  6/30/93
D/E:  6/21/96

Attention: Medical Division

To Whom It May Concern:

At your request I have conducted an orthopedic evaluation of the above named claimant. The following is for your information.

**CHIEF COMPLAINT:**

Claimant is complaining of near constant pain in his lower back.

**HISTORY:**

Claimant is a 44 year old male who states that he was employed in video production and on 6/30/93 he was carrying some heavy equipment. He states that he felt a sharp pain in his lower back that radiated into his legs.

He went to the health service at his place of employment and then followed up with his private physician.

He had physical therapy for a few months, which he states did not help. He then went to a Dr. Cortney, neurologist, who he states he has not seen for the past few months. He also sees Dr. Goldstein, orthopedist, four times a month.

C0S244

June 21, 1996            -2-        Re:  38398020-044
                                         SEQ: 007-0935 6779
                                         RONI GALADI
                                         Yeshiva University
                                         D/A:  6/30/93
                                         D/E:  6/21/96


He also states that he had an MRI of his lumbar spine on 11/5/93
that showed a herniated disc at L5 and bulging disc at L4,5.  This
report however is not available for my review today.  No surgery
has been recommended to date.

CURRENT COMPLAINTS:

He complains of pain in his lower back "most of the time" that
radiates down both legs, more so on the right. He also complains of
numbness of both ankles.

His medications include Relafen and Ultran.  He states he is able
to walk two to three blocks before stopping.

PAST HISTORY:

Remarkable for long history of bilateral carpal tunnel syndrome. He
uses wrist splints.  He denies any other accidents.

WORK HISTORY:

He states he has not worked since the date of accident.

EXAMINATION:

Claimant is a 44 year old male, 5'11", 220 lbs.

He states he cannot walk on his heels and toes.

Examination of the spine shows a full range of motion of the
cervical and thoracic spine.

In seated position he can flex the lumbar spine 10 degrees with
complaint of pain. In the standing position he can flex the lumbar
spine 10 degrees and then complains of pain in his low back.
Lateral motion is 10 degrees in either direction with complaint of
pain.

On palpation there is allegation of moderate tenderness of the
lumbar spine. However, there is no deformity of the spine and no
paraspinal muscle tenderness or spasm.

June 21, 1996          -3-          Re:  38398020-044
                                         SEQ: 007-0935 6779
                                         RONI GALADI
                                         Yeshiva University
                                         D/A:  6/30/93
                                         D/E:  6/21/96

Examination of the upper extremities shows a full range of motion of the shoulders, elbows and wrists. Motor strength is 4/5. There is no evidence of atrophy in the upper extremities. There are no sensory losses in the upper extremities. Reflexes were  1+ and equal bilaterally.  Tinel sign is positive bilaterally.

Examination of the lower extremities shows a full range of motion of the hips, knees and ankles. Motor strength is 4/5. There is no evidence of atrophy.  Thighs measure 22", calves 18-1/2"  in circumference bilaterally.  There are no sensory losses in the lower extremities. Patellar reflexes were  1+ and equal. Achilles tendon reflexes were  1+ and equal.

In the seated position straight leg raising could be accomplished to 45 degrees bilaterally with complaint of severe pain in his lower back.

**IMPRESSION:**

Based upon this examination and assuming the history is correct the claimant presents with a mild to moderate partial causally related disability referable to his back.

At this point in time after the injury, the claimant has reached maximum medical improvement.

I am a physician authorized by law to practice in the State of New York and am not a party to this proceeding and hereby affirm that the foregoing is true to the best of my knowledge under penalty of perjury.

Very truly yours,

Joseph D. Fulco, M.D.
cc: Workers' Compensation Board
     Brecher, Fishman, Feit, et al

Available for testimony 1st Wednesday of Month in Brooklyn, P.M.
          Third Friday of Month on Staten Island, P.M.
Staten Island Preferred.

COS246

*Joseph D. Fulco, M.D., F.A.C.S.*

71 TOUT HILL ROAD
STATEN ISLAND, NEW YORK  10314

TELEPHONE (718) 448-3717

January 29, 1997

State Insurance Fund
199 Church Street
New York, New York 10007

Re:    38398020-044
SEQ: 007-0935 6779
RONI GILADI
Yeshiva Univ.
D/A: 6/30/93
D/E:  1/29/97

Attention:  Medical Division

To Whom It May Concern:

At your request I have conducted an orthopedic evaluation of the above named claimant.  The following is for your information.

**CHIEF COMPLAINT:**

Claimant is complaining of near constant pain in his lower back.

**HISTORY:**

Claimant is a 44 year old male previously examined by me on 6/21/96. That report is reviewed.

As you will recall, on 6/30/93, he was carrying heavy equipment at work when he felt a sharp pain in his lower back that radiated into his legs.

He is presently seeing Dr. Goldstein, orthopedist, once a month, more often if necessary.

He sees Dr. J. Cohen, neurologist, once every two to three months.

His medications include Daypro and Soma.

006247

January 29, 1997                          Re:     38398020-044
-2-                                               SEQ: 007-0935 6779
                                                  RONI GILADI
                                                  Yeshiva Univ.
                                                  D/A:  6/30/93
                                                  D/E:  1/29/97

MRI of the lumbar spine performed on 11/5/93 showed diffuse right greater than left herniated disc at L5,S1 with inferior extension.  Diffuse disc bulge at L4,l5.

**CURRENT COMPLAINTS:**

He is complaining of near constant pain in his lower back that radiates down both legs, right more than left.  He has numbness in the toes of both feet.

He states he is able to walk one to two blocks before stopping.

He denies any subsequent accidents.

**PAST HISTORY:**

Long history of bilateral carpal tunnel syndrome with use of wrist splints.   Surgery to the left elbow, 1991 injury.

**WORK HISTORY:**

He states he worked for 1-1/2 months following the accident and has been out of work since.

**EXAMINATION:**

Claimant is 5'11", 220 lbs.

He ambulates slowly and states he cannot walk on his heels and toes.

Examination of the spine shows a full range of motion of the cervical and thoracic spine.

In the sitting position the claimant will flex the lumbar spine 10 degrees with complaint of pain. In the standing position the claimant will flex the lumbar spine 10 degrees with complaint of pain. Lateral motion is 15 degrees in both directions with complaint of pain.

On palpation there is moderate tenderness of the lumbar spine. There is no deformity of the spine and no paraspinal muscle tenderness or spasm.

January 29, 1997                       Re:    38398020-044
-3-                                    SEQ: 007-0935 6779
                                         RONI GILADI
                                       Yeshiva Univ.
                                       D/A: 6/30/93
                                       D/E: 1/29/97

Examination of the upper extremities shows a full range of motion of the shoulders, elbows and wrists.

Motor strength is 4/5 of strength. There is no evidence of atrophy in the upper extremities. There are no sensory losses in the upper extremities. Reflexes are 1+ and equal. Tinel sign is positive bilaterally.

Examination of the lower extremities shows a full range of motion of the hips, knees and ankles.

Motor strength is all 4/5 strength. There is no evidence of atrophy. Thighs measure 22", calves 18-1/2" in circumference bilaterally. There are no sensory losses in the lower extremities. Patellar reflexes were 1+ and equal. Achilles tendon reflexes 1+ and equal.

In the seated position straight leg raising could be accomplished to 45 degrees bilaterally without complaint of severe pain in his lower back.

**IMPRESSION:**

Claimant presents with a moderate partial causally related disability referable to his back.

At this point in time I feel he has reached maximum medical improvement from active medical treatment and therapy for the accident of 6/30/93.

I am a physician authorized by law to practice in the State of New York and am not a party to this proceeding and hereby affirm that the foregoing is true to the best of my knowledge under penalty of perjury.

                                 Very truly yours,

                                 Joseph D. Fulco, M.D.

cc: Workers' Compensation Board
     Brecher, Fishman, Feit, et al

Available for testimony 1st Wednesday of Month in Brooklyn, P.M.
                3rd Friday of Month on Staten Island, P.M. Staten Island Preferred.

CCS249

*Joseph D. Fulco, M.D., F.A.C.S.*

71 TODT HILL ROAD
STATEN ISLAND, NEW YORK 10314

TELEPHONE (718) 448-3717

October 24, 1997

State Insurance Fund
199 Church Street
New York, N. Y.10007

Attention: Medical Division/ Unit 053

RE:    Claim #: 38398020-053
       Name: Roni Giladi
       Emp: Yeshiva University
       Seq: 014  WCB: 0935 6779
       D/A: 6/30/93
       D/E: 10/24/97

To Whom It May Concern:

At your request I have conducted an orthopedic evaluation of the above named claimant at the office of Richmond Disability Evaluation Group. The following is for your review.

## CHIEF COMPLAINT:

The claimant is complaining of constant pain in his lower back.

## HISTORY:

The claimant is a 45 year old male previously examined by myself on 1/29/97 and that report was reviewed. As you recall, he was carrying heavy equipment at work and felt a sharp pain in his lower back radiating into his legs.

He presently continues to see Dr. Goldstein, his orthopedic surgeon, once a month and states more if necessary. He gets steroid injections to his back. The last one was about 2 weeks ago.

His medications include Daypro, Soma and Ultram.

CO6250

October 24, 1997          2          RE:   Claim #: 38398020-053
                                            Name: Roni Giladi
                                            Emp: Yeshiva University
                                            Seq: 014  WCB: 0935 6779
                                            D/A: 6/30/93
                                            D/E: 10/24/97

He also does some home exercises.

As you recall, an MRI of the lumbar spine performed on 11/5/93 showed diffuse right, greater than left, herniated disc at L5-S1 with inferior extension, diffuse disc bulge at L4-L5.

## CURRENT COMPLAINTS:

He currently complains of constant pain in his lower back that radiates down both legs, more so into the right and numbness in the toes of both feet.

He could not quantify how far he could walk before stopping.

He has a long history of bilateral carpal tunnel syndrome and uses wrist splints. He had surgery to the left elbow in 1991.

He has a negative medical history.

He states that he worked for 1 ½ months following the accident and has been out of work since.

## EAMINATION:

The claimant is a 45 year old male. His height is 5'11". His weight is 200lbs. He ambulates slowly. He walks poorly on his heels and toes.

Examination of the spine shows a full range of motion of the cervical and thoracic spine. In the sitting position, he will flex the lumbar spine, once again, to approximately 10 degrees and in the standing position to approximately 20 degrees. Lateral motion is 15 degrees to the right and the left. On palpation there is moderate tenderness of the lumbar spine, no deformity of the spine. There is no paraspinal muscle spasm.

October 24, 1997          3          RE:   Claim #: 38398020-053
                                           Name: Roni Giladi
                                           Emp: Yeshiva University
                                           Seq: 014  WCB: 0935 6779
                                           D/A: 6/30/93
                                           D/E: 10/24/97

Examination of the upper extremities shows a full range of motion of the shoulders, elbows and wrists. Motor strength is all 4/5 strength. There is no evidence of atrophy in the upper extremities. There are no sensory losses in the upper extremities. Reflexes were all 1+ and equal. Tinel's sign is positive bilaterally.

Examination of the lower extremities shows a full range of motion of the hips, knees and ankles. Motor strength is all 4/5 strength. There is no evidence of atrophy in the lower extremities. Thighs measure 23" and calves measure 19" in circumference bilaterally. There are no sensory losses in the lower extremities.

Patellar reflexes were 1+ and equal. Achilles tendon reflexes were 1+ and equal bilaterally.

Straight leg raising could be accomplished to 45 degrees in the sitting position bilaterally and then he complains of pain radiating into his back.

**IMPRESSION:**

The extent of causally related orthopedic disability referable to the back is moderate partial.

As in the past, I feel he has reached maximum benefit from active medical treatment. No treatment is necessary at this time.

I state that I am a physician authorized by law to practice in the State of New York, am not a party to this proceeding, am the physician who subscribed to the above report, have read the same and know the contents thereof, that the same is true to my knowledge, except as to those matters stated to be on information and belief, as to those matters I believe it to be true.

October 24, 1997          4                    RE:  Claim #: 38398020-053
                                                    Name: Roni Giladi
                                                    Emp: Yeshiva University
                                                    Seq: 014  WCB: 0935 6779
                                                    D/A: 6/30/93
                                                    D/E: 10/24/97

The undersigned, hereby affirms that the foregoing statements are true under the penalties
of perjury.

Dated ___10/31/97___                    Signed _____
                                                 Joseph D. Fulco, M. D.

WCB Rating Code:  CS                    WCB Auth. No.:  CS-131070-5


JDF/js

CC:   Workers' Compensation Board
      Brecher, Fishman & Feit
      Robert Goldstein, M. D.
Available for testimony Friday, PM in Staten Island
                       Wednesday, PM in Brooklyn
                       Staten Island Preferred


C06253

*Joseph D. Fulco, M.D., F.A.C.S.*

71 TODT HILL ROAD
STATEN ISLAND, NEW YORK 10314

TELEPHONE (718) 448-3717

September 4, 1998

State Insurance Fund
199 Church Street
New York, New York 10007

Attention: Medical Division

| | |
|---|---|
| Date of Report: | September 4, 1998 |
| Date of Exam: | September 4, 1998 |
| Richmond Disability Evaluation Group, Inc. | |
| 1890 Clove Road, Staten Island, NY 10304 | |
| SIF Claim #: | 38398020-053 |
| Claimant's Name: | RONI GILADI |
| Employer: | Yeshiva University |
| WCB Number: | 0935 6779 SEQ: 018 |
| Date of Accident: | June 30, 1993 |

To Whom It May Concern:

At your request I have conducted an orthopedic evaluation of the above named claimant at the office of Richmond Disability Evaluation Group. The following is for your information.

**CHIEF COMPLAINT:**

Claimant is complaining of constant pain in his lower back.

**HISTORY:**

Claimant is a 46 year old male, born 3/5/52, who I have evaluated in the past, the last time being May 1, 1998. Those reports are reviewed.

As you will recall, he states that while at work on June 30, 1993, carrying heavy equipment, he felt a sharp pain in his lower back radiating into his legs.

He continues to see Dr. Goldstein, an orthopedist, once a month.

C06254

Page Number  -        -2-
Claim Number:         38398020-053
Claimant's Name:      RONI GILADI
Date of Report:       September 4, 1998

As you will recall, on 7/18/97, he underwent repeat MRI of the lumbar spine that was interpreted as showing a right sided disc herniation at L5,S1.

He continues to do home exercises.  His medications at this time include Ultram, Daypro and Soma.

**CURRENT COMPLAINTS:**

He complains of constant pain in his lower back that radiates down both legs, more so into the right leg. He complains of numbness of his feet.

He could not quantify how far he could walk before stopping.

He denies any subsequent accidents.

**PAST HISTORY:**

He has bilateral carpal tunnel syndrome, related to an accident in December of 1991.  He had a left carpal tunnel release and elbow surgery by Dr. Strauss.  Medical history is unremarkable.

**WORK HISTORY:**

He states he worked for about 1-1/2 months after the accident and has not worked since.

**EXAMINATION:**

Claimant is 5'11", 200 lbs.  He ambulates slowly and states he cannot walk on his heels and toes.

Examination of the cervical spine shows rotation of 50 degrees to the right and left. Flexion and extension are 30 degrees each with complaint of pain in his neck on these movements.

In the sitting position the claimant will flex the thoraco-lumbar spine 20 degrees with complaint of pain.  In the standing position the claimant will flex the thoraco-lumbar spine 20 degrees with complaint of pain.  Lateral motion is 20 degrees in both directions without significant complaint of pain.

Page Number  -        -3-
Claim Number:         38398020-053
Claimant's Name:      RONI GILADI
Date of Report:       September 4, 1998

On palpation there is moderate tenderness of the lumbar spine. There is no deformity of the spine and no paraspinal muscle tenderness or spasm.

Examination of the upper extremities show a full range of motion of the shoulders, abduction is to 90 degrees and then he complains of pain in his lower back. Flexion is to 180 degrees.

There is full extension of the elbows with 150 degrees of flexion of the elbows.  The wrists show 70 degrees of dorsiflexion and 80 degrees of palmar flexion.

Motor strength is 4/5 of strength.  There is no evidence of atrophy in the upper extremities. There are no sensory losses in the upper extremities.  Reflexes are 1+ and equal.  Tinel sign is positive bilaterally.

Examination of the lower extremities shows a full range of motion of the hips with flexion to 120 degrees.

There is a full range of motion of the knees with flexion to 135 degrees and full extension.  There is full range of motion of the ankles with 20 degrees of dorsiflexion and 40 degrees of plantar flexion.

Motor strength is 4/5 strength.  There is no evidence of atrophy.  Thighs measure 23-1/2", calves 19" in circumference bilaterally.

There are no sensory losses in the lower extremities.  Patellar reflexes were 1+ and equal. Achilles tendon reflexes could not be elicited.

In the seated position straight leg raising could be accomplished to 30 degrees on the right and 45 degrees on the left with complaint of pain in his back.

**IMPRESSION:**

Based on examination and available medicals the claimant presents with a moderate partial causally related orthopedic disability.

Page Number  -        -4-
Claim Number:        38398020-053
Claimant's Name:     RONI GILADI
Date of Report:      September 4, 1998

As stated in the past, this claimant has reached maximum benefit from active medical care for the accident of 6/30/93.

I state that I am a physician, authorized by law to practice in the State of New York, am not a party to this proceeding, am the physician who subscribed to the above (or attached) report, have read the same and know the contents thereof, that the same is true to my knowledge, except as to the matters stated to be on information and belief, and as to those matters I believe it to be true.

The undersigned, hereby affirms that the foregoing statements are true under the penalties of perjury.

Dated: _____9/11/98_____    Signed: _____

                                        Joseph D. Fulco, M.D.

**WCB RATING CODE:    CS**         **WCB AUTH NO.    131070-5**

cc:  **Workers' Compensation Board**
     **Brecher, Fishman, Feit**

**Available for testimony, Wednesday, P.M. in Brooklyn.**
               **Friday, P.M. on Staten Island.  Staten Island Preferred**

C06257

Joseph D. Fulco, M.D., F.A.C.S.

71 TODT HILL ROAD
STATEN ISLAND, NEW YORK 10314

TELEPHONE (718) 448-3717

May 1, 1998

State Insurance Fund
199 Church Street
New York, New York 10007

Attention: Medical Division

Re:    38398020-053
SEQ:   016-0935 6779
RONI GILADI
Yeshiva University
D/A:   6/30/93
D/E:   5/1/98

To Whom It May Concern:

At your request I have conducted an orthopedic evaluation of the above named claimant at the office of Richmond Disability Evaluation Group. The following is for your information.

## CHIEF COMPLAINT:

Claimant is complaining of near constant pain in his lower back.

## HISTORY:

Claimant is a 46 year old male who I have examined in the past, the last time on 10/24/97. Those report have been reviewed.

As you will recall, he states that while at work on 6/30/93, carrying heavy equipment he felt a sharp pain in his lower back radiating into his legs.

## PRESENT HISTORY:

He continues under the care of Dr. Goldstein, his orthopedist, who he sees once a month.

On 7/18/97 he underwent a repeat MRI of the lumbar spine which was interpreted as showing a right sided disc herniation at L5,S1.

006258

May 1, 1998                          Re:     38398020-053
-2-                                          SEQ:  016-0935 6779
                                             RONI GILADI
                                             Yeshiva University
                                             D/A:  6/30/93
                                             D/E:  5/1/98


He is doing home exercises for his back.  His medications at this time include Ultram, Daypro and Soma.

## CURRENT COMPLAINTS:

He continues to complain of near constant pain in his lower back that radiates down both legs, worse on the right side. He complains of numbness in his feet, more on the right side.

He could not quantify how far he could walk before stopping.

He denies any subsequent accidents.

## PAST HISTORY:

Remarkable for bilateral carpal tunnel syndrome related to an accident of December 1991.  He had left carpal tunnel release as well as elbow surgery by Dr. Strauss.  His past medical history is unremarkable.

## WORK HISTORY:

He is employed in video production and states he worked for 1-1/2 months after the accident.  He states he attempted to work in August of 1994, but could only work for a few days and has been out of work since.

## EXAMINATION:

Claimant is 5'11", 200 lbs.  He ambulates slowly and states he cannot walk on his heels and toes.

Examination of the cervical spine shows rotation of 30 degrees to the right and left.  Flexion and extension are 20 degrees each. He complains of pain in his neck on these movements.

In the sitting position the claimant will flex the thoraco-lumbar spine 20 degrees with complaint of pain.  In the standing position the claimant will flex the thoraco-lumbar spine 20 degrees with complaint of pain.  Lateral motion 20 degrees in both directions without significant complaint of pain.

C06259

May 1, 1998
-3-

Re:    38398020-053
SEQ:  016-0935 6779
RONI GILADI
Yeshiva University
D/A:   6/30/93
D/E:   5/1/98

On palpation there is moderate tenderness of the spine. There is no deformity of the spine and no paraspinal muscle tenderness or spasm.

Examination of the upper extremities shows abduction of the shoulders about 90 degrees with complaint of pain in his lower back. There is a full range of motion of the elbows and wrists.

Motor strength is 4/5 of strength. There is no evidence of atrophy in the upper extremities. There are no sensory losses in the upper extremities. Reflexes are 1+ and equal. Tinel sign is positive bilaterally.

Examination of the lower extremities shows a full range of motion of the hips, knees and ankles.

Motor strength is all 4/5 strength. There is no evidence of atrophy. Thighs measure 22", calves 19" in circumference bilaterally. There are no sensory losses in the lower extremities. Patellar reflexes were 2+ and equal. Achilles tendon reflexes 2+ and equal.

In the seated position straight leg raising could be accomplished to 45 degrees bilaterally with complaint of pain radiating into both sides of his back.

**IMPRESSION:**

Claimant presents with a moderate partial causally related disability.

As stated in the past, he has reached maximum benefit from active medical care as a result of the accident of 6/30/93.

I state that I am a physician, authorized by law to practice in the State of New York, am not a party to this proceeding, am the physician who subscribed to the above (or attached) report, have read the same and know the contents thereof, that the same is true to my knowledge, except as to the matters stated to be on information and belief, and as to those matters I believe it to be true.

COS260

May 1, 1998                                    Re:    38398020-053
-4-                                                   SEQ:   016-0935 6779
                                                      RONI GILADI
                                                      Yeshiva University
                                                      D/A:   6/30/93
                                                      D/E:   5/1/98


The undersigned, hereby affirms that the foregoing statements are true under the penalties of perjury.

Dated: _____5 | 8 | 98_____     Signed: _____

                                                      Joseph D. Fulco, M.D.

**WCB RATING CODE:    CS**            **WCB AUTH. NO.   131070-5**


**Available for testimony, Wednesday, P.M. in Brooklyn.**
                        **Friday, P.M. on Staten Island.  Staten Island Preferred**


cc:    Workers' Compensation Board
       Brecher, Fishmann & Feit

PHILIP M. LUSTBADER
DAVID LUSTBADER*
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION

ROBERT J. MCKENNA
ROBERT A. GREENBERG
———
MURRAY R. MILLER
OF COUNSEL

*CERTIFIED CIVIL TRIAL ATTORNEY

615 WEST MT. PLEASANT AVENUE
LIVINGSTON, NEW JERSEY 07039
———
AREA CODE 201
740-1000

November 10, 1988

Dr. Robert Goldstein
Albert Einstein College of Medicine
1300 Morris Park Avenue
Bronx, New York    10461

RE:    GILADI, RONI
       OUR FILE NO:  99-76-DL

Dear Doctor Goldstein:

I enclose a medical authorization.  This office has been
consulted by Mr. Roni Giladi on whom you performed surgery on
9/21/87 at Einstein Hospital.

Mr. Giladi advises me that he received improper treatment at the
emergency room at St. Barnabas Hospital on 9/6/87, which
resulted in certain damage to his nerve.  I would appreciate
your advising me:

1.    The nature of the problems Mr. Giladi had when presented
      to you;

2.    Your diagnosis;

3.    The surgery performed;

4.    The current residuals that Mr. Giladi has and whether they
      will be permanent;

5.    Whether there was a deviation from standards in the
      treatment that Mr. Giladi received in the emergency room
      which caused part or all of the problems for which you
      treated him.

If you have any questions, please feel free to telephone me.

C06262

PHILIP M. LUSTBADER
DAVID LUSTBADER*
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION

ROBERT J. MCKENNA
ROBERT A. GREENBERG
———
MURRAY R. MILLER
OF COUNSEL

*CERTIFIED CIVIL TRIAL ATTORNEY

615 WEST MT. PLEASANT AVENUE
LIVINGSTON, NEW JERSEY 07039
———
AREA CODE 201
740-1000

If there is any charge for your writing this report, please
advise me what it would be.

Very truly yours,

*David Lustbader*

DAVID LUSTBADER

DL:sm

cc:  Mr. Roni Giladi

Enclosure

-2-

C0S263



MR-656P
REV. 6/83

**the jack d. weiler hospital of the albert einstein college of medicine**

## OPERATIVE REPORT

| | |
|---|---|
| PATIENT'S NAME | **GILADI, RONNIE** |
| MED. REC. NO.: | **918369** |
| DOCTOR'S NAME: | **R GOLDSTEIN** |
| ADMISSION DATE: | |
| DATE OF OPERATION: | **9/21/87** |

PREOPERATIVE DIAGNOSIS:
LEFT WRIST LACERATION, RULE OUT MEDIAN NERVE AND SUPERFICIAL PALMAR CUTANEOUS NERVE DAMAGE

POSTOPERATIVE DIAGNOSIS:
SAME

OPERATION:
EXPLORATION OF LACERATION OF LEFT WRIST; REPAIR OF LEFT PALMAR CUTANEOUS NERVE AND MEDIAN NERVE; EXPLORATION OF LEFT MEDIAN NERVE

SURGEON:                     R GOLDSTEIN
ASSISTANT:                   D GOLDENBERG
ANESTHESIA:                  REGIONAL
ANESTHESIOLOGIST:

PROCEDURE:
The patient was brought to the Operating Room and, after adequate identification, was placed on the Operating Room table in supine fashion. Following the induction of a left axillary block by Anesthesia, the pneumatic tourniquet was applied to the left upper arm in the standard fashion. The hand was prepped and draped in the usual sterile manner and inspected.

The hand was elevated at this time, and an Esmarch bandage was placed, exsanguinating the arm, and the tourniquet was inflated to 275 mm Hg. The Esmarch bandage was replaced. The hand was placed back down on the hand table and supported, and the left wrist laceration was explored. The left wrist laceration was opened by removal of sutures, and it was extended proximally and distally. The laceration was in the mid volar surface of the wrist distally. It was placed so that the curve in the incision distally in the distal wrist crease was to the ulnar side of the wrist, and

continued

C06264

DATE DICTATED:

SIGNATURE _____

DATE TRANSCRIBED:                                              _____ M.D.

MR-656E
REV. 6/83

**the jack d. weiler hospital of
the albert einstein
college of medicine**

PATIENT'S NAME **GILADI,
RONNIE**

MED. REC. NO.: **918369**

DOCTOR'S NAME:

## OPERATIVE REPORT

ADMISSION DATE:

DATE OF OPERATION:

page 2

then down into the palm, following the major thenar-hypothenar crease to the level of the superficial palmar arch.

This incision was carried down through skin and subcutaneous tissues, and exploration with a combination of sharp and blunt dissection revealed a divided left palmar cutaneous nerve. Further exploration in the area allowed the median nerve to be explored. It was noted that there was a small nick in the outer epineurium of the median nerve, but that there were intact fascicular structures throughout the nerve. No hematoma or tendon injury was noted within the carpal tunnel.

At this point, attention was turned to the repair of the left palmar cutaneous branch. The left palmar cutaneous nerve was repaired, using interrupted 8-0 nylon stitches, after switching to microtechnique. It was noted that the palmar cutaneous nerve could be approximated without tension, and, at this point, the nerve repair was terminated.

The wound was irrigated, and the skin was closed, using interrupted 5-0 nylon stitches. A clean, sterile, dry dressing was placed, consisting of Bacitracin and Xeroform, then a bulky dressing molded around a plaster splint, keeping the hand in protected position. The hand was elevated at the termination of the procedure. The tourniquet was deflated and removed. There were no immediate complications. The patient tolerated the procedure well and was brought to the Recovery Room in satisfactory condition.

Dict. by: Dr. Goldenberg
HTS/ld
Tape A17

C0S265

DATE DICTATED:      10/29/87

DATE TRANSCRIBED:   11/3/87

SIGNATURE _____ M.D.

Robert Goldstein, M. D.

DOCTOR'S COPY

ALBERT EINSTEIN
BRONX, NEW YORK

PATIENT:            GILADI,
SSN:  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                    AGE:              SPECIMEN NO.:
SURGEON: DR.   GOLDSTEIN             OP. DATE:         MEDICAL REC. NO.:
REPORT TO: DR.   GOLDSTEIN          REC. DATE:         ROOM NO.:
                                                      RPT. DATE:

DIAGNOSIS

PERIPHERAL NERVE FRAGMENTS AND FI              ions of
left wrist)

CLINICAL DATA: Status post lacerati              rve:

GROSS DESCRIPTION:

AN

The specimen is received fresh and                 , left wrist".
It consists of two fragments of t                  ue, the larger
measuring 0.3 x 0.1 x 0.1 cm. (All

DR.                                    DR. RUGGIERO JA

DOCTORS COPY

CD6266

## PATIENT INFORMATION

Name (Patient) _RONI GILADI_ _Milburn_ (Head of Household) _____

Address _P.O BOX 127_ _NEWBUEN, N.J. 07041_
        Street & number      Town      State     Zip Code

Home telephone # _201-726-7735_   Social Security # _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_

Date of Birth _3/5/52_   Age _35_  Sex _M_ .   :

Current Marital Status:  Single _____  Married _X_  Separated _____  Divorced _____

Occupation _VIDEO PRODUCTION_  Business telephone # _430-2135_

Name and Address of Employer _AECOM —_ _____

Chief Complaint: _LESION ON LEFT WRIST._

Is this problem due to recent or past injuries?  If yes, explain: _____
_No_

Are you or have you been treated by a physician for illness (ie., diabetes, heart disease)? _____ List: _NO —_

Have you had any psychiatric or psychological examination or treatment? _No_ Dates _____

List all medication you are presently taking _No —_

List any allergies to medications _NO —_

Other allergies _No —_

Name & address of referring physician _Dr. Sprintzen_

Insurance  (List all insurances covering both hospital/doctor and their ID numbers):

Name of insurance company _____ Telephone # _____

Address of insurance company _1199 —_

_9/16/87_
Date

C003267   X _____
                     Signature

DEC 19 '94 14:18     MMC/RISK MGT                                    283 P11

RONI GILADI
P.O. BOX 127
MILBURN, NEW JERSEY  07041
#  201- 726-7735


9/16/87     He is a 35 year old male , right-handed, who approximately
            7-8 days ago, while working with a knife, cut the proximal
            wrist on his left hand.  The injury wwas a laceration approx-
            imaterly 1" in length, approximately 2" from the volar wrist
            crease.  At the time of the injury, he noted numbness over
            the volar aspect of the thumb metacarpal but no change in
            sensation in the fingers at all.  Over the past number of days,
            this area of numbness has gradually decreased, however, he is
            left with a persistent strip of numbness in the area of
            distribution of the palmer cutaneous branch of the median nerve.
            My impression is that he has no laceration of the median nerve,
            has a partial complete laceration of the palmer cutaneous branch
            of the median nerve.  We discussed the alternatives and benefits
            of repair of this area and the disability of not undergoing such
            a repair and the expected outcome including things like neuroma
            and persistent disasthesias.  He will be scheduled for surgery
            after taking these things into consideration.


9/23/87     This is his first post-op visit since his surgery 2 days ago
            when he had repair of the cutaneous sensory branch of the median
            nerve.  The splint is positioned, he is presently comfortable and
            he will be seen next week for the splint to be removed.


10/6/87 ·    Sutu 7/cee
             Splin 0/u
               Reh  3 mo


10/28/87    He has a Tinel sign that goes down into the palm at about 1 cm
            distal to the nerve repair.  He has complaints of a pain around
            his elbow and shuolder and was given some Advil to control that

12/2/87     About 4 days ago, he noticed some numbness in the thumb, index
            long and ring fingers.  This had not been present prior to las
            week and it seems to be of onset over the past few days.  He
            put into a cock-up splint, and he is going to be seeing Dr.
            Kaplan on Friday.  It should be noted that the studies perform
            by Dr. Kaplan show some evidence of bilateral carpal tunnel
            syndromes.

C006268

11/23/88   He is complaining of pain in the shoulder, up and down the arm
           He has a positive Tinel sign at the scar.  There is decreased
           sensation throughout the entire hand.  The hand is somewhat
           swollen and I believe that he maybe developing an early reflex
           sympathetic dystrophy.  I will discuss with Dr. Kaplan, the
           possibility of instituting a block at the pain center and I
           urge him to have a black for both diagnostic and therapeutic
           purposes to see if this is actually a reflex sympathetic
           dystrophy.

C06809

DEC 19 '94 14:19     MMC/RISK MGT                    283 P13

PHILIP M. LUSTBADER
DAVID LUSTBADER*
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION

ROBERT J. MCKENNA              *CERTIFIED CIVIL TRIAL ATTORNEY        615 WEST MT. PLEASANT AVENUE
ROBERT A. GREENBERG                                                  LIVINGSTON, NEW JERSEY 07039

MURRAY R. MILLER                                                     AREA CODE 201
OF COUNSEL                                                           740-1000

January 13, 1989

Dr. Robert Goldstein
Albert Einstein College of Medicine
1300 Morris Park Avenue
Bronx, New York   10461

RE:   RONI GILADI
      OUR FILE NO:   99-76-DL

Dear Doctor Goldstein:

Thank you for sending me copies of the records regarding Mr.
Roni Giladi.  Mr. Giladi advised me that he accidently cut
himself on 9/5/87 in the area of the left wrist while working on
his car.  At the St. Barnabas Hospital Emergency Room he
requested a consultation by a surgeon.  However, the doctor who
saw him sutured him and released him without determining if any
repair of the nerve was indicated.

Based upon this information and the other information that you
determined from treating him, I would appreciate your advising
if there was any deviation from standards by the Emergency Room
doctor.  Mr. Giladi has asked me to look into the question as to
whether there is a potential malpractice case involving the
treatment or lack of treatment that he received at St. Barnabas
in Livingston, New Jersey.

I would appreciate your opinion.

                              Very truly yours,

                              David Lustbader

                              DAVID LUSTBADER

DL/CH

cc:  Mr. Roni Giladi

                                                  C0G270

BONDI, HERTZBERG and GOLDSTEIN, M.D., P.C.

**CONSULTATION SHEET**

**MADISON AVENUE ORTHOPAEDIC ASSOCIATES, P.C.**

N. Bondi, M.D.          R. Goldstein, M.D.
E. Adler, M.D.          Steven Struhl, M.D.
1255 Madison Avenue · New York, New York 10128

**PATIENT:** Giladi, Roni

**DATE:**

**ACCIDENT: YES ( )  NO ( )  AUTO ( )  WORK ( )  OTHER ( )**

**HISTORY:** WW 6/30/93 - loaded heavy video equipment into car - injured both hands, wrists — and back. Seen at H Serv. at Albert Einstein & Keap - √ hand and back — neg. Rx-diflunisal 500mg & Cyclobenzaprine 10mg — worked since — but lost time at work, sent for PT for back/hands — given coder-

**CHIEF COMPLAINTS** splints. On 8/8/93 — OT referred to HS — ① hand dorsum swelled, and back pain rad to legs worse ② > ① bed rest 2 days -

**ALLERGIES:** ∅

**MEDICATION:**

**PAST HISTORY-MEDICAL** good health
Had EMG's - Israel 9/30/92 - bel. CTS

**PAST HISTORY-SURGICAL** - Dec 12, 91 - had ① CT release, ulnar n. transp. at elbow & expl. of ulnar n. at canal of Guyon — at Beth Israel

**X-RAYS** (HS Keap) bel - neg -

**PHYSICAL EXAMINATION:**

② - tinels, numbness, ↓ sensation median n - 1-2-3. ½-4 F

① - scars from surg at elbow & hand
numbness none on ① 4-5 F - ulnar
? tinels.

back - tender - could stand for long
SLR to 80° -        AJ - RJ -

**DIAGNOSIS:** ① ① CTS
② ② CTS & damage to ulnar nerve
**TREATMENT:** ③ L-S sprain - R/O HNP

COS271

① Request EMG's both UE -
② Request MRI - L-S.
③ Cont meds -

RTO - 4w        P.D PW

**MADISON AVENUE ORTHOPAEDIC ASSOCIATES, P.C.**

N. Bondi, M.D.        R. Goldstein, M.D.
E. Adler, M.D.        Steven Struhl, M.D.

1245 Madison Avenue · New York, New York 10128

*Giladi Roni*

9·28·93    Back Pain & Hand Pain

Back

O/E  Pain on Flex of Hips, ē Knees at 80°.

Flex

SLR 10° lyg down 75° sltg

Phalen test ?

+ rel ?

neuro — ∅

Reg Orm RT L Cy L₁ S₁

Back    EE my Both

Hands R/o CT

PDUN Cut mot

RT C 4 wks

2/22/94  pain cont. in L.B.

had ⊕ MRI — 11/5/93 — copies in client

HNP — ® > ℗ L₄-S₁

had been in Israel & had hel-Emgs —

has b/l CTS  &  ℗ was s.r. ulnar

entrapment  ē  both elbows — ulnar

nerve entrapment

Pain in L.S — Spam — SLR ℗ 30° s/s R > L

AT = LT.  — ⊕ tmds, tndr at

℗ elbow ulnar nerve

009272

7/25/94 - Had EMG's for bil. CTS -
          i ulnar n. entrap. at Elbow - on Isped

Needs ptal EMG's - requested
previously

Will make up Cy i send pt to S1F


3/30/94   Went to S1F - told couldn't find file
          but gave copies
          has bil. CTS
          need EMG - redo UE

- Merry gauntlet casts
  Jan also ® Elbow
          Re leg. EMGs - with UE


5/10/94   Jan Comp Court 5/9 -
          DATE ACC   9/00/93
          Carrier ID #  W 204002
          WCB Case #  09348077
          CC # - ?

they want note - how CT is job related -
Pt was known repeated between 87 heavy order and other
equipment related to his job - repeated motion on keys
for ordering system - i bil. CTS developed
Pt needs this on L4 for Comp -
         painful bil EMG's i
  leg. bil - CT release

C00273

MADISON AVENUE ORTHOPA
ASSOCIATES, P.C.

N. Boardi, M.D.      R. Goldstein,
E. Adler, M.D.       Steven Struhl,
1245 Madison Avenue · New York, New York

WCB # 0 93 4 8077 — CC# W20 4002    0/0/93

11/2/94 — Pt has dev. bil CTS — due to repetitive motion &
lifting of heavy TV's — & equip on job
has evidence of bil. CTS —
have req. auth for EMG's & surgery.
Pt has hearing 11/9/94 — needs up to date repx
Re numbness 1-2-3 F — ⊕ Tinels
Also ⊕ 4-5 F numbness — 2° to ulna n. entrapment
pain ⊕ elbow — ulnar n. Entrapt
⊕ Tinel             TD NW.
            RTO — 4w

4/12/95 — had hearing in 11/94 — paw comp nd —
Pt not told anything from hear.
his attorney prep she is trying to get another hearing
Re Condition is the same —
    Ⓛ has — numbness 1-2-3 F ⊕ hand — median n
        ⊕ Tinels — weakness Ⓛ hand
        Also ⊕ 4-5 F - numbness - 2° to
            ulnar n. entrapment — at elbow
    Ⓡ weakness — but strong than Ⓛ
        numbness - 1-2-3 F —                    006274
remarks pl. numb - 4+5 F — tender ulna n. at elbow
These findings are 2° to repetitive motion &
lifting heavy TV's & equip on the job.
Dx bil. CTS
= bil. ulnar n. Entrapment
Req. bil OR EMG? & NCT
to enable for surgery both wrists & Elbows

GILADI Roni
MADISON AVENUE ORTHOPEDIC
ASSOCIATE
N. Bondi, M.D.        R. D...
E. Adler, M.D.        Steve...        I.D.
245 Madison Avenue - New ...        I.D.
                                        112B

ASSOCIATES, P.C.
N. Bondi, M.D.        R. Goldstein, M.D.
E. Adler, M.D.        Steven Struhl, M.D.
1245 Madison Avenue · New York, New York 10128

6/30/95 — Cont _____ _____ _____

_____ _____ _____ _____ _____ & _____ as _____

Told pt to have _____ _____ _____

7/4/95   HAS HNP L5-S, — @ L4-5 _____

This is also same Comp Case — Same #'s

Has auth for Epidural block

_____ HNP — Epidural blocks — x 3

EPIDURAL 8/9

✓ AMB 8/11

✓ AMB 8/14

✓ AMB

10/6/95   had ✓ epidurals only —

had WCB MD's exam 10/2/95 —

did slr — to 90° & pt was in agony & _____

Pt has ⊕ HNP L5-S, — not healed

→ ⊕ E ̄ occ ⊖

Pain Again, Comp _____

SLR to 60° bil · S/s

✳ Request auth for myelogram — CT & lumbar

laminectomy      TDWN 6w

✳ bil CTS — using _____ _____ _____

✳ req auth for EMG's — both UE

⊕ Tinels — Numbness ® 1-2-3   Ⓛ 1-2-3 & 45

TDWN 6w

COS375

ASSOCIATES, P.C.
N. Bondi, M.D.        R. Goldstein, M.D.
E. Adler, M.D.        Steven Struhl, M.D.
1245 Madison Avenue · New York, New York 10128

12/27/95 — *Hearing* - 1st or 2nd wk of Jan
*Auth. Awarded for nephrogram CT & lum.*
*Auth. Awarded for EMG's UE*
*Will resubmit forms*
*Using. Land coolsys splint*
*Cont. three hot baths & home therapy*
TD NW
4W

1/9/96 — had hearing - everything delayed -
defendant had no medicals
Next hearing 2/21/96
Same finding
*Awaits Auth for Nepl CT & lum. lum.*
*Awaits auth for emg's both UE.*
*Using coolsys splint, lumbar sp support*
*Cont home PT &*
TD NW
UW

3/21/96 was at hearing — MD agreed pt has CT syndrome
but doesn't agree it is work related
- Now has hearing 5/96 —
*Same findings. less pain in LB as well as hands*
*Awaits auth for neplo-CT - & lum-lum.*
*Awaits auth for Emg both UE*
*Cont Coolsys splint, lumbar Ex*
*Cont PT.*
*Ultram 50mg # 60. 4W*
C06276
TD NW

MADISON AVENUE ORTHOPAEDIC
ASSOCIATES, P.C.

R. Goldstein, M.D.
N. Bondi, M.D.            R. Goldstein, M.D.
E. Adler, M.D.            Steven Struhl, M.D.

1245 Madison Avenue • New York, New York 10128

4/26/96

Has 5/96 - *illegible* on back
Has 10/96   "   on head

*illegible* - pain in CTS & hands
*illegible* *illegible* for *illegible* - CT - f *illegible*
*illegible* *illegible* for *illegible* *illegible* UE

Cont ultram —
cont PT.
Cooling *illegible*; WPE

              RTO        FDNW
              6W.        6-17-8³⁰

5/15/96 — *illegible* pain in low back yesterday
*illegible* unable to walk — Pain, spasm, pain t
*illegible* spasm 3 *illegible*, cont T/E/L3
SLR (+) 40° (L) · numbness *illegible*
Dx - Acute LB — HNP —
Rx Dlytte
(2) *illegible* Vicodin ES
(3) Naprosen *illegible*
(4) Flexeril 10mg #30
Heat

              PTO — 2w —          TDNW