**MADISON AVENUE ORTHOPAEDIC ASSOCIATES, P.C.**

N. Bondi, M.D.          R. Goldstein, M.D.
E. Adler, M.D.          Steven Struhl, M.D.

1245 Madison Avenue · New York, New York 10128

MAY 3 1 1996

Still in pain in low back
Spasm, core, pain & both legs ℝ > 𝕃
knee SLR ⊕ 30 – 40° s/s
Rx Medrol Dos Pak
Vicodin ES
Flexeril                    TDNW
RTO – 2w

6-11-96  Signs & Sxs of B₀ BL₀t
         DE DTRs
         SLR to 30°
         numbness

Rx 1) Bed rest
   2) Reg Stad
      Author refusal SurRI
         & laminectomy
      Send Stad to 189 Church St
      RTC · 1wk            TDNW

6-18-96  Still Signs & Sxs of B₀ BL₀t
         hard to fix pain
         SLR +
         numbness        T D N W

                              C03278

Reg Stad author for SurRI & laminectomy
      wf + Rt Epidb № 8

Will Cont Curriculum @ CW

& Have Reg. auth for MRI & lomb lsar.

low pain, cont — Spas

& Also auth for VE Emg

Cont sved to

Ultrasor

Send report to Attney

Brecher Etal.

8/18/96 — had heavy — i they want pt to

see a Neurosurgeon —

Still in pain, low spas L.O.M.

& Reg auth for MRI & lomb-lsar.

& Reg auth for VE. Emg's —

Ultram 50

RTO — 6wk      9-24-96      8³⁰

9/24/96    Was heavy 1 8/8/96 — at 1030

will get it cleared to officerm

Still sympt — Saw NeuroSurgt — Dr Ras !

Pain in L.B. — Spas, lom Flex/Ext — pain on sitting

Standing,  — cant get up easily, pain ↓@LE

& ooc @LE.

Needs Cofln for MRI & , LL.

Needs Out for VE Emg's —  same report

Heavy 11/6/96

RTC   10-29-96   8³⁰            CC8279

10-28-96 — [illegible handwritten medical notes]

[illegible handwritten medical notes]

12/[?]/96 — [illegible handwritten medical notes]

006280

1/21/97 — has hearing - 1/28/97
C/o — 1. Pain LB — rad to legs
2. Pain both hands — cant write
with R hand —
3 numbness both hands  R > L
4 numbness L 4-5 F
PE 1. ⊕ phalers & tinels  both hand
2. Spasm L.S.  SLR to 60° bil   heads us
Rx — 1. C.S. Support
2. Req auth for more C.S.
3 Req auth for emg's — nct  both UE
4 ultram, Daypro Soma
PTO — 4w    2-26-97   TDAW
                      8:30

1/28/97  Comp Court
         Judge gave auth for more CS & emg's
TRC Tooos

2/14/97 — Judge Katz gave auth — for more CS & e
         more — C.S. —
         Still pain in wrists & elbow L
         will get both more & emg's — nct
         PTO — Starts

C03981

2/26/97 — Still no auth for Emeg & MRI
told pt to call Mr Romano — his action
& to contact Judge Katz
to see me in 2 wks                    (Rt) 3-26-97 8

3/26/97  Will haven't got auth for MRI & Emeg;
Pt to write to Congr, Judge Katz & acting
RTO — 2w       MD 4-16-97 8-30

7/17/97 — has auth from SIT for MRI of back
Still in pain
R> MRI — LS
RTO — attached (MRI 7/18/99 ) call for appt

10/7/99 — (+)MRI — HNP — L5 S1 on (L)
Comp not paying leeds
feed Copy of this MRI & leg auth
for surgeon
Cont RX
little —
Ultram, Soma, Allegra        X 2
        60        60        60
RTO — 4w

006232

11/4/95

Pt Still Symp't Cly Bo Bl OT
Deform

SLR to 30°

Involve

Neuro

① Reauth for Surgery
Ulcer
Sorta Effusy
Surgery
RTC 1 mo

12/10/97 — Still in pain in back & low back
Awaiting Date for hearing
⊕ MRI — HNP C5-S₁
Again, LOM — SLR to 30° S/s — numbness
Rx Needle for Acup
Also numbness lessed — Hx bel CTS
Rx Cush for Eval & S
RTD — 1 mo    TDNW
Pt is unable to ptr

_[signature]_

4/7/98 — No change pain in
Chest & low back
④ HNP L4-5,
spasm, conc L.S. , SLR to 30° S/S
numbness toes
Rx - adle for sleep
Also bil. CTS
Rx - adle for Emg's
Rpro — 2 wks
Ultram 50g # 100 — TD NW

6/2/98 —
Saw Dr. at SIF — ____ to his Office
told pt has atrophy — 2° to CTS — bil.
Told back problem clear from ____
Didn't know if surgery would be beneficial
New Customer heads.
Rx - bil cts — ④ trials — atrophy
④ HNP 4-5, span, conc L.S. , SLR 630°S/
numbness toes
Rx adle for emg's
Rx. adle for lumbar ____
Ultram 50mg # con ×3
                  2wks     TD NW

6-23-98 - Pain in Hand + Lsh
DE    Wearing Braces For Carpal Atrophy
      Pain Lsf            Both Thenal eminence
      Dfus
      SLR to 60 Lt   -1
      1) Reg Emg
      2) - Results for lamincty

Atrophy        FDus
               RTC 1 mo

7-17-98    Pain Lsf + Hands
           Lsf diffuse
           Sur Pain
           SLR to 60°
           Imp J
           1) Reg Emg
         + 2) Reg Lumbar laminecty  +
           3) Esgic +
                        6w

9/4/98 - Perry-Comp neo today
         leg Shell pain LS - ç hands
              no diag-
         Reg Emg's - UE
         & Lumbar Lam.
             Esgic +          6w

678-695-3/76

**SAINT BARNABAS MEDICAL CENTER
LIVINGSTON, NEW JERSEY**

## EMERGENCY ROOM — FOLLOW UP CARE INSTRUCTIONS

NAME: Roni Grisai          DATE: 9/6/8?

**LACERATIONS:**
1. Keep dressing clean and dry.
2. Do Not change dressing until you are seen by your family physician.
3. Have your laceration checked by your family doctor in 2 days.
4. Have sutures removed in 10 days by your family doctor.
5. There are ___ sutures to remove.
6. If signs of infection (see below) occur, contact your physician.

**BURNS:**
1. Keep dressing clean and dry.
2. Do Not change dressing until you are seen by your family physician.
3. If signs of infection (see below) occur, contact your physician.

**SIGNS OF INFECTION:**
1. Increased pain.          3. Swelling.
2. Redness and pus.         4. Red streaks appearing under skin.
          5. Fever.

**HEAD INJURY:** You have suffered a head injury. If any of the following should appear, Contact your family physician or the Emergency Room IMMEDIATELY.

1. Observe closely for the first 24 hours for the following signs:
   a. Increased drowsiness, stupor, or unconsciousness.
   b. Restlessness or convulsions (fits).
   c. Weakness or paralysis of either arm/leg.
   d. Marked slowing of the pulse.
   e. Temperature above 102ºF.
   f. Excess vomiting or nausea.
   g. Blood or clear fluid dripping from the nose or ears.
   h. Stiffness of the neck.
   i. Dizziness, blurred or double vision.
   j. Pulsating pain in the eyes.
   k. Personality changes.
2. Stay indoors with someone.
3. DO NOT blow a bloody nose or attempt to clear blood from your ears.
4. Avoid heavy meals & alcoholic beverages; light meals or soup are preferable.
5. Allow patient to sleep. Awaken every 2 hours to observe patients response.
6. Take ONLY aspirin or Tylenol for pain.

## INSTRUCTIONS TO PATIENT

☐ Instructions given to patient/parents or guardian.   ☐ Instructed to arrange for follow-up care with family physician, Doctor
☐ For school   ☐ No Gym or sports for          in 2 days.

**PLEASE NOTE THE FOLLOWING:**
☐ Tetanus immunization   was   was not given.
☐ Tetanus & Diphtheria Toxoids 0.5cc.
☐ Human Tetanus serum, 250 units.
☐ If you have pain, take 2 aspirins unless allergic, otherwise use Tylenol.
☐ Check with your family physician.

**X-RAY:**
1. The X-Ray report is not final and represents a preliminary reading. An official reading by the attending radiologist will be made. If the interpretations are not the same, you will be notified.

☐ Patient given names and addresses of the following physicians.
   1. _____
   2. _____   3. _____

**MEDICATION FOR PAIN MAY CAUSE / WILL CAUSE DROWSINESS   DO NOT DRIVE**

Instructions given by _____
          print name and sign

**IF THERE ARE ANY QUESTIONS REGARDING YOUR TREATMENT OR CONDITION CONTACT YOUR FAMILY PHYSICIAN OR THE EMERGENCY ROOM** 533-5180

          Patient's signature

003386

MEDICAL CHART COPY

SAINT BARNABAS MEDICAL CENTER, LIVINGSTON, N.J.
EMERGENCY MEDICINE SERVICE
BUSINESS OFFICE 533-5440  EMERGENCY ROOM PHONE 533-5180

**ADMITTED**                                                                 **DISCHARGED**   2:40 A

**HOSP. NO.** 303-134174                          **BIRTH DATE** 3/5/52   **AGE** 35

1207369

**MARITAL**  **REL**                    G.ladi    Roni    V
**NAME & RELATIONSHIP OF COMPANION/RELATIVE**                           LAST NAME    FIRST NAME   M.I.
FRISARD  BETA / WIFE    **PREVIOUS ADMISSION** ☐ YES ☐ NO   **IDENTIFICATION NO.**   5 Walker Rd.
**PRIVATE PHYSICIAN**                  **BLUE CROSS**  **COV. CODE**  **GROUP NO.**      ADDRESS
**EMERGENCY PHYSICIAN**  MENKUE        **BLUE SHIELD**                          West Orange NJ 07052
                                                                   CITY  201 STATE   ZIP
**COMPLAINT OR INJURY**     **MEDICARE**                              PHONE ( ) AREA CODE 736-7735
STABBED SELF                                                      ☐ COMPENSATION  ☐ BILL TO
IN WRIST         **OTHER**

**MODE OF ARRIVAL**
                 ☐ AMBULATORY                           Video
**DURATION OR TIME OF OCCURENCE**  ☐ WHEELCHAIR   W. ORANGE
                 ☐ AMBULANCE SQUAD
                 ☐ POLICE TOUR ____                COMP M.D.        SOC. SEC. NO.
**INFO TAKEN BY**  ☐ MOUL

**TREATMENT**                                                    **ORDERS**  **ORD**  **RESULTS**
**BEFORE ARRIVAL**                                             X-RAYS (LMP        )
T 97? P 70  BP 124/70  R 1?  TIME 11:30  LAST TETANUS 1987
                 ALLERGIES  ☐ YES  ☐ NO

**NURSES OBSERVATIONS**
Wife states husband has been
depressed past two weeks, _____ _____
this AM & told her he was going
to stab himself with kitchen knife. _____

**DOCTOR'S NOTES**
¾" lac (L) wrist ____ in water ____ ____
35 y.o. WM/Israeli ____ ____ brought
ED via W.O.F.A.S. following mishap
in which he sustained stab wound to the
wrist. There were conflicting accounts as to nature
of wound, that is between pt who felt it
was accidental and wife who otherwise
was deliberate and self inflicted. They agreed
that pt has been depressed _____ albeit coherent oriented
_____ thought & judgement intact.
(L wrist) w/ superficial transverse
_____ left wrist ____ tendon & tendon
_____ injuries

**PAIN**
**CONDITION ON DISCHARGE**  good

**DIAGNOSIS**  Wrist laceration / suicidal gesture.

**LAB**

**EKG**

**OTHER ORDERS**                                             **DONE**

**MISC**

**MIS**

**HOSPITAL CHARGES** 10 10   **CHG. AM**   **M.D. CHARGES**  22021, 10020

**AUTHORIZATION FOR TREATMENT**  12:53 A
**DATE**                        **TIME**
I ACKNOWLEDGE THAT THE MEDICAL CARE FURNISHED TO ME IN ST. BARNABAS
EMERGENCY ROOM WAS/WILL BE LIMITED SOLELY TO EXAMINATION AND/OR EMER-
GENCY TREATMENT. I UNDERSTAND THAT IT MAY BE NECESSARY TO SELECT OR CON-
TINUE WITH A PRIVATE PHYSICIAN AND MAKE ARRANGEMENTS WITH HIM FOR CON-
TINUATION OF TREATMENT AND POSSIBLY FOR COMPLETE DIAGNOSIS
I HEREBY GIVE CONSENT FOR EMERGENCY TREATMENT AT SAINT BARNABAS MED-
ICAL CENTER. (Cross out inappropriate words)

**DISPOSITION**
☐ ADMITTED  ROOM ____  DR ____
☐ TRANSFERRED TO ____
TIME REPORT GIVEN ____  ACCEPTED BY ____
☐ TREATED & RELEASED, REFERRED TO ____
☐ POLICE CUSTODY  ☐ OTHER
☐ INSTRUCTIONS

PATIENTS SIGNATURE OR GUARDIAN ____  RELATIONSHIP ____
                                WITNESS ____

MEDICAL RECORDS

MORTON SPINNER, M.D., F.A.C.S., P.C.

DATE  2/1/88

## PATIENT INFORMATION

NAME        GILADI, RONI

HOME
PHONE: (201) 776-9821

ADDRESS:    PO Box 127

WORK
PHONE:  (212) 430-2125
                     2135

            Milburne, New Jersey 07041

OCCUPATION:
Video Productions

AGE:  36        DATE OF BIRTH:  3/5/52

NEXT OF KIN:

REASON FOR
CONSULTATION:   status post surgery for left
                hand- nerve repair

PHONE:

DATE OF INJURY:

HANDEDNESS:  writes
             with right

HOW OCCURRED:

ALLERGIES:  None

SS#: 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

REFERRING PHYSICIAN:

MEDICAL INSURANCE
COVERAGE:

NAME:     Dr. Jerry Kaplan

ADDRESS:    1165 Morris Park Avenue

NAME:  1199

            Bronx, NY

PHONE:      (212) 430-2524

ID#:

## COMPENSATION INFORMATION

EMPLOYER:

CARRIER:

ADDRESS:

ADDRESS:

WCB#:

CC#:

PATIENT'S SIGNATURE

PROGRESS NOTES

Morton Spinner, M.D.

Roni Giladi
Post Office Box 127
Milburne, New Jersey 07041

(201) 736-9821
~~(212) 430-2125~~

Age: 36

---

2/1/88    The patient has three problems.  One, pain in the left hand secondary to a
repair of the medium palmar cutaneous nerve following an injury on
September 21st, 1987.  He cut his left hand on a knife while fixing a car.
Surgery was performed by Dr. Goldstein at Einstein Hospital.  The patient
had attempted block and had the discomfort subsequent to this.  He states
that he was put under general anesthesia.  He believes that the nerve was
repaired, but is not 100% sure.  Clinically, he has numbness in the mid portion
of the thenar eminence on the palmar aspect.  He also has numbness in the
long and ring fingers.  He has the Tinel Sign in the upper arm distal to the
area of the axillary block.  The Tinel Sign occurs with radiation into these
median and innovated digits.  It should also be noted that when he flexes his
elbow, he gets more numbness in his hand.  It is suggestive of a cubital
tunnel syndrome separately.

In addition, it should be noted that the flexor superficialis in the left long and
ring fingers are not functionining.  The patient after discussion with Dr. Kaplan
who referred the patient, he is to receive Xanax initially BID and then increase
to TID if he tolerates it well.

In addition, the patient is to receive physical therapy with Darcy Krooke in
New Jersey where he lives.  The Tens Unit and modalities for pain and local
modalities.  MS:meb

2/24/88 *Patient is having difficulty in reaching Moskva*
*advised*

3/2/88 — *Spoke with Darcy about therapy*

C06288

4/20/88    The patient had complaints relative to the regenerating median nerve in the arm.
There is a tinel sign in the junction of the middle and proximal third of the left
forearm.  In addition, he has dysesthesias in the region of the median and palmar
cutaneous nerve.  He is able to tolerate things with the TENS unit.  He did not
do well with the Xanax.  I will give him some Sinequan and try its effect with
him.  He is at work trying to use his right hand to substitute for the left with
his work duties.  He still has a tinel sign at the junction of the middle and upper
third of the left arm.  The patient is to continue with the physical therapy with
Ms. Decker in New Jersey with local modalities to the arm added because this
seems to give him most of the difficulty at the present time.  I am to see him

PROGRESS NOTES
MORTON SPINNER, M.D.


Page 2


Roni Giladi
PO Box 127
Milburne, N.J.  07041


7/1/88      The patient was re-examined today.  He still has symptoms, but not as severe
            as earlier in his left arm and hand.  He requires further instruction relative to
            desensitization and local modalities to assist in relieving the discomfort.  MS/cc


8/19/88     The patient had a hand-shoulder syndrome.  He had some stiffness and pain in his
            left shoulder.  He was given an intra-articular injection of Decadron, Marcaine
            and Xylocaine into the left shoulder.  I've spoken with Dr. Jerry Kaplan concerning
            him.  He was instructed as regards to active and passive exercises.  MS/cc


10/26/88    The patient appears to be doing better, but he has a residual median nerve neuritis
            in the left arm.  The strength in the hand is less.  The strength gauge is 95
            on the right and 21 on the left.  That is the Jamar.  Pinch dynamometer is 8.8
            kgs. on the right and 2.4 on the left.  He has some coolness in the hand.  He
            was given Procardia, 10 mgs. a day.  He was also to be tried on Sinequan, 25
            mgs. at night.  MS/cc


C06289

MORTON SPINNER, M.D., F.A.C.S., P.C.                    DATE  2/1/88

## PATIENT INFORMATION

NAME          GILADI, RONI

ADDRESS:        PO Box 127

              Milburne, New Jersey 07041

AGE:    36       DATE OF BIRTH:   3/5/52

REASON FOR
CONSULTATION:    status post surgery for left
                 hand- nerve repair

DATE OF INJURY:

HOW OCCURRED:

REFERRING PHYSICIAN:

NAME:        Dr. Jerry Kaplan

ADDRESS:      1165 Morris Park Avenue

              Bronx, NY

PHONE:        (212) 430-2524


HOME
PHONE: (201) 776-9821

WORK
PHONE: (212) 430-2125
                      2135

OCCUPATION:
  Video Productions

NEXT OF KIN:

PHONE:

HANDEDNESS:  writes
             with right

ALLERGIES:  None

SS#: 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

MEDICAL INSURANCE
COVERAGE:

NAME:  1199

ID#:

## COMPENSATION INFORMATION

EMPLOYER:                        CARRIER:

ADDRESS:                         ADDRESS:

WCB#:                            CC#:

     PATIENT'S SIGNATURE

CC6290

# Montefiore Medical Center/Albert Einstein College of Medicine

Clinical Neurophysiology Laboratory

Alan R. Berger, M.D.
Director

Montefiore Medical Center
111 East 210th Street
Bronx, New York 10467
Telephone 212 920-4930

March 8, 1991

Berish Strauch, M.D.
Department of Reconstructive Surgery
Montefiore Hospital Medical Center
3331 Bainbridge Avenue
Bronx, New York  10467

Dear Dr. Strauch:

Your patient, Roni Giladi, was seen for neuromuscular evaluation.
He is an ambidextrous 39 year old man with left arm pain and
weakness since suffering a left wrist injury in September 1987,
for which he underwent surgery.  As you are familiar with his
history, I will not repeat the details except to note that he
suffered a motor vehicle accident in 1981 that resulted in neck
pain and right hand parethesias, all which completely resolved.
His current complaints include a heavy feeling of the left arm when
working and numbness in predominantly a median nerve distribution.
No definite nocturnal exacerbation.  He complains his left hand is
weak.

On examination, strength of proximal left arm muscles was difficult
to assess because of local pain, but was at lest 5- in the deltoid,
supraspinatus, biceps, and triceps.  Muscles slightly decreased in
strength (5-) included the left extensor digitorum communis, first
dorsal interossei, ulnar innervated flexor digitorum muscle,
opponens policis, and the abductor pollicis brevis.  Slightly more
weakness (4-) was present in the flexor carpi radialis and flexor
pollicis longus.  Hypesthesia was noted to pin prick and light
touch at the medial upper arms, lateral forearms, dorsolateral
hand, and index finger.  The tendon stretch reflexes were 1+ at the
brachioradialis muscles bilaterally, while bilateral triceps and
biceps reflexes were 2+.  The left arm demonstrated tenderness and
a Tinel's sign in the upper arm between the biceps and triceps.  A
Tinel's sign was also elicited at the left wrist.  Hot dog signs
were evident at the wrists bilaterally.  Range of motion was full
and pain-free.

Electrophysiologic testing disclosed bilateral median nerve
entrapments at the wrists, as well as bilateral ulnar nerve
entrapment, at the elbows.  All of the entrapments are mild in
degree.

Page -2-
Berish Strauch, M.D.
RE:  Roni Giladi

There was no evidence of focal median nerve damage proximal to the
wrist level, distal to the traumatic site.  In addition, there was
left C6 radicular dysfunction resulting in a mild degree of axon
loss.  The clincial examination suggests a lesion proximally in the
left upper arm.  However, there is no electrophysiologic evidence
of dysfunction resulting from such a lesion.  Clinically, the
patient's complaints seem most likely to emanate from the left C6
radiculopathy, median nerve entrapment or both.

Thank you for referring this interesting patient.

Sincerely,


Kersti Bruining, M.D.
Clinical Electrophysiology Fellow



Alan R. Berger, M.D.
Associate Professor of Neurology
Director/Electromyography Laboratory

ARB:alh

COS292

DEC-21-1994  16:51  FROM   PLASTIC SURG. AE/MMC   TO   19144480215   P.04

DEPARTMENT OF NEUROLOGY
CLINICAL NEUROPHYSIOLOGY LABORATORY
MOTOR AND SENSORY NERVE CONDUCTION EXAMINATION

Date __3/9/91__

Patient Name __Roni  Giladi__

Age ____ Sex ____ Height(inches) ____

Extremity Temp(C) ____ Handedness ____

| SIDE | NERVE TESTED | RECORD SITE | STIMULATE SITE | LATENCY (msec) | AMP. (μv) | DURATION (msec) | DISTANCE (mm) | VELOCITY (m/sec) | REMARKS/ COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| R | RADIAL (m) | EIP | ANTCBFOI | 3.7 | 2300 | 11.0 | 215 | | Abd LA (External) |
| | | " | midram | 5.2 | 1200 | 11.6 | 130 | 53.8 | N |
| | | " | AX | 6.3 | 2400 | 11.4 | 95 | 99.2 | N |
| → | | " | ERBS | 10.0 | 6100 | 9.0 | | | N |
| R | RADIAL (m) | EIP | ANTCB POI | 3.3 | 2200 | 10 | 195 | | Abd LA (Internal) |
| L | ULNAR (m) | FDI | WRIST | 3.7 | 7700 | 5.3 | 120 | | N |
| | " | " | BEL | 8.4 | 6800 | 6.9 | 230 | 50.5 | N |
| | " | " | AEL | 9.5 | 5300 | 6.2 | 105 | 95.45 | |

006293

MONTEFIORE HOSPITAL MEDICAL CENTER
DEPARTMENT OF NEUROLOGY
CLINICAL NEUROPHYSIOLOGY LABORATORY
MOTOR AND SENSORY NERVE CONDUCTION EXAMINATION

Date 3/8/91
Patient Name Roni Gilati
Age 39  Sex O→  Height (inches) 70"
Extremity Temp(C) 34  Handedness ambidex

| NERVE TESTED | RECORD SITE | STIMULATE SITE | LATENCY (msec) | AMP (uv) | DURATION (msec) | DISTANCE (mm) | VELOCITY (m/sec) | REMARKS/COMMENTS |
|---|---|---|---|---|---|---|---|---|
| MEDIAN (S) | WRIST | D2 | 3.5 | 4.4 | 1.3 | 155 | 42.8 | Ab, Lt, Slow |
| MEDIAN (Mx) | WRIST | PALM | 1.7 | 29.0 | 1.0 | 70 | 41.4 | Ab, Slow |
| MEDIAN (S) | D2 | PALM | 1.5 | 5.8 | 1.2 | 80 | 57.9 | N |
| ULNAR (S) | WRIST | D5 | 2.4 | 4.4 | 1.1 | 125 | 52.5 | Ab, LA |
| ULNAR (Mx) | BEL | WRIST | | | | | | |
| ULNAR (Mx) | AEL | WRIST | | | | | | |
| MEDIAN (M) | APB | WRIST | 3.8 | 9300 | 5.6 | | | N |
| MEDIAN (M) | APB | ELBOW | | | | 55 | | N |
| MEDIAN (F) | APB | WRIST | 32-29 | | | | | N |
| ULNAR (M) | ADM | WRIST | 2.9 | 8900 | 6.2 | 75 | | N |
| ULNAR (M) | ADM | BEL | 6.1 | 8500 | 6.4 | 220 | 68.2 | N |
| ULNAR (M) | ADM | AEL | 8.7 | 8400 | 7.2 | 110 | 42.3 | Ab, Slow |
| ULNAR (F) | ADM | WRIST | 34-30 | | | | | Ab, IR |
| RADIAL (S) | WRIST | D1 | 2.2 | 42 | 1.0 | 130 | 71.3 | N |
| LAT CUT (S) | FOREARM | ELBOW | 1.7 | 11.6 | 1.2 | 120 | 70.5 | N |
| ULNAR (M) | PDI | WRIST | 3.5 | 9600 | 4.4 | 190 | | N |
| " | " | BEL | 7.0 | 6600 | 7.9 | 210 | 62.8 | N |
| " | " | AEL | 10.2 | 4700 | 8.0 | 110 | 33.9 | Ab, Slow |
| " | " | WRIST | 29-18 | | | | | |

006294

DEC-21-1994  16:53  FROM   PLASTIC SURG. AE/MMC        TO        19144480215    P.06

## MONTEFIORE HOSPITAL MEDICAL CENTER
### DEPARTMENT OF NEUROLOGY
### CLINICAL NEUROPHYSIOLOGY LABORATORY
### MOTOR AND SENSORY NERVE CONDUCTION EXAMINATION

Date: 3/8/41

Patient Name: Roni Grisati

Age: 39   Sex: O   Height(inches) 70"

Extremity Temp(C) 35°   Handedness: ambidextrous

| NERVE TESTED | RECORD SITE | STIMULATE SITE | LATENCY (msec) | AMP (uv) | DURATION (msec) | DISTANCE (mm) | VELOCITY (m/sec) | REMARKS/ COMMENTS |
|---|---|---|---|---|---|---|---|---|
| MEDIAN (S) | WRIST | D2 | 3.3 | 39 | 1.1 | 150 | 45.1 | Ab, LA |
| MEDIAN (Mx) | WRIST/dist | PALM | 1.5 | 21.0 | 1.4 | 70 | 4.6 | Ab, Slow |
| MEDIAN (S) | D2 | PALM | 1.1 | 14.8 | 1.8 | 35 | 65.7 | N |
|  |  |  |  |  |  |  |  |  |
| ULNAR (S) | WRIST | D5 | 2.2 | 8.4 | 1.6 | 135 | 60.2 | N |
| ULNAR (Mx) | BEL | WRIST |  |  |  |  |  |  |
| ULNAR (Mx) | AEL | WRIST |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| MEDIAN (M) | APB | WRIST | 3.8 | 11800 | 6.6 | 65 |  | N |
| MEDIAN (M) | APB | ELBOW | 8.3 | 9700 | 6.2 | 230 | 51.1 | N |
| MEDIAN (F) | APB | WRIST | 32->39 |  |  |  |  | N |
|  |  |  |  |  |  |  |  |  |
| ULNAR (M) | ADM | WRIST | 2.5 | 6600 | 6.1 | 65 |  | N |
| ULNAR (M) | ADM | BEL | 6.8 | 6200 | 6.5 | 230 | 53.4 | N |
| ULNAR (M) | ADM | AEL | 9.6 | 6400 | 6.9 | 105 | 37.5 | Ab Slow |
| ULNAR (F) | ADM | WRIST | 32-30 |  |  |  |  | N |
|  |  |  |  |  |  |  |  |  |
| RADIAL (S) | WRIST | D1 | 1.2 | 2.2 | 1.1 | 9.5 | 53.3 | N |
| LAT CUT (S) | FOREARM | ELBOW | 1.8 | 10.0 | 1.2 | 105 | 58.9 | N |
|  |  |  |  |  |  |  |  |  |
| MEDIAN(M) | APB | PA | 11.2 | 10800 | 6.4 | 205 | 69.4 | N |
| " | LAPB | EABS | 14.2 | 11000 | 6.8 |  |  | N |
|  |  |  |  |  |  |  |  |  |
| ULNAR(M) | ADM | AX | 11.9 | 5900 | 7.3 | 140 | 59.5 | N |
| " | " | EABS | 14.2 | 5000 | 7.3 |  |  | N |

006295

NAME Roni Giladi                                    003206                    3/8/

| MUSCLE | FIBS | FASC | MISC | AMP | DUR | POLYPHASIA | PATTERN | COMM |
|--------|------|------|------|-----|-----|------------|---------|------|
| (L) | | | | | | | | |
| FDI | O | D | | N | N | | Lmx | N |
| ADM | O | D | | N | N | | Mx | N |
| EDC | O | O | | N | N | | mx | N |
| FCR | O | D | | N | N | | Mx | |
| Bi | O | O | | N | N | | Lmx | N |
| TRi | O | D | | N | N | | Mx | N |
| DELT | O | D | | N | N | | Mx | N |
| C6 | 1+ | O | | | | | | Ab |
| C5 | O | O | | | | | | N |
| C7 | O | O | | | | | | N |
| APB | O | O | | | | | | N |
| PRO TER | 1+ | O | | N | N | | Mx | Ab |
| SUP | 1+ | O | | N | N | | Mx | Ab |
| | | | | | | | | |
| (B) | | | | | | | | |
| C6 | D | O | | | | | | N |
| FDI | D | O | | N | N | | Lmx | N |

RETURN TO MEDICAL OFFICE
By: _____

**BERGEN COMMUNITY COLLEGE**
**400 PARAMUS ROAD**
**PARAMUS, NEW JERSEY 07652**

# MEDICAL EXAMINATION REPORT

STUDENT'S CURRICULUM CHOICE
_____

NAME (Print) ___ Giladi _____ Roni _____ V _____
                    (Last)              (First)         (Middle)

HOME ADDRESS ___ 5 Walker Road _____ W. Orange ____ NJ _____
                      (Street)              (City)         (State)

TELEPHONE NUMBER ___ 201-736-7735 ___ SOCIAL SECURITY NO. ___ 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 ___

DATE OF BIRTH ___ 3/5/52 ___

PERSON TO BE NOTIFIED IN CASE OF EMERGENCY: _____

NAME ___ Beth Giladi _____

ADDRESS ___ 5 Walker Road _____ W. Orange _____ NJ _____
                 (Street)              (City)          (State)

TELEPHONE NUMBER ___ 201-736-7735 _____

---

# IMMUNIZATION AND LABORATORY RECORD
## All tests listed below are recommended.

Tetanus (within 10 years) Date _____ Series completed? _____
Diptheria Toxoid (within 10 years) Date _____ Series completed? _____
Polio: Salk or Sabin Date _____ Series completed? _____
Tuberculin skin test (within 1 year) Date ___ Neg. ___ Pos. ___ If Pos. Chest X-Ray _____

Urinalysis: Sugar _____ Albumin _____ Micro _____
Hemoglobin/Hct _____
Suggested: Rubella screen _____

Have you had the following immunizations? (Not required. For information only)

COPY OF OFFICIAL DOCUMENTS
Bergen Community College

_C. Dreis_ 4/1/98
Authorized Signature   Date

VACCINES:
Measles _____ Date ___ Mumps _____ Date _____
German Measles _____ Date ___ Influenza _____ Date _____

C0S897

**PART B**
(Physical Examination Cont'd.)

**Abdomen:**   Hernia Yes _____ (No) _____ Liver *not palp*   Spleen *not palp*

Hemorrhoids Yes _____ (No) _____

Pilonidal Sinus Yes _____ (No) _____

**Genitals:** *normal male*

**Skin:**   Acne *neg*   Fungus Infection *neg*   Other */fulliculitis*

**Spine:** *straight*

**Extremities:** Joints _____ Muscle Weakness *neg*   Knee Instability *neg*   Foot Defects *neg*

**Reflexes:** Arms *+ +*   Legs *+ +*

```
COPY OF OFFICIAL DOCUMENTS
Bergen Community College

e. Green          4/1/98
Authorized Signature        Date
```

**Comments:** _____

_____

_____

_____

_____

_____

Is there any evidence of anxiety, extreme tension or emotional instability?   Yes _____ (No) _____

Has the applicant had psychiatric care?   Yes _____ (No) _____

**Comments:** _____

Is the applicant able to move about campus without restriction or assistance?   (Yes) _____   No _____

If no, comment _____

Is the applicant qualified to participate in a regular physical education program?   (Yes) _____   No _____

_____ Varsity Sports?   Yes _____   No _____

Are there any limitations placed upon amount and character or physical education?   Yes _____   (No) _____

**Explain:** _____

Signature of Physician  *Jonas C Greenfield*

Name of Physician (print)  *JONAS C GREENFIELD*

Address  *1825 EASTCHESTER RD - Bx, NYC 10461*

Date of Examination  *5 Feb 86*

**TO THE APPLICANT AND EXAMINING PHYSICIAN:**
**THIS COMPLETED MEDICAL FORM IS REQUIRED FOR ADMISSION.**

C06208

To the Physician: The purpose of this examination is to have on file, in the Medical Office, a background of the patient's health status so that he/she may be properly assigned to classwork and physical education, and so any illness that may arise may be properly handled.

## PART A
Medical History (check)

1. Syncope, Concussion, Skull fracture, seizures:? ............ *no*
2. Serious visual defect or loss of vision in one eye? ............ *no*
3. Hernia, Hydrocele or loss of function of one kidney or testicle? ..... *no*
4. Previous injuries? *no*
5. Diabetes, Heart disease or other serious illness in past? ..... *no*
6. Significant allergy history? ............ *no*
7. Hospitalization or operations? ............ *no*
8. Any medicine taken regularly? ............ *no*
9. Venereal disease? *no*
10. Skin disease? ............ *Folliculitis on legs*
11. Arthritis? ............ *no*
12. Other significant past medical history or illness? ............ *no*

Comments on any yes answer _____

*COPY OF OFFICIAL DOCUMENTS*
*Bergen Community College*

_____  *E. Green*  *4/1/98*
Authorized Signature      Date

## PART B
Physical Examination:
All items to be completed by Physician. Check if normal. Positive findings should be entered under comments.

Weight *178*    Height *5'10"*

Head:   Scalp *Clean*    Hair *neg*

Eyes:   Vision R *20/30*    L *20/30*

Glasses R _____ L _____

Contact Lenses *no*

Nose:   Deviated Septum *no*   Polps *no*   Chronic Discharge *no*

Throat: Tonsils absent _____   Present ✓   Diseased _____

Ears:   Canals R *OK* L *OK*   Drums R _____ L _____

Hearing _____

Teeth:  Need for dental attention (No)   Yes _____

Glands: Cervical *not palp*  Axillary *not palp*  Inguinal *not palp*

Neck:   Thyroid Enlargement *no*

Lungs:  Evidence of asthma *None*   Chronic Bronchitis *no*

Heart:  B.P. *130/90*   Pulse *58/min*   Enlargement *no*

Murmurs (describe) *None*

C08239

JAY A. ROSENBLUM, M. D.

175 EAST 79TH STREET

NEW YORK, N. Y. 10021

———

TELEPHONE 249 - 7867

June 10, 1997

Mr. Richard Simberg
The State Insurance Fund
199 Church Street
New York, N.Y. 10007

|  |  |
|---|---|
| Re: | Roni GILADI |
| SIF#: | 38398020-044 |
| SEQ#: | 012 |
| WCB#: | 9356779 |
| D/A: | 6/30/93 |

Dear Mr. Simberg:

At the request of The State Insurance Fund, I conducted a neurological re-evaluation today on Mr. Giladi, and the following is being sent to you for your information.

As you are aware, I had previously seen Mr. Giladi on 9/20/96. It was at that time that Mr. Giladi informed me that he worked as a video technician and was 44 years of age. On 6/30/93, while lifting heavy equipment, he injured his low back and both hands. He described a constellation of symptoms that were occurring to him. He informed me that various neurodiagnostic studies were obtained and indicated that he was suffering from carpal tunnel syndrome and ulnar nerve impingement in both upper extremities. I was aware of a past history of left median nerve dysfunction, prior carpal tunnel surgery in the left wrist in 1991. I reviewed multiple medical records, conducted a neurological examination, and found a wide dicotomy between the objective symptoms and lack of objective findings.

Since then, the patient states he continues to experience pains in both his hands and elbow region. He also finds that he has pain in his low back region. He said that he attempted to return to work since his last visit for several days but was unable to continue because of the recurrence of pain. He is under the care of an orthopedist and is not receiving any physical therapy but does do home exercises. He has almost constant pains in both hands and has a tendency to drop objects

C0S300

Roni GILADI-Page 2

from his hands.  When he wakes, both hands are numb and swollen, and his fingers feel as if they are paralyzed.  He has to soak them in warm water.

His other symptom complex is that the back pain remains constant but varies in intensity.  These symptoms radiate into both lower extremities and he occasionally has some numbness in both feet.  He has difficulty walking, standing or sitting for any prolonged length of time.    He takes home medication.    No further neurodiagnostic studies have been performed.

I did have the benefit of an undated report from Dr. Herness who detailed the patient's multiple symptoms and indicated that an EMG report of the upper extremities was said to confirm left median ulnar nerve dysfunction and entrapment syndromes.  This includes an MRI scan of 11/5/93 showing a herniated disc and bulging disc in the lumbar region.  He felt the patient could not resume his job in video production.  I have also received information that the patient had other traumatic events of which he did not inform me.  He was said to have had a motor vehicle accident in 1993.  I asked the patient about same and he informed me that he did nave a car accident and had no medical injuries. I also queried him about any accident in 1995, and he stated that he had not sustained any trauma at that time.  He does inform me that at the present time he does home study courses and occasionally takes a course in school.  He uses a dictating machine to write his notes.  No other information was supplied.

NEUROLOGICAL EXAMINATION

Cranial nerve testing was grossly within normal limits.  There was no evidence of an organic mental syndrome.   The patient's station and gait were slow but physiological.

The patient was able to appropriately undress and dress.  The patient had on a back brace, as well as two hand braces. All these appliances were removed for this examination. He complained of pain over the entire spinous region, being most prominent in the lumbar area, as well as movements of the left upper extremity and

COS301

Roni GILADI-Page 3

both hands. No spasm was noted. There was no evidence of atrophy or fasciculations seen. Inspection of the spine did not indicate any abnormal curvatures.

Cerebellar function was normal and there was no evidence of tremors or dyskinesias noted in the extremities. Functional muscle testing revealed no evidence of muscle weakness. On formal muscle testing, there appeared to be give-way weakness of all four extremities. The patient indicated that this was because it was painful. The muscle tone was of normal caliber throughout.

The biceps, triceps, brachioradialis, patella and ankle reflexes were present and equal bilaterally. When hitting the patient with a percussion hammer, the patient indicated that these maneuvers were painful. No abnormal reflexes were detected.

No radicular sensory abnormalities were recorded as to vibration or pin prick testing, though the patient informs me that the pin was not perceived as much over the entire right lower extremity as it was over the left. Position and touch sensation was intact.

SUMMARY AND IMPRESSION

Once again, this patient's objective clinical neurological examination remains normal. His subjective symptoms are out of proportion to any objective findings. I would respectfully suggest obtaining the reports of the abnormal MRI scan of the lumbar spine, and EMG examination. When those reports are available, I would be happy to review same and send a supplementary report. From a clinical point of view, this examiner could find no clinical evidence of lumbar radiculopathy.

Thank you for allowing me to see this patient.

Yours truly,

Jay A. Rosenblum, M.D.

JAR:dj

COS302

ROY G. KULICK, M.D.
901 FIFTH AVENUE
NEW YORK, NEW YORK 10021

(212) 988-0692

ORTHOPAEDIC SURGERY                                                    SURGERY OF THE HAND

| | |
|---|---|
| **Name:** | **Roni Giladi** |
| **Date:** | **9/28/05** |
| **Referred:** | **State Insurance Fund** |
| | **SIF#:**  38847620-044 |
| | **WCB#:**  9348077 |
| | **D/A:**  6/30/93 |
| | **EMP:**  **Yeshiva University** |

**History:**                          This 43 year old right-handed video technician has complaints about both hands. The left hand started bothering him about 1990 with pain in the hand. He went to see Doctor Strauch who performed an EMG which was consistent with carpal tunnel syndrome and ulnar compression at the left elbow. The patient denies numbness at that point. At any rate, in 1991 he underwent a left carpal tunnel release and transposition of the ulnar nerve on the left. He states he began having left elbow pain after the operation. The pain in the hand was improved for a short time following the carpal tunnel operation, but then he states he was forced to return to work by his employer and he even returned to work with the initial hand dressing on. His symptoms in the hand returned about three months later. His right hand began causing discomfort in May of 1993 when he was holding a video camera with that hand. He began getting numbness in the hand after that episode. He has had numbness day time, as well as at night with nocturnal paresthesias. Shortly after that episode in May of 1993 he injured his back and has been out of work since. He attributes the problems with his upper extremities to his work as a video camera technician.

**Physical Examination:**                    The patient is wearing two wrist splints, as well as an elastic stocking on the left elbow. The splints and the stocking are removed. The right wrist demonstrates dorsiflexion 45°, volar flexion 45°. The patient cringes when I do Tinel sign and he states it reaches to the mid-palm. I cannot do Phalen's test because of the lack of flexion. On sensibility testing there is slightly decreased sensation in the median distribution compared to the ulnar distribution. The left elbow shows a healed incision medially. The patient cringes again when I touch this area. There is a healed incision on the volar-ulnar aspect of the palm, as well as the distal forearm. Tinel's sign is negative, sensation is decreased in the ulnar distribution compared to the median distribution.

**Impression:**
Bilateral carpal tunnel syndrome, status post release on the left and status post ulnar nerve release at the left elbow.

C06303

**Re: Roni Giladi**                    **-2-**                    **R. G. Kulick, M.D.**

**Assessment:**
This patient is symptomatic at multiple areas, however, I do not really see how his job as a video technician will cause this carpal tunnel syndrome. It is not of the repetitive stress nature such as working at a keyboard on a continuous basis, and therefore, while the patient is having considerable discomfort, I don't think it is related to his occupation.

THE UNDERSIGNED HEREBY AFFIRMS THAT THE FOREGOING STATEMENT IS TRUE UNDER PENALTY OF PERJURY.

I am available to testify on Tuesday afternoons.


RGK:pss                                    Roy G. Kulick, M.D.
cc: Worker's Comp. Board
    WCB#: 123619-9

# YESHIVA UNIVERSITY
# TIME SHEET

NAME: GILADI, RONI V
BUILDING: BELFER EDUCATIONAL CENTER
LOCATION: AUDIO VISUAL-ANCILLARY

ROOM: 908   PHONE: 430-2135

PAYROLL PERIOD: 12/14/91-12/27/91

SEQUENCE NR: 104 c

CONTACT: DR. MARTIN LEVINE

| DAY | IN | OUT | SIGNATURE | REG HOURS | SICK HOURS | HOL HOURS | VAC HOURS | HEAT HOURS | LEAVE WITH PAY HOURS | SWO | NON PAID HOURS | SWO | SHIFT DIFF HOURS | SWO | ADDL TIME HOURS | SWO | GENERAL LEDGER NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAT | | | | | | | | | | | | | | | | | |
| SUN | | | | | | | | | | | | | | | | | |
| MON | | | | | | | | | | | | | | | | | |
| TUE | | | | | 7 | 7 | 7 | | | | | | | | | | |
| WED | 9≈ | 1≈ | | (7) | 7 | | | | | | | | | | | | |
| THU | 9≈ | 5-1 | | 7 | 7 | 7 | | 7.0 | 01 | | | | | | | | |
| FRI | | | WEEK 1 TOTAL | 35.0 | 28 | | | 14 | 01 | | | | | | | | |
| SAT | | | | | | | | | | | | | | | | | |
| SUN | | | | | | | | | | | | | | | | | |
| MON | 9≈ | 5-1 | | 7 | 7 | 7 | | | | | | | | | | | |
| TUE | | | | | | | | | | | | | | | | | |
| WED | | | | | | | | | | | | | | | | | |
| THU | 9≈ | 5-1 | | 7 | 7 | 7 | | | | | | | | | | | |
| FRI | 9≈ | 4-1 | | 7 | 28 | 7 | | 14 | 01 | | | | | | | | |
| | | | WEEK 2 TOTAL | 35.0 | 14 | 28 | | 14 | 01 | | | | | | | | |

ID NUMBER: 378150

| | FINAL TOTAL | 70.0 | 21 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**LEAVE WITH PAY HRS**

| 01 | COMP TAKEN |
|---|---|
| 02 | BEREAVEMENT |
| 03 | JURY DUTY |
| 04 | PERSONAL |

**NON PAID HRS**

| 20 | LATENESS |
| 22 | SICK WITHOUT PAY |
| 41 | 10 PERCENT |

**SHIFT DIF**

**ADDL TIME**

**PAYROLL CODES**

| 50 | O.T. AT TIME + ½ |
|---|---|
| 51 | ADDITIONAL PAY AT TIME + ½ |
| 58 | REPORT PAY AT STRAIGHT RATE |
| 59 | CALL IN REPORT PAY AT TIME + ½ |
| 60 | COMP EARNED |
| 61 | REGULAR HOURS (HOURLY ONLY) |

| MIN | HOUR |
|---|---|
| 15 | 25 |
| 30 | 50 |
| 45 | 75 |

→ TOTAL BIWEEKLY ADDL TIME HOURS

**SUMMARY**

| HOURS | CD | GENERAL LEDGER NUMBER |
|---|---|---|

AUTHORIZED SIGNATURE

COMMENTS:

C00809

Berish Strauch, M.D.

**BORN**          New York City, September 19, 1933

**EDUCATION**     Bronx High School of Science, New York City, 1947-51

Columbia University, B.S., 1951-55

College of Physicians and Surgeons, Columbia University, M.D., 1955-59

**SURGICAL TRAINING AND EXPERIENCE**

Internship, Columbia Division, Bellevue Hospital, New York City, 1959-60

Resident, General Surgery, Montefiore Medical Center, Bronx NY, 1960-63

Resident, Plastic and Reconstructive Surgery of the Hand, Roosevelt Hospital, New York City, July-December, 1961

Chief Resident, General Surgery, Montefiore Medical Center, Bronx, NY, 1963-64

Captain, U.S. Medical Corps, 1964-66

Resident, Plastic and Reconstructive Surgery, Stanford University, Palo Alto, CA, 1966-67

Chief Resident, Plastic and Reconstructive Surgery, Stanford University, Palo Alto, CA, 1967-68

**ACADEMIC APPOINTMENTS**

Instructor, Stanford University, 1967-68

C0G306

Dr. Strauch - Page 2

> Associate, Department of Surgery, Albert Einstein College of
> Medicine, Bronx, NY 1968-70
>
> Assistant Professor, Department of Surgery, Albert Einstein College
> of Medicine, Bronx, NY, 1970-76
>
> Associate Professor, Department of Surgery, Albert Einstein
> College of Medicine, Bronx, NY 1976-81
>
> Chief, Combined Plastic Surgery Service of the Albert Einstein
> College of Medicine and Montefiore Medical Center, 1978
>
> Professor, Department of Surgery, Albert Einstein College of
> Medicine, 1981
>
> Acting Chairman, Department of Plastic and Reconstructive
> Surgery, Albert Einstein College of Medicine and Montefiore
> Medical Center, 1987
>
> Chairman, Department of Plastic and Reconstructive Surgery,
> Albert Einstein College of Medicine and Montefiore Medical
> Center, 1989

## HOSPITAL APPOINTMENTS

> Assistant Attending, Plastic Surgery, Montefiore Medical Center,
> 1968-71
>
> Visiting Plastic Surgeon, Sing Sing Prison Hospital, 1968-75
>
> Adjunct Attending, Plastic Surgery, Montefiore Medical Center,
> 1971-75
>
> Associate Attending, Plastic Surgery, Morrisania City Hospital,
> Bronx, NY, 1971-76
>
> Associate Attending, Plastic Surgery, Montefiore Medical Center,
> 1975-77
>
> Plastic Surgeon in Chief, Montefiore Medical Center, 1978-79
>
> Chairman, Department of Plastic and Reconstructive Surgery,
> Montefiore Medical Center, 1989 - present

Dr. Strauch - Page 3

Visiting Plastic Surgeon, Beacon Correctional Facility, 1975 - present

Attending Surgeon, Plastic Surgery, North Central Bronx, Hospital, Bronx, NY, 1976 - present

Attending Surgeon, Plastic Surgery, Montefiore Medical Center, 1978 - present

Attending Surgeon, Plastic Surgery, Bronx Municipal Hospital Center, Bronx, NY, 1978 - present

**FELLOWSHIPS**    Fellow, Plastic and Reconstructive Surgery, Stanford University, Palo Alto, CA, 1966-68

## AWARDS AND HONORS

Emanuel Kaplan Award for the Outstanding Anatomic Study, American Society for Surgery of the Hand, 42nd Annual Meeting, San Antonio, TX, September, 1987 for: Strauch B, de Moura W: The arterial system of the fingers.

Founder's Lecturer, American Society for Reconstructive Microsurgery, 4th Annual Meeting, September, 1988, Baltimore, MD

Association of American Publishers Award for Outstanding Publication in Clinical Medicine, 1990 for : Strauch B, Vasconez LO, Hall-Findlay E (eds): *Grabb's Encyclopedia of Flaps*, Boston: Little, Brown, 1990

## BOARD CERTIFICATION

American Board of General Surgery, 1965

American Board of Plastic Surgery, 1970

American Board of Plastic Surgery, Certificate of Added Qualification in Hand Surgery, 1990

**SOCIETIES**    American Society of Plastic and Reconstructive Surgeons, 1968

Dr. Strauch - Page 4

Member, Educational Assessment Committee, 1975

American Burn Association, 1968

New York Regional Society for Plastic and Reconstructive Surgery,
    1968
        Board of Directors, 1980

American Cleft Palate Association, 1979
        Chairman, Membership Committee, 1979-80

International Society for Burn Injuries, 1970

Educational Foundation, American Society of Plastic and
    Reconstructive Surgeons, 1970
        Co-Chairman, Symposium and Workshop, 1974
        Member, Chief Residents' Conference Committee, 1975
        Co-Chairman, Fellowship Directory Committee, 1980
        Co-Chairman, Program Committee, 1980
        Co-Chairman, Continuing Educational Committee, 1980

American College of Surgeons, 1970

Research Council of Plastic and Reconstructive Surgery, 1971

New York Society for Surgery of the Hand, 1971
        Treasurer, 1979
        Vice President, 1980
        President, 1982-83

American Society for Surgery of the Hand, 1972
        Member, Forward Planning Committee, 1975
        Member, Educational Research Committee, 1977
        Chairman, Microsurgery Committee, 1978

American Association of Plastic Surgeons, 1977

International Society of Reconstructive Microsurgery, 1977
        Founding Member, Secretary, Treasurer, 1977
        President, Chairman, 1981-83

American Society for Reconstructive Microsurgery, 1983
        Chairman, Founding Council, 1983-84
        President, 1984-85

Dr. Strauch - Page 5

International Society of Plastic Surgery, 1983
Executive Committee, 1983-84

Northeastern Society of Plastic Surgery
Founding Member, 1983
Chairman, Program Committee, 1985

New York Microsurgical Club
President, 1990

American Society for the Peripheral Nerve
Founding Member
Vice-President, 1991-92
President, 1993-94

Association of Academic Chairmen of Plastic Surgery
Board of Directors, 1991-92

Chairman, Maliniac Lecture, Educational Foundation Committee, ASPRS, 1991

Active Membership, American Association for Hand Surgery

American Society for Aesthetic Plastic Surgery

## JOURNAL EDITORSHIPS

*Plastic and Reconstructive Surgery*, Associate Editor, 1982-88

*Journal of Reconstructive Microsurgery*, Founder, 1984
Editor in Chief, 1984 - present

## MANAGED CARE INVOLVEMENT

Chief, Combined Plastic Surgery Service, Albert Einstein College of Medicine/Montefiore Medical Center, 1978-1987

Acting Chairman, Department of Plastic and Reconstructive Surgery, Albert Einstein College of Medicine/Montefiore Medical Center, 1987-1989

Chairman, Department of Plastic and Reconstructive Surgery, Albert Einstein College of Medicine/Montefiore Medical Center, 1989 to present

006310

Dr. Strauch - Page 6

Montefiore Physicians Practice Association, Inc. (MPPA)

    Founding Vice-President, 1986-1988
    President, 1988-1990
    Vice-President, 1990-1992
    President, 1992-1994
    Metropolitan Physicians Practice Association (MPPA), Vice-President,
        1994-1995

Member of American Society of Plastic and Reconstructive Surgeons, Managed
    Care Physicians' Subcommittee, 1995 to present


## OTHER PROFESSIONAL ACTIVITIES

American Association for the Advancement of Science, 1968

Medical Society of the State of New York, 1968

Bronx County Medical Society, 1968

New York Academy of Medicine, 1969

Montefiore Medical Center, Secretary, Junior Medical Board,
    1970-72
    Vice President, Junior Medical Board, 1970-72
    President, Junior Medical Board

International Congress of Microsurgery
    Founding Member, 1973

American College of Surgeons, Bronx Chapter, Council Member,
    1973

Montefiore Medical Center, Microsurgery Workshop
    Co-Director, 1973

New York City Fire Department
    Consultant, 1973

American Trauma Society
    Founding Member, 1974

Montefiore Medical Center, Combined Medical Board

Dr. Strauch - Page 7

> Secretary, 1975-76
> Vice President, 1976-77
> President, 1977-79
>
> Bronx County Medical Society
> > Committee on Medical Insurance Review, Special Consultant,
> > 1975
>
> Electrical Employers Self Insurance Safety Plan
> > Consultant, 1975
>
> New York Academy of Sciences
> > Active Membership, 1978

## ARTICLES

Strauch B: Bicycle spoke injuries in children.  J Trauma 6:61, 1966

Strauch B, Murray D: Transfer of composite graft with immediate suture anastomosis of
its vascular pedicle measuring less than 1 mm in external diameter using
microsurgical techniques.  Plast Reconstr Surg 40:325, 1967

Strauch B: Immediate assembly of a disposable tissue hook.  Plast Reconstr Surg 42:
386, 1968

Strauch B, Buch W, Grey W, Laub DR: Methemoglobinemia: A complication of silver
nitrate therapy used in burns.  AORN, 1969

Strauch B, Buch W, Grey W, Laub DR: Brief recording: Successful treatment of
methemoglobinemia secondary to silver nitrate therapy.  NE J Med 281:257, 1969

Strauch B, Bloomberg A, Lewin M: Artery island composite rib grafts for mandibular
replacement.  Surg Forum XX, 1969

Laub D, McKnight J, Strauch B, Grey W, Buch W: Nitrate poisoning and
methemoglobinemia in burned patients treated with silver nitrate.  Lab Med, Oct
1970

Strauch B, Bloomberg A, Lewin M: An experimental approach to mandibular
replacement: Artery island composite rib grafts.  Br J Plast Surg 4:334, 1971

Argamaso RV, Strauch B, Lewin M, Ship AG, Garcia A: Lip commissuro-plasty after
electrical burns.  Chirurg Plast 3:27, 1975

Dr. Strauch - Page 9

Yaffe B, Cushin B, Petro J, Sharzer L, Strauch B: The effect of a simple preservation method on immediate and late patency rates of autogenous microvenous grafts. Plast Reconstr Surg 72:526, 1983

Yaffe N, Cushin S, Strauch B: Effect of cigarette smoking on experimental microvascular anastomoses. Microsurgery 5:70, 1984

Schweitzer I, Rosenbaum MB, Sharzer LA, Strauch B: Psychological reactions and processes following replantation surgery: A study of 50 patients. Plast Reconstr Surg 76:97, 1985

Strauch B, Greenstein B: Neurovascular flaps to the hand. Hand Clin 1:327, 1985

Strauch B, de Moura W: Digital flexor tendon sheath: An anatomical study. J Hand Surg 10A:785, 1985

Strauch B, de Moura W, Ferder M, Hall C, Sagi A, Greenstein B: The fate of tendon healing following restoration of the integrity of the tendon sheath, utilizing autogenous vein grafts. J Hand Surg 10A: 790, 1985

Sagi A, Ferder M, Levens D, Strauch B: Improved survival of island flaps after prolonged ischemia by perfusion with superoxide dismutase. Plast Reconstr Surg 77:639, 1986

de Moura W, Sagi A, Ferder M, Strauch B: A new experimental model for myocutaneous flaps: Latissimus dorsi of the rabbit - An anatomical study. Plast Reconstr Surg 77:484, 1986

Sagi A, Ferder M, Yu HL, Strauch B: The rat groin flap: Can it survive on the epigastric blood supply alone? J Reconstr Microsurg 2:163, 1986

Yu HL, Sagi A, Ferder M, Strauch B: A simplified technique for end-to-end microanastomosis. J. Reconstr Microsurg 2:191, 1986

Bibi R, Ferder M, Strauch B: Prevention of flap necrosis by chlorpromazine. Plast Reconstr Surg 77:954, 1986

Yu HL, Sagi A, Gordon MJV, Ferder M, Strauch B: Autocannibalization of sensate and denervated rat groin flaps. J Reconstr Microsurg 3:27, 1986

Shapiro BM, Komisar A, Silver C, Strauch B: Primary reconstruction of palatal defects. Otolaryngology 95:581, 1986

**Dr. Strauch - Page  10**

**Kaplan R**, **Strauch B**: Regional anesthesia in a child with epidermolysis bullosa.
    Anesthesiology 67:262, 1987

**Sagi A**, **Ferder M**, **Yu HL**, **Gordon MJV**, **Strauch B**: "No suture" microanastomosis
    using Viacryl rings and fibrin adhesive system: An unsuccessful attempt.  Plast
    Reconstr Surg 79:776, 1987

**Sagi A**, **Ferder M**, **Goldstein R**, **Strauch B**: A simple device to control the amount of
    vasoactive drugs topically applied to blood vessels during experimental studies.
    Plast Reconstr Surg 79:812, 1987

**Goldstein RD**, **Komisar A**, **Silver C**, **Strauch B**: Management of necrotic head and neck
    wounds with a "sandwich" pectoralis myocutaneous flap.  Head Neck Surg,
    Mar/Apr:246, 1988

**Strauch B**, **Fox M**: V-Y bipedicle flap for resurfacing the nasal supratip region.  Plast
    Reconstr Surg 83:899, 1989

**Ascer A**, **Strauch B**, **Calligaro KD**, **Gupta SK**, **Veith FJ**: Ankle and foot fasciotomy: An
    adjunctive technique to optimize limb salvage after revascularization for acute
    ischemia.  J Vasc Surg 9:594, 1989

**Cusumano RG**, **Silver CE**, **Brauer RJ**, **Strauch B**: Pectoralis myocutaneous flap for
    replacement of cervical esophagus.  Head Neck 11:450, 1989

**Ascer E**, **Strauch B**, **Calligaro KD**, **Gupta SK**, **Veith FJ**: Ankle and foot fasciotomy: An
    adjunctive technique to optimize limb salvage after revascularization for acute
    ischemia.  J Vasc Surg 9:594, 1989

**Silver CE**, **Cusumano RJ**, **Fell SC**, **Strauch B**: Replacement of upper esophagus: Results
    with myocutaneous flap and with gastric transposition.  Laryngoscope 99:819,
    1989

**Vamhidy L**, **Strauch B**, **Biro V**: Possibilities of using preserved tendon in hand surgery:
    Review of the literature (Hung). Magyar Traumatologia 32:228, 1989

**Strauch B**, **de Moura W**: The arterial system of the fingers.  J Hand Surg 15A:148, 1990

**Murphy RX**, **Li JK**, **Mincer FK**, **Strauch B**: Trabecular (neuroendocrine) carcinoma of
    the skin: Report of four cases and review of the literature.  NY State J Med
    90:35, 1990

Dr. Strauch - Page 13

*Nerve*, Bordeaux, France, September 3-6, 1984

Strauch B, Greenstein B, Liebling RW, Goldstein R: Problems and complications encountered in replantation surgery. In Chase RA (ed): *Hand Clinics.* Philadelphia: WB Saunders, 1986

Greenstein B, Strauch B: Aesthetic surgery in the adolescent. In Boley S (ed): *Adolescent Surgery*, NY: Grune & Stratton, 1986, chap 15

Strauch B, Greenstein B: Microsurgical free flaps, skin flaps, and facial nerve surgery. In Silver C (ed): *Atlas of Head and Neck Tumor Surgery.* Philadelphia: Churchill Livingstone, 1988

Sagi A, Strauch B: Experimental free flaps. In Brunelli G (ed): *Reconstructive Microsurgery.* Brescia, Italy: Fidia Reseach Series, 1988

Goldstein RD, Strauch B: Pathophysiology of vessels in coagulation. In Brunelli G (ed): *Reconstructive Microsurgery.* Brescia, Italy: Fidia Research Series, 1988

Greenstein B, Strauch B: Factors influencing the success of microsurgery. In Brunelli G (ed): *Reconstructive Microsurgery.* Brescia, Italy: Fidia Research Series, 1988

Greenstein B, Strauch B: Microvascular free flaps for intraoral reconstruction. In Brunelli G (ed): *Reconstructive Microsurgery.* Brescia, Italy: Fidia Research Series, 1988

Strauch B, Greenstein B: Replantation of acral parts. In Jones BH, Serafin D (eds): *Microsurgery: A Functional Approach.* Boston: Blackwell Scientific Publications, 1988

Strauch B: Microneurovascular free transfer for a first web space skin flap. In Strauch B, Vasconez LO, Hall-Findlay E (eds): *Grabb's Encyclopedia of Flaps.* Boston: Little, Brown & Co., 1990

Strauch B, Fox M: Dorsal thumb skin flap for the thenar web space. In Strauch B, Vasconez LO, Hall-Findlay E (eds): *Grabb's Encylopedia of Flaps.* Boston: Little, Brown & Co., 1990

Strauch B, Fox M: Bipedicle sliding flap. In Strauch B, Vasconez LO, Hall-Findlay E (eds): *Grabb's Encyclopedia of Flaps.* Boston: Little, Brown & Co., 1990

Strauch B, Hall-Findlay E: Dorsal sliding skin flap with Z-plasty for the thenar web. In Strauch B, Vasconez LO, Hall-Findlay E (eds): *Grabb's Encyclopedia of Flaps.* Boston: Little, Brown & Co., 1990

Dr. Strauch - Page **12**

1996

**Strauch B, Lang A, Ferder M, Keyes-Ford M, Freeman K, Newstein D: The ten test.**
Plast Reconstr Surg, in press, 1997

**Strauch B, Keyes-Ford M: Repair of the cleft earlobe with an advancement flap and two**
unilateral z-plasties. Plast Reconstr Surg, in press, 1997

## BOOK CHAPTERS

**Strauch B, Buch W, Grey W, Laub DR: Successful treatment of methemoglobinemia**
secondary to silver nitrate therapy. In Huber H (ed): *Proceedings of the Third*
*International Congress of Research in Burns,* New York: Gordon & Breach, 1970

**Haimovici H , Strauch B: Use of collagenase in the management of stasis and ischemic**
ulcers of the lower extremities. In Mandl I (ed): *Proceedings of the Collagenase*
*First Interdisciplinary Symposium.* New York: Gordon & Breach, 1970

**Strauch B, Korngold L: The trigger wrist syndrome. In Marchac D (ed):** *Transactions*
*of the International Confederation for Plastic and Reconstructive Surgery,* Sixth
International Congress, Paris, 1975

**Strauch B, Terzis JK: Replantation of digits. In Lucas GL (ed):** *Clinical Orthopaedics*
*and Related Research,* vol 133. Philadelphia: JB Lippincott, 1978, pp 35-38

**Terzis JK, Strauch B: Microsurgery of the peripheral nerve: A physiological approach.**
In Lucas GL (ed): *Clinical Orthopaedics and Related Research*, vol 133.
Philadelphia: JB Lippincott, 1978, pp 39-48

**Strauch B, Shafiroff BB: The versatility of the foot as the source of donor tissue for the**
microvascular surgeon. In Serafin D, Buncke HJ (eds): *Microsurgical Composite*
*Tissue Transplantation.* St. Louis: CV Mosby, 1979

**Buncke HJ, Strauch B: Sensory rehabilitation of the hand utilizing free**
microneurovascular flaps from the foot. In Moer GE, Spinner M (eds):
*Management of Peripheral Nerve Problems.* New York: WB Saunders, 1980

**Strauch B, Sharzer LA, Brauman D: Innervated free flaps for sensibility and coverage.**
In Urbaniak JR (ed): *Proceedings of the Fifth AOA International Symposium.*
Boca Raton, FL, 1984

**Strauch B: Intracranial and intratemporal nerve grafting: Management of injuries to**
the facial nerve. *Proceedings of the Fifth International Symposium on the Facial*

Dr. Strauch - Page 14

Strauch B, de Moura W: The arterial system of the fingers.  In *Yearbook of Hand Surgery*.  NY: Yearbook Publications, 1990

Strauch B: Management of facial nerve injury.  In *Advances in Clinical Ophthalmology*, vol 2.  St. Louis: Mosby-Year Book, Inc., 1995


## BOOKS

Daniller A, Strauch B (eds): *Textbook on Microsurgery*.  St. Louis: CV Mosby, 1976

Strauch B, Vasconez LO, Hall-Findlay E (eds): *Grabb's Encyclopedia of Flaps*, 3 volumes.  Boston: Little, Brown & Co., 1990

Strauch B, Yu HL, with Chen ZW, Liebling RW: *Atlas of Microvascular Surgery: Anatomy and Operative Approaches*.  New York: Thieme Medical Publishers, 1993


October, 1996

006318



# MISGAV LADACH GENERAL HOSPITAL JERUSALEM

0230/94                          Jerusalem, December 27, 1994

*Registered mail*

Mr Clare McKenna
Legal Assistant
BARTLETT, MC DONOUGH, BASTONE & MONAGHAN
Attorneys at Law
One North Lexington Ave.
White Plains, New York 10601
U.S.A.

    RE: RONI GILADI V. MONTEFIORE MEDICAL CENTER, ET AL

Patient's Name: Roni Giladi
Date of Birth: 03/05/52
Social Security No: 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

Dear Mr. Mckenna,

In response to your request of December 5, 1994, please find
enclosed photocopies of all the documents from the medical
file as well as the clinical file in their entirety.

Please note that I have been informed by Dr. Rousso the
attending surgeon, that at the time Mr Giladi arranged for
the development of the slide and the colored photographs
taken during the operation and which clearly show the
problem. The negatives are all in Mr Giladi's possession.

Please send us as soon as possible, a check for the sum of
$50 payable to the Hospital, as cover fee for locating the
file, photocopying, and sending the material.

Sincerely yours,

*Rachel Ashkenazi*
Rachel Ashkenazi



EXHIBIT

△ -15
7C 11/9/01

006319