# EXHIBIT H

right-hand that I'm supposed to.
[20] **Q.** That is before you injured your [21] back?
[22] **A.** Yes, but I did not use my left [23] hand.
[24] **Q.** Since you injured your back, do [25] you notice that there is a certain amount

Page 278

[2] of work you are able to lift with your [3] right hand before your back gives you a [4] problem?
[5] **A.** As I said before, at the present [6] time I'm not working, and I do not have [7] any need to do heavy lifting, so I cannot [8] be specific on this issue.
[9] **Q.** You mentioned a bag of [10] groceries. [11] Can you carry a bag of groceries [12] with your right hand without your back [13] bothering you?
[14] **A.** As I said before, I buy minimum.
[15] **Q.** Minimum amount of weight?
[16] **A.** Yes.
[17] **Q.** What is the minimum, a couple of [18] pounds?
[19] **A.** Things that I need.
[20] **Q.** Are you able to lift anything [21] with your left hand?
[22] **A.** No. I try sometimes.
[23] Constantly, I'm trying to work [24] with my left hand because – but usually I [25] shift immediately to the right, not

Page 279

[2] immediately but to my right hand.
[3] **Q.** What sort of things do you carry [4] that you shift from your left hand to your [5] right hand?
[6] **A.** Put it this way, with my left [7] hand I cannot even pay a toll.
[8] **Q.** You can't pay a toll?
[9] **A.** I cannot pay a toll; when I go [10] to pay a toll, usually money falls from my [11] hand.
[12] I cannot feel the money in my [13] fingers.
[14] **Q.** Starting with your left shoulder [15] and sort of going down your arm, what I [16] would like you to do is tell me everything [17] that is wrong with that extremity.
[18] **A.** Again?
[19] **Q.** Starting on the left, what's [20] wrong with your arm, starting from your [21] shoulder down?
[22] **A.** The shoulder, I don't have any [23] problem.
[24] **Q.** What's next?
[25] **A.** The elbow.

Page 280

[2] **Q.** And what is presently wrong with [3] your elbow?
[4] **A.** Pain.
[5] **Q.** And where is the pain located?
[6] **A.** The same area where it was [7] located at the time after surgery, the [8] first one.
[9] **Q.** And that is the back part of [10] your elbow?
[11] **A.** Correct.
[12] **Q.** How often do you have that pain?
[13] **A.** I have it at the present time.
[14] **Q.** Does it come and go?
[15] **A.** If I will do, if somebody will [16] touch my elbow, I will have increased [17] pain.
[18] If I do any, if I try to do [19] anything with my hand, it increases.
[20] **Q.** If you don't touch your elbow [21] and you are not moving your hand, does [22] your elbow still hurt?
[23] **A.** I still have pain.
[24] **Q.** How would you describe the pain [25] in your elbow when you are not touching

Page 281

[2] your elbow or moving it?
[3] **A.** Annoying.
[4] **Q.** And do you take any medication [5] for the annoying pain?
[6] **A.** Only over-the-counter.
[7] **Q.** What do you take?
[8] **A.** I'm taking Tylenol or Advil.
[9] **Q.** How many of those do you take?
[10] **A.** As needed.
[11] **Q.** How would you describe the pain [12] if you touch your elbow, or if you are [13] moving your arm?
[14] **A.** If you touch my elbow, I will [15] get a shock – shooting pain to my fingers [16] 4 and 5.
[17] **Q.** And do you take any medicine for [18] that?
[19] **A.** For what?
[20] **Q.** For the shooting pain to 4 [21] and 5?
[22] **A.** I do not know if there is [23] medication for that.
[24] **Q.** When you have the shooting pain [25] to fingers 4 and 5, how long does that

Page 282

[2] last?
[3] **A.** There is a pain that comes – [4] this pain is a result of a touch.
[5] **Q.** It comes and goes with the [6] touch?
[7] **A.** What happens, after this [8] happens, this fades away slowly, and I [9] will come back to like I had before this [10] kind of touch.
[11] **Q.** How long does it take for the [12] pain from the touch to fade out?
[13] **A.** Depends on what kind of touch I [14] had.
[15] **Q.** What is the range?
[16] **A.** Could be less than two minutes [17] or it can be more than two minutes.
[18] Again it depends.
[19] **Q.** What about any pain you might [20] have from moving your elbow?
[21] **A.** Most of the time I try not to [22] move –
[23] **Q.** When you do move it –
[24] **A.** Move it this way?
[25] **Q.** In any fashion, do you have pain

Page 283

[2] when you move your elbow?
[3] **A.** I have the regular pain that I [4] always have.
[5] **Q.** What other problems do you have [6] with your left arm, the whole length of [7] the spectrum, we did the shoulder and [8] elbow, what else do you have?
[9] **A.** Carpal tunnel syndrome again.
[10] **Q.** In your wrist?
[11] **A.** Yes.
[12] **Q.** What kind of problems does that [13] present for you?
[14] **A.** Sometimes, but not all of the [15] time, I get numbness in fingers 1, 2 [16] and 3.
[17] Fingers 4 and 5, I have less [18] sensation, and this resulted from the [19] ulnar nerve injury of 1991.
[20] And in general, I have to be [21] very cautious about my left hand.
[22] **Q.** You mentioned that you have [23] numbness in fingers 1, 2 and 3 sometimes.
[24] How often do you experience [25] that?

Page 284

[2] **A.** Not very often.
[3] **Q.** Is there a way of describing it?
[4] **A.** Numbness.
[5] **Q.** How often, frequency?
[6] **A.** However often I'm going without [7] a splint. As long as I go with the [8] splint, I'm okay.
[9] **Q.** When you use a splint, there is [10] no numbness?
[11] **A.** No.
[12] **MR. DINHOFER:** In 1, 2 and 3?
[13] **MR. BURFORD:** Right.
[14] **Q.** If you don't use a splint, how [15] often do you experience the numbness?
[16] **A.** Depends what I do. If I do [17] something to aggravate it a couple of [18] times, I will get it again.
[19] If I do not aggravate it, I [20] won't get it.
[21] **Q.** On those occasions when you [22] aggravate the carpal tunnel, how long does [23] the numbness last?
[24] **A.** When I realize, I change [25] position, and takes a few minutes and it

Page 285

[2] goes away.
[3] **Q.** The numbness at 4 and 5, the [4] loss of sensation at 4 and 5, how often [5] does that happen?
[6] **A.** Permanently.
[7] **Q.** Permanently?
[8] **A.** Yes.
[9] **Q.** Are there days when it is better [10] than other days?
[11] **A.** No, it's permanently; the same [12] thing all of the time.
[13] **Q.** It doesn't change?
[14] **A.** No.
[15] **Q.** Okay, what other problems do you [16] have on the left?
[17] **A.** I cannot carry money, coins and [18] stuff like that.
[19] I do not really have feeling if [20] it is a quarter or something like that.
[21] And when I need to pay a fee on [22] the bus, I need to do it with my right [23] hand.
[24] When I want to use my left, I [25] cannot do it.

Page 286

[2] When I take a shower, I need to [3] be very careful not to scrub my elbow or [4] touch my elbow.
[5] If I take a trip or sit in a [6] bus, I have to sit with by left hand being [7] protected.
[8] If I take an elevator, I have to [9] look for the corner of the elevator that [10] nobody will touch my elbow.
[11] Really, all of my life has been [12] centered around how to protect myself from [13] injuring my elbow.
[14] **Q.** Any other problems on the left?
[15] **A.** No.
[16] **Q.** Now, do the same thing for me on [17] right.
[18] Starting from the shoulder down, [19] any problems?
[20] **A.** I have no problems up to the [21] wrist, from the shoulder up to the wrist, [22] I have no problem.
[23] **Q.** What's the problem with the [24] wrist?
[25] **A.** I have from time to time

Page 287

[2] numbness in fingers 1, 2 and 3.
[3] **Q.** How frequently does that happen?
[4] **A.** It happens when I do something [5] to aggravate the carpal tunnel.
[6] **Q.** What sort of things aggravate [7] the carpal tunnel?
[8] **A.** Typing. If I have to type, I [9] cannot type with my left hand any more.
[10] So, I work with my right hand.

right-hand that I'm supposed to.
[20] Q. That is before you injured your [21] back?
[22] A. Yes, but I did not use my left [23] hand.
[24] Q. Since you injured your back, do [25] you notice that there is a certain amount

Page 278

[2] of work you are able to lift with your [3] right hand before your back gives you a [4] problem?
[5] A. As I said before, at the present [6] time I'm not working, and I do not have [7] any need to do heavy lifting, so I cannot [8] be specific on this issue.
[9] Q. You mentioned a bag of [10] groceries. [11] Can you carry a bag of groceries [12] with your right hand without your back [13] bothering you?
[14] A. As I said before, I buy minimum.
[15] Q. Minimum amount of weight?
[16] A. Yes.
[17] Q. What is the minimum, a couple of [18] pounds?
[19] A. Things that I need.
[20] Q. Are you able to lift anything [21] with your left hand?
[22] A. No. I try sometimes.
[23] Constantly, I'm trying to work [24] with my left hand because – but usually I [25] shift immediately to the right, not

Page 279

[2] immediately but to my right hand.
[3] Q. What sort of things do you carry [4] that you shift from your left hand to your [5] right hand?
[6] A. Put it this way, with my left [7] hand I cannot even pay a toll.
[8] Q. You can't pay a toll?
[9] A. I cannot pay a toll; when I go [10] to pay a toll, usually money falls from my [11] hand.
[12] I cannot feel the money in my [13] fingers.
[14] Q. Starting with your left shoulder [15] and sort of going down your arm, what I [16] would like you to do is tell me everything [17] that is wrong with that extremity.
[18] A. Again?
[19] Q. Starting on the left, what's [20] wrong with your arm, starting from your [21] shoulder down?
[22] A. The shoulder, I don't have any [23] problem.
[24] Q. What's next?
[25] A. The elbow.

Page 280

[2] Q. And what is presently wrong with [3] your elbow?
[4] A. Pain.
[5] Q. And where is the pain located?
[6] A. The same area where it was [7] located at the time after surgery, the [8] first one.
[9] Q. And that is the back part of [10] your elbow?
[11] A. Correct.
[12] Q. How often do you have that pain?
[13] A. I have it at the present time.
[14] Q. Does it come and go?
[15] A. If I will do, if somebody will [16] touch my elbow, I will have increased [17] pain.
[18] If I do any, if I try to do [19] anything with my hand, it increases.
[20] Q. If you don't touch your elbow [21] and you are not moving your hand, does [22] your elbow still hurt?
[23] A. I still have pain.
[24] Q. How would you describe the pain [25] in your elbow when you are not touching

Page 281

[2] your elbow or moving it?
[3] A. Annoying.
[4] Q. And do you take any medication [5] for the annoying pain?
[6] A. Only over-the-counter.
[7] Q. What do you take?
[8] A. I'm taking Tylenol or Advil.
[9] Q. How many of those do you take?
[10] A. As needed.
[11] Q. How would you describe the pain [12] if you touch your elbow, or if you are [13] moving your arm?
[14] A. If you touch my elbow, I will [15] get a shock – shooting pain to my fingers [16] 4 and 5.
[17] Q. And do you take any medicine for [18] that?
[19] A. For what?
[20] Q. For the shooting pain to 4 [21] and 5?
[22] A. I do not know if there is [23] medication for that.
[24] Q. When you have the shooting pain [25] to fingers 4 and 5, how long does that

Page 282

[2] last?
[3] A. There is a pain that comes – [4] this pain is a result of a touch.
[5] Q. It comes and goes with the [6] touch?
[7] A. What happens, after this [8] happens, this fades away slowly, and I [9] will come back to like I had before this [10] kind of touch.
[11] Q. How long does it take for the [12] pain from the touch to fade out?
[13] A. Depends on what kind of touch I [14] had.
[15] Q. What is the range?
[16] A. Could be less than two minutes [17] or it can be more than two minutes.
[18] Again it depends.
[19] Q. What about any pain you might [20] have from moving your elbow?
[21] A. Most of the time I try not to [22] move –
[23] Q. When you do move it –
[24] A. Move it this way?
[25] Q. In any fashion, do you have pain

Page 283

[2] when you move your elbow?
[3] A. I have the regular pain that I [4] always have.
[5] Q. What other problems do you have [6] with your left arm, the whole length of [7] the spectrum, we did the shoulder and [8] elbow, what else do you have?
[9] A. Carpal tunnel syndrome again.
[10] Q. In your wrist?
[11] A. Yes.
[12] Q. What kind of problems does that [13] present for you?
[14] A. Sometimes, but not all of the [15] time, I get numbness in fingers 1, 2 [16] and 3.
[17] Fingers 4 and 5, I have less [18] sensation, and this resulted from the [19] ulnar nerve injury of 1991.
[20] And in general, I have to be [21] very cautious about my left hand.
[22] Q. You mentioned that you have [23] numbness in fingers 1, 2 and 3 sometimes.
[24] How often do you experience [25] that?

Page 284

[2] A. Not very often.
[3] Q. Is there a way of describing it?
[4] A. Numbness.
[5] Q. How often, frequency?
[6] A. However often I'm going without [7] a splint. As long as I go with the [8] splint, I'm okay.
[9] Q. When you use a splint, there is [10] no numbness.
[11] A. No.
[12] MR. DINHOFER: In 1, 2 and 3?
[13] MR. BURFORD: Right.
[14] Q. If you don't use a splint, how [15] often do you experience the numbness?
[16] A. Depends what I do. If I do [17] something to aggravate it a couple of [18] times, I will get it again.
[19] If I do not aggravate it, I [20] won't get it.
[21] Q. On those occasions when you [22] aggravate the carpal tunnel, how long does [23] the numbness last?
[24] A. When I realize, I change [25] position, and takes a few minutes and it

Page 285

[2] goes away.
[3] Q. The numbness at 4 and 5, the [4] loss of sensation at 4 and 5, how often [5] does that happen?
[6] A. Permanently.
[7] Q. Permanently?
[8] A. Yes.
[9] Q. Are there days when it is better [10] than other days?
[11] A. No, it's permanently; the same [12] thing all of the time.
[13] Q. It doesn't change?
[14] A. No.
[15] Q. Okay, what other problems do you [16] have on the left?
[17] A. I cannot carry money, coins and [18] stuff like that.
[19] I do not really have feeling if [20] it is a quarter or something like that.
[21] And when I need to pay a fee on [22] the bus, I need to do it with my right [23] hand.
[24] When I want to use my left, I [25] cannot do it.

Page 286

[2] When I take a shower, I need to [3] be very careful not to scrub my elbow or [4] touch my elbow.
[5] If I take a trip or sit in a [6] bus, I have to sit with by left hand being [7] protected.
[8] If I take an elevator, I have to [9] look for the corner of the elevator that [10] nobody will touch my elbow.
[11] Really, all of my life has been [12] centered around how to protect myself from [13] injuring my elbow.
[14] Q. Any other problems on the left?
[15] A. No.
[16] Q. Now, do the same thing for me on [17] right.
[18] Starting from the shoulder down, [19] any problems?
[20] A. I have no problems up to the [21] wrist, from the shoulder up to the wrist, [22] I have no problem.
[23] Q. What's the problem with the [24] wrist?
[25] A. I have from time to time

Page 287

[2] numbness in fingers 1, 2 and 3.
[3] Q. How frequently does that happen?
[4] A. It happens when I do something [5] to aggravate the carpal tunnel.
[6] Q. What sort of things aggravate [7] the carpal tunnel?
[8] A. Typing. If I have to type, I [9] cannot type with my left hand any more.
[10] So, I work with my right hand.

right-hand that I'm supposed to.
[20] Q. That is before you injured your [21] back?
[22] A. Yes, but I did not use my left [23] hand.
[24] Q. Since you injured your back, do [25] you notice that there is a certain amount

Page 278

[2] of work you are able to lift with your [3] right hand before your back gives you a [4] problem?
[5] A. As I said before, at the present [6] time I'm not working, and I do not have [7] any need to do heavy lifting, so I cannot [8] be specific on this issue.
[9] Q. You mentioned a bag of [10] groceries.
[11] Can you carry a bag of groceries [12] with your right hand without your back [13] bothering you?
[14] A. As I said before, I buy minimum.
[15] Q. Minimum amount of weight?
[16] A. Yes.
[17] Q. What is the minimum, a couple of [18] pounds?
[19] A. Things that I need.
[20] Q. Are you able to lift anything [21] with your left hand?
[22] A. No. I try sometimes.
[23] Constantly, I'm trying to work [24] with my left hand because – but usually I [25] shift immediately to the right, not

Page 279

[2] immediately but to my right hand.
[3] Q. What sort of things do you carry [4] that you shift from your left hand to your [5] right hand?
[6] A. Put it this way, with my left [7] hand I cannot even pay a toll.
[8] Q. You can't pay a toll?
[9] A. I cannot pay a toll; when I go [10] to pay a toll, usually money falls from my [11] hand.
[12] I cannot feel the money in my [13] fingers.
[14] Q. Starting with your left shoulder [15] and sort of going down your arm, what I [16] would like you to do is tell me everything [17] that is wrong with that extremity.
[18] A. Again?
[19] Q. Starting on the left, what's [20] wrong with your arm, starting from your [21] shoulder down?
[22] A. The shoulder, I don't have any [23] problem.
[24] Q. What's next?
[25] A. The elbow.

Page 280

[2] Q. And what is presently wrong with [3] your elbow?
[4] A. Pain.
[5] Q. And where is the pain located?
[6] A. The same area where it was [7] located at the time after surgery, the [8] first one.
[9] Q. And that is the back part of [10] your elbow?
[11] A. Correct.
[12] Q. How often do you have that pain?
[13] A. I have it at the present time.
[14] Q. Does it come and go?
[15] A. If I will do, if somebody will [16] touch my elbow, I will have increased [17] pain.
[18] If I do any, if I try to do [19] anything with my hand, it increases.
[20] Q. If you don't touch your elbow [21] and you are not moving your hand, does [22] your elbow still hurt?
[23] A. I still have pain.
[24] Q. How would you describe the pain [25] in your elbow when you are not touching

Page 281

[2] your elbow or moving it?
[3] A. Annoying.
[4] Q. And do you take any medication [5] for the annoying pain?
[6] A. Only over-the-counter.
[7] Q. What do you take?
[8] A. I'm taking Tylenol or Advil.
[9] Q. How many of those do you take?
[10] A. As needed.
[11] Q. How would you describe the pain [12] if you touch your elbow, or if you are [13] moving your arm?
[14] A. If you touch my elbow, I will [15] get a shock – shooting pain to my fingers [16] 4 and 5.
[17] Q. And do you take any medicine for [18] that?
[19] A. For what?
[20] Q. For the shooting pain to 4 [21] and 5?
[22] A. I do not know if there is [23] medication for that.
[24] Q. When you have the shooting pain [25] to fingers 4 and 5, how long does that

Page 282

[2] last?
[3] A. There is a pain that comes – [4] this pain is a result of a touch.
[5] Q. It comes and goes with the [6] touch?
[7] A. What happens, after this [8] happens, this fades away slowly, and I [9] will come back to like I had before this [10] kind of touch.
[11] Q. How long does it take for the [12] pain from the touch to fade out?
[13] A. Depends on what kind of touch I [14] had.
[15] Q. What is the range?
[16] A. Could be less than two minutes [17] or it can be more than two minutes.
[18] Again it depends.
[19] Q. What about any pain you might [20] have from moving your elbow?
[21] A. Most of the time I try not to [22] move –
[23] Q. When you do move it –
[24] A. Move it this way.
[25] Q. In any fashion, do you have pain

Page 283

[2] when you move your elbow?
[3] A. I have the regular pain that I [4] always have.
[5] Q. What other problems do you have [6] with your left arm, the whole length of [7] the spectrum, we did the shoulder and [8] elbow, what else do you have?
[9] A. Carpal tunnel syndrome again.
[10] Q. In your wrist?
[11] A. Yes.
[12] Q. What kind of problems does that [13] present for you?
[14] A. Sometimes, but not all of the [15] time, I get numbness in fingers 1, 2 [16] and 3.
[17] Fingers 4 and 5, I have less [18] sensation, and this resulted from the [19] ulnar nerve injury of 1991.
[20] And in general, I have to be [21] very cautious about my left hand.
[22] Q. You mentioned that you have [23] numbness in fingers 1, 2 and 3 sometimes.
[24] How often do you experience [25] that?

Page 284

[2] A. Not very often.
[3] Q. Is there a way of describing it?
[4] A. Numbness.
[5] Q. How often, frequency?
[6] A. However often I'm going without [7] a splint. As long as I go with the [8] splint, I'm okay.
[9] Q. When you use a splint, there is [10] no numbness?
[11] A. No.
[12] MR. DINHOFER: In 1, 2 and 3?
[13] MR. BURFORD: Right.
[14] Q. If you don't use a splint, how [15] often do you experience the numbness?
[16] A. Depends what I do. If I do [17] something to aggravate it a couple of [18] times, I will get it again.
[19] If I do not aggravate it, I [20] won't get it.
[21] Q. On those occasions when you [22] aggravate the carpal tunnel, how long does [23] the numbness last?
[24] A. When I realize, I change [25] position, and takes a few minutes and it

Page 285

[2] goes away.
[3] Q. The numbness at 4 and 5, the [4] loss of sensation at 4 and 5, how often [5] does that happen?
[6] A. Permanently.
[7] Q. Permanently?
[8] A. Yes.
[9] Q. Are there days when it is better [10] than other days?
[11] A. No, it's permanently; the same [12] thing all of the time.
[13] Q. It doesn't change?
[14] A. No.
[15] Q. Okay, what other problems do you [16] have on the left?
[17] A. I cannot carry money, coins and [18] stuff like that.
[19] I do not really have feeling if [20] it is a quarter or something like that.
[21] And when I need to pay a fee on [22] the bus, I need to do it with my right [23] hand.
[24] When I want to use my left, I [25] cannot do it.

Page 286

[2] When I take a shower, I need to [3] be very careful not to scrub my elbow or [4] touch my elbow.
[5] If I take a trip or sit in a [6] bus, I have to sit with by left hand being [7] protected.
[8] If I take an elevator, I have to [9] look for the corner of the elevator that [10] nobody will touch my elbow.
[11] Really, all of my life has been [12] centered around how to protect myself from [13] injuring my elbow.
[14] Q. Any other problems on the left?
[15] A. No.
[16] Q. Now, do the same thing for me on [17] right.
[18] Starting from the shoulder down, [19] any problems?
[20] A. I have no problems up to the [21] wrist, from the shoulder up to the wrist, [22] I have no problem.
[23] Q. What's the problem with the [24] wrist?
[25] A. I have from time to time

Page 287

[2] numbness in fingers 1, 2 and 3.
[3] Q. How frequently does that happen?
[4] A. It happens when I do something [5] to aggravate the carpal tunnel.
[6] Q. What sort of things aggravate [7] the carpal tunnel?
[8] A. Typing. If I have to type, I [9] cannot type with my left hand any more.
[10] So, I work with my right hand.

right-hand that it supposed to.
[20] Q. That is before you injured your [21] back?
[22] A. Yes, but I did not use my left [23] hand.
[24] Q. Since you injured your back, do [25] you notice that there is a certain amount

### Page 278
[2] of work you are able to lift with your [3] right hand before your back gives you a [4] problem?
[5] A. As I said before, at the present [6] time I'm not working, and I do not have [7] any need to do heavy lifting, so I cannot [8] be specific on this issue.
[9] Q. You mentioned a bag of [10] groceries. [11] Can you carry a bag of groceries [12] with your right hand without your back [13] bothering you?
[14] A. As I said before, I buy minimum.
[15] Q. Minimum amount of weight?
[16] A. Yes.
[17] Q. What is the minimum, a couple of [18] pounds?
[19] A. Things that I need.
[20] Q. Are you able to lift anything [21] with your left hand?
[22] A. No. I try sometimes.
[23] Constantly, I'm trying to work [24] with my left hand because – but usually I [25] shift immediately to the right, not

### Page 279
[2] immediately but to my right hand.
[3] Q. What sort of things do you carry [4] that you shift from your left hand to your [5] right hand?
[6] A. Put it this way, with my left [7] hand I cannot even pay a toll.
[8] Q. You can't pay a toll?
[9] A. I cannot pay a toll; when I go [10] to pay a toll, usually money falls from my [11] hand.
[12] I cannot feel the money in my [13] fingers.
[14] Q. Starting with your left shoulder [15] and sort of going down your arm, what I [16] would like you to do is tell me everything [17] that is wrong with that extremity.
[18] A. Again?
[19] Q. Starting on the left, what's [20] wrong with your arm, starting from your [21] shoulder down?
[22] A. The shoulder, I don't have any [23] problem.
[24] Q. What's next?
[25] A. The elbow.

### Page 280
[2] Q. And what is presently wrong with [3] your elbow?
[4] A. Pain.
[5] Q. And where is the pain located?
[6] A. The same area where it was [7] located at the time after surgery, the [8] first one.
[9] Q. And that is the back part of [10] your elbow?
[11] A. Correct.
[12] Q. How often do you have that pain?
[13] A. I have it at the present time.
[14] Q. Does it come and go?
[15] A. If I will do, if somebody will [16] touch my elbow, it has increased [17] pain.
[18] If I do any, if I try to do [19] anything with my hand, it increases.
[20] Q. If you don't touch your elbow [21] and you are not moving your hand, does [22] your elbow still hurt?
[23] A. I still have pain.
[24] Q. How would you describe the pain [25] in your elbow when you are not touching

### Page 281
[2] your elbow or moving it?
[3] A. Annoying.
[4] Q. And do you take any medication [5] for the annoying pain?
[6] A. Only over-the-counter.
[7] Q. What do you take?
[8] A. I'm taking Tylenol or Advil.
[9] Q. How many of those do you take?
[10] A. As needed.
[11] Q. How would you describe the pain [12] if you touch your elbow, or if you are [13] moving your arm?
[14] A. If you touch my elbow, I will [15] get a shock – shooting pain to my fingers [16] 4 and 5.
[17] Q. And do you take any medicine for [18] that?
[19] A. For what?
[20] Q. For the shooting pain to 4 [21] and 5?
[22] A. I do not know if there is [23] medication for that.
[24] Q. When you have the shooting pain [25] to fingers 4 and 5, how long does that

### Page 282
[2] last?
[3] A. There is a pain that comes – [4] this pain is a result of a touch.
[5] Q. It comes and goes with the [6] touch?
[7] A. What happens, after this [8] happens, this fades away slowly, and I [9] will come back to like I had before this [10] kind of touch.
[11] Q. How long does it take for the [12] pain from the touch to fade out?
[13] A. Depends on what kind of touch I [14] had.
[15] Q. What is the range?
[16] A. Could be less than two minutes [17] or it can be more than two minutes.
[18] Again it depends.
[19] Q. What about any pain you might [20] have from moving your elbow?
[21] A. Most of the time I try not to [22] move –
[23] Q. When you do move it –
[24] A. Move it this way?
[25] Q. In any fashion, do you have pain

### Page 283
[2] when you move your elbow?
[3] A. I have the regular pain that I [4] always have.
[5] Q. What other problems do you have [6] with your left arm, the whole length of [7] the spectrum, we did the shoulder and [8] elbow, what else do you have?
[9] A. Carpal tunnel syndrome again.
[10] Q. In your wrist?
[11] A. Yes.
[12] Q. What kind of problems does that [13] present for you?
[14] A. Sometimes, but not all of the [15] time, I get numbness in fingers 1, 2 [16] and 3.
[17] Fingers 4 and 5, I have less [18] sensation, and this resulted from the [19] ulnar nerve injury of 1991.
[20] And in general, I have to be [21] very cautious about my left hand.
[22] Q. You mentioned that you have [23] numbness in fingers 1, 2 and 3 sometimes.
[24] How often do you experience [25] that?

### Page 284
[2] A. Not very often.
[3] Q. Is there a way of describing it?
[4] A. Numbness.
[5] Q. How often, frequency?
[6] A. However often I'm going without [7] a splint. As long as I go with the [8] splint, I'm okay.
[9] Q. When you use a splint, there is [10] no numbness?
[11] A. No.
[12] MR. DINHOFER: In 1, 2 and 3?
[13] MR. BURFORD: Right.
[14] Q. If you don't use a splint, how [15] often do you experience the numbness?
[16] A. Depends what I do. If I do [17] something to aggravate it a couple of [18] times, I will get it again.
[19] If I do not aggravate it, I [20] won't get it.
[21] Q. On those occasions when you [22] aggravate the carpal tunnel, how long does [23] the numbness last?
[24] A. When I realize, I change [25] position, and takes a few minutes and it

### Page 285
[2] goes away.
[3] Q. The numbness at 4 and 5, the [4] loss of sensation at 4 and 5, how often [5] does that happen?
[6] A. Permanently.
[7] Q. Permanently?
[8] A. Yes.
[9] Q. Are there days when it is better [10] than other days?
[11] A. No, it's permanently; the same [12] thing all of the time.
[13] Q. It doesn't change?
[14] A. No.
[15] Q. Okay, what other problems do you [16] have on the left?
[17] A. I cannot carry money, coins and [18] stuff like that.
[19] I do not really have feeling if [20] it is a quarter or something like that.
[21] And when I need to pay a fee on [22] the bus, I need to do it with my right [23] hand.
[24] When I want to use my left, I [25] cannot do it.

### Page 286
[2] When I take a shower, I need to [3] be very careful not to scrub my elbow or [4] touch my elbow.
[5] If I take a trip or sit in a [6] bus, I have to sit with by left hand being [7] protected.
[8] If I take an elevator, I have to [9] look for the corner of the elevator that [10] nobody will touch my elbow.
[11] Really, all of my life has been [12] centered around how to protect myself from [13] injuring my elbow.
[14] Q. Any other problems on the left?
[15] A. No.
[16] Q. Now, do the same thing for me on [17] right.
[18] Starting from the shoulder down, [19] any problems?
[20] A. I have no problems up to the [21] wrist, from the shoulder up to the wrist, [22] I have no problem.
[23] Q. What's the problem with the [24] wrist?
[25] A. I have from time to time

### Page 287
[2] numbness in fingers 1, 2 and 3.
[3] Q. How frequently does that happen?
[4] A. It happens when I do something [5] to aggravate the carpal tunnel.
[6] Q. What sort of things aggravate [7] the carpal tunnel?
[8] A. Typing. If I have to type, I [9] cannot type with my left hand any more.
[10] So, I work with my right hand.