## AFFIDAVIT OF SERVICE VIA UPS OVERNIGHT

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

**JARDINE GLACE**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at HUDSON COUNTY, NEW JERSEY.

That on the 2nd day of April, deponent served the within **AFFIDAVIT IN OPPOSITION**

upon

>PHILIP DINHOFER, LLC
>Philip J. Dinhofer, Esq.
>Attorney for Plaintiff
>77 N. Centre Street
>Suite 311
>Rockville Centre, NT 11570

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed United Parcel Service overnight mail wrapper, under the exclusive care and custody of United Parcel Service.

_____
Jardine Glace

Sworn to before me this
2nd day of April, 2007

_____
Notary

MIRIAM DEIKUN
Notary Public, State of New York
No. 01DE6141377
Qualified in Queens County
Commission Expires February 21, 20 10

438540.1 DocsNY